# MONTGOMERY COUNTY SHERIFF'S OFFICE

## INSPECTIONAL SERVICES UNIT

### RISK MANAGEMENT REVIEW REPORT

**DECEASED:**

Mr. Robert Richardson     B/M/28
701 Mia Avenue
Dayton, Ohio 45427
DOB:
SSN:
Jail Jacket Number: 12-9824

**WITNESSES:**

Sergeant Brian Lewis, PSN 823
Sergeant Ted Jackson, PSN 266
Corrections Officer Larry Rader, PSN 1157
Corrections Officer Keith Mayes, PSN 916
Corrections Officer Matthew Henning, PSN 1197
Corrections Officer Dustin Johnson, PSN 746
Corrections Officer Andrew Wittman, PSN 1163
Corrections Officer Marie Hartley, PSN 913
Corrections Officer Michael Beach, PSN 1137
Corrections Officer Shannon Smiley, PSN 403
Corrections Officer Michael Stumpff, PSN 1132
Corrections Officer Bradley Marshall, PSN 1156
Corrections Officer Tonya Benjamin, PSN 1041
Nurse Felicia Foster, Naphcare Employee
EMT Steven Stockhauser, Naphcare Employee
LPN Jon Boehringer, Naphcare Employee
LPN Kristy Kruse, Naphcare Employee
LPN Krisandra Miles, Naphcare Employee

**SYNOPSIS:**

On Thursday, May 17, 2012, at approximately 0252 hours, Dayton Police Officer Robert Simison

arrested Mr. Robert Richardson for Juvenile Court Warrant #        , original charge

1



PLAINTIFF'S
EXHIBIT
2

MC 1718

Failure to Appear. Mr. Richardson was booked into the Montgomery County Jail at 0252 hours by Corrections Officer Marie Hartley, and later housed in Pod D.

On Saturday, May 19, 2012, at approximately 1522 hours, Mr. Richardson began having a medical emergency inside Pod D cell 544. Upon arrival of Montgomery County Sheriff's Office Employees and Naphcare Employees, Mr. Richardson's condition quickly worsened.

At approximately 1608 hours, Mr. Richardson was pronounced dead at the Montgomery County Jail.

## INCIDENT INVESTIGATION:

I received and reviewed Sheriff's Office *Jail Incident Report* #668, submitted by Corrections Officer Larry Rader. Additionally, I reviewed supplemental reports submitted by Corrections Officer Keith Mayes, Corrections Officer Andrew Wittman, Corrections Officer Matthew Henning, Corrections Officer Dustin Johnson, Corrections Officer Marie Hartley, Corrections Officer Michael Beach, Corrections Officer Shannon Smiley, Corrections Officer Michael Stumpff, Corrections Officer Bradley Marshall, Corrections Officer Tonya Benjamin, Sergeant Brian Lewis, Sergeant Ted Jackson, Ms. Stephanie Harvey, Nurse Felicia Foster, EMT Steven Stockhauser, LPN Jon Boehringer, and LPN Kristy Kruse.

Sergeant Jackson wrote, on May 19, 2012, he was assigned as the Housing Sergeant on second watch at the Montgomery County Jail. At approximately 1520 hours, Officer Benjamin called

2

for assistance regarding a medical issue in Pod D, cell 544. Sergeant Jackson, Officer Johnson and Officer Henning immediately responded.

Sergeant Jackson wrote, he and Officer Johnson entered the cell and observed Mr. Richardson sitting on the floor. Mr. Richardson's cell-mate, Mr. Marcus Maxwell, was assisting Mr. Richardson by holding him still and attempting to keep him from standing.

Sergeant Jackson wrote, Mr. Richardson was attempting to stand and appeared to be "disoriented and in a state of panic." Sergeant Jackson and the other officers began giving verbal orders to Mr. Richardson, instructing him to stay seated but he failed to respond. Sergeant Jackson observed blood and saliva coming from Mr. Richardson's mouth.

Sergeant Jackson wrote, Mr. Richardson had a "dazed / unfocused expression on his face" and was not responding the verbal orders. Sergeant Jackson believed Mr. Richardson was experiencing an unknown medical condition.

Sergeant Jackson wrote, he and Officer Johnson restricted Mr. Richardson's movement to prevent Mr. Richardson from injuring himself. Because of the confined space in the cell and Mr. Richardson's physical size, Officer Johnson and Sergeant Jackson removed Mr. Richardson from inside the cell. Mr. Richardson began thrashing around and did not respond to verbal direction. Mr. Richardson was laying face down, kicking his legs, pulling his arms up towards his upper

MC 1720

body and trying to push himself from the ground. Additionally, Mr. Richardson was "grunting" and breathing heavily.

Based on Mr. Richardson's actions, Sergeant Jackson, Sergeant Lewis, Officer Stumpff and Officer Johnson placed Mr. Richardson in handcuffs. Due to Mr. Richardson's size, a second set of handcuffs were utilized to secure Mr. Richardson. Sergeant Jackson wrote, Mr. Richardson continued "thrashing around and grunting." Officer Johnson, Officer Henning and Officer Stumpff repositioned Mr. Richardson into his right side, while continuing to limit his movement.

According to Sergeant Jackson's report, Medic Stockhauser arrived and began assessing Mr. Richardson. Medic Stockhauser attempted to gather information from Mr. Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Mr. Richardson, but Mr. Richardson began moving his head to prevent the mask from being placed on his face. Mr. Richardson stated, "Get that off me. I need out. Get me out of here." Mr. Richardson would not respond to any questions.

According to Sergeant Jackson's report, Naphcare Employees decided to give Mr. Richardson an injection to calm him. Officer's continued holding Mr. Richardson's legs and arms, while he was being treated by Medic Stockhauser.

Sergeant Jackson wrote, Nurse Miles arrived and administered the first injection to Mr. Richardson. Prior to the completion of the injection, the syringe malfunctioned and the injection

4

was deemed unsuccessful. A short time later, a second injection was successfully administered by Nurse Foster. While waiting for the injection to take affect, Mr. Richardson continued thrashing his body. The emergency restraint chair was ordered to Pod D and for the purpose of securing Mr. Richardson, and safely moving him from the upper level of the pod to the First Floor for further medical treatment.

According to Sergeant Jackson's report, after the second injection, Mr. Richardson appeared to calm down. Approximately two to three minutes later, Sergeant Jackson observed Mr. Richardson lying still and required no further restraint. Naphcare Employees relocated to the first level of the pod to await the Emergency Restraint Chair.

According to Sergeant Jackson's report, Sergeant Jackson could not hear Mr. Richardson breathing or see his chest rise and fall like he could moments before. Sergeant Jackson immediately asked Officer Mayes to check Mr. Richardson's breathing. Officer Mayes and Officer Stumpff checked Mr. Richardson's pulse respirations and advised they could not find a pulse and it appeared he was not breathing. Officer Mayes and Officer Stumpff immediately began Cardio Pulmonary Resuscitation (CPR) on Mr. Richardson.

According to Sergeant Jackson's report, Officer Beach and Nurse Miles removed Mr. Richardson's shirt and began chest compressions. Officer Wittman provided Officer Stumpff with a First Aid Mask and Officer Stumpff began rescue breaths. Sergeant Lewis then notified

MC 1722

Security Control that Dayton Fire Department was needed to respond. Officers took turns giving sets of compressions and breaths to Mr. Richardson.

According to Sergeant Jackson's report, the Automated Electronic Defibrillator (AED) was retrieved and Medic Stockhauser prepared the AED as officers applied the pads. The AED performed an initial cycle and no shock was advised. As officers and medical staff continued performing CPR on Mr. Richardson, Sergeant Jackson responded to the First Floor to meet the first responding Dayton Fire Department paramedics.

According to Sergeant Jackson's report, Dayton Fire Department paramedics took over and continued CPR. A short time later, Mr. Richardson was pronounced deceased by the Dayton Fire Department and Dr. Ellis. The scene was secured and Officer Beach remained with Mr. Richardson. Sergeant Lewis began gathering information from all persons involved and Sergeant Whalen assisted with administrative notifications.

## SUMMARY OF HEALTH CARE INTERVENTION:

Medic Steven Stockhauser wrote, May 19, 2012, at approximately 1522 hours, Naphcare Employees were requested to respond to Pod D reading a medical emergency.

Medic Stockhauser wrote, upon his arrival, Mr. Robert Richardson was lying on his stomach and being "combative" with the officers. Medic Stockhauser observed "blood tinged saliva" on Mr. Richardson's face and mouth. Medic Stockhauser wrote, Mr. Richardson was "very sweaty" and

6

MC 1723

"non-responsive to verbal or painful stimuli." Additionally, Mr. Richardson was yelling "I want loose," and "Get out of here."

medic Stockhauser attempted to clear the blood and saliva away from Mr. Richardson's mouth and nose, but Mr. Richardson attempted to bite Medic Stockhauser. Medic Stockhauser wrote, he "administered oxygen, at 15 liters per minute, via non-rebreather mask." Mr. Richardson continued to fight the oxygen, and Medic Stockhauser was unable to obtain a blood pressure due to Mr. Richardson's combativeness. Medic Stockhauser requested additional Naphcare Employees respond to assist with Mr. Richardson.

According to Medic Stockhauser's report, Nurse Krisandra Miles called medical for an order of Ativan to be given to Mr. Richardson, to "calm him down." The first injection was unsuccessful and another injection was brought up and administered by Nurse Felicia Foster.

Medic Stockhauser wrote, he returned to the First Floor and then heard an officer advise Mr. Richardson was not breathing and had no pulse. CPR was in progress when Medic Stockhauser returned to Pod D and Dayton Fire had been requested. An AED was brought to the Pod and placed on Mr. Richardson.

Medic Stockhauser wrote, the AED advised "NO SHOCK ADVISED." Chest compressions and ventilations were performed with corrections staff rotating through compressions. AED prompts during entire rescue attempt advised "NO SHOCK ADVISED."

7

According to Medic Stockhauser, Dayton Fire Department arrived and intibated Mr. Richardson, and attempted "IV access." EMT Stockhauser wrote, "After approximately 20 minutes of resuscitation efforts, Dayton Fire advised Dr. Ellis (on scene) that they wanted to stop rescue attempts." Dr. Ellis agreed and all rescue attempts stopped at 1608 hours.

## ADDITIONAL INVESTIGATION

On Saturday, May 19, 2012, at 1608 hours, Dr. Ellis pronounced Mr. Robert Richardson deceased.

I received and reviewed Mr. Richardson's Postmortem Examination Report, completed by Dr. Bryan Casto, M.D., on Sunday, May 20, 2012. Dr. Casto ruled Mr. Richardson manner of death "Accident," due to "Cardiac arrhythmia due to hypertensive and arteriosclerotic cardiovascular disease. The death is contributed to by acute marijuana intoxication and obesity."

## CONCLUSION OF REVIEW:

On Thursday, May 17, 2012, at approximately 0252 hours, Dayton Police Officer Robert Simison arrested Mr. Robert Richardson for Juvenile Court Warrant #     original charge Failure to Appear. Mr. Richardson was booked into the Montgomery County Jail at 0252 hours by Corrections Officer Marie Hartley, and later housed in Pod D.

On Saturday, May 19, 2012, at approximately 1522 hours, Mr. Richardson began having medical issues inside Pod D, cell 544. Upon arrival of Montgomery County Sheriff's Office Employees and Naphcare Employees, Mr. Richardson's condition quickly worsened.

MC 1725

Mr. Richardson was attempting to stand and appeared to be "disoriented and in a state of panic." Sergeant Jackson and the other officers began giving verbal orders to Mr. Richardson, instructing him to stay seated but he failed to respond. Mr. Richardson had blood and saliva coming from his mouth.

Sheriff's Office Employees restricted Mr. Richardson's movement to prevent Mr. Richardson from injuring himself. Because of the confined space in the cell and Mr. Richardson's physical size, Mr. Richardson was removed from inside the cell. Mr. Richardson began thrashing around and did not respond to verbal direction. Furthermore, Mr. Richardson was "grunting" and breathing heavily.

Based on Mr. Richardson's actions, Sergeant Jackson, Sergeant Lewis, Officer Stumpff and Officer Johnson placed Mr. Richardson in handcuffs. Due to Mr. Richardson's size, a second set of handcuffs were utilized to secure Mr. Richardson. Officer Johnson, Officer Henning and Officer Stumpff repositioned Mr. Richardson into his right side, while continuing to limit his movement.

Medic Stockhauser arrived and began assessing Mr. Richardson. Medic Stockhauser attempted to gather information from Mr. Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Mr. Richardson, but Mr. Richardson began moving his head to prevent the mask from being placed on his face.

MC 1726

Naphcare Employees chose to give Mr. Richardson an Ativan injection to calm him. The first injection was unsuccessful. A second Ativan injection was delivered and was successfully administered to Mr. Richardson.

While waiting for the injection to take affect, Mr. Richardson continued thrashing his body. The emergency restraint chair was ordered to Pod D and for the purpose of securing Mr. Richardson, and safely moving him from the upper level of the pod to the First Floor for further medical treatment.

A short time later, Mr. Richardson stopped breathing and had no pulse. Sheriff's Office Employees and Naphcare Employees immediately began Cardio Pulmonary Resuscitation (CPR) on Mr. Richardson. Additionally, the Dayton Fire Department was contacted and requested to respond.

Sheriff's Office Employees and Naphcare Employees continued CPR until the Dayton Fire Department arrived. Furthermore, the Automated Electronic Defibrillator (AED) was retrieved and Medic Stockhauser prepared the AED as officers applied the pads. The AED performed assessed Mr. Richardson and "no shock" was advised.

Dayton Fire Department arrived and continued CPR. At approximately 1608 hours, Mr. Richardson was pronounced dead at the Montgomery County Jail by Dr. Ellis. Montgomery County Sheriff's Office Jail Employees involved in this incident concerning Mr.

MC 1727

Richardson complied with Sheriff's Office policies and procedures.

The Montgomery County Coroner's Office determined Mr. Richardson's cause of death to be "Accident," due to "Cardiac arrhythmia due to hypertensive and arteriosclerotic cardiovascular disease. The death is contributed to by acute marijuana intoxication and obesity."

This risk management investigation concludes that the Montgomery County Sheriff's Office Jail Employee provided basic care to Mr. Richardson until the Dayton Fire Department arrived and later pronounced Mr. Richardson deceased.

Sergeant Thomas Flanders

November 16, 2012

Sheriff Phil Plummer

11/28/12

Review and Approval Date

11

### *Memorandum*



**Montgomery County Sheriff's Office**
**Jail Division**

*CHIEF/ISU-copy*
*PAB*
*05/23/12*

TO:        **Major Daryl Wilson**

FROM:    **Captain Charles Crosby**

DATE:    **May 23, 2012**

SUBJECT:   **In-Custody Death; Inmate Robert Richardson 12-9824**

---

The attached packet outlines the circumstances surrounding the in-custody death of inmate Robert Richardson B/M          28 YOA, #12-9824. The packet contains ARS #12-4696, Jail Incident Report #12-668, video recordings documenting the staff response, witness statements completed by inmates housed in Pod D at the time of this incident, and other pertinent documentation.

### Summary

On Saturday, May 19, 2012, at approximately 1522 hours, inmate Marcus Maxwell (12-8713) called security control using the steno system in Pod D, Cell 544, to report a medical emergency involving his cellmate Robert Richardson (12-9824). Jail staff and medical personnel responded to Cell 544 to investigate. Upon arrival at Cell 544, officers removed inmate Richardson from his cell and staff attempted to assess Richardson's medical condition; this was made difficult by Richardson's confused and combative behavior.

Several officers struggled to gain control of inmate Richardson so he could be assessed and the supervisors on the scene directed the application of wrist restraints to inmate Richardson. Medical personnel on scene observed inmate Richardson's behavior and briefed Jail Physician Dr. Ellis. Dr. Ellis issued an order to administer a shot to inmate Richardson to calm his behavior and enable medical to complete their assessment. The shot was administered by Nurse Felicia Foster at approximately 1537 hours.

Inmate Richardson was checked by jail staff and found to be in full arrest; no breath or pulse. The AED was requested, a Dayton Fire Department (DFD)

medic response was requested and staff present immediately began CPR on inmate Richardson. When DFD arrived in the pod, they assumed emergency care working on inmate Richardson. The CPR efforts were unsuccessful in reviving inmate Richardson. Dr. Ellis was present in the pod and made the pronouncement of death at 1608 hours.

The staff response after pronouncement included an evidence technician for photographs and a detective response by Sergeant Stephens, Detective Clymer, Detective Conley and Detective Sollenberger. Coroner's Investigator Fannin responded to conduct their investigation. Investigator Fannin notified inmate Richardson's family of his passing at 1725 by phone from my office.

The listed timeline is based on a review of available reports and video recordings from the jail video system as recorded on May 19, 2012. The times listed here were obtained from the facility video system:

15:16:17 – Corrections Officer Benjamin leaves Pod D
15:17:38 – Corrections Officer Benjamin re-enters pod with other officers
15:18:30 – Camera in pod (TPZ) focused on Cell 544
15:18:32 – additional staff and supervisor on scene (Sergeant Jackson)
15:18:38 – inmate Richardson removed from cell; observed struggling with officers
15:18:50 – Sergeant Lewis observed at cell
15:18:54 – handcuffs being applied to inmate Richardson
15:19:22 – medical staff in pod (Stockhauser and Miles)
15:33:00 – first syringe (to administer shot) fails
15:37:15 – shot administered by Nurse Foster
15:40:30 – jail staff checking inmate Richardson
15:41:11 – inmate being rolled to his back; medical called up from first level of pod
15:41:27 – CPR started / AED requested
15:45:25 – Dr. Ellis on scene at Cell 544
15:49:17 – Dayton Fire Department in pod (see attached run sheet)
16:08     - inmate Richardson pronounced by Dr. Ellis
16:38     - Coroner's office in pod
17:07     - inmate Richardson's body removed by coroner's office

## Conclusion

I have completed my preliminary review of this incident and did not find any violations of Office policy. I am submitting this for your review.


Respectfully Submitted,

Captain Charles Crosby
Jail Division

MC 1730

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Incident Information

| Incident No | Incident Date | Incident Time | Oper | Date | Time |
|---|---|---|---|---|---|
| 12-668 | 05/19/2012 | 15:22 | 1157 | 05/19/2012 | 16:32 |

| Report Officer | Reporting Officer | | | | |
|---|---|---|---|---|---|
| 1157 | RADER,LARRY | | | | |

| Reviewing Off | Review Date | Review Time | Reviewing Officer | | |
|---|---|---|---|---|---|
| | | | | | |

| Reopen Officer | Reopen Date | Reopen Time | Reopening Officer | | |
|---|---|---|---|---|---|
| | | | | | |

| Facility | Floor | Cell | Other Location | | |
|---|---|---|---|---|---|
| CJ | D | 544 | | | |

| Incident Type | Incident Literal | | | Report No | Criminal Chg Fld | Status |
|---|---|---|---|---|---|---|
| MEDI | MEDICAL | | | | N | I |

| No Invl Officers | No Invl Inmates | No Invl Other | Tot Invl Persons |
|---|---|---|---|
| 12 | 1 | 7 | 20 |

**Remarks**

Inmate Richardson passed away in Delta Pod cell number 544. Bo

### Involved Persons/Officers

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 1041 | OTHR | |

**Name**
BENJAMIN,TONYA N

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 1157 | OTHR | |

**Name**
RADER,LARRY

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| RELINM | VIC | Victim | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | | | |

**Name**

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 266 | OTHR | |

**Name**
JACKSON,TED L

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 823 | OTHR | |

**Name**
LEWIS,BRIAN M

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 344 | OTHR | |

**Name**
FOSTER,FELICIA T

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | N127 | OTHR | |

**Name**
MILES,KRISANDRA

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | N128 | OTHR | |

**Name**
KRUSE,KRISTY

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 1 of 14 |

## Montgomery County Sheriff's Office - County Jail

### Incident Report

**Involved Persons/Officers**

| Person Type STAFF | Involvement Code STA | Involvement MCSO STAFF | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off N089 | Off Involvement OTHR | |

Name
STOCKHAUSER, STEVEN

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 1137 | Off Involvement OTHR | |

Name
BEACH, MICHAEL

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 1132 | Off Involvement OTHR | |

Name
STUMPFF, MICHAEL T

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 403 | Off Involvement OTHR | |

Name
SMILEY, SHANNON NYREE

| Person Type INMATE | Involvement Code WIT | Involvement Witness | | Facility CJ | Floor B | Cell 227 | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI 60654 | Jail ID P-68366 | Booking No 1208713 | Reference No | Reference Type | Involved Off | | |

Name
MAXWELL, MARCUS JEROME

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 916 | Off Involvement OTHR | |

Name
MAYES, KEITH T

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 746 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 746 | Off Involvement OTHR | |

Name
JOHNSON, DUSTIN L

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 746 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 1197 | Off Involvement OTHR | |

Name
HENNING, MATTHEW

| Person Type OFFICR | Involvement Code STA | Involvement MCSO STAFF | | | | | Oper 1163 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 1163 | Off Involvement OTHR | |

Name
WITTMAN, ANDREW

| Person Type OFFICR | Involvement Code OFF | Involvement Officer | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off 1156 | Off Involvement OTHR | |

Name
MARSHALL, BRADLEY

| Person Type STAFF | Involvement Code MED | Involvement Medical Staff Member | | | | | Oper 1041 |
|---|---|---|---|---|---|---|---|
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off N126 | Off Involvement OTHR | |

Name
BOEHRINGER, JONATHON

## Montgomery County Sheriff's Office - County Jail

### Incident Report

### Involved Persons/Officers

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| XXXX | OTH | Other | | | | | 823 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |

Name
RICHARDSON, ROBERT A

### Primary Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1157 | 05/19/2012 | 16:32:10 |

On Saturday May 19th, 2012, I was assigned as the Delta Pod Officer on Third Watch. At approximately 1522, Security Control called over the radio of a possible medical emergency in Delta Pod ,cell 544. When units arrived on scene Inmate Robert Richardson (12-9824) was found on the floor of the cell having some type of unknown medical emergency.

Officers were unable to control Inmate Richardson, who thrashing around, so he (Richardson) was secured in handcuffs. Numerous Officers had to maintain control of Inmate Richardson while medical staff attempted to treat Inmate Richardson. The inmate continued kicking at Officers that were trying to assist him. Soon after, Inmate Richardson received one injection, and shackles were also applied (replacing the two sets of handcuffs) because of his size.

A few minutes after receiving the injection, Inmate Richardson stopped resisting officers. At 1546 chest compressions were started by Officers Marshall, Beach, Stumpff and Mayes. At approximately 1550 hours, the Dayton Fire Department arrived and took over emergency medical care.

At approximately 1608 hours, Inmate Richardson was pronounced deceased. I remained in the pod as EV Tech Shutts arrived in the Pod to take pictures of the incident scene, the Coroner's Office investigator and Montgomery County Sheriff's Office detectives conducted their investigation.

Copies of the Divar Video(s), Detex Log(s) and scene log will accompany this report.

Respectfully Submitted,
Corrections Officer L.D. Rader 1157

### Supplemental Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| C022 | 05/22/2012 | 21:04:30 |

On May 19, 2012, I was assigned as the Third Watch SBH Crisis Therapist. I was informed of the crisis situation that occurred in D-pod and was called to the pod by Captain Crosby who requested that I speak with all D-Pod inmates in order to process their feelings and reactions to the traumatic event they witnessed as a result of a fellow inmate dying.

I was assisted by Co Rader to break down the pod into 3 groups for Crisis/trauma Debriefing sessions. In these groups it was apparent that the inmates were experiencing a multitude of feelings/emotions. Many of the inmates stated the event traumatized them and they shared about having anxiety, anger , grief, shock, fear, irritability, loss of emotional control, depression, feeling overwhelmed, blaming others and some voiced compassion and concern for the inmate and his family.

