UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -


Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,

    vs.                          Case No. 3:14-CV-00158


Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants


- - -




DEPOSITION OF BRIAN CONLEY
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on November 18, 2015 at
1:00 p.m.




LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO  43017
614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio  44114
   on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio  45429
   on behalf of the Sheriff
   Defendants

CARRIE STARTS, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio  45202
   on behalf of the Defendants
   NaphCare, Inc., Nurse Felicia Foster,
   Nurse Jon Boehringer, Nurse Krisandra
   Miles, Medic Steven Stockhauser,
   and Brenda Garrett Ellis, M.D.

MARY MONTGOMERY, ESQUIRE
TODD AHEARN, ESQUIRE
ASSISTANT PROSECUTING ATTORNEY
301 West Third Street
4th Floor
Dayton, Ohio  45422
   on behalf of the Defendant
   Montgomery County Sheriff's
   Office

Page  2

---

EXAMINATION INDEX

BRIAN CONLEY

BY MR. DICELLO...............................Page 5

Page  4

---

November 18, 2015
Wednesday Session
1:00 p.m.
- - -
STIPULATIONS

   It is stipulated by and among counsel for the
respective parties that the deposition of BRIAN CONLEY,
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, may be taken at this
time by the notary Whitney Layne; that said deposition may
be reduced to writing in stenotypy by the notary, whose
notes thereafter may be transcribed out of the presence of
the witness; and that the proof of the official character
and qualification of the notary is waived.

Page  3

---

BRIAN CONLEY

   Being first duly sworn, as hereinafter

certified, deposes and says as follows:

CROSS-EXAMINTION

BY MR. DICELLO:

   Q   Good afternoon.  Can you please start with

introducing yourself and providing your name for the court

reporter?

   A   My name is Brian Conley.

   Q   And how do you spell Conley?

   A   C-O-N-L-E-Y.

   Q   Detective Conley?

   A   Yes, sir.

   Q   Okay.  Detective, my name is Nick DiCello.  We

met briefly off the record.  You understand you're here to

have your deposition taken?

   A   Yes, sir.

   Q   Ever been deposed before?

   A   Not like this, no.  Not like this.

   Q   I'll go through some rules.  Everything we say

is being taken down by the court reporter.  So we have to

be careful not to speak over one another, okay?

   A   Okay.

   Q   Just as you did now, all of your answers have

Page  5

2 (Pages 2 to 5)

1    to be verbal; yes, no, or words, as opposed to shrugs or
2    huh-uhs or uh-huhs, okay?
3        A    Okay.
4        Q    I want you to only answer questions that you
5    understand.  So if you don't understand a question, I want
6    you to let me know that.
7        A    Okay.
8        Q    If you answer a question I asked, I'm going to
9    assume you understood it.  Is that fair?
10       A    Yes.
11       Q    If you need to take a break at any time --
12   Sometimes these things are quick, sometimes they take a
13   long time, it's hard for me to predict.  But if you want
14   to take a break at any time for any reason, just go ahead
15   and do it.  I would just ask that if a question is
16   pending, answer the question and then we can take a break,
17   okay?
18       A    Okay.
19       Q    You understand you're under oath today?
20       A    Yes.
21       Q    Have you ever testified in court before?
22       A    Yes.
23       Q    So you understand the oath you're under today
24   is the same kind of oath that you're under when you're

Page 6

1    testifying in court in front of a jury?
2        A    Yes.
3        Q    Do you understand that?
4        A    Yes.
5        Q    It's also not uncommon that something might jog
6    your memory later on during the deposition about an answer
7    you've given or a question I asked earlier.  If that
8    happens, I want you to take the opportunity today to
9    revisit any question I've asked or answer you've given,
10   okay?
11       A    Okay.
12       Q    Do you understand that I'm going to be relying
13   on the accuracy of your answers given today in connection
14   with this case?
15       A    Yes.
16       Q    And when I reference the "case," do you
17   understand the deposition today is in connection with a
18   lawsuit that's been filed surrounding the death of Robert
19   Richardson back in May of 2012?
20       A    Yes.
21       Q    You've probably figured it out, but I'm the
22   lawyer that represents the family members and the estate
23   of Robert Richardson, okay?
24       A    Okay.

Page 7

1        Q    How long have you been a detective with the
2    Montgomery County Sheriff's Office, sir?
3        A    Approximately four years.
4        Q    Prior to becoming a detective, what was your
5    position?
6        A    I was just a uniformed deputy.
7        Q    On road patrol?
8        A    Yes, sir.
9        Q    When did you become employed by the Montgomery
10   County Sheriff's Office?
11       A    I believe it was June of 2005.
12       Q    What position did you obtain back in June of
13   '05?
14       A    I just was hired as just a regular deputy.
15       Q    Road patrol?
16       A    Yes.
17       Q    Have you ever worked in the Montgomery County
18   Jail?
19       A    No.
20       Q    Prior to 2005, what were you doing for an
21   occupation or profession?
22       A    I was a patrolman with the City of Dayton
23   Police Department.
24       Q    Dayton police officer?

Page 8

1        A    Yes.
2        Q    How long were you a Dayton police officer?
3        A    Approximately three and a half years.
4        Q    I'm going to keep working in reverse
5    chronological order.
6        A    Okay.
7        Q    So prior to becoming a Dayton police officer,
8    what were you doing for employment?
9        A    I was working full -- I think it was full time
10   at Good Samaritan Hospital, security.
11       Q    How long did you have that security position?
12       A    Approximately six years, I think.
13       Q    Now we're getting into kind of the distant
14   past.
15       A    Okay.
16       Q    What kind of employment did you have before
17   security at the hospital?
18       A    I was working auxiliary and then part-time for
19   Clay Township Police Department.
20       Q    When did you become a certified police officer
21   in the state of Ohio?
22       A    I want to -- I believe it was 1995.
23       Q    Any professional experience or employment
24   outside of law enforcement?

Page 9

3 (Pages 6 to 9)

1    A   I played in a band.

2    Q   Did it pay?

3    A   Occasionally.

4    Q   Okay. That's pretty good. What I'm getting at

5   is did you have any kind of meaningful profession or

6   occupation before entering law enforcement?

7    A   No.

8    Q   Explain to me a little bit about the position.

9   You're the first detective that we've had a chance to

10  interview who's from the road patrol, or I've had a chance

11  to talk to. Explain to me your position as detective.

12  What kind of things are you investigating, what unit are

13  you in, that kind of thing?

14   A   Right now, I'm assigned to the Sex Offender

15  Registration Unit.

16   Q   How long have you had that assignment?

17   A   Maybe a year and a half. Close to a year and a

18  half. Basically, our primary responsibility is keeping

19  track of -- well, trying to keep track of the registered

20  sex offenders, ones that are currently registered, and

21  also any new people that get convicted of a sex offense,

22  they come in our office. If they're going to be residing

23  in our county, they come and register in our county. So

24  that's our responsibility. And then we follow up on any

Page 10

1   kind of noncompliant offenders, tips that come in, that

2   kind of thing.

3    Q   Prior to serving on the Sex Offender Unit you

4   just described that you've been doing for about a year and

5   a half, what kind of work were you doing as a detective?

6    A   I was assigned to Jefferson Township

7   substation, so basically I handled property crimes that

8   came in, some of the -- I don't want to say less violent

9   crimes, but typically the things that didn't involve some

10  sort of a weapon. Some robberies, that kind of thing.

11   Q   How long did you do that?

12   A   Maybe about a year and a half roughly.

13   Q   So that is three years. And I think you said

14  you've been a detective for about five years now?

15   A   It was sometime in 2011 is when I became a

16  detective.

17   Q   So what other assignments have you had as a

18  detective before the Jefferson Township?

19   A   That's it.

20   Q   Oh, okay. I've reviewed your narrative report.

21  I presume you took a look at that before your deposition?

22   A   Yes.

23   Q   And it's in here somewhere. In fact, it's at

24  MC 1268 to 1269.

Page 11

1    A   Oh, there it is.

2    Q   It's actually 1268 to 1270, I believe. It

3   might be in there twice, frankly. But it's definitely at

4   the pages I just referred to. Based on the documents, I

5   understand that you were summoned to the Montgomery County

6   Jail on May 19th, 2012; is that correct?

7    A   Yes, sir.

8    Q   We think we've determined that was a Saturday.

9   Is that consistent with your recollection?

10   A   I didn't look at what day it was, but --

11   Q   Other than reviewing your narrative statement

12  or any documents in advance of today's deposition, do you

13  have a memory in your own mind's eye of May 19th, 2012

14  when you responded to the jail?

15   A   I have some, yes.

16   Q   And maybe as we ask questions I can ask you to

17  maybe tell me what it is you remember just from your

18  memory or what it is you're relying on your report to

19  remember, okay?

20   A   Yes, sir.

21   Q   Who summoned you to the Montgomery County Jail

22  on May 19th, 2012?

23   A   I believe it was Sergeant Stevens.

24   Q   And is Sergeant Stevens your supervisor?

Page 12

1    A   She is over the unit I am in, yes.

2    Q   She is. And how did she get in contact with

3   you; do you remember?

4    A   She probably would have called me.

5    Q   On a phone?

6    A   Yes, sir.

7    Q   Prior to May 19th, 2012, had you ever worked in

8   the Montgomery County Jail?

9    A   No, sir.

10   Q   Had you ever been there?

11   A   Yes.

12   Q   So had you ever investigated any incidents or

13  potential crimes at the Montgomery County Jail prior to

14  May 19th, 2012?

15   A   Prior to -- I don't want to say yes or no,

16  because I'm not quite sure.

17   Q   And that's exactly what the answer should be.

18  I should have told you, if you don't remember something or

19  you don't know the answer, just let us know. We just want

20  your best recollection, okay?

21   A   Yes.

22   Q   So let me get the answer. As you sit here

23  today, you're not certain whether or not you had ever

24  investigated an incident or a potential crime at the

Page 13

4 (Pages 10 to 13)

1  Montgomery County Jail prior to May 19th, 2012; fair?

2      A   That is fair.

3      Q   At the time that you were summoned by Sergeant

4  Stevens, I think you were working in the Jefferson

5  Township assignment; correct?

6      A   Yes, sir.

7      Q   Is Montgomery County Jail within Jefferson

8  Township?

9      A   No, sir.

10     Q   Do you know why it is you were summoned to the

11  Montgomery County Jail to investigate -- I'll talk about

12  what you were assigned to do.  But do you know why you

13  were chosen to come to the Montgomery County Jail that

14  day?

