**12-4696**     Supplement No
**ORIG**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Reported Date
**05/19/2012**
Nature of Call
**INFORMAT**
Officer
**LEWIS,BRIAN M**

Phone
**(937)225-4096**
Fax
**(937)496-7975**

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | 12-4696 | ORIG | 05/19/2012 | 15:48 |

| CAD Call No | Dispo | | Nature of Call | | | |
|---|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | | INFORMATION REPORT ONLY | | | |

| Location | | | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | | DAYTON | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 823/LEWIS,BRIAN M | | |

| Assignment | Entered by | Assignment | | RMS Transfer | Prop Trans Stat | |
|---|---|---|---|---|---|---|
| JAIL DIVISION | 823 | SUPPORT COMMUNICATIONS | | Successful | Successful | |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 97 | 06/01/2012 | 09:36:44 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OFF | 1 | P | SGT LEWIS | | | | |

## Summary Narrative

On Saturday, May 19, 2012, I was assigned as the Booking Sergeant at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1522 hours, I responded to Delta Pod for an unknown medical emergency. I assisted officers and medical staff.

Respectfully,

Sgt. Brian M. Lewis #823



PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989
I

| Report Officer | Printed At | |
|---|---|---|
| 823/LEWIS,BRIAN M | 09/06/2012 10:13 | Page 1 of 2 |

**12-4696**

Supplement No
**ORIG**

# MONTGOMERY COUNTY SHERIFF'S OFFICE

## OFFICER 1: SGT LEWIS

| Involvement | Invl No | Type | Name | | Ofcr Assignment |
|---|---|---|---|---|---|
| **OFFICER** | **1** | **Police Officer** | **SGT LEWIS** | | **Other (Alone)** |

| Ofcr Activity | PRN | | | |
|---|---|---|---|---|
| **ALL OTHER** | **1022223** | | | |

### Narrative

**12-4696**   Supplement No **0001**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Reported Date
**05/19/2012**
Nature of Call
**EV SUPP**
Officer
**SHUTTS, LINDA A**

Phone
**(937)225-4096**
Fax
**(937)496-7975**

## Administrative Information

| Agency | | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | | 12-4696 | 0001 | 05/19/2012 | 16:15 |

| CAD Call No | Dispo | Nature of Call | | | | | |
|---|---|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | EVIDENCE SUPPLEMENT | | | | | |

| Location | | | City | | ZIP Code | | Rep Dist |
|---|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | DAYTON | | 45402 | | MCSOJ |

| Area | Beat | From Date | From Time | To Date | | To Time | |
|---|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 16:15 | 05/19/2012 | | 18:26 | |

| Officer | | | Assignment | | Entered by | |
|---|---|---|---|---|---|---|
| 831/SHUTTS, LINDA A | | | EVIDENCE TECHNICIAN | | 831 | |

| Assignment | RMS Transfer | | | Prop Trans Stat | Approving Officer | |
|---|---|---|---|---|---|---|
| ROAD PATROL | Supplement Transfer Complete | | | Successful | 503 | |

| Approval Date | Approval Time | | | | | |
|---|---|---|---|---|---|---|
| 05/20/2012 | 00:04:25 | | | | | |

## EVIDENCE TECHNICIAN 1: SHUTTS,LINDA

| Involvement | Invl No | Type | | Name | |
|---|---|---|---|---|---|
| EVIDENCE TECHNICIAN | 1 | Police Officer | | SHUTTS,LINDA | |

| MNI | Race | Sex | RMS Transfer | Ofcr Assignment | Ofcr Activity |
|---|---|---|---|---|---|
| 303189 | WHITE | FEMALE | Successful | One-Officer Vehicle (Assisted) | ALL OTHER |

| PRN | | | | | |
|---|---|---|---|---|---|
| 1019223 | | | | | |

## Property

| Item | Agency | | Report No | Original Incident | Original supplement | Involvement |
|---|---|---|---|---|---|---|
| 1 | MONTGOMERY COUNTY SHERIFF'S OFFICE | | 12-4696 | 12-4696 | T001 | OTHER |

| Invl Date | In Custody? | Confidential | Description | | | |
|---|---|---|---|---|---|---|
| 05/19/2012 | No | No | (1) CDR | | | |

| Typ | Cat | | Article | NIBRS Type | |
|---|---|---|---|---|---|
| A | Other (none of the above) | | Photographs | PHOTOGRAPHIC/OPTICAL EQUIPMENT | |

| Entered Date | Entered Time | RMS Transfer | Control | | |
|---|---|---|---|---|---|
| 05/19/2012 | 20:06 | Successful | 0519122018 | | |

## Narrative

On 05/19/12, at 1615 hours, I was dispatched to the Montgomery County Jail located at 330 W. Second St., Dayton, OH, to process the scene of an in custody death.

Upon arrival, I took several digital images of the scene on one CDR. The CDR will be kept on file at District Seven.

Detectives arrived on scene and advised they did not need any further evidence collection.

Dep. Linda Shutts #831

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS, LINDA A | 09/06/2012 10:13 | Page 1 of 1 |

**12-4696**  Supplement No **0002**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
**(937)225-4096**
Fax
**(937)496-7975**

Reported Date
**05/19/2012**
Nature of Call
**INFORMAT**
Officer
**SHUTTS,LINDA A**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | 12-4696 | 0002 | 05/19/2012 | 15:48 |

| CAD Call No | Dispo | Nature of Call | | | |
|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | INFORMATION REPORT ONLY | | | |

| Location | | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|---|
| 330 W SECOND ST | | | DAYTON | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 831/SHUTTS,LINDA A | | |

| Assignment | Entered by | Assignment | | RMS Transfer | |
|---|---|---|---|---|---|
| ROAD PATROL | 823 | SUPPORT COMMUNICATIONS | | Supplement Transfer Complete | |

| Prop Trans Stat | Approving Officer | | Approval Date | Approval Time | |
|---|---|---|---|---|---|
| Successful | 97 | | 06/01/2012 | 09:31:58 | |

## DEAD BODY 2: RICHARDSON,ROBERT

| Involvement | Invl No | Type | Name | | | MNI | Race |
|---|---|---|---|---|---|---|---|
| DEAD BODY | 2 | Individual | RICHARDSON,ROBERT | | | 143904 | BLACK |

| Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| MALE | | 28 | NOT OF HISPANIC ORIGIN | No | 6'01" | 210# | BROWN | BROWN |

| Extent of Injury | Dom Violence | Res Status | RMS Transfer | PRN | |
|---|---|---|---|---|---|
| DEATH | NO | RESIDENT | Successful | 1022798 | |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 701 MIA AV | | DAYTON | OHIO |

| ZIP Code | Date | | | |
|---|---|---|---|---|
| 45417 | 05/19/2012 | | | |

| Type | ID No | | | |
|---|---|---|---|---|
| FBI number | | | | |

| Type | | ID No | | |
|---|---|---|---|---|
| State Criminal Identification Number | | | | |

| Type | | ID No | | |
|---|---|---|---|---|
| Social Security Number | | | | |

| Phone Type | Phone No | | Date | |
|---|---|---|---|---|
| HOME | (937)263-6425 | | 05/19/2012 | |

## OFFICER 1: SGT LEWIS

| Involvement | Invl No | Type | Name | | RMS Transfer |
|---|---|---|---|---|---|
| OFFICER | 1 | Police Officer | SGT LEWIS | | Successful |

| Ofcr Assignment | Ofcr Activity | | | |
|---|---|---|---|---|
| Other (Alone) | ALL OTHER | | | |

## WITNESS 3: MAXWELL,MARCUS

| Involvement | Invl No | Type | Name | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| WITNESS | 3 | Individual | MAXWELL,MARCUS | | | 60654 | BLACK | MALE |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | Res Status |
|---|---|---|---|---|---|---|---|---|
| | 26 | NOT OF HISPANIC ORIGIN | No | 6'00" | 165# | BROWN | BROWN | RESIDENT |

| RMS Transfer | PRN | | | |
|---|---|---|---|---|
| Successful | 1022799 | | | |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 933 GAWAIN CI | | WEST CAROLTON | OHIO |

| ZIP Code | Date | | | |
|---|---|---|---|---|
| 45449 | 05/19/2012 | | | |

| Type | ID No | | | |
|---|---|---|---|---|
| FBI number | | | | |

| Type | ID No | OLS | |
|---|---|---|---|
| Operator License | | OHIO | |

| Type | | ID No | |
|---|---|---|---|
| State Criminal Identification Number | | | |

| Report Officer | Printed At | Page 1 of 3 |
|---|---|---|
| 831/SHUTTS,LINDA A | 09/06/2012 10:13 | |

MC 1263

12-4696   Supplement No
          0002

# MONTGOMERY COUNTY SHERIFF'S OFFICE

| Type Social Security Number | | ID No | |
|---|---|---|---|
| Phone Type HOME | Phone No (937) 789-4643 | | Date 05/19/2012 |

## Narrative

On Saturday, May 19, 2012, I was assigned as the Booking Sergeant at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1522 hours, I responded to Delta Pod, cell 544, for an unknown medical emergency. When I arrived to cell 544, located on the second level of Delta Pod, I observed Officer D. Johnson, Officer Henning and Sergeant Jackson attempting to secure Inmate Robert Richardson (12-9824) in handcuffs. Inmate Richardson was face down and resisting officer's attempts to secure him. Myself and Officer Stumpff, who had also arrived, assisted with gaining control of Inmate Richardson arms to assist with securing him in handcuffs. A few moments later, we were able to secure Inmate Richardson, utilizing two sets of handcuffs.

Officers continued to maintain control of Inmate Richardson's legs and arms as he continued to be resistive, attempting to get up from the ground and trying to free his legs and arms. Inmate Richardson also had blood coming from his mouth and occasionally muttered unintelligible remarks. Inmate Richardson's tone and demeanor was similar to that of an intoxicated subject. Officer's and medical staff continued to advise Inmate Richardson to calm down, stop resisting and allow us to help him. Medic Stockhauser had already arrived and was attempting to provide oxygen and provide additional medical care to Inmate Richardson. Inmate Richardson was repeatedly asked to tell us (staff) what was wrong with him. Inmate Richardson was only able to verbalize a few words we were able to understand, such as: "get off me" and "let me up." While officers and medical staff attended to Inmate Richardson, I searched cell 544, which he shared with Inmate Marcus Maxwell. I did not find anything, such as: pills, marijuana, crack cocaine, heroin, or any other substance that could have caused Inmate Richardson's unexplained behavior or unknown medical condition.

Officers D. Johnson and Henning were replaced by Officers Beach, Mayes and Marshall, who continued to maintain control of Inmate Richardson, to prevent him from further injuring himself. Sergeant Jackson and I requested the Emergency Restraint Chair be brought to the Pod, so Inmate Richardson could be controlled without causing injury to himself or staff. Additionally, this would allow staff to handle Inmate Richardson more easily, as we planned to relocate him to the first floor to continue to assess his unexplained condition.

As we waited for the restraint chair, we replaced Inmate Richardson's two sets of handcuffs with leg shackles to allow better mobility and better access for medical. Additionally, Nurse Miles attempted to give Inmate Richardson an injection, but was unsuccessful. Soon after, Nurse Foster arrived with another injection and successfully administered the injection into Inmate Richardson's buttocks.

Officers continued to maintain control of Inmate Richardson, while we waited for the injection to have an effect on Inmate Richardson. A few minutes passed and Inmate Richardson demeanor changed, he was no longer resisting. Officers Mayes and Stumpff were instructed to check Inmate Richardson's breathing. After a few moments they determined Inmate Richardson was not breathing. Officers Beach, Mayes, Marshall and Stumpff immediately began Cardio Pulmonary Resuscitation efforts (CPR), while medical returned to the second level. I immediately requested Dayton Fire respond. An AED had also already been requested by officers.

Dayton Fire arrived within a few minutes and took over Emergency Medical Treatment. Additionally, Dr. Ellis was also present upon Dayton Fires arrival. After approximately 20 minutes of resuscitation attempts, Dayton Fire and Dr. Ellis determined that any additional attempts of resuscitation would be futile. Dr. Ellis terminated the resuscitation efforts, pronouncing Inmate Richardson deceased, at 1608 hours.

I immediately began gathering information necessary to conduct a complete investigation by investigators. I also contacted Sergeant Whalen and advised him of the situation and requested he begin making required phone calls to initiate call-out procedures.

While awaiting investigators, I conducted a preliminary interview with Inmate Richardson's cell-mate, Inmate Marcus Maxwell (12-8713). Inmate Maxwell stated the following: He had been housed with Inmate Richardson since Thursday, May 17, 2012. Inmate Maxwell stated Inmate Richardson slept most of the first day, because he (Richardson) did not get much sleep while he was on the first floor awaiting placement in a housing unit. Inmate Maxwell stated they both got along fine and Inmate Richardson was fairly talkative. I asked Inmate Maxwell if

| Report Officer 831/SHUTTS,LINDA A | Printed At 09/06/2012 10:13 | Page 2 of 3 |
|---|---|---|

MC 1264

**12-4696**                Supplement No
                          0002

# MONTGOMERY COUNTY SHERIFF'S OFFICE

## Narrative

nmate Richardson ever reported or appeared sick. Inmate Maxwell said Inmate Richardson told him (Maxwell) he was starting to feel sick on Friday, May 18, 2012; however, Inmate Maxwell stated he thought Inmate Richardson was depressed about being in jail. Inmate Maxwell stated Inmate Richardson never requested medical or asked for a Medical Kite. The only kites either of them asked for were for trying to get approved as Pod Workers.

Inmate Maxwell stated Inmate Richardson woke up this morning, Saturday, May 20, 2012, and spit some type of clear substance/fluid in the toilet, but never vomited. They continued to talk during the early morning and medical arrived and took Inmate Richardson's blood pressure. Inmate Maxwell said Inmate Richardson returned from visitation with his fiancé' at approximately 1505 hours and was in good spirits, talking about completing his 30 days and going home. A few moments later Inmate Richardson stood up and walked over to the sink and bent down to get a drink of water. Inmate Maxwell stated Inmate Richardson suddenly jerked upwards, let out an indescribable yell, fell backwards onto his buttocks and began spitting out blood from his mouth. Inmate Richardson then slumped over onto the cell floor, and his hands drew upwards with clenched fists. Inmate Maxwell said Inmate Richardson's body was shaking as if having a seizure. Inmate Maxwell stated he hit the Steno and requested assistance. Inmate Maxwell stated he attempted to roll Inmate Richardson on his side, because he thought Inmate Richardson had stopped breathing. Inmate Maxwell stated approximately 20 seconds later, Inmate Richardson started moving, but appeared confused and disoriented. A few seconds later corrections officers arrived and removed Inmate Richardson from the cell and secured him (Richardson) in handcuffs.

I asked Inmate Maxwell if he observed any officers act inappropriately, punch, kick or otherwise use unnecessary force on Inmate Richardson. Inmate Maxwell stated, "No, but it shouldn't have taken four of you to handcuff him. It was a little excessive." I thanked Inmate Maxwell for his statement and concluded my contact with him.

Once detectives arrived I provided them with all pertinent information I had obtained regarding this incident. I was in and out of the pod, during the remaining investigation, as I attempted to attend to other duties within the jail.

I will forward all other documentation, such as: Divar Video(s), Detex Log(s), AED information and scene logs, with this jail incident.

Respectfully,

Sergeant B.M. Lewis #823

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS,LINDA A | 09/06/2012 10:13 | Page 3 of 3 |

**12-4696**   Supplement No 0003

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
**(937) 225-4096**
Fax
**(937) 496-7975**

Reported Date
**05/19/2012**
Nature of Call
**MEDICP**
Officer
**SHUTTS, LINDA A**

## Administrative Information

| Agency | | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | | 12-4696 | 0003 | 05/19/2012 | 15:48 |

| CAD Call No | Dispo | Nature of Call | | | | | |
|---|---|---|---|---|---|---|---|
| 121400894 | INVEST. PENDING | MEDICIAL | | | | | |

| Location | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | DAYTON | | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 831/SHUTTS, LINDA A | | |

| Assignment | Entered by | Assignment | | RMS Transfer | |
|---|---|---|---|---|---|
| ROAD PATROL | 823 | SUPPORT COMMUNICATIONS | | Supplement Transfer Complete | |

| Prop Trans Stat | Property? | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| Successful | None | 823 | 05/21/2012 | 01:49:12 |

## OFFICER 1: SGT TED JACKSON

| Involvement | Invl No | Type | Name | | RMS Transfer |
|---|---|---|---|---|---|
| OFFICER | 1 | Police Officer | SGT TED JACKSON | | Successful |

| Ofcr Assignment | Ofcr Activity | PRN | | |
|---|---|---|---|---|
| Other (Alone) | ALL OTHER | 1019212 | | |

## Narrative

On May 19, 2012, I was assigned as the Housing Sergeant on second watch at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1520 hours, I responded to housing location, D Pod in response to a call for assistance. The assigned Corrections Officer to D Pod, Officer Benjamin called for assistance reference a medical issue in cell 544. Upon entering the pod, I responded with Officer's D. Johnson and Henning to cell 544 located on the second level of the housing unit. Officer Benjamin was at the cell door and opened it as we arrived. Officer Johnson and I entered the cell and observed Inmate Robert Richardson sitting on the floor. Inmate Richardson's cell-mate, Inmate Marcus Maxwell appeared to be providing assistance to Inmate Richardson by holding him still and trying to keep him from getting up.

Upon entering the cell, Inmate Richardson was in a seated position facing the outside wall in close proximity to the cell door. Inmate Richardson was attempting to stand up or roll forward and appeared to be disoriented and in a state of panic. Inmate Richardson's movements and physical demeanor was lethargic and unbalanced. We began to give verbal orders to Inmate Richardson, instructing him to stay seated but he did not respond. Inmate Richardson turned his head toward me and I could see he had blood and saliva coming from his mouth. Inmate Richardson had a dazed / unfocused expression on his face and didn't appear to be comprehending our verbal direction or events going on around him. Based on my initial observations related to Inmate Richardson's physical condition, behavior and comprehension, it seemed he was experiencing an unknown medical issue.

Officer Johnson and I grabbed Inmate Richardson to control his movement to prevent him from injuring himself. Because of the confined space in the cell and Inmate Richardson's physical size, Officer Johnson and I pulled him out of the cell and onto the walkway. Inmate Richardson began thrashing around and did not respond to verbal direction. Inmate Richardson was laying face down, kicking his legs, pulling his arms up towards his upper body and tried to push himself up. Inmate Richardson was also verbally grunting and breathing heavily. Officer Johnson and I made several verbal attempts to get Inmate Richardson to calm himself, relax and stop moving. Inmate Richardson would not respond to our verbal direction and became more uncontrollable. I retrieved my hand restraints and ordered Inmate Richardson be secured in them for his safety and ours. With the assistance of Officer Johnson, Inmate Richardson's left arm was placed behind his back and I secured his wrist in the restraint. Because of Inmate Richardson's size, a second set of hand restraints were utilized by Officer Johnson to assist in securing his right wrist. Officer Stumpff and Sergeant Lewis assisted in placing Inmate Richardson's left arm behind his back and his right wrist was then secured. During this incident, several more verbal attempts were made to get Inmate Richardson to calm himself, relax and stop moving. We were also unable to illicit any

| Report Officer | Printed At | |
|---|---|---|
| 831/SHUTTS, LINDA A | 09/06/2012 10:14 | Page 1 of 2 |

**12-4696**     Supplement No 0003

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

information from Inmate Richardson or a response that was comprehensible. Inmate Maxwell was safely removed from the cell, relocated and later debriefed.

After Inmate Richardson was secured in hand restraints, he was actively thrashing around and grunting. Officer Johnson, Henning and Stumpff continued to control him from moving around and he was repositioned onto his right side. At this time, medical personnel to include Medic Stockhauser arrived at the incident and began medical assistance. Medic Stockhauser attempted to gather information from Inmate Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Inmate Richardson as he began moving his head around. Inmate Richardson finally started to say, "Get that off me." He also repeated, "I need out" and "Get me out of here." Inmate Richardson would not respond back to any verbal dialog or answer any questions.

While medical personnel was trying to treat Inmate Richardson, a decision was made by medical to give him an injection to calm him. Also, I had Officer Johnson and Henning replaced by third watch officer's responding to the incident. Officer's continued to hold Inmate Richardson's legs and both arms while he was being treated by Medic Stockhauser, who was supporting his head. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size. Sergeant Lewis and I made the decision to remove the hand restraints and apply leg shackles in order to make it easier for medical to assess and move Inmate Richardson.

Officer's continued to restrain Inmate Richardson's legs and arms. Officer Mayes also replaced Medic Stockhauser with supporting his (Richardson's) head. Nurse Miles arrived to the incident and administered the first injection. Prior to the completion of the injection, the syringe malfunctioned and the injection was deemed unsuccessful. A short time later, a second injection was successfully administered by Nurse Foster in the right buttocks. While waiting for the shot to take affect, it appeared Inmate Richardson's medical condition was still undetermined and he was actively thrashing around. The Emergency Restraint Chair was ordered to the pod and was going to be utilized to safely secure Inmate Richardson, so he could be moved from the upper level of the pod to the first floor for further medical treatment.

While observing Inmate Richardson after the second injection, he appeared to calm down. Approximately two to three minutes later, I observed Inmate Richardson lying still and required no restraint. Medical personnel relocated to the first level of the pod to await the Emergency Restraint Chair. As I Continued to observe Inmate Richardson, I could not hear him breathing or see his chest area rise and fall like I could moments before. I immediately asked Officer Mayes to check his breathing. Officer Mayes and Officer Stumpff starting checking for breathing and a pulse and advised he appeared unconscious. Officers rolled Inmate Richardson over onto his back and continued to check for breathing and a pulse. Officer Mayes and Stumpff advised they could not find a pulse and it appeared he was not breathing and immediately began CPR procedures.

The First Aid Kit from the workstation was retrieved in addition to medical personnel responding back to the second level. Officer Beach assisted Nurse Miles with removing Inmate Richardson's shirts and began chest compressions. Officer Wittman provided Officer Stumpff with a First Aid Mask and he (Stumpff) began rescue breaths. Sergeant Lewis then notified Security Control that Dayton Fire Department was needed to respond. Officers took turns giving sets of compressions and breaths to Inmate Richardson. The AED was retrieved and Medic Stockhauser prepared the unit as officers applied the pads. The AED performed an initial cycle and no shock was advised. As officers and medical staff continued to perform CPR on Inmate Richardson, I responded to the first floor and retrieved the first responding Dayton Fire Department medics. While escorting them to Pod D, I briefed them on the incident.

Dayton Fire Department medics took over and continued CPR measures. A short time later, Inmate Richardson was pronounced deceased by the Dayton Fire Department and Dr. Ellis. The scene was secured and I had Officer Beach remain with Inmate Richardson. Sergeant Lewis started gathering information from all persons involved and Sergeant Whalen assisted with administrative notifications.

Respectfully Submitted,

Sergeant T. Jackson #266

**12-4696**

Supplement No
0004

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Reported Date
07/09/2012
Nature of Call
INFORMAT
Officer
CONLEY, BRIAN

Phone
(937) 225-4096
Fax
(937) 496-7975

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | 12-4696 | 0004 | 07/09/2012 | 11:10 |
| CAD Call No | Dispo | Nature of Call | | | | |
| 121400894 | INVEST. PENDING | INFORMATION REPORT ONLY | | | | |
| Location | | | City | | ZIP Code | Rep Dist |
| 330 W SECOND ST | | | DAYTON | | 45402 | MCSOJ |
| Area | Beat | From Date | From Time | Officer | | |
| MC | M13 | 05/19/2012 | 15:22 | 828/CONLEY,BRIAN | | |
| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | |
| ROAD PATROL | 828 | ROAD PATROL | Successful | Successful | 138 | |
| Approval Date | | Approval Time | | | | |
| 07/10/2012 | | 08:46:34 | | | | |

## Narrative

Montgomery County Sheriff's Office Detective Supplement

On 5-19-12, at 1639 hours, I was notified by Sgt. Stephens to respond to the Montgomery County Jail regarding the death of an inmate. I arrived at 1725 hours and was advised by Sgt. Whalen that the inmate had been pronounced at 1608 hours and I needed to report to Delta Pod.

On arrival in Delta Pod, I met with, Capt. Crosby, Sgt. Stephens, Det. Sollenberger and Correction Officer (CO) Michael Beach, on the second floor. Det. Clymer arrived shortly after. Sgt. Stephens advised the inmate, Robert Richardson, had possibly suffered from a medical condition and became combative with staff. Mr. Richardson had stopped breathing and CPR was performed, however, Mr. Richardson passed away by unknown means. Mr. Richardson had already been removed by Coroner's Investigator, Jim Fannin. Sgt. Stephens advised that Det. Clymer would be the case Detective and I would assist with interviews.

I first met with Jail Medic, Steven Stockhauser. He is employed with NAPHCARE Medical. He indicated all of the jail medical staff is employed by the same company. He has been employed for over five (5) years. He is an EMT-I and he is not able to administer drugs.

Medic Stockhauser said at approximately 1515 hours, he received a call to respond to Delta Pod for an unknown emergency. On arrival he noticed Mr. Richardson was lying on his stomach, but his left side was up. Mr. Richardson was handcuffed and had saliva and blood coming from his mouth. Mr. Richardson was yelling to get off of him and he wanted out of the there. Mr. Richardson would not respond to his name. Medic Stockhauser said he tried to wipe Mr. Richardson's face because he was sweaty and Mr. Richardson was trying to bite him. Medic Stockhauser said Mr. Richardson was acting like he was coming out of a seizure.

Medic Stockhauser administered oxygen, 15 liters, via a mask and bag. No C-collar was used. Medic Stockhauser said he also tried to hold his head to keep him from hurting himself. Medic Stockhauser said Mr. Richardson had a blood pressure history. A short time later, LPN Krisandra Miles arrived and she tried to administer 2 mg of Adivan to Mr. Richardson. There was a malfunction and a second dose had to be given, which was given in the buttocks.

Medic Stockhauser said he did not participate in CPR due to the CO's doing a great job. However, Medic Stockhauser said he assisted with giving the AED pads and turned on the AED and it advised; No shock advised." Medic Stockhauser had no other information to provide. (End of interview)

I next met with LPN Krisandra Miles. She has been employed as an LPM since 2010. She advised the call came out and Medic Stockhauser is usually the first medical staff to respond. She heard hurry up broadcasted and she

| Report Officer | Printed At | |
|---|---|---|
| 828/CONLEY,BRIAN | 09/06/2012 10:14 | Page 1 of 3 |

**12-4696**  Supplement No 0004

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

responded. On arrival she observed Mr. Richardson lying on his stomach and facing the cell. He was thrashing around and yelling. She overheard someone say Mr. Richardson may have had a seizure. She saw Medic Stockhauser trying to put an oxygen mask on Mr. Richardson. LPN Miles observed blood coming from Mr. Richardson's mouth. She observed Medic Stockhauser trying to bag (Oxygen) Mr. Richardson, but the air was going through.

LPN Miles was given one (1) injection of Adivan to administer to Mr. Richardson. When she attempted to give it, the needle separated from the syringe, therefore, the Adivan was not given. Nurse's Foster and Kruse responded with another dose of Adivan and Nurse Foster administered the injection. LPN Miles said CO's were sitting on Mr. Richardson's legs only. (End of interview)

I then spoke with LPN Kristy Kruse. She has been an LPN for seven (7) months and is currently enrolled in Sinclair Community College for Nursing. She has been employed with the company for one (1) year. LPN Miles confirmed the same observations of Mr. Richardson, as well as his behavior, upon her arrival at Delta Pod. During the incident, she talked with Dr. Ellis, who in turn, ordered 2 mg of Adivan. LPN Kruse took the injection and gave it to LPN Miles and walked down the stairs from the second floor of Delta pod. LPN Miles yelled she needed another injection and requested CO Shannon Smiley, to call for another dose. Nurse Foster arrived and administered the injection into Mr. Richardson's buttocks. LPN Kruse returned to medical and heard a call requesting the Dayton Fire Department to respond. LPN Kruse was requested to bring an oxygen tank back to the pod and upon her arrival, staff was doing CPR. (End of interview)

I then met with Nurse Felicia Foster. She has been employed a total of fourteen (14) years with/involved with the Montgomery County Sheriff's Office. She was a CO prior to her current position. She has been a Nurse for three (3) years and an RN for over one (1) year. Nurse Foster said she heard a call for a Medic and told Dr. Ellis and both responded to Delta Pod. She was aware of Mr. Richardson having a history of Hypertension. She administered one (1) injection of Adivan and took over bagging (Oxygen) Mr. Richardson. (End of interview)

After interviewing the jail medical staff, I began to interview several inmates on the first (1st) floor of Delta Pod. Some of the inmates indicated they did not see or hear anything and did not wish to speak with me. The following are the inmates that provided some information.

Cell# 547: Inmate Carl Mclure #12-9752. Mr. Mclure said they were all on lock down and only heard Mr. Richardson yelling to get off of him.

Cell# 525: Inmate Carlton Wilson #12-9786. Mr. Wilson said he heard yelling and it woke him up. He looked out of his cell and saw one of the medical staff running with a needle then run up the steps again. He could see Mr. Richardson on his stomach and heard CO's yelling they were trying to help him and were not going to hurt him. He said it looked as if a couple of the CO's had knees on his back, but it also looked like they were trying to help him.

Cell# 528: Inmate Harkey Schenck # 12-7299. Mr. Schenck said he heard yelling and saw CO's running to the second (2nd) floor of the pod. He saw the medic with water trying to wash Mr. Richards's face and thought he had been pepper sprayed. He could hear Mr. Richardson yelling to get off of him and to let him go. He said there was approximately five (5) to six (6) CO's trying to hold Mr., Richardson down. He said he saw an injection given. Mr. Schenck said he saw CO Mayes put his knee into Mr. Richardson's neck to keep him from moving his head around.

I asked Mr. Shenck if he had any prior contact with Mr. Richardson and if he ever saw or heard of any problems with Mr. Richardson? Mr. Schenck said he spoke with Mr. Richardson the night before around 1945 hours after being asked about the game.

Cell# 429: Inmate Nathan Rader #12-9677. Mr. Rader heard keys rattling and saw CO's running. CO's had Mr. Richardson on the ground and were on top of him. Mr. Richardson was thrashing and yelling. He saw CO's grab his arms and legs. He saw two (2) injections.

Mr. Rader said he saw Mr. Richardson playing chess before and never saw or heard any problems from him.

| Report Officer | Printed At | |
|---|---|---|
| 828/CONLEY, BRIAN | 09/06/2012 10:14 | Page 2 of 3 |

**12-4696**    Supplement No
0004

# MONTGOMERY COUNTY SHERIFF'S OFFICE

### Narrative

Cell# 430: Inmates Donald Crase # 1208781 and Ryan Powell # 12-8171. Both said CO's Mayes and CO Stumpff stood on Mr. Richardson's neck with their feet.

Cell# 431: Inmates Ethan Frye #12-9338 and Michael Deeter #12-8232. Both said they saw a female CO running then later saw CO's grab Mr. Richardson. They saw the CO's restrain Mr. Richardson, but said it appeared to be overzealous. They said the CO's were laughing.

Cell# 432: Inmates James Branham #1209099 and Albert Knox #12-1635. Both said they saw CO's running then heard Mr. Richardson yelling to let him up. They saw the CO's doing something around Mr. Richardson's mouth. They could also see that Mr. Richardson was on his right side and was being handcuffed.

Cell# 433: Inmates Matt Keefer #12-9305 and Randy Hymer #12-7340. Both heard Mr. Richardson yelling to get off of him.

Cell# 434: Inmates Michael Layman #12-6733 and Keith Wayne #11-21424. Both saw Mr. Richardson being double-cuffed. Both said CO Stumpff had his knee on top of Mr. Richardson's head and CO Mayes had his knee in Mr. Richardson's back while holding onto the railing for leverage. They heard Mr. Richardson yelling he could not breathe and asking for help. Both inmates completed a written statement at their request.

Cell# 435: Inmate Jimmy Van Winkle # 1206516. Said he confirmed what was said from cell# 434 and he then requested to write a statement.

STATUS: PENDING

Det. B.C.Conley #828

**12-4696**     Supplement No
                **0005**

# MONTGOMERY COUNTY SHERIFF'S OFFICE



330 W SECOND ST

DAYTON, OHIO 45422

Phone
**(937) 225-4096**
Fax
**(937) 496-7975**

Reported Date
**09/05/2012**
Nature of Call
**INFORMAT**
Officer
**CLYMER, JOHN M**

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY SHERIFF'S OFFICE | | | 12-4696 | 0005 | 09/05/2012 | 07:45 |

| CAD Call No | Dispo | Nature of Call | | | | |
|---|---|---|---|---|---|---|
| 121400894 | CLOSED | INFORMATION REPORT ONLY | | | | |

| Location | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| 330 W SECOND ST | | | DAYTON | | 45402 | MCSOJ |

| Area | Beat | From Date | From Time | Officer | | |
|---|---|---|---|---|---|---|
| MC | M13 | 05/19/2012 | 15:22 | 98/CLYMER, JOHN M | | |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | | |
|---|---|---|---|---|---|---|
| INVESTIGATIONS | 98 | INVESTIGATIONS | Successful | Successful | | |

| Approving Officer | Approval Date | Approval Time | |
|---|---|---|---|
| 138 | 09/06/2012 | 10:07:03 | |

## Narrative

### INVESTIGATIVE SUPPLEMENTAL REPORT

On 5/19/12 at approximately 1637 hours this officer was contacted by Sergeant Stephens and requested to respond to the Montgomery County Jail reference a death investigation. Sergeant Stephens stated Detective Conley will be contacted and assisting with the investigation.

Upon arrival at 1726 hours this officer contacted Sergeant Stephens in Pod D cell #544. Sergeant Stephens identified the deceased as Robert Richardson B/M/28, DOB            inmate booking # 12-9824. Mr. Richardson was booked into the jail on 5/17/12 and being detained reference a Failure to Appear warrant # JC Sergeant Stephens advised the deceased had been removed and taken to the Montgomery County Coroner's Office at the direction of Coroner's Investigator James Fannin. Prior to removal the deceased had been photographed by Deputy Linda Shutts, evidence technician. Sergeant Stephens advised at the time of the incident the deceased was inside cell 544 with inmate Marcus Maxwell who had been removed from the pod and waiting for this officer to conduct an interview.

This officer spoke to Sergeant Brian Lewis, Jail Booking Sergeant who advised reports are being completed by all personnel and recorded video was being copied and will be forwarded to this officer. Sergeant Lewis stated the deceased was not prescribed any medication but had reported a hypertension condition with his blood pressure was being monitored by the medical staff.

At approximately 1750 hours this officer contacted inmate Marcus Maxwell, booking # 12-8713 for an interview. Inmate Maxwell stated he had been housed in cell since 5/4/12 reference a 90 day sentence from Dayton Municipal Court. Inmate Maxwell stated the deceased was placed into cell 544 during the evening of 5/17/12. Inmate Maxwell stated he was not aware of the deceased having any type of medical problems nor did the deceased make any complaints on Friday the 18th. On this date Inmate Maxwell stated both were awaken at 0500 hours made their beds, put on blues (uniforms) and he went out for breakfast but the deceased stayed in the cell not eating. After breakfast inmate Maxwell went back to the cell with both lying on their bunks until armband count at 0730 hours. Inmate Maxwell stated at approximately 0730 hours he observed the deceased spit up some clear saliva, no blood or vomit into the toilet. Inmate Maxwell stated both he and deceased came out of the cell from 0800 until 1000 hours for recreation. At approximately 1000 both went back into the cell until 1020 hours when both he and the deceased exiting the cell for lunch. Inmate Maxwell stated the deceased did not eat lunch taking only a one bite of his food. After approximately 25 minutes Inmate Maxwell stated he and the deceased went back inside the cell lying down on their bunks. At approximately 1330 hours the deceased exited the cell for personal visit with his "baby's momma" which lasted until 1500 hours. After the visit Inmate Maxwell stated the deceased returned to the cell and they talked for approximately six (6) to seven (7) minutes. Inmate Maxwell stated the deceased appeared happy and upbeat about the visit.

| Report Officer | Printed At | |
|---|---|---|
| 98/CLYMER, JOHN M | 09/06/2012 10:13 | Page 1 of 4 |

MC 1271

**12-4696**

Supplement No
0005

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

Inmate Maxwell stated he then observed the deceased bend over the sink to get a drink of water when he, deceased started shaking like "seizure mode". The deceased started to fall backward, knees bent with his butt going to the floor and then his back. Inmate Maxwell stated the deceased's head did not strike anything but continued to shaking in "seizure mode" while lying on the floor. Inmate Maxwell stated he saw some blood in the deceased's mouth at which point he pushed the panic button in the cell. Inmate Maxwell stated he then rolled the deceased onto his left side and started yelling at him. Inmate Maxwell stated the deceased woke up after a few seconds but not aware of his surroundings, looking lost with a blank stare. At this time the deceased tried to get up but Inmate Maxwell held him down until C/O Benjamin arrived and the cell door was opened. The deceased was pulled out of the cell and the C/O's were restraining the deceased. Inmate Maxwell stated the C/O's kept the deceased on his stomach restraining him in handcuffs behind his back. Inmate Maxwell stated the deceased was moving and saying "get off of me" but the deceased was not aware of what was going on. Inmate Maxwell stated he observed someone trying to give the deceased oxygen using and a nurse gave the deceased two shots, left arm and the back area. Inmate Maxwell stated the deceased continued to struggle with the correction officers for an additional three (3) to four (4) minutes. Inmate Maxwell stated he then heard an officer say "he is not breathing" and CPR was started by the nurse and correction officers. Inmate Maxwell stated he observed the Dayton Fire Department arrive and CPR continued for a long time. Inmate Maxwell stated the deceased was restrained on both legs and arms but no one sat on his chest. Inmate Maxwell stated he did not wish to complete a written statement and the interview was concluded.

At approximately 1738 hours this officer interviewed LPN Jon Boehringer who is employed with NaphCare. LPN Boehringer responded to Pod D after hearing the radio traffic and upon arrival was advised the deceased was not breathing. LPN Boehringer stated CPR was being performed on the deceased which lasted in his estimation approximately 20 minutes. It should be noted LPN Boehringer completed a portion on the jail incident report # 12-668 as to his actions and observations. The interview was concluded at this time.

This officer interviewed inmate Gary Edmond, booking # 12-03489 who was being housed in cell #440. Inmate Edmond stated he was inside his cell but standing at the door when he observed correction officers running up the steps to the second tier of cells. Inmate Edmond observed the correction officers remove an inmate from the cell holding him to the floor and put handcuffs on him. Inmate Edmond stated he saw blood on the inmate's forehead and heard the inmate saying "let me up, let me up" Inmate Edmonds observed a nurse give the inmate a shot somewhere in the torso and given a second shot approximately ten (10) minutes later. Inmate Edmonds stated several minutes later he heard some say he is not breathing and CPR was started. Inmate Edmonds stated he observed two sergeants on the scene during the incident.

This officer interviewed inmate Billy Carpenter, booking # 12-9553 who was being housed in cell 440. Inmate Carpenter stated he was lying on his bunk when he heard yelling. Upon getting up and looking out the cell door window he observed an inmate being "pinned" down by 4, 5, or 6 correction officers and putting handcuffs on the inmate. Inmate Carpenter stated he observed a correction officer use his knee to hold the inmate down. Inmate Carpenter stated he heard the inmate yell several times "let me up." Inmate Carpenter stated he observed a nurse come to the cell, giving the inmate a shot and then a second shot that caused the inmate to calm down. Inmate Carpenter saw the inmate stop moving but still handcuffed and then CPR was started.

This officer interviewed inmate Parris Hawkins, booking # 12-9839 being housed in cell# 441 who did not observe anything.

This officer interviewed inmate John Lewis, booking # 12-5256 being housed in cell# 443. Inmate Lewis stated he observed the incident by watching reflection on the television screen in the pod. Inmate Lewis stated he observed a nurse with a syringe in her hand, observed oxygen, observed a lot of correction officers and heard someone saying "get off of me, get off of me."

This officer interviewed inmate Kylon Lorenzo, booking # 12-9318 being housed in cell# 443. Inmate Lorenzo heard someone saying "please stop, please stop" and observed a nurse with two syringes and the Dayton Fire Department.

This officer interviewed inmate Gage Hurlburt, booking # 11-26806 being housed in the dayroom area. Inmate Hurlburt stated he observed the nurse and correction officers going up the stairs. Inmate Hurlburt stated he observed a nurse with a syringe in her hand did not see anything that occurred on the upper level of the pod.

| Report Officer | Printed At | |
|---|---|---|
| 98/CLYMER,JOHN M | 09/06/2012 10:13 | Page 2 of 4 |

**12-4696**  Supplement No 0005

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

This officer interviewed inmate Jessie Hubbs, booking # 12-4640 being housed in the dayroom. Inmate Hubbs stated he observed correction officers entering the pod and go to the upper level. Inmate Hubbs stated he observed the inmate being pulled out of the cell and being held down. The inmate was given a shot in the right arm by a nurse that caused him to calm down. Inmate Hubbs stated after three (3) or four (4) minutes the inmate went into full arrest.

This officer interviewed inmate Atravion Preston, booking# 12-798 being housed in the dayroom. Inmate Preston stated he observed correction officers running up the stairs to the upper level and could not see anything else.

This officer interviewed inmate Brandon Webb, booking # 12-3952 being housed in the dayroom. Inmate Webb stated he observed correction officers running up the steps and heard someone yelling. Inmate Webb stated he observed the officers holding someone down gave him a shot and then the "dude" was dead.

This officer interviewed inmate Shane Morris, booking # 12-9779 being housed in the dayroom. Inmate Morris stated he did not see anything but kept hearing a guy yelling and screaming. Inmate Morris stated he heard correction officers kept saying to stay down.

This officer interviewed inmate Ian Sowards, booking # 12-9762 being housed in the dayroom. Inmate Sowards stated he heard someone yelling get off of me approximately six (6) times and then some moaning and groaning.

This officer interviewed inmate Scott Reynolds, booking # 12-9094 being housed in cell# 438. Inmate Reynolds stated he observed the correction officers force the inmate to the floor with his face down with a knee on the head. Inmate Reynolds stated he observed a nurse give him a "shot in the ass". The inmate continued to be held face down but saying "let me up I can't breathe." Inmate Reynolds stated the inmate was given a second shot and then went limp and then CRP was started.

All interviews were added to reports and the written statements were added to the file.
On 5/20/12 at approximately 0930 hours this officer contacted Montgomery County Deputy Coroner Dr. Casto at the Coroner's to observe the post mortem examination. Dr. Casto advised upon examination of the deceased he did not observe any injuries to the deceased body, head, hands, torso with the exception of a slight bruise to the left flank. The deceased did not have any broken bones or any injury to the brain. Dr. Casto stated the deceased had an enlarged and dilated heart with 75% blockage to LAD, left anterior descending coronary artery. Dr. Casto stated based on what he had observed it appeared to be a sudden cardiac arrhythmia death with no evidence of trauma. Dr. Casto stated a toxicology examination will be completed with report issued.

On 6/7/12 this officer obtained a copy of the deceased's certificate of death dated 5/25/12. Dr. Casto ruled the manner of death as natural with the immediate cause being hypertensive and arteriosclerotic cardiovascular disease.

On 6/26/12 this officer obtained a copy of the postmortem examination report from Dr. Casto. The report included a supplementary medical certification ruling manner of death being an accident, immediate cause of cardiac arrhythmia due to hypertensive and cardiovascular disease. Additional other significant condition contributing to death was acute marijuana intoxication and obesity. This officer reviewed the attached toxicology report which reported a Tetrahydrocannabinaol (THC) level of 16ng/ml and 11-carboxy-tetrahydrocannabinol level of 63 ng/ml.

This officer contacted Dr. Casto who advised due to the high level of THC (marijuana) in the deceased body that it can cause at that moment stress on the heart. Dr. Casto further added due to the high level of THC caused a condition contributing to the acute marijuana intoxication.
This officer spoke to Dr. Marinetti, Ph.D., D-ABFT Chief Forensic Toxicologist reference the deceased's toxicology report. Dr. Marinetti stated the high level of THC (marijuana) indicates usage within several hours and not longer than six (6). All reports obtained from the Coroner's Office were attached to the file. Nothing further at this time.

Status
Closed

Detective J. M. Clymer #98

| Report Officer | Printed At | |
|---|---|---|
| 98/CLYMER, JOHN M | 09/06/2012 10:13 | Page 3 of 4 |

MC 1273

**12-4696**

Supplement No
0005

# MONTGOMERY COUNTY SHERIFF'S OFFICE

**Narrative**

# Montgomery County Sheriff's Office - County Jail

## Incident Report

## Incident Information

| Incident No | Incident Date | Incident Time | Oper | | Date | Time |
|---|---|---|---|---|---|---|
| 12-668 | 05/19/2012 | 15:22 | 1157 | | 05/19/2012 | 16:32 |

| Report Officer | Reporting Officer | | | | | |
|---|---|---|---|---|---|---|
| 1157 | RADER, LARRY | | | | | |

| Reviewing Off | Review Date | Review Time | Reviewing Officer | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Reopen Officer | Reopen Date | Reopen Time | Reopening Officer | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Facility | Floor | Cell | Other Location | | | |
|---|---|---|---|---|---|---|
| CJ | D | 544 | | | | |

| Incident Type | Incident Literal | | | Report No | Criminal Chg Fld | Status |
|---|---|---|---|---|---|---|
| MEDI | MEDICAL | | | | N | I |

| No Invl Officers | No Invl Inmates | No Invl Other | Tot Invl Persons | | | |
|---|---|---|---|---|---|---|
| 12 | 1 | 7 | 20 | | | |

**Remarks**
Inmate Richardson passed away in Delta Pod cell number 544. Bo

## Involved Persons/Officers

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 1041 | OTHR | |

**Name**
BENJAMIN, TONYA N

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 1157 | OTHR | |

**Name**
RADER, LARRY

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| RELINM | VIC | Victim | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | | | |

**Name**

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 266 | OTHR | |

**Name**
JACKSON, TED L

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 823 | OTHR | |

**Name**
LEWIS, BRIAN M

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | 344 | OTHR | |

**Name**
FOSTER, FELICIA T

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | N127 | OTHR | |

**Name**
MILES, KRISANDRA

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |
| | | | | | N128 | OTHR | |

**Name**
KRUSE, KRISTY

# Montgomery County Sheriff's Office - County Jail

## Incident Report

### Involved Persons/Officers

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| STAFF | STA | MCSO STAFF | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off N089 | Off Involvement OTHR | |

**Name**
STOCKHAUSER, STEVEN

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 1137 | Off Involvement OTHR | |

**Name**
BEACH, MICHAEL

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 1132 | Off Involvement OTHR | |

**Name**
STUMPFF, MICHAEL T

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 403 | Off Involvement OTHR | |

**Name**
SMILEY, SHANNON NYREE

| Person Type | Involvement Code | Involvement | | Facility | Floor | Cell | Oper |
|---|---|---|---|---|---|---|---|
| INMATE | WIT | Witness | | CJ | B | 227 | 1041 |
| MNI 60654 | Jail ID P-68366 | Booking No 1208713 | Reference No | Reference Type | Involved Off | Off Involvement | |

**Name**
MAXWELL, MARCUS JEROME

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 916 | Off Involvement OTHR | |

**Name**
MAYES, KEITH T

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 746 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 746 | Off Involvement OTHR | |

**Name**
JOHNSON, DUSTIN L

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 746 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 1197 | Off Involvement OTHR | |

**Name**
HENNING, MATTHEW

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | STA | MCSO STAFF | | | | | | 1163 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 1163 | Off Involvement OTHR | |

**Name**
WITTMAN, ANDREW

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| OFFICR | OFF | Officer | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off 1156 | Off Involvement OTHR | |

**Name**
MARSHALL, BRADLEY

| Person Type | Involvement Code | Involvement | | | | | | Oper |
|---|---|---|---|---|---|---|---|---|
| STAFF | MED | Medical Staff Member | | | | | | 1041 |
| MNI | Jail ID | Booking No | Reference No | | Reference Type | Involved Off N126 | Off Involvement OTHR | |

**Name**
BOEHRINGER, JONATHON

## Montgomery County Sheriff's Office - County Jail

### Incident Report

#### Involved Persons/Officers

| Person Type | Involvement Code | Involvement | | | | | Oper |
|---|---|---|---|---|---|---|---|
| XXXX | OTH | Other | | | | | 823 |
| MNI | Jail ID | Booking No | Reference No | Reference Type | Involved Off | Off Involvement | |

| Name |
|---|
| RICHARDSON, ROBERT A |

#### Primary Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1157 | 05/19/2012 | 16:32:10 |

On Saturday May 19th, 2012, I was assigned as the Delta Pod Officer on Third Watch. At approximately 1522, Security Control called over the radio of a possible medical emergency in Delta Pod ,cell 544. When units arrived on scene Inmate Robert Richardson (12-9824) was found on the floor of the cell having some type of unknown medical emergency.

Officers were unable to control Inmate Richardson, who thrashing around, so he (Richardson) was secured in handcuffs. Numerous Officers had to maintain control of Inmate Richardson while medical staff attempted to treat Inmate Richardson. The inmate continued kicking at Officers that were trying to assist him. Soon after, Inmate Richardson received one injection, and shackles were also applied (replacing the two sets of handcuffs) to the inmates hands because of his size.

A few minutes after receiving the injection, Inmate Richardson stopped resisting officers. At 1546 chest compressions were started by Officers Marshall, Beach, Stumpff and Mayes. At approximately 1550 hours, the Dayton Fire Department arrived and took over emergency medical care.

At approximately 1608 hours, Inmate Richardson was pronounced deceased. I remained in the pod as EV Tech Shutts arrived in the Pod to take pictures of the incident scene, the Coroner's Office investigator and Montgomery County Sheriff's Office detectives conducted their investigation.

Copies of the Divar Video(s), Detex Log(s) and scene log will accompany this report.

Respectfully Submitted,
Corrections Officer L.D. Rader 1157

#### Supplemental Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| C022 | 05/22/2012 | 21:04:30 |

On May 19, 2012, I was assigned as the Third Watch SBH Crisis Therapist. I was informed of the crisis situation that occurred in D-pod and was called to the pod by Captain Crosby who requested that I speak with all D-Pod inmates in order to process their feelings and reactions to the traumatic event they witnessed as a result of a fellow inmate dying.

I was assisted by Co Rader to break down the pod into 3 groups for Crisis/trauma Debriefing sessions. In these groups it was apparent that the inmates were experiencing a multitude of feelings/emotions. Many of the inmates stated the event traumatized them and they shared about having anxiety, anger , grief, shock, fear, irritability, loss of emotional control, depression, feeling overwhelmed, blaming others and some voiced compassion and concern for the inmate and his family.

Each Debriefing session started out by me introducing myself and sharing my professional credentials of being a Master's Social Worker, Licensed Social Worker and a Licensed Independent Chemical Dependency Counselor.

1. I informed them that I was not conducting an investigation, but shared the purpose of this group was to acknowledge that the strong emotions that they were experiencing are normal reactions to an abnormal situation. The atmosphere was calm but the overall mood was intense, some inmates were withdrawn and somewhat guarded, some displayed emotional outburst of anger which I was able to easily re-direct and normalize their feelings.

2. We discussed how the word "crisis " in Chinese means an opportunity to change and this definition was used to help de-escalate their anger in regards to what they considered to be mistakes that were made by the jail and

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 3 of 14 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

medical staff in handling the deceased inmate. We also talked about this being an opportunity for them to turn their lives around and not return to the jail system. Many inmates repeatedly stated "it could of been me" which many admitted was their first thought as they witnessed Inmate Robert Richardson (12-9824) being in medical distress.

3. Some inmates were able to share additional information regarding Inmate Robert Richardson (12-9824) medical situation since the roommate was re-housed in D- Pod. This was helpful to the inmates which assisted in lessening their "perceived" blame towards some jail/medical staff.

Finally we discussed some stress reducing techniques that would be beneficial to relieve anxiety and other feelings, techniques such as admitting how they feel, talking with a cellmate or writing a kite to speak with SBH or the Chaplain were suggested. There were no individual inmates that stood out during these sessions and I have nothing further to report.

Respectfully Submitted,

Stephanie Harvey MSW, LSW, LICDC
Samaritan Behavioral Health
Therapist II

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 823 | 05/21/2012 | 00:58:25 |

On Saturday, May 19, 2012, I was assigned as the Booking Sergeant at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1522 hours, I responded to Delta Pod, cell 544, for an unknown medical emergency. When I arrived to cell 544, located on the second level of Delta Pod, I observed Officer D. Johnson, Officer Henning and Sergeant Jackson attempting to secure Inmate Robert Richardson (12-9824) in handcuffs. Inmate Richardson was face down and resisting officer's attempts to secure him. Myself and Officer Stumpff, who had also arrived, assisted with gaining control of Inmate Richardson arms to assist with securing him in handcuffs. A few moments later, we were able to secure Inmate Richardson, utilizing two sets of handcuffs.

Officers continued to maintain control of Inmate Richardson's legs and arms as he continued to be resistive, attempting to get up from the ground and trying to free his legs and arms. Inmate Richardson also had blood coming from his mouth and occasionally muttered unintelligible remarks. Inmate Richardson's tone and demeanor was similar to that of an intoxicated subject. Officer's and medical staff continued to advise Inmate Richardson to calm down, stop resisting and allow us to help him. Medic Stockhauser had already arrived and was attempting to provide oxygen and provide additional medical care to Inmate Richardson. Inmate Richardson was repeatedly asked to tell us (staff) what was wrong with him. Inmate Richardson was only able to verbalize a few words we were able to understand, such as: "get off me" and "let me up." While officers and medical staff attended to Inmate Richardson, I searched cell 544, which he shared with Inmate Marcus Maxwell. I did not find anything, such as: pills, marijuana, crack cocaine, heroin, or any other substance that could have caused Inmate Richardson's unexplained behavior or unknown medical condition.

Officers D. Johnson and Henning were replaced by Officers Beach, Mayes and Marshall, who continued to maintain control of Inmate Richardson, to prevent him from further injuring himself. Sergeant Jackson and I requested the Emergency Restraint Chair be brought to the Pod, so Inmate Richardson could be controlled without causing injury to himself or staff. Additionally, this would allow staff to handle Inmate Richardson more easily, as we planned to relocate him to the first floor to continue to assess his unexplained condition.

As we waited for the restraint chair, we replaced Inmate Richardson's two sets of handcuffs with leg shackles to allow better mobility and better access for medical. Additionally, Nurse Miles attempted to give Inmate Richardson an injection, but was unsuccessful. Soon after, Nurse Foster arrived with another injection and successfully administered the injection into Inmate Richardson's buttocks.

Officers continued to maintain control of Inmate Richardson, while we waited for the injection to have an effect on Inmate Richardson. A few minutes passed and Inmate Richardson demeanor changed, he was no longer

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 4 of 14 |

Montgomery County Sheriff's Office - County Jail

Incident Report

**Supplemental Narrative**

resisting. Officers Mayes and Stumpff were instructed to check Inmate Richardson's breathing. After a few moments they determined Inmate Richardson was not breathing. Officers Beach, Mayes, Marshall and Stumpff immediately began Cardio Pulmonary Resuscitation efforts (CPR), while medical returned to the second level. I immediately requested Dayton Fire respond. An AED had also already been requested by officers.

Dayton Fire arrived within a few minutes and took over Emergency Medical Treatment. Additionally, Dr. Ellis was also present upon Dayton Fires arrival. After approximately 20 minutes of resuscitation attempts, Dayton Fire and Dr. Ellis determined that any additional attempts of resuscitation would be futile. Dr. Ellis terminated the resuscitation efforts, pronouncing Inmate Richardson deceased, at 1608 hours.

I immediately began gathering information necessary to conduct a complete investigation by investigators. I also contacted Sergeant Whalen and advised him of the situation and requested he begin making required phone calls to initiate call-out procedures.

While awaiting investigators, I conducted a preliminary interview with Inmate Richardson's cell-mate, Inmate Marcus Maxwell (12-8713). Inmate Maxwell stated the following: He had been housed with Inmate Richardson since Thursday, May 17, 2012. Inmate Maxwell stated Inmate Richardson slept most of the first day, because he (Richardson) did not get much sleep while he was on the first floor awaiting placement in a housing unit. Inmate Maxwell stated they both got along fine and Inmate Richardson was fairly talkative. I asked Inmate Maxwell if Inmate Richardson ever reported or appeared sick. Inmate Maxwell said Inmate Richardson told him (Maxwell) he was starting to feel sick on Friday, May 18, 2012; however, Inmate Maxwell stated he thought Inmate Richardson was depressed about being in jail. Inmate Maxwell stated Inmate Richardson never requested medical or asked for a Medical Kite. The only kites either of them asked for were for trying to get approved as Pod Workers.

Inmate Maxwell stated Inmate Richardson woke up this morning, Saturday, May 20, 2012, and spit some type of clear substance/fluid in the toilet, but never vomited. They continued to talk during the early morning and medical arrived and took Inmate Richardson's blood pressure. Inmate Maxwell said Inmate Richardson returned from visitation with his fiancé' at approximately 1505 hours and was in good spirits, talking about completing his 30 days and going home. A few moments later Inmate Richardson stood up and walked over to the sink and bent down to get a drink of water. Inmate Maxwell stated Inmate Richardson suddenly jerked upwards, let out an indescribable yell, fell backwards onto his buttocks and began spitting out blood from his mouth. Inmate Richardson then slumped over onto the cell floor, and his hands drew upwards with clenched fists. Inmate Maxwell said Inmate Richardson's body was shaking as if having a seizure. Inmate Maxwell stated he hit the Steno and requested assistance. Inmate Maxwell stated he attempted to roll Inmate Richardson on his side, because he thought Inmate Richardson had stopped breathing. Inmate Maxwell stated approximately 20 seconds later, Inmate Richardson started moving, but appeared confused and disoriented. A few seconds later corrections officers arrived and removed Inmate Richardson from the cell and secured him (Richardson) in handcuffs.

I asked Inmate Maxwell if he observed any officers act inappropriately, punch, kick or otherwise use unnecessary force on Inmate Richardson. Inmate Maxwell stated, "No, but it shouldn't have taken four of you to handcuff him. It was a little excessive." I thanked Inmate Maxwell for his statement and concluded my contact with him.

Once detectives arrived I provided them with all pertinent information I had obtained regarding this incident. I was in and out of the pod, during the remaining investigation, as I attempted to attend to other duties within the jail.

At 2315 hours, I conducted a debriefing with officers and medical staff. Additionally, SBH educated officers and medical staff about the various coping mechanisms associated with this type of incident. Staff was also advised SBH was available for consultation if needed and employees were also instructed on how to receive off-site counseling if needed.

I will forward all other documentation, such as: Divar Video(s), Detex Log(s), AED information and scene logs, with this jail incident.

Respectfully,

Sergeant B.M. Lewis #823

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 5 of 14 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N086 | 05/20/2012 | 15:08:50 |

On 05/19/2012, I was the RN on duty in medical. At approximately 1522 hours, a call came across the radio for additional units to respond to Pod D cell #544 for an unknown medical emergency. Medic Steve responded from first floor and Nurse Krissandra responded from medical. Approximately 2 minutes later, Medic Steve called via radio and asked for additional medical units to respond. Nurse Kristy and I responded. Upon arrival, Inmate Robert Richardson (12-9824) was on the floor outside of cell #544 actively struggling with several corrections officers and seemed to be disoriented. Due to not having enough medical information on Inmate Richardson, I returned to medical to look up his medical history and speak with Dr. Ellis (who was onsite) about him. It was determined, after checking this inmate's medical history and allergies, to administer Ativan 2mg intramuscularly to calm him. I drew up the Ativan and gave the injection to Nurse Kristy to take to Pod D. Approximately 2-3 minutes later, I was advised by Nurse Kristy that the injection was unsuccessful and the medication had aspirated from the syringe. I then received a new order from Dr. Ellis for a second injection. After drawing up the second injection, I responded back to Pod D and administered the injection into Inmate Richardson's right gluteal muscle. It was then determined by Sgt. Jackson, that Inmate Richardson be placed in the restraint chair, for his security, as well as others, until he was more calm. After approximately 2-3 minutes, I returned to medical. It should be noted, that prior to the injection being administered, Inmate Richardson was actively struggling with officers and continued to struggled after the injection was administered.

After returning to medical, I heard a call via radio, to have an ambulance respond to the jail. I immediately called Pod D and was told by C/O Smiley that Inmate Richardson was now unresponsive. Dr. Ellis, Nurse Jon and I immediately responded to Pod D. Upon arrival, corrections officers were administering CPR. Inmate Richardson was unconscious with no pulse present. I took over artificial respirations as corrections continued with chest compressions.

Dayton Fire and Rescue arrived on scene and took over with ACLS protocol. After several more minutes of unsuccessful resuscitation attempts, Dayton Paramedics reported their findings to Dr. Ellis, who then called time of death at 1608 hours.

Respectfully submitted,

Felicia Foster, RN #N110

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N086 | 05/20/2012 | 12:48:21 |

On May 19, 2012 I was assigned as the Nurse in medical on 3rd watch. At approximately 1525 hours, I was asked to respond to D-pod for an inmate who was later identified as, Inmate Robert Richardson (12-9824). Upon arrival the inmate was laying on his stomach and first floor medic was assessing Inmate Richardson. Nurse Foster and I returned to medical to speak with Dr. Ellis and orders were given to administer IM injection. Nurse Miles attempted to administer the shot; however, the syringe malfunctioned. Nurse Foster then brought up another injection and it was administered. I then returned to medical and heard jail staff request Dayton Fire Medics respond to the jail for an unresponsive. I was called to bring another oxygen tank up to D pod, upon arrival they had already started CPR.

Respectfully submitted,
Kristy Kruse N125

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1197 | 05/20/2012 | 10:21:40 |

On 05/19/2012, I was assigned to Prints and Photos with Field Training Officer D. Johnson #746 on second watch. At approximately 1522 hours, Field Training Officer D. Johnson and I responded to D-Pod for an unknown medical call in cell #544.

Upon entering D-Pod, I observed Corrections Officer Benjamin #1041 opening the cell door for cell #544. I heard an elevated voice of concern and observed an inmate seated on the floor. He was later identified as Inmate Robert Richardson (12-9824). Also in cell #544 was another inmate, later identified as Marcus Maxwell (12-8713). He was telling Richardson to remain on the floor. Maxwell appeared to be trying to calm Richardson down. Richardson appeared to be in a daze, unaware of what was going on, and in state of panic; blood was on his face

| Montgomery County Sheriff's Office - County Jail |
| --- |
| Incident Report |
| Supplemental Narrative |

and in the mouth and nose area. To prevent an unintentional attack on Corrections officers or hurting himself, he was assisted onto his stomach and secured with two pairs of handcuffs. Richardson continued to struggle while on his stomach and was kicking his legs. I placed my left knee over his lower legs to prevent him from kicking. Richardson still appeared to be in a state of panic and disorientation.

Sergeant Jackson then ordered third watch to replace second watch personal due to shift change. Following that order, I was replaced and exited the pod with Field Training Officer D. Johnson.

Respectfully Submitted,
Corrections Officer M. H. Henning #1197

| Report Officer | Date Reported | Time Reported |
| --- | --- | --- |
| 266 | 05/20/2012 | 09:17:45 |

On May 19, 2012, I was assigned as the Housing Sergeant on second watch at the Montgomery County Jail, located at 330 W. Second Street, Dayton, Ohio. At approximately 1520 hours, I responded to housing location, D Pod in response to a call for assistance. The assigned Corrections Officer to D Pod, Officer Benjamin called for assistance reference a medical issue in cell 544. Upon entering the pod, I responded with Officer's D. Johnson and Henning to cell 544 located on the second level of the housing unit. Officer Benjamin was at the cell door and opened it as we arrived. Officer Johnson and I entered the cell and observed Inmate Robert Richardson sitting on the floor. Inmate Richardson's cell-mate, Inmate Marcus Maxwell appeared to be providing assistance to Inmate Richardson by holding him still and trying to keep him from getting up.

Upon entering the cell, Inmate Richardson was in a seated position facing the outside wall in close proximity to the cell door. Inmate Richardson was attempting to stand up or roll forward and appeared to be disoriented and in a state of panic. Inmate Richardson's movements and physical demeanor was lethargic and unbalanced. We began to give verbal orders to Inmate Richardson, instructing him to stay seated but he did not respond. Inmate Richardson turned his head toward me and I could see he had blood and saliva coming from his mouth. Inmate Richardson had a dazed / unfocused expression on his face and didn't appear to be comprehending our verbal direction or events going on around him. Based on my initial observations related to Inmate Richardson's physical condition, behavior and comprehension, it seemed he was experiencing an unknown medical issue.

Officer Johnson and I grabbed Inmate Richardson to control his movement to prevent him from injuring himself. Because of the confined space in the cell and Inmate Richardson's physical size, Officer Johnson and I pulled him out of the cell and onto the walkway. Inmate Richardson began thrashing around and did not respond to verbal direction. Inmate Richardson was laying face down, kicking his legs, pulling his arms up towards his upper body and tried to push himself up. Inmate Richardson was also verbally grunting and breathing heavily. Officer Johnson and I made several verbal attempts to get Inmate Richardson to calm himself, relax and stop moving. Inmate Richardson would not respond to our verbal direction and became more uncontrollable. I retrieved my hand restraints and ordered Inmate Richardson be secured in them for his safety and ours. With the assistance of Officer Johnson, Inmate Richardson's left arm was placed behind his back and I secured his wrist in the restraint. Because of Inmate Richardson's size, a second set of hand restraints were utilized by Officer Johnson to assist in securing his right wrist. Officer Stumpff and Sergeant Lewis assisted in placing Inmate Richardson's left arm behind his back and his right wrist was then secured. During this incident, several more verbal attempts were made to get Inmate Richardson to calm himself, relax and stop moving. We were also unable to illicit any information from Inmate Richardson or a response that was comprehensible. Inmate Maxwell was safely removed from the cell, relocated and later debriefed.

After Inmate Richardson was secured in hand restraints, he was actively thrashing around and grunting. Officer Johnson, Henning and Stumpff continued to control him from moving around and he was repositioned onto his right side. At this time, medical personnel to include Medic Stockhauser arrived at the incident and began medical assistance. Medic Stockhauser attempted to gather information from Inmate Richardson and illicit a response, but was unsuccessful. Medic Stockhauser attempted to put an oxygen mask on Inmate Richardson as he began moving his head around. Inmate Richardson finally started to say, "Get that off me." He also repeated, "I need out" and "Get me out of here." Inmate Richardson would not respond back to any verbal dialog or answer any questions.

While medical personnel was trying to treat Inmate Richardson, a decision was made by medical to give him an

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

injection to calm him. Also, I had Officer Johnson and Henning replaced by third watch officer's responding to the incident. Officer's continued to hold Inmate Richardson's legs and both arms while he was being treated by Medic Stockhauser, who was supporting his head. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size. Sergeant Lewis and I made the decision to remove the hand restraints and apply leg shackles in order to make it easier for medical to assess and move Inmate Richardson.

Officer's continued to restrain Inmate Richardson's legs and arms. Officer Mayes also replaced Medic Stockhauser with supporting his (Richardson's) head. Nurse Miles arrived to the incident and administered the first injection. Prior to the completion of the injection, the syringe malfunctioned and the injection was deemed unsuccessful. A short time later, a second injection was successfully administered by Nurse Foster in the right buttocks. While waiting for the shot to take affect, it appeared Inmate Richardson's medical condition was still undetermined and he was actively thrashing around. The Emergency Restraint Chair was ordered to the pod and was going to be utilized to safely secure Inmate Richardson, so he could be moved from the upper level of the pod to the first floor for further medical treatment.

While observing Inmate Richardson after the second injection, he appeared to calm down. Approximately two to three minutes later, I observed Inmate Richardson lying still and required no restraint. Medical personnel relocated to the first level of the pod to await the Emergency Restraint Chair. As I Continued to observe Inmate Richardson, I could not hear him breathing or see his chest area rise and fall like I could moments before. I immediately asked Officer Mayes to check his breathing. Officer Mayes and Officer Stumpff starting checking for breathing and a pulse and advised he appeared unconscious. Officers rolled Inmate Richardson over onto his back and continued to check for breathing and a pulse. Officer Mayes and Stumpff advised they could not find a pulse and it appeared he was not breathing and immediately began CPR procedures.

The First Aid Kit from the workstation was retrieved in addition to medical personnel responding back to the second level. Officer Beach assisted Nurse Miles with removing Inmate Richardson's shirts and began chest compressions. Officer Wittman provided Officer Stumpff with a First Aid Mask and he (Stumpff) began rescue breaths. Sergeant Lewis then notified Security Control that Dayton Fire Department was needed to respond. Officers took turns giving sets of compressions and breaths to Inmate Richardson. The AED was retrieved and Medic Stockhauser prepared the unit as officers applied the pads. The AED performed an initial cycle and no shock was advised. As officers and medical staff continued to perform CPR on Inmate Richardson, I responded to the first floor and retrieved the first responding Dayton Fire Department medics. While escorting them to Pod D, I briefed them on the incident.

Dayton Fire Department medics took over and continued CPR measures. A short time later, Inmate Richardson was pronounced deceased by the Dayton Fire Department and Dr. Ellis. The scene was secured and I had Officer Beach remain with Inmate Richardson. Sergeant Lewis started gathering information from all persons involved and Sergeant Whalen assisted with administrative notifications.

Respectfully Submitted,

Sergeant T. Jackson #266

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 746 | 05/20/2012 | 08:34:12 |

On 05/19/2012, I was assigned as the Prints and Photos Officer on second watch. At approximately 1522 hours, I responded to D-Pod for an unknown medical condition in Cell #544.

I entered the pod and observed Corrections Officer Benjamin #1041 opening the door to Cell #544. I heard a commotion coming from the cell. I looked in the cell and observed Inmate Robert Richardson (12-9824) on the ground. Inmate Richardson appeared disoriented and in a panic. I also observed Inmate Marcus Maxwell (12-8713) who appeared concerned and was attempting to assist Richardson. Maxwell was telling Richardson to stay seated. Additionally, I observed blood coming from Richardson's mouth area.

I attempted to speak with Inmate Richardson, but he appeared disoriented and out of touch with reality. He was flailing around, moving and appeared to be in a panic. Fearing an unintentional attack on staff, I assisted

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 8 of 14 |

MC 1282

| Montgomery County Sheriff's Office - County Jail |
| :--- |
| Incident Report |
| **Supplemental Narrative** |

Richardson onto his stomach and secured his left arm behind his back. Sergeant Jackson was able to secure his left arm into handcuffs. Because of his size and stature, I used a second pair of handcuffs and with assistance for Officer Stumpff and Sergeant Lewis, we were able to secure his (Richardson's) right arm. Richardson continued to struggle and failed to answer questions. I straddled his lower hips in an attempt to control Richardson's movements, so he would not injure himself or staff. Richardson still appeared to be in a panic and unaware of what was happening.

Sergeant Jackson then ordered third watch staff to replace second watch staff. I exited the pod without further incident.

Respectfully Submitted,

Corrections Officer D. L. Johnson #746

| Report Officer | Date Reported | Time Reported |
| :--- | :--- | :--- |
| 1163 | 05/19/2012 | 22:05:02 |

On Saturday, May 19, 2012, I was assigned as the Third Floor Officer on second watch. At approximately 1522 hours, I was on the platform turning in my keys and giving the next watch's Third Floor Officer pass ons, when Security Control radioed for available units to respond to D-pod, cell 544, for an unknown medical issue.

When I arrived to Delta pod, I stayed at the Commander while other units responded to the cell. While at the Commander, I observed Inmate Robert Richardson (12-9824), actively resisting Officers outside of cell 544. Officers tried to calm Inmate Richardson but the inmate kept thrashing his body and telling Officers to "get the fuck off of me". Officers placed restraints on Inmate Richardson to prevent him from causing injury to himself or staff.

When medical arrived at cell 544, First Floor Medic Stockhouser arrived and assessed and began treatment. Inmate Richardson continued to resist all efforts by continuously thrashing his body. I then relieved Inmate Stumpff in controlling Inmate Richardson's left arm due to this inmate being uncooperative and aggressive. At this time, I also observed blood around Inmate Richardson's face/mouth region.

Nurse Foster arrived at the pod and gave Inmate Richardson an injection. Within minutes, Inmate Richardson stopped resisting. Shortly thereafter, Inmate Stumpff checked to see if Inmate Richardson was breathing and Officer Stumpff did not hear anything coming from his mouth. We then rolled Inmate Richardson on his back to see if his chest was rising and determined he (Richardson) was not breathing. Officers immediately started CPR procedures.

As officers administered compressions, I retrieved the first aid kit, which contained breathing mask and I radioed for an available unit to respond to the pod with the AED device. Officer Hartley responded with the AED device and handed it to me. Once I had the AED, I immediately relocated to cell 544 and assisted Medic Stockhouser with prepping the AED for use. Once ready Medic Stockhouser took over with using the device.

I remained on the second level to assist with resuscitation efforts, if I was needed. As officers continued CPR, Dayton Fire crews arrived onscene and took over CPR and emergency medical treatment.

As Dayton Fire crews continued their efforts to resuscitate Inmate Richardson, I relocated to the lower level. Sergeant Jackson instructed me to report back to my third watch duties (Dress-In).

Respectfully,

Officer A.S. Wittman #1163

| Report Officer | Date Reported | Time Reported |
| :--- | :--- | :--- |
| 913 | 05/19/2012 | 22:02:02 |

On Saturday, May 19, 2012 I was assigned to records. At approximately 1546 hours, I heard a radio request for the AED to be brought to Delta Pod. I immediately responded from the platform area with the AED. Once off the elevator the AED was handed off to CO Wittman and it was taken directly into Delta Pod.

Respectfully Submitted,

Corrections Officer M.C. Hartley #913

| Printed At | Incident No | |
| :--- | :--- | :--- |
| 05/25/2012 09:44:08 | 12-668 | Page 9 of 14 |

MC-1283

## Montgomery County Sheriff's Office - County Jail

## Incident Report

**Supplemental Narrative**

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 916 | 05/19/2012 | 21:40:19 |

On Saturday, May 19, 2012, I was assigned at the Third Watch Classification Officer. At approximately 1530 hours, I responded to Delta Pod to assist with an unknown issue with an inmate. As I stepped up to cell 544, Inmate Robert Richardson (12-9824) was laying on the floor and struggling with officers. Inmate Richardson was handcuffed and stating,"I need out". Medic Stockhauser was trying to administer oxygen by non-rebreather mask, as Inmate Richardson was struggling with officers.

I took control of Inmate Richardson's shoulders to keep him from trying to roll over and to prevent him from injuring himself. While doing so, Nurse Miles attempted to administer a shot to Inmate Richardson but the syringe malfunctioned. While waiting for medical to arrive with another shot, Inmate Richardson continued to struggle with staff. Nurse Foster arrived and administered the shot to Inmate Richardson. A few minutes after receiving the shot, Inmate Richardson became still and unresponsive. Inmate Richardson was rolled over onto his back and I checked for a carotid pulse. No pulse was found. Officer Beach started chest compressions and Officer Stumpff started giving breathes to Inmate Richardson. Sergeant Lewis immediately notified Security Control that Dayton Fire Department was needed to respond. Officer Beach, Officer Marshall, Officer Stumpff and I continued to rotate and administer chest compressions, while medical staff administered oxygen to Inmate Richardson. The AED was brought to Delta Pod and the pads were applied to Inmate Richardson. The AED prompt advised "no shock advised" and chest compressions were continued by officers.

Once Dayton Fire Department arrived in Delta Pod, they took over all medical care of Inmate Richardson. At approximately 1608 hours, Inmate Richardson was pronounced deceased by Dr. Ellis and I remained in Delta Pod to assist Officer Rader.

Respectfully Submitted,

Corrections Officer K.T. Mayes 916

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1137 | 05/19/2012 | 21:11:12 |

On Saturday, May 19, 2012, I was assigned as the Alpha-Pod Officer for Third Watch. At approximately 1528 hours, I went to Delta Pod reference an earlier radio call requesting officers for an unknown medical emergency. When I arrived in the pod, I noticed several officers at cell 544 with Inmate Robert Richardson (12-9824), who was laying on the floor.

I made my way to cell 544, where several officers already had Inmate Richardson secured in handcuffs. Inmate Richardson was thrashing his legs around trying to break free from the officer's grasp. At this time, I relieved Officer D. Johnson, who had Inmate Richardson's feet secured underneath him.

As I was holding Inmate Richardson's feet underneath me, he was still attempting to free his feet and was also make unintelligible remarks. As officers continued to maintain control of Inmate Richardson, Nurse Miles attempted to administer an injection, but it failed. Soon after, Nurse Foster arrived with another injection, which she successfully administered.

After a few minutes, Inmate Richardson stopped thrashing around and was lying there calm. Moments later Sgt. Jackson asked if Inmate Richardson was still breathing. It was at this time, that Officer Stumpff advised that Inmate Richardson was unresponsive and not breathing.

At approximately 1546 hours, Officer Stumpff called for the breathing mask and AED to be brought to our location. Officers immediately rolled Inmate Richardson onto his back and I immediately began chest compressions. After a few moments, the AED arrived. I then cut Inmate Richardson's uniform shirt and white t-shirt off so the pads to the AED could be applied. Once the AED was hooked up, it advised "no shock" and to begin CPR. I immediately restarted CPR and continued CPR (with assistance from other officers) until Dayton Fire arrived.

At approximately 1550 hours, Dayton Fire arrived and took over CPR and care of Inmate Richardson.

At approximately 1608 hours, Dayton Fire reported to Dr. Ellis (who was onscene) their findings. At that time, Dr. Ellis pronounced Inmate Richardson deceased.

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 10 of 14 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

Sgt. Jackson then ordered me to stay at the scene and to make sure nothing gets disturbed. I remained at the scene while EV Tech Shutts took photographs. The coroner arrived and removed Inmate Richardson's body. I stayed in the pod while the detectives conducted interviews with the remaining inmates in the pod.

The detectives and myself left the pod at approximately 2042 hours.

Respectfully Submitted,

Corrections Officer M.L. Beach 1137

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N089 | 05/19/2012 | 20:20:58 |

On May 19, 2012, I was the Third Watch Medic. At approximately 1522 hours, Medical and additional units were requested to D-pod on a medical emergency.

Upon my arrival, Inmate Robert Richardson (12-9824) was on his stomach with upper left torso raised. Inmate Richardson was also combative. Blood tinged saliva was noted to his face and mouth. Inmate Richardson was very sweaty and non-responsive to verbal or painful stimuli. Inmate Richardson kept yelling "I want loose" and "get out of here."

I attempted to clear the blood and saliva away from Inmate Richardson's mouth and nose, while doing so he tried to bite me. I administered oxygen, at 15 liters per minute, via non-rebreather mask. Inmate Richardson continued to fight the oxygen. All attempts to obtain any blood pressures were not able to be obtained due to his combativeness. I requested additional medical personal to respond to assist.

Nurse Miles LPN, called medical for an order of Ativan to be given to Inmate Richardson, to calm him down. The first injection was unsuccessful and another injection was brought up and administered by Nurse Foster RN. A restraint chair was brought to the pod for use to take him to medical once he was calmed. I took my medical bag back to the main floor when the corrections staff advised Inmate Richardson was not breathing and pulseless. CPR was in progress when I arrived back on the upper level and Dayton Fire had already been requested. An AED was brought to the Pod and I instructed the corrections staff as to the placement of the pads.

Initial AED prompt advised "NO SHOCK ADVISED." Chest compressions and ventilations were performed with corrections staff rotating through compressions. AED prompts during entire rescue attempt advised "NO SHOCK ADVISED."

Dayton FD arrived and intibated Inmate Richardson, along with attempting IV access. After approximately 20 minutes of resuscitation efforts, Dayton Fire advised Dr. Ellis (on scene) that they wanted to stop rescue attempts. Dr. Ellis agreed with Dayton Fire and all rescue attempts stopped at 1608 hours.

Steven Stockhauser EMT-I
Naphcare Medical

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N127 | 05/19/2012 | 20:20:45 |

On May 19, 2012, I was assigned as the Charge Nurse in medical on third watch. At approximately 1520 hours, I was asked to respond to D-pod for an inmate who was later identified as Robert Richardson (12-9824), who was reported to be having seizures. Upon arrival, Inmate Richardson was not seizing, but was being semi-combative with the corrections staff. Oxygen was applied to Inmate Richardson, as he continued to resist officers attempts maintain control of him. An injection was ordered for the Inmate Richardson. I attempted to administer the injection; however, it failed. Nurse Foster arrived with another syringe and administered the injection. At this time, EMT Steve and myself went to the lower level of D-pod to talk with Inmate Richardson's roommate. The corrections staff called down and advised Inmate Richardson stopped breathing. We responded back up to the upper level where the corrections staff were cutting away at Inmate Richardson's shirt to apply the AED and start CPR. CPR was administered until Dayton Fire and Rescue arrived and took over CPR and other resuscitation efforts.

Dr. Ellis called the time of death for Inmate Richardson, at 1608 hours.

Respectfully Submitted,

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 11 of 14 |

Montgomery County Sheriff's Office - County Jail

Incident Report

**Supplemental Narrative**

Krisandra Miles LPN

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| N126 | 05/19/2012 | 19:16:12 |

On May 19, 2012, I was assigned to medical on third watch. At approximately 1545 hours, I heard radio traffic that an ambulance was being dispatched for Inmate Robert Richardson (12-9824). RN Foster called the delta pod officer to determine what the problem was. It was reported to RN Foster, Inmate Richardson had stopped breathing. RN Foster, Dr. Ellis, and myself responded to delta pod to assist. When we arrived, Inmate Richardson was lying unconscious on the floor still restrained. CPR was being performed by corrections staff. RN Foster assumed the duties of providing artificial respirations, while I attempted to gather vital signs on the inmate. Corrections staff were rotating chest compressions. RN Foster requested Inmate Richardson's restraints be removed, which was done immediately by corrections officers.

Dayton Fire and Rescue then arrived on the scene and started their advanced cardiac life support protocols. The Dayton Paramedic on scene reported his findings to Dr. Ellis who then called time of death at 1608 hours.

Respectfully Submitted,
Jon Boehringer LPN

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 403 | 05/19/2012 | 19:09:37 |

On May 19, 2012, I was assigned as the Second Watch Medical Escort. At approximately 1520 hours, I responded to Delta Pod for a Medical Emergency. Upon entering Delta Pod, I observed Inmate Robert Richardson (12-9824), actively resisting officers at the door of cell 544. I observed Inmate Richardson being handcuffed by officers. Inmate Richardson was thrashing his body around on the floor in front of cell 544, Richardson was also yelling " Let me the fuck out of here".

I remained at the work station of Delta Pod to help maintain control of the computer. Sgt. Jackson ordered me to retrieve the Restraint Chair and a Spit Hood from First Floor. I brought the Restraint Chair and Spit Hood back to Delta Pod. I also conducted an Armband Count of Delta Pod.

Respectfully Submitted,

Corrections Officer Shannon Smiley #403

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1132 | 05/19/2012 | 18:42:19 |

On Saturday, May 19, 2012, I was assigned as the Fourth Floor Officer on third watch. At approximately 1522 hours, Security Control advised of an unknown medical emergency occurring in D-Pod, Cell 544. Several other officers and I responded to D-Pod. Upon entering D-Pod, I responded to Cell 544. I observed Sergeant Jackson and Officer D. Johnson attempting to remove Inmate Robert Richardson (12-9824) from the cell.

Inmate Richardson was laying on the ground, behaving hysterically. I assisted with removing Inmate Richardson from the cell. Inmate Richardson thrashed his body around and resisted as officers struggled to gain control of him. After several moments, Sergeant Jackson, Sergeant Lewis, Officer Johnson, Officer Beach and myself were able to secure Inmate Richardson in handcuffs. It was immediately noted that he had blood, spit, and mucus coming from his mouth and facial area.

Medical was on scene and began to assess Inmate Richardson. Medic Stockhauser cleaned the bodily fluids from Inmate Richardson's facial area and attempted to place an oxygen mask around his mouth. As Medical Staff attempted to treat Inmate Richardson, he continued to thrash his body on the ground and would not remain still. Despite all verbal commands from officers to calm down, he continued his erratic behavior and thrashed around on the ground. Inmate Richardson was initially secured in two sets of handcuffs due to his physical size, however, to make it easier for medical to assess and move him, the handcuffs were replaced with a set of leg shackles.

| Printed At | Incident No | |
|---|---|---|
| 05/25/2012 09:44:08 | 12-668 | Page 12 of 14 |

| Montgomery County Sheriff's Office - County Jail |
| --- |
| Incident Report |

## Supplemental Narrative

Shortly thereafter, Nurse Miles attempted to administer an injection; however, it was unsuccessful. A few minutes later, an injection was administered by Nurse Foster. After the injection was administered, Inmate Richardson began to calm down. A few minutes later, Inmate Richardson wasn't moving and had became unconscious. Officers rolled Inmate Richardson over onto his back and I looked to see if his chest was rising and falling. At this time, I could not see his chest rise or fall, nor could I hear him breath. I was also unable to feel a pulse through his carotid artery.

The First Aid Kit from the workstation was requested so CPR could be performed on Inmate Richardson. As Officer Whitman retrieved the kit, Officer Beach began chest compressions on Inmate Richardson. Sergeant Lewis immediately notified Security Control that Dayton Fire Department was needed to respond. Medical staff returned to the second level. As Officer Beach finished his first set chest compressions, I began to give breaths to Inmate Richardson. Officer Beach, Officer Mayes, Officer Marshall, and I took turns giving sets of compressions and breaths to Inmate Richardson. While this was occurring, medical staff arrived with an AED. The AED was applied; however, no shock was advised. Officers and medical staff continued to perform CPR on Inmate Richardson until Dayton Fire Department medics arrived and took over the medical response.

Shortly after DFD took over, Sergeant Jackson asked me to report to my assigned post on the Fourth Floor. I left D-Pod at this time and reported to the Fourth Floor.

Respectfully Submitted,

Officer M. Stumpff  1132

| Report Officer | Date Reported | Time Reported |
| --- | --- | --- |
| 1156 | 05/19/2012 | 17:41:11 |

On May 19th, 2012 I was assigned as the Third Floor Officer on Third watch. At approximately 1522 hours, I responded to Delta Pod cell 544 for a medical emergency.

Upon arriving to the location of the incident, I observed Inmate Robert Richardson (12-9824) actively resisting officers outside of Cell 544. Inmate Richardson was thrashing his body around, attempting to resist officer's from controlling him. Officers finally gained control of Inmate Richardson and I assisted in restraining him by controlling his right arm and shoulder.

Shortly after gaining control of Inmate Richardson, Medical arrived to the Pod to assess him. Medic Stockhauser wiped blood, sweat, saliva and mucus from his facial region. Medic Stockhauser was also attempting to administer oxygen. During this time, Inmate Richardson continued to resist all efforts by continuously thrashing his body. Nurse Miles attempted to administer an injection, but was unsuccessful. A few minutes later, Nurse Foster arrived and administered an injection.

After the injection was administered, Inmate Richardson stopped thrashing his body and seemed to be calming down. After a few minutes, it appeared Inmate Richardson was unconscious. Inmate Richardson was then rolled to his back to check his breathing. Officer Stumpff began to look for his chest rising and falling, while listening for any breathing. Officer Stumpff stated that Inmate Richardson was not breathing and immediately yelled for a First Aid Kit to be brought to the location.

CPR was immediately started with Officer Beach giving chest compressions and Officer Stumpff giving breaths. Medical returned to the second level and an AED was requested due to Inmate Richardson not breathing. Sergeant Lewis immediately advised Security Control that Dayton Fire Department was needed to respond to our location. The AED arrived and was attached to Inmate Richardson, but no shock was advised. Prior to Dayton Fire arriving; Officer Mayes, Beach, Stumpff and Myself continued to give chest compressions and breaths to Inmate Richardson.

Dayton Fire arrived and took over care of Inmate Richardson. I remained in the pod to assist if needed. At approximately 1608 hours, Inmate Richardson was pronounced deceased by Dayton Fire.

Sergeant Jackson instructed me to exit the Pod and go to my Third Watch assignment. I then reported to the third floor.

. here is nothing further to report at this time.

| Printed At | Incident No | |
| --- | --- | --- |
| 05/25/2012 09:44:08 | 12-668 | Page 13 of 14 |

## Montgomery County Sheriff's Office - County Jail

## Incident Report

### Supplemental Narrative

Respectfully Submitted,
Bradley M. Marshall 1156

| Report Officer | Date Reported | Time Reported |
|---|---|---|
| 1041 | 05/19/2012 | 16:57:50 |

On May 19, 2012, I was assigned as the Second Watch Officer in Delta Pod. At approximately 1518 hours, I had completed my final walk through of the pod. I observed Inmate Robert Richardson (12-9824) standing at his cell door of room 544 while conducting my walk through. He did not appear to have any medical issues at that time. I recall having Inmate Richardson move step away from the cell window, so I could check on the well-being of his cell mate.

At approximately 1520 hours, I exited the pod with Delta Pod inmates that needed to go to medical. At approximately 1522 hours, Security Control advised there was a medical emergency in the pod, cell 544. I returned to the pod and reported to the cell door. I observed Inmate Richardson shaking while on the floor. Inmate Marcus Maxwell (12-8713), who also assigned to this cell was holding Inmate Richardson on the ground to prevent Inmate Richardson from hurting himself. I noticed a small amount of blood on the floor of the cell. I radioed for additional units to respond to the pod. Once the units arrived to the pod and reported to the upper level, I opened the room door with the plate keys. Sergeants Lewis and Sergeant Jackson along with First Floor Medic Steve Stockhauser, Nurse Krisandra Miles, Nurse Kristy Kruse, Nurse Felicia Foster and additional units reported to the pod. Inmate Richardson was breathing at the time units responded to the pod, but he was not coherent.

Inmate Richardson was removed from his cell, so medical could evaluate him. First Floor Medic Stockhauser cleaned his facial area due to blood and sweat being at the mouth area. Inmate Richardson was laying on his stomach as units attempted to hold him in place while he was being seen by medical. Inmate Richardson was yelling and being aggressive while receiving medical attention. Units placed Inmate Richardson in wrist restraints due to him being aggressive and attempting to resist officers while on the ground.

Inmate Maxwell was removed from the cell and later questioned regarding the incident. Inmate Maxwell stated that Inmate Richardson was getting water from the sink and then he had some unknown medical issue and just fell. As Inmate Maxwell was being questioned regarding the incident, Medic Stockhauser began cleaning the blood and sweat from Inmate Richardson's face and also administer oxygen to him. Furthermore, Inmate Richardson attempted to bite Medic Stockhauser while being seen.

A short time later, Nurse Miles attempted to administer an injection, but it failed. Nurse Foster retrieved a second injection and administered the injection to Inmate Richardson, successfully. I have nothing further to report at this time.

Respectfully submitted,

Corrections Officer T.N. Benjamin #1041

### Report Approval

| Approved By | |
|---|---|
| | Master File ( ) Booking File ( ) |
| | Briefing Board ( ) Picture Card ( ) Other ( ) |

Pg 1

**STATEMENT**

MASTER NO. _____ 120-6516

STATEMENT OF: Jimmy VanWinkle _____ DATE: 5-19-12

ADDRESS: _____ PHONE: _

D.O.B. _____ SSN: _____ WORK PHONE: _

OFFICER: ~~Sgt. J. Cg ~ 58~~ _____ LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I was asleep in Cell 435 me and my bunky Jim Wiley
We awoke from hearing what was thought to be moans
of someone being smothered I spranged to the window
and I saw a man on the ground 544 being holding
an inmate down C/o K.Mays C/o Stumpff C/o Limmer
C/o Beach C/o Whittman C/o Rader, Rader was not
on scene long went down to patrol Pod (C/o K.Mays
and C/o Stumpff was using excessive force to the
inmate he was screaming help me I cant breathe
Telling him C/o K.Mays and C/o Stumpff to stop
While K.Mays and Stumpff had pressure to
The inmates neck Stumpff on the side away
from view of Public eye K.Mays had his knee
in the inmates neck putting severe pressure to it
as the inmates screamed out in pain, nures were
called to administer some sort of Medication ⟹

SIGNATURE _____ PAGE NO. _____ 1

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

Pg 2

## STATEMENT

MASTER NO. _____
STATEMENT OF: Jimmy VanWinkle _____   DATE: 5-14-12
ADDRESS: _____   PHONE: _____
D.O.B. _____ SSN: _____   WORK PHONE: _____
OFFICER: D_____58   LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR
MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND
ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW
ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Continued → into inmates back not one but twice
one by one Nurse another by a different nurse
by this time the inmate looked out of energy
and fight, he did not give any kind of signal
of movement, by then they noticed the inmate
was dead yelled down and asked how old he was
he died at 3:45 pm it started at around 3:00 pm
C/O Stumpff attempted C/PR as well as C/O K Mays
now C/O Zimmerman was provoking the matter smiling
and giggling and moving his hands in a motion as of
telling them to tie him up which is uncalled for
after letting the body lay there lifeless they began
to walk around it as if were another day both
Sgt. were on site during whole incident now the
Smaller Sgt of the two who look like twins was
as well non compassionate while holding the inmate
→

SIGNATURE _____   PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

MC 1290 0142

Pg.3

## STATEMENT

MASTER NO. _____

STATEMENT OF: Jimmy VanWinkle _____ DATE: 5-19-12 _____

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Continued ⟹ after the comotion the real Paramedics came in and attempted one last Time to Save the inmates life after that it was a sad day in Delta Pod an innocent man died to the hand of the Montgome county Jail C/os from excessive force. Now When the coroner came they disrespectfully removed the body in a un Professional manner. and that was the last of it.

SIGNATURE _____ PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

Arm Band #12-6-773

**STATEMENT**

434

MASTER NO. 12-4686

STATEMENT OF: Michael Loe Layman   DATE: 5-19-12

ADDRESS   PHONE:

D.O.B.   SSN:   WORK PHONE:

OFFICER: Sgt Stephens   LOCATION: mont. co. Jail.

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I michael Layman, watched C.O Beetch, C.O Mays C.O stumpff, C.O Marshall Restrain An Inmate in cell 544 By slamming him on His Face on the Range And started putting Handcuffs on him. C.O marshall was holding him from the Back And C.O stumpff was holding him By The Front. There was a medic Holding his Head And wipping his face Then C.O mays was holding his Head After the medic. C.O mays started holding his Head Between his Legs And Holding the Back of his Head with his Hands, C.O stumpff took over for C.O mays Holding his Head with his Knees, After about 2 min C.O mays Took Back over Holding his Head Again. only This time C.O mays put his knee in the mans neck And was using the Railing to hold for leverage mays kept lifting up & Down on the mans Head with his Body weight. The man kept yelling to get off him Because he couldnt Breathe, But C.O mays kept putting his Knees in The mans Back And side of his neck. Then they said he stopped Breathing.

Band #12-6-773

SIGNATURE Michael L. Layman.   PAGE NO.

cell 434 D-Pod.

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 ____, IN THE COUNTY OF MONTGOMERY.

NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 ____

MC 1292 0142

**STATEMENT**

Cell 434

MASTER NO. 12-4696 / H21424

STATEMENT OF: Keith O. Wayne    DATE: 5-19-12

ADDRESS: _____    PHONE: _____

D.O.B. _____    SSN: _____    WORK PHONE: _____

OFFICER: Jeff Stephens    LOCATION: D Pod

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

I Was woken from my sleep by the sound of Pounding feet on the stairs, I then looked out my cell (434) window and seen a commotion infront of 544/545, Where I seen a Inmate on the ground with about seven (7) officers and Two supervisor officer there and they had him on the ground restraining with officer Stumff bending the inmates hands cuff'd wrist back, then you had the large male nurse at the inmates head and kept wiping his face and trying to restrain his head also he Put something down under his head to try to cushion his head from the floor, then one nurse Tried to give him a shot of some type, then another came and shot him again then, officer mays moved the nurse and Put his knee's on the Inmates head, neck and shoulders the officer Stumff, then mays got back on him both use the rail like laverage to aply Pressure

SIGNATURE _M. O. Wayne_    PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

MC 1293
0142

**STATEMENT**

Inmate 129711 525

MASTER NO. 12-4696

STATEMENT OF: Daniel Duckworth DATE: 5-19-12

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: Sgt Stephens LOCATION: D Pod

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR
MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND
ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW
ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Couldn't see him about 8 COs
grabbed him out of cell. Seemed
to be having a seizure
Gave him 2 shots of something
He was on his back they
Shackled his feet. They where
holding him down cause he would
have hurt himself. Then nurses
Came cause he wouldn't settle
down. Gave him another
Shot they tried CPR.

SIGNATURE Daniel Duckworth PAGE NO. _____

✳ Written by Sgt Stephens at inmates request.

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

84 1

# STATEMENT

MASTER NO. 12-4696          #12-8215 -Inmate

STATEMENT OF: Dmitris Ward     DATE: 5/19/12

ADDRESS: _____          PHONE: _____

D.O.B. _____ SSN: _____     WORK PHONE: _____

OFFICER: JA Stephens          LOCATION: D Pod

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Heard yelling then COs coming up steps. Benjamin had already opened cell - He was yelling & moaning. Not anything that makes sense. Thought he was having a seizure. He was on ground Clos hold him down. He was on his back moving like spasms. CO told him to calm down. Medics trying to put oxygen mask on. Still on back Cos trying to tell him to calm down That's cause Stop. Did not see him on stomach only saw him on back but alot of OOs around him making it hard to see. Medics stuck him with needle.

SIGNATURE _Demetris Ward_          PAGE NO. _____

* Written by Sgt Stephens at inmates request

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

545

## STATEMENT

MASTER NO. _____
STATEMENT OF: Kenneth Freeman          DATE: 5-19-12
ADDRESS: _____          PHONE: _____
D.O.B. _____     SSN: _____     WORK PHONE: _____
OFFICER: _____ Julie Stephs          LOCATION: DPOD

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Was asleep Heard Maxwell hit floor
took 12 minutes. Opened door
Stump, Marshall, and Sgt Jackson
pulled him - like mugged him like
an altercation. Put him in regular
cuffs first asked him What
was wrong. He Was resisting
hardcuff - Not functioning right Breathing
heavily Blood coming out mouth &
nose w/ Foam - thick. More COs
Came - On his Stomach 15 minutes
Said "Let me out" Marshall put
knee on back Stump put knee on
shoulder hold him down "Let me
out" They asked him "Do you know where
you're at" Kept gasping for air Gave him
oxygen he keeps saying "Let me out" Put on
oxygen over face Gave shot in arm. Said
"Let me up" C/o Mays put knee on neck
SIGNATURE C/o mays Said "It's gonna PAGE NO. worse before
it gets better." They laughed & joked for
30 minutes Gave him a shot in butt. He
SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 _____, IN THE COUNTY OF MONTGOMERY.
stopped moving. Mays said "hey Freeman
NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____
you Want to be next. Finally flipped him over
cut his shirt // start CPR Took 30 minut MCT296142 ct
as written by

## STATEMENT

MASTER NO. _____

STATEMENT OF: _Chris Collier_    DATE: _5/19/12_

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: _D pod_

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Laying down - Heard yelling jumped down. Saw guy on floor. Hollering Nolo Blue Shirt. Drown nolo Yelling get off me cant breathe went on 20 minutes. COs were holding him down. Saw blood on ground medic was holding Officer Beach. Others were laughing. Guys came down Said hes not breathing Many officers tried CPR over & over again. Saw medics give 2 shots. Heart Start back & multiple CPR

SIGNATURE _Chris Collier_     PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 ____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 ____

MC 1297 0142

# STATEMENT

MASTER NO. _____

STATEMENT OF: _Jerry Curbow_____ DATE: _____

ADDRESS: _____ PHONE: _____

D.O.B. _____ SSN: _____ WORK PHONE: _____

OFFICER: _____ LOCATION: _____

IT IS UNDERSTOOD THAT THIS STATEMENT IS MADE OF MY OWN FREE WILL AND THAT I HAVE NOT BEEN PLACED UNDER DURESS OR MADE ANY PROMISES IN EXCHANGE FOR IT. I FURTHER ACKNOWLEDGE THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND THAT I AM AWARE THAT TO KNOWINGLY MAKE A FALSE STATEMENT TO A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS DUTIES MAY BE PUNISHABLE BY LAW. (OHIO REVISED CODE 2921.13)

Talked in passing keeps to himself
Never Complained wasn't feeling well
Never saw him assaulted

Was laying down - Heard Stomping
up the Stairs

Looked away for a sec Was on his
Stomach, they were wiping
Something on his face. Uncomprehendibe
Could hear him say get off of me.
I couldn't hear Cos or deputies

Nurse gave 2 Shots he started to
Slow down. Tried to resusitate

SIGNATURE _____ PAGE NO. _____

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS _____ DAY OF _____, 20 ____, IN THE COUNTY OF MONTGOMERY.

_____ NOTARY PUBLIC- STATE OF OHIO MY COMMISSION EXPIRES _____ 20 _____

0142
MC 1298