UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -

Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,

    vs.                                Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants

                        - - -

DEPOSITION OF ZACHARY LIMMER
the Witness herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on December 8, 2015 at
4:00 p.m.

LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO  43017
614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio 44114
    on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio 45429
    on behalf of the Sheriff
    Defendants

ALYSS BAUTE, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio 45202
    on behalf of the Defendants
    NaphCare, Inc., Nurse Felicia Foster,
    Nurse Jon Boehringer, Nurse Krisandra
    Miles, Medic Steven Stockhauser,
    and Brenda Garrett Ellis, M.D.

Page 2

---

EXAMINATION INDEX

ZACHARY LIMMER

BY MR. DICELLO..........................Page 5

Page 4

---

December 8, 2015
Tuesday Session
4:00 p.m.
- - -
STIPULATIONS

    It is stipulated by and among counsel for the respective parties that the deposition of ZACHARY LIMMER, the Witness herein, called by the Plaintiff under the applicable Rules of Civil Procedure, may be taken at this time by the notary Whitney Layne; that said deposition may be reduced to writing in stenotypy by the notary, whose notes thereafter may be transcribed out of the presence of the witness; and that the proof of the official character and qualification of the notary is waived.

Page 3

---

ZACHARY LIMMER

    Being first duly sworn, as hereinafter certified, deposes and says as follows:

CROSS-EXAMINTION

BY MR. DICELLO:

    Q    Good afternoon. Could you please introduce yourself and spell your last name for us?

    A    I'm Zachary Limmer. Last name is L-I-M-M-E-R.

    Q    Mr. Limmer, my name is Nick DiCello. We met briefly off the record. I represent the family of Robert Richardson who you probably know died in the Montgomery County Jail back in May of 2012. And we're here today for a deposition in connection with a lawsuit that's been filed against the Montgomery County Sheriff's Office, some corrections officers, NaphCare, and some of NaphCare's employees. Do you understand that?

    A    Yes.

    Q    And you understand you're here to have your deposition taken in connection with that case that's pending?

    A    Yes.

    Q    Have you ever been deposed before?

    A    No.

    Q    All right. Let's go over just some basic rules

Page 5

1  so you understand how this process works.  It will make it
2  quicker and easier for you to understand.
3      A   Okay.
4      Q   As we've been doing, I ask the questions, you
5  provide the answers.  Understood?
6      A   Yes.
7      Q   If you don't understand a question that I've
8  asked, I want you to tell me that.
9      A   Okay.
10     Q   Given that understanding that we have, if you
11 answer a question that I've asked, I'm going to assume you
12 understood it.  Is that fair?
13     A   Yes.
14     Q   You're doing a nice job, but you have to make
15 all your answers audible; yes, no, or words.  No shrugs,
16 uh-huhs, huh-uhs, nods of the head, that kind of thing,
17 okay?
18     A   Yes.
19     Q   From time to time if you do that, we may remind
20 you.  It's not to be rude, it's just to get a clear
21 record, okay?
22     A   Yes.
23     Q   You've also done a nice job, but we have to
24 make sure we wait for each other to stop talking.  Because

Page 6

1  the court reporter is transcribing everything that we say,
2  and if we're talking at the same time, she can only do
3  about ten minutes of that before she can't do it anymore.
4  So wait until I'm done asking the question, I'll wait
5  until you're done answering, even though you're going to
6  know what I'm asking.
7      A   Okay.
8      Q   Okay?  You understand you're under oath today?
9      A   Yes.
10     Q   Ever testified in a court?
11     A   Yes.
12     Q   So you understand the oath you're under today
13 is the same kind of oath that you take when you testify in
14 front of a judge and a jury in a court of law?
15     A   Yes.
16     Q   Any reason you couldn't answer truthfully
17 today?
18     A   No.
19     Q   If you need a break for any reason, let me
20 know, we'll do it.  I would just ask that if a question
21 has been put to you, answer the question first, and then
22 say, "Nick, I want a break," okay?
23     A   Okay.
24     Q   If something jogs your memory about a question

Page 7

1  that I've asked earlier or an answer you've given, I want
2  you to take the opportunity today during the deposition to
3  go back and correct something you've said or supplement
4  any answer you've given, okay?
5      A   Yes.
6      Q   Because sometimes that happens, your memory is
7  jogged ten minutes from now.  Just come out and say, "oh,
8  Nick, you know, you asked me earlier about this, I just
9  remembered."  Okay?
10     A   Yes.
11     Q   You are currently employed with the Montgomery
12 County Sheriff's Office; true?
13     A   Yes.
14     Q   You're a corrections officer?
15     A   Yes.
16     Q   How long have you been a CO?
17     A   Five years, going on that mark, I do believe.
18     Q   I want to ask some personal questions.  It's
19 not to pry, but just to get a little understanding of your
20 background.  Are you from this area?
21     A   Germantown area, yes.
22     Q   And did you attend high school in Germantown?
23     A   Yes.
24     Q   When did you graduate high school?

Page 8

1      A   2008.
2      Q   And did you go to college after high school or
3  any formal education after high school?
4      A   During high school, I was in a community --
5  community tech college.
6      Q   And what were you studying there?
7      A   Animal protection and care.
8      Q   Did you pursue any kind of career in animal
9  protection and care?
10     A   No.
11     Q   Tell me a little bit about your employment
12 background.
13     A   I was a stock boy and then a butcher and then
14 here.
15     Q   Okay.
16     A   Montgomery County Sheriff's Office.
17     Q   Are you intending on pursuing a career in
18 corrections or law enforcement?
19     A   No.
20     Q   So why don't you tell me a little bit about why
21 you chose or wound up with a job as a corrections officer.
22     A   I needed money and benefits at the time, and I
23 was thinking about becoming a police officer.  But I opted
24 to go with my family route into firefighting.

Page 9

3 (Pages 6 to 9)

Page 10

```
1     Q   So are you a firefighter?
2     A   I'm working on it. I take the test I believe
3   in March.
4     Q   Okay. Good luck.
5         Knowing that you'll pass the test, what's the
6   plan after that?
7     A   I really don't know. Just keep on doing it
8   until I see what happens. If I don't like it, then move
9   on to something else.
10    Q   You're going to try to become a firefighter?
11    A   Yes.
12    Q   So how long have you been working at the jail?
13    A   Should be about five years.
14    Q   And have you always been stationed at the jail
15  or have you ever been stationed at the court?
16    A   Jail.
17    Q   Did you review any documents to prepare for
18  today's deposition, Mr. Limmer?
19    A   No.
20    Q   Did you review the video at all?
21    A   Yes.
22    Q   How many times have you watched the video?
23    A   Once.
24    Q   And when was that?
```

Page 11

```
1     A   I had it maybe two days ago.
2     Q   Did you watch the whole thing?
3     A   I watched the part where I was involved,
4   basically.
5     Q   Okay. Back on May 19th of 2012, that's when
6   this happened. I should ask you: Independent of watching
7   the video, do you remember May 19th, 2012, the incident
8   involving Mr. Richardson?
9     A   Very vaguely.
10    Q   May 19th, 2012, I think we figured out, was a
11  Sunday?
12        MR. PREGON:  Saturday.
13        MR. DICELLO:  Exactly.
14  BY MR. DICELLO:
15    Q   May 19th, 2012 was a Saturday.
16        MR. DICELLO:  Thank you.
17  BY MR. DICELLO:
18    Q   Do you remember what shift you were working
19  back in May of 2012 on a Saturday?
20    A   2012?  I'd be on 3:30 to 11:30 p.m.
21    Q   So you arrived to work, and basically as you
22  arrived this situation involving Mr. Richardson was
23  ongoing or had just started?
24    A   Correct.
```

Page 12

```
1     Q   True?
2     A   (Nods head.)
3     Q   How did you learn about what was happening?
4     A   We have radios that we carry on us, at which
5   point they -- I believe a medical emergency call came out.
6     Q   Where were you assigned in the jail on May
7   19th, 2012?
8     A   At that point in time, since I had just came on
9   duty, my assignment wouldn't have been placed yet.
10    Q   So was the policy that once you heard this
11  broadcast over the radio that you were to respond?
12    A   Typically we respond in numbers. And then once
13  we get there, if we're not needed, we report to other
14  locations as needed.
15    Q   So how long after arriving at work did you
16  respond to D Pod?
17    A   I couldn't tell you the exact time.
18    Q   Can you approximate it?
19    A   Since last shift was still there and there's a
20  majority of them, I would say maybe 3:20?
21    Q   Okay. So that's what time you arrived at work?
22    A   On -- No, I arrived at work at probably 3:00 on
23  the dot, because I typically like to get there 30 minutes
24  before.
```

Page 13

```
1     Q   Okay.
2     A   But I thought you meant when we arrived in
3   Delta Pod.
4     Q   Understood.
5         When you responded to Delta Pod, did you
6   respond alone or with other officers, if you know?
7     A   I can't remember.
8     Q   When you arrived on Delta Pod, why don't you
9   tell me what you remember seeing. If you don't remember,
10  just tell us.
11    A   From my memory, I do not remember. The only
12  thing I can tell you what I seen is from the video. But I
13  personally don't remember.
14    Q   So based on your review of the video, at what
15  point in time did you arrive?  Who was there?  What was
16  happening when you first see yourself in the view of the
17  camera?
18    A   I know when I arrived, as per the camera, they
19  already had him on the ground and medical was there trying
20  to assess the situation.
21    Q   Who from medical was there; do you remember?
22  Or based on the video?
23    A   Oh --
24        MR. PREGON:  Based on the video?  I don't think
```

1 he remembers.
2 BY MR. DICELLO:
3     **Q**   Yeah, based on the video, who was there when
4 you arrived?
5     MR. PREGON: Could you tell from the video who
6 was in there?
7     THE WITNESS: Yeah.
8     A   Krisandra --
9 BY THE WITNESS:
10     **Q**   Miles? Or was it Kruse? Nurse Krisandra?
11     A   Yes, Nurse Krisandra.
12     **Q**   What about Steve Stockhauser?
13     A   Yeah, Stockhauser.
14     **Q**   And was Mr. Richardson cuffed behind his back
15 at the time you arrived, if you know?
16     A   Yes.
17     **Q**   Did you report to anyone when you arrived, like
18 a sergeant?
19     A   No.
20     **Q**   When you arrived, did any sergeant give you any
21 instructions on what to do?
22     A   At the time of arrival, no. How --
23     MR. PREGON: Arrival at the jail or arrival at
24 the scene?

                                        **Page 14**

1 BY MR. DICELLO:
2     **Q**   Let me clear it up.
3     A   Yeah.
4     **Q**   At the time you arrived at Delta Pod on scene
5 where this incident was developing with Mr. Richardson, I
6 think you're telling us that no sergeant, upon arrival,
7 gave you instructions; true?
8     A   No.
9     **Q**   Okay.
10     A   When I arrived in Delta Pod, I believe I was
11 ordered to get the restraint -- emergency restraint chair.
12     **Q**   It's actually called the safety restraint
13 chair, isn't it?
14     A   I believe we call it --
15     MR. PREGON: Objection. I don't think you're
16 right.
17 BY MR. DICELLO:
18     **Q**   Have you ever seen the manual for the chair?
19     A   No.
20     **Q**   Go ahead. I interrupted you. I apologize.
21     A   We had to get the emergency restraint chair.
22 Unbeknownst to me at the time, it was already in route.
23 So I go down from the upper level to the beginning of the
24 pod, at which point CO Smiley had already got it up and I

                                        **Page 15**

1 was tasked with trying to get it up the stairs.
2     **Q**   Were you able to do that?
3     A   I got it halfway up before his condition took a
4 turn for the worse, at which point I responded with the
5 AED. At least that's what it looks like on camera. I
6 personally don't remember grabbing the AED.
7     **Q**   When you were in Delta Pod, do you remember
8 hearing Mr. Richardson saying anything?
9     A   No.
10     **Q**   Do you remember hearing any of the corrections
11 officers say anything?
12     A   No.
13     **Q**   Do you remember any of the corrections officers
14 laughing or smiling during the incident?
15     A   No.
16     **Q**   Did you ever go hands-on at all with
17 Mr. Richardson?
18     A   No.
19     **Q**   The time that you were there, can you describe
20 the position that you saw Mr. Richardson in?
21     A   He was --
22     MR. PREGON: Based on the video or his memory?
23 Because he already said he doesn't remember.
24 BY MR. DICELLO:

                                        **Page 16**

1     **Q**   So you have no memory of Mr. Richardson's
2 position?
3     A   To be honest -- I know he was placed on his
4 stomach with his hands behind his back, at which point he
5 was also moved over and turned and on his side so medical
6 could assess him. However, he was on his stomach. I
7 mean, I really don't remember. Because I was up and down,
8 up and down the stairs. I was not up there for a good
9 period of time.
10     **Q**   What was your understanding why you were to
11 retrieve the restraint chair?
12     A   Due to his size. And I know he was actively
13 resisting the officers, because medical couldn't get him
14 assessed, he kept moving around. We were going to get him
15 in the restraint chair and then get him transported
16 downstairs so we have more room to work on him and more
17 ability to control him.
18     **Q**   Have you ever been trained at the Montgomery
19 County Sheriff's Office in the risks associated with
20 positional asphyxia?
21     A   Yes.
22     **Q**   What's your understanding of what positional
23 asphyxia is?
24     A   When you are laying on your stomach and unable

                                        **Page 17**

1   to move, you can -- basically, it stops you from
2   breathing.
3       Q   And so what's your understanding of what the
4   policies and procedures are that are supposed to be
5   followed to avoid positional asphyxia in the jail?
6       A   It's -- We use it as a -- I guess not to keep
7   them on their stomach for extended periods of time.
8       Q   What do you consider to be an extended period
9   of time?
10      A   Maybe more -- No more than a minute, maybe two.
11      Q   Have you received any training or do you have
12  an understanding that there are certain characteristics
13  about a person that put them at higher risk of positional
14  asphyxia?
15      A   Yes.
16      Q   And I'm going to -- I call them risk factors.
17  Do you understand what a risk factor is for --
18      A   (Nods head.)
19      Q   Yes?
20      A   Yes.
21      Q   So I'm going to name some risk factors, and you
22  tell me if you agree that they are risk factors that
23  increase the risk for somebody dying from positional
24  asphyxia, okay?

Page 18

1       A   Yes.
2       Q   So it's your -- So I don't know if I got it.  I
3   think you said preexisting heart disease is a risk factor
4   that increases the risk of positional asphyxia; true?
5       A   It could be, yes.
6       Q   But you as a corrections officer, it's your
7   understanding that you're never going to know if that's
8   the case?
9       A   I'm not privy to that knowledge.
10      Q   Okay.  Have you ever had a medical person from
11  the jail report to you, just as an example, this man is a
12  diabetic, he needs this, that, or the other, anything like
13  that?
14      A   They come up here and administer medication as
15  needed.  I provide the inmate for them.
16      Q   Ever had a situation where a detainee was being
17  restrained and a medical person came over and said, "this
18  guy has got preexisting heart disease, he can't be
19  restrained this way"?  Ever had any experience like that?
20      A   They would tell us to move him if they needed
21  him moved.
22      Q   Just to move him?
23      A   Move them in a more suitable position for them.
24      Q   So you rely on the medical staff, to some

Page 20

1       A   Okay.
2       Q   Obesity.
3       A   Yes.
4       Q   And particularly within the definition of
5   obesity, someone who has a large belly is at a high risk
6   of positional asphyxia; did you understand that back in
7   May of 2012?
8       A   Yes.
9       Q   Somebody who has preexisting heart disease.  Is
10  that a risk factor that you're aware of that can increase
11  the risk of positional asphyxia?
12      A   Yes.  However, I wouldn't be -- I wouldn't know
13  his medical history.
14      Q   Well, if you agree that -- Do you agree that
15  it's important for corrections officers to know what the
16  risk factors are that a patient -- or that a detainee has
17  that increase the risk of positional asphyxia?
18      MR. PREGON:  Object to form.
19      A   HIPAA law.  I can't know of any medical
20  condition that they have.
21  BY MR. DICELLO:
22      Q   That's your understanding?
23      A   Uh-huh.
24      Q   Yes?

Page 19

1   extent, to give you information as to whether a particular
2   restraint position may be contraindicated for any
3   individual detainee.  Is that fair?
4       Do you want me to say it again?
5       A   Yes.
6       Q   To some extent, the corrections staff in your
7   experience relies on the medical staff to communicate to
8   the corrections staff whether any particular restraint
9   position might be contraindicated for that detainee; fair?
10      A   And dangerous to the inmate?
11      Q   Yes.
12      A   Yes.
13      Q   While you were on scene on Delta Pod on May
14  19th, 2012, do you recall hearing anyone from medical make
15  any recommendations, suggestions, or instructions about
16  repositioning Mr. Richardson?
17      A   No.
18      Q   Back to the risk factors of positional
19  asphyxia.  Did you understand in May of 2012 that being on
20  your belly was a risk factor?
21      A   Yeah.
22      Q   And having your hands cuffed behind your back
23  while you're on your belly was a risk factor?
24      A   Yes.

Page 21

6 (Pages 18 to 21)

1    Q   Pressure on the back is a risk factor for
2  positional asphyxia when they're in a prone position;
3  true?
4    A   Yes.
5    Q   Pressure on the shoulders, on the back of the
6  shoulders, you know, the shoulder blades, did you
7  understand that that was a risk factor for positional
8  asphyxia?
9    A   Like say right here (indicating)?
10   Q   Yeah.  And you're reaching over and touching
11  your left shoulder blade?
12   A   Yes.  It could be.
13   Q   And what about pressure on the neck and head
14  while someone is in a prone position?  Did you understand
15  that that was a risk factor that could increase the risk
16  of death from positional asphyxia?
17   A   It could be.
18   Q   A struggle, having struggled with anyone,
19  officers, did you understand that that increases the risk
20  that the detainee could die from positional asphyxia if in
21  the prone position?
22   A   Yes.
23   Q   What about foam or mucus coming from the mouth
24  or nose?

Page  22

---

1  agency now, OPOTA.
2    Q   OPOTA?
3    A   Uh-huh.
4    Q   Yes?
5    A   Yes.
6    Q   And that's the Ohio Peace Officers Training
7  Academy; correct?
8    A   Yes.
9    Q   That's for police officers, isn't it?
10   A   And correction facilities.
11   Q   Were you trained through OPOTA?
12   A   Yes.
13   Q   Are you familiar with the actual Montgomery
14  County Jail's written policies and procedures on
15  restraint?
16   A   Are you talking about the use of force
17  continuum?
18   Q   No.
19   A   Then -- Are you talking about -- I guess let me
20  --
21   Q   General Orders.
22   A   Yeah.  Let me get a --
23   Q   Go ahead.
24   A   Are you talking about Montgomery County

Page  24

---

1    A   Wasn't close enough.  I wouldn't be able to
2  tell.
3    Q   But did you understand that that could be a
4  sign or symptom that someone is suffering from positional
5  asphyxia?
6    A   That can also be just from a struggle.  I mean
7  --
8    Q   Okay.
9    A   I've seen people foam at the mouth all the
10  time, even after just a basic fight.
11   Q   While you were on scene, did you see anyone
12  ever try to get Mr. Richardson up, roll him onto his back,
13  before he stopped breathing?
14   A   On his back?
15   Q   (Nods head.)
16   A   No.  However, on the video, I did watch it, and
17  they are trying to get him on his side for a little bit,
18  and then he goes back to his stomach.  I think one of the
19  officers got out a blanket so he wouldn't hit his head on
20  the stairs, because he kept basically moving around so
21  much.  Or not the stairs, but more like the railing.
22   Q   Are you familiar with the written policies and
23  procedures governing restraint in the jail?
24   A   I'm familiar with our, I can't remember our

Page  23

---

1  Sheriff's policy or Montgomery County in general?
2    Q   I'm talking about Montgomery County Sheriff's
3  policies that apply to the Montgomery County Jail on
4  restraint.
5    A   Okay.
6    Q   Are you familiar that those exist?
7    A   Yes.
8    Q   Do you agree those are supposed to be followed
9  as written?
10   A   Yes.
11   Q   Those written policies, as written, do you
12  understand that they indicate that placing members of the
13  community who are detained in the Montgomery County Jail
14  in handcuffs in a prone position is never an acceptable
15  practice and is prohibited?
16       MR. PREGON:  Object to form.
17       Go ahead.
18   A   Read it again.
19  BY MR. DICELLO:
20   Q   Are you aware that the written policies and
21  procedures governing restraint in the Montgomery County
22  Jail, as written, indicate that placing people, members of
23  the community who are detained at the Montgomery County
24  Jail, in handcuffs in a prone position is never an

Page  25

7 (Pages 22 to 25)

**Page 26**

1  acceptable practice and is prohibited?

2       MR. PREGON:  Objection.

3       Go ahead.

4    A   This may be true.  However, it says placing --

5  placing an individual in a prone position with handcuffs.

6  Typically, they're only in prone positions for a short

7  amount of time so we can move them.  It allows us to gain

8  control over them.  Because if we were to try to handcuff,

9  say, someone on their back, we would constantly be getting

10  swung at.

11  BY MR. DICELLO:

12    Q   So I think what you're telling me, the rule,

13  the rule as you understand it in the jail, is you can cuff

14  somebody in a prone position, but then the general rule is

15  you need to get them off their belly as soon as possible;

16  correct?

17    A   Correct.

18    Q   And the reason that's the rule is because it's

19  important to protect the detainee from positional

20  asphyxiation?

21    A   Correct.

22       MR. PREGON:  Objection.

23  BY MR. DICELLO:

24    Q   Do you understand that restraints must never be

**Page 27**

1  applied in ways that restrict breathing?

2    A   Yes.

3    Q   That's one of the jobs of corrections officers,

4  is to abide by that rule, that you never put restraints on

5  somebody that can restrict breathing; true?

6    A   Yes.

7    Q   You watched the video?

8    A   Uh-huh.

9    Q   Did the corrections officers use force against

10  Mr. Richardson?

11       MR. PREGON:  Objection.

12    A   Not as to our use of force continuum.

13  BY MR. DICELLO:

14    Q   So your testimony is that no force was used

15  against Mr. Richardson?

16    A   Not as to fill out like a use of force form.

17  Was he -- were we trying to gain control over him?  Yes.

18  But were there any strikes?  No.  Were there any

19  takedowns?  No.  Were there any pepper spray or taser?

20  No.

21    Q   The corrections officer --

22    A   I guess --

23    Q   That's fine.

24       The corrections officers did have control over

**Page 28**

1  him; true?

2       MR. PREGON:  Objection.  Object to form.

3    A   If we had control over him, then we would have

4  been able to get him downstairs and into the medical room

5  where he needed to be.

6  BY MR. DICELLO:

7    Q   Do you think that you needed more corrections

8  officers there or do you think there was enough there to

9  get control over the situation?

10       MR. PREGON:  Objection to form.

11    A   To be honest with you --

12  BY MR. DICELLO:

13    Q   Yeah, that's what we're looking for.

14    A   I couldn't tell you.

15    Q   With respect to -- You're trained on the use of

16  force; true?

17    A   Yes.

18    Q   And the rule is that corrections officers may

19  only use force that is reasonable under the circumstances,

20  that's the rule?

21    A   Yes.

22    Q   And the rule is that corrections officers must

23  only use force that is reasonably necessary under the

24  circumstances; true?

**Page 29**

1       MR. PREGON:  Objection.

2    A   Yes.

3  BY MR. DICELLO:

4    Q   That's how you understand the rule; correct?

5    A   Yes.

6    Q   And so force under the circumstances that is

7  unnecessary is excessive force; correct?

8       MR. PREGON:  Objection; legal conclusion.

9       But go ahead.

10    A   Yes.

11  BY MR. DICELLO:

12    Q   And that's how you understand it; right?

13    A   Yes.

14    Q   And do you agree that corrections officers must

15  never restrain members of the community in ways that pose

16  an unnecessary risk of death?

17       MR. PREGON:  Object to form.

18    A   That depends.  If we need to gain control of

19  the subject and there's already people around that can get

20  hurt, we have to do anything in our ability to gain

21  control.

22  BY MR. DICELLO:

23    Q   So your testimony, what you're telling me, is

24  that there are circumstances --

Page 30

1    A  Yes.

2    Q  -- where corrections officers can restrain

3  members of the public that poses an unnecessary risk of

4  death to the patient?

5        MR. PREGON:  Object to form.

6    A  You're saying "unnecessary."

7  BY MR. DICELLO:

8    Q  Yeah.  That's what I said the first time I

9  asked the question.

10   A  I must have missed that.

11   Q  Do you want me to try again?

12   A  No, I can go ahead and add on.  "Unnecessary"

13  means there's absolutely no way anybody can get hurt.  At

14  this point in time, someone was able to get hurt.  We had

15  medical staff up there, and if he wasn't handcuffed, he

16  could easily swing on them.  We had other officers on the

17  second tier.  He's big enough, if he wanted to, he could

18  throw one of us off.

19   Q  Did he ever try to do any of those things?

20       MR. PREGON:  Objection.

21  BY MR. DICELLO:

22   Q  That you know of?

23   A  It's not if he could -- It's not if he did,

24  it's if he could.

Page 31

1    Q  I could right now.

2    A  Yes.

3        MR. PREGON:  You're not in a jail right now.

4        MR. DICELLO:  Okay.

5  BY MR. DICELLO:

6    Q  Is it your understanding based on your training

7  that -- because you are trained on what the law allows and

8  doesn't allow; right?

9    A  Uh-huh.

10   Q  Yes?

11   A  Yes.

12   Q  Is it your training through the Montgomery

13  County Sheriff's Office that the law allows you to

14  restrain people because of what could happen?

15       MR. PREGON:  Objection to form.

16   A  It allows us to make -- I have to word my words

17  right, I guess.  It allows us to assess a situation and

18  make a decision at that point in time for the safety of

19  everybody.

20  BY MR. DICELLO:

21   Q  Does there have to be some reasonable suspicion

22  that someone is going to be violent, or can you just enter

23  a situation and say, this guy has two hands and two arms

24  and he could kill me, so --

Page 32

1        MR. PREGON:  Objection.  Objection to form.

2    A  When it takes a couple officers to stop him

3  from moving just so medical can assess him, that is a risk

4  factor.

5  BY MR. DICELLO:

6    Q  If presented with two or more ways to restrain

7  somebody, do we agree that the corrections officer must

8  choose the safer way?

9        MR. PREGON:  Object to form.

10   A  No.

11  BY MR. DICELLO:

12   Q  So you're telling us that faced with two or

13  more ways to restrain someone, it's okay for corrections

14  officers to choose a more dangerous way of restraint?

15       MR. PREGON:  Object to form.

16   A  If we're able to restrain him in a way that we

17  can quickly gain some kind of control over him, we do

18  there, at which point we can reposition and change it.

19   Q  Do you know why Mr. Richardson was never rolled

20  onto his back?

21   A  Medical never told them to.

22   Q  Based on your experience and understanding at

23  the jail and what you saw on video and what limited memory

24  you have, I think that's fair to say, if medical had

Page 33

1  instructed corrections officers to roll Mr. Richardson on

2  his back, could that have been accomplished with the

3  number of COs you had there?

4        MR. PREGON:  Objection.

5    A  Yes.

6  BY MR. DICELLO:

7    Q  Do you know whether the use of prone restraint

8  is prohibited in the State of Ohio?

9        MR. PREGON:  Objection.

10   A  Other than the asphyxiation, no.

11  BY MR. DICELLO:

12   Q  What do you mean by that, "other than the

13  asphyxiation"?

14   A  Well, I can see why it would be prohibited,

15  because it can lead to death.  So --

16   Q  I'll ask maybe a finer point.

17   A  Yep.

18   Q  Have you ever been shown or trained on any

19  executive order that was issued by the governor of the

20  State of Ohio starting back in 2009 that bans prone

21  restraint across all state agencies?

22       MR. PREGON:  Objection.

23       Go ahead.

9 (Pages 30 to 33)

Page 34

```
 1        A   No.
 2   BY MR. DICELLO:
 3        Q   Am I, the lawyer representing a man who died in
 4   the jail back in 2012, am I the first person who is
 5   notifying you of that executive order?
 6        MR. PREGON:  Objection to the extent it calls
 7   for privileged communications.
 8        A   Yes.
 9   BY MR. DICELLO:
10        Q   Yes?
11        A   Yes.
12        Q   So until me, a civil rights lawyer, told you
13   that since 2009 the governor of the State of Ohio has
14   instructed and ordered a ban on all prone restraint, you
15   had never heard about it before; correct?
16        MR. PREGON:  Same objection.
17        A   No.
18   BY MR. DICELLO:
19        Q   I got to say, Mr. Limmer, you do look a little
20   surprised by this.  Is that fair to say?
21        MR. PREGON:  Objection.
22        A   Yeah.
23   BY MR. DICELLO:
24        Q   Are you surprised that the Montgomery County
```

Page 35

```
 1   Sheriff's Office didn't make you aware about this
 2   executive order?
 3        A   Yes.  Do you have the order?
 4        Q   Well, it seems --
 5        MR. PREGON:  You can't ask him questions.
 6        THE WITNESS:  I'm sorry.
 7   BY MR. DICELLO:
 8        Q   It's all right.  It seems you're interested in
 9   having that to do your job; right?
10        A   Yes.
11        Q   And after leaving here, I suspect you're
12   probably going to go look it up?
13        A   Yes.
14        Q   Can you bear with me just a couple of minutes?
15   I'm going to go through my notes.
16        A   That's fine.
17        Q   I don't think I have much, if anything, more
18   for you.
19            (Pause in proceedings.)
20   BY MR. DICELLO:
21        Q   A couple other follow-ups.  Did you have any
22   concerns while you were on the D Pod that Mr. Richardson
23   was armed with a weapon?
24        A   Could have been.
```

Page 36

```
 1        Q   Did you ask anybody, "Does this guy have a
 2   weapon on him"?
 3        A   No.
 4        Q   Did you ever hear anybody say, "Frisk him, see
 5   if he's got a weapon"?
 6        A   That at the time was not our major priority.
 7        Q   But wouldn't protecting the officers' safety be
 8   a reason to see if he had a weapon on him?
 9        A   If he's handcuffed and there's that many
10   officers around, we need to get him medical treatment.
11        Q   So it sounds based on your answer that even
12   though you didn't know if he had a weapon or not, based on
13   him being handcuffed behind the back, you weren't
14   concerned that he was going to somehow produce a weapon
15   and injure you with it?
16        A   No, he could.  However, we had enough around
17   him that they would be able to stop him if he did.
18        Q   I've deposed a number of your fellow
19   corrections officers in this case already.  They sat right
20   where you are and I've asked them questions.  And none of
21   them have testified that Mr. Richardson had violated any
22   jail rules on May 19th, 2012.  Did you see him violate any
23   rules?
24        MR. PREGON:  Objection.
```

Page 37

```
 1        But go ahead.
 2        A   No.
 3   BY MR. DICELLO:
 4        Q   And the record will speak for itself, but my
 5   memory of their testimony, the other COs that I've deposed
 6   and sergeants and those guys, have told me that on May
 7   19th, 2012, they never saw Mr. Richardson commit any
 8   crime.  When you were there, did you witness
 9   Mr. Richardson commit any crime?
10        MR. PREGON:  Objection.
11        Go ahead.
12        A   No.
13   BY MR. DICELLO:
14        Q   The D Pod in terms of housing and
15   classification, I learned this through asking people like
16   yourself these questions, but do you understand that
17   that's where members of the community who are at low risk
18   of violence are housed?
19        A   Yes.
20        Q   You were summoned to D Pod because a detainee
21   had a medical condition; correct?
22        A   Correct.
23        Q   And part of the jobs of the corrections
24   officers is to get the detainee medical help; correct?
```

1  A  Correct.

2  Q  I'm asking from personal memory now, because I

3  know -- I know it's limited, but sometimes just talking

4  about it will refresh your recollection.  So I'm not

5  asking about the video, I'm asking about your

6  recollection.  Do you remember how Mr. Richardson

7  appeared, whether he appeared disoriented, angry, sad,

8  anything like that?

9  A  No.

10  Q  Did you ever see his face?

11  A  No.

12  Q  Did you hear any of the other detainees say

13  anything while you were up there?

14  A  (Shakes head negatively.)

15  Q  Did anyone ever interview you about what

16  happened?

17  A  No.

18  Q  No?

19  A  No.

20  Q  Did you complete a narrative statement?

21  A  No.

22  Q  I've got -- This is Exhibit 1.  And showing you

23  what's been Plaintiff's Exhibit 1, I think this is an

24  incident report that has a number of different narratives

Page  38

1  from people that they entered into the Tiburon system?

2  A  Uh-huh.

3  Q  Yes?

4  MR. PREGON:  You have to say yes.

5  A  Yes.

6  BY MR. DICELLO:

7  Q  Did you fill out a narrative report in the

8  Tiburon system about the incident?

9  A  I believe I didn't.

10  Q  And what was the reason for that?

11  A  I did not have any major --

12  Q  Involvement?

13  A  Involvement, thank you.

14  Q  That's okay.

15  You did witness a man die while being

16  restrained by corrections officers; true?

17  MR. PREGON:  Objection.

18  A  No.  Well, yes.

19  MR. PREGON:  He said he wasn't up there when

20  that happened.

21  A  Right.  I was up and down, so I didn't really

22  see a lot of it.

23  BY MR. DICELLO:

24  Q  Okay.  I appreciate that.

Page  39

1  I think you said as you were carrying the

2  restraint chair up the stairs, you learned that

3  Mr. Richardson's condition worsened?

4  A  Worsened, yes.

5  Q  What did you do after that?

6  A  I went down to the desk and retrieved the AED.

7  Q  And so when you returned with the AED, what was

8  Mr. Richardson's condition?

9  A  He was on his back and CPR I do believe was

10  being started.

11  Q  According to -- I'm looking at a scene log.

12  And the scene log -- Do you remember getting the AED with

13  CO Wittman?

14  A  I think -- No.

15  Q  Because -- I'll just show you my copy here.

16  And ignore these numbers at the bottom.  This is the old

17  set that I'm not supposed to be using.  But according to

18  -- I'm showing you, it's a scene log?

19  A  Right.

20  Q  And it shows -- Let's find when Limmer enters.

21  I think it's 15 -- so 15:23 you enter the pod?

22  A  Uh-huh.

23  Q  Yes?

24  A  Yes.

Page  40

1  Q  So that would be 3:23?

2  A  3:23.

3  Q  In the afternoon.  So your 3:20 was pretty

4  close.

5  A  Yeah.

6  Q  Okay.  Maybe your memory is not as bad as you

7  think it is.

8  MR. PREGON:  Objection.

9  BY MR. DICELLO:

10  Q  And then when do you first exit the pod

11  according to the scene log?  You can read better than I

12  can upside down.

13  A  I believe 15:26.

14  MR. PREGON:  That says "in pod."  "Exit pod" is

15  right above it.

16  BY MR. DICELLO:

17  Q  So you witnessed what happened for about 23

18  minutes?

19  A  No.  Because right about here, the restraint

20  chair comes into it, at which point, if you -- I think

21  it's the far video, you see me struggling with it for

22  quite some time getting it up those stairs.  I think I

23  only made it halfway.

24  Q  When you say "the far video," what do you mean?

Page  41

1      A    There's the video in the middle that is zoomed
2    in.
3      Q    Yes.
4      A    And then there's the video where they got all
5    this information from that views the door.
6      Q    Okay.
7      A    Yeah.
8      Q    Have you seen that video?
9      A    Uh-huh.
10     Q    Yes?
11     A    It's part of the -- both of them.
12          MR. DICELLO:  That was produced?
13          MR. PREGON:  I'm pretty sure it would have
14   been.  You should have like a selection of, I don't know
15   what it was, however many angles there was.
16     A    Basically, there's a camera in the middle that
17   zoomed into --
18   BY MR. DICELLO:
19     Q    The cell 544?
20     A    -- the situation.  And then you're going to see
21   another video that shows the desk and the door behind it.
22     Q    Okay.
23          MR. PREGON:  And there's one from like the
24   hallway.  There's several different cameras.

Page 42

1      A    I didn't see those.
2          MR. PREGON:  Unless I'm confusing this with
3    another case.  It seems like there's one in the outer that
4    has nothing to do with this.
5          MR. DICELLO:  I've been looking at it on my
6    iPad, and I can't manage the software.
7          MR. PREGON:  Chances are you have it.
8    BY MR. DICELLO:
9      Q    Looking at the scene log, it says you enter
10   pod, and then you exit pod, and there's a 23-minute
11   interval between those two times; agreed?
12     A    Yes.
13     Q    So what are you doing during that 23 minutes?
14     A    Once the chair arrived, which would have been
15   probably about --
16     Q    15:44?
17     A    Yeah.  I would have been working on that.
18     Q    Okay, so between 15:23 and 15:44.  Now we've
19   got 21 minutes; correct?
20     A    Yeah.
21     Q    So for 21 minutes, you were in the D Pod doing
22   what?
23     A    Waiting on orders, I guess.
24     Q    Just observing what was happening?

Page 43

1      A    To be honest with you, I don't remember.
2      Q    Okay.  That's all right.
3          Did you try to provide any lifesaving care?
4      A    No.
5      Q    Did Mr. Richardson ever hurt anybody to your
6    knowledge?
7      A    I don't even know what his charges were, so --
8      Q    I mean on May 19th, 2012.
9          MR. PREGON:  Object to form.
10     A    Oh.
11   BY MR. DICELLO:
12     Q    Did he hurt anybody?
13          MR. PREGON:  Object to form.
14     A    On that date, I'm not aware.  He could have
15   been, but I wouldn't know.
16   BY MR. DICELLO:
17     Q    I'm just asking what you're aware of.  Are you
18   aware as to whether or not Mr. Richardson hurt anyone on
19   May 19th, 2012?
20     A    No.
21     Q    Did you ever receive any kind of different or
22   new training as a result of Mr. Richardson's death?
23     A    As a result?  No.
24     Q    Did you ever participate in any meeting where

Page 44

1    any supervisor provided a debriefing about what happened
2    with Mr. Richardson?
3      A    I might have, but I don't remember it.
4      Q    As you sit here today, you don't remember
5    sitting in any such meeting; correct?
6      A    That is fair.
7      Q    Did anybody ever inform -- you understood on
8    May 19th, 2012 that Mr. Richardson died; correct?
9      A    Yes.
10     Q    Did you ever ask anybody how did he die?
11     A    No.
12     Q    Did anybody come tell you how he died?
13     A    Actually, I think at one point in time someone
14   said a heart attack or a mass coronary.  But I'm not for
15   sure.
16     Q    Do you remember who that person was?
17     A    No.
18     Q    So people who find themselves detained at the
19   Montgomery County Jail come to find themselves there for
20   all different kinds of reasons; agreed?
21     A    Yes.
22     Q    And they are all members of the community;
23   correct?
24     A    Yes.

Page 45

12 (Pages 42 to 45)

1    Q   And part of your job as a corrections officer
2 is the care, custody, and control of those members of the
3 community; true?
4    A   Yes.
5    Q   So do you understand that part of your job is
6 serving those people who are detained at the jail?
7        MR. PREGON:  Object to form.
8    A   To an extent, yes.
9 BY MR. DICELLO:
10    Q   In fact, that's what you spend all day everyday
11 doing for them; correct?
12    A   Yes.
13    Q   You make sure they get their food, you make
14 sure they can touch base with their lawyers, if they need
15 medical care, you have to be involved in making sure that
16 they get all those things; right?
17    A   Get their clothes and all of that, yes.
18    Q   So a member of our community who was in the
19 care, custody, and control of the Montgomery County Jail
20 died one day when you were there; correct?
21    A   Yes.
22    Q   And nobody from the sheriff's office ever
23 reported to you about how he died or what happened; is
24 that fair?

Page 46

1 other corrections officers or sergeants who were involved
2 in this situation about what happened after it happened
3 that you remember?
4    A   I think I reported everything that I did.  And
5 that would be about the most I did.
6    Q   Who did you report that to?
7    A   Oh, Sergeant -- I can't even remember which
8 sergeant was on our shift.
9    Q   Maybe Lewis or Jackson?
10    A   Yeah.
11    Q   One of those two?
12    A   Or maybe Sergeant Wayland.
13    Q   Or maybe Sergeant Wayland.  Do you know how old
14 Mr. Richardson was when he died?
15    A   No.
16    Q   Do you know if he had any children?
17    A   No.
18    Q   Did you do anything to try to learn anything
19 about Mr. Richardson?
20    A   No.
21    Q   Those are all the questions I have.
22    A   Thank you.
23    Q   Thank you.
24        MR. PREGON:  We'll read.

Page 48

1    A   They could have, I just don't remember.
2    Q   Were you interested in understanding what
3 happened?
4    A   No.
5    Q   Why not?
6    A   Because I just wasn't.
7    Q   You just don't care?
8        MR. PREGON:  Objection.
9    A   I wouldn't say I don't care, no.  I do care.
10 But it's -- I don't need it to keep on going.  I don't
11 need to know why.  I just keep on going.  Do I feel bad
12 that he did die?  Yes.  But I don't need to know the
13 information of how he died.  I just don't.
14 BY MR. DICELLO:
15    Q   Do you think knowing how he died might help you
16 perform your job to make sure something like this doesn't
17 happen in the future?
18        MR. PREGON:  Objection to form.
19    A   I didn't have any hands-on care with the inmate
20 nor did I really see him.  So --
21 BY MR. DICELLO:
22    Q   Okay.  All right.
23    A   -- it would not help me.
24    Q   All right.  Have you talked with any of the

Page 47

1                    - - -
2            (Signature not waived.)
3                    - - -
4        And, thereupon, the deposition was concluded at
5 4:50 p.m.
6                    - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 49

13 (Pages 46 to 49)

```
 1                    December 22, 2015
 2   Dear Mr. Limmer,
 3       You have chosen to read and sign your transcript.
     Please do not mark on the transcript.  Any
 4   corrections/changes you may desire to make in your
     testimony should be typewritten or printed on the errata
 5   sheet at the end of testimony, giving the page number,
     line number and desired correction/change.  After you have
 6   read the transcript, sign your name on the correction
     sheet and where indicated at the close of testimony before
 7   a notary public.
 8       The Rules of Civil Procedure allow thirty days for
     you to read and sign.  Please return the signature page
 9   and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
     Dublin, Ohio 43017 within that time.  Failure to do so in
10   the allotted time will result in your transcript being
     used as though read and signed by you.
11
12                   Sincerely,

13                   _____
                     Whitney Layne
                     Professional Reporter
14
     Cc:
15   Nick DiCello
     Carrie Starts
16   Jamey Pregon
17
18
19
20
21
22
23
24
```

**Page 50**

```
 1   State of _____
 2   County of _____
 3       I, ZACHARY LIMMER, do hereby certify that I have
 4   read the foregoing transcript of my deposition given on
 5   December 8, 2015; that together with the correction page
 6   attached hereto noting changes in form or substance, if
 7   any, it is true and correct.
 8                   _____
 9                   ZACHARY LIMMER
10       I do hereby certify that the foregoing transcript
11   of the deposition of ZACHARY LIMMER was submitted to the
12   witness for reading and signing: that after he had stated
13   to the undersigned Notary Public that he had read and
14   examined his deposition, he signed the same in my presence
15   on the _____ day of _____, 2015.
16                   _____
17                   Notary Public
18   My Commission Expires on _____
19                   - - -
20
21
22
23
24
```

**Page 51**

Page 51

1    State of *Ohio*

2    County of *Montgomery*

3          I, ZACHARY LIMMER, do hereby certify that I have

4    read the foregoing transcript of my deposition given on

5    December 8, 2015; that together with the correction page

6    attached hereto noting changes in form or substance, if

7    any, it is true and correct.

8                          *Zach Limmer 1160*

9                          ZACHARY LIMMER

10          I do hereby certify that the foregoing transcript

11   of the deposition of ZACHARY LIMMER was submitted to the

12   witness for reading and signing; that after he had stated

13   to the undersigned Notary Public that he had read and

14   examined his deposition, he signed the same in my presence

15   on the *24th* day of *January* , 2015.

16

17                          Notary Public

18   My Commission Expires on *May 2, 2018*

19                          - - -

20

21                          ROSCO S. BENSON, Notary Public
                             In and for the State of Ohio
22                           My Commission Expires May 2, 2018

23

24

Page 52

1    TO THE  REPORTER:

2    I have read the entire transcript of my deposition taken

3    on the _8th_ day of _December_, 20_15_, or the same has been

4    read to me.  I request that the following changes be

5    entered upon the record for the reasons indicated.

6

7    Page    Line    Correction and reason therefore

8    _____

9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    Date _1-24-16_____ Signature _____ 1160

24

Page 53

1                              CERTIFICATE

2     State of Ohio        :

3     County of Franklin:

4

5          I, Whitney Layne, Notary Public in and for the

6     State of Ohio, duly commissioned and qualified, certify

7     that the within named ZACHARY LIMMER was by me duly sworn

8     to testify to the whole truth in the cause aforesaid; that

9     the testimony was taken down by me in stenotype in the

10    presence of said witness; afterwards transcribed upon a

11    computer; that the foregoing is a true and correct

12    transcript of the testimony given by said witness taken at

13    the time and place in the foregoing caption specified.

14

15         IN WITNESS WHEREOF, I have set my hand and

16    affixed my seal of office at Dublin, Ohio, on this 22nd

17    day of Decemer, 2015.

18                          _____

19                          Whitney Layne, Notary Public

20                          In and for the State of Ohio

21    My Commission expires May 4, 2020

22

23

24

**A**

abide 27:4
ability 17:17 29:20
able 16:2 23:1 28:4
    30:14 32:16 36:17
absolutely 30:13
Academy 24:7
acceptable 25:14
    26:1
accomplished 33:3
actively 17:12
actual 24:13
add 30:12
administer 20:14
Administrator 1:4
AED 16:5,6 40:6,7
    40:12
affixed 53:16
aforesaid 53:8
afternoon 5:6 41:3
agencies 33:22
agency 24:1
ago 11:1
agree 18:22 19:14
    19:14 25:8 29:14
    32:7
agreed 43:11 45:20
ahead 15:20 24:23
    25:17 26:3 29:9
    30:12 33:24 37:1
    37:11
al 1:8
allotted 50:10
allow 31:8 50:8
allows 26:7 31:7,13
    31:16,17
ALYSS 2:11
amount 26:7
Andrew 1:5
angles 42:15
angry 38:7
animal 9:7,8
answer 6:11 7:16,21
    8:1,4 36:11
answering 7:5
answers 6:5,15
anybody 30:13 36:1
    36:4 44:5,12 45:7
    45:10,12
anymore 7:3
apologize 15:20
APPEARANCES
    2:1
appeared 38:7,7
applicable 1:14 3:6
applied 27:1
apply 25:3
appreciate 39:24
approximate 12:18
area 8:20,21

armed 35:23
arms 31:23
arrival 14:22,23,23
    15:6
arrive 13:15
arrived 11:21,22
    12:21,22 13:2,8
    13:18 14:4,15,17
    14:20 15:4,10
    43:14
arriving 12:15
asked 6:8,11 8:1,8
    30:9 36:20
asking 7:4,6 37:15
    38:2,5,5 44:17
asphyxia 17:20,23
    18:5,14,24 19:6
    19:11,17 20:4
    21:19 22:2,8,16
    22:20 23:5
asphyxiation 26:20
    33:11,14
assess 13:20 17:6
    31:17 32:3
assessed 17:14
assigned 12:6
assignment 12:9
associated 17:19
ASSOCIATES 1:20
assume 6:11
attached 51:6
attack 45:14
attend 8:22
audible 6:15
Avenue 1:15 2:3,7
avoid 18:5
aware 19:10 35:20
    35:1 44:14,17,18

**B**

back 5:12 8:3 11:5
    11:19 14:14 17:4
    19:6 21:18,22
    22:1,5 23:12,14
    23:18 26:9 32:21
    33:3,21 34:4
    36:13 40:9
background 8:20
    9:12
bad 41:6 47:11
ban 34:14
bans 33:21
base 46:14
based 13:14,22,24
    14:3 16:22 31:6
    32:23 36:11,12
basic 5:24 23:10
basically 11:4,21
    18:1 23:20 42:16
BAUTE 2:11
bear 35:14

becoming 9:23
beginning 15:23
behalf 2:5,9,13
believe 8:17 10:2
    12:5 15:10,14
    39:9 40:9 41:13
belly 19:5 21:20,23
    26:15
benefits 9:22
better 41:11
Beyoglides 1:4
big 30:17
bit 9:11,20 23:17
blade 22:11
blades 22:6
blanket 23:19
Boehringer 2:14
bottom 40:16
boy 9:13
break 7:19,22
breathing 18:2
    23:13 27:1,5
Brenda 2:15
briefly 5:10
broadcast 12:11
butcher 9:13

**C**

call 12:5 15:14
    18:16
called 1:14 3:5
    15:12
calls 34:6
camera 13:17,18
    16:5 42:16
cameras 42:24
caption 53:13
care 9:7,9 44:3 46:2
    46:15,19 47:7,9,9
    47:19
career 9:8,17
Carrie 50:15
carry 12:4
carrying 40:1
case 1:7 5:19 20:8
    36:19 43:3
cause 53:8
Cc 50:14
cell 42:19
certain 18:12
CERTIFICATE
    53:1
certified 5:3
certify 51:3,10 53:6
chair 15:11,13,18
    15:21 17:11,15
    40:2 41:20 43:14
Chances 43:7
change 32:18
changes 51:6 52:4
character 3:8

characteristics
    18:12
charges 44:7
children 48:16
choose 32:8,14
chose 9:21
chosen 50:3
Cincinnati 2:13
circumstances
    28:19,24 29:6,24
civil 1:14 3:6 34:12
    50:8
classification 37:15
clear 6:20 15:2
Cleveland 2:4
close 23:1 41:4 50:6
clothes 46:17
college 9:2,5
come 8:7 20:14
    45:12,19
comes 41:20
coming 22:23
Commission 51:18
    53:21
commissioned 53:6
commit 37:7,9
communicate 21:7
communications
    34:7
community 9:4,5
    25:13,23 29:15
    37:17 45:22 46:3
    46:18
complete 38:20
computer 53:11
concerned 36:14
concerns 35:22
concluded 49:4
conclusion 29:8
condition 16:3
    19:20 37:21 40:3
    40:8
confusing 43:2
connection 5:13,19
consider 18:8
constantly 26:9
continuum 24:17
    27:12
contraindicated
    21:2,9
control 17:17 26:8
    27:17,24 28:3,9
    29:18,21 32:17
    46:2,19
Cooperstone 1:21
    50:9
copy 40:15
coronary 45:14
correct 8:3 11:24
    24:7 26:16,17,21
    29:4,7 34:15

37:21,22,24 38:1
    43:19 45:5,8,23
    46:11,20 51:7
    53:11
correction 24:10
    50:6 51:5 52:7
correction/change
    50:5
corrections 5:15
    8:14 9:18,21
    16:10,13 19:15
    20:6 21:6,8 27:3,9
    27:21,24 28:7,18
    28:22 29:14 30:2
    32:7,13 33:2
    36:19 37:23 39:16
    46:1 48:1
corrections/chang...
    50:4
COs 33:4 37:5
counsel 3:4
County 1:8 5:12,14
    8:12 9:16 17:19
    24:14,24 25:1,2,3
    25:13,21,23 31:13
    34:24 45:19 46:19
    51:2 53:3
couple 32:2 35:14
    35:21
court 1:1 7:1,10,14
    10:15
CPR 40:9
crime 37:8,9
CROSS-EXAMI...
    5:4
cuff 26:13
cuffed 14:14 21:22
currently 8:11
custody 46:2,19

**D**

D 12:16 35:22 37:14
    37:20 43:21
dangerous 21:10
    32:14
date 44:14 52:23
day 46:10,20 51:15
    52:3 53:17
days 11:1 50:8
Dayton 1:16 2:8
Dear 50:2
death 22:16 29:16
    30:4 33:16 44:22
debriefing 45:1
Deceased 1:5
December 1:16 3:1
    50:1 51:5
Decemer 53:17
decision 31:18
Defendants 1:9 2:9
    2:13

**definition** 19:4
**Delta** 13:3,5,8 15:4
  15:10 16:7 21:13
**depends** 29:18
**deposed** 5:22 36:18
  37:5
**deposes** 5:3
**deposition** 1:13 3:5
  3:6 5:13,19 8:2
  10:18 49:4 51:4
  51:11,14 52:2
**describe** 16:19
**desire** 50:4
**desired** 50:5
**desk** 40:6 42:21
**detained** 25:13,23
  45:18 46:6
**detainee** 19:16
  20:16 21:3,9
  22:20 26:19 37:20
  37:24
**detainees** 38:12
**developing** 15:5
**diabetic** 20:12
**DiCello** 2:2 4:4 5:5
  5:9 11:13,14,16
  11:17 14:2 15:1
  15:17 16:24 19:21
  25:19 26:11,23
  27:13 28:6,12
  29:3,11,22 30:7
  30:21 31:4,5,20
  32:5,11,19 33:7
  33:12 34:2,9,18
  34:23 35:7,20
  37:3,13 39:6,23
  41:9,16 42:12,18
  43:5,8 44:11,16
  46:9 47:14,21
  50:15
**die** 22:20 39:15
  45:10 47:12
**died** 5:11 34:3 45:8
  45:12 46:20,23
  47:13,15 48:14
**different** 38:24
  42:24 44:21 45:20
**Dinkler** 1:15 2:7
**disease** 19:9 20:3,18
**disoriented** 38:7
**DISTRICT** 1:1,1
**DIVISION** 1:2
**documents** 10:17
**doing** 6:4,14 10:7
  43:13,21 46:11
**door** 42:5,21
**dot** 12:23
**downstairs** 17:16
  28:4
**Drive** 1:21 50:9
**Dublin** 1:21 50:9

53:16
**Due** 17:12
**duly** 5:2 53:6,7
**duty** 12:9
**dying** 18:23

—————————— **E** ——————————
**earlier** 8:1,8
**easier** 6:2
**easily** 30:16
**education** 9:3
**Ellis** 2:15
**emergency** 12:5
  15:11,21
**employed** 8:11
**employees** 5:16
**employment** 9:11
**enforcement** 9:8
**enter** 31:22 40:21
  43:9
**entered** 39:1 52:5
**enters** 40:20
**entire** 52:2
**errata** 50:4,9
**ESQUIRE** 2:2,6,11
**Estate** 1:5
**et** 1:8
**everybody** 31:19
**everyday** 46:10
**exact** 12:17
**Exactly** 11:13
**EXAMINATION**
  4:1
**examined** 51:14
**example** 20:11
**excessive** 29:7
**executive** 33:20
  34:5 35:2
**Exhibit** 38:22,23
**exist** 25:6
**exit** 41:10,14 43:10
**experience** 20:19
  21:7 32:23
**expires** 51:18 53:21
**extended** 18:7,8
**extent** 21:1,6 34:6
  46:8

—————————— **F** ——————————
**face** 38:10
**faced** 32:12
**facilities** 24:10
**fact** 46:10
**factor** 18:17 19:10
  20:3 21:20,23
  22:1,7,15 32:4
**factors** 18:16,21,22
  26:13 31:3 32:24
**Failure** 50:9
**fair** 6:12 21:3,9 33:1
  34:20 45:6 46:24

**familiar** 23:22,24
  24:13 25:6
**family** 5:10 9:24
**far** 1:15 2:7 41:21
  41:24
**feel** 47:11
**Felicia** 2:14
**fellow** 36:18
**fight** 23:10
**figured** 11:10
**filed** 5:14
**fill** 27:16 39:7
**find** 40:20 45:18,19
**fine** 27:23 35:16
**finer** 33:17
**firefighter** 10:1,10
**firefighting** 9:24
**firm** 1:15
**first** 5:2 7:21 13:16
  30:8 34:4 41:10
**five** 8:17 10:13
**foam** 22:23 23:9
**follow-ups** 35:21
**followed** 18:5 25:8
**following** 52:4
**follows** 5:3
**food** 46:13
**force** 24:16 27:9,12
  27:14,16 28:16,19
  28:23 29:6,7
**foregoing** 51:4,10
  53:11,13
**form** 19:18 25:16
  27:16 28:2,10
  29:17 30:5 31:15
  32:1,9,15 44:9,13
  46:7 47:18 51:6
**formal** 9:3
**Foster** 2:14
**Franklin** 53:3
**Frisk** 36:4
**front** 7:14
**future** 47:17

—————————— **G** ——————————
**G** 1:4
**gain** 26:7 27:17
  29:18,20 32:17
**Garrett** 2:15
**general** 24:21 25:1
  26:14
**Germantown** 8:21
  8:22
**getting** 26:9 40:12
  41:22
**give** 14:20 21:1
**given** 6:10 8:1,4
  51:4 53:12
**giving** 50:5
**go** 5:24 8:3 9:2,24
  15:20,23 16:16

24:23 25:17 26:3
  29:9 30:12 33:24
  35:12,15 37:1,11
**goes** 23:18
**going** 6:11 7:5 8:17
  10:6 17:14 18:16
  18:21 20:7 31:22
  35:12,15 36:14
  42:20 47:10,11
**good** 5:6 10:4 17:8
**governing** 23:23
  25:21
**governor** 33:20
  34:13
**grabbing** 16:6
**graduate** 8:24
**ground** 13:19
**guess** 24:19
  27:22 31:17 43:23
**guy** 20:18 31:23
  36:1
**guys** 37:6

—————————— **H** ——————————
**halfway** 16:3 41:23
**hallway** 42:24
**hand** 53:15
**handcuff** 26:8
**handcuffed** 30:15
  36:9,13
**handcuffs** 25:14,24
  26:5
**hands** 17:4 21:22
  31:23
**hands-on** 16:16
  47:19
**happen** 31:14 47:17
**happened** 11:6
  38:16 39:20 41:17
  45:1 46:23 47:3
  48:2,2
**happening** 12:3
  13:16 43:24
**happens** 8:6 10:8
**Harry** 1:4
**head** 6:16 12:2
  18:18 22:13 23:15
  23:19 38:14
**hear** 36:4 38:12
**heard** 12:10 34:15
**hearing** 16:8,10
  21:14
**heart** 19:9 20:3,18
  45:14
**help** 37:24 47:15,23
**hereinafter** 5:2
**hereto** 51:6
**high** 8:22,24 9:2,3,4
  19:5
**higher** 18:13
**Hills** 1:15 2:7

**HIPAA** 19:19
**history** 19:13
**hit** 23:19
**honest** 17:3 28:11
  44:1
**housed** 37:18
**housing** 37:14
**huh-uhs** 6:16
**hurt** 29:20 30:13,14
  44:5,12,18

—————————— **I** ——————————
**ignore** 40:16
**important** 19:15
  26:19
**incident** 11:7 15:5
  16:14 38:24 39:8
**increase** 18:23
  19:10,17 22:15
**increases** 20:4
  22:19
**Independent** 11:6
**INDEX** 4:1
**indicate** 25:12,22
**indicated** 50:6 52:5
**indicating** 22:9
**individual** 21:3 26:5
**inform** 45:7
**information** 21:1
  42:5 47:13
**injure** 36:15
**inmate** 20:15 21:10
  47:19
**instructed** 33:2
  34:14
**instructions** 14:21
  15:7 21:15
**intending** 9:17
**interested** 35:8 47:2
**interrupted** 15:20
**interval** 43:11
**interview** 38:15
**introduce** 5:6
**involved** 11:3 46:15
  48:1
**Involvement** 39:12
  39:13
**involving** 11:8,22
**iPad** 43:6
**issued** 33:20

—————————— **J** ——————————
**Jackson** 48:9
**jail** 5:12 10:12,14
  10:16 12:6 14:23
  18:5 20:11 23:23
  25:3,13,22,24
  26:13 31:3 32:24
  34:4 36:22 45:19
  46:6,19
**Jail's** 24:14

**Jamey** 2:6 50:16
**job** 6:14,23 9:21
  35:9 46:1,5 47:16
**jobs** 27:3 37:23
**jogged** 8:7
**jogs** 7:24
**Jon** 2:14
**Jr** 1:4
**judge** 7:14
**jury** 7:14

**K**

**keep** 10:7 18:6
  47:10,11
**kept** 17:14 23:20
**kill** 31:24
**kind** 6:16 7:13 9:8
  32:17 44:21
**kinds** 45:20
**know** 5:11 7:6,20
  8:8 10:7 13:6,18
  14:15 17:3,12
  19:12,15,19 20:2
  20:7 22:6 30:22
  32:20 33:8 36:12
  38:3,3 42:14 44:7
  44:15 47:11,12
  48:13,16
**knowing** 10:5 47:15
**knowledge** 20:9
  44:6
**Krisandra** 2:14
  14:8,10,11
**Kruse** 14:10

**L**

**L-I-M-M-E-R** 5:8
**Lakeside** 2:3
**large** 19:5
**laughing** 16:14
**law** 1:15 7:14 9:18
  19:19 31:7,13
**lawsuit** 5:13
**lawyer** 34:3,12
**lawyers** 46:14
**laying** 17:24
**Layne** 1:15,20 3:6
  50:9,13 53:5,19
**lead** 33:16
**learn** 12:3 48:18
**learned** 37:15 40:2
**leaving** 35:11
**left** 22:11
**legal** 29:8
**Let's** 5:24 40:20
**level** 15:23
**Lewis** 48:9
**LIBER** 2:3
**lifesaving** 44:3
**limited** 32:24 38:3
**Limmer** 1:13 3:5

4:2 5:1,8,9 10:18
  34:19 40:20 50:2
  51:3,9,11 53:7
**line** 50:5 52:7
**little** 8:19 9:11,20
  23:17 34:19
**locations** 12:14
**log** 40:11,12,18
  41:11 43:9
**long** 8:16 10:12
  12:15
**look** 34:19 35:12
**looking** 28:13 40:11
  43:5,9
**looks** 16:5
**lot** 39:22
**low** 37:17
**LPA** 2:11
**luck** 10:4

**M**

**M.D** 2:15
**major** 36:6 39:11
**majority** 12:20
**making** 46:15
**man** 20:11 34:3
  39:15
**manage** 43:6
**manual** 15:18
**March** 10:3
**mark** 8:17 50:3
**mass** 45:14
**mean** 17:7 23:6
  33:13 41:24 44:8
**means** 30:13
**meant** 13:2
**Medic** 2:15
**medical** 12:5 13:19
  13:21 17:5,13
  19:13,19 20:10,17
  20:24 21:7,14
  28:4 30:15 32:3
  32:22 33:1 36:10
  37:21,24 46:15
**medication** 20:14
**meeting** 44:24 45:5
**member** 46:18
**members** 25:12,22
  29:15 30:3 37:17
  45:22 46:2
**memory** 7:24 8:6
  13:11 16:22 17:1
  32:24 37:5 38:2
  41:6
**met** 5:9
**middle** 42:1,16
**Miles** 2:15 14:10
**minute** 18:10
**minutes** 7:3 8:7
  12:23 35:14 41:18
  43:13,19,21

**missed** 30:10
**money** 9:22
**Montgomery** 5:11
  5:14 8:11 9:16
  17:18 24:13,24
  25:1,2,3,13,21,23
  31:12 34:24 45:19
  46:19
**mouth** 22:23 23:9
**move** 10:8 18:1
  20:20,22,23 26:7
**moved** 17:5 20:21
**moving** 17:14 23:20
  32:3
**mucus** 22:23

**N**

**name** 5:7,8,9 18:21
  50:6
**named** 53:7
**NaphCare** 2:14
  5:15
**NaphCare's** 5:15
**narrative** 38:20
  39:7
**narratives** 38:24
**necessary** 28:23
**neck** 22:13
**need** 7:19 26:15
  29:18 36:10 46:14
  47:10,11,12
**needed** 9:22 12:13
  12:14 20:15,20
  28:5,7
**needs** 20:12
**negatively** 38:14
**never** 20:7 25:14,24
  26:24 27:4 29:15
  32:20,22 34:15
  37:7
**new** 44:22
**nice** 6:14,23
**NICHOLAS** 2:2
**Nick** 5:9 7:22 8:8
  50:15
**nods** 6:16 12:2
  18:18 23:15
**nose** 22:24
**notary** 1:15 3:6,7,8
  50:7 51:13,17
  53:5,19
**notes** 3:7 35:15
**notifying** 34:5
**noting** 51:6
**number** 4:3 36:18
  38:24 50:5,5
**numbers** 12:12
  40:16
**Nurse** 2:14,14,14
  14:10,11

**O**

**oath** 7:8,12,13
**obesity** 19:2,5
**Object** 19:18 25:16
  28:2 29:17 30:5
  32:9,15 44:9,13
  46:7
**objection** 15:15
  26:2,22 27:11
  28:2,10 29:1,8
  30:20 31:15 32:1
  32:1 33:5,10,23
  34:6,16,21 36:24
  37:10 39:17 41:8
  47:8,18
**observing** 43:24
**office** 5:14 8:12
  9:16 17:19 31:13
  35:1 46:22 53:16
**officer** 8:14 9:21,23
  20:6 27:21 32:7
  46:1
**officers** 5:15 13:6
  16:11,13 17:13
  19:15 22:19 23:19
  24:6,9 27:3,9,24
  28:8,18,22 29:14
  30:2,16 32:2,14
  33:2 36:10,19
  37:24 39:16 48:1
**officers'** 36:7
**official** 3:8
**oh** 8:7 13:23 44:10
  48:7
**Ohio** 1:1,15,16,21
  2:4,8,13 24:6 33:9
  33:21 34:13 50:9
  53:2,6,16,20
**okay** 6:3,9,17,21 7:7
  7:8,22,23 8:4,9
  9:15 10:4 11:5
  12:21 13:1 15:9
  18:24 19:1 20:10
  23:8 25:5 31:4
  32:13 39:14,24
  41:6 42:6,22
  43:18 44:2 47:22
**old** 40:16 48:13
**once** 10:23 12:10,12
  43:14
**ongoing** 11:23
**OPOTA** 24:1,2,11
**opportunity** 8:2
**opted** 9:23
**order** 33:20 34:5
  35:2,3
**ordered** 15:11
  34:14
**orders** 24:21 43:23
**outer** 43:3

**P**

**p.m** 1:16 3:2 11:20
  49:5
**page** 4:4 50:5,8 51:5
  52:7
**part** 11:3 37:23
  42:11 46:1,5
**participate** 44:24
**particular** 21:1,8
**particularly** 19:4
**parties** 3:5
**pass** 10:5
**patient** 19:16 30:4
**Pause** 35:19
**Peace** 24:6
**pending** 5:20
**people** 23:9 25:22
  29:19 31:14 37:15
  39:1 45:18 46:6
**pepper** 27:19
**perform** 47:16
**period** 17:9 18:8
**periods** 18:7
**person** 18:13 20:10
  20:17 34:4 45:16
**personal** 8:18 38:2
**personally** 13:13
  16:6
**Phil** 1:8
**place** 53:13
**placed** 12:9 17:3
**placing** 25:12,22
  26:4,5
**Plaintiff** 1:6,14 2:5
  3:5
**Plaintiff's** 38:23
**plan** 10:6
**please** 5:6 50:3,8
**Plummer/Montgo...**
  1:8
**pod** 12:16 13:3,5,8
  15:4,10,24 16:7
  21:13 35:22 37:14
  37:20 40:21 41:10
  41:14,14 43:10,10
  43:21
**point** 12:5,8 13:15
  15:24 16:4 17:4
  30:14 31:18 32:18
  33:17 41:20 45:13
**police** 9:23 24:9
**policies** 18:4 23:22
  24:14 25:3,11,20
**policy** 12:10 25:1
**pose** 29:15
**poses** 30:3
**position** 16:20 17:2
  20:23 21:2,9 22:2
  22:14,21 25:14,24
  26:5,14

**positional** 17:20,22
  18:5,13,23 19:6
  19:11,17 20:4
  21:18 22:2,7,16
  22:20 23:4 26:19
**positions** 26:6
**possible** 26:15
**practice** 25:15 26:1
**preexisting** 19:9
  20:3,18
**Pregon** 1:15 2:6,7
  11:12 13:24 14:5
  14:23 15:15 16:22
  19:18 25:16 26:2
  26:22 27:11 28:2
  28:10 29:1,8,17
  30:5,20 31:3,15
  32:1,9,15 33:5,10
  33:23 34:6,16,21
  35:5 36:24 37:10
  39:4,17,19 41:8
  41:14 42:13,23
  43:2,7 44:9,13
  46:7 47:8,18
  48:24 50:16
**prepare** 10:17
**presence** 3:7 51:14
  53:10
**presented** 32:6
**pressure** 22:1,5,13
**pretty** 41:3 42:13
**printed** 50:4
**priority** 36:6
**privileged** 34:7
**privy** 20:9
**probably** 5:11
  12:22 35:12 43:15
**Procedure** 1:14 3:6
  50:8
**procedures** 18:4
  23:23 24:14 25:21
**proceedings** 35:19
**process** 6:1
**produce** 36:14
**produced** 42:12
**Professional** 50:13
**prohibited** 25:15
  26:1 33:9,15
**prone** 22:2,14,21
  25:14,24 26:5,6
  26:14 33:8,21
  34:14
**proof** 3:8
**protect** 26:19
**protecting** 36:7
**protection** 9:7,9
**provide** 6:5 20:15
  44:3
**provided** 45:1
**pry** 8:19
**public** 1:15 30:3

50:7 51:13,17
  53:5,19
**pursue** 9:8
**pursuing** 9:17
**put** 7:21 18:13 27:4

_____
           **Q**
**qualification** 3:8
**qualified** 53:6
**question** 6:7,11 7:4
  7:20,21,24 30:9
**questions** 6:4 8:18
  35:5 36:20 37:16
  48:21
**quicker** 6:2
**quickly** 32:17
**quite** 41:22

_____
           **R**
**radio** 12:11
**radios** 12:4
**railing** 23:21
**reaching** 22:10
**read** 25:18 41:11
  48:24 50:3,6,8,10
  51:4,13 52:2,4
**reading** 51:12
**really** 10:7 17:7
  39:21 47:20
**reason** 7:16,19
  26:18 36:8 39:10
  52:7
**reasonable** 28:19
  31:21
**reasonably** 28:23
**reasons** 45:20 52:5
**recall** 21:14
**receive** 44:21
**received** 18:11
**recollection** 38:4,6
**recommendations**
  21:15
**record** 5:10 6:21
  37:4 52:5
**reduced** 3:7
**refresh** 38:4
**relies** 21:7
**rely** 20:24
**remember** 11:7,18
  13:7,9,9,11,13,21
  16:6,7,10,13,23
  17:7 23:24 38:6
  40:12 44:1 45:3,4
  45:16 47:1 48:3,7
**remembered** 8:9
**remembers** 14:1
**remind** 6:19
**REMINGER** 2:11
**report** 12:13 14:17
  20:11 38:24 39:7
  48:6

**reported** 46:23 48:4
**reporter** 7:1 50:13
  52:1
**reposition** 32:18
**repositioning** 21:16
**represent** 5:10
**representing** 34:3
**request** 52:4
**resisting** 17:13
**respect** 28:15
**respective** 3:5
**respond** 12:11,12
  12:16 13:6
**responded** 13:5
  16:4
**restrain** 29:15 30:2
  31:14 32:6,13,16
**restrained** 20:17,19
  39:16
**restraint** 15:11,11
  15:12,21 17:11,15
  21:2,8 23:23
  24:15 25:4,21
  32:14 33:8,22
  34:14 40:2 41:19
**restraints** 26:24
  27:4
**restrict** 27:1,5
**result** 44:22,23
  50:10
**retrieve** 17:11
**retrieved** 40:6
**return** 50:8
**returned** 40:7
**review** 10:17,20
  13:14
**Richardson** 1:5
  5:11 11:8,22
  14:14 15:5 16:8
  16:17,20 21:16
  23:12 27:10,15
  32:20 33:2 35:22
  36:21 37:7,9 38:6
  44:5,18 45:2,8
  48:14,19
**Richardson's** 17:1
  40:3,8 44:22
**right** 5:24 15:16
  22:9 29:12 31:1,3
  31:8,17 35:8,9
  36:19 39:21 40:19
  41:15,19 44:2
  46:16 47:22,24
**rights** 34:12
**risk** 18:13,16,17,21
  18:22,23 19:5,10
  19:11,16,17 20:3
  20:4 21:18,20,23
  22:1,7,15,15,19
  29:16 30:3 32:3
  37:17

**risks** 17:19
**Robert** 1:5 5:10
**roll** 23:12 33:2
**rolled** 32:20
**room** 17:16 28:4
**route** 9:24 15:22
**rude** 6:20
**rule** 26:12,13,14,18
  27:4 28:18,20,22
  29:4
**rules** 1:14 3:6 5:24
  36:22,23 50:8

_____
           **S**
**sad** 38:7
**safer** 32:8
**safety** 15:12 31:18
  36:7
**sat** 36:19
**Saturday** 11:12,15
  11:19
**saw** 16:20 32:24
  37:7
**saying** 16:8 30:6
**says** 5:3 26:4 41:14
  43:9
**scene** 14:24 15:4
  21:13 23:11 40:11
  40:12,18 41:11
  43:9
**school** 8:22,24 9:2,3
  9:4
**seal** 53:16
**second** 30:17
**see** 10:8 13:16 23:11
  33:15 36:4,8,22
  38:10 39:22 41:21
  42:20 43:1 47:20
**seeing** 13:9
**seen** 13:12 15:18
  23:9 42:8
**selection** 42:14
**sergeant** 14:18,20
  15:6 48:7,8,12,13
**sergeants** 37:6 48:1
**serving** 46:6
**Session** 3:1
**set** 40:17 53:15
**Shakes** 38:14
**sheet** 50:5,6,9
**Sheriff** 1:8 2:9
**sheriff's** 5:14 8:12
  9:16 17:19 25:1,2
  31:13 35:1 46:22
**SHIBLEY** 2:3
**shift** 11:18 12:19
  48:8
**short** 26:6
**shoulder** 22:6,11
**shoulders** 22:5,6
**show** 40:15

**showing** 38:22
  40:18
**shown** 33:19
**shows** 40:20 42:21
**shrugs** 6:15
**side** 17:5 23:17
**sign** 23:4 50:3,6,8
**signature** 49:2 50:8
  52:23
**signed** 50:10 51:14
**signing** 51:12
**Sincerely** 50:12
**sit** 45:4
**sitting** 45:5
**situation** 11:22
  13:20 20:16 28:9
  31:17,23 42:20
  48:2
**size** 17:12
**Smiley** 15:24
**smiling** 16:14
**software** 43:6
**somebody** 18:23
  19:9 26:14 27:5
  32:7
**soon** 26:15
**sorry** 35:6
**sounds** 36:11
**SOUTHERN** 1:1
**SPANGENBERG**
  2:3
**speak** 37:4
**Special** 1:4
**specified** 53:13
**spell** 5:7
**spend** 46:10
**spray** 27:19
**Sr** 1:5
**staff** 20:24 21:6,7,8
  30:15
**stairs** 16:1 17:8
  23:20,21 40:2
  41:22
**started** 11:23 40:10
**starting** 33:21
**Starts** 50:15
**state** 1:15 33:9,21
  33:22 34:13 51:1
  53:2,6,20
**stated** 51:12
**statement** 38:20
**STATES** 1:1
**stationed** 10:14,15
**stenotype** 53:9
**stenotypy** 3:7
**Steve** 14:12
**Steven** 2:15
**stipulated** 3:4
**STIPULATIONS**
  3:3
**stock** 9:13

**Stockhauser** 2:15
   14:12,13
**stomach** 17:4,6,24
   18:7 23:18
**stop** 6:24 32:2 36:17
**stopped** 23:13
**stops** 18:1
**Street** 2:12
**strikes** 27:18
**struggle** 22:18 23:6
**struggled** 22:18
**struggling** 41:21
**studying** 9:6
**subject** 29:19
**submitted** 51:11
**substance** 51:6
**suffering** 23:4
**suggestions** 21:15
**suitable** 20:23
**Suite** 1:16 2:4,8,12
**summoned** 37:20
**Sunday** 11:11
**supervisor** 45:1
**supplement** 8:3
**supposed** 18:4 25:8
   40:17
**sure** 6:24 42:13
   45:15 46:13,14,15
   47:16
**surprised** 34:20,24
**suspect** 35:11
**suspicion** 31:21
**swing** 30:16
**sworn** 5:2 53:7
**swung** 26:10
**symptom** 23:4
**system** 39:1,8

**T**
**take** 7:13 8:2 10:2
**takedowns** 27:19
**taken** 1:14 3:6 5:19
   52:2 53:9,12
**takes** 32:2
**talked** 47:24
**talking** 6:24 7:2
   24:16,19,24 25:2
   38:3
**taser** 27:19
**tasked** 16:1
**tech** 9:5
**tell** 6:8 9:11,20
   12:17 13:9,10,12
   14:5 18:22 20:20
   23:2 28:14 45:12
**telling** 15:6 26:12
   29:23 32:12
**ten** 7:3 8:7
**terms** 37:14
**test** 10:2,5
**testified** 7:10 36:21

**testify** 7:13 53:8
**testimony** 27:14
   29:23 37:5 50:4,5
   50:6 53:9,12
**thank** 11:16 39:13
   48:22,23
**thing** 6:16 11:2
   13:12
**things** 30:19 46:16
**think** 11:10 13:24
   15:6,15 20:3
   23:18 26:12 28:7
   28:8 33:1 35:17
   38:23 40:1,14,21
   41:7,20,22 45:13
   47:15 48:4
**thinking** 9:23
**thirty** 50:8
**thought** 13:2
**throw** 30:18
**Tiburon** 39:1,8
**tier** 30:17
**time** 3:6 6:19,19 7:2
   9:22 12:8,17,21
   13:15 14:15,22
   15:4,22 16:19
   17:9 18:7,9 23:10
   26:7 30:8,14
   31:18 36:6 41:22
   45:13 50:9,10
   53:13
**times** 10:22 43:11
**today** 5:12 7:8,12
   7:17 8:2 45:4
**today's** 10:18
**told** 32:22 34:12
   37:6
**touch** 46:14
**touching** 22:10
**trained** 17:18 24:11
   28:15 31:7 33:19
**training** 18:11 24:6
   31:6,12 44:22
**transcribed** 3:7
   53:10
**transcribing** 7:1
**transcript** 50:3,3,6
   50:10 51:4,10
   52:2 53:12
**transported** 17:15
**treatment** 36:10
**true** 8:12 12:1 15:7
   20:4 22:3 26:4
   27:5 28:1,16,24
   39:16 46:3 51:7
   53:11
**truth** 53:8
**truthfully** 7:16
**try** 10:10 23:12 26:8
   30:11,19 44:3
   48:18

**trying** 13:19 16:1
   23:17 27:17
**Tuesday** 3:1
**turn** 16:4
**turned** 17:5
**two** 11:1 18:10
   31:23,23 32:6,12
   43:11 48:11
**typewritten** 50:4
**typically** 12:12,23
   26:6

**U**
**Uh-huh** 19:23 24:3
   27:8 31:9 39:2
   40:22 42:9
**uh-huhs** 6:16
**unable** 17:24
**Unbeknownst**
   15:22
**undersigned** 51:13
**understand** 5:16,18
   6:1,2,7 7:8,12
   18:17 19:6 21:19
   22:7,14,19 23:3
   25:12 26:13,24
   29:4,12 37:16
   46:5
**understanding** 6:10
   8:19 17:10,22
   18:3,12 19:22
   20:7 31:6 32:23
   47:2
**understood** 6:5,12
   13:4 45:7
**UNITED** 1:1
**unnecessary** 29:7
   29:16 30:3,6,12
**upper** 15:23
**upside** 41:12
**use** 18:6 24:16 27:9
   27:12,16 28:15,19
   28:23 33:8

**V**
**vaguely** 11:9
**video** 10:20,22 11:7
   13:12,14,22,24
   14:3,5 16:22
   23:16 27:7 32:24
   38:5 41:21,24
   42:1,4,8,21
**view** 13:16
**views** 42:5
**Vine** 2:12
**violate** 36:22
**violated** 36:21
**violence** 37:18
**violent** 31:22
**vs** 1:7

**W**
**wait** 6:24 7:4,4
**Waiting** 43:23
**waived** 3:8 49:2
**want** 6:8 7:22 8:1
   8:18 21:4 30:11
**wanted** 30:17
**wasn't** 23:1 30:15
   39:19 47:6
**watch** 11:2 23:16
**watched** 10:22 11:3
   27:7
**watching** 11:6
**way** 20:19 30:13
   32:8,14,16
**Wayland** 48:12,13
**ways** 27:1 29:15
   32:6,13
**we'll** 7:20 48:24
**we're** 5:12 7:2
   12:13 28:13 32:16
**we've** 6:4 43:18
**weapon** 35:23 36:2
   36:5,8,12,14
**went** 40:6
**weren't** 36:13
**WESTERN** 1:2
**WHEREOF** 53:15
**Whitney** 1:15 3:6
   50:9,13 53:5,19
**witness** 1:14 3:5,8
   14:7,9 35:6 37:8
   39:15 51:12 53:10
   53:12,15
**witnessed** 41:17
**Wittman** 40:13
**word** 31:16
**words** 6:15 31:16
**work** 11:21 12:15
   12:21,22 17:16
**working** 10:2,12
   11:18 43:17
**works** 6:1
**worse** 16:4
**worsened** 40:3,4
**wouldn't** 12:9 19:12
   19:12 23:1,19
   36:7 44:15 47:9
**wound** 9:21
**writing** 3:7
**written** 23:22 24:14
   25:9,11,11,20,22

**X**

**Y**
**Yeah** 14:3,7,13 15:3
   21:21 22:10 24:22
   28:13 30:8 34:22
   41:5 42:7 43:17

43:20 48:10
**years** 8:17 10:13
**Yep** 33:18

**Z**
**Zachary** 1:13 3:5
   4:2 5:1,8 51:3,9
   51:11 53:7
**zoomed** 42:1,17

**0**

**1**
**1** 38:22,23
**1001** 2:3
**11:30** 11:20
**117** 1:16
**123** 2:8
**15** 40:21
**15:23** 40:21 43:18
**15:26** 41:13
**15:44** 43:16,18
**1700** 2:4,12
**19th** 11:5,7,10,15
   12:7 21:14 36:22
   37:7 44:8,19 45:8

**2**
**20** 52:3
**2008** 9:1
**2009** 33:21 34:13
**2012** 5:12 11:5,7,10
   11:15,19,20 12:7
   19:7 21:14,19
   34:4 36:22 37:7
   44:8,19 45:8
**2015** 1:16 3:1 50:1
   51:5,15 53:17
**2020** 53:21
**21** 43:19,21
**22** 50:1
**22nd** 53:16
**23** 41:17 43:13
**23-minute** 43:10

**3**
**3:00** 12:22
**3:14-CV-00158** 1:7
**3:20** 12:20 41:3
**3:23** 41:1,2
**3:30** 11:20
**30** 12:23

**4**
**4** 53:21
**4:00** 1:16 3:2
**4:50** 49:5
**43017** 1:21 50:9
**44114** 2:4
**45202** 2:13
**45429** 1:16 2:8

| 5 | | | | |
|---|---|---|---|---|
| **5** 4:4 | | | | |
| **525** 2:12 | | | | |
| **5335** 1:15 2:7 | | | | |
| **544** 42:19 | | | | |
| **6** | | | | |
| **614-309-1669** 1:22 | | | | |
| **6723** 1:21 50:9 | | | | |
| **7** | | | | |
| **8** | | | | |
| **8** 1:16 3:1 51:5 | | | | |
| **9** | | | | |