Each Debriefing session started out by me introducing myself and sharing my professional credentials of being a Master's Social Worker, Licensed Social Worker and a Licensed Independent Chemical Dependency Counselor.

1. I informed them that I was not conducting an investigation, but shared the purpose of this group was to acknowledge that the strong emotions that they were experiencing are normal reactions to an abnormal situation. The atmosphere was calm but the overall mood was intense, some inmates were withdrawn and somewhat guarded, some displayed emotional outburst of anger which I was able to easily re-direct and normalize their feelings.

2. We discussed how the word "crisis " in Chinese means an opportunity to change and this definition was used to help de-escalate their anger in regards to what they  considered to be mistakes that were made by the jail and

Montgomery County Sheriff's Office - County Jail

Incident Report

## Supplemental Narrative

medical staff in handling the deceased inmate. We also talked about this being an opportunity for them to turn their lives around and not return to the jail system. Many inmates repeatedly stated "it could of been me" which many admitted was their first thought as they witnessed Inmate Robert Richardson (12-9824) being in medical distress.

3. Some inmates were able to share additional information regarding Inmate Robert Richardson (12-9824) medical situation since the roommate was re-housed in D- Pod. This was helpful to the inmates which assisted in lessening their "perceived" blame towards some jail/medical staff.

Finally we discussed some stress reducing techniques that would be beneficial to relieve anxiety and other feelings, techniques such as admitting how they feel, talking with a cellmate or writing a kite to speak with SBH or the Chaplain were suggested. There were no individual inmates that stood out during these sessions and I have nothing further to report.

Respectfully Submitted,

Stephanie Harvey MSW, LSW, LICDC
Samaritan Behavioral Health
Therapist II

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 823 | 05/21/2012 | 00:58:25 |

On Saturday, May 19, 2012, I was assigned as the Booking Sergeant at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1522 hours, I responded to Delta Pod, cell 544, for an unknown medical emergency. When I arrived at cell 544, located on the second level of Delta Pod, I observed Officer D. Johnson, Officer Henning and Sergeant Jackson attempting to secure Inmate Robert Richardson (12-9824) in handcuffs. Inmate Richardson was face down and resisting officer's attempts to secure him. Myself and Officer Stumpff, who had also arrived, assisted with gaining control of Inmate Richardson arms to assist with securing him in handcuffs. A few moments later, we were able to secure Inmate Richardson, utilizing two sets of handcuffs.

Officers continued to maintain control of Inmate Richardson's legs and arms as he continued to be resistive, attempting to get up from the ground and trying to free his legs and arms. Inmate Richardson also had blood coming from his mouth and occasionally muttered unintelligible remarks. Inmate Richardson's tone and demeanor was similar to that of an intoxicated subject. Officer's and medical staff continued to advise Inmate Richardson to calm down, stop resisting and allow us to help him. Medic Stockhauser had already arrived and was attempting to provide oxygen and provide additional medical care to Inmate Richardson. Inmate Richardson was repeatedly asked to tell us (staff) what was wrong with him. Inmate Richardson was only able to verbalize a few words we were able to understand, such as: "get off me" and "let me up." While officers and medical staff attended to Inmate Richardson, I searched cell 544, which he shared with Inmate Marcus Maxwell. I did not find anything, such as: pills, marijuana, crack cocaine, heroin, or any other substance that could have caused Inmate Richardson's unexplained behavior or unknown medical condition.

Officers D. Johnson and Henning were replaced by Officers Beach, Mayes and Marshall, who continued to maintain control of Inmate Richardson, to prevent him from further injuring himself. Sergeant Jackson and I requested the Emergency Restraint Chair be brought to the Pod, so Inmate Richardson could be controlled without causing injury to himself or staff. Additionally, this would allow staff to handle Inmate Richardson more easily, as we planned to relocate him to the first floor to continue to assess his unexplained condition.

As we waited for the restraint chair, we replaced Inmate Richardson's two sets of handcuffs with leg shackles to allow better mobility and better access for medical. Additionally, Nurse Miles attempted to give Inmate Richardson an injection, but was unsuccessful. Soon after, Nurse Foster arrived with another injection and successfully administered the injection into Inmate Richardson's buttocks.

Officers continued to maintain control of Inmate Richardson, while we waited for the injection to have an effect on Inmate Richardson. A few minutes passed and Inmate Richardson demeanor changed, he was no longer

## Montgomery County Sheriff's Office - County Jail

## Incident Report

**Supplemental Narrative**

resisting. Officers Mayes and Stumpff were instructed to check Inmate Richardson's breathing. After a few moments they determined Inmate Richardson was not breathing. Officers Beach, Mayes, Marshall and Stumpff immediately began Cardio Pulmonary Resuscitation efforts (CPR), while medical returned to the second level. I immediately requested Dayton Fire respond. An AED had also already been requested by officers.

Dayton Fire arrived within a few minutes and took over Emergency Medical Treatment. Additionally, Dr. Ellis was also present upon Dayton Fires arrival. After approximately 20 minutes of resuscitation attempts, Dayton Fire and Dr. Ellis determined that any additional attempts of resuscitation would be futile. Dr. Ellis terminated the resuscitation efforts, pronouncing Inmate Richardson deceased, at 1608 hours.

I immediately began gathering information necessary to conduct a complete investigation by investigators. I also contacted Sergeant Whalen and advised him of the situation and requested he begin making required phone calls to initiate call-out procedures.

While awaiting investigators, I conducted a preliminary interview with Inmate Richardson's cell-mate, Inmate Marcus Maxwell (12-8713). Inmate Maxwell stated the following: He had been housed with Inmate Richardson since Thursday, May 17, 2012. Inmate Maxwell stated Inmate Richardson slept most of the first day, because he (Richardson) did not get much sleep while he was on the first floor awaiting placement in a housing unit. Inmate Maxwell stated they both got along fine and Inmate Richardson was fairly talkative. I asked Inmate Maxwell if Inmate Richardson ever reported or appeared sick. Inmate Maxwell said Inmate Richardson told him (Maxwell) he was starting to feel sick on Friday, May 18, 2012; however, Inmate Maxwell stated he thought Inmate Richardson was depressed about being in jail. Inmate Maxwell stated Inmate Richardson never requested medical or asked for a Medical Kite. The only kites either of them asked for were for trying to get approved as Pod Workers.

Inmate Maxwell stated Inmate Richardson woke up this morning, Saturday, May 20, 2012, and spit some type of clear substance/fluid in the toilet, but never vomited. They continued to talk during the early morning and medical arrived and took Inmate Richardson's blood pressure. Inmate Maxwell said Inmate Richardson returned from visitation with his fiancé' at approximately 1505 hours and was in good spirits, talking about completing his 30 days and going home. A few moments later Inmate Richardson stood up and walked over to the sink and bent down to get a drink of water. Inmate Maxwell stated Inmate Richardson suddenly jerked upwards, let out an indescribable yell, fell backwards onto his buttocks and began spitting out blood from his mouth. Inmate Richardson then slumped over onto the cell floor, and his hands drew upwards with clenched fists. Inmate Maxwell said Inmate Richardson's body was shaking as if having a seizure. Inmate Maxwell stated he hit the Steno and requested assistance. Inmate Maxwell stated he attempted to roll Inmate Richardson on his side, because he thought Inmate Richardson had stopped breathing. Inmate Maxwell stated approximately 20 seconds later, Inmate Richardson started moving, but appeared confused and disoriented. A few seconds later corrections officers arrived and removed Inmate Richardson from the cell and secured him (Richardson) in handcuffs.

I asked Inmate Maxwell if he observed any officers act inappropriately, punch, kick or otherwise use unnecessary force on Inmate Richardson. Inmate Maxwell stated, "No, but it shouldn't have taken four of you to handcuff him. It was a little excessive." I thanked Inmate Maxwell for his statement and concluded my contact with him.

Once detectives arrived I provided them with all pertinent information I had obtained regarding this incident. I was in and out of the pod, during the remaining investigation, as I attempted to attend to other duties within the jail.

At 2315 hours, I conducted a debriefing with officers and medical staff. Additionally, SBH educated officers and medical staff about the various coping mechanisms associated with this type of incident. Staff was also advised SBH was available for consultation if needed and employees were also instructed on how to receive off-site counseling if needed.

I will forward all other documentation, such as: Divar Video(s), Detex Log(s), AED information and scene logs, with this jail incident.

Respectfully,

Sergeant B.M. Lewis #823

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | |

MC 1735

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N086 | 05/20/2012 | 15:08:50 |

On 05/19/2012, I was the RN on duty in medical. At approximately 1522 hours, a call came across the radio for additional units to respond to Pod D cell #544 for an unknown medical emergency. Medic Steve responded from first floor and Nurse Krissandra responded from medical. Approximately 2 minutes later, Medic Steve called via radio and asked for additional medical units to respond. Nurse Kristy and I responded. Upon arrival, Inmate Robert Richardson (12-9824) was on the floor outside of cell #544 actively struggling with several corrections officers and seemed to be disoriented. Due to not having enough medical information on Inmate Richardson, I returned to medical to look up his medical history and speak with Dr. Ellis (who was onsite) about him. It was determined, after checking this inmate's medical history and allergies, to administer Ativan 2mg intramuscularly to calm him. I drew up the Ativan and gave the injection to Nurse Kristy to take to Pod D. Approximately 2-3 minutes later, I was advised by Nurse Kristy that the injection was unsuccessful and the medication had aspirated from the syringe. I then received a new order from Dr. Ellis for a second injection. After drawing up the second injection, I responded back to Pod D and administered the injection into Inmate Richardson's right gluteal muscle. It was then determined by Sgt. Jackson, that Inmate Richardson be placed in the restraint chair, for his security, as well as others, until he was more calm. After approximately 2-3 minutes, I returned to medical. It should be noted, that prior to the injection being administered, Inmate Richardson was actively struggling with officers and continued to struggled after the injection was administered.

After returning to medical, I heard a call via radio, to have an ambulance respond to the jail. I immediately called Pod D and was told by C/O Smiley that Inmate Richardson was now unresponsive. Dr. Ellis, Nurse Jon and I immediately responded to Pod D. Upon arrival, corrections officers were administering CPR. Inmate Richardson was unconscious with no pulse present. I took over artificial respirations as corrections continued with chest compressions.

Dayton Fire and Rescue arrived on scene and took over with ACLS protocol. After several more minutes of unsuccessful resuscitation attempts, Dayton Paramedics reported their findings to Dr. Ellis, who then called time of death at 1608 hours.

Respectfully submitted,

Felicia Foster, RN #N110

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N086 | 05/20/2012 | 12:48:21 |

On May 19, 2012 I was assigned as the Nurse in medical on 3rd watch. At approximately 1525 hours, I was asked to respond to D-pod for an inmate who was later identified as, Inmate Robert Richardson (12-9824). Upon arrival the inmate was laying on his stomach and first floor medic was assessing Inmate Richardson. Nurse Foster and I returned to medical to speak with Dr. Ellis and orders were given to administer IM injection. Nurse Miles attempted to administer the shot; however, the syringe malfunctioned. Nurse Foster then brought up another injection and it was administered. I then returned to medical and heard jail staff request Dayton Fire Medics respond to the jail for an unresponsive. I was called to bring another oxygen tank up to D pod, upon arrival they had already started CPR.

Respectfully submitted,
Kristy Kruse N125

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1197 | 05/20/2012 | 10:21:40 |

On 05/19/2012, I was assigned to Prints and Photos with Field Training Officer D. Johnson #746 on second watch. At approximately 1522 hours, Field Training Officer D. Johnson and I responded to D-Pod for an unknown medical call in cell #544.

Upon entering D-Pod, I observed Corrections Officer Benjamin #1041 opening the cell door for cell #544. I heard an elevated voice of concern and observed an inmate seated on the floor. He was later identified as Inmate Robert Richardson (12-9824). Also in cell #544 was another inmate, later identified as Marcus Maxwell (12-8713). He was telling Richardson to remain on the floor. Maxwell appeared to be trying to calm Richardson down. Richardson appeared to be in a daze, unaware of what was going on, and in state of panic; blood was on his face

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

and in the mouth and nose area. To prevent an unintentional attack on Corrections officers or hurting himself, he was assisted onto his stomach and secured with two pairs of handcuffs. Richardson continued to struggle while on his stomach and was kicking his legs. I placed my left knee over his lower legs to prevent him from kicking. Richardson still appeared to be in a state of panic and disorientation.

Sergeant Jackson then ordered third watch to replace second watch personal due to shift change. Following that order, I was replaced and exited the pod with Field Training Officer D. Johnson.

Respectfully Submitted,
Corrections Officer M. H. Henning #1197

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 266 | 05/20/2012 | 09:17:45 |

On May 19, 2012, I was assigned as the Housing Sergeant on second watch at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1520 hours, I responded to housing location, D Pod in response to a call for assistance. The assigned Corrections Officer to D Pod, Officer Benjamin called for assistance reference a medical issue in cell 544. Upon entering the pod, I responded with Officer's D. Johnson and Henning to cell 544 located on the second level of the housing unit. Officer Benjamin was at the cell door and opened it as we arrived. Officer Johnson and I entered the cell and observed Inmate Robert Richardson sitting on the floor. Inmate Richardson's cell-mate, Inmate Marcus Maxwell appeared to be providing assistance to Inmate Richardson by holding him still and trying to keep him from getting up.

Upon entering the cell, Inmate Richardson was in a seated position facing the outside wall in close proximity to the cell door. Inmate Richardson was attempting to stand up or roll forward and appeared to be disoriented and in a state of panic. Inmate Richardson's movements and physical demeanor was lethargic and unbalanced. We began to give verbal orders to Inmate Richardson, instructing him to stay seated but he did not respond. Inmate Richardson turned his head toward me and I could see he had blood and saliva coming from his mouth. Inmate Richardson had a dazed / unfocused expression on his face and didn't appear to be comprehending our verbal direction or events going on around him. Based on my initial observations related to Inmate Richardson's physical condition, behavior and comprehension, it seemed he was experiencing an unknown medical issue.

Officer Johnson and I grabbed Inmate Richardson to control his movement to prevent him from injuring himself. Because of the confined space in the cell and Inmate Richardson's physical size, Officer Johnson and I pulled him out of the cell and onto the walkway. Inmate Richardson began thrashing around and did not respond to verbal direction. Inmate Richardson was laying face down, kicking his legs, pulling his arms up towards his upper body and tried to push himself up. Inmate Richardson was also verbally grunting and breathing heavily. Officer Johnson and I made several verbal attempts to get Inmate Richardson to calm himself, relax and stop moving. Inmate Richardson would not respond to our verbal direction and became more uncontrollable. I retrieved my hand restraints and ordered Inmate Richardson be secured in them for his safety and ours. With the assistance of Officer Johnson, Inmate Richardson's left arm was placed behind his back and I secured his wrist in the restraint. Because of Inmate Richardson's size, a second set of hand restraints were utilized by Officer Johnson to assist in securing his right wrist. Officer Stumpff and Sergeant Lewis assisted in placing Inmate Richardson's left arm behind his back and his right wrist was then secured. During this incident, several more verbal attempts were made to get Inmate Richardson to calm himself, relax and stop moving. We were also unable to illicit any information from Inmate Richardson or a response that was comprehensible. Inmate Maxwell was safely removed from the cell, relocated and later debriefed.

After Inmate Richardson was secured in hand restraints, he was actively thrashing around and grunting. Officer Johnson, Henning and Stumpff continued to control him from moving around and he was repositioned onto his right side. At this time, medical personnel to include Medic Stockhauser arrived at the incident and began medical assistance. Medic Stockhauser attempted to gather information from Inmate Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Inmate Richardson as he began moving his head around. Inmate Richardson finally started to say, "Get that off me." He also repeated, "I need out" and "Get me out of here." Inmate Richardson would not respond back to any verbal dialog or answer any questions.

While medical personnel was trying to treat Inmate Richardson, a decision was made by medical to give him an

Printed At
05/25/2012 09:44:08

Incident No
12-668

Page 7 of 14
MC 1737

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

injection to calm him. Also, I had Officer Johnson and Henning replaced by third watch officer's responding to the incident. Officer's continued to hold Inmate Richardson's legs and both arms while he was being treated by Medic Stockhauser, who was supporting his head. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size. Sergeant Lewis and I made the decision to remove the hand restraints and apply leg shackles in order to make it easier for medical to assess and move Inmate Richardson.

Officer's continued to restrain Inmate Richardson's legs and arms. Officer Mayes also replaced Medic Stockhauser with supporting his (Richardson's) head. Nurse Miles arrived to the incident and administered the first injection. Prior to the completion of the injection, the syringe malfunctioned and the injection was deemed unsuccessful. A short time later, a second injection was successfully administered by Nurse Foster in the right buttocks. While waiting for the shot to take affect, it appeared Inmate Richardson's medical condition was still undetermined and he was actively thrashing around. The Emergency Restraint Chair was ordered to the pod and was going to be utilized to safely secure Inmate Richardson, so he could be moved from the upper level of the pod to the first floor for further medical treatment.

While observing Inmate Richardson after the second injection, he appeared to calm down. Approximately two to three minutes later, I observed Inmate Richardson lying still and required no restraint. Medical personnel relocated to the first level of the pod to await the Emergency Restraint Chair. As I Continued to observe Inmate Richardson, I could not hear him breathing or see his chest area rise and fall like I could moments before. I immediately asked Officer Mayes to check his breathing. Officer Mayes and Officer Stumpff starting checking for breathing and a pulse and he appeared unconscious. Officers rolled Inmate Richardson over onto his back and continued to check for breathing and a pulse. Officer Mayes and Stumpff advised they could not find a pulse and it appeared he was not breathing and immediately began CPR procedures.

The First Aid Kit from the workstation was retrieved in addition to medical personnel responding back to the second level. Officer Beach assisted Nurse Miles with removing Inmate Richardson's shirts and began chest compressions. Officer Wittman provided Officer Stumpff with a First Aid Mask and he (Stumpff) began rescue breaths. Sergeant Lewis then notified Security Control that Dayton Fire Department was needed to respond. Officers took turns giving sets of compressions and breaths to Inmate Richardson. The AED was retrieved and Medic Stockhauser prepared the unit as officers applied the pads. The AED performed an initial cycle and no shock was advised. As officers and medical staff continued to perform CPR on Inmate Richardson, I responded to the first floor and retrieved the first responding Dayton Fire Department medics. While escorting them to Pod D, I briefed them on the incident.

Dayton Fire Department medics took over and continued CPR measures. A short time later, Inmate Richardson was pronounced deceased by the Dayton Fire Department and Dr. Ellis. The scene was secured and I had Officer Beach remain with Inmate Richardson. Sergeant Lewis started gathering information from all persons involved and Sergeant Whalen assisted with administrative notifications.

Respectfully Submitted,

Sergeant T. Jackson #266

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 746 | 05/20/2012 | 08:34:12 |

On 05/19/2012, I was assigned as the Prints and Photos Officer on second watch. At approximately 1522 hours, I responded to D-Pod for an unknown medical condition in Cell #544.

I entered the pod and observed Corrections Officer Benjamin #1041 opening the door to Cell #544. I heard a commotion coming from the cell. I looked in the cell and observed Inmate Robert Richardson (12-9824) on the ground. Inmate Richardson appeared disoriented and in a panic. I also observed Inmate Marcus Maxwell (12-8713) who appeared concerned and was attempting to assist Richardson. Maxwell was telling Richardson to stay seated. Additionally, I observed blood coming from Richardson's mouth area.

I attempted to speak with Inmate Richardson, but he appeared disoriented and out of touch with reality. He was flailing around, moving and appeared to be in a panic. Fearing an unintentional attack on staff, I assisted

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

Richardson onto his stomach and secured his left arm behind his back. Sergeant Jackson was able to secure his left arm into handcuffs. Because of his size and stature, I used a second pair of handcuffs and with assistance for Officer Stumpff and Sergeant Lewis, we were able to secure his (Richardson's) right arm. Richardson continued to struggle and failed to answer questions. I straddled his lower hips in an attempt to control Richardson's movements, so he would not injure himself or staff. Richardson still appeared to be in a panic and unaware of what was happening.

Sergeant Jackson then ordered third watch staff to replace second watch staff. I exited the pod without further incident.

Respectfully Submitted,

Corrections Officer D. L. Johnson #746

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1163 | 05/19/2012 | 22:05:02 |

On Saturday, May 19, 2012, I was assigned as the Third Floor Officer on second watch. At approximately 1522 hours, I was on the platform turning in my keys and giving the watch's Third Floor pass ons, when Security Control radioed for available units to respond to D-pod, cell 544, for an unknown medical issue.

When I arrived to Delta pod, I stayed at the Commander while other units responded to the cell. While at the Commander, I observed Inmate Robert Richardson (12-9824), actively resisting Officers outside of cell 544. Officers tried to calm Inmate Richardson but the inmate kept thrashing his body and telling Officers to "get the fuck off of me". Officers placed restraints on Inmate Richardson to prevent him from causing injury to himself or staff.

When medical arrived at cell 544, First Floor Medic Stockhouser arrived and assessed and began treatment. Inmate Richardson continued to resist all efforts by continuously thrashing his body. I then relieved Inmate Stumpff in controlling Inmate Richardson's left arm due to this inmate being uncooperative and aggressive. At this time, I also observed blood around Inmate Richardson's face/mouth region.

Nurse Foster arrived at the pod and gave Inmate Richardson an injection. Within minutes, Inmate Richardson stopped resisting. Shortly thereafter, Inmate Stumpff checked to see if Inmate Richardson was breathing and Officer Stumpff did not hear anything coming from his mouth. We then rolled Inmate Richardson on his back to see if his chest was rising and determined he (Richardson) was not breathing. Officers immediately started CPR procedures.

As officers administered compressions, I retrieved the first aid kit, which contained breathing mask and I radioed for an available unit to respond to the pod with the AED device. Officer Hartley responded with the AED device and handed it to me. Once I had the AED, I immediately relocated to cell 544 and assisted Medic Stockhouser with prepping the AED for use. Once ready Medic Stockhouser took over with using the device.

I remained on the second level to assist with resuscitation efforts, if I was needed. As officers continued CPR, Dayton Fire crews arrived onscene and took over CPR and emergency medical treatment.

As Dayton Fire crews continued their efforts to resuscitate Inmate Richardson, I relocated to the lower level. Sergeant Jackson instructed me to report back to my third watch duties (Dress-In).

Respectfully,

Officer A.S. Wittman #1163

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 913 | 05/19/2012 | 22:02:02 |

On Saturday, May 19, 2012 I was assigned to records. At approximately 1546 hours, I heard a radio request for the AED to be brought to Delta Pod. I immediately responded from the platform area with the AED. Once off the elevator the AED was handed off to CO Wittman and it was taken directly into Delta Pod.

Respectfully Submitted,

Corrections Officer M.C. Hartley #913

| Printed At | Incident No |
|---|---|
| 05/25/2012 09:44:08 | 12-668 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 916 | 05/19/2012 | 21:40:19 |

On Saturday, May 19, 2012, I was assigned at the Third Watch Classification Officer. At approximately 1530 hours, I responded to Delta Pod to assist with an unknown issue with an inmate. As I stepped up to cell 544, Inmate Robert Richardson (12-9824) was laying on the floor and struggling with officers. Inmate Richardson was handcuffed and stating,"I need out". Medic Stockhauser was trying to administer oxygen by non-rebreather mask, as Inmate Richardson was struggling with officers.

I took control of Inmate Richardson's shoulders to keep him from trying to roll over and to prevent him from injuring himself. While doing so, Nurse Miles attempted to administer a shot to Inmate Richardson but the syringe malfunctioned. While waiting for medical to arrive with another shot, Inmate Richardson continued to struggle with staff. Nurse Foster arrived and administered the shot to Inmate Richardson. A few minutes after receiving the shot, Inmate Richardson became still and unresponsive. Inmate Richardson was rolled over onto his back and I checked for a carotid pulse. No pulse was found. Officer Beach started chest compressions and Officer Stumpff started giving breathes to Inmate Richardson. Sergeant Lewis immediately notified Security Control that Dayton Fire Department was needed to respond. Officer Beach, Officer Marshall, Officer Stumpff and I continued to rotate and administer chest compressions, while medical staff administered oxygen to Inmate Richardson. The AED was brought to Delta Pod and the pads were applied to Inmate Richardson. The AED prompt advised "no shock advised" and chest compressions were continued by officers.

Once Dayton Fire Department arrived in Delta Pod, they took over all medical care of Inmate Richardson. At approximately 1608 hours, Inmate Richardson was pronounced deceased by Dr. Ellis and I remained in Delta Pod to assist Officer Rader.

Respectfully Submitted,

Corrections Officer K.T. Mayes 916

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1137 | 05/19/2012 | 21:11:12 |

On Saturday, May 19, 2012, I was assigned as the Alpha-Pod Officer for Third Watch. At approximately 1528 hours, I went to Delta Pod reference an earlier radio call requesting officers for an unknown medical emergency. When I arrived in the pod, I noticed several officers at cell 544 with Inmate Robert Richardson (12-9824), who was laying on the floor.

I made my way to cell 544, where several officers already had Inmate Richardson secured in handcuffs. Inmate Richardson was thrashing his legs around trying to break free from the officer's grasp. At this time, I relieved Officer D. Johnson, who had Inmate Richardson's feet secured underneath him.

As I was holding Inmate Richardson's feet underneath me, he was still attempting to free his feet and was also make unintelligible remarks. As officers continued to maintain control of Inmate Richardson, Nurse Miles attempted to administer an injection, but it failed. Soon after, Nurse Foster arrived with another injection, which she successfully administered.

After a few minutes, Inmate Richardson stopped thrashing around and was lying there calm. Moments later Sgt. Jackson asked if Inmate Richardson was still breathing. It was at this time, that Officer Stumpff advised that Inmate Richardson was unresponsive and not breathing.

At approximately 1546 hours, Officer Stumpff called for the breathing mask and AED to be brought to our location. Officers immediately rolled Inmate Richardson onto his back and I immediately began chest compressions. After a few moments, the AED arrived. I then cut Inmate Richardson's uniform shirt and white t-shirt off so the pads to the AED could be applied. Once the AED was hooked up, it advised "no shock" and to begin CPR. I immediately restarted CPR and continued CPR (with assistance from other officers) until Dayton Fire arrived.

At approximately 1550 hours, Dayton Fire arrived and took over CPR and care of Inmate Richardson.

At approximately 1608 hours, Dayton Fire reported to Dr. Ellis (who was onscene) their findings. At that time, Dr. Ellis pronounced Inmate Richardson deceased.

## Montgomery County Sheriff's Office - County Jail

Incident Report

### Supplemental Narrative

Sgt. Jackson then ordered me to stay at the scene and to make sure nothing gets disturbed. I remained at the scene while EV Tech Shutts took photographs. The coroner arrived and removed Inmate Richardson's body. I stayed in the pod while the detectives conducted interviews with the remaining inmates in the pod.

The detectives and myself left the pod at approximately 2042 hours.

Respectfully Submitted,

Corrections Officer M.L. Beach 1137

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N089 | 05/19/2012 | 20:20:58 |

On May 19, 2012, I was the Third Watch Medic. At approximately 1522 hours, Medical and additional units were requested to D-pod on a medical emergency.

Upon my arrival, Inmate Robert Richardson (12-9824) was on his stomach with upper left torso raised. Inmate Richardson was also combative. Blood tinged saliva was noted to his face and mouth. Inmate Richardson was very sweaty and non-responsive to verbal or painful stimuli. Inmate Richardson kept yelling "I want loose" and "get out of here."

I attempted to clear the blood and saliva away from Inmate Richardson's mouth and nose, while doing so he tried to bite me. I administered oxygen, at 15 liters per minute, via non-rebreather mask. Inmate Richardson continued to fight the oxygen. All attempts to obtain any blood pressures were not able to be obtained due to his combativeness. I requested additional medical personal to respond to assist.

Nurse Miles LPN, called medical for an order of Ativan to be given to Inmate Richardson, to calm him down. The first injection was unsuccessful and another injection was brought up and administered by Nurse Foster RN. A restraint chair was brought to the pod for use to take him to medical once he was calmed. I took my medical bag back to the main floor when the corrections staff advised Inmate Richardson was not breathing and pulseless. CPR was in progress when I arrived back on the upper level and Dayton Fire had already been requested. An AED was brought to the Pod and I instructed the corrections staff as to the placement of the pads.

Initial AED prompt advised "NO SHOCK ADVISED." Chest compressions and ventilations were performed with corrections staff rotating through compressions. AED prompts during entire rescue attempt advised "NO SHOCK ADVISED."

Dayton FD arrived and intibated Inmate Richardson, along with attempting IV access. After approximately 20 minutes of resuscitation efforts, Dayton Fire advised Dr. Ellis (on scene) that they wanted to stop rescue attempts. Dr. Ellis agreed with Dayton Fire and all rescue attempts stopped at 1608 hours.

Steven Stockhauser EMT-I
Naphcare Medical

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N127 | 05/19/2012 | 20:20:45 |

On May 19, 2012, I was assigned as the Charge Nurse in medical on third watch. At approximately 1520 hours, I was asked to respond to D-pod for an inmate who was later identified as Robert Richardson (12-9824), who was reported to be having seizures. Upon arrival, Inmate Richardson was not seizing, but was being semi-combative with the corrections staff. Oxygen was applied to Inmate Richardson, as he continued to resist officers attempts maintain control of him. An injection was ordered for the Inmate Richardson. I attempted to administer the injection; however, it failed. Nurse Foster arrived with another syringe and administered the injection. At this time, EMT Steve and myself went to the lower level of D-pod to talk with Inmate Richardson's roommate. The corrections staff called down and advised Inmate Richardson stopped breathing. We responded back up to the upper level where the corrections staff were cutting away at Inmate Richardson's shirt to apply the AED and start CPR. CPR was administered until Dayton Fire and Rescue arrived and took over CPR and other resuscitation efforts.

Dr. Ellis called the time of death for Inmate Richardson, at 1608 hours.

Respectfully Submitted,

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

Krisandra Miles LPN

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N126 | 05/19/2012 | 19:16:12 |

On May 19, 2012, I was assigned to medical on third watch. At approximately 1545 hours, I heard radio traffic that an ambulance was being dispatched for Inmate Robert Richardson (12-9824). RN Foster called the delta pod officer to determine what the problem was. It was reported to RN Foster, Inmate Richardson had stopped breathing. RN Foster, Dr. Ellis, and myself responded to delta pod to assist. When we arrived, Inmate Richardson was lying unconscious on the floor still restrained. CPR was being performed by corrections staff. RN Foster assumed the duties of providing artificial respirations, while I attempted to gather vital signs on the inmate. Corrections staff were rotating chest compressions. RN Foster requested Inmate Richardson's restraints be removed, which was done immediately by corrections officers.

Dayton Fire and Rescue then arrived on the scene and started their advanced cardiac life support protocols. The Dayton Paramedic on scene reported his findings to Dr. Ellis who then called time of death at 1608 hours.

Respectfully Submitted,
Jon Boehringer LPN

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 403 | 05/19/2012 | 19:09:37 |

On May 19, 2012, I was assigned as the Second Watch Medical Escort. At approximately 1520 hours, I responded to Delta Pod for a Medical Emergency. Upon entering Delta Pod, I observed Inmate Robert Richardson (12-9824), actively resisting officers at the door of cell 544. I observed Inmate Richardson being handcuffed by officers. Inmate Richardson was thrashing his body around on the floor in front of cell 544, Richardson was also yelling " Let me the fuck out of here".

I remained at the work station of Delta Pod to help maintain control of the computer. Sgt. Jackson ordered me to retrieve the Restraint Chair and a Spit Hood from First Floor. I brought the Restraint Chair and Spit Hood back to Delta Pod. I also conducted an Armband Count of Delta Pod.

Respectfully Submitted,

Corrections Officer Shannon Smiley #403

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1132 | 05/19/2012 | 18:42:19 |

On Saturday, May 19, 2012, I was assigned as the Fourth Floor Officer on third watch. At approximately 1522 hours, Security Control advised of an unknown medical emergency occurring in D-Pod, Cell 544. Several other officers and I responded to D-Pod. Upon entering D-Pod, I responded to Cell 544. I observed Sergeant Jackson and Officer D. Johnson attempting to remove Inmate Robert Richardson (12-9824) from the cell.

Inmate Richardson was laying on the ground, behaving hysterically. I assisted with removing Inmate Richardson from the cell. Inmate Richardson thrashed his body around and resisted as officers struggled to gain control of him. After several moments, Sergeant Jackson, Sergeant Lewis, Officer Johnson, Officer Beach and myself were able to secure Inmate Richardson in handcuffs. It was immediately noted that he had blood, spit, and mucus coming from his mouth and facial area.

Medical was on scene and began to assess Inmate Richardson. Medic Stockhauser cleaned the bodily fluids from Inmate Richardson's facial area and attempted to place an oxygen mask around his mouth. As Medical Staff attempted to treat Inmate Richardson, he continued to thrash his body on the ground and would not remain still. Despite all verbal commands from officers to calm down, he continued his erratic behavior and thrashed around on the ground. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size, however, to make it easier for medical to assess and move him, the handcuffs were replaced with a set of leg shackles.

Montgomery County Sheriff's Office - County Jail

Incident Report

## Supplemental Narrative

Shortly thereafter, Nurse Miles attempted to administer an injection; however, it was unsuccessful. A few minutes later, an injection was administered by Nurse Foster. After the injection was administered, Inmate Richardson began to calm down. A few minutes later, Inmate Richardson wasn't moving and had became unconscious. Officers rolled Inmate Richardson over onto his back and I looked to see if his chest was rising and falling. At this time, I could not see his chest rise or fall, nor could I hear him breath. I was also unable to feel a pulse through his carotid artery.

The First Aid Kit from the workstation was requested so CPR could be performed on Inmate Richardson. As Officer Whitman retrieved the kit, Officer Beach began chest compressions on Inmate Richardson. Sergeant Lewis immediately notified Security Control that Dayton Fire Department was needed to respond. Medical staff returned to the second level. As Officer Beach finished his first set chest compressions, I began to give breaths to Inmate Richardson. Officer Beach, Officer Mayes, Officer Marshall, and I took turns giving sets of compressions and breaths to Inmate Richardson. While this was occurring, medical staff arrived with an AED. The AED was applied; however, no shock was advised. Officers and medical staff continued to perform CPR on Inmate Richardson until Dayton Fire Department medics arrived and took over the medical response.

Shortly after DFD took over, Sergeant Jackson asked me to report to my assigned post on the Fourth Floor. I left D-Pod at this time and reported to the Fourth Floor.

Respectfully Submitted,

Officer M. Stumpff 1132

| Report Officer | Date Reported | Time Reported |
| --- | --- | --- |
| 1156 | 05/19/2012 | 17:41:11 |

On May 19th, 2012 I was assigned as the Third Floor Officer on Third watch. At approximately 1522 hours, I responded to Delta Pod cell 544 for a medical emergency.

Upon arriving to the location of the incident, I observed Inmate Robert Richardson (12-9824) actively resisting officers outside of Cell 544. Inmate Richardson was thrashing his body around, attempting to resist officer's from controlling him. Officers finally gained control of Inmate Richardson and I assisted in restraining him by controlling his right arm and shoulder.

Shortly after gaining control of Inmate Richardson, Medical arrived to the Pod to assess him. Medic Stockhauser wiped blood, sweat, saliva and mucus from his facial region. Medic Stockhauser was also attempting to administer oxygen. During this time, Inmate Richardson continued to resist all efforts by continuously thrashing his body. Nurse Miles attempted to administer an injection, but was unsuccessful. A few minutes later, Nurse Foster arrived and administered an injection.

After the injection was administered, Inmate Richardson stopped thrashing his body and seemed to be calming down. After a few minutes, it appeared Inmate Richardson was unconscious. Inmate Richardson was then rolled to his back to check his breathing. Officer Stumpff began to look for his chest rising and falling, while listening for any breathing. Officer Stumpff stated that Inmate Richardson was not breathing and immediately yelled for a First Aid Kit to be brought to the location.

CPR was immediately started with Officer Beach giving chest compressions and Officer Stumpff giving breaths. Medical returned to the second level and an AED was requested due to Inmate Richardson not breathing. Sergeant Lewis immediately advised Security Control that Dayton Fire Department was needed to respond to our location. The AED arrived and was attached to Inmate Richardson, but no shock was advised. Prior to Dayton Fire arriving; Officer Mayes, Beach, Stumpff and Myself continued to give chest compressions and breaths to Inmate Richardson.

Dayton Fire arrived and took over care of Inmate Richardson. I remained in the pod to assist if needed. At approximately 1608 hours, Inmate Richardson was pronounced deceased by Dayton Fire.

Sergeant Jackson instructed me to exit the Pod and go to my Third Watch assignment. I then reported to the third floor.

There is nothing further to report at this time.

| Printed At | Incident No | |
| --- | --- | --- |
| 05/25/2012 09:44:08 | 12-668 | Page 13 of 14 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

**Supplemental Narrative**

Respectfully Submitted,
Bradley M. Marshall 1156

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1041 | 05/19/2012 | 16:57:50 |

On May 19, 2012, I was assigned as the Second Watch Officer in Delta Pod. At approximately 1518 hours, I had completed my final walk through of the pod. I observed Inmate Robert Richardson (12-9824) standing at his cell door of room 544 while conducting my walk through. He did not appear to have any medical issues at that time. I recall having Inmate Richardson move step away from the cell window, so I could check on the well-being of his cell mate.

At approximately 1520 hours, I exited the pod with Delta Pod inmates that needed to go to medical. At approximately 1522 hours, Security Control advised there was a medical emergency in the pod, cell 544. I returned to the pod and reported to the cell door. I observed Inmate Richardson shaking while on the floor. Inmate Marcus Maxwell (12-8713), who also assigned to this cell was holding Inmate Richardson on the ground to prevent Inmate Richardson from hurting himself. I noticed a small amount of blood on the floor of the cell. I radioed for additional units to respond to the pod. Once the units arrived to the pod and reported to the upper level, I opened the room door with the plate keys. Sergeants Lewis and Sergeant Jackson along with First Floor Medic Steve Stockhauser, Nurse Krisandra Miles, Nurse Kristy Kruse, Nurse Felicia Foster and additional units reported to the pod. Inmate Richardson was breathing at the time units responded to the pod, but he was not coherent.

Inmate Richardson was removed from his cell, so medical could evaluate him. First Floor Medic Stockhauser cleaned his facial area due to blood and sweat being at the mouth area. Inmate Richardson was laying on his stomach as units attempted to hold him in place while he was being seen by medical. Inmate Richardson was yelling and being aggressive while receiving medical attention. Units placed Inmate Richardson in wrist restraints due to him being aggressive and attempting to resist officers while on the ground.

Inmate Maxwell was removed from the cell and later questioned regarding the incident. Inmate Maxwell stated that Inmate Richardson was getting water from the sink and then he had some unknown medical issue and just fell. As Inmate Maxwell was being questioned regarding the incident, Medic Stockhauser began cleaning the blood and sweat from Inmate Richardson's face and also administer oxygen to him. Furthermore, Inmate Richardson attempted to bite Medic Stockhauser while being seen.

A short time later, Nurse Miles attempted to administer an injection, but it failed. Nurse Foster retrieved a second injection and administered the injection to Inmate Richardson, successfully. I have nothing further to report at this time.

Respectfully submitted,

Corrections Officer T.N. Benjamin #1041

**Report Approval**

| Approved By | |
|---|---|
| | Master File ( ) Booking File ( ) |
| | Briefing Board ( ) Picture Card ( ) Other ( ) |

Printed At
05/25/2012 09:44:08

Incident No
12-668

Page 14 of 14
MC 1744

**12-4696**  Supplement No **ORIG**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
(937)225-4096
Fax
(937)496-7975

Reported Date
**05/19/2012**
Nature of Call
**MEDICP**
Officer
**LEWIS,BRIAN M**

## Administrative Information

| Agency | | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | | 12-4696 | ORIG | 05/19/2012 | 15:48 |

| CAD Call No | Dispo | | Nature of Call | | | | |
|---|---|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | | MEDICAL | | | | |

| Location | | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | | DAYTON | | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | |
|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 823/LEWIS,BRIAN M | |

| Assignment | Entered by | Assignment | | RMS Transfer | Approving Officer |
|---|---|---|---|---|---|
| JAIL DIVISION | 823 | SUPPORT COMMUNICATIONS | | Pending | 823 |

| Approval Date | Approval Time |
|---|---|
| 05/21/2012 | 01:25:29 |

## Person Summary

| Invl | Invl No | Type | Name | | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|---|
| OFF | 1 | P | SGT LEWIS | | | | | |

## Summary Narrative

On Saturday, May 19, 2012, I was assigned as the Booking Sergeant at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio.  At approximately 1522 hours, I responded to Delta Pod for an unknown medical emergency.  I assisted officers and medical staff.

Respectfully,

Sgt. Brian M. Lewis #823

**12-4696**

Supplement No
ORIG

# MONTGOMERY COUNTY SHERIFF'S OFFICE

## OFFICER 1: SGT LEWIS

| Involvement | Invl No | Type | Name | Ofcr Assignment |
|---|---|---|---|---|
| OFFICER | 1 | Police Officer | SGT LEWIS | Other (Alone) |

| Ofcr Activity |
|---|
| ALL OTHER |

## Narrative

**12-4696**   Supplement No **0001**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
**(937)225-4096**
Fax
**(937)496-7975**

Reported Date
**05/19/2012**
Nature of Call
**EV SUPP**
Officer
**SHUTTS,LINDA A**

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | 12-4696 | 0001 | 05/19/2012 | 16:15 |

| CAD Call No | Dispo | Nature of Call | | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | EVIDENCE SUPPLEMENT | | | | |

| Location | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | DAYTON | | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | To Date | To Time | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 16:15 | 05/19/2012 | 18:26 | |

| Officer | | Assignment | Entered by |
|---|---|---|---|
| 831/SHUTTS,LINDA A | | EVIDENCE TECHNICIAN | 831 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|
| ROAD PATROL | Successful | Successful | 503 | 05/20/2012 |

| Approval Time |
|---|
| 00:04:25 |

## EVIDENCE TECHNICIAN 1: SHUTTS,LINDA

| Involvement | | Invl No | Type | Name |
|---|---|---|---|---|
| EVIDENCE TECHNICIAN | | 1 | Police Officer | SHUTTS,LINDA |

| MNI | Race | Sex | Ofcr Assignment | Ofcr Activity |
|---|---|---|---|---|
| 303189 | WHITE | FEMALE | One-Officer Vehicle (Assisted) | ALL OTHER |

## Property

| Item | Agency | | Report No | Original Incident | Original supplement | Involvement |
|---|---|---|---|---|---|---|
| 1 | MONTGOMERY COUNTY SHERIFF'S OFFICE | | 12-4696 | 12-4696 | T001 | OTHER |

| Invl Date | In Custody? | Confidential | Description | | | |
|---|---|---|---|---|---|---|
| 05/19/2012 | No | No | (1) CDR | | | |

| Typ | Cat | | Article | NIBRS Type | |
|---|---|---|---|---|---|
| A | Other (none of the above) | | Photographs | PHOTOGRAPHIC/OPTICAL EQUIPMENT | |

| Entered Date | Entered Time | Control |
|---|---|---|
| 05/19/2012 | 20:06 | 0519122018 |

## Narrative

On 05/19/12, at 1615 hours, I was dispatched to the Montgomery County Jail located at 330 W. Second St., Dayton, OH, to process the scene of an in custody death.

Upon arrival, I took several digital images of the scene on one CDR. The CDR will be kept on file at District Seven.

Detectives arrived on scene and advised they did not need any further evidence collection.

Dep. Linda Shutts #831

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS,LINDA A | 05/21/2012 02:12 | Page 1 of 1 |

**12-4696**                           Supplement No
                                      0002

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

Richardson was depressed about being in jail. Inmate Maxwell stated Inmate Richardson never requested medical or asked for a Medical Kite. The only kites either of them asked for were for trying to get approved as Pod Workers.

Inmate Maxwell stated Inmate Richardson woke up this morning, Saturday, May 20, 2012, and spit some type of clear substance/fluid in the toilet, but never vomited. They continued to talk during the early morning and medical arrived and took Inmate Richardson's blood pressure. Inmate Maxwell said Inmate Richardson returned from visitation with his fiancé' at approximately 1505 hours and was in good spirits, talking about completing his 30 days and going home. A few moments later Inmate Richardson stood up and walked over to the sink and bent down to get a drink of water. Inmate Maxwell stated Inmate Richardson suddenly jerked upwards, let out an indescribable yell, fell backwards onto his buttocks and began spitting out blood from his mouth. Inmate Richardson then slumped over onto the cell floor, and his hands drew upwards with clenched fists. Inmate Maxwell said Inmate Richardson's body was shaking as if having a seizure. Inmate Maxwell stated he hit the Steno and requested assistance. Inmate Maxwell stated he attempted to roll Inmate Richardson on his side, because he thought Inmate Richardson had stopped breathing. Inmate Maxwell stated approximately 20 seconds later, Inmate Richardson started moving, but appeared confused and disoriented. A few seconds later corrections officers arrived and removed Inmate Richardson from the cell and secured him (Richardson) in handcuffs.

I asked Inmate Maxwell if he observed any officers act inappropriately, punch, kick or otherwise use unnecessary force on Inmate Richardson. Inmate Maxwell stated, "No, but it shouldn't have taken four of you to handcuff him. It was a little excessive." I thanked Inmate Maxwell for his statement and concluded my contact with him.

Once detectives arrived I provided them with all pertinent information I had obtained regarding this incident. I was in and out of the pod, during the remaining investigation, as I attempted to attend to other duties within the jail.

I will forward all other documentation, such as: Divar Video(s), Detex Log(s), AED information and scene logs, with this jail incident.

Respectfully,

Sergeant B.M. Lewis #823

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS,LINDA A | 05/21/2012 02:12 | Page 3 of 3 |

MC 1748

**12-4696**  Supplement No 0003

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
(937) 225-4096
Fax
(937) 496-7975

Reported Date
**05/19/2012**
Nature of Call
**MEDICP**
Officer
**SHUTTS,LINDA A**

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | 12-4696 | 0003 | 05/19/2012 | 15:48 |

| CAD Call No | Nature of Call | | | | | |
|---|---|---|---|---|---|---|
| 121400894 | MEDICIAL | | | | | |

| Location | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|
| 330 W SECOND ST | | DAYTON | | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 831/SHUTTS,LINDA A | | |

| Assignment | Entered by | Assignment | | RMS Transfer | Property? | Approving Officer |
|---|---|---|---|---|---|---|
| ROAD PATROL | 823 | SUPPORT COMMUNICATIONS | | Pending | None | 823 |

| Approval Date | Approval Time |
|---|---|
| 05/21/2012 | 01:49:12 |

## OFFICER 1: SGT TED JACKSON

| Involvement | Invl No | Type | Name | Ofcr Assignment |
|---|---|---|---|---|
| OFFICER | 1 | Police Officer | SGT TED JACKSON | Other (Alone) |

| Ofcr Activity |
|---|
| ALL OTHER |

## Narrative

On May 19, 2012, I was assigned as the Housing Sergeant on second watch at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1520 hours, I responded to housing location, D Pod in response to a call for assistance. The assigned Corrections Officer to D Pod, Officer Benjamin called for assistance reference a medical issue in cell 544. Upon entering the pod, I responded with Officer's D. Johnson and Henning to cell 544 located on the second level of the housing unit. Officer Benjamin was at the cell door and opened it as we arrived. Officer Johnson and I entered the cell and observed Inmate Robert Richardson sitting on the floor. Inmate Richardson's cell-mate, Inmate Marcus Maxwell appeared to be providing assistance to Inmate Richardson by holding him still and trying to keep him from getting up.

Upon entering the cell, Inmate Richardson was in a seated position facing the outside wall in close proximity to the cell door. Inmate Richardson was attempting to stand up or roll forward and appeared to be disoriented and in a state of panic. Inmate Richardson's movements and physical demeanor was lethargic and unbalanced. We began to give verbal orders to Inmate Richardson, instructing him to stay seated but he did not respond. Inmate Richardson turned his head toward me and I could see he had blood and saliva coming from his mouth. Inmate Richardson had a dazed / unfocused expression on his face and didn't appear to be comprehending our verbal direction or events going on around him. Based on my initial observations related to Inmate Richardson's physical condition, behavior and comprehension, it seemed he was experiencing an unknown medical issue.

Officer Johnson and I grabbed Inmate Richardson to control his movement to prevent him from injuring himself. Because of the confined space in the cell and Inmate Richardson's physical size, Officer Johnson and I pulled him out of the cell and onto the walkway. Inmate Richardson began thrashing around and did not respond to verbal direction. Inmate Richardson was laying face down, kicking his legs, pulling his arms up towards his upper body and tried to push himself up. Inmate Richardson was also verbally grunting and breathing heavily. Officer Johnson and I made several verbal attempts to get Inmate Richardson to calm himself, relax and stop moving. Inmate Richardson would not respond to our verbal direction and became more uncontrollable. I retrieved my hand restraints and ordered Inmate Richardson to be secured in them for his safety and ours. With the assistance of Officer Johnson, Inmate Richardson's left arm was placed behind his back and I secured his wrist in the restraint. Because of Inmate Richardson's size, a second set of hand restraints were utilized by Officer Johnson to assist in securing his right wrist. Officer Stumpff and Sergeant Lewis assisted in placing Inmate Richardson's left arm behind his back and his right wrist was then secured. During this incident, several more verbal attempts were made to get Inmate Richardson to calm himself, relax and stop moving. We were also unable to illicit any

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS,LINDA A | 05/21/2012 02:12 | Page 1 of 2 |

**12-4696**

Supplement No
0003

# MONTGOMERY COUNTY SHERIFF'S OFFICE

## Narrative

information from Inmate Richardson or a response that was comprehensible. Inmate Maxwell was safely removed from the cell, relocated and later debriefed.

After Inmate Richardson was secured in hand restraints, he was actively thrashing around and grunting. Officer Johnson, Henning and Stumpff continued to control him from moving around and he was repositioned onto his right side. At this time, medical personnel to include Medic Stockhauser arrived at the incident and began medical assistance. Medic Stockhauser attempted to gather information from Inmate Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Inmate Richardson as he began moving his head around. Inmate Richardson finally started to say, "Get that off me." He also repeated, "I need out" and "Get me out of here." Inmate Richardson would not respond back to any verbal dialog or answer any questions.

While medical personnel was trying to treat Inmate Richardson, a decision was made by medical to give him an injection to calm him. Also, I had Officer Johnson and Henning replaced by third watch officer's responding to the incident. Officer's continued to hold Inmate Richardson's legs and both arms while he was being treated by Medic Stockhauser, who was supporting his head. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size. Sergeant Lewis and I made the decision to remove the hand restraints and apply leg shackles in order to make it easier for medical to assess and move Inmate Richardson.

Officer's continued to restrain Inmate Richardson's legs and arms. Officer Mayes also replaced Medic Stockhauser with supporting his (Richardson's) head. Nurse Miles arrived to the incident and administered the first injection. Prior to the completion of the injection, the syringe malfunctioned and the injection was deemed unsuccessful. A short time later, a second injection was successfully administered by Nurse Foster in the right buttocks. While waiting for the shot to take affect, it appeared Inmate Richardson's medical condition was still undetermined and he was actively thrashing around. The Emergency Restraint Chair was ordered to the pod and was going to be utilized to safely secure Inmate Richardson, so he could be moved from the upper level of the pod to the first floor for further medical treatment.

While observing Inmate Richardson after the second injection, he appeared to calm down. Approximately two to three minutes later, I observed Inmate Richardson lying still and required no restraint. Medical personnel relocated to the first level of the pod to await the Emergency Restraint Chair. As I Continued to observe Inmate Richardson, I could not hear him breathing or see his chest area rise and fall like I could moments before. I immediately asked Officer Mayes to check his breathing. Officer Mayes and Officer Stumpff starting checking for breathing and a pulse and advised he appeared unconscious. Officers rolled Inmate Richardson over onto his back and continued to check for breathing and a pulse. Officer Mayes and Stumpff advised they could not find a pulse and it appeared he was not breathing and immediately began CPR procedures.

The First Aid Kit from the workstation was retrieved in addition to medical personnel responding back to the second level. Officer Beach assisted Nurse Miles with removing Inmate Richardson's shirts and began chest compressions. Officer Wittman provided Officer Stumpff with a First Aid Mask and he (Stumpff) began rescue breaths. Sergeant Lewis then notified Security Control that Dayton Fire Department was needed to respond. Officers took turns giving sets of compressions and breaths to Inmate Richardson. The AED was retrieved and Medic Stockhauser prepared the unit as officers applied the pads. The AED performed an initial cycle and no shock was advised. As officers and medical staff continued to perform CPR on Inmate Richardson, I responded to the first floor and retrieved the first responding Dayton Fire Department medics. While escorting them to Pod D, I briefed them on the incident.

Dayton Fire Department medics took over and continued CPR measures. A short time later, Inmate Richardson was pronounced deceased by the Dayton Fire Department and Dr. Ellis. The scene was secured and I had Officer Beach remain with Inmate Richardson. Sergeant Lewis started gathering information from all persons involved and Sergeant Whalen assisted with administrative notifications.

Respectfully Submitted,

Sergeant T. Jackson #266

Pg 1

## STATEMENT

MASTER NO. _____  120-6516

STATEMENT OF: Jimmy VanWinkle _____ DATE: 5-19-12

ADDRESS: _____  PHONE: _

D.O.B. _____ SSN: _____  WORK PHONE: _____

OFFICER: _____  LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I was asleep in Cell 435 me and my bunky Jim Wiley
We awoke from hearing What Was Thought To be moans
of Someone being smothered I spranged To the Window
and I Saw a man on the ground 544 being holding
an inmate down C/o K.mays C/o Stumpff C/o Limmer
C/o Beach C/o Whittman C/o Rader, Rader Was not
on scene long went down to patrol Pod (C/o K.Mays
and C/o Stumpff Was using excessive force to the
Inmate he Was Screaming help me I cant breathe
Telling him C/o K.Mays and C/o Stumpff To Stop
While K.mays and Stumpff had Pressure To
The inmates neck Stumpff on the side away
from View of Public eye K. May's had his knee
in the inmates neck putting Severe pressure To it
as the inmates screamed Out in pain, nures Were
Called To administer Some Sort of Medication ⟹

SIGNATURE _____  PAGE NO. ____1____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

Pg 2

## STATEMENT

MASTER NO. _____

STATEMENT OF: Jimmy VanWinkle     DATE: 5-19-12

ADDRESS: _____     PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ 58     LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR
MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND
ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW
ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Continued → into inmates back not one but twice
One by one nurse another by a different nurse
by this Time the inmate looked out of energy
and fight, he did not give any kind of signal
of movement, by then they noticed the inmate
Was dead yelled down and asked how old he was
he died at 3.45pm it Started at around 300pm
C/o Stumpff attempted C/pr as well as CoK Mays
now C/o Limmerman was Provoking the matter Smiling
and giggling and moving his hands in a motion as of
Telling them to tie him up which is uncalled for
after letting the body lay there lifeless they began
To Walk around it as if were another day both
Sgt. Were on Site during whole incident now the
Smaller Sgt of the two Who look like twins was
as well non compassionate While holding the inmate
→

SIGNATURE _____     PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

MC 1752

Pg. 3

## STATEMENT

MASTER NO. _____

STATEMENT OF: _Jimmy VanWinkle_____ DATE: _5-19-12_____

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Continued ⟹ after the comotion the real Paramedics came in and attempted one last Time To Save The inmates life. after that it was a sad day in Delta Pod an innocent Man died to the hand of the Montgomery County Jail C/Os from excessive force. Now When the coroner came they disrespectfully removed the body in a un Professional manner. and that was the last of it.

SIGNATURE _Jigwhike_____ PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

Arm Band #12-6-773

**STATEMENT**

MASTER NO. _____

STATEMENT OF: Michael Lee LAUMAN    DATE: _____

ADDRESS: _____    PHONE: _____

D.O.B _____ _ SSN    WORK PHONE: _____

OFFICER: _____    LOCATION: mont. co. Jail.

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I michael Layman, watched C.O Beetch, C.O mays C.O stumpff, c.o Marshall Restrain An Inmate in cell 544 By slamming him on His face on the Range And started putting Handcuffs on him. c.o marshall was holding him from the Back And c.o stumpff was holding him By The Front. There was A medic Holding his Head and wipping his face. Then c.o mays was holding his Head After the medic. c.o mays started Holding his Head Between his Legs And Holding the BAck of his Head with his Hands, c.o stumpff took over for co. mays Holding his Head with his Knees. After About 2 min c.o mays took Back over Holding his Head Again. only This time c.o mays put his knee in the mans neck And was using the Railing to hold for leverage mays kept lifting up ¿ Down on the mans Head with his Body weight. The man kept yelling to get off him Because he couldnt Breathe, But c.o mays kept putting his knees in The mans Back And side of his neck. Then they said he stopped Breathing.

Band #12-6-773

cell 434
D-Pod.

SIGNATURE Michael L. Layman.    PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

Cell 434

## STATEMENT

MASTER NO. 11 21 424

STATEMENT OF: Keith O. Wayne    DATE: _____

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I was woken from my sleep by the sound of Pounding
feet on the Stair's, I then look'd out my cell (434) window
and seen a commotion infront of 544/545, where I seen
a Inmate on the ground with about seven (7) officers and
Two supervisor officer there and they had him on the
ground restraining with officer Stumff bending the
inmates hands cuff'd wrist back, then you had the
large male nurse at the inmates head and kept wiping
his face and trying to restrain his head also he put
somthing down under his head to try to cushion his
head from the floor, then one nurse tried to give him
a shot of some type, then another came and shot him
again then, officer may's moved the nurse and put
his knee's on the Inmates head, neck and shoulder's
the officer Stumff, then may's got back on
him both use the rail like laverage to aply pressure

SIGNATURE _____    PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

**STATEMENT**

129711

MASTER NO. _____

STATEMENT OF: Daniel Duckworth DATE: 5-19-12

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: Sgt Stoplers LOCATION: D Pod

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Couldn't see him about 8 COs grabbed him out of cell. Seemed to be having a seizure. Gave him 2 shots of something. He was on his back they shackled his feet. They were holding him down cause he would have hurt himself. Then nurses came cause he wouldn't settle down. Gave him another shot. They tried CPR.

SIGNATURE Daniel Duckworth PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

542

## STATEMENT

#12-8215

MASTER NO. _____

STATEMENT OF: Demetris Ward   DATE: 5/19/12

ADDRESS: _____   PHONE: _____

D.O.B. _____ SSN: _____   WORK PHONE: _____

OFFICER: JA Stephens _____   LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Heard yelling then COs coming up steps. Benjamin had already opened cell - He was yelling & moaning. Not anything that makes sense. Thought he was having a seizure. He was on ground. COs hold him down. He was on his back moving like spasms. CO told him to calm down. Medics trying to put oxygen mask on still on back. COs trying to tell him to calm down. That's enough stop. Did not see him on stomach only saw him on back but alot of DOs around him making it hard to see. Medics stuck him with needle.

SIGNATURE Demetrio Ward _____ PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

**STATEMENT**

MASTER NO. _____

STATEMENT OF: _Kenneth Freeman_____ DATE: _5·19·12_

ADDRESS: __

D.O.B. __  SSN: _____  WORK PHONE: _____

OFFICER: _____Julie Seophs___ LOCATION: _DPOD_

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Was asleep Heard Maxwell hit store took 12 minutes. Opened door Stump, Marshall, and Sgt Jackson pulled him - like mussed him like an altercation. Put him in regular cuffs first asked him What was wrong. He was resisting hardcuff - Not functioning right Breathing heavily Blood coming out mouth & nose w/ foam - thick More COs came - On his stomach 15 minutes Said "Let me out" Marshall put knee on back Stump put knee on shoulder hold him down - "Let me out" They asked him "Do you know where you're at." Kept gasping for air) Gave him Oxygen he keeps maintain "let me out" Put on oxygen over face gave shot in arm. Said "let me up" (Officer Mays put knee on neck

SIGNATURE _____C/o mays said it g_____ PAGE NO. _____ worse before it gets better. They kneeled & jailed for Sta 5 minutes Gave him a shot in butt. He

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20____, IN THE COUNTY OF MONTGOMERY. stopped moving. Mays said hey Freeman _____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20___ you want to be next. Finally flipped him over cut his shirt Start CPR Took 30 minutes got

as written by

## STATEMENT

MASTER NO. _____

STATEMENT OF: Chris Collier _____ DATE: 5/19/12

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: Dpod

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Laying down - Heard yelling jumped down. Saw guy on floor. Older Male Blue Shirt Drown Medic Yell get off me Cant breathe Went on 20 minutes. COs were holding him down. Saw blood on ground medic was holding Officer Brack & Maus were laughing Guys came down told hes not Breathing Many officers tried CPR over & over again. Saw medics give 2 Shots). - Heart Start box & multiple CPR

SIGNATURE Chris Collier _____ PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

## STATEMENT

MASTER NO. _____

STATEMENT OF: Jerry Curban          DATE: _____

ADDRESS: _____          PHONE: _____

D.O.B. _____   SSN: _____   WORK PHONE: _____

OFFICER: _____          LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR
MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND
ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW
ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Talked in passing Keeps to himself
Never Complained Wasn't feeling well
Never saw him assaulted

Was laying down. Heard Stomping
up the Stairs

Looked away for a sec - Was on his
Stomach. They were wiping
Something on his Face. Uncomprehensible
Could hear him say Get off of me
I couldn't hear COs or deputies

Nurse gave 2 Shots he started to
Slow down. - Tried to resusitate

SIGNATURE _____          PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

*St Rum Control*

```
JLOG   PAGE NO.0001 190    G536   05-21-2012 09:28
                                JAIL ACTIVITY LOG

PARAMETERS SELECTED:
    SORT: FAC        SCHEDULED  FM-DATE: 05-19-2012  TO-DATE: 05-19-2012  FM
-TIME: 1500  TO-TIME: 2330
    EVENT-LVL: ALL        DISPO: ALL   EVENTS: ALL
    FAC: CJ   FLR: 1   CELL: SC


JID      NAME                   JUVE RAC SEX HOUSING      EVENT
    DISP DATE-IN   T-IN  DATE-OUT   T-OUT
---------------------------------------------------------------------
--------------------------------------------------

                                 CJ-1-SC      Jail check*
    COMP 05-19-2012 1509   05-19-2012 1509
     REMARKS: al clear
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1522   05-19-2012 1522
     REMARKS: medical emergency 544 staff on scene 1522, medical on scene 1524
                                 CJ-1-SC      Officer Off Duty
    COMP 05-19-2012 1529   05-19-2012 1529
     REMARKS: relieved by third watch
                                 CJ-1-SC      Officer On Duty
    COMP 05-19-2012 1530   05-19-2012 1530
     REMARKS: On duty. Receive pass-ons from 2nd Watch. Units and medical still
in
     REMARKS: Delta Pod.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1538   05-19-2012 1538
     REMARKS: Check up on Delta Pod. Units checked OK. Incident involves Inmate
     REMARKS: Richardson,Robert (12-9824).
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1546   05-19-2012 1546
     REMARKS: Jail records was notified to call for a 45 for Inmate Richardson,
     REMARKS: Robert (12-9824). Units in Delta Pod requested an AED be brought t
o
     REMARKS: the pod. AED is en-route.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1547   05-19-2012 1547
     REMARKS: CPR begins on Inmate Richardson,Robert (12-9824)
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1549   05-19-2012 1549
     REMARKS: Dr. Ellis arrives on scene in Delta Pod.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1550   05-19-2012 1550
     REMARKS: Dayton Fire Department (fire engine) arrives to Jail at tis time.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1552   05-19-2012 1552
     REMARKS: Per 320, I notified Dispatch that a cruiser was needed to transpor
t
     REMARKS: the medic from jail to hospital. I was advised that they would hav
e
     REMARKS: a cruiser en-route.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1553   05-19-2012 1553
     REMARKS: Dayton Fire Department (Medic) arrived at jail.
                                 CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1600   05-19-2012 1600
     REMARKS: EV Tech Deputy Linda Shutts #831 arrives to transport medic to
     REMARKS: hospital.
```

CJ-1-SC    Unusual Occurranc
e   COMP 05-19-2012 1608    05-19-2012 1608
    REMARKS: Inmate Richardson,Robert (12-9824) was pronounced dead by Dr. Bren
da
    REMARKS: Ellis at 1608 hours. The body was covered up with a sheet at this
    REMARKS: time.

                              CJ-1-SC    Unusual Occurranc
e   COMP 05-19-2012 1620    05-19-2012 1620
    REMARKS: EV Tech Deputy Linda Shutts #831 is on scene in Delta Pod. Taking
    REMARKS: photographs.

                              CJ-1-SC    Unusual Occurranc
e   COMP 05-19-2012 1621    05-19-2012 1621
    REMARKS: Dayton Fire Department (Both Engine and Medic crews) exit security

    REMARKS: and into the Sallyport.

                              CJ-1-SC    Unusual Occurranc
e   COMP 05-19-2012 1629    05-19-2012 1629
    REMARKS: Dayton Fire Department (both crews) pull away from the jail.

                              CJ-1-SC    Unusual Occurranc
e   COMP 05-19-2012 1640    05-19-2012 1640
    REMARKS: Montgomery County Coroner arrives at jail.

JLOG    PAGE NO.0002 190    G536    05-21-2012 09:28
-    JAIL ACTIVITY LOG
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1642    05-19-2012 1642
    REMARKS: Montgomery County Coroner arrives on scene in Delta Pod.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1646    05-19-2012 1646
    REMARKS: Captain Crosby #182 arrives at jail at this time.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1647    05-19-2012 1647
    REMARKS: Captain Crosby #182 arrives on scene in Delta Pod.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1704    05-19-2012 1704
    REMARKS: Livery arrives at jail to remove the body of Richardson,Robert (12

    REMARKS: 9824)
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1708    05-19-2012 1708
    REMARKS: Livery arrived on scene in Delta Pod.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1712    05-19-2012 1712
    REMARKS: Livery exits Delta Pod with the body of Richardson,Robert (12-
    REMARKS: 9824).
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1712    05-19-2012 1712
    REMARKS: Detective Michael Sollenberger #321 arrives at jail.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1713    05-19-2012 1713
    REMARKS: Detective Michael Sollenberger #321 arrives on scene in Delta Pod.

CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1714    05-19-2012 1714
    REMARKS: Livery exits Security and into the Sallyport with the body of
    REMARKS: Richardson,Robert (12-9824).
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1716    05-19-2012 1716
    REMARKS: Livery exits the Sallyport and leaves the jail at this time with t
he
    REMARKS: body of Richardson,Robert (12-9824).
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1717    05-19-2012 1717
    REMARKS: Sergeant Julie Stephens #102 arrives at jail.
CJ-1-SC    Inmate Feeding
    COMP 05-19-2012 1718    05-19-2012 1718
    REMARKS: Entered in error.
CJ-1-SC    WALK THROUGH
    COMP 05-19-2012 1718    05-19-2012 1718
    REMARKS: Entered in error.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1720    05-19-2012 1720
    REMARKS: Sergeant Julie Stephens #102 arrives at Delta Pod.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1727    05-19-2012 1727
    REMARKS: Detective Brian Conley #828 arrives at jail.
CJ-1-SC    Unusual Occurranc
e    COMP 05-19-2012 1729    05-19-2012 1729
    REMARKS: Detective Brian Conley #828 arrives to Delta Pod.
CJ-1-SC    Unusual Occurranc

MC 1763

e    COMP 05-19-2012 1730    05-19-2012 1730
        REMARKS: Detective John Clymer #98 arrives at jail.
                                      CJ-1-SC     Unusual Occurranc

e    COMP 05-19-2012 1732    05-19-2012 1732
        REMARKS: Detective John Clymer #98 arrives at Delta Pod.
                                      CJ-1-SC     Unusual Occurranc

e    COMP 05-19-2012 1734    05-19-2012 1734
        REMARKS: Montgomery County Coroner exits jail security at this time.
                                      CJ-1-SC     Jail check*

    COMP 05-19-2012 1745    05-19-2012 1745
        REMARKS: Jail operations OK- ALL SEEMS CLEAR. Detectives and several
        REMARKS: units still in Delta Pod.
                                      CJ-1-SC     Unusual Occurranc

e    COMP 05-19-2012 1757    05-19-2012 1757
        REMARKS: Detective Michael Sollenberger #321 exits jail security at this ti
me
        REMARKS: .
                                      CJ-1-SC     Unusual Occurranc

e    COMP 05-19-2012 1800    05-19-2012 1800
        REMARKS: Dr. Brenda Ellis exits jail security at this time.

MC 1764

JLOG    PAGE NO.0003 190    G536    05-21-2012 09:28
                            JAIL ACTIVITY LOG
                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1815    05-19-2012 1815
        REMARKS: Capt. Crosby requests units to have an uncoop inmate removed from
        REMARKS: the pod. Units respond and remove disruptive inmate. Inmate taken
to
        REMARKS: MHD 140.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1819    05-19-2012 1819
        REMARKS: EV Tech Deputy Linda Shutts #831 exits jail security at this time.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1828    05-19-2012 1828
        REMARKS: Additional units and medical called to S24 for a seizure. Units an
d
        REMARKS: medical responding.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1831    05-19-2012 1831
        REMARKS: Additional units called to E24 for a fight. Units responding.
                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1844    05-19-2012 1844
        REMARKS: Additional units called to S11 for an uncooperative. Units
        REMARKS: responding.

                            CJ-1-SC      Jail check*
    COMP 05-19-2012 1850    05-19-2012 1850
        REMARKS: Jail operations OK- ALL SEEMS CLEAR. Detectives and units still
        REMARKS: dealing with Delta Pod incident.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 1933    05-19-2012 1933
        REMARKS: Additional units called to 3rd FL Visitation for an uncooperative
        REMARKS: inmate refusing to leave visitation. Units responding.
                            CJ-1-SC      Jail check*
    COMP 05-19-2012 1945    05-19-2012 1945
        REMARKS: Jail operations OK- ALL SEEMS CLEAR. Detectives in Delta Pod
        REMARKS: interviewing inmates.

                            CJ-1-SC      SARGEANT WALK THR
OUG COMP 05-19-2012 2005    05-19-2012 2005
        REMARKS: Sgt. Whalen in control.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 2038    05-19-2012 2038
        REMARKS: Capt. Crosby exits jail security.

                            CJ-1-SC      Jail check*
    COMP 05-19-2012 2045    05-19-2012 2045
        REMARKS: Jail operations OK- ALL SEEMS CLEAR. Detectives still in Delta
        REMARKS: Pod.

                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 2050    05-19-2012 2050
        REMARKS: ALL Detectives exit Delta Pod at this time.
                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 2105    05-19-2012 2105
        REMARKS: Detectives John Clymer #98 and Julie Stephens #102 exit security
                            CJ-1-SC      Jail check*
    COMP 05-19-2012 2145    05-19-2012 2145
        REMARKS: Jail operations OK- ALL SEEMS CLEAR. Detective Conley is speaking
        REMARKS: with someone in an attorney room across from Release Desk.
                            CJ-1-SC      Unusual Occurranc
e   COMP 05-19-2012 2154    05-19-2012 2154

MC 1765

REMARKS: Detective Brian Conley #828 exits jail security.

                                        CJ-1-SC    Unusual Occurranc

e  COMP 05-19-2012 2212   05-19-2012 2212

   REMARKS: Inmates in TRS 116 stated he cant breath. 1st FL notified.

                                          CJ-1-SC    Unusual Occurranc

e  COMP 05-19-2012 2215   05-19-2012 2215

   REMARKS: Riverside PD arrives with uncoop male. 1st FL, 310, and Receiving

   REMARKS: notified.

                                          CJ-1-SC    Jail check*

   COMP 05-19-2012 2245   05-19-2012 2245

   REMARKS: Jail operations normal- ALL CLEAR

                                          CJ-1-SC    Officer Off Duty

   COMP 05-19-2012 2318   05-19-2012 2318

   REMARKS: EOW 2330 HOURS.

                                          CJ-1-SC    Officer On Duty

   COMP 05-19-2012 2325   05-19-2012 2325

   REMARKS: C/O PINNEY ON DUTY

SUB TOTAL:    59    FOR: CJ-1-SC

MC 1766

JLOG    PAGE NO.0004 190    G536    05-21-2012 09:28
                               JAIL ACTIVITY LOG

GRAND TOTAL:    59    MAX-OUT: 1000    SCANNED:    1953    MAX-SCAN:   20000

MC 1767

POD D

JLOG    PAGE NO.0001 959    G326    05-21-2012 10:10

JAIL ACTIVITY LOG

PARAMETERS SELECTED:
    SORT: FAC         SCHEDULED  FM-DATE: 05-19-2012  TO-DATE: 05-19-2012  FM
-TIME: 0730 TO-TIME: 2330
    EVENT-LVL: ALL        DISPO: ALL   EVENTS: ALL
    FAC: CJ   FLR: D

JID      NAME                    JUVE RAC SEX HOUSING    EVENT
    DISP DATE-IN   T-IN  DATE-OUT   T-OUT
-----------------------------------------------------------------------------
-------------------------------------------------

                                  CJ-D        Officer On Duty
    COMP 05-19-2012 0803   05-19-2012 0803
    REMARKS: C/O Thomas #838 on duty at 0730 hours and attended roll call with
    REMARKS: Sgt. Lewis and Jackson. Assigned as the D-pod officer for 2nd watc
h.
    REMARKS: Pick up floor sheets, radio and pod keys.
                                  CJ-D        Unusual Occurranc
e   COMP 05-19-2012 0803   05-19-2012 0803
    REMARKS: Arrive to pod. Read pass on information left by the 1st watch
    REMARKS: officer.
                                  CJ-D        Inmate Armband Co
unt COMP 05-19-2012 0805   05-19-2012 0805
    REMARKS: Armband count completed. Inmate Lee,Andrew and Lavato,Gabriel out
of
    REMARKS: pod for release. Notified jail records and ordered trays and milks
.
                                  CJ-D        WALK THROUGH
    COMP 05-19-2012 0805   05-19-2012 0805
    REMARKS: Perform an initial walk through and wellness/security check of pod
.
    REMARKS: All appears to be secure.
                                  CJ-D        Jail check*
    COMP 05-19-2012 0810   05-19-2012 0810
    REMARKS: Fire/medical equipment checked. All appears to be in good working
    REMARKS: order.
                                  CJ-D        Chemical Measure
    COMP 05-19-2012 0811   05-19-2012 0811
    REMARKS: chemical bottles inventoried 12 are secure in closet
                                  CJ-D        Cleaning Supplies
    COMP 05-19-2012 0811   05-19-2012 0811
    REMARKS: Bucket and supplies inventoried. All accounted for and supply log
    REMARKS: sheet will be updated to reflect count.
                                  CJ-D        Razors given out
    COMP 05-19-2012 0814   05-19-2012 0814
    REMARKS: Razors inventoried. 31 razors secure in workstation.
                                  CJ-D        Indoor recreation
    COMP 05-19-2012 0844   05-19-2012 0844
    REMARKS: Begin upper level recreation
                                  CJ-D        WALK THROUGH
    COMP 05-19-2012 0851   05-19-2012 0851
    REMARKS: Walk through and security/wellness check. All appears to be secure
.
                                  CJ-D        WALK THROUGH
    COMP 05-19-2012 0920   05-19-2012 0920
    REMARKS: Walk through.. late entry due to medical in pod
                                  CJ-D        Administer medica
tio COMP 05-19-2012 0926   05-19-2012 0926

MC 1768

REMARKS: Nurse Jackie in pod for med pass

                                             CJ-D          SARGEANT WALK THR

OUG COMP 05-19-2012 0932   05-19-2012 0932

REMARKS: Sgt Jackson in pod for med pass

                                             CJ-D          LAUNDRY

COMP 05-19-2012 1011   05-19-2012 1011

REMARKS: Laundry in pod for uniform exchange, will call them back after upp

er

REMARKS: level recreation is complete for lower level exchange.

                                             CJ-D          Indoor recreation

COMP 05-19-2012 1017   05-19-2012 1017

REMARKS: Upper level recreation completed.

                                             CJ-D          LAUNDRY

COMP 05-19-2012 1022   05-19-2012 1022

REMARKS: Laundry workers return for lower level uniform exchange.

                                             CJ-D          WALK THROUGH

COMP 05-19-2012 1028   05-19-2012 1028

REMARKS: Walk through and security/wellness check. All appears to be secure

                                             CJ-D          Inmate Feeding

COMP 05-19-2012 1037   05-19-2012 1037

REMARKS: Trays in pod, pod workers preping the cart for feed.

JLOG    PAGE NO.0002 959    G326    05-21-2012 10:10
                                JAIL ACTIVITY LOG
                                        CJ-D        Inmate Feeding

    COMP 05-19-2012 1103    05-19-2012 1103
    REMARKS: Upper level feed completed. All inmates secure in cells.
                                        CJ-D        Inmate Feeding

    COMP 05-19-2012 1104    05-19-2012 1104
    REMARKS: Begin feeding lower lever and dayroom
                                        CJ-D        Inmate Feeding

    COMP 05-19-2012 1122    05-19-2012 1122
    REMARKS: Feed completed lower level and dayroom. All inmates return to thei
r
    REMARKS: cells.
                                        CJ-D        WALK THROUGH

    COMP 05-19-2012 1123    05-19-2012 1123
    REMARKS: Walk through and security/wellness check. All appears to be secure

                                        CJ-D        Officer On Duty

    COMP 05-19-2012 1130    05-19-2012 1143
    REMARKS: CO Benjamin assigned as the 2nd watch officer in d-pod. On duty an
d
    REMARKS: received pass ons from CO Thomas. Escorted a pod worker from C-pod

    REMARKS: to get trays from the 2nd floor.
                                        CJ-D        Officer Off Duty

    COMP 05-19-2012 1136    05-19-2012 1136
    REMARKS: C/O Thomas exits D-pod and reassigned to the booking counter per
    REMARKS: Sgt. Lewis. C/O Benjamin in the pod for relief.
                                        CJ-D        Administer medica

tio COMP 05-19-2012 1144    05-19-2012 1144
    REMARKS: First Floor Medic Chad in the pod for blood pressure checks.
                                        CJ-D        Unusual Occurranc

e  COMP 05-19-2012 1146    05-19-2012 1146
    REMARKS: Dress ins: 12-9979; 12-9967; 12-9982
                                        CJ-D        Administer medica

tio COMP 05-19-2012 1158    05-19-2012 1158
    REMARKS: Medic Chad left the pod.
                                        CJ-D        WALK THROUGH

    COMP 05-19-2012 1202    05-19-2012 1202
    REMARKS: initial walk through w/wand and wellness check completed.
                                        CJ-D        Indoor recreation

    COMP 05-19-2012 1202    05-19-2012 1202
    REMARKS: Begin indoor recreation for the upper level.
                                        CJ-D        WALK THROUGH

    COMP 05-19-2012 1235    05-19-2012 1235
    REMARKS: walk through w/wand and wellness check completed.
                                        CJ-D        Personal visit*

    COMP 05-19-2012 1258    05-19-2012 1258
    REMARKS: Inmates Stanford, Osborne and Hicks are in personal visits.
                                        CJ-D        Administer medica

tio COMP 05-19-2012 1304    05-19-2012 1304
    REMARKS: Nurse Jackie in the pod to give medication to one inmate.
                                        CJ-D        Administer medica

tio COMP 05-19-2012 1309    05-19-2012 1309
    REMARKS: Nurse Jackie left the pod.
                                        CJ-D        Commissary receiv

ed  COMP 05-19-2012 1316    05-19-2012 1316
    REMARKS: Commissary in the dorm to deliver orders.

MC 1770

CJ-D    Indoor recreation

COMP 05-19-2012 1332   05-19-2012 1332
REMARKS: rec for the lower level concluded.

CJ-D    Commissary receiv
ed COMP 05-19-2012 1348   05-19-2012 1348
REMARKS: Commissary left the dorm.

CJ-D    Indoor recreation

COMP 05-19-2012 1349   05-19-2012 1349
REMARKS: Begin rec for the day room.

CJ-D    WALK THROUGH

COMP 05-19-2012 1352   05-19-2012 1352
REMARKS: Conducting a walk through w/wand and wellness check.

CJ-D    Psychologist visi
t COMP 05-19-2012 1400   05-19-2012 1400
REMARKS: SBH Sonya in the pod to speak w/inmates.

CJ-D    Unusual Occurranc
e COMP 05-19-2012 1403   05-19-2012 1403
REMARKS: Inmate Collier returned from medical.

CJ-D    Psychologist visi
t COMP 05-19-2012 1429   05-19-2012 1429
REMARKS: SBH Sonya left the pod.

CJ-D    Unusual Occurranc
e COMP 05-19-2012 1432   05-19-2012 1432
REMARKS: Kitchen workers in/out to bring drink container for dinner.

MC 1771

```
JLOG    PAGE NO.0003 959    G326    05-21-2012 10:10
                               JAIL ACTIVITY LOG
                                      CJ-D        Unusual Occurranc
e   COMP 05-19-2012 1443    05-19-2012 1443
       REMARKS: ordered cleaning supplies from delta pod.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1451    05-19-2012 1451
       REMARKS: conducting walk through w/wand and wellness check.
                                      CJ-D        Indoor recreation
       COMP 05-19-2012 1504    05-19-2012 1504
       REMARKS: Rec for the day room completed.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1518    05-19-2012 1518
       REMARKS: final walk through w/wand and wellness check completed.
                                      CJ-D        Officer Off Duty
       COMP 05-19-2012 1519    05-19-2012 1519
       REMARKS: EOW @ 1530 hrs. taking inmates Stapleton, Shackleford, Wilcox, Dun
n,
       REMARKS: Ringer and Bradley to medical.
                                      CJ-D        Officer On Duty
       COMP 05-19-2012 1530    05-19-2012 1533
       REMARKS: co rader on duty as d pod officer.
                                      CJ-D        Inmate Armband Co
unt COMP 05-19-2012 1613    05-19-2012 1613
       REMARKS: armband count comp,
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1614    05-19-2012 1614
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1650    05-19-2012 1650
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1730    05-19-2012 1730
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1822    05-19-2012 1822
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        Inmate Feeding
       COMP 05-19-2012 1836    05-19-2012 1836
       REMARKS: feed started.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 1925    05-19-2012 1925
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        Inmate Feeding
       COMP 05-19-2012 1956    05-19-2012 1956
       REMARKS: feed comp.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 2007    05-19-2012 2007
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 2100    05-19-2012 2100
       REMARKS: walkthrough/ wellness check comp, all ok.
                                      CJ-D        Administer medica
tio COMP 05-19-2012 2156    05-19-2012 2156
       REMARKS: med pass comp.
                                      CJ-D        WALK THROUGH
       COMP 05-19-2012 2214    05-19-2012 2214
       REMARKS: walkthrough/ wellness check comp, all ok.
```

MC 1772

```
                                          CJ-D      WALK THROUGH

COMP 05-19-2012 2304   05-19-2012 2304
  REMARKS: walkthrough/ wellness check comp, all ok.
                                          CJ-D      Officer Off Duty
COMP 05-19-2012 2325   05-19-2012 2325
  REMARKS: co rader in route platform to turn in keys and radio, eow at 2330.



  SUB TOTAL:    62     FOR: CJ-D

P00010842  GREEN,WILLIAM DOCKERY          N   B   M  CJ-D-428   Personal visit*
          05-19-2012 0900

  SUB TOTAL:    1      FOR: CJ-D-428

P00005675  STOVER,DEREK                   N   W   M  CJ-D-429   Personal visit*
          05-19-2012 1930

  SUB TOTAL:    1      FOR: CJ-D-429

P00004182  DILLARD,DERRICK KENDAL         N   B   M  CJ-D-437   Uniform issued*
          05-19-2012 0905
```

MC 1773

JLOG    PAGE NO.0004 959    G326    05-21-2012 10:10
                                    JAIL ACTIVITY LOG


   SUB TOTAL:      1      FOR: CJ-D-437

P00113286  STAPLETON,JULIAN ROBERT      N  W  M  CJ-D-438    Sick call
      COMP 05-19-2012 1507    05-20-2012 1650

   SUB TOTAL:      1      FOR: CJ-D-438

P00000033  SHACKLEFORD,HAROLD           N  B  M  CJ-D-441    Sick call
      COMP 05-19-2012 1507    05-20-2012 1649

   SUB TOTAL:      1      FOR: CJ-D-441

P00106115  DAVIS,SHANE ALLEN            N  W  M  CJ-D-446    Movement order*
      COMP 05-19-2012 1433    05-19-2012 1433
      REMARKS: cell 446 is out of service due to light is out
T00103460  FRYE,THOMAS E III            N  W  M  CJ-D-446    Movement order*
      COMP 05-19-2012 1433    05-19-2012 1433
      REMARKS: cell 446 is out of service due to light is out
                                        CJ-D-446    Cell out of servi
ce* COMP 05-19-2012 1455    05-19-2012 1455

   SUB TOTAL:      3      FOR: CJ-D-446

P00111637  STANFORD,TRAMMELL            N  B  M  CJ-D-447    Personal visit*
      COMP 05-19-2012 1300    05-19-2012 1625

   SUB TOTAL:      1      FOR: CJ-D-447

T00102035  OSBORNE,JAMIE M              N  W  M  CJ-D-448    Personal visit*
      COMP 05-19-2012 1300    05-19-2012 1624

   SUB TOTAL:      1      FOR: CJ-D-448

P00103625  WILSON,CARLTON JR            N  B  M  CJ-D-525    Personal visit*
          05-19-2012 1900

   SUB TOTAL:      1      FOR: CJ-D-525

P00096381  COLLIER,CHRISTOPHER D        N  W  M  CJ-D-526    Sick call
      COMP 05-19-2012 1403    05-19-2012 1403

   SUB TOTAL:      1      FOR: CJ-D-526

P00113161  LOVATO,GABRIEL N NOEL        N  W  M  CJ-D-527    Movement order*
      COMP 05-19-2012 0923    05-19-2012 0923

   SUB TOTAL:      1      FOR: CJ-D-527

T00054382  ERWIN,MICHAEL                N  W  M  CJ-D-530    Movement order*
      COMP 05-19-2012 0922    05-19-2012 0922
      REMARKS: Requesting to move to another cell, states him and cellmate Price
do
      REMARKS: not get along and they want to avoid problems.

   SUB TOTAL:      1      FOR: CJ-D-530

MC 1774

```
P00068871  WILCOX,MICHAEL R          N  W  M  CJ-D-531   Medical info comp
let      05-19-2012 0813
P00068871  WILCOX,MICHAEL R          N  W  M  CJ-D-531   Bio data complete
d*       '05-19-2012 0813
P00068871  WILCOX,MICHAEL R          N  W  M  CJ-D-531   Sick call
         COMP 05-19-2012 1508   05-20-2012 1650
         REMARKS: MODIFIED BY JEVT
P00068871  WILCOX,MICHAEL R          N  W  M  CJ-D-531   Uniform issued*
         05-19-2012 1613
```

```
SUB TOTAL:      4      FOR: CJ-D-531
```

MC 1775

```
JLOG    PAGE NO.0005 959     G326   05-21-2012 10:10
                                        JAIL ACTIVITY LOG
P00072404  RINGER,ARIC                  N  B  M  CJ-D-533   Sick call
     COMP 05-19-2012 1510   05-21-2012 1004


   SUB TOTAL:      1      FOR: CJ-D-533


P00106115  DAVIS,SHANE ALLEN            N  W  M  CJ-D-534   Personal visit*
           05-19-2012 0900
P00025204  MOOTY,TIMOTHY                N  B  M  CJ-D-534   Movement order*
     COMP 05-19-2012 1435   05-19-2012 1435


   SUB TOTAL:      2      FOR: CJ-D-534


P00100935  HOSKINS,DERRICK              N  B  M  CJ-D-535   Medical info comp
let        05-19-2012 0801
P00100935  HOSKINS,DERRICK              N  B  M  CJ-D-535   Uniform issued*
           05-19-2012 1601


   SUB TOTAL:      2      FOR: CJ-D-535


P00063686  BRADLEY,WATSON III           N  B  M  CJ-D-537   Sick call
           05-19-2012 1511   05-19-2012 1911


   SUB TOTAL:      1      FOR: CJ-D-537


P00048336  DUNN,DAVID B II              N  B  M  CJ-D-538   Sick call
           05-19-2012 1508   05-19-2012 1908


   SUB TOTAL:      1      FOR: CJ-D-538


P00077654  MILLENDER,CASSIUS C          N  B  M  CJ-D-543   Out to appointmen
t    COMP 05-19-2012 1829   05-20-2012 1553
P00111031  OSBORNE,JASON L SR           N  W  M  CJ-D-543   Alert*
           05-19-2012 1904


   SUB TOTAL:      2      FOR: CJ-D-543


P00055466  RICHARDSON,ROBERT A          N  B  M  CJ-D-544   Personal visit*
     COMP 05-19-2012 1330   05-19-2012 1623

                                                 CJ-D-544   Jail incident*
     COMP 05-19-2012 1522   05-19-2012 1632
     REMARKS: 120000668
P00055466  RICHARDSON,ROBERT A          N  B  M  CJ-D-544   Property location
ch COMP 05-19-2012 1717   05-19-2012 1717
P00055466  RICHARDSON,ROBERT A          N  B  M  CJ-D-544   Book out*
     COMP 05-19-2012 1717   05-19-2012 1717
P00024817  BACH,PONCE                   N  W  M  CJ-D-544   Alert*
           05-19-2012 1724
P00068366  MAXWELL,MARCUS JEROME        N  B  M  CJ-D-544   Inmate incident*
     COMP 05-19-2012 2133   05-19-2012 2133
P00024817  BACH,PONCE                   N  W  M  CJ-D-544   Medical info comp
let        05-19-2012 2319


   SUB TOTAL:      7      FOR: CJ-D-544


P00040037  PIDO,MICHAEL J               N  W  M  CJ-D-546   Alert*
           05-19-2012 1254
```

MC 1776

```
P00040037  PIDO,MICHAEL J               N   W   M  CJ-D-546    Medical info comp
let        05-19-2012 1941
P00106811  LEE,RYAN                      N   B   M  CJ-D-546    Property location
ch COMP 05-19-2012 2305    05-19-2012 2305
P00106811  LEE,RYAN                      N   B   M  CJ-D-546    Book out*
    COMP 05-19-2012 2305    05-19-2012 2305


   SUB TOTAL:     4      FOR: CJ-D-546


P00108061  LEE,ANDREW                    N   B   M  CJ-D-DR     Property location
ch COMP 05-19-2012 0918    05-19-2012 0918
P00108061  LEE,ANDREW                    N   B   M  CJ-D-DR     Book out*
    COMP 05-19-2012 0919    05-19-2012 0919
P00094086  HICKS,JAMES AUSTIN JR         N   W   M  CJ-D-DR     Personal visit*
    COMP 05-19-2012 1300    05-19-2012 1624


   SUB TOTAL:     3      FOR: CJ-D-DR


GRAND TOTAL:    103    MAX-OUT: 1000    SCANNED:   1953    MAX-SCAN:  20000
```

MC 1777

## Montgomery County Sheriff's Office



Jail Division

Date:     Saturday, May 19, 2012

To:       Captain Crosby

From:     Sergeant Lewis

Subject:  Delta Pod Scene Log (12-668)

### SCENE LOG

1520 HRS-   CO BENJAMIN IN DELTA POD
1521 HRS-   CO D.JOHNSON, CO HENNING, SGT JACKSON IN POD
1521 HRS-   CO STUMPFF, CO RADER, CO R.HOWARD, CO BRADSHAW, CO
            SPENCER, CO TAYLOR, CO MARSHALL, CO SMILEY, CO WITTMAN,
            SGT LEWIS IN POD.
1522 HRS-   MEDIC STOCKHAUSER IN POD.
1523 HRS-   NURSE MILES IN POD.
1523 HRS-   CO LIMMER IN POD.
1524 HRS-   NURSE KRUSE AND FOSTER IN POD.
1525 HRS-   CO BEACH IN POD.
1525 HRS-   CO MAYES AND SNODGRASS IN POD.
1526 HRS-   NURSE FOSTER, KRUSE AND CO HOWARD EXIT POD.
1527 HRS-   CO TAYLOR AND SPENCER EXIT POD.
1528 HRS-   CO BRADSHAW AND SNODGRASS EXIT POD.
1530 HRS-   CO D.JOHNSON AND HENNING EXIT POD.
1535 HRS-   NURSE KRUSE IN POD.
1536 HRS-   NURSE KRUSE EXIT POD.
1538 HRS-   CO BENJAMIN EXIT POD.
1539 HRS-   NURSE FOSTER AND KRUSE ENTER POD.
1540 HRS-   CO SMILEY EXIT POD.
1542 HRS-   NURSE FOSTER AND KRUSE EXIT POD.
1544 HRS-   CO SMILEY ENTERS POD (WITH RESTRAINT CHAIR).
1545 HRS-   SGT WHALEN IN POD.
1546 HRS-   CPR STARTED, AED REQUESTED, CO WITTMAN AND CO LIMMER
            EXIT POD.
1546 HRS-   CO LIMMER IN POD.

MC 1778

1546 HRS-   CO WITTMAN IN POD (WITH AED).
1546 HRS-   CO HARTLEY IN POD.
1548 HRS-   NURSE BOEHRINGER, NURSE FOSTER AND DR. ELLIS IN POD.
1549 HRS-   SGT WHALEN EXIT POD.
1550 HRS-   NURSE KRUSE IN POD.
1552 HRS-   DAYTON LADDER 11 CREW IN POD.
1552 HRS-   DAYTON MEDIC 11 CREW IN POD.
1557 HRS-   CO LIMMMER AND (1) DAYTON MEDIC EXIT POD.
1601 HRS-   CO LIMMER AND DAYTON MEDIC IN POD.
1602 HRS-   CO WITTMAN EXIT POD.
1602 HRS-   CO LIMMER EXIT POD.
1603 HRS-   CO HARTLEY EXIT POD.
1603 HRS-   CO LIMMER IN POD.
1604 HRS-   CO STUMPFF EXIT POD.
1604 HRS-   CO LIMMER EXIT POD.
1608 HRS-   DR. ELLIS PRONOUNCES INMATE RICHARDARDSON, DECEASED.
1608 HRS-   NURSE FOSTER, KRUSE, BOEHRINGER, NURSE MILES AND DR.
            ELLIS EXIT POD.
1609 HRS-   CO MAYES AND DAYTON MEDIC CREW EXIT POD.
1610 HRS-   SGT. JACKSON EXITS POD.
1610 HRS-   CO MARSHALL AND SMILEY EXIT POD.
1613 HRS-   CO MAYES IN POD.
1614 HRS-   CO HARTLEY AND (1) DAYTON MEDIC IN POD.
1616 HRS-   SGT. JACKSON IN POD.
1618 HRS-   CO HARTLEY, DAYTON LADDER 11 CREW AND (1) DAYTON MEDIC
            EXIT POD.
1619 HRS-   CO SMILEY AND DEPUTY SHUTTS (EV TECH) IN POD.
1620 HRS-   SGT. LEWIS AND INMATE MAXWELL (12-8713) EXIT POD.
1621 HRS-   CO SMILEY EXIT POD.
1622 HRS-   SGT. JACKSON AND MEDIC STOCKHAUSER EXIT POD.
1625 HRS-   SGT. WHALEN IN POD.
1628 HRS-   SGT. WHALEN EXIT POD.
1641 HRS-   CORONER INVESTIGATOR IN POD.
1647 HRS-   CAPTAIN CROSBY IN POD.
1647 HRS-   SGT. WHALEN IN POD.
1647 HRS-   CO MAYES EXIT POD.
1647 HRS-   SGT. LEWIS IN POD.
1648 HRS-   CO MAYES IN POD.
1650 HRS-   CO MAYES EXIT POD.
1650 HRS-   SGT. WHALEN EXIT POD.
1705 HRS-   CAPTAIN CROSBY EXIT POD.
1707 HRS-   CO MAYES AND LIVERY IN POD.
1711 HRS-   CO  MAYES,  CORONER  INVESTIGATOR  AND  LIVERY  (WITH
            DECEASED) EXIT POD.
1713 HRS-   DETECTIVE SOLLENBERGER IN POD.
1714 HRS-   SBH THERAPIST STEPHANIE HARVEY IN POD.
1715 HRS-   SBH THERAPIST STEPHANIE HARVEY EXIT POD.
1719 HRS-   DETECTIVE SGT. STEPHENS IN POD.
1727 HRS-   CO WITTMAN IN POD.
1728 HRS-   CO WITTMAN EXIT POD.
1729 HRS-   CO STUMPFF AND DET. CONLEY IN POD.
1732 HRS-   SGT. LEWIS EXIT POD.

1733 HRS- DET. CLYMER IN POD.
1733 HRS- CO STUMPFF EXIT POD.
1734 HRS- CAPTAIIN CROSBY IN POD.
1746 HRS- SGT. LEWIS AND DET. CLYMER EXIT POD.
1747 HRS- MEDIC STOCKHAUSER IN POD.
1750 HRS- DET. SOLLENBERGER EXIT POD.
1757 HRS- SGT. LEWIS IN POD.
1802 HRS- SGT. LEWIS EXIT POD.
1808 HRS- NURSE MILES IN POD.
1810 HRS- MEDIC STOCKHAUSER EXIT POD.
1811 HRS- DEPUTY SHUTTS (EV TECH) EXIT POD.
1815 HRS- SGT. LEWIS, CO WITTMAN, CO PERKINS, CO MAYES, CO SANGER, CO STUMPFF, CO MARSHALL IN POD.
1816 HRS- SGT. WHALEN AND CO SMILEY IN POD.
1816 HRS- CO WITTMAN, CO SMILEY, CO PERKINS AND CO MARSHALL EXIT POD.
1817 HRS- SGT. LEWIS, SGT. WHALEN AND CO SANGER EXIT WITH INMATE.
1818 HRS- CO MAYES EXIT POD.
1821 HRS- CO WITTMAN IN POD.
1822 HRS- CO WITTMAN AND CO STUMPFF EXIT POD.
1823 HRS- SGT. LEWIS IN POD.
1823 HRS- NURSE MILES EXIT POD.
1825 HRS- SGT. LEWIS EXIT POD.
1830 HRS- NURSE BOEHRINGER AND FOSTER IN POD.
1833 HRS- SGT. LEWIS IN POD.
1834 HRS- (2) POD WORKERS EXIT POD.
1834 HRS- (2) POD WORKERS IN POD.
1838 HRS- NURSE FOSTER EXIT POD.
1839 HRS- DET. CLYMER IN POD.
1843 HRS- SGT. LEWIS EXIT POD.
1846 HRS- SGT. LEWIS AND SBH THERAPIST STEPHANIE HARVEY IN POD.
1849 HRS- NURSE BOEHRINGER EXIT POD.
1851 HRS- SBH THERAPIST STEPHANIE HARVEY AND INMATE IN POD.
1854 HRS- SGT LEWIS EXIT POD.
1858 HRS- INMATE EXIT POD.
1900 HRS- NURSE KRUSE IN POD.
1906 HRS- CO RADER EXIT POD.
1908 HRS- CAPTAIN CROSBY EXIT POD.
1908 HRS- INMATE IN POD.
1911 HRS- NURSE KRUSE EXIT POD.
1913 HRS- SGT. LEWIS IN POD.
1918 HRS- CO RADER IN POD.
1922 HRS- INMATE EXIT POD.
1927 HRS- INMATE IN POD.
1928 HRS- SGT. LEWIS EXIT POD.
1928 HRS- SGT. LEWIS IN POD.
1946 HRS- SGT. LEWIS EXIT POD.
1948 HRS- CO SANGER IN POD.
1955 HRS- CO SANGER EXIT POD.
1959 HRS- SBH THERAPST STEPHANIE HARVEY IN POD.
2006 HRS- SGT. LEWIS IN POD.
2014 HRS- CAPTAIN CROSBY IN POD.

2018 HRS- CO SANGER AND INMATE IN POD.
2019 HRS- CO SANGER EXIT POD.
2023 HRS- INMATE IN POD.
2035 HRS- SGT. LEWIS AND CAPTAIN CROSBY EXIT POD.
2050 HRS- SGT. STEPHENS, DET. CLYMER, DET. CONLEY AND CO BEACH EXIT POD.

**********END OF SCENE LOG**********

Printed for: /                                          Sat May 19 16:09:05 2012

**Corrections - Entry**

| 0 List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification |

| Jail ID | MNI | Cust | Booking No | Booking Name | Juve | Haz Housing | | | Date of Birth |
|---|---|---|---|---|---|---|---|---|---|
| P-55466 | 143904 | | 12-9824 | RICHARDSON, ROBERT A | N | | D | 544 | 04/18/1983 |

Name
RICHARDSON, ROBERT A

| Name | Jail ID | MNI | Custody | Juve | Housing | | | Top Line |
|---|---|---|---|---|---|---|---|---|
| RICHARDSON, ROBERT A | P=55466 | 143904 | 3 | N | CJ | D | 544 | |

| Booking Name | Booking No | Race | Sex | Date of Birth | Age | Height | Weight | Hair Color | Eye Color | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|
| RICHARDSON, ROBERT A | 12-9824 | B | M | | 28 | 6'01" | 210# | BLK | BRO | |

| Address | City | State | ZIP Code | Phone Type | Phone No |
|---|---|---|---|---|---|
| 701 MIA AVE | DAYTON | OH | 45427 | H | (937)263-6425 |

| Soc Sec No | AFIS | DLN | DLS | FBI No | BCI No | DOC No | Package No |
|---|---|---|---|---|---|---|---|
| | 200776 | | | | | | |

| Inmate Type | Jail Status | Classification | Trustee | Keep Sep | Discipline | Hazard | Spc Handle | DNA | Meal | Restrictions |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY | BOOK | MTNM | | Y | | | | N | | |

| Arrival Date/Time | | Arrival Officer | Days in Jail |
|---|---|---|---|
| 05/17/2012 | 02:52 | 747 | 3 |

| Booking Date/Time | | Booking Officer |
|---|---|---|
| 05/17/2012 | 02:52 | 1100 |

| Release Date/Time | | Rls Reason | Release To | Receive Officer |
|---|---|---|---|---|
| | | NONE | | |

| Event | Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|---|
| | 3 | | 2 | | | |

Booking Receipt
Release Receipt
Capture Mugshot
View Mugshot    D.MNI
Fingerprints
Warrant

Remarks
MUST HAVE DNA BEFORE RELEASED PER JUDGE CAPIZZI THRU JUVENILE CT
CASE NUMBER

| | Typ | Key | RMS Transfer Flag |
|---|---|---|---|
| | | | |

| Control | |
|---|---|
| 733 | 4121401305 |



Printed for: /                                                          Sat May 19 16:46:48 2012

**Corrections - Entry**

0 List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification

Charge Information | Charge Tracking | Bail | Fine

| Jail ID | Booking No. | No | Charge | Charge Literal | Authority | St |
|---------|-------------|----|--------|----------------|-----------|-----|
| P-55466 | 12-9824 | 1 | FTA | FAILURE TO APPEAR | PRETM | WC |
| | | 1 | FTA | FAILURE TO APPEAR | PRETM | WC |
| Booking Name | | 1 | FTA | FAILURE TO APPEAR | PRETM | Z |
| RICHARDSON, ROBERT A | | 1 | FTA | FAILURE TO APPEAR | PRETM | Z |

Juve  N        Charge No  1

Charge Tracking Form | Charge Tracking Remarks

Remarks
ORG CHG: CHILD SUPPORT   30 DAYS OR PAY $2500.00 CASH TO SEA TO BE
RELEASED FROM JAIL

Typ        Key

Press F1 for help.          LIVE     Montgomery 7511      Select    Record 1 of 1

MC 1783



MC 1784

NAPHCARE RECORDS

SUBJECT TO PROTECTIVE ORDER

MC 1785-1805

Printed for: /                                                                    Mon May 21 08:45:22 2012

**Corrections - Entry**

| 0 List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification |

| Jail ID | MNI | | Cust | Booking No | Booking Name | | Juve | Haz | Housing | | Date of Birth |
|---------|-----|-|------|------------|--------------|-|------|-----|---------|-|--------------|
| P-55466 | 143904 | | IN | 12-9824 | RICHARDSON, ROBERT A | | IN | | CJ D | 544 | 04/13/1984 |

Name
RICHARDSON, ROBERT A

| Name | | Jail ID | MNI | Custody | Juve | Housing | | | Top Line |
|------|-|---------|-----|---------|------|---------|-|-|----------|
| RICHARDSON, ROBERT A | | P-55466 | 143904 | N | N | CJ | D | 544 | |

| Booking Name | | Booking No | Race | Sex | Date of Birth | Age | Height | Weight | Hair Color | Eye Color | Ethnicity |
|--------------|-|------------|------|-----|---------------|-----|--------|--------|------------|-----------|-----------|
| RICHARDSON, ROBERT A | | 12-9824 | B | M | | 28 | 6'01" | 210# | BLK | BRO | |

| Address | City | State | ZIP Code | Phone Type | Phone No |
|---------|------|-------|----------|------------|----------|
| 701 MIA AVE | DAYTON | OH | 45427 | H | (937)263-6425 |

| Soc Sec No | AFIS | OLN | OLS | FBI No | BCI No | DOC No | Package No |
|------------|------|-----|-----|--------|--------|--------|------------|
| | 200776 | | | | | | |

| Inmate Type | Jail Status | Classification | Trustee | Keep Sep | Discipline | Hazard | Spc Handle | DNA | Meal | Restrictions |
|-------------|-------------|----------------|---------|----------|------------|--------|------------|-----|------|--------------|
| CITY | BOOK | MINM | | Y | | | | N | | |

| Arrival Date/Time | | Arrival Officer | Days in Jail | |
|-------------------|-|-----------------|--------------|-|
| 05/17/2012 | 02:52 | 747 | 3 | |

Booking Date/Time    Booking Officer
05/17/2012  02:52    1100

Release Date/Time    Rls Officer    Rls Reason    Release To    Receive Officer
05/19/2012  17:18    913    DIED    CORONERS OFFICE

| Event | Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|-------|---------------|-------------|-----------|-------|------------|--------------|
| BOKO | 3 | | | | | |

Remarks
MUST HAVE DNA BEFORE RELEASED PER JUDGE CAPIZZI THRU JUVENILE CT
CASE NUMBER

Typ    Key

Control
913    4121401718

Booking Receipt
Release Receipt
Capture Mugshot
View Mugshot    D.MNI
Fingerprints
Warrant

RMS Transfer Flag

MC 1806

Printed for: /                                                                              Mon May 21 08:45:33 2012

**Corrections - Entry**                                                                        _|□|x|

| 0 List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification |

**Person Details** | Bio Data

| Jail ID | Booking No | Name | Sex | Race | Date of Birth |
|---------|-----------|------|-----|------|---------------|
| P-55466 | 12-9824 | RICHARDSON, ROBERT A | M | B | |

### Alias Names

| Alias Name | R | S | Date of Birth |
|------------|---|---|---------------|
| | | | |
| | | | |

### Additional ID's

| T | ID No | St |
|---|-------|-----|
| | | |
| | | |

### Scars, Marks, and Tattoos

| Mark Type | Mark Code | Description |
|-----------|-----------|-------------|
| | | |
| | | |

### Addresses

| Date | T | Address | City | St | ZIP Code |
|------|---|---------|------|-----|----------|
| 01/10/2012 | | 701 MIA AV | DAYTON | OH | 45427 |
| 04/22/2008 | | 701 MIA VE | DAYTON | OH | 45427 |
| 01/03/2006 | | 1001 DANNER AV | DAYTON | OH | 45408 |

### Phone Numbers

| Date | T | Phone No |
|------|---|----------|
| | | |
| | | |

### Email Addresses

| T | E-Mail |
|---|--------|
| | |
| | |

MC 1807

Printed for: /                                                    Mon May 21 08:45:42 2012

Corrections - Entry                                                              _ |□| x|

[toolbar icons]

| □ List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification |

Person Details | Bio Data

| Jail ID | Booking No | MNI | | LG | H | Gang Name | | Hai Ln | Facial Hair | G |
|---|---|---|---|---|---|---|---|---|---|---|
| P-55466 | 12-9824 | 143904 | | 12 | | | | | | |

Booking Name
RICHARDSON, ROBERT A

| Juve | Hazard | Housing | | Event |
|---|---|---|---|---|
| N | | CJ | D | 544 | BOKO |

Name                                    Custody
RICHARDSON, ROBERT A                    N
Guardian                                Sponsor Code    Guardian Phone

Consulate Information

| Hand | Build | Complex | Hair Length | Facial Hair | Length | Glasses | | Passport No | | Issue Date |
|---|---|---|---|---|---|---|---|---|---|---|

| Last Grade | Continue | 1st Lang | Read | Write | Speak | | Issue Place |
|---|---|---|---|---|---|---|---|
| 12 | | | | | | | |

| POB City | POB ST | Citizen | Military | Religion | | Misc Info 1 |
|---|---|---|---|---|---|---|
| DAYTON | OH | US | | | | |

| Marital | Children | Ages | Gang Name | | Misc Info 2 |
|---|---|---|---|---|---|

| Occupation | Employer | Emplr Phone No |
|---|---|---|

Remarks                                              Typ        Key

                                                     Control
                                                     1100    4121380320

MC 1808

Printed for: /
Mon May 21 08:46:56 2012

**Corrections - Entry**

`[toolbar icons]` DEL + ADD DUP REC ?

`0 List` `1 Booking` `2 Person Details` `3 Arrest Information` `4 Charges` `5 Events` `6 Property` `7 Medical` `8 Management` `9 Classification`

| Jail ID | Booking No | MNI |
|---|---|---|
| P-55466 | 12-9824 | 143904 |

Booking Name
RICHARDSON,ROBERT A

| Juve | Hazard | Housing | | Event |
|---|---|---|---|---|
| N | | CJ D | 544 | BOKO |

Name
RICHARDSON,ROBERT A

| Report No | Date | Time | Oper | Process Agy |
|---|---|---|---|---|
| | 05/17/2012 | 03:10 | 1100 | |

| Arrest Agy | Agy Case No | ITN |
|---|---|---|
| DPD | | |

Arrest Location
3000 MCCALL ST // DEARBORN AVE       City

| Arrest Date | Arrest Time | District |
|---|---|---|
| 05/17/2012 | 02:36 | |

Vehicle Storage

**Officers Involved (enter code or name)**

Arr Officer
D28075   SIMISON JR,ROBERT C

Other Officer
D22266   HOUSE,DAVID L

Transport By
D28075   SIMISON JR,ROBERT C

**Emergency Contact**

Notify Name                    Notify Relative
PRINCELLA CUMMINGS             GRANMA

Notify Address

| Notify City | State | Notify ZIP Code | Notify Phone No |
|---|---|---|---|
| | | | (937)263-6425 |

Remarks

Typ   Key

Control
1100   4121380321

Printed for: /                                                        Mon May 21 08:47:16 2012

**Corrections - Entry**                                                _|□|x|

| List | 1 Booking | 2 Person Details | 3 Arrest Information | 4 Charges | 5 Events | 6 Property | 7 Medical | 8 Management | 9 Classification |

Charge Information | Charge Tracking | Bail | Fine

| Jail ID | Booking No | MNI | | No | Charge Literal | Bail Amount/Type | Disp |
|---------|-----------|-----|--|----|----------------|------------------|------|
| P-55466 | 12-9824 | 143904 | | 1 | FAILURE TO APPEAR | | DIED |
| Booking Name | | | | 2 | FAILURE TO APPEAR | | DIED |
| RICHARDSON, ROBERT A | | | | 3 | FAILURE TO APPEAR | | RCRT |
| Juve | Hazard | Housing | Event | | | | |
| N | | CJ  D  544 | BOKO | | | | |

Charge Form | Charge Remarks

**Name**: RICHARDSON, ROBERT A  **Charge No**: 1  **Authority**: PRETM  **Charge**: FTA  **Charge Literal**: FAILURE TO APPEAR

**Level**: M1  **Counts**: 1  **Charge Status**: WC  **Top**: N  **Victim Notify**:  **Bill Agy**:  **Entry Date/Time**: 05/17/2012 03:14  **Oper**: 1100  **Report No**:

**ITN**:  **Warrant No**:  **Warrant Agy**: MCSO  **Issue Date**:  **Arrest Date/Time**: 05/17/2012 02:36  **Arr Officer**: D28075  **Arrest Agy**: DPD

**Bail Information**
**Bail Out**: N  **Bail Type**:  **Bail Amount**:
**Bail Condition**:  **Bail Reference**:

**Court Information**
**Court**: JVC  **Court Date/Time**: 05/17/2012 09:00  **Court Case No**:
**Judge**:  **Transport Agy**:  **Court Event**: INIT

**Fine Information**
**Fine Costs**:
**Fine Days**:  **Fine Paid**:

**Sentence Information**
**Sentence Date**: 05/17/2012  **Sentence Judge**: CAPIZZI
**Start Date/Time**: 05/17/2012 08:00  **Sentence Duration** Yrs.  Mo. 30  Days
**Consec to Chg No**:  **Credit Time**:  **Good Time**:  **Work Time**:

**Disposition Information**
**Disp Date/Time**: 05/19/2012 17:17  **Disp Type**: DIED  **Disp Officer**: 913  **RMS Transfer Flag**:
**Release Date/Time**: 06/15/2012 08:00
**Must Release**: 06/15/2012  **Days Served**: 3  **Control**: 913  4121401717

MC 1810

# Download Report

Report Printed: Saturday, May 19, 2012 18:14

From Date:      Saturday, May 19, 2012 07:10
To Date:        Saturday, May 19, 2012 15:00
Sorted By:     Time

| Date | Time | Type | Description |
|------|------|------|-------------|
| 5/19/2012 | 07:15 | Location | D-Pod Cell 431 |
| | 07:15 | | D-pod - By Outdoor Rec |
| | 07:16 | | D-pod - cell 444 D-Pod |
| | 07:17 | | D-pod - cell 532 |
| | 07:18 | | D Pod by cell 543 |
| | 07:43 | Officer | Thomas, Linda #838 |
| | 07:46 | Location | D-Pod Cell 431 |
| | 07:47 | | D-pod - By Outdoor Rec |
| | 07:52 | | D-pod - cell 532 |
| | 07:54 | | D Pod by cell 543 |
| | 08:54 | | D-pod - cell 444 D-Pod |
| | 08:54 | | D-pod - By Outdoor Rec |
| | 08:55 | | D-Pod Cell 431 |
| | 08:58 | | D Pod by cell 543 |
| | 08:59 | | D-pod - cell 532 |
| | 10:28 | | D-pod - cell 444 D-Pod |
| | 10:28 | | D-pod - By Outdoor Rec |
| | 10:29 | | D-Pod Cell 431 |
| | 10:30 | | D-pod - cell 532 |
| | 10:30 | | D Pod by cell 543 |
| | 11:23 | | D-Pod Cell 431 |
| | 11:23 | | D-pod - By Outdoor Rec |
| | 11:26 | | D-pod - cell 532 |
| | 11:27 | | D Pod by cell 543 |
| | 11:38 | Officer | Benjamin, Tonya #1041 |
| | 11:57 | Location | D-Pod Cell 431 |
| | 11:57 | | D-pod - By Outdoor Rec |
| | 11:57 | | D-pod - cell 444 D-Pod |
| | 11:59 | | D-pod - cell 532 |
| | 12:00 | | D Pod by cell 543 |
| | 12:31 | | D Pod by cell 543 |
| | 12:32 | | D-pod - cell 532 |
| | 12:33 | | D-pod - cell 444 D-Pod |
| | 12:34 | | D-pod - By Outdoor Rec |
| | 12:34 | | D-Pod Cell 431 |
| | 13:55 | | D Pod by cell 543 |
| | 13:56 | | D-pod - cell 532 |
| | 13:57 | | D-Pod Cell 431 |
| | 13:58 | | D-pod - By Outdoor Rec |
| | 14:52 | | D-Pod Cell 431 |
| | 14:53 | | D-pod - By Outdoor Rec |

MC 1811

# Download Report

| Date | Time | Type | Description |
|------|------|------|-------------|
|  | 14:53 |  | D-pod - cell 444 D-Pod |
|  | 14:55 |  | D-pod - cell 532 |
|  | 14:57 |  | D Pod by cell 543 |

Total Officer Reads:      2
Total Location Reads:     42
Total Incident Reads:     0
Total Button Reads:       44

MC 1812



# MONTGOMERY COUNTY JAIL LINE-UP
## SECOND WATCH
### SATURDAY, MAY 19, 2012

| SUPERVISORS | | | |
|---|---|---|---|
| DIV. COMMANDER-OFF | ADMINISTRATIVE CAPTAIN-OFF | | OPERATIONS CAPTAIN-OFF |
| | BOOKING SERGEANT- SGT. LEWIS*** | | |
| | OPERATIONS SERGEANT- SGT. JACKSON | | |
| | DETAIL SERGEANT- SGT. | | |

| POSITION | PERSONNEL | DAYS OFF | VAC/COMP/PA/MIL/SO/SA |
|---|---|---|---|
| ADMISSIONS | | MAJ. WILSON | VACANT B |
| RECEIVING | | CAPT. CROSBY | ROSTER-MILITARY |
| BOOKING | MAYS | CAPT. ROY | SGT LAMB-VAC |
| BOOKING | WOODY F4* / THOMAS L4 | SGT. | E.WARD-VAC |
| BOOKING/RELIEF | | SGT. | SURBER-VAC |
| RELEASE/ESCORT | HOWARD | | RICHARDSON-VAC |
| JAIL RECORDS/ADM | | HECKMAN | URUCI-SO |
| JAIL RECORDS/ADM | ALLEN | GERKEN | |
| RECORDS/ADM(REV/CSF) | RILEY | C. STEELE | |
| PRINTS/PHOTOS | JOHNSON-HENNING | PATE | |
| COURT STAGING | | SALZGEBER | |
| SECURITY CONTROL | | D.STEELE | |
| SECURITY CONTROL | OLINGER | OLT | |
| PRISONER PROPERTY | TROTTIER | SMILEYWOOLERY | |
| PRISONER PROPERTY | | MATHENEY/EVANS | |
| GROUND FLOOR | | MULLENIX/ADAMS | |
| 1ST FL/RECEIVING | M.WARD | WRIGHT/S.JOHNSON | |
| 1ST FL/RECEIVING | SPENCER | SUMAN/BENSON | |
| 2ND FLOOR | TAYLOR | JORDAN/LANE | |
| 3RD FLOOR | WITTMAN*** | TEMPLETON/TURNER | |
| 4TH FLOOR | LEOPOLD | BEERY/HOYING | |
| ESCORT | | WILLIAMS/HOLBROOK | |
| ESCORT | | | |
| POD A | SNODGRASS | DEP.DINGEE | TRADES |
| POD B | LOCKHART | DEP.CONNOR | SGT LEWIS 4 SGT WHITTAKER |
| POD C | BRADSHAW | DEP.ORIHOOD | SMILEY 4 WISEMAN |
| POD D | THOMAS F4 / BENJAMIN L4* | DEP. WARNER | WITTMAN 4 FRISK |
| W-1-1 | CONNER | | |
| W-2-1 | CLOSED | | TRANSPORTATION |
| N-2-1 | MOTE | DEP. GROSSNICKLE | |
| MEDICAL ESCORT/ESCORT | SMILEY*** | | |
| VIDEO | | NAPHCARE & SBH | |
| VIDEO | | FOSTER | |
| CLASSIFICATION | HENRY | OSBORNE | |
| LOBBY RECEPTION | HARMON | PERKINS | |
| LOBBY RECEPTION | | KRUSE | |
| WORKER COORD./DOCK | | MEDIC ROWLAND | |
| DOCK SECURITY | | JOHNSON-SBH | |
| ACCOUNTANT | | ARAMARK | |
| PROGRAMS COORD. | | MACY | |
| REC. OFFICER | | ODON | |
| JAIL ADMINISTRATION | | MARTIN | |
| POPULATION MNGR | | SMITH | |
| | | | |
| | | | |
| | | COUNTY MAINTENANCE | |
| * DENOTES OVERTIME | | | |
| *** DENOTES TRADE | | | |

ROLL CALL TRAINING & INFORMATION: CO OT, 3RD FLOOR REMOTES, PO 12-035, MEDICAL BENEFITS INFO, UNIFORM COMPLIANCE.

MC-1813



# MONTGOMERY COUNTY JAIL LINE-UP
## THIRD WATCH
### SATURDAY, MAY 19, 2012

| SUPERVISORS | | | |
|---|---|---|---|
| DIV. COMMANDER - MAJ. D. WILSON | ADM. CAPT. - CAPT. CROSBY | OP. CAPT. - CAPT. ROY | |
| | BOOKING SERGEANT- SGT. WHALEN | | |
| | OPERATIONS SERGEANT- SGT. LEWIS | | |
| | DETAIL SERGEANT- | | |

| POSITION | PERSONNEL | DAYS OFF | VAC/COMP/PA/MIL/SO/SA |
|---|---|---|---|
| ADMISSIONS | | SGT. CREECH | |
| RECEIVING | BEACH | | SGT. ABLES-VAC |
| BOOKING | SMILEY * | | JOHNSON-FMLA |
| BOOKING | KOOPMAN *** | BUNN | FORE-VAC |
| BOOKING/RELEASE | | CAPPS | DAVIS-VAC |
| RELEASE | | DAVIS | COOPER-COMP |
| RELEASE | | DEATON | |
| JAIL RECORDS | AKERS | HADDEN | DAVIS 4 HARSHMAN |
| JAIL RECORDS | HARTLEY | HILL | KOOPMAN 4 FITZHARRIS |
| JAIL RECORDS | | KIDWELL | |
| PRINTS PHOTO | AUSTIN-HALE | MATLOCK | KLUMB-SO |
| SECURITY CONTROL | ORT | MCDUFFIE | SEARS-SO |
| PRISONER PROPERTY | MOTE * | MILLER | |
| PRISONER PROPERTY | | PEFFLY | |
| LOBBY/RECEPTION | HARRIS * (F5.5) | RUDD | |
| DRESS-IN | WITTMAN | SULLIVAN | |
| FIRST FLOOR | SANGER | | |
| FIRST FLOOR | HARMON | | |
| 2ND FLOOR | DOHME | | |
| 3RD FLOOR | MARSHALL | | |
| 4TH FLOOR | STUMPFF | | |
| POD A | CRUMRINE | | |
| POD B | EVANS | | |
| POD C | LIMMER | | |
| POD D | RADER | TRANSPORTATION | |
| N-2-1 | BENJAMIN | | |
| W-1-1 | SNELL | | |
| W-2-1 | CLOSED | | |
| CLASSIFICATION | MAYES | NAPHCARE & SBH | |
| ESCORT | | OSBORNE | |
| PROPERTY OFFICER | | MILES | |
| LAUNDRY | PERKINS | BOEHRINGER | |
| GROUND FLOOR | | | |
| DETAIL OFFICER | | STOCKHAUSER-EMT | |
| | | HARVEY-SBH | |
| | | ARA/COMMISSARY | |
| | | MACY | |
| | | ODON | |
| | | | |
| | | | |
| | | | |
| | | COUNTY MAINTENANCE | |
| | | ON CALL | |
| | * DENOTES OVERTIME | | |
| | *** DENOTES TRADE | | |

ROLL CALL TRAINING & INFORMATION: CO OVERTIME, NAPHACARE EMPLOYEE, PERSONNEL ORDERS 12-033/034, MEMO REF: MATTRESSES, GOM/GARCIA UPDATES, UNIFORM INSPECTION

MC 1814



## RICHARDSON, ROBERT A

| | |
|---|---|
| JID | P00055466 |
| Booking No | 1209824 |
| SubjectNo | 0143904 |
| Height | 6-01 |
| Weight | 210 |
| Sex | M |
| Date of Birth | |
| Hair Color | BLK |
| SSN | |
| Eye Color | BRO |
| Race | |
| Scars | |
| Marks | |
| Tattoos | |



| | |
|---|---|
| Image Type | MugShot |
| Image Date | 05/17/2012  03:19:54 |

20120517-0019

MC 1815

9824
D544

# ORDER OF RELEASE

## Montgomery County, Ohio

Dayton, Ohio, _____ 5/19 ___, 20 12

## To the Sheriff of Montgomery County, Greetings:

You are hereby ordered to release to ____ Deceased

one ____ Richardson, Robert A.

now confined in the Jail of Montgomery County, Ohio, under an order of court.

_____ Blue

Official Title ____ c/o

MC 1816

*12 - 9824*
*Poss*

# TEMPORARY
# ORDER OF RELEASE

## Montgomery County, Ohio

Dayton, Ohio, _05 - 17_ , 20 _12_

## To the Sheriff of Montgomery County, Greetings:

You are hereby ordered to release to _JUC_

one _Richardson, Robert_

now confined in the Jail of Montgomery County, Ohio, under an order of court.

_Dep._

Official Title _Deputy Sheriff_

0036

MC 1817

DS44
9824

# TEMPORARY
# ORDER OF RELEASE

## Montgomery County, Ohio

Dayton, Ohio, _5/19_, 20_12_

## To the Sheriff of Montgomery County, Greetings:

You are hereby ordered to release to _MVH via Escort Deputy_

one _Richardson, Robert A._

now confined in the Jail of Montgomery County, Ohio, under an order of court.

X Dep. Linda Shotts 831

Official Title X Deputy

✱ Never left facility, Pronounced prior.

0036

MC 1818

JUVENILE COURT RECORDS

REDACTED – PRIVILEGE

MC 1819-1821

12-9824

BOOKING SLIP    SHERIFF'S COPY              DATE OF BOOKING

BOOKING NO.  12095175724    REPORT NO.                LEADS CHECK ECT. YES / NO OR
----------------------------DESCRIPTION OF ARRESTED----------------------
ARRESTED'S NAME.....    RICHARDSON,ROBERT A                    APE #...
DOB/AGE............            28 yrs                          SSN.....
SEX/RACE............    M / B           HAIR/EYE COLOR.. BLK / BRO
HEIGHT/WEIGHT.......    5' 08'' 285 lbs    MARITAL STATUS.. SINGLE
RESIDENT ADDRESS....    701  MIA AV
CITY/STATE/ZIP......    DAYTON              OH 45427


OCCUPATION..........    OCCUPATION AND/OR EMPLOYER NOT KNOWN

DATE/TIME ARREST....    05/17/2012 @ 0238 THURSDAY  CONVEYED TO COUNTY JAIL
ARREST LOCATION.....    3000  MCCALL ST
         CROSS STREET       DEARBORN AV
CITY/STATE/ZIP......    DAYTON OH 45417
OFFENSE LOCATION....
JURISDICTION........    DA  DISTRICT.. 3   BEAT.. 4   SECTOR.. 322  SUB SECT.. 0
ARRESTING OFFICER...    28079  SIMISON,ROBERT C       CREW..313  AGN..313
ARRESTING OFFICER...    22266  HOUSE,DAVID L          CREW..311  AGN..110
TRANS BY OFFICER(S).    SIMISON   313
-----------------------------NEW CHARGES--------------------------
-----------------WARRANT/CAPIAS-------------------
  WARRANT: JC07011307     CASE NO:        MCSO
  WARRANT: JC07011309     CASE NO:        MCSO
  WARRANT: JC11006594     CASE NO:        MCSO


-------------------CERTIFICATE OF ARREST AND CUSTODY------------------
 DO HEREBY CERTIFY THAT ON THE  17 DAY OF MAY 2012 A.D.,
 ARRESTED ONE  RICHARDSON,ROBERT A
 OR UNLAWFULLY COMMITTING THE OFFENSE(S) LISTED AND DID THEN THERE
 CONFINE HIM/HER IN THE MONTGOMERY COUNTY CONSOLIDATED JAIL TO BE
 HELD UNTIL I CAN FILE PAPERS IN THE PROPER COURT.

                                    MAIeV 28075
                             _____
                             NAME OF OFFICER/OFFICIAL TITLE

MC 1822

JUVENILE COURT RECORDS

REDACTED – PRIVILEGE

MC 1823-1824



# INMATE PROPERTY RECEIPT
## Montgomery County Sheriff's Office - County Jail

Booking No: 12-9824    Jail ID: P-55466

Housing
CJ-1-POST

Booking Name
RICHARDSON, ROBERT A

Race Sex Date of Birth
B    M

Booking Date: 05/17/2012    Booking Time: 02:52

Taking Date: 05/17/2012    Taking Time: 03:16
Release Date    Rels Time

Taking Officer: 1100
Rls Officer

Bin/Hanger No

| Item No | Description | Status | Date | Comments |
|---|---|---|---|---|
| 1 | GRAY AND BLUE SHOES | PR | 05/17/2012 | |
| 2 | JEAN SHORTS | PR | 05/17/2012 | |
| 3 | WHITE SHIRT | PR | 05/17/2012 | |
| 4 | LIGHTER | PR | 05/17/2012 | |
| 5 | CELL PHONE | PR | 05/17/2012 | |
| 6 | HAT | PR | 05/17/2012 | |
| 7 | MISC PAPERS | PR | 05/17/2012 | |
| 8 | BELT | PR | 05/17/2012 | |
| 9 | OH ID | PR | 05/17/2012 | |
| 10 | 1 CONDOM | PR | 05/17/2012 | |
| 11 | CIGARS | PR | 05/17/2012 | |
| 12 | CASH | PR | 05/17/2012 | |

RB1100
OFFICER

× Robert Richardson
INMATE

RECEIVING PERSON

Page 1 of 1

05/17/2012 03:20
MC 1825

May 17, 2012 2:48:20 AM

```
Received Time:      May 17, 2012 02:32:00
Summary:            YR: ETY-WP NAM-RICHARDSON, ROBERT A
Destination(s):     OHO570004, OHO570000
MKE:                YR.                 Source:
Reference:          YR.                 Msg ID:      USER
Station:            MONSOD005           Sender ORI:  23275
                                                     OHO570000
```

YR.OHO570000
FROM:(OHO570000)
TO:(OHO570004, OIO570000)
***HIT CONFIRMATION RESPONSE****

Page 1 of 1

THE RECORD BELOW: IS CONFIRMED

OCA/

**WANTED PERSON**

NAM/RICHARDSON, ROBERT A.DOB/19640413.SEX/M.

NAME OF CONFIRMER: MCKEE, VICKI.
CONFIRMING AGENCY: MCSO RECORDS.
PHONE:(937)225-4097.
REMARKS: LID/0SB34293 AGG ROBB; SOC 276828281: 2 ACTIVE; CPC JUV DIV FTA CAPIAS
CNR                AND CASE            ORIG CHG FAILURE TO APPEAR FOR
CONTEMPT HEARING FOR FAILURE TO PAY CHILD SUPPORT NO BOND; CPC JUV DIV FTA
CAPIAS CASE             ORIG CHG FAILURE TO APPEAR FOR A COMPLAINT TO
DETERMINE PARENTAGE NO BOND; USE TTY AS DETAINER THANKS[G]

UNLESS OTHERWISE NOTED, THIS LEADS THROUGHPUT IS EXEMPT FROM PUBLIC RECORDS
REQUESTS PER ORC:149.43 AND OAC:4501:2-10-06.

MRI: 1687826
  IN: OHO570000  #22 AT 17MAY2012 02:32:00
 OUT: OHO570004  #63 AT 17MAY2012 02:32:00

MC 1826

1209824 : RICHARDSON, ROBERT A
Loc: CJ 1 POST    Montgomery County, OH
By: BEACHR1100 From: Money Manager #4

Add 11651    126858
Acct: MontgomeryOH-12920    5/17/2012 3:18:27 AM
Prior Balance:    $0.00

Add

$8.00

Sign: X Robert Richardson

Main Balance:    $8.00

MC 1827

# Q.W.
## NEW BOOK IN WARRANT CHECK

NAME: _Richarson, Robert_          BOOKING # _12-9824_

RACE: _B_     SEX: _M_   DOB: _         SOC SEC: _

ARRESTING OFFICER: _Simison_          AGENCY: _DPD_

ARREST LOCATION: _3000 McCall St @ Dearborn Ave_

NCIC: _                        WARR. CANCELLED: _

LEADS: _                       WARR. CANCELLED: _

LOCAL: _                       WARR. CANCELLED: _

OPER: _         DATE: _5-17-12_      TIME: _0254_

MC 1828

May 23 2012 9:43     MONTGOMERY CO RDC FIRE     19378478576          page 1

Fire Incident #121400154                                        Page 1 of 2

## INCIDENT HISTORY DETAIL: FIRE/M121400154

| | | |
|---|---|---|
| Initiate: 15:48:36 05/19/12 | Call/Case Nbr: | M0154/DF1205190044 |
| Entry:    15:48:56 | Current Status: | CLOSED |
| Dispatch: 15:49:07 | Primary Unit: | M11 |
| Onscene:  15:50:53 | Jurisdiction: | DF |
| Close:    16:35:49 | Disposition: | |
| | Alarm Level: | 1 |

LAW CALL: MP/121400894

Location: 330 W SECOND ST ,DA (N PERRY ST & RED CROSS LN)
Loc Comments:     Map It
DAREA:    DFD   Current:
Beat/Stn: 4     Map Page:          Type: 9-E1   Final:
RD:       0404H       Page:        Priority: 1  FULL ARREST
RunCard:  0404H       Page:        HAZARD PRIORS          ⌐Detail

| Time | Event | Detail |
|---|---|---|
| 15:48:56 | ENTRY | TEXT:REQUESTING MEDIC & REQUESTING DEPUTY TO FOLLOW. STARTING CPR. RESPOND TO SALLY PORT \NAME:AKERS - JAIL |
| 15:48:56 | HAZARD | PRI 1 LOCATION: 330 W SECOND ST ,DA;COUNTY JAIL. PUBLIC PHONE 224-8447. CONTROL ROOM 225-5486. RECORDS 225-6067. ALARM PANEL LOCATED INSIDE COUNTY JAIL SECURITY CONTROL ROOM. |
| 15:48:56 | PRIOR | MF 24-D3 YESTERDAY @ 12:49:40 (98 MORE) |
| 15:49:03 | SELECT | STTN: M11 L11 MED5A DIST: |
| 15:49:07 | DISPATCH | M11 L11 MED5A |
| 15:49:07 | ID | M11 (D27667)BROGAN,GEOFFREY A |
| 15:49:07 | ID | L11 (D18447)COCKAYNE,ROBERT D |
| 15:49:07 | MISC | TONE 11/S:0113/D. .11/S:0113/D. . |
| 15:49:07 | MISC | ALERT 11. |
| 15:49:08 | CASE | L11 DF1205190044 Assigned |
| 15:49:24 | ENROUTE | L11 |
| 15:50:29 | ENROUTE | M11 |
| 15:50:41 | ENROUTE | MED5A |
| 15:50:53 | ONSCENE | L11 |
| 15:53:45 | ONSCENE | M11 |
| 16:03:20 | RCONTACT | L11 |
| 16:03:21 | ONSCENE | MED5A |
| 16:07:08 | RCONTACT | M11 |
| 16:11:45 | SUPP | TEXT:CAN CANCEL PER THE JAIL |
| 16:11:54 | SUPP | TEXT:CORRECTION CANCEL DEPUTY |
| 16:15:05 | CONTACT | MED5A 0 |

May 23 2012 9:43    MONTGOMERY CO RDC FIRE    19378478576    page 2

Fire Incident #121400154    Page 2 of 2

```
16:30:59  ON-RADIO  L11
16:31:27  STATION   MED5A
16:34:38  ON-RADIO  M11
16:35:49  CLOSE
```

```
OPERATOR ASSIGNMENTS:  CT9   1166    HALE,JULIE
                       F3    1035    SANGER,SHEILA
                       034D  D18447  COCKAYNE,ROBERT D
                       792D  D27667  BROGAN,GEOFFREY A
                       F4    1046    MCCLAIN,MINDY
                       P7    1155    CROSBY,SARAH A
```




# DAYTON FIRE DEPARTMENT

Herbert C. Redden II – Director and Chief
Jeffrey L. Payne – Asst. Chief, Emergency Services
Paul Sheehan - Asst. Chief, Support Service and Research Management
Michael D. Caudill – Asst. Chief, Strategic Programs and Safety

## Fax Cover Sheet

**Company:** _____

**To:** _Sgt. Laravie_

**Fax:** _2 2 5 5061_

**From:** _____

**Company:** DAYTON FIRE DEPARTMENT
300 N. Main Street, Dayton, OH 45402
**Phone:** (937)-333-4500  **Fax:** (937)-333-4561

**Date:** _5-24-12_

**#Pages including this Cover page:** _6_

**Comments:**

_____
_____
_____
_____
_____
_____

```
FDID 57011        INCIDENT SUPPRESSION INFORMATION        PRINTED: 05/24/2012
INCIDENT NO: 120519-0044   APPARATUS: LT011   RUN NO.:  892   ON: 05/19/2012
```

```
                        INCIDENT SUPPRESSION REPORT
INCIDENT # 120519-0044                        |                              |
DATE: 05/19/2012   RUN #:  892                | TIMES:                       |
INC. TYPE: UNCON        ACT. INC. TYPE: UNCON | CALL REC'D:       1548       |
EMS SVC: DFD  APP: LT011  CITY #: 0710  PLT: 02 | STAGED:                    |
OTHER APP: ME011                              | BLS AT SCENE:     1550       |
ARR. SEQ:  1 ,             BY TYPE:  1        | ALS AT SCENE:     1553       |
LOCATION OF CALL: 330 W SECOND ST             |                              |
                                              | TO HOSP:                     |
CITY/TWP: DAYTON        COUNTY: MONTGOMERY     | AT HOSP:                     |
POLICE AGENCY: MC   POLICE CREW:              | I/S:             163059|      |
                                              | I/Q:                         |
DELAY: Defens. Space Barricades               |                              |
                                              | MILEAGE:                     |
                                              | START:        25,278.0       |
ACTION: EMS Size-Up                           | ON SCENE:     25,280.0       |
HOW ENTERED: Escorted                         | AT HOSP:           0.0       |
WHERE ENTERED: Door, Garage                   | FINISH:       25,280.0       |
                                              | TRANSPORT:         0.0       |
                                              | TOTAL:             2.0       |
                                              |                              |
```

```
CREW ASSIGNMENTS
----------------

FDA:  18447 , COCKAYNE, ROBERT D.              , LT
FDA:  18453 , CHAFIN, HENRY G. II              , FF
FDA:  26802 , MCGINNESS, PATRICK R.            , FF
FDA:  27381 , PARSONS, GARY M.                 , FF
FDA IN CHARGE: COCKAYNE, ROBERT D.
REVIEWED: Y   BY: MCGINNESS, PATRICK R.         ON: 05/19/2012
```

```
METHODS
-------

ARRIVAL SEQUENCE: 1 SEQUENCE BY TYPE:  1 MUTUAL AID: N AMAR: N
EXTINGUISHER:              GAL/LBS USED:    0.0
FOAM:                            GAL/LBS USED:    0 PUMP TIME:
EXTINGUISHER:              GAL/LBS USED:    0.0
FOAM:                            GAL/LBS USED:    0
EXTINGUISHER:   ,          GAL/LBS USED:    0.0
FOAM:                            GAL/LBS USED:    0
AERIAL TIME:      AERIAL FT:  0 LADDER FT:    0 TOTAL FT USED:      0
SCBA: N CYLINDERS:  0 INH/RES: N TARPS: BLDG:     CONTENTS:    OTHER:

PT. INFO:  1   EQUIP. USED:  0   HAZ MAT: no   CREW EXP:  0
```

MC 1832
Opt-Out: +

DATE: 05/24/12 TIME:   8:52am   BY: callen

```
                   FRU-11                  NARRATIVE FOR RUN REPORT
INC: 120519-0044      APP: LT011      RUN #: 892       PT. #: 1 of 1
ENTERED BY: 026802  MCGINNESS, PATRICK R.         ON: 05/19/2012 @ 17:33:33
RELATED TO: PATIENT       NAME: ████████████
NARRATIVE:
1: 28yo black male found lying supine on jailhouse floor with several Staff
2: members around him and CPR being performed. Staff member states that pt
3: has been down approx 10-15 min and had AED applied that was advising NO
4: SHOCK, CONTINUE CPR.  Ladder 11 crew stepped in to evaluate PT. Medic found
5: no pulse or lung sounds.  Ladder crew utilized Jail's AED to reevaluate and
6: analyze rythmn.  No Shock advised so crew continued CPR while intubation
7: equipment was set up. Medic visualized mouth for foreign objects and found
8: it to be filled with bloody sputum.  Intubation was successfully made after
9: airway suctioned and confirmed using Colormetric device, visualization and
0: ausciltation, then secured accordingly and hooked to continuous Oxygen
1: source and Bagvalve.CPR continued. Medic 11 crew set up 121d monitor and
2: reevaluated with no change in cardiac status.  Rythmn checked in 2 leads,
3: both showing Asystole and no shockable rythmn.Several IV attempts made but
4: found unsuccessful. ON SCENE Jail Dr, who was standing over us, advised
5: Termination and called TOD at 1608. Pt hx revealed that pt was actively
```

MC 1833
Opt-Out: +

DATE: 05/24/12 TIME:  8:52am  BY: callen

```
            FRU-11              NARRATIVE FOR RUN REPORT
INC: 120519-0044    APP: LT011    RUN #: 892      PT. #: 1 of 1
ENTERED BY: 026802  MCGINNESS, PATRICK R.        ON: 05/19/2012 @ 17:51:03
RELATED TO: PATIENT        NAME: ███████████████
NARRATIVE:
1: seizing PRIOR to our arrival and became combative and postictal in nature.
2: Jail Staff members state that pt was swinging at them and became beligerant
3: so they took pt to the ground and placed him on his stomach. Staff then
4: called for jail RN. RN was reported to have given the Pt "a shot,"and after
5: approx 2 minutes with staff holding pt, they turned him on his back and
6: found that he was not breathing so they initiated CPR and called 911. Jail
7: Staff Dr (Ellis) and Medic (Stockhauser) initiated care prior to our
8: arrival. No removal made. Coroner notified after approved field termination
9: from Dr. Ellis and pt left in care of Jail Staff.  -PRM
0:
1:
2:
3:
4:
5:
```

MC 1834
Opt-Out: +

To: 92255061                          From:  (4561)
05/24/12 10:03 AM      Page  5 of 6

PATIENT NAME: ▓▓▓▓▓▓▓▓        APPARATUS: ME011 RUN #: 1691
          DAYTON FIRE DEPARTMENT - EMS RUN REPORT         Page:  1
---------------------------------------------------------
[ ] Fire Dept. HQ   [ ] Hospital   [ ] EMS Coordinator   [ ] FD Company
INCIDENT # 120519-0044
DATE: 05/19/2012   RUN #: 1691
INC TYP: UNCON       ACT. INC TYPE: UNCON
EMS SVC:DFD      APP:ME011   PLT:02
ACCT. NUMBER: 12020430
OTHER APP: LT011
ARR. SEQ.:  2 , BY TYPE:  1
LOCATION OF CALL: 330 W SECOND ST
REVISED LOCATION:   330 W  SECOND            ST
CITY: DAYTON OH 45402-          MUT. AID: N AMAR: N
POLICE AGENCY:               POLICE CREW:
ACTION: Initiated Victim Care
HOW ENTERED: Escorted
WHERE ENTERED: Door, Garage
CANCELLED: N   DELAY:
TYPE RUN.: Emergent - ALS
DISP NATR: UNCON

PERSON ACCEPTING PT: _____

| TIMES: | |
| CALL REC'D: | 1548 |
| STAGED: | |
| BLS AT SCENE: | 1550 |
| ALS AT SCENE: | 1553 |
| PT CONTACT: | 1553 |
| TO HOSP: | |
| AT HOSP: | |
| I/S: | 163438 |
| I/Q: | |
| MILEAGE: | |
| START: | 124,813.5 |
| ON SCENE: | 124,814.9 |
| AT HOSP: | 0.0 |
| FINISH: | 124,814.9 |
| TRANSPORT: | 0.0 |
| TOTAL: | 1.0 |

HOSPITAL USE ONLY
ED # _____
ADMIT # _____              DISPOSITION
DIAGNOSIS _____      ____ DER      ____ HOLDING
         _____           DOA       ____ NOT SEEN
         _____           T/A       ____ TRANSFER
         _____      ____ T/R       ____ LAMA

PT. NAME...: ▓▓▓▓▓▓▓           SS # ▓▓▓▓▓▓▓▓▓▓
PT. ADDRESS: 330 W SECOND ST
CITY.......: DAYTON OH 45402-
SEX: m  AGE: ▓▓▓▓   DOB: ▓▓▓▓▓▓   RACE: B  OL#:      PHONE: (937)
                                                    REMOVED: NO

NON-REMOVAL: No removal
SEVERITY...: Critical

PATIENT NARRATIVE:
Arrived on scene with Lt11 already doing CPR to Adult Male inside the jail.
Medic 11 assisted Lt11 with supplies and pt care.
See run report from Lt11 for further info..KL..

MC 1835
Opt-Out: +

To: 92255061                                          From:  (4561)
05/24/12 10:03 AM       Page  6 of 6


PATIENT NAME: ▆▆▆▆▆▆▆▆▆            APPARATUS: ME011 RUN #: 1691
                DAYTON FIRE DEPARTMENT — EMS RUN REPORT            Page:  2
         -------------------------------------------
TIME NON-INV TREATMENTS                RESPONSE                BY
─────────────────────────────────────────────────────────
     Cardiac Monitor, Lead II

FDA IN CHRG: Lupton, Kyle W
FDAs ON APP: EMTB BROGAN, GEOFFREY A.,
             PM Lupton, Kyle W,EMT-P
REPORTED BY: Lupton, Kyle W

MC 1836
Opt-Out: +

06/07/2012 THU 9:55 FAX 002/002

Ohio Department of Health
VITAL STATISTICS

**CERTIFICATE OF DEATH**

Type or print in permanent blue or black ink.

Reg. Dist. No. 57

Primary Reg. Dist. No. 5701

Registrar's No.

State File No.

| 1. Decedent's Legal Name (Include AKA's if any)(First, Middle, LAST, suffix) ROBERT ANDREW RICHARDSON SR | 2. Sex Male | 3. Date of Death (Mo/Day/Year) May 19, 2012 |
|---|---|---|

| 4. Social Security Number | 5a. Age (Years) 28 | 5b. Under 1 Year Months Days | 5c. Under 1 day Hours Minutes | 6. Date of Birth(Mo/Day/Year) | 7. Birthplace(City and State or Foreign Country) DAYTON, OHIO |
|---|---|---|---|---|---|

| 8a. Residence State OHIO | 8b. County MONTGOMERY | 8c. City or Town DAYTON | |
|---|---|---|---|
| 8d. Street and Number 701 MIA AVE. | | 8e. Apt. No. | 8f. Zipcode 45417 | 8g. Inside City Limits? Yes |

| 9. Ever in US Armed Forces? No | 10. Marital Status at Time of Death Never Married | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|---|

| 12. Decedent's Education 9TH THRU 12TH GRADE; NO DIPLOMA | 13. Decedent of Hispanic Origin No | 14. Decedent's Race Black |
|---|---|---|

| 15. Father's Name THOMAS EUGENE RICHARDSON | 16. Mother's Name (prior to first marriage) LINDA LOUISE CUMMINGS |
|---|---|

| 17a. Informant's Name LINDA LOUISE CUMMINGS | 17b. Relationship to Decedent Mother | 17c. Mailing Address (Street and Number, City, State, Zip Code) 701 MIA AVE. DAYTON, OHIO 45417 |
|---|---|---|

| 18a. Place of Death MONTGOMERY COUNTY JAIL | | |
|---|---|---|
| 18b. Facility Name (if not institution, give street and number) 330 W. THIRD ST. | 18c. City or Town, State and Zip Code DAYTON, OH 45402 | 18d. County of Death MONTGOMERY |

| 19. Signature of Funeral Service Licensee or Other Agent | 20. License Number (of licensee) 006088 | 21. Name and Complete Address of Funeral Facility JAMES K THOMAS CORP DBA THOMAS FH 4520 SALEM AVE DAYTON, OH 45416 |
|---|---|---|
| 22a. Method of Disposition Burial | 22b. Date of Disposition May 29, 2012 | |
| 22c. Place of Disposition (Name of Cemetery, Crematory, or other place) GREENCASTLE CEMETERY | 22d. Location (City/Town and State) DAYTON, OH | |

| 23. Registrar's Signature | 24. Date Filed |
|---|---|

| 25a. Name of Person Issuing Burial Permit JORDAN, ROY | 25b. District No. 5700 | 25c. Date Burial Permit Issued May 25, 2012 |
|---|---|---|

| 26a. Certifier (Check only one) | ☐ Certifying Physician To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated. |
|---|---|
| | ☒ Coroner On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated. |

| 26b. Time of Death 1608 | 26c. Date Pronounced Dead (Mo/Day/Year) 05/19/2012 | 26d. Was case referred to coroner? Yes |
|---|---|---|
| 26e. Signature and Title of Certifier M.D. | 26f. License number 35.085007 | 26g. Date Signed MAY 25, 2012 |

27. Name (Last, First, Middle) and Address of Person who Completed Cause of Death
Casto, Bryan Douglass, 361 West Third St. DAYTON, OH 45402

| 28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink. | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. Hypertensive And Arteriosclerotic Cardiovascular Disease | UNKNOWN |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) | |
| Enter Underlying Cause (Disease or Injury that initiated events resulting in death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

| Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 29a. Was An Autopsy Performed? Yes | 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? Yes |
|---|---|---|

| 30. Did Tobacco Use Contribute to Death? Unknown | 31. If Female, Pregnancy Status NOT APPLICABLE. | 32. Manner of Death Natural |
|---|---|---|

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|

| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) | | |
|---|---|---|

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: |
|---|---|

HRA.2724 Rev. 06/07

MC 1837

06/07/2012 THU 9:55 FAX ☑001/002

# OFFICE OF THE CORONER

## *Kent E. Harshbarger, M.D.*
## *Montgomery County*

### 361 West Third Street
### Dayton, Ohio 45402
### 937-225-4156
### FAX: 937-496-7916

### FAX TRANSMISSION COVER SHEET

Date: _6/7/12_  Number of pages: _2_

(Including cover sheet)

To: Det. Clymer - MCSO

From: Joan R. Allen

Subject: Reports

Fax number: 225-4185

Information contained in this facsimile may contain confidential information that is exempt from disclosure. The information is only intended for use by the individual named above. If you are not the intended recipient, you may not copy, disclose, distribute, or take any action based on the contents of this transmission.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, OR IF YOU RECEIVE THIS TRANSMISSION IN ERROR, PLEASE CALL 937-225-4156.

Comments:

MC 1838

Reg. Dist. No. 5701

Registrar's No. 5700-2012002665

**Ohio Department of Health**
**VITAL STATISTICS**
**Supplementary Medical Certification**

State File No. 2012043645

607"16

| Name of Deceased |
|---|
| ROBERT ANDREW RICHARDSON SR |

| Place of Death | Date of Death |
|---|---|
| Other | May 19, 2012 |

| 33. Registrar's Signature | | 24. Date Filed |
|---|---|---|

| 28c. Certifier (Check only one) | ☐ Certifying Physician — To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |
|---|---|
| | ☒ Coroner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated. |

| 28b. Time of Death | 28e. Date Pronounced Dead (Mo/Day/Year) | 28d. Was Case referred to Coroner? |
|---|---|---|
| 1608 | May 19, 2012 | Yes |

| 28a. Signature and Title of Certifier | 28f. License number | 28g. Date Signed |
|---|---|---|
| M.D. | 35.085007 | JUNE 26, 2012 |

27. Name (Last, First, Middle) and Address of Person who Completed Cause of Death
Casto, Bryan Douglass, 361 WEST THIRD ST., DAYTON, OH, 45402

29. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.
List only one cause on each line. Type or print in permanent black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. CARDIAC ARRHYTHMIA | UNKNOWN |
| Sequentially list conditions, if any, leading to the immediate cause. | b. Due to (or as Consequence of) Hypertensive And Arteriosclerotic Cardiovascular Disease | UNKNOWN |
| Enter Underlying Cause Last (Disease or Injury that initiated events resulting in death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

| Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I. Acute Marijuana Intoxication And Obesity | 29a. Was an Autopsy Performed? Yes | 29b. Were Autopsy Findings Available Prior to completion of Cause of Death? Yes |
|---|---|---|

| 30. Did Tobacco Use Contribute to Death? Unknown | 31. If Female, Pregnancy Status NOT APPLICABLE. | 32. Manner of Death Accident |
|---|---|---|

| 33a. Date of Injury (Mo/Day/Year) May 19, 2012 | 33b. Time of Injury 16:00 | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) CORRECTION FACILITY | 33d. Injury at Work? No |
|---|---|---|---|

| 33e. Location of Injury (Street and Number and Rural Route Number, City or Town, State) 330 W Second St, DAYTON, OHIO |
|---|

| 33f. Describe How Injury Occurred: Drug Overdose | 33g. If Transportation Injury, Specify: |
|---|---|

HEA 2752
Rev. 01/07

THIS SUPPLEMENTARY CERTIFICATE IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN
OR CORONER AND FILED WITH LOCAL REGISTRAR OF VITAL STATISTICS
Required by section 3705.27 of the Ohio Revised Code



607716



2012043645

MC 1839

Ø003/010



# KENT E. HARSHBARGER, M.D., J.D., M.B.A.
## CORONER
## MONTGOMERY COUNTY, OHIO

KENNETH M. BETZ, B.S., M.S.
DIRECTOR

LEE D. LEHMAN, Ph.D, M.D.
CHIEF DEPUTY CORONER

LAUREEN J. MARINETTI, Ph.D., D-ABFT
CHIEF TOXICOLOGIST

MICHAEL N. FOX
CHIEF INVESTIGATOR

SUSAN L. ALLEN, D.O.
DEPUTY CORONER

BRYAN D. CASTO, M.D.
DEPUTY CORONER

ROBERT S. SHOTT, M.D.
DEPUTY CORONER

RUSSELL L. UPTEGROVE, M.D.
DEPUTY CORONER

## POSTMORTEM EXAMINATION
## OF THE BODY OF

### Robert Richardson
### Case # - 12-1993
### Montgomery County

I. Hypertensive and arteriosclerotic cardiovascular disease:

    A. Cardiomegaly (530 grams) with left ventricular dilation and hypertrophy.

    B. Atherosclerosis left anterior descending coronary artery (75% narrowing).

    C. Diffuse visceral congestion.

II. Acute marijuana intoxication (see separate toxicology report).

III. No evidence of significant trauma.

IV. Benign polyp, right vocal cord.

V. Contusion, right side of tongue.


### OPINION

It is my opinion that the cause of death of Robert Richardson is:
Cardiac arrhythmia due to hypertensive and arteriosclerotic cardiovascular disease.
The death is contributed to by acute marijuana intoxication and obesity.

It is my opinion that the manner of death is: Accident.


Bryan D. Casto M.D., Forensic Pathologist
Deputy Coroner, Montgomery County, Ohio

6-21-2012
Date

361 WEST THIRD STREET • DAYTON, OHIO 45402 • (937) 225-4156 • www.mcohio.org/government/coroner
*Nationally Accreditation by NAME, ABFT, ASCLD/LAB*

MC 1840

☑004/010

Robert Richardson

Case# 12-1993

A postmortem examination of the body of a 28-year-old black male, identified as Robert Richardson, is performed at the Montgomery County Coroner's Office on May 20, 2012. The examination is conducted by Bryan D. Casto M.D., and is begun at 9:25 a.m.

ATTENDANCE

In the performance of their usual and customary duties, Autopsy Assistants Peter Lane, Michelle Welch, and Photographer Laura Todd are present during the autopsy.

CLOTHING:

The body is received clad in socks, pants, shirt, underwear and undershirt.

PROPERTY:

None.

IDENTIFICATION TAGS:

Montgomery County Coroner's Office identification bands are around the right and left ankles. An additional identification band is around the right wrist.

EXTERNAL EXAMINATION:

The body is that of a well-developed, obese, adult male; 282 pounds and 72 inches, whose appearance is appropriate for the reported age. The body is cold following refrigeration. Rigor mortis is generalized. Livor mortis is red-purple, posterior, and blanches with pressure.

Scalp hair is black and 1/2 inch in maximum length. Irides appear brown. Sclerae and conjunctivae are clear, with only scattered petechiae. The nose and ears are not unusual. The decedent wears a mustache and beard. Teeth are natural and in fair repair. The tongue appears normal.

The neck is unremarkable. The thorax is well-developed and symmetrical. The abdomen is protuberant. The anus and back are unremarkable. External genitalia are those of a well-developed adult male.

Upper and lower extremities are also well developed and symmetrical, with no significant injuries or edema.

Page 2

MC 1841

Ø005/010

Robert Richardson

Case# 12-1993

IDENTIFYING MARKS:

There are numerous tattoos.

There is a pair of scars across the anterior right shoulder.

EVIDENCE OF MEDICAL INTERVENTION:

Two external cardiac pacer/defibrillation pads are adhered to the body along with multiple ECG/cardiac monitor pads. An endotracheal tube is appropriately positioned and inserted through the mouth.

EVIDENCE OF INJURY:

Along the medial aspect of the left elbow region is a 1 x 1/4 inch contusion.

On the right upper buttock area are numerous striae with admixed focal contusion over an area approximately 3 x 1/2 inch.

INTERNAL EXAMINATION:

Lungs fill the pleural cavities. The mediastinum is in the midline. The diaphragm is without abnormality. Thoracic and abdominal cavities are without abnormal fluid collections or significant adhesions.

CARDIOVASCULAR SYSTEM:

The heart is 530 grams. Epicardial surfaces are smooth, glistening, and unremarkable. The pericardial sac is free of significant fluid or adhesions. Coronary arteries arise normally, following a right-dominant pattern with 75% atherosclerotic narrowing of the left anterior descending coronary artery, with remaining main coronary arteries widely patent. Cardiac chambers are significant for dilated left ventricle; however, the remaining chambers are unremarkable. Valves are membranous, without stenosis, redundancy or vegetations. The right ventricular wall thickness is 0.5 cm; the free left ventricular wall and interventricular septum are thickened at 1.8 cm and 1.7 cm, respectively. The myocardium is uniform red-brown, free of abnormal markings. Atrial and ventricular septa are intact. The aorta and its major branches arise normally and follow the usual course with fatty streak atherosclerosis. The vena cava and its major tributaries are thin walled and patent, in the usual distribution.

MC 1842

☑006/010

Robert Richardson

Case# 12-1993

## RESPIRATORY SYSTEM:

Right and left lungs weigh 695 grams and 605 grams, respectively. The tracheobronchial tree is patent and mucosal surfaces intact. Pleural surfaces are translucent, smooth, and glistening. Pulmonary parenchyma is red-purple and exudes abundant congestive blood from the cut surfaces. Pulmonary arteries and veins are normally developed and patent.

## DIGESTIVE/HEPATOBILIARY SYSTEM:

The esophagus is lined by intact tan smooth mucosa. The gastric mucosa is flattened by autolysis, and the lumen contains approximately 15 mL of tan fluid. Small and large intestines are unremarkable. The mesentery and omentum appear normal. The colon contains formed stool. The pancreas has the usual tan lobulated parenchyma, and the ducts are clear.

The 1940 gram liver has a smooth, intact capsule covering congested red-brown parenchyma. The thin-walled gallbladder contains approximately 15 mL of viscid bile. The extrahepatic biliary tree is patent.

## ENDOCRINE SYSTEM:

Pituitary, thyroid, and adrenal glands are unremarkable.

## GENITOURINARY SYSTEM:

Normal-shaped kidneys are symmetrical and together are 335 grams. Capsules are smooth, thin, semitransparent, and strip with ease from underlying smooth, red-brown cortical surfaces. Cortices are sharply delineated from medullary pyramids. Calyces, pelves, and ureters are unremarkable. The urinary bladder contains no urine; the mucosa is gray-tan and intact.

The prostate and testes are of appropriate size, without injury or other abnormality.

## HEMATOPOIETIC SYSTEM:

The thymus is dispersed in anterior mediastinal fat. The 140 gram spleen has a smooth intact capsule covering red-purple parenchyma. Regional lymph nodes have the usual distribution and appearance. Bone marrow is red-brown and homogeneous, without focal abnormality.

MC 1843

Ø007/010

Robert Richardson

Case# 12-1993

## MUSCULOSKELETAL SYSTEM:

The bony framework, supporting musculature, and soft tissues are remarkable only for previously described minor injuries.

## NECK:

Examination of the soft tissues of the neck, including strap muscles and large vessels, reveals no abnormalities. The hyoid bone and larynx are intact; however, there is a smooth polypoid mass arising from one vocal cord. Serial sectioning of the tongue reveals focal contusion along the right side.

## NERVOUS SYSTEM:

The brain weighs 1545 grams. Dura mater and falx cerebri are intact, and leptomeninges are congested, but thin and delicate. Cerebral hemispheres are symmetrical, with a normal pattern and distribution of sulci and gyri. Structures at the base of the brain, including cranial nerves and blood vessels, are intact and free of abnormality. Sections of the cerebral hemispheres reveal no lesions within the cortex, subcortical white matter, or deep parenchyma of either hemisphere. Cerebral ventricles are of normal caliber, containing clear cerebrospinal fluid. Sections through the brainstem and cerebellum are unremarkable.

## SPECIAL STUDIES:

Routine toxicology studies reveal evidence of acute marijuana intoxication. Vitreous profile is unremarkable and without electrolyte abnormality or abnormalities in glucose or renal function.

MC 1844

☑008/010

Robert Richardson

Case# 12-1993

## MICROSCOPIC EXAMINATION

CORONARY ARTERY: Fibrous and lipid atherosclerosis

LUNGS: Intra-alveolar blood; anthracosis.

LIVER: Acute centrilobular congestion; mild steatosis.

PANCREAS: Autolysis.

SPLEEN: Red pulp congestion.

TONGUE: Fresh intramuscular contusion.

LARYNGEAL POLYP: Benign polyp covered by keratinizing squamous epithelium and containing large numbers of thin-walled blood vessels and fibrin deposits.

HEART, ADRENAL GLAND, KIDNEY, PITUITARY GLAND, AND BRAIN: No significant histopathologic abnormality in sections examined.

BDC:sm
6/21/12

MC 1845



## Montgomery County Coroner's Office
**361 West Third Street, Dayton, Ohio 45402**
Kent E. Harshbarger, M.D., J.D., M.B.A., Coroner

## Toxicology Laboratory Report

**Decedent:** Robert Richardson B/M/28 Years
**Case Number:** 12-1993

**Requesting Agency:** Montgomery County Coroner's Office

### Toxicology Service Requested

**B Service:** Consists of screening tests for *Basic Volatiles* (ethanol, methanol, acetone, and isopropanol) and a Drug Screen by Elisa immunoassay (amphetamine class, barbiturates, benzodiazepines, carisoprodol, cocaine metabolite, marijuana metabolite and opiates). Confirmation and quantitation are performed on positive screens. A general screen for drugs and other substances by extraction and subsequent analysis by GC/MS is also performed with confirmation and quantitation as appropriate. Specific tests are also performed as appropriate.

### Initial Screening Tests and Results

**Basic Volatiles Screen**

| Analyte | Specimen | Results |
|---|---|---|
| Basic Volatiles (Ethanol, Methanol, Isopropanol, Acetone) | Blood, Femoral | Not Detected |

**Color Screens**

| Analyte | Specimen | Results |
|---|---|---|
| Acetaminophen (Tylenol, APAP) | Blood, Femoral | Not Detected |
| Salicylic acid (Salicylate) | Blood, Femoral | Not Detected |

**ELISA Immunoassay Screen**

| Analyte | Specimen | Results |
|---|---|---|
| 11-carboxy-Tetrahydrocannabinol | Blood, Femoral | Positive |
| Other drugs by immunoassay | Blood, Femoral | Not Detected |

**GC/MS Acidic Drug Screen**

| Analyte | Specimen | Results |
|---|---|---|
| Acidic/Neutral Drugs | Blood, Heart | Not Detected |

**GC/MS Basic Drug-Screen**

| Analyte | Specimen | Results |
|---|---|---|
| Cotinine (metabolite of nicotine) | Blood, Heart | Positive |

### Confirmation and Quantitation Tests and Results

*Nationally Accredited by The American Board of Forensic Toxicology*

☑010/010

## Toxicology Report - Case Number 12-1993 Continued...

### THC, Blood

| Analyte | Specimen | Results |
|---|---|---|
| 11-carboxy-Tetrahydrocannabinol | Blood, Femoral | 63 ng/mL |
| Tetrahydrocannabinol (THC) | Blood, Femoral | 16 ng/mL |

### Vitreous Profile

| Analyte | Specimen | Results |
|---|---|---|
| Chloride | Vitreous | 122 mEq/L |
| Creatinine | Vitreous | 1.1 mg/dL |
| Glucose | Vitreous | < 20 mg/dL |
| Potassium | Vitreous | > 9 mEq/L |
| Sodium | Vitreous | 147 mEq/L |
| Urea nitrogen | Vitreous | 11 mg/dL |

Results reviewed by:

_Laureen J. Marinetti_

Laureen J. Marinetti, Ph.D., D-ABFT
Chief Forensic Toxicologist

6-14-12

Date Completed

Page 2 of 2
Data current as of: 6/14/2012 at 9:46:49AM

MC 1847