15     A   There's been times where I've been called just

16  to be an assist, just because I would be assigned to

17  Jefferson Township, Jefferson Township is kind of -- if I

18  remember correctly, Jefferson Township kind of gets half a

19  detective.  So they kind of get some of our work, you

20  know, but then I can also be farmed out to wherever

21  anybody else may need assistance.

22     Q   Have you ever investigated a death prior to May

23  19th, 2012?

24     A   I don't believe I have.

                                                Page 14

1      Q   Did you understand whether or not you were

2  investigating the commission of a potential crime?

3      A   I was not aware at the time, just that someone

4  had died inside the jail.

5      Q   The times that you've been asked to assist in

6  investigating deaths, have there been times where you've

7  been asked to assist in investigating deaths that have

8  occurred outside the jail?

9      A   Yes.

10     Q   And in those circumstances, you understood that

11  you were investigating the commission of a crime; yes?

12     A   And I believe they were a crime at the time or

13  suspected of being a crime at the time, yes.

14     Q   But when you responded to a death that occurred

15  inside the jail, you didn't have an understanding that

16  there was potentially a crime committed; correct?

17     A   Correct.

18     Q   Why not?

19     A   I was just told that there was a death in the

20  jail.  I wasn't given any circumstances, that the decedent

21  was already removed, and that I was to take statements

22  from anyone that was involved or potential inmates.

23     Q   In your own mind, Detective, did you consider

24  yourself to be investigating a potential crime?

                                                Page 16

1      Q   Have you investigated a death since then?

2      A   I've been on scenes.  I believe I have, yes.

3      Q   How many?

4      A   I don't know.

5      Q   Just based on your demeanor when you answered

6  that last question, I'm going to assume, but I'm asking,

7  is it less than five deaths that you've ever investigated?

8      A   It's probably close to five.

9      Q   The reason I'm asking these questions is based

10  on the assignments you've told me about, the sex offender

11  assignment, you explained what that was, and the Jefferson

12  Township assignment, you explained what that was, I think

13  you said it was crimes that weren't too violent, you know,

14  property, thefts, and that kind of thing, and I'm just

15  thinking it doesn't sound to me like either one of those

16  assignments would include the routine investigation of

17  deaths; is that fair?

18     A   That is fair.

19     Q   When you responded to the Montgomery County

20  Jail on May 19th, 2012, was it your understanding that you

21  were investigating a potential crime?

22     A   When I got there, it was my understanding that

23  someone had -- was deceased, had passed away in the jail,

24  and that my job was to assist Detective Clymer.

                                                Page 15

1      A   Well, I'm -- I would be staying open, because I

2  wouldn't know.  I wasn't sure at the time.

3      Q   You arrived, according to your paperwork, at

4  about 17:25 hours.  So that's about 5:30 p.m.?

5      A   Yes, sir.

6      Q   And you were advised by Sergeant Whalen that

7  the inmate had been pronounced at 16:08, so about 4:08 in

8  the afternoon, and that you needed to report to Delta Pod.

9  Is that how it happened?

10     A   Yes, sir.

11     Q   Now, on arrival in Delta Pod, you met with

12  Captain Crosby; correct?

13     A   Yes.

14     Q   I want to follow up a little bit on that,

15  because I've seen some documentation in this case where

16  Crosby is referring to himself as a sergeant.  You're

17  referring to him here as of May 2012 as a captain.  Do you

18  know if he had the rank of sergeant or captain as of May

19  19th?

20     A   I believe he was captain.

21     Q   That's pretty high up, captain?

22     A   That's higher than sergeant.

23     Q   Okay.

24     A   I can tell, you know, whether he has the

                                                Page 17

Page 18

1  stripes on his sleeve or bars.

2  Q   So you met Captain Crosby, Sergeant Stevens,

3  and Detective Sollenberger, and Corrections Officer

4  Michael Beach. You met all those folks on Delta Pod when

5  you got there; correct?

6  A   Yes, sir.

7  Q   Did someone escort you to Delta Pod?

8  A   It's possible at the time, because I wasn't all

9  that familiar with where the floors were located.

10  Q   That's what I was wondering. Fair to say the

11  people that were taking control over the scene was Captain

12  Crosby and Detective Sollenberger primarily?

13  A   Ask me again.

14  Q   The reason I'm -- Let me start it this way. I

15  haven't seen much reference to Sergeant Stevens in any of

16  the paperwork that I'm looking at. Do you know, was

17  Sergeant Stevens stationed or assigned to the jail?

18  A   No, I believe she was still part of the Sex

19  Offender Unit.

20  Q   Okay.

21  A   And whatever her responsibility was, why she

22  was there, I'm not sure. But she would have been the one

23  that I would directly report to, I guess at the time,

24  since she called me, and she would direct me to what I

Page 19

1  would need to do.

2  Q   So Sergeant Stevens, to your knowledge, wasn't

3  under the umbrella of the Jail Division for the Montgomery

4  County Sheriff's Office; correct?

5  A   I'm pretty sure she was not.

6  Q   And same for you, you weren't under the Jail

7  Division part of the sheriff's office; correct?

8  A   Correct.

9  Q   Captain Crosby and Detective Sollenberger, did

10  you know that they were within the Jail Division of the

11  sheriff's office?

12  A   I knew Captain Crosby was. But I believe that

13  Detective Sollenberger was in Internal Affairs at the

14  time.

15  Q   IA, okay. When you arrived, did you have -- I

16  know you were reporting directly to Sergeant Stevens. But

17  based on your knowledge that she wasn't regularly

18  stationed or assigned to the jail, did you have an

19  understanding that the person really in charge of the jail

20  scene at that point was Captain Crosby?

21  A   I would suspect that he would be, yes.

22  Q   And in terms of kind of the chain of command,

23  that was what you would expect, Captain Crosby was really

24  the person with the highest command over the jail at that

Page 20

1  point in time?

2  A   Yes, sir.

3  Q   Captain Crosby and Detective Sollenberger have

4  both been fired; correct?

5     MR. PREGON: Objection.

6  A   Who?

7  BY MR. DICELLO:

8  Q   Captain Crosby and Detective Sollenberger.

9     MR. PREGON: No. You have a name wrong there.

10  BY MR. DICELLO:

11  Q   Go ahead. You can answer.

12  A   What you just said is incorrect.

13  Q   How is it incorrect?

14  A   I believe Detective Sollenberger was fired,

15  because I know Captain Crosby is still employed.

16  Q   Okay. What was your understanding of what

17  Detective Sollenberger's role was when you responded to

18  the jail?

19  A   That he would be investigating any internal

20  policy violations.

21  Q   Was it your understanding that Detective

22  Sollenberger, as part of his duties and responsibilities,

23  investigated issues at the jail?

24  A   Ask me one more time. Sorry.

Page 21

1  Q   Is it your understanding that Detective

2  Sollenberger, in connection with his Internal Affairs

3  responsibilities, investigated situations that took place

4  at the jail?

5  A   Yes.

6  Q   All right. I apologize for getting Captain

7  Crosby wrong. But you understand Detective Sollenberger

8  has since this time been dismissed from the employ of the

9  Montgomery County Sheriff; correct?

10     MR. PREGON: Objection.

11     Go ahead.

12  A   Yes.

13  BY MR. DICELLO:

14  Q   And what's your understanding as to why he was

15  terminated?

16     MR. PREGON: I'll object.

17     Again, Nick, if you give me a continuing, I

18  won't keep interrupting.

19     MR. DICELLO: Sure. Continuing objection

20  noted.

21     MR. PREGON: Go ahead.

22  A   It was a policy violation.

23  BY MR. DICELLO:

24  Q   What policy?

1    A   I don't know.

2        Q   Do you understand that Detective Sollenberger

3    was engaged in numerous racist texts by and between folks

4    employed by the Montgomery County Sheriff?

5        A   I understand that there was something involved,

6    but I don't know the entire circumstances, because it was

7    none of my business.

8        Q   Why wasn't it any of your business?

9        A   Because it was -- it's an issue that did not

10   involve me personally or directly or affect my position

11   directly.  So I wasn't involved.

12       Q   The reason I'm asking you this question is

13   because you're a detective that goes about investigating

14   different kinds of situations, including the death of

15   somebody who is under the care, custody, and control of

16   the Montgomery County Sheriff's Office.  But -- And you

17   understand Mr. Richardson was black; yes?

18       A   Yes, sir.

19       Q   And Detective Sollenberger is white; yes?

20       A   Yes.

21       Q   Based on what you know about Detective

22   Sollenberger's basis for termination, would you as a

23   detective who is investigating these things have

24   confidence in Detective Sollenberger's investigations into

Page  22

1    the death of a black man?

2        MR. PREGON:  Objection.

3        Go ahead.

4        A   I -- I don't know enough about Detective

5    Sollenberger, I know enough about his cases or previous

6    cases that he's a detect -- or that he's investigated, so

7    I would like to try to keep an open mind about his

8    investigative skills.

9    BY MR. DICELLO:

10       Q   So do you have confidence in his ability to be

11   unbiased when investigating the death of a black man, or

12   no --

13       MR. PREGON:  Objection.

14   BY MR. DICELLO:

15       Q   -- based on what you know about the reasons for

16   his termination?

17       MR. PREGON:  Objection.

18       Go ahead.

19       A   I would like to think so, yes.

20   BY MR. DICELLO:

21       Q   Why do you think that he could be trusted to

22   investigate without bias the death of a black man based on

23   the texts that I'm sure you've heard about?

24       MR. PREGON:  Just so I'm clear, Nick, I mean,

Page  23

1    the continuing objection I lodged before would encompass

2    the racism questions that you're going to be asking about.

3        MR. DICELLO:  I agree.

4        MR. PREGON:  Okay.

5        MR. DICELLO:  Understood.  And to the extent

6    they're based on relevance, you know, those are preserved,

7    anyway.

8        MR. PREGON:  Go ahead.

9        A   I would think that you may have a personal

10   opinion about a certain person, their background, their

11   race.  And whether you keep that personal, you keep it

12   personal, and if it doesn't affect your job, I think you

13   can still manage to do your job professionally and fairly.

14   BY MR. DICELLO:

15       Q   Should members of this community even have to

16   ask that question about a detective within the Montgomery

17   County Sheriff's Office?

18       A   Should they have to ask?  Is that what you

19   said?

20       Q   Yeah.  Should they have the concern that you

21   have now?  I think what you're telling me is I would like

22   to think that Detective Sollenberger isn't racist even

23   though he's uttered numerous racist remarks by and amongst

24   other fellow officers at Montgomery County.  Do you think

Page  24

1    the public should have to question him?

2        A   Well, I think the public has a right to ask.

3    We work for the public.  And they have a right to, if they

4    hear something, they have a right to ask about it.

5        Q   I guess what I'm getting at, don't you think

6    the people in this community are entitled to have

7    detectives investigating the death of another member of

8    their community, don't you think they're entitled to have

9    those investigations done by people who aren't racist

10   against black people?

11       MR. PREGON:  Objection.

12       Go ahead.

13       A   I think they deserve a fair investigation

14   regardless, yes, sir.

15   BY MR. DICELLO:

16       Q   Based on what you know about Detective

17   Sollenberger, he had no business investigating this death,

18   did he?

19       A   I don't know.  I don't have an answer for that.

20       Q   Why not?

21       A   He was in a position to investigate it and that

22   was his position.  I had nothing to do with -- Whatever

23   happened outside of work, I'm not -- I wasn't friends with

24   Detective Sollenberger, I didn't work much with Detective

Page  25

7 (Pages  22 to 25)

1 Sollenberger, around him very often, so I don't have an
2 answer for that.
3     Q   It looks to me that Detective Clymer was the
4 lead detective on this investigation?
5     A   That is correct, sir.
6     Q   And that you would assist him with interviews?
7     A   Yes, sir.
8     Q   Did you do anything other than just assist by
9 taking interviews?
10     A   No, sir.
11     Q   How many people did you interview?
12     A   Probably ten to 12 roughly.
13     Q   And when did you conduct those interviews?
14     A   That night.
15     Q   How long did it take you to conduct those ten
16 to 12 interviews that you did?
17     A   Once I began starting, probably less than a
18 half an hour.
19     Q   So about two to three minutes each?
20     A   Give or take a few, yes.
21     Q   Did you record any of these interviews?
22     A   No, sir.
23     Q   You understood you were interviewing people who
24 potentially witnessed the death of a 28-year-old man;

Page 26

1 correct?
2     A   I didn't realize until I got there.
3     Q   But once you started taking the interviews, you
4 understood that you were interviewing people who
5 potentially witnessed the death of a 28-year-old inmate;
6 correct?
7     A   Yes, sir.
8     Q   You knew that the deceased was in the care,
9 custody, and control of your fellow officers; correct?
10     A   Yes.
11     Q   At the time he died; yes?
12     A   Yes.
13     Q   Did you think it was important to record the
14 interviews of the individuals you were interviewing given
15 this was a death investigation?
16     A   I didn't have a recorder.
17     Q   Why not?
18     A   I don't always carry one.
19     Q   I understand that at this point you've told us
20 you didn't work much in the jail, but why wouldn't you
21 bring a recorder with you to interview witnesses to a
22 potential homicide?
23     A   I just didn't have one.
24     Q   Did you say to anybody, "I need to get a

Page 27

1 recorder to record these interviews with these people"?
2     A   No, sir.
3     Q   Did you take notes of what they were saying?
4     A   I would have, yes.
5     Q   Where are those notes?
6     A   Probably in the trash.
7     Q   They were discarded?
8     A   They would have been discarded, yes.
9     Q   Why?
10     A   Because I would have transcribed my report from
11 my notes.
12     Q   Is that how you're trained to do it?
13     A   That's what I do a lot, yes.
14     Q   Okay.
15     A   Try to take a lot of notes.
16     Q   But my question is:  Is that how you're trained
17 to do it at the Montgomery County Sheriff's Office, that
18 when you take notes of an interview of a witness to a
19 potential homicide that you can later throw those notes
20 away?
21     A   If they're not -- If it's not necessarily
22 relevant or I have everything in my report that is from my
23 notes, then yes, I can get rid of those notes.
24     Q   And I'm not trying to be disrespectful here,

Page 28

1 Detective.  You understand I represent the interests of
2 the person who died.  And what the witnesses that
3 witnessed this death have to say is important.  Do you
4 agree with that?
5     A   Yes, sir.
6     Q   And do you think in trying to conduct an
7 independent and unbiased investigation it would be better
8 to have the actual statements from the witnesses as
9 opposed to your statements of what that person said in the
10 report?
11     A   If there's any statements, meaning if you're
12 strictly referring to verbal, I would have written down
13 what they told me verbally, and I would have put in my
14 report exactly what they would have told me.
15     Q   Okay.
16     A   I would not have went off from that, put in
17 more than what they told me or less than what they told
18 me.  If they had written anything down, I was never given
19 any written statements.
20     Q   Okay.  That brings up a good point.  Did you
21 review any photographs or did you review the scene?  Did
22 you see the body or anything before you embarked on these
23 interviews?
24     A   I was in the jail, and this was after

Page 29

**Page 30**

1  Mr. Richardson had already been removed. Other than that,
2  I did not see any pictures, videos, or anything like that.
3     Q  Did somebody kind of debrief you on what the
4  situation was when you arrived?
5     A  They would have, yes.
6     Q  Do you remember who that was?
7     A  No.
8     Q  Do you remember what that person or those
9  people told you about what happened?
10    A  Just that -- Just what I was told when I went
11  up, that Mr. Richardson had been pronounced. I got there,
12  and they would have told me that there was an incident
13  that, I think it was up on the second floor, and just
14  start talking to -- to get the witnesses, get their
15  version of what they saw happen.
16    Q  The people that were interviewed are in a
17  certain order in your report. Is that the order that you
18  interviewed them in?
19    A  It would have been, yes.
20    Q  So the first person you interviewed was Medic
21  Stockhauser?
22    A  Yes, sir.
23    Q  And then the next person you met with was
24  Krisandra Miles?

**Page 31**

1     A  Yes.
2     Q  And then just bear with me here. The next
3  person you would have met with was Kristy Kruse?
4     A  Yes.
5     Q  And then Felicia Foster?
6     A  Yes.
7     Q  And then it looks like those are all medical
8  people; correct?
9     A  Yes.
10    Q  And so then after you interviewed the medical
11  people, then you interviewed the inmates on D Pod; is that
12  right?
13    A  Yes.
14    Q  When you interviewed the inmates, did you
15  interview them in their cells or were they brought to you
16  to interview somewhere else?
17    A  We ended up at a table, an open table in the
18  pod. So we were not in the cell.
19    Q  Was there anyone else present when you
20  interviewed the medical people?
21    A  Like sitting with us?
22    Q  Yeah.
23    A  No.
24    Q  Were these one-on-one interviews or were you

**Page 32**

1  interviewing them as a group?
2     A  It was one-on-one.
3     Q  Is that the same with the inmates, were they
4  one-on-one interviews?
5     A  Yes.
6     Q  This narrative -- Let me ask you. Did you type
7  this narrative into a computer somewhere?
8     A  Yes.
9     Q  Where is that computer?
10    A  Oh, I don't know.
11    Q  Did you type this up in the jail or did you
12  type it up somewhere else?
13    A  At the time it was probably when I was assigned
14  to Jefferson Township.
15    Q  So you would have gone back and typed in --
16  from your notes, you would have typed into your computer
17  at your desk or something at Jefferson Township?
18    A  Yes, sir.
19    Q  Do you know the date on which you typed this
20  narrative up?
21    A  It looks like I reported it on July 9th of
22  2012.
23    Q  So you typed this up about a month and a half
24  after you took the interviews?

**Page 33**

1     A  That's probably -- That probably is accurate,
2  yes.
3     Q  Any reason that it took six some weeks plus to
4  type up this narrative report?
5     A  Probably because I was -- Being the only
6  detective assigned to Jefferson Township at the time, I
7  was inundated with cases coming in. Other than that, I
8  don't have an answer for that one.
9     Q  Did you speak with anybody regarding this
10  investigation between the time you concluded your
11  interviews on May 19th, 2012 and July 9th, 2012?
12    A  Regarding this incident?
13    Q  Yes.
14    A  It's possible, yes.
15    Q  Did you interview anyone else between May 19th,
16  2012 and July 9th, 2012?
17    A  No.
18    Q  Did you take any other formal action in
19  connection with this investigation that would be
20  documented anywhere in between those two dates?
21    A  No, sir.
22    Q  So who did you submit this narrative to once
23  you completed it?
24    A  What I can say, I am pretty sure what I did

**Page 34**

1  with this is, something that I'll do, I'll type my stuff
2  on a Word document, so I would have just trans -- you
3  know, put it on a Word document, copied it, and then
4  submitted it.  And then I would have let whoever the
5  supervisor was at the time, let them know, "Hey, I
6  submitted this, the supplement for this case."  So --
7      Q    Would that have been Sergeant Stevens that you
8  notified that?
9      A    I don't know which supervisor at the time.  I
10  would like to think her, but I don't want to say yes or
11  no.
12     Q    Did anybody from Internal Affairs ever come and
13  ask you for this report?
14     A    No, sir.
15     Q    Did anyone from Internal Affairs ever come
16  interview you?
17     A    No, sir.
18     Q    Were you asked to come to any conclusions as a
19  result of your investigation?
20     A    No, sir.
21     Q    And other than taking these interviews and
22  submitting this narrative, were you asked to do anything
23  else?
24     A    No, sir.

**Page 35**

1      Q    Once you submitted this narrative, was that the
2  end of your involvement in this investigation?
3      A    Until this came up, I never heard anything else
4  about it.
5      Q    All right.  No one ever notified you what the
6  result of the investigation was?
7      A    I don't believe I ever spoke with anyone, no,
8  sir.
9      Q    Do you know what was being investigated?
10     A    What do you mean?  Say it again.
11     Q    In other words, my understanding of an
12  investigation is you're trying to answer certain questions
13  and come up with conclusions; correct?
14     A    Yes.
15     Q    Do you know what answers were being sought or
16  what conclusions were trying to be arrived at as a result
17  of this investigation?
18     A    It would be whether it was -- how did he die,
19  you know, what was the cause of his death.
20     Q    That's your understanding what the purpose of
21  the investigation was; correct?
22     A    Yes, sir.
23     Q    Any other purposes of this investigation that
24  you understood?

**Page 36**

1      A    As far as like, I mean, if there would be a
2  policy violation?
3      Q    That's what I'm asking.  I'm just asking if you
4  understood what the purpose of it was.
5      A    Right.  What was the cause of his death, was it
6  a criminal act or was it a natural cause or, you know,
7  that kind of thing.  So --
8      Q    Did you ever learn any of those answers,
9  whether this was a natural death or an unnatural death?
10     A    I don't remember ever speaking with anyone else
11  after, no, sir.
12     Q    To this day, do you know whether
13  Mr. Richardson's death was ruled natural?
14     A    I -- I don't even know if I heard for sure, but
15  I don't believe there was anything criminal, no.  I never
16  heard anything about a criminal.
17     Q    My question -- I appreciate your answer.  I'm
18  not saying you're not being responsive, Detective.  But my
19  question is specifically with respect to the cause of the
20  death.  Were you ever informed whether it was natural or
21  unnatural?
22     A    I was not told directly, no, sir.
23     Q    Do you know what it was?
24     A    I believe I heard it was some sort of a medical

**Page 37**

1  cause, but I don't know why.
2      Q    So in your mind, is that natural or unnatural?
3      A    I don't know.
4      Q    You don't know?  Okay.  That's all right.  It's
5  just some folks that are in law enforcement, they're very
6  familiar with those definitions on a coroner's report, and
7  some aren't.  So I just asked if you thought in your own
8  mind if this was a natural death or unnatural death, and I
9  think your answer is you don't know?
10     A    I don't know.
11     Q    Okay.  Looking at your report, just based on
12  some of the interviews you conducted, the medic indicated
13  to you -- the first person you interviewed indicated that
14  Mr. Richardson was acting like he was coming out of a
15  seizure.  Is that what you determined based on your
16  interviews?
17     A    Yes.  That's what I was told, yes, sir.
18     Q    And Ms. Miles told you that when she got there
19  Mr. Richardson was laying on his stomach; correct?
20     A    Yes, and I believe his side was up.
21     Q    Well, that's not what Ms. Miles said, is it?
22     A    If I may refer?
23     Q    Yeah, go right ahead.
24     A    Okay.

1        (Reviewing document.)

2        I apologize. No, it was not her that said

3    that.

4        Q    Ms. Miles said when she observed Mr. Richardson

5    he was lying on his stomach; correct?

6        MR. PREGON: Objection.

7    BY MR. DICELLO:

8        Q    You can answer.

9        MR. PREGON: Yeah.

10   BY MR. DICELLO:

11       Q    Jamey does that sometimes.

12       MR. PREGON: Unless I tell you not to answer,

13   go ahead and answer.

14       A    Yes. Yes, he was.

15   BY MR. DICELLO:

16       Q    Ms. Miles reported to you that Mr. Richardson

17   was yelling; correct?

18       A    Yes.

19       Q    You met with Nurse Felicia Foster; correct?

20       A    Yes, sir.

21       Q    And she told you that she was aware that

22   Mr. Richardson had a history of hypertension; correct?

23       A    Yes, sir.

24       Q    That was as of May 19th, 2012; correct?

Page 38

---

1        Q    Did you ever review any video footage of the

2    incident prior to the lawsuit being filed?

3        A    No, sir.

4        Q    Were you informed that there was video footage

5    of the incident?

6        A    I was aware that there was some, yes.

7        Q    Did you coordinate your investigation with

8    Detective Clymer in any way?

9        A    Other than doing my supplement and letting him

10   know that my supplement was completed, no, sir.

11       Q    Did Detective Clymer ever inform you as to the

12   status of what he was doing in the investigation?

13       A    I don't believe so.

14       Q    Now, the end of your report says "status

15   pending." While I have you here, why don't you tell me,

16   what does that mean?

17       A    That would be that there was no conclusion, no

18   closing of the case at the time.

19       Q    And what was your understanding as to once the

20   -- the narrative, as I understand it, is part of an

21   incident report; is that your understanding?

22       A    Yes.

23       Q    So what was your understanding of what was

24   going to happen once the incident report was complete?

Page 40

---

1        A    Yes, sir.

2        Q    The first inmate you interviewed was Carl

3    McClure; correct?

4        A    Yes, sir.

5        Q    And he said he could hear Mr. Richardson

6    yelling to get off of him; right?

7        A    Yes, sir.

8        Q    Other inmates informed you during your

9    interviews that they could hear Mr. Richardson yelling to

10   get off of him and to let him go; correct?

11       A    Yes.

12       Q    For example, Inmate James Branham told you that

13   Mr. Richardson was yelling to let him up; correct?

14       A    Yes.

15       Q    And Inmate Keefer said Mr. Richardson was

16   yelling to get off of him; correct?

17       A    Yes, sir.

18       Q    And Inmate Layman and Inmate Wayne told you on

19   May 19th, 2012 that Mr. Richardson was yelling he couldn't

20   breathe and he was asking for help; correct?

21       A    Yes.

22       Q    Mr. Ethan Frye told you that he saw the COs

23   laughing during the incident; correct?

24       A    Yes, sir.

Page 39

---

1        A    From everyone or --

2        Q    Yeah.

3        A    Okay. Ask me one more time.

4        Q    Yeah. And you help me out through this, okay,

5    because I've had the chance to depose a lot of folks and

6    have learned a lot about how things work in the jail. I

7    haven't heard from too many people explain how the

8    investigation moves forward. So I'm interested in knowing

9    what paperwork or documentation constitutes the

10   investigation when it's concluded. Do you know?

11       A    It would be any of the reports.

12       Q    Okay.

13       A    We would attach any of the jail reports, any

14   medical documentation would have been obtained at the

15   time, any sort of recordings, audio or video recordings.

16       Q    And once all that information is gathered,

17   what's your understanding of who reviews it or what

18   happens to it?

19       A    Well, the case detective -- I mean, once

20   everything would be together, we could -- we would review

21   it with our sergeant and let them know what, you know, the

22   conclusion was, and if any need to have a prosecutor's

23   office review it to make sure, if we believe that there

24   was going to be any criminal activity, let them review it

Page 41

Page 42

1  as well.
2      Q   Do you know if this investigation was ever sent
3  to any prosecutors for review?
4      A   I wasn't aware if it was or not.
5      Q   What would your expectation be, based on your
6  understanding of the circumstances and interviewing the
7  people that you did, as to whether or not this kind of
8  investigation would go to a prosecutor or not?
9      A   I mean, if I felt that it needed to be reviewed
10  to make sure, then I would -- I would ask for it to be.
11  But I wouldn't make that ultimate decision.
12      Q   So back to the first page of your narrative.
13  There's an administrative information box there. I want
14  you to maybe help me out if you can. About the location,
15  330 West Second Street, is that where the jail is?
16      A   Yes, sir.
17      Q   And it says at the very top, it's in the box,
18  too, it says "nature of call," it says, "information
19  report only." What does that mean?
20      A   That would be the -- what the call type was
21  going to be at the time.
22      Q   So what does "information report only" mean?
23      A   That that's all, it's just information at the
24  moment, it hasn't been classified any specific -- any

Page 43

1  specific thing.
2      Q   It says approval date was the next day. The
3  report date was July 9th, 2012, and then there's an
4  approval date at 8:46 in the morning of July 10th. What
5  does that mean?
6      A   That would have been when a supervisor reviewed
7  it and approved it.
8      Q   Do you know who the approving officer was? It
9  says officer 138. Do you know who that is?
10      A   I don't know who that is specifically.
11      Q   Okay. We can probably figure that out at some
12  point.
13          What do you understand that that officer was
14  approving?
15      A   Typographical errors, possibly, any inaccuracy,
16  any questions they would call me to clarify something, if
17  anything needed to be fixed.
18      Q   What about what's "RMS transfer"? Do you know
19  what that means?
20      A   That's -- That's whenever, if I'm typing up my
21  report and I -- there's a tab that we click to get it like
22  -- it's in the system, but to where I believe where they
23  notify to where the supervisor can pull it up and read it.
24      Q   What about "prop trans stat"? Do you see that?

Page 44

1      A   Where is that?
2      Q   Right next to "RMS transfer," there's a box
3  that says -- I'm guessing that's property transfer status.
4  But it says "prop trans stat successful." Do you know
5  what that means?
6      A   That's possible, but I don't know what that is.
7      Q   When you were investigating this death, were
8  you investigating whether or not Mr. Richardson died as a
9  result of positional asphyxiation? Did anybody mention
10  that to you in any way?
11      A   No, sir.
12      Q   Are you familiar with what positional
13  asphyxiation is?
14      A   A little, yes.
15      Q   You say "a little." So I've got to follow up.
16  What do you understand positional asphyxiation to be?
17      A   That if someone is in a position where they are
18  face forward and they are just unable to breathe, someone
19  is, I don't want to say narrowly on top of them, but
20  their breathing is restricted while they're in that
21  position, and they can't get to a position where they can
22  breathe.
23      Q   Have you spoken with anybody about this death
24  since completing your report? And I'm not talking about

Page 45

1  lawyers.
2      A   Oh, no, sir.
3      Q   This is more out of curiosity than anything,
4  Detective. But were you interested in what the results
5  were of this investigation that you participated in?
6      A   Probably not necessarily.
7      Q   Why not?
8      A   I -- I just -- I did what I was asked to do at
9  the time, and I went on to all my other cases at the time.
10      Q   Did you know how old Mr. Richardson was when he
11  died?
12      A   I don't think I did at the time, no, sir.
13      Q   Those are all the questions I have for you.
14  Thank you very much for coming down.
15          MR. PREGON:  We'll read.
16                  - - -
17          (Signature not waived.)
18                  - - -
19          And, thereupon, the deposition was concluded at
20  2:00 p.m.
21                  - - -
22
23
24

```
 1                    December 4, 2015
 2   Dear Mr. Conley,
 3       You have chosen to read and sign your transcript.
     Please do not mark on the transcript.  Any
 4   corrections/changes you may desire to make in your
     testimony should be typewritten or printed on the errata
 5   sheet at the end of testimony, giving the page number,
     line number and desired correction/change.  After you have
 6   read the transcript, sign your name on the correction
     sheet and where indicated at the close of testimony before
 7   a notary public.
 8       The Rules of Civil Procedure allow thirty days for
     you to read and sign.  Please return the signature page
 9   and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
     Dublin, Ohio 43017 within that time.  Failure to do so in
10   the allotted time will result in your transcript being
     used as though read and signed by you.
11
12                    Sincerely,

                      _____
13                    Whitney Layne
                      Professional Reporter
14
     Cc:
15   Nick DiCello
     Carrie Starts
16   Jamey Pregon
17
18
19
20
21
22
23
24
                                     Page  46
```

```
 1   State of _____

 2   County of _____

 3       I, BRIAN CONLEY, do hereby certify that I have

 4   read the foregoing transcript of my deposition given on

 5   November 18, 2015: that together with the correction page

 6   attached hereto noting changes in form or substance, if

 7   any, it is true and correct.

 8                    _____

 9              BRIAN CONLEY

10       I do hereby certify that the foregoing transcript

11   of the deposition of BRIAN CONLEY was submitted to the

12   witness for reading and signing: that after he had stated

13   to the undersigned Notary Public that he had read and

14   examined his deposition, he signed the same in my presence

15   on the _____ day of _____, 2015.

16                    _____

17              Notary Public

18   My Commission Expires on _____

19              - - -

20

21

22

23

24
                                     Page  47
```

13  (Pages  46  to  47)

Page 47

1    State of _OHIO_

2    County of _MONTGOMERY_

3         I, BRIAN CONLEY, do hereby certify that I have

4    read the foregoing transcript of my deposition given on

5    November 18, 2015; that together with the correction page

6    attached hereto noting changes in form or substance, if

7    any, it is true and correct.

8                              _____

9                              BRIAN CONLEY

10        I do hereby certify that the foregoing transcript

11   of the deposition of BRIAN CONLEY was submitted to the

12   witness for reading and signing; that after he had stated

13   to the undersigned Notary Public that he had read and

14   examined his deposition, he signed the same in my presence

15   on the _11_ day of _December_, 2015.

16                              _____

17                              Notary Public

18   My Commission Expires on _Sept. 2, 2019_

19                              - - -

20

21

22

23

24

1    TO THE   REPORTER:

2    I have read the entire transcript of my deposition taken

3    on the _18_ day of _NOV_ , 20_15_, or the same has been

4    read to me.  I request that the following changes be

5    entered upon the record for the reasons indicated.

6

7    Page    Line    Correction and reason therefore

8    26   1   I believe I said the word "not"

9    before Around him very often.

10

11

12   29   16   "OR" between that, Put

13   in more...

14

15

16

17

18

19

20

21

22

23   Date _12-11-15_ Signature _[signature]_

24

Page 48

1                          CERTIFICATE

2    State of Ohio       :

3    County of Franklin:

4

5        I, Whitney Layne, Notary Public in and for the

6    State of Ohio, duly commissioned and qualified, certify

7    that the within named BRIAN CONLEY was by me duly sworn to

8    testify to the whole truth in the cause aforesaid; that

9    the testimony was taken down by me in stenotype in the

10   presence of said witness; afterwards transcribed upon a

11   computer; that the foregoing is a true and correct

12   transcript of the testimony given by said witness taken at

13   the time and place in the foregoing caption specified.

14

15       IN WITNESS WHEREOF, I have set my hand and

16   affixed my seal of office at Dublin, Ohio, on this 4th day

17   of Decemer, 2015.

18                    _____

19                    Whitney Layne, Notary Public

20                    In and for the State of Ohio

21   My Commission expires May 4, 2020

22

23

24

**A**

ability 23:10
accuracy 7:13
accurate 33:1
act 36:6
acting 37:14
action 33:18
activity 41:24
actual 29:8
administrative
42:13
Administrator 1:4
advance 12:12
advised 17:6
Affairs 19:13 21:2
34:12,15
affect 22:10 24:12
affixed 49:16
aforesaid 49:8
afternoon 5:6 17:8
agree 24:3 29:4
ahead 6:14 20:11
21:11,21 23:3,18
24:8 25:12 37:23
38:13
AHEARN 2:18
al 1:9
allotted 46:10
allow 46:8
Andrew 1:5
answer 6:4,8,16 7:6
7:9 13:17,19,22
20:11 25:19 26:2
33:8 35:12 36:17
37:9 38:8,12,13
answered 15:5
answers 5:24 7:13
35:15 36:8
anybody 14:21
27:24 33:9 34:12
44:9,23
anyway 24:7
apologize 21:6 38:2
APPEARANCES
2:1
applicable 1:15 3:6
appreciate 36:17
approval 43:2,4
approved 43:7
approving 43:8,14
Approximately 8:3
9:3,12
arrival 17:11
arrived 17:3 19:15
30:4 35:16
asked 6:8 7:7,9 16:5
16:7 34:18,22
37:7 45:8
asking 15:6,9 22:12
24:2 36:3,3 39:20

**B**

asphyxiation 44:9
44:13,16
assigned 10:14 11:6
14:12,16 18:17
19:18 32:13 33:6
assignment 10:16
14:5 15:11,12
assignments 11:17
15:10,16
assist 14:16 15:24
16:5,7 26:6,8
assistance 14:21
ASSISTANT 2:18
ASSOCIATES 1:21
assume 6:9 15:6
attach 41:13
attached 47:6
ATTORNEY 2:18
audio 41:15
auxiliary 9:18
Avenue 1:16 2:3,7
aware 16:3 38:21
40:6 42:4

**B**

back 7:19 8:12
32:15 42:12
background 24:10
band 10:1
bars 18:1
based 12:4 15:5,9
19:17 22:21 23:15
23:22 24:6 25:16
37:11,15 42:5
basically 10:18 11:7
basis 22:22
Beach 18:4
bear 31:2
becoming 8:4 9:7
began 26:17
behalf 2:5,9,13,20
believe 8:11 9:22
12:2,23 14:24
15:2 16:12 17:20
18:18 19:12 20:14
35:7 36:15,24
37:20 40:13 41:23
43:22
best 13:20
better 29:7
Beyoglides 1:4
bias 23:22
bit 10:8 17:14
black 22:17 23:1,11
23:22 25:10
body 29:22
Boehringer 2:14
box 42:13,17 44:2
Branham 39:12
break 6:11,14,16
breathe 39:20 44:18

**C**

44:22
breathing 44:20
Brenda 2:11
Brian 1:14 3:5 4:2
5:1,9 47:3,9,11
49:7
briefly 5:15
bring 27:21
brings 29:20
brought 31:15
business 22:7,8
25:17

**C**

C-O-N-L-E-Y 5:11
call 42:18,20 43:16
called 1:14 3:5 13:4
14:15 18:24
captain 17:12,17,18
17:20,21 18:2,11
19:9,12,20,23
20:3,8,15 21:6
caption 49:13
care 25:5 27:8
careful 5:22
Carl 39:2
Carrie 2:11 46:15
carry 27:18
case 1:7 7:14,16
17:15 34:6 40:18
41:19
cases 23:5,6 33:7
45:9
cause 35:19 36:5,6
36:19 37:1 49:8
Cc 46:14
cell 31:11
cells 31:15
certain 13:23 24:10
30:17 35:12
CERTIFICATE
49:1
certified 5:3 9:20
certify 47:3,10 49:6
chain 19:22
chance 10:9,10 41:5
changes 47:6 48:4
character 3:8
charge 19:19
chosen 14:13 46:3
chronological 9:5
Cincinnati 2:13
circumstances
16:10,20 22:6
42:6
City 8:22
Civil 1:15 3:6 46:8
clarify 43:16
classified 42:24
Clay 9:19
clear 23:24

**D**

Cleveland 2:4
click 43:21
close 10:17 15:8
46:6
closing 40:18
Clymer 15:24 26:3
40:8,11
come 10:22,23 11:1
14:13 34:12,15,18
35:13
coming 33:7 37:14
45:14
command 19:22,24
commission 16:2,11
47:18 49:21
commissioned 49:6
committed 16:16
community 24:15
25:6,8
complete 40:24
completed 33:23
40:10
completing 44:24
computer 32:7,9,16
49:11
concern 24:20
concluded 33:10
41:10 45:19
conclusion 40:17
41:22
conclusions 34:18
35:13,16
conduct 26:13,15
29:6
conducted 37:12
confidence 22:24
23:10
Conley 1:14 3:5 4:2
5:1,9,10,12 46:2
47:3,9,11 49:7
connection 7:13,17
21:2 33:19
consider 16:23
consistent 12:9
constitutes 41:9
contact 13:2
continuing 21:17,19
24:1
control 18:11 22:15
27:9
convicted 10:21
Cooperston 1:21
46:9
coordinate 40:7
copied 34:3
coroner's 37:6
correct 12:6 14:5
16:16,17 17:12
18:5 19:4,7,8 20:4
21:9 26:5 27:1,6,9
31:8 35:13,21

**D**

37:19 38:5,17,19
38:22,24 39:3,10
39:13,16,20,23
47:7 49:11
correction 46:6
47:5 48:7
correction/change
46:5
Corrections 18:3
corrections/chang...
46:4
correctly 14:18
COs 39:22
counsel 3:4
county 1:8 2:21 8:2
8:10,17 10:23,23
12:5,21 13:8,13
14:1,7,11,13
15:19 19:4 21:9
22:4,16 24:17,24
28:17 47:2 49:3
court 1:1 5:7,21
6:21 7:1
crime 13:24 15:21
16:2,11,12,13,16
16:24
crimes 11:7,9 13:13
15:13
criminal 36:6,15,16
41:24
Crosby 17:12,16
18:2,12 19:9,12
19:20,23 20:3,8
20:15 21:7
CROSS-EXAMI...
5:4
curiosity 45:3
currently 10:20
custody 22:15 27:9

**D**

D 31:11
date 32:19 43:2,3,4
48:23
dates 33:20
day 12:10 14:14
36:12 43:2 47:15
48:3 49:16
days 46:8
Dayton 1:16 2:8,20
8:22,24 9:2,7
Dear 46:2
death 7:18 14:22
15:1 16:14,19
22:14 23:1,11,22
25:7,17 26:24
27:5,15 29:3
35:19 36:5,9,9,13
36:20 37:8,8 44:7
44:23
deaths 15:7,17 16:6

16:7
**debrief** 30:3
**deceased** 1:5 15:23
27:8
**decedent** 16:20
**December** 46:1
**Decemer** 49:17
**decision** 42:11
**Defendant** 1:14
2:20 3:5
**Defendants** 1:9 2:9
2:13
**definitely** 12:3
**definitions** 37:6
**Delta** 17:8,11 18:4,7
**demeanor** 15:5
**Department** 8:23
9:19
**depose** 41:5
**deposed** 5:18
**deposes** 5:3
**deposition** 1:14 3:5
3:6 5:16 7:6,17
11:21 12:12 45:19
47:4,11,14 48:2
**deputy** 8:6,14
**described** 11:4
**deserve** 25:13
**desire** 46:4
**desired** 46:5
**desk** 32:17
**detect** 23:6
**detective** 5:12,14
8:1,4 10:9,11 11:5
11:14,16,18 14:19
15:24 16:23 18:3
18:12 19:9,13
20:3,8,14,17,21
21:1,7 22:2,13,19
22:21,23,24 23:4
24:16,22 25:16,24
25:24 26:3,4 29:1
33:6 36:18 40:8
40:11 41:19 45:4
**detectives** 25:7
**determined** 12:8
37:15
**DiCello** 2:2 4:4 5:5
5:14 20:7,10
21:13,19,23 23:9
23:14,20 24:3,5
24:14 25:15 38:7
38:10,15 46:15
**die** 35:18
**died** 16:4 27:11
29:2 44:8 45:11
**different** 22:14
**Dinkler** 1:16 2:7
**direct** 18:24
**directly** 18:23 19:16
22:10,11 36:22

**discarded** 28:7,8
**dismissed** 21:8
**disrespectful** 28:24
**distant** 9:13
**DISTRICT** 1:1,1
**Division** 1:2 19:3,7
19:10
**document** 34:2,3
38:1
**documentation**
17:15 41:9,14
**documented** 33:20
**documents** 12:4,12
**doing** 8:20 9:8 11:4
11:5 40:9,12
**Drive** 1:21 46:9
**Dublin** 1:22 46:9
49:16
**duly** 5:2 49:6,7
**duties** 20:22

---

**E**

**earlier** 7:7
**either** 15:15
**Ellis** 2:15
**embarked** 29:22
**employ** 21:8
**employed** 8:9 20:15
22:4
**employment** 9:8,16
9:23
**encompass** 24:1
**ended** 31:17
**enforcement** 9:24
10:6 37:5
**engaged** 22:3
**entered** 48:5
**entering** 10:6
**entire** 22:6 48:2
**entitled** 25:6,8
**errata** 46:4,9
**errors** 43:15
**escort** 18:7
**ESQUIRE** 2:2,6,11
2:17,18
**estate** 1:5 7:22
**et** 1:9
**Ethan** 39:22
**exactly** 13:17 29:14
**EXAMINATION**
4:1
**examined** 47:14
**example** 39:12
**expect** 19:23
**expectation** 42:5
**experience** 9:23
**expires** 47:18 49:21
**explain** 10:8,11
41:7
**explained** 15:11,12
**extent** 24:5

**eye** 12:13

---

**F**

**face** 44:18
**fact** 11:23
**Failure** 46:9
**fair** 6:9 14:1,2 15:17
15:18 18:10 25:13
**fairly** 24:13
**familiar** 18:9 37:6
44:12
**family** 7:22
**far** 1:16 2:7 36:1
**farmed** 14:20
**Felicia** 2:14 31:5
38:19
**fellow** 24:24 27:9
**felt** 42:9
**figure** 43:11
**figured** 7:21
**filed** 7:18 40:2
**fired** 20:4,14
**firm** 1:16
**first** 5:2 10:9 30:20
37:13 39:2 42:12
**five** 11:14 15:7,8
**fixed** 43:17
**floor** 2:19 30:13
**floors** 18:9
**folks** 18:4 22:3 37:5
41:5
**follow** 10:24 17:14
44:15
**following** 48:4
**follows** 5:3
**footage** 40:1,4
**foregoing** 47:4,10
49:11,13
**form** 47:6
**formal** 33:18
**forward** 41:8 44:18
**Foster** 2:14 31:5
38:19
**four** 8:3
**Franklin** 49:3
**frankly** 12:3
**friends** 25:23
**front** 7:1
**Frye** 39:22
**full** 9:9,9

---

**G**

**G** 1:4
**Garrett** 2:15
**gathered** 41:16
**getting** 9:13 10:4
21:6 25:5
**give** 21:17 26:20
**given** 7:7,9,13 16:20
27:14 29:18 47:4
49:12

**giving** 46:5
**go** 5:20 6:12 20:11
21:11,21 23:3,18
24:8 25:12 37:23
38:13 39:10 42:8
**goes** 22:13
**going** 6:8 7:12 9:4
10:22 15:6 24:2
40:24 41:24 42:21
**good** 5:6 9:10 10:4
29:20
**group** 32:1
**guess** 18:23 25:5
**guessing** 44:3

---

**H**

**half** 9:3 10:17,18
11:5,12 14:18
26:18 32:23
**hand** 49:15
**handled** 11:7
**happen** 30:15 40:24
**happened** 17:9
25:23 30:9
**happens** 7:8 41:18
**hard** 6:13
**Harry** 1:4
**hear** 25:4 39:5,9
**heard** 23:23 35:3
36:14,16,24 41:7
**help** 39:20 41:4
42:14
**hereinafter** 5:2
**hereto** 47:6
**Hey** 34:5
**high** 17:21
**higher** 17:22
**highest** 19:24
**Hills** 1:16 2:7
**hired** 8:14
**history** 38:22
**homicide** 27:22
28:19
**hospital** 9:10,17
**hour** 26:18
**hours** 17:4
**huh-uhs** 6:2
**hypertension** 38:22

---

**I**

**IA** 19:15
**important** 27:13
29:3
**inaccuracy** 43:15
**incident** 13:24
30:12 33:12 39:23
40:2,5,21,24
**incidents** 13:12
**include** 15:16
**including** 22:14
**incorrect** 20:12,13

**independent** 29:7
**INDEX** 4:1
**indicated** 37:12,13
46:6 48:5
**individuals** 27:14
**inform** 40:11
**information** 41:16
42:13,18,22,23
**informed** 36:20
39:8 40:4
**inmate** 17:7 27:5
39:2,12,15,18,18
**inmates** 16:22 31:11
31:14 32:3 39:8
**inside** 16:4,15
**interested** 41:8 45:4
**interests** 29:1
**internal** 19:13
20:19 21:2 34:12
34:15
**interrupting** 21:18
**interview** 10:10
26:11 27:21 28:18
31:15,16 33:15
34:16
**interviewed** 30:16
30:18,20 31:10,11
31:14,20 37:13
39:2
**interviewing** 26:23
27:4,14 32:1 42:6
**interviews** 26:6,9
26:13,16,21 27:3
27:14 28:1 29:23
31:24 32:4,24
33:11 34:21 37:12
37:16 39:9
**introducing** 5:7
**inundated** 33:7
**investigate** 14:11
23:22 25:21
**investigated** 13:12
13:24 14:22 15:1
15:7 20:23 21:3
23:6 35:9
**investigating** 10:12
15:21 16:2,6,7,11
16:24 20:19 22:13
22:23 23:11 25:7
25:17 44:7,8
**investigation** 15:16
25:13 26:4 27:15
29:7 33:10,19
34:19 35:2,6,12
35:17,21,23 40:7
40:12 41:8,10
42:2,8 45:5
**investigations** 22:24
25:9
**investigative** 23:8
**involve** 11:9 22:10

**involved** 16:22 22:5
22:11
**involvement** 35:2
**issue** 22:9
**issues** 20:23

**J**

**jail** 8:18 12:6,14,21
13:8,13 14:1,7,11
14:13 15:20,23
16:4,8,15,20
18:17 19:3,6,10
19:18,19,24 20:18
20:23 21:4 27:20
29:24 32:11 41:6
41:13 42:15
**James** 39:12
**Jamey** 2:6 38:11
46:16
**Jefferson** 11:6,18
14:4,7,17,17,18
15:11 32:14,17
33:6
**job** 15:24 24:12,13
**jog** 7:5
**Jon** 2:14
**Jr** 1:4
**July** 32:21 33:11,16
43:3,4
**June** 8:11,12
**jury** 7:1

**K**

**Keefer** 39:15
**keep** 9:4 10:19
21:18 23:7 24:11
24:11
**keeping** 10:18
**kind** 6:24 9:13,16
10:5,12,13 11:1,2
11:5,10 14:17,18
14:19 15:14 19:22
30:3 36:7 42:7
**kinds** 22:14
**knew** 19:12 27:8
**know** 6:6 13:19,19
14:10,12,20 15:4
15:13 17:2,18,24
18:16 19:10,16
20:15 22:1,6,21
23:4,5,15 24:6
25:16,19 32:10,19
34:3,5,9 35:9,15
35:19 36:6,12,14
36:23 37:1,3,4,9
37:10 40:10 41:10
41:21,21 42:2
43:8,9,10,18 44:4
44:6 45:10
**knowing** 41:8
**knowledge** 19:2,17

**Krisandra** 2:14
30:24
**Kristy** 31:3
**Kruse** 31:3

**L**

**Lakeside** 2:3
**laughing** 39:23
**law** 1:16 9:24 10:6
37:5
**lawsuit** 7:18 40:2
**lawyer** 7:22
**lawyers** 45:1
**laying** 37:19
**Layman** 39:18
**Layne** 1:15,21 3:6
46:9,13 49:5,19
**lead** 26:4
**learn** 36:8
**learned** 41:6
**letting** 40:9
**LIBER** 2:3
**line** 46:5 48:7
**little** 10:8 17:14
44:14,15
**located** 18:9
**location** 42:14
**lodged** 24:1
**long** 6:13 8:1 9:2,11
10:16 11:11 26:15
**look** 11:21 12:10
**looking** 18:16 37:11
32:21
**looks** 26:3 31:7
32:21
**lot** 28:13,15 41:5,6
**LPA** 2:11
**lying** 38:5

**M**

**M.D** 2:15
**man** 23:1,11,22
26:24
**manage** 24:13
**mark** 46:3
**MARY** 2:17
**MC** 11:24
**McClure** 39:3
**mean** 23:24 35:10
36:1 40:16 41:19
42:9,19,22 43:5
**meaning** 29:11
**meaningful** 10:5
**means** 43:19 44:5
**medic** 2:15 30:20
37:12
**medical** 31:7,10,20
36:24 41:14
**member** 25:7
**members** 7:22
24:15
**memory** 7:6 12:13

12:18
**mention** 44:9
**met** 5:15 17:11 18:2
18:4 30:23 31:3
38:19
**Michael** 18:4
**Miles** 2:15 30:24
37:18,21 38:4,16
**mind** 16:23 23:7
37:2,8
**mind's** 12:13
**minutes** 26:19
**moment** 42:24
**Montgomery** 2:17
2:21 8:2,9,17 12:5
12:21 13:8,13
14:1,7,11,13
15:19 19:3 21:9
22:4,16 24:16,24
28:17
**month** 32:23
**morning** 43:4
**moves** 41:8

**N**

**name** 5:7,9,14 20:9
46:6
**named** 49:7
**NaphCare** 2:14
**narrative** 11:20
12:11 32:6,7,20
33:4,22 34:22
35:1 40:20 42:12
**natural** 36:6,9,13
36:20 37:2,8
**nature** 42:18
**necessarily** 28:21
44:19 45:6
**need** 6:11 14:21
19:1 27:24 41:22
**needed** 17:8 42:9
43:17
**never** 29:18 35:3
36:15
**new** 10:21
**NICHOLAS** 2:2
**Nick** 5:14 21:17
23:24 46:15
**night** 26:14
**noncompliant** 11:1
**notary** 1:15 3:6,7,8
46:7 47:13,17
49:5,19
**noted** 21:20
**notes** 3:7 28:3,5,11
28:15,18,19,23,23
32:16
**notified** 34:8 35:5
**notify** 43:23
**noting** 47:6
**November** 1:16 3:1

47:5
**number** 46:5,5
**numerous** 22:3
24:23
**Nurse** 2:14,14,14
38:19

**O**

**oath** 6:19,23,24
**object** 21:16
**objection** 20:5
21:10,19 23:2,13
23:17 24:1 25:11
38:6
**observed** 38:4
**obtain** 8:12
**obtained** 41:14
**Occasionally** 10:3
**occupation** 8:21
10:6
**occurred** 16:8,14
**offender** 10:14 11:3
15:10 18:19
**offenders** 10:20
11:1
**offense** 10:20
**office** 2:21 8:2,10
10:22 19:4,7,11
22:16 24:17 28:17
41:23 49:16
**officer** 8:24 9:2,7,20
18:3 43:8,9,13
**officers** 24:24 27:9
**official** 3:10
**Oh** 11:20 12:1
32:10 45:2
**Ohio** 1:1,15,16,22
2:4,8,13,20 9:21
46:9 49:2,6,16,20
**okay** 5:14,22,23 6:2
6:3,7,17,18 7:10
7:11,23,24 9:6,15
10:4 11:20 12:19
13:20 17:23 18:20
19:15 20:16 24:4
28:14 29:15,20
37:4,11,24 41:3,4
41:12 43:11
**old** 45:10
**once** 26:17 27:3
33:22 35:1 40:19
40:24 41:16,19
**one-on-one** 31:24
32:2,4
**ones** 10:20
**open** 17:1 23:7
31:17
**opinion** 24:10
**opportunity** 7:8
**opposed** 6:1 29:9
**order** 9:5 30:17,17

**outside** 9:24 16:8
25:23

**P**

**p.m** 1:17 3:2 17:4
45:20
**page** 4:4 42:12 46:5
46:8 47:5 48:7
**pages** 12:4
**paperwork** 17:3
18:16 41:9
**part** 18:18 19:7
20:22 40:20
**part-time** 9:18
**participated** 45:5
**parties** 3:5
**passed** 15:23
**patrol** 8:7,15 10:10
**patrolman** 8:22
**pay** 10:2
**pending** 6:16 40:15
**people** 10:21 18:11
25:6,9,10 26:11
26:23 27:4 28:1
30:9,16 31:8,11
31:20 41:7 42:7
**person** 19:19,24
24:10 29:2,9 30:8
30:20,23 31:3
37:13
**personal** 24:9,11,12
**personally** 22:10
**Phil** 1:8
**phone** 13:5
**photographs** 29:21
**pictures** 30:2
**place** 21:3 49:13
**Plaintiff** 1:6,14 2:5
3:5
**played** 10:1
**please** 5:6 46:3,8
**Plummer/Montgo...**
1:8
**plus** 33:3
**pod** 17:8,11 18:4,7
31:11,18
**point** 19:20 20:1
27:19 29:20 43:12
**police** 8:23,24 9:2,7
9:19,20
**policy** 20:20 21:22
21:24 36:2
**position** 8:5,12 9:11
10:8,11 22:10
25:21,22 44:17,21
44:21
**positional** 44:9,12
44:16
**possible** 18:8 33:14
44:6
**possibly** 43:15

potential 13:13,24
 15:21 16:2,22,24
 27:22 28:19
potentially 16:16
 26:24 27:5
predict 6:13
Pregon 1:16 2:6,7
 20:5,9 21:10,16
 21:21 23:2,13,17
 23:24 24:4,8
 25:11 38:6,9,12
 45:15 46:16
presence 3:7 47:14
 49:10
present 31:19
preserved 24:6
presume 11:21
pretty 10:4 17:21
 19:5 33:24
previous 23:5
primarily 18:12
primary 10:18
printed 46:4
prior 8:4,20 9:7
 11:3 13:7,13,15
 14:1,22 40:2
probably 7:21 13:4
 15:8 26:12,17
 28:6 32:13 33:1,1
 33:5 43:11 45:6
Procedure 1:15 3:6
 46:8
profession 8:21
 10:5
professional 9:23
 46:13
professionally
 24:13
pronounced 17:7
 30:11
proof 3:8
prop 43:24 44:4
property 11:7 15:14
 44:3
PROSECUTING
 2:18
prosecutor 42:8
prosecutor's 41:22
prosecutors 42:3
providing 5:7
public 1:15 25:1,2,3
 46:7 47:13,17
 49:5,19
pull 43:23
purpose 35:20 36:4
purposes 35:23
put 29:13,16 34:3

Q
qualification 3:8
qualified 49:6

question 6:5,8,15,16
 7:7,9 15:6 22:12
 24:16 25:1 28:16
 36:17,19
questions 6:4 12:16
 15:9 24:2 35:12
 43:16 45:13
quick 6:12
quite 13:16

R
race 24:11
racism 24:2
racist 22:3 24:22,23
 25:9
rank 17:18
read 43:23 45:15
 46:3,6,8,10 47:4
 47:13 48:2,4
reading 47:12
realize 27:2
really 19:19,23
reason 6:14 15:9
 18:14 22:12 33:3
 48:7
reasons 23:15 48:5
recollection 12:9
 13:20
record 5:15 26:21
 27:13 28:1 48:5
recorder 27:16,21
 28:1
recordings 41:15,15
reduced 25:14
refer 37:22
reference 7:16
 18:15
referred 12:4
referring 17:16,17
 29:12
regarding 33:9,12
regardless 25:14
register 10:23
registered 10:19,20
Registration 10:15
regular 8:14
regularly 19:17
relevance 24:6
relevant 28:22
relying 7:12 12:18
remarks 24:23
remember 12:17,19
 13:3,18 14:18
 30:6,8 36:10
REMINGER 2:11
removed 16:21 30:1
report 11:20 12:18
 17:8 18:23 28:10
 28:22 29:10,14
 30:17 33:4 34:13
 37:6,11 40:14,21

40:24 42:19,22
 43:3,21 44:24
reported 32:21
 38:16
reporter 5:8,21
 46:13 48:1
reporting 19:16
reports 41:11,13
represent 29:1
represents 7:22
request 48:4
residing 10:22
respect 36:19
respective 3:5
responded 12:14
 15:19 16:14 20:17
responsibilities
 20:22 21:3
responsibility 10:18
 10:24 18:21
responsive 36:18
restricted 44:20
result 34:19 35:6,16
 44:9 46:10
results 45:4
return 46:8
reverse 9:4
review 29:21,21
 40:1 41:20,23,24
 42:3
reviewed 11:20 42:9
 43:6
reviewing 12:11
 38:1
reviews 41:17
revisit 7:9
Richardson 1:5
 7:19,23 22:17
 30:1,11 37:14,19
 38:4,16,22 39:5,9
 39:13,15,19 44:8
 45:10
Richardson's 36:13
rid 28:23
right 10:14 21:6
 25:2,3,4 31:12
 35:5 36:5 37:4,23
 39:6 44:2
RMS 43:18 44:2
road 8:7,15 10:10
robberies 11:10
Robert 1:5 7:18,23
role 20:17
roughly 11:12 26:12
routine 15:16
ruled 36:13
rules 1:15 3:6 5:20
 46:8

S
Samaritan 9:10

Saturday 12:8
saw 30:15 39:22
saying 28:3 36:18
says 5:3 40:14 42:17
 42:18,18 43:2,9
 44:3,4
scene 18:11 19:20
 29:21
scenes 15:2
seal 49:16
second 30:13 42:15
security 9:10,11,17
see 29:22 30:2 43:24
seen 17:15 18:15
seizure 37:15
sent 42:2
sergeant 12:23,24
 14:3 17:6,16,18
 17:22 18:2,15,17
 19:2,16 34:7
 41:21
serving 11:3
Session 3:1
set 49:15
sex 10:14,20,21 11:3
 15:10 18:18
sheet 46:5,6,9
Sheriff 1:9 2:9 21:9
 22:4
sheriff's 2:21 8:2,10
 19:4,7,11 22:16
 24:17 28:17
SHIBLEY 2:3
shrugs 6:1
side 37:20
sign 46:3,6,8
signature 45:17
 46:8 48:23
signed 46:10 47:14
signing 47:12
Sincerely 46:12
sir 5:13,17 8:2,8
 12:7,20 13:6,9
 14:6,9 17:5,10
 18:6 20:2 22:18
 25:14 26:5,7,10
 26:22 27:7 28:2
 29:5 30:22 32:18
 33:21 34:14,17,20
 34:24 35:8,22
 36:11,22 37:17
 38:20,23 39:1,4,7
 39:14,17,24 40:3
 40:10 42:16 44:11
 45:2,12
sit 13:22
sitting 31:21
situation 30:4
situations 21:3
 22:14
six 9:12 33:3

skills 23:8
sleeve 18:1
Sollenberger 18:3
 18:12 19:9,13
 20:3,8,14,22 21:2
 21:7 22:2,19 23:5
 24:22 25:17,24
 26:1
Sollenberger's
 20:17 22:22,24
somebody 22:15
 30:3
Sorry 20:24
sort 11:10 36:24
 41:15
sought 35:15
sound 15:15
SOUTHERN 1:1
SPANGENBERG
 2:3
speak 5:22 33:9
speaking 36:10
Special 1:4
specific 42:24 43:1
specifically 36:19
 43:10
specified 49:13
spell 5:10
spoke 35:7
spoken 44:23
Sr 1:5
start 5:6 18:14
 30:14
started 27:3
starting 26:17
Starts 2:11 46:15
stat 43:24 44:4
state 1:15 9:21 47:1
 49:2,6,20
stated 47:12
statement 12:11
statements 16:21
 29:8,9,11,19
STATES 1:1
stationed 18:17
 19:18
status 40:12,14 44:3
staying 17:1
stenotype 49:9
stenotypy 3:7
Steven 2:15
Stevens 12:23,24
 14:4 18:2,15,17
 19:2,16 34:7
stipulated 3:4
STIPULATIONS
 3:3
Stockhauser 2:15
 30:21
stomach 37:19 38:5
Street 2:12,19 42:15

**strictly** 29:12
**stripes** 18:1
**stuff** 34:1
**submit** 33:22
**submitted** 34:4,6
 35:1 47:11
**submitting** 34:22
**substance** 47:6
**substation** 11:7
**successful** 44:4
**Suite** 1:16 2:4,8,12
**summoned** 12:5,21
 14:3,10
**supervisor** 12:24
 34:5,9 43:6,23
**supplement** 34:6
 40:9,10
**sure** 13:16 17:2
 18:22 19:5 21:19
 23:23 33:24 36:14
 41:23 42:10
**surrounding** 7:18
**suspect** 19:21
**suspected** 16:13
**sworn** 5:2 49:7
**system** 43:22

**T**
**tab** 43:21
**table** 31:17,17
**take** 6:11,12,14,16
 7:8 16:21 26:15
 26:20 28:3,15,18
 33:18
**taken** 1:15 3:6 5:16
 5:21 48:2 49:9,12
**talk** 10:11 14:11
**talking** 30:14 44:24
**tell** 12:17 17:24
 38:12 40:15
**telling** 24:21
**ten** 26:12,15
**terminated** 21:15
**termination** 22:22
 23:16
**terms** 19:22
**testified** 6:21
**testify** 49:8
**testifying** 7:1
**testimony** 46:4,5,6
 49:9,12
**texts** 22:3 23:23
**Thank** 45:14
**thefts** 15:14
**thing** 10:13 11:2,10
 15:14 36:7 43:1
**things** 6:12 10:12
 11:9 22:23 41:6
**think** 9:9,12 11:13
 12:8 14:4 15:12
 23:19,21 24:9,12

24:21,22,24 25:2
 25:5,8,13 27:13
 29:6 30:13 34:10
 37:9 45:12
**thinking** 15:15
**Third** 2:19
**thirty** 46:8
**thought** 37:7
**three** 9:3 11:13
 26:19
**throw** 28:19
**time** 3:6 6:11,13,14
 9:9 14:3 16:3,12
 16:13 17:12 18:8
 18:23 19:14 20:1
 20:24 21:8 27:11
 32:13 33:6,10
 34:5,9 40:18 41:3
 41:15 42:21 45:9
 45:9,12 46:9,10
 49:13
**times** 14:15 16:5,6
**tips** 11:1
**today** 6:19,23 7:8
 7:13,17 13:23
**today's** 12:12
**TODD** 2:18
**told** 13:18 15:10
 16:19 27:19 29:13
 29:14,17,17 30:9
 30:10,12 36:22
 37:17,18 38:21
 39:12,18,22
**top** 42:17 44:19
**Township** 9:19 11:6
 11:18 14:5,8,17
 14:17,18 15:12
 32:14,17 33:6
**track** 10:19,19
**trained** 28:12,16
**trans** 34:2 43:24
 44:4
**transcribed** 3:7
 28:10 49:10
**transcript** 46:3,3,6
 46:10 47:4,10
 48:2 49:12
**transfer** 43:18 44:2
 44:3
**trash** 28:6
**true** 47:7 49:11
**trusted** 23:21
**truth** 49:8
**try** 23:7 28:15
**trying** 10:19 28:24
 29:6 35:12,16
**twice** 12:3
**two** 26:19 33:20
**type** 32:6,11,12 33:4
 34:1 42:20
**typed** 32:15,16,19

32:23
**typewritten** 46:4
**typically** 11:9
**typing** 43:20
**Typographical**
 43:15

**U**
**uh-huhs** 6:2
**ultimate** 42:11
**umbrella** 19:3
**unable** 44:18
**unbiased** 23:11 29:7
**uncommon** 7:5
**undersigned** 47:13
**understand** 5:15
 6:5,5,19,23 7:3,12
 7:17 12:5 16:1
 21:7 22:2,5,17
 27:19 29:1 40:20
 43:13 44:16
**understanding**
 15:20,22 16:15
 19:19 20:16,21
 21:1,14 35:11,20
 40:19,21,23 41:17
 42:6
**understood** 6:9
 16:10 24:5 26:23
 27:4 35:24 36:4
**uniformed** 8:6
**unit** 10:12,15 11:3
 13:1 18:19
**UNITED** 1:1
**unnatural** 36:9,21
 37:2,8
**uttered** 24:23

**V**
**verbal** 6:1 29:12
**verbally** 29:13
**version** 30:3
**video** 40:1,4 41:15
**videos** 30:2
**Vine** 2:12
**violation** 21:22 36:2
**violations** 20:20
**violent** 11:8 15:13
**vs** 1:7

**W**
**waived** 3:8 45:17
**want** 6:4,5,13 7:8
 9:22 11:8 13:15
 13:19 17:14 34:10
 42:13 44:19
**wasn't** 16:20 17:2
 18:8 19:2,17 22:8
 22:11 25:23 42:4
**way** 18:14 40:8
 44:10

**Wayne** 39:18
**We'll** 45:15
**we're** 9:13
**we've** 10:9 12:8
**weapon** 11:10
**Wednesday** 3:1
**weeks** 33:3
**went** 29:16 30:10
 45:9
**weren't** 15:13 19:6
**West** 2:19 42:15
**WESTERN** 1:2
**Whalen** 17:6
**WHEREOF** 49:15
**white** 22:19
**Whitney** 1:15 3:6
 46:9,13 49:5,19
**witness** 3:8 28:18
 47:12 49:10,12,15
**witnessed** 26:24
 27:5 29:3
**witnesses** 27:21
 29:2,8 30:14
**wondering** 18:10
**Word** 34:2,3
**words** 6:1 35:11
**work** 11:5 14:19
 25:3,23,24 27:20
 41:6
**worked** 8:17 13:7
**working** 9:4,9,18
 14:4
**wouldn't** 17:2 27:20
 42:11
**writing** 3:7
**written** 29:12,18,19
**wrong** 20:9 21:7

**X**

**Y**
**Yeah** 24:20 31:22
 37:23 38:9 41:2,4
**year** 10:17,17 11:4
 11:12
**years** 8:3 9:3,12
 11:13,14
**yelling** 38:17 39:6,9
 39:13,16,19

**Z**

**0**
**05** 8:13

**1**
**1:00** 1:17 3:2
**1001** 2:3
**10th** 43:4
**117** 1:16
**12** 26:12,16

**123** 2:8
**1268** 11:24 12:2
**1269** 11:24
**1270** 12:2
**138** 43:9
**16:08** 17:7
**17:25** 17:4
**1700** 2:4,12
**18** 1:16 3:1 47:5
**1995** 9:22
**19th** 12:6,13,22
 13:7,14 14:1,23
 15:20 17:19 33:11
 33:15 38:24 39:19

**2**
**2:00** 45:20
**20** 48:3
**2005** 8:11,20
**2011** 11:15
**2012** 7:19 12:6,13
 12:22 13:7,14
 14:1,23 15:20
 17:17 32:22 33:11
 33:11,16,16 38:24
 39:19 43:3
**2015** 1:16 3:1 46:1
 47:5,15 49:17
**2020** 49:21
**28-year-old** 26:24
 27:5

**3**
**3:14-CV-00158** 1:7
**301** 2:19
**330** 42:15

**4**
**4** 46:1 49:21
**4:08** 17:7
**43017** 1:22 46:9
**44114** 2:4
**45202** 2:13
**45422** 2:20
**45429** 1:16 2:8
**4th** 2:19 49:16

**5**
**5** 4:4
**5:30** 17:4
**525** 2:12
**5335** 1:16 2:7

**6**
**614-309-1669** 1:22
**6723** 1:21 46:9

**7**

**8**
**8:46** 43:4

| 9 |
| --- |
| **9th** 32:21 33:11,16 43:3 |