UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -

Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,

    vs.                     Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants

- - -

DEPOSITION OF KEITH MAYES
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on November 17, 2015 at
10:00 a.m.

LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO 43017
614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio 44114
    on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio 45429
    on behalf of the Sheriff
    Defendants

CARRIE STARTS, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio 45202
    on behalf of the Defendants
    NaphCare, Inc., Nurse Felicia Foster,
    Nurse Jon Boehringer, Nurse Krisandra
    Miles, Medic Steven Stockhauser,
    and Brenda Garrett Ellis, M.D.

ANNE M. JAGIELSKI, ESQUIRE
ASSISTANT PROSECUTING ATTORNEY
301 West Third Street
4th Floor
Dayton, Ohio 45422
    on behalf of the Defendant
    Montgomery County Sheriff's Office

Page 2

---

November 17, 2015
Tuesday Session
10:00 a.m.
- - -
STIPULATIONS

    It is stipulated by and among counsel for the
respective parties that the deposition of KEITH MAYES, the
Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, may be taken at this
time by the notary Whitney Layne; that said deposition may
be reduced to writing in stenotypy by the notary, whose
notes thereafter may be transcribed out of the presence of
the witness; and that the proof of the official character
and qualification of the notary is waived.

Page 3

---

EXAMINATION INDEX

KEITH MAYES

BY MR. DICELLO.............................Page 5

Page 4

---

KEITH MAYES

    Being first duly sworn, as hereinafter

certified, deposes and says as follows:

CROSS-EXAMINTION

BY MR. DICELLO:

    Q   Good morning.  Could you please state your name

for the record and spell your last name?

    A   Keith Mayes, M-A-Y-E-S.

    Q   Officer Mayes, my name is Nick DiCello.  We had

a chance to meet off the record.  You understand you're

here for your deposition today?

    A   Yes, sir.

    Q   You understand you're here for the deposition

involving the death of a former detainee at the Montgomery

County Jail by the name of Robert Richardson back in 2012?

    A   Yes.

    Q   Have you ever been deposed before?

    A   No, sir.

    Q   Couple of rules for today's deposition.  I

don't expect it will take long.  But if you do need a

break at any time, just let me know.  If a question is

pending, I would ask that you answer it first and then ask

for a break, okay?

    A   Yes, sir.

Page 5

1    Q   Everything we say is being taken down by the
2    court reporter, so your answers have to be audible; yes,
3    no, instead of shrugs of the shoulders and uh-huhs and
4    huh-uhs, okay?
5        A   Yes, sir.
6        Q   I'll ask the questions, you'll provide the
7    answers, okay?
8        A   Yes, sir.
9        Q   If you don't understand a question that I've
10   asked, will you tell me that?
11       A   Yes, sir.
12       Q   Given that understanding we have, if you answer
13   a question that I've asked, I'm going to assume that you
14   understood it.  Is that fair?
15       A   That's fair.
16       Q   We have to make sure not to talk over one
17   another, which you're doing a nice job of so far, so
18   Whitney can take everything we say down.
19       A   Can I ask for one thing?
20       Q   Sure.
21       A   Can you speak a little louder?  I'm a little
22   hard of hearing.
23       Q   Yes.  Let me know, if I don't keep my voice up,
24   let me know.  It's important that you hear the questions.

Page 6

1        A   Yes, sir.
2        Q   You understand you're under oath today?
3        A   Yes, sir.
4        Q   You understand the oath you're under today will
5    be the same kind of oath that you're under at the trial of
6    this matter in front of a jury and the Court?
7        A   Yes, sir.
8        Q   You understand that I'm going to be relying on
9    your answers today in connection with this lawsuit?
10       A   Yes, sir.
11       Q   You are a corrections officer with Montgomery
12   County?
13       A   Yes, sir.
14       Q   How long have you been a CO?
15       A   Nine and a half years.
16       Q   And has that all been here in Montgomery
17   County?
18       A   Yes, sir.
19       Q   So what did you do in your former life?
20       A   Worked for Daily Express Trucking Company.  It
21   was an oversized trucking company.  I worked there for
22   eight years.  And before that, I worked at Super Value
23   Distribution Center.  I was a dispatcher for the truckers.
24       Q   So what year did you decide to go into

Page 7

1    corrections?
2        A   2006.
3        Q   Why the decision to move into corrections at
4    that point?
5        A   Well, I was unemployed.  I worked for Daily,
6    and they did -- they did budget cuts, and I was a budget
7    that they cut.  So --
8        Q   Did you have any interest in law enforcement or
9    corrections or --
10       A   No.  A friend of mine just said that they're
11   hiring, so I applied.
12       Q   As of May 2012, what watch were you working; do
13   you remember?
14       A   Third watch.
15       Q   Third watch is second shift?
16       A   It's 3:30 in the afternoon to 11:30 at night.
17       Q   Okay.  And what was your assignment on that
18   day?  We determined that was a Saturday if that helps jog
19   your memory.  What was your assignment that day; do you
20   remember?
21       A   I was classification officer.
22       Q   And did you work on a particular floor or area
23   of the jail when you were assigned to that?
24       A   No.  Classification office is the desk -- is on

Page 8

1    the platform by the records.  I have an assigned area I
2    have to stay in.  Well, not stay in, but where my
3    computers are, the LEADS terminal, I have to run people in
4    LEADS and also access the computers I need to house people
5    with.
6        Q   So tell me, when you're in classification, it
7    sounds obvious, but tell me, what does that shift -- what
8    are the responsibilities when you're assigned to that
9    detail on a shift?
10       A   Well, like I just said, when an inmate comes
11   in, a person comes in, I have to run them through LEADS to
12   check their history, criminal history.  Some of them don't
13   have any, some have a lot.
14       Q   Yep.
15       A   And then I have to check if they've been there
16   before, I check their past screens, see what kind of a
17   person they are as far as if they're assaultive,
18   combative, you know, whatever kind of person they are.  We
19   have people who have been three 300 times and never hear a
20   peep out of them.  And I check their past history in the
21   jail as far as their behavior, and then assign their
22   housing.  And I make a dressing list for the dressing
23   officer.
24       Q   We know that Mr. Robert Richardson as of May

Page 9

1    19th, 2012 was on the D Pod.  Is that consistent with your
2    recollection?
3         A   Yes, sir.
4         Q   So for somebody who has now explained to me how
5    to go about classifying detainees or inmates at the jail,
6    what kind of folks are put on D Pod?
7         A   The pods, there's four pods in the jail.  Bravo
8    Pod is workers, so I can't put anybody in there.  They
9    have to go through a special to get in there.  But Alpha,
10   Charlie, and Delta, it's just minimum housing, people who
11   don't have violent crimes, not violent people.
12        Q   Do you recall whether you worked Friday, May
13   18th, 2012?
14        A   I don't remember.
15        Q   Do you recall whether or not you were involved
16   in the classification status for Mr. Richardson in any
17   way?
18        A   I don't remember that.
19        Q   All right.
20        A   Sorry.
21        Q   That's okay.
22            MR. DICELLO:  Can we go off the record for a
23   minute?
24            (Discussion held off the record.)

Page  10

1    BY MR. DICELLO:
2         Q   Height and weight?
3         A   Six-four.
4         Q   I thought so.
5         A   Three hundred.
6         Q   Was that about your weight back in May 2012?
7         A   No.
8         Q   Okay.  What was your weight back in May of
9    2012?
10        A   I just had come off surgery, so I had lost some
11   weight.  So I probably weighed 275 maybe.
12        Q   We've got some records here.  Let me ask you.
13   What did you review, if anything, to prepare for today's
14   deposition?
15        A   Just my report that I wrote.
16        Q   The narrative?
17        A   Yes, sir.
18        Q   Did you look at the video at all?
19        A   Yes, sir.
20        Q   Anything other than the video and your
21   narrative report that you reviewed to prepare for today's
22   deposition?
23        A   No.
24        Q   And I should have said that if at some point

Page  11

1    something jogs your memory, Officer Mayes, and you want to
2    revisit an answer that you've given, that's not uncommon
3    and I want you to do so.
4         A   Okay.
5         Q   Okay?  Take the opportunity to do that and we
6    can revisit any question or answer.
7             Independent from your review of the records and
8    watching the video, we're talking about something that
9    happened back in 2012, I want to know independent of
10   reviewing that, do you have a memory of the encounter with
11   Robert Richardson?
12        A   Yes, sir.
13        Q   Do you remember Mr. Richardson himself?
14        A   As far as being an inmate or -- or that day?
15        Q   Let's talk about that day.
16        A   I remember the incident that happened.  But as
17   far as a one-on-one basis with him, no, I don't.
18        Q   Prior to May 19th, 2012, had you ever, that you
19   remember, encountered Mr. Richardson at the jail?
20        A   No, sir.  He didn't stand out to me.
21        Q   So when you responded to this incident on May
22   19th, 2012, fair to say you didn't recognize
23   Mr. Richardson?
24        A   No.

Page  12

1         Q   Yes, that's correct?
2         A   Yeah, that's correct.  I'm sorry.
3         Q   That's okay.
4             What did Mr. Richardson look like; do you
5    remember?
6         A   A large black male.  That's all I remember of
7    him.
8         Q   When you say "large," what was your -- from
9    your perception, how large was he?  How tall?  How much
10   did he weigh?
11        A   He was a big man.  I mean, by him laying on the
12   floor -- when I got up there, he was already on the floor
13   and handcuffed, so --
14        Q   Okay.
15        A   I mean, he was a big man.  He was big chested
16   and -- kind of like myself.  I'm not small --
17        Q   Okay.
18        A   -- by any means of it.
19        Q   So as compared to you, do you think he was the
20   same size, smaller than you, bigger than you?
21        A   Maybe a little larger as far as weight.  I'm
22   not sure.
23        Q   Do you remember if he had facial hair or didn't
24   or what kind of hair he had?

Page  13

4 (Pages 10 to 13)

1  A  I don't.
2  Q  You don't remember any of that?
3  A  No.
4  Q  So why don't you tell me how it is that you
5  came to respond to this incident that took place on the D
6  Pod on May 19th, 2012?
7  A  We were doing shift change, and --
8  Q  Were you coming on shift?
9  A  Yes.  I was reporting for shift.
10  Q  Okay.
11  A  Which I was there early anyway.  I'm always
12  early.  So --
13  Q  Kind of like today?
14  A  Yeah.
15  Q  Right.
16  A  A live a little way away, yeah.
17  Q  Okay.
18  A  So I heard on the radio that they needed
19  officers to respond for an unknown problem in Delta, and I
20  went because I'm there for the next eight hours.
21  Q  You said "unknown problem."  Is that
22  specifically what you remember being broadcast?
23  A  They didn't tell me.  They just had a situation
24  going on, and I wasn't sure exactly what we're getting

Page 14

1  about the incident and then we'll take a look at your
2  narrative.  And it's in here somewhere if you need to
3  refer to it, please feel free to do so.
4  But before we get there, I want to ask a couple
5  of maybe more general questions.  Have you ever received
6  any training on any dangers associated with prone
7  restraint?
8  A  No.
9  Q  Do you know what prone restraint is?
10  A  A person is laying on his belly and handcuffed.
11  Q  Do you agree, Officer Mayes, that corrections
12  officers must never apply handcuffs or restraints in ways
13  that may restrict someone's breathing?
14  A  Yes.
15  Q  Corrections officers must only use force that
16  is reasonable; do you understand that?
17  MR. PREGON:  Objection.
18  A  Correct.
19  BY MR. DICELLO:
20  Q  That's all right.  He might object from time to
21  time, and unless he tells you not to answer the question,
22  just go ahead.
23  MR. PREGON:  But give me a chance so we don't
24  talk at the same time.

Page 16

1  into.  I had no idea.
2  Q  Do you remember who it was that broadcast that
3  over the radio?
4  A  It had to be security patrol.  They called it
5  out as far as I know.
6  Q  Are these radios you're wearing on your person?
7  A  Well, yeah.  I have a --
8  Q  Hand-held?
9  A  Yeah.
10  Q  Okay.
11  A  It's on my belt.  It's where I wear them.
12  Q  And I just had the chance to speak with Officer
13  Johnson, and he told me that at least at that time, in May
14  of 2012, you all weren't using codes?
15  A  No, we were not.
16  Q  So somebody just came over the radio and said,
17  "We need officers to respond to D Pod for" --
18  A  Delta Pod.
19  Q  Delta Pod.
20  A  Yes.
21  Q  Did you respond with anyone else?
22  A  Oh, I don't remember who all was in the
23  elevator.  Apparently, I did.  I don't remember who.
24  Q  I'll have you walk us through what you remember

Page 15

1  THE WITNESS:  All right.
2  BY MR. DICELLO:
3  Q  Corrections officers may only use force that is
4  reasonably necessary under the circumstances, that's your
5  understanding?
6  MR. PREGON:  Objection.
7  Go ahead.
8  A  Yes.
9  BY MR. DICELLO:
10  Q  Force that is unreasonable is excessive;
11  correct?
12  MR. PREGON:  Objection.
13  Go ahead.
14  A  Yeah.
15  BY MR. DICELLO:
16  Q  And force that is unnecessary under the
17  circumstance is, likewise, excessive force; agreed?
18  MR. PREGON:  Objection.
19  Go ahead.
20  A  Repeat that again.
21  BY MR. DICELLO:
22  Q  Yeah.
23  A  I can't hear you.
24  Q  Sorry.  Force that is unnecessary under the

Page 17

5 (Pages 14 to 17)

**Page 18**

1    circumstance is also excessive force; true?

2         MR. PREGON:  Objection.

3         Go ahead.

4    A  True.

5    BY MR. DICELLO:

6    Q  As a corrections officer, did you take an oath?

7    A  No.

8    Q  You were sworn in to become a CO?

9    A  No, sir.

10   Q  No?  Okay.  I'm going to ask you if you agree

11   with this statement:  Placing members of the community, of

12   our community, of your community, in handcuffs in a prone

13   position is never an acceptable practice.

14        MR. PREGON:  Objection.

15        Go ahead.

16   A  Yeah, it's acceptable.

17   BY MR. DICELLO:

18   Q  Your understanding based on the rules,

19   training, policies, procedures at the Montgomery County

20   Jail is that placing members of the community who are

21   handcuffed in prone position is acceptable?

22   A  Yes.

23   Q  And I take it you then disagree with the

24   following statement, that placing members of the community

**Page 19**

1    who are in handcuffs in a prone position is prohibited.

2    You disagree with that?

3         MR. PREGON:  Objection.

4         Go ahead.

5    A  It is prohibited.  We're trained to do that.

6    BY MR. DICELLO:

7    Q  So it's permissible?

8         MR. PREGON:  Yeah, you said prohibited.

9    A  Yeah, we're allowed to do that.  We're trained

10   to do that.

11   BY MR. DICELLO:

12   Q  So you're trained to put people in a prone

13   position with their hands cuffed behind their back?

14   A  Yes.

15   Q  You understand that the prone position means

16   facedown on the belly?

17   A  Uh-huh.

18   Q  Yes?

19   A  Yes, sir.  I'm sorry.

20   Q  That's okay.

21        And I have a definition of prone restraint.

22   It's kind of clumsy, but I have to ask you.  Do you agree

23   with the following definition of prone restraint:  All

24   items or measures used to limit or control the movement or

**Page 20**

1    normal functioning of any portion or all of an

2    individual's body while the individual is in a facedown

3    position for an extended period of time.  Do you agree

4    with that definition?

5         MR. PREGON:  Objection.

6         Go ahead.

7    A  Say that one more time.

8    BY MR. DICELLO:

9    Q  Sure.  All items or measures used to limit or

10   control the movement or normal functioning of any portion

11   or all of an individual's body while the individual is in

12   a facedown position for an extended period of time.

13        MR. PREGON:  Objection.

14        Go ahead.

15   A  Yes.

16   BY MR. DICELLO:

17   Q  Prone restraint, do you understand, includes

18   physical restraints, meaning correction officers actually

19   holding somebody in that position?  Do you understand

20   that?

21        MR. PREGON:  Objection.

22        Go ahead.

23   A  Yes, sir.

24   BY MR. DICELLO:

**Page 21**

1    Q  And do you understand that prone restraint also

2    includes mechanical restraints, meaning through the use of

3    handcuffs or other things like that?  Do you understand

4    that?

5         MR. PREGON:  Objection.

6    A  Yes, sir.

7    BY MR. DICELLO:

8    Q  Have you ever received any training on what is

9    called a transitional hold?

10   A  Transitional hold?  Can you give me a

11   definition?  That word just doesn't --

12   Q  Let me ask a follow-up question.  Have you ever

13   heard the term "transitional hold"?

14   A  I don't believe I have.  I mean, I could have,

15   but I don't remember it.

16   Q  Okay.  Have you ever been trained that an

17   inmate or a detainee is at an elevated risk of sudden

18   death after struggling with corrections officers in a

19   prone position?

20        MR. PREGON:  Objection.

21   A  No.

22   BY MR. DICELLO:

23   Q  As a rule, do you understand that corrections

24   officers must never restrain people in ways that pose an

1    unnecessary risk of death?
2         MR. PREGON:  Objection.
3         Go ahead.
4       A   Yes.
5    BY MR. DICELLO:
6       Q   So one of the jobs of the corrections officer
7    to protect the safety of the public is to avoid
8    restraining people in ways that pose an unnecessary risk
9    of death; agreed?
10        MR. PREGON:  Objection.
11        Go ahead.
12      A   Yes.
13   BY MR. DICELLO:
14      Q   When corrections officers are faced with two or
15   more ways to restrain a member of the public, you agree
16   the corrections officer has to choose the safer way?
17        MR. PREGON:  Objection.
18        Go ahead.
19      A   Yes.
20   BY MR. DICELLO:
21      Q   Have you received any training or are you aware
22   of any research in your field, in the corrections field or
23   law enforcement field, that has shown that prone restraint
24   is a hazardous and potentially lethal restraint position?

Page  22

1         MR. PREGON:  Objection.
2       A   No.
3    BY MR. DICELLO:
4       Q   Do you know whether or not the use of prone
5    restraint is permissible in the state of Ohio?
6         MR. PREGON:  Objection to form.
7         Go ahead.
8       A   It must be.  We do it all the time.
9    BY MR. DICELLO:
10      Q   When you do use prone restraint all the time,
11   is it your understanding that as soon as the person is
12   handcuffed, that person is to be taken off of his or her
13   stomach?
14      A   Depends on the situation, what's going on at
15   the time.
16      Q   So there are times where, depending on the
17   circumstances, your understanding is that as a corrections
18   officer you can handcuff someone with their hands behind
19   their back and hold them down in a prone position for an
20   extended period of time; correct?
21        MR. PREGON:  Objection.
22        Go ahead.
23      A   If it needs to be, yeah.
24   BY MR. DICELLO:

Page  23

1       Q   And the circumstances that would require
2    holding somebody in a prone position with their hands
3    cuffed behind their back is to protect the safety of
4    corrections officers?
5         MR. PREGON:  Objection.
6         Go ahead.
7       A   And the inmate.  Everybody involved.
8    BY MR. DICELLO:
9       Q   So you think there are circumstances where
10   holding somebody down on their belly in a prone position
11   with their hands cuffed behind their back is what is
12   safest for the inmate?
13        MR. PREGON:  Objection.
14        Go ahead.
15      A   Every situation is different.
16   BY MR. DICELLO:
17      Q   Well, do you think in this situation involving
18   Mr. Richardson, what was safest for him was to hold him in
19   a prone position with his hands cuffed behind his back?
20        MR. PREGON:  Objection.
21      A   We were waiting for the sergeants to make a
22   decision what we were going to do.  I mean, we work for
23   the sergeants.  Whatever we're told to do, we do.
24   BY MR. DICELLO:

Page  24

1       Q   So was it the sergeants that were telling you
2    to keep Mr. Richardson in the position he was in?
3       A   I was never told by a sergeant, "keep him down
4    until."  But he was combative.  I mean, he was thrashing
5    around.  We were -- You'll see in the video at one point
6    my hand is -- my fingers are under his head so he doesn't
7    hit his head on the concrete, which is very dangerous to
8    do.  But I mean, when a person is combative, you know, the
9    sergeants will guide us in the direction they want us to
10   go with it.
11      Q   So who are the sergeants that were guiding you
12   on May 19th, 2012?
13      A   Sergeant Jackson and Sergeant Lewis was there.
14      Q   Do you know why Mr. Richardson was struggling?
15      A   No idea.
16      Q   Do you remember him saying anything?
17      A   He just kept saying, "I want out."
18      Q   Did you see any bloody sputum coming out of his
19   mouth?
20      A   No.
21      Q   As of the time you encountered Mr. Richardson,
22   had he violated any jail rules that you were aware of?
23        MR. PREGON:  Objection.
24        Go ahead.

Page  25

7 (Pages  22 to 25)

1    A  Not to my knowledge.
2  BY MR. DICELLO:
3    Q  Had he assaulted anyone?
4    MR. PREGON:  Objection.
5    Go ahead.
6    A  Not to my knowledge, no.
7  BY MR. DICELLO:
8    Q  Had he committed any crimes?
9    MR. PREGON:  Objection.
10    Go ahead.
11    A  Committed any crimes as far as?
12  BY MR. DICELLO:
13    Q  I'm not talking about what landed him in there.
14    A  Okay.
15    Q  I'm talking about at the time you encountered
16  him.
17    A  You mean broken any jail rules --
18    Q  Yes.
19    A  -- or policies?
20    Q  Yes.
21    A  Not to my knowledge.
22    Q  And as of the time you encountered him, other
23  than not breaking any jail rules, it's a little
24  repetitive, that's what us lawyers do from time to time,

Page  26

1  but had he committed any crimes at the time that you
2  encountered him?
3    A  Not to my knowledge.
4    Q  At the time that you encountered him, he was on
5  his belly and his hands were cuffed behind his back?
6    A  Yes, sir.
7    Q  And there were between three to seven other
8  corrections officers there?
9    A  There were several people there, yes.
10    Q  At the time you encountered him, did he pose
11  any threat to you?
12    A  No, because he was already handcuffed.  He was
13  -- He was already out of the cell on the ground and
14  handcuffed, so --
15    Q  At the time you encountered him, did you
16  understand that he was having a medical emergency?
17    A  I didn't know what was going on.
18    Q  Did you understand that he was obese?
19    A  What is your definition of obese?  I'm 300
20  pounds.
21    Q  I'm sure there's a BMI definition of it.  But
22  let me ask you this:  Have you received any training to be
23  more careful in restraining people who are obese?
24    MR. PREGON:  Objection.

Page  27

1    A  No.
2  BY MR. DICELLO:
3    Q  So at the time you encountered him, were you
4  considering whether he was obese or not?
5    A  No, sir.
6    Q  He was asking to be let up; correct?
7    A  No.  He said, "I want out."
8    Q  Was he trying to get up?
9    A  He was rocking forth -- back and forth, but I
10  wouldn't say he was trying to get up, no.
11    Q  Did you ever look into his eyes?
12    A  No, sir.
13    Q  Do you know whether he was oriented or
14  disoriented?
15    A  No, sir.
16    Q  Do you know whether or not he needed medical
17  attention?
18    A  Medical was there.
19    Q  At the time you responded, did you understand
20  that the original call to respond was for a medical
21  emergency?
22    A  No, sir.
23    Q  At the time you encountered Mr. Richardson, you
24  knew he was unarmed; correct?

Page  28

1    MR. PREGON:  Objection.
2    A  Yeah.  He better be.
3  BY MR. DICELLO:
4    Q  While Mr. Richardson was handcuffed with his
5  hands behind his back facedown on the ground with three to
6  seven corrections officers there, he posed no threat to
7  anyone; true?
8    MR. PREGON:  Objection.
9    A  You could still be a threat if you're
10  handcuffed, trust me.  I've been headbutted before.  I've
11  been kicked and --
12  BY MR. DICELLO:
13    Q  Did he ever try to headbutt you?
14    A  He didn't, no.
15    Q  Did you see Mr. Richardson try to headbutt
16  anyone?
17    A  No, sir.
18    Q  Did you see him try to assault anyone?
19    A  No, sir.
20    Q  Did any other corrections officer report to you
21  that Mr. Richardson had tried to assault him or her?
22    A  They don't report to me.
23    Q  I'm talking about -- I presume you were
24  communicating with the other corrections officers on the

Page  29

8  (Pages 26 to 29)

1    scene; correct?

2        A    Right.

3        Q    Did any of those corrections officers on the

4    scene who you were communicating with ever communicate to

5    you that Mr. Richardson tried to assault him or her?

6        A    No.

7        Q    Did you have any understanding that

8    Mr. Richardson ever tried to assault his cellmate?

9        A    No, sir.

10       Q    Based on the pod he was housed on, you knew at

11   the time you encountered him that he was not in there for

12   any type of violent crime; correct?

13       A    Correct.

14       Q    Did Mr. Richardson ever hurt anyone during this

15   incident?

16       A    Not to my knowledge.

17       Q    As of the time you encountered Mr. Richardson,

18   did you know whether or not he had any medical conditions?

19       A    No, sir.

20       Q    Did you know whether or not he had any heart

21   disease?

22       A    No, sir.

23       Q    Did the medic -- I think a Medic Stockhauser

24   was there for some period of time?

Page 30

---

1    being held down on the ground; correct?

2        MR. PREGON:  Objection.

3        A    He was being held so he don't -- don't move

4    back and forth and hurt himself, yes.

5    BY MR. DICELLO:

6        Q    He was being held down on the ground; correct?

7        MR. PREGON:  Objection.

8        A    Yes.

9    BY MR. DICELLO:

10       Q    He was being held down in a prone position on

11   the ground; correct?

12       MR. PREGON:  Objection.

13       A    Correct.

14   BY MR. DICELLO:

15       Q    I'm just looking at your narrative report,

16   Officer, to see -- it's on -- if you look at the bottom

17   there, you can get to it.  It's at MC 1284.  It starts

18   there.

19       Have you ever been trained that when the human

20   body needs air it struggles to get it?

21       MR. PREGON:  Objection.

22       A    Trained or common sense?

23   BY MR. DICELLO:

24       Q    Well, let me start with your training and then

Page 32

---

1        A    He was.

2        Q    Did Medic Stockhauser ever alert you to the

3    fact that Mr. Richardson had a history of hypertension?

4        A    No, sir.

5        Q    Did he ever alert you -- Did Medic Stockhauser

6    ever alert you to the fact that Mr. Richardson had a

7    history of high blood pressure?

8        A    No, sir.

9        Q    If you knew Mr. Richardson had hypertension

10   and/or high blood pressure, would you have changed

11   anything you did?

12       MR. PREGON:  Objection.

13       A    No, sir.

14   BY MR. DICELLO:

15       Q    Mr. Richardson was being held down in a prone

16   position; correct?

17       MR. PREGON:  Objection.  At what point are you

18   asking him?

19   BY MR. DICELLO:

20       Q    Go ahead.  Do you understand the question?

21       A    No.

22       Q    You let me know if you don't understand it.

23       A    No.  Can you rephrase it?

24       Q    Yeah.  While you were there, Mr. Richardson was

Page 31

---

1    we can talk about common sense.  But have you ever been

2    trained that you have to be careful not to interpret

3    somebody's resistive behavior as them fighting for air to

4    stay alive?

5        A    Yes.

6        Q    Did you consider during this 22-minute or so

7    encounter with Mr. Richardson that he was fighting to try

8    to breathe?

9        A    No, sir, because he's talking the whole time,

10   saying "I want out."  I mean, when you're talking, you're

11   breathing.

12       Q    I've heard that before.  So you --

13       A    I'm sorry.

14       Q    No, that's okay.

15       You're of the mindset that as long as you can

16   talk, you can breathe; right?

17       MR. PREGON:  Objection.

18       Go ahead.

19       A    Yes.  It's a fact.  I'm sorry.

20   BY MR. DICELLO:

21       Q    So is that the reason you didn't have any

22   concern that Mr. Richardson was having trouble breathing,

23   because he was talking?

24       A    First of all, I didn't say I didn't have any

Page 33

9 (Pages 30 to 33)

**Page 34**

1  concern for the inmate at all.

2  **Q  Let me back up.**

3  A  Okay.

4  **Q  Did you have concerns that Mr. Richardson was**

5  **having trouble breathing?**

6  A  No, I didn't.  I mean, I thought his breathing

7  was fine.  But I was -- I did have concern for the inmate,

8  don't get me wrong.  When an inmate goes from being nice

9  to acting like he was, there is an issue.  And I've seen

10  -- I've seen -- Through my nine and a half years, the

11  people who have been in pods, I've seen them act horrible

12  to where we have to put them in cells on the third and

13  fourth floor where it's not really nice over there.  So --

14  and they have no history whatsoever in the jail.  So I

15  don't know what causes people to act like that.

16  **Q  Medic Stockhauser was trying to administer**

17  **oxygen to Mr. Richardson?**

18  A  Uh-huh.

19  **Q  You saw that?**

20  A  Yes, sir.

21  **Q  Did that give you reason to be concerned about**

22  **his breathing?**

23  A  I'm not sure what prompted him to do that.  I

24  don't know.

**Page 35**

1  **Q  Why --**

2  A  I didn't get up there until a lot of people are

3  already up there.  So -- Because the medic starts at 3:00

4  in the afternoon.  We start at 3:30.  So --

5  **Q  Your narrative report indicates that "Medic**

6  **Stockhauser was trying to administer oxygen by**

7  **nonrebreather mask as Inmate Richardson was struggling**

8  **with officers."  That's what happened; correct?**

9  A  Correct.

10  **Q  So in your own mind, did you have some concern**

11  **that maybe his breathing was compromised and he needed**

12  **oxygen?**

13  A  No, because they -- they give oxygen to a lot

14  of people just to calm them down.

15  **Q  It says here, "I took control of Inmate**

16  **Richardson's shoulders to keep him from trying to roll**

17  **over and to prevent him from injuring himself."  Is that**

18  **what you did?**

19  A  Correct.  Well, shoulder and head area, yes,

20  that whole area, the top half.  I wasn't towards his feet.

21  **Q  You were preventing Mr. Richardson from rolling**

22  **his shoulders off the ground; correct?**

23  MR. PREGON:  Objection.

24  A  Yes.

**Page 36**

1  BY MR. DICELLO:

2  **Q  Because you thought he might hurt himself if he**

3  **did that?**

4  A  Yes, he could.  The jail is made out of

5  concrete.  It's hard.

6  **Q  At any point in time did any sergeant instruct**

7  **you or anyone else that you heard to get Mr. Richardson**

8  **off of his belly?**

9  A  No.

10  **Q  At any point in time did any sergeant or any**

11  **corrections officer instruct you or anyone that you heard**

12  **to get Mr. Richardson to his feet?**

13  A  No.

14  **Q  Same question for to sit Mr. Richardson up on**

15  **his butt.**

16  A  No.

17  **Q  Did any medical person, while you were involved**

18  **in this situation, ever instruct you to do any of those**

19  **things; get Mr. Richardson off his belly, sit him up on**

20  **his butt, or stand him on his feet?**

21  MR. PREGON:  Objection.

22  A  No.

23  Can we take a break real quick?

24  BY MR. DICELLO:

**Page 37**

1  Q  Yeah, of course.

2  (Discussion held off the record.)

3  BY MR. DICELLO:

4  **Q  We're back from a short break, Officer Mayes,**

5  **and I was asking questions about any training you've**

6  **received that an inmate or detainee's resistive or violent**

7  **behavior may mask a dangerous medical condition.  Have you**

8  **received any training like that?**

9  A  Yes.

10  **Q  Is it your understanding that somebody's**

11  **resistive behavior might be their efforts to try to**

12  **breathe?**

13  A  It could.

14  **Q  I understand that you weren't involved in**

15  **putting the handcuffs on Mr. Richardson; correct?**

16  A  That's correct.

17  **Q  Do you know why he was handcuffed?**

18  A  Because of his behavior.

19  **Q  What behavior required him to be handcuffed?**

20  A  Apparently whoever was there must have took him

21  as being combative.  I don't -- I can't really say.  I

22  don't know.  I wasn't there.  I didn't see how he was

23  behaving before I got there.

24  **Q  From the time period that you were there, did**

1   you believe that he needed -- that Mr. Richardson needed
2   to be handcuffed while he was on the ground?
3       A  Yes.
4       Q  Why?
5       A  Because of the way he was thrashing around on
6   the ground.  He could have very easily got up and hit
7   somebody if -- you know, people are unpredictable.
8       Q  Was Mr. Richardson, as far as you understand
9   it, put in handcuffs to protect him from self-destructive
10  behavior?
11      A  Himself and other officers, yes.
12      Q  And was he put in handcuffs to prevent other
13  prisoners from being assaulted?
14      A  There only had been one other, and that would
15  be his cellmate.
16      Q  I'm asking was that one of the reasons you
17  understand why he was in handcuffs, to prevent him from
18  assaulting --
19      A  I wasn't there, I don't know.
20      Q  Let me finish the question.  To prevent him
21  from assaulting other prisoners?
22      A  I don't know.  I wasn't there.  I wasn't there
23  when he was put in handcuffs, so I can't answer that.
24      Q  But you were there while he was in handcuffs

Page 38

1   for the better part of 20 minutes; correct?
2       A  I don't know how long the timeframe, but yes, I
3   was there while he was handcuffed, yes.
4       Q  There's got to be a reason to keep somebody in
5   handcuffs; correct?
6           MR. PREGON:  Objection.
7       A  Right.
8   BY MR. DICELLO:
9       Q  So I'm asking:  While you were there, is one of
10  the reasons to keep him in handcuffs to prevent him from
11  assaulting staff?
12      A  Yes.
13      Q  Was one of the reasons to keep him in handcuffs
14  during the time you were there to prevent him from
15  assaulting other prisoners?
16      A  Could have.
17      Q  Was one of the reasons he would continue to
18  stay in handcuffs while you were there was to prevent
19  Mr. Richardson from damaging the facility?
20      A  Could have been.
21      Q  Did you use any force on Mr. Richardson?
22      A  No, sir.
23      Q  So based on how you're trained and your
24  understanding is that while you were holding his shoulders

Page 39

1   and head on the ground to prevent him from rolling over,
2   as you told us you were doing, that is not a use of force?
3       A  That's correct.
4       Q  And so is it your testimony that all the things
5   that the other officers were doing in restraining
6   Mr. Richardson were, likewise, not uses of force against
7   him?
8           MR. PREGON:  Objection.
9       A  That's not my call.  I don't -- I'll answer for
10  what I did.
11  BY MR. DICELLO:
12      Q  Okay.
13      A  Okay?  I wasn't -- When I was dealing with him,
14  hands-on as we say, you know --
15      Q  Yeah.
16      A  -- touching him, I'm not watching what somebody
17  else is doing.  I'm paying attention to what I'm doing.
18      Q  So your hands-on was not a use of force?
19      A  No, sir.
20      Q  Why not?
21      A  Touching a person is not a use of force.
22      Q  Why not?
23      A  Because I'm not hurting him.  I'm not using
24  force against him.

Page 40

1       Q  You didn't hurt him?
2       A  No, sir.
3       Q  He died while your hands were on top of him?
4           MR. PREGON:  Objection.
5       A  No, he didn't.
6   BY MR. DICELLO:
7       Q  He didn't?
8       A  No.  You'll see in the video that after my
9   knees took so much concrete and I had to get up and walk.
10  He was still alive.
11      Q  When you walked away?
12      A  I was standing.  I was standing up, yes.
13      Q  Okay.
14      A  So I was not touching him when he died.
15      Q  So is it your understanding that something only
16  constitutes a use of force if you hurt an inmate?
17          MR. PREGON:  Objection.
18      A  Or cause physical harm, yes.
19  BY MR. DICELLO:
20      Q  Is putting handcuffs on an inmate a use of
21  force?
22      A  No.
23      Q  You didn't fill out any Use of Force Reports
24  concerning the restraint of Mr. Richardson; correct?

Page 41

11 (Pages 38 to 41)

1     A   That's correct, I did not.

2     Q   And no one instructed you to fill out any Use

3  of Force Report; correct?

4     A   Correct.

5     Q   After this incident occurred, did anyone

6  interview you about what happened?

7     A   As far as?

8     Q   Like an investigator.

9     A   No.

10     Q   Did an investigator come by and say, "Officer

11  Mayes, we had this member of our community die here the

12  other day. I want to ask you questions about that"?

13     A   No, sir.

14     Q   That never happened?

15     A   No, sir.

16     Q   Do you know why not?

17     A   No.

18     Q   It looks to me like you filled out your

19  narrative at 21:40:19; is that correct?

20     A   Correct.

21     Q   So that's about 9:40 at night. Do I have that

22  right?

23     A   I started right after the incident happened.

24  But every time you save it, it time stamps. So when I

Page 42

1  finished it, it was 9:40 p.m., yes.

2     Q   Did you fill this in at a computer at the jail?

3     A   Yes.

4     Q   Is this the only version of this or are there

5  other versions?

6     A   That's it.

7     Q   Didn't make any corrections?

8     A   Did I?

9     Q   Yeah.

10     A   No.

11     Q   So what I'm getting at is sometimes people type

12  things and then they go back and edit it and change it and

13  revisit it and say, "Oh, let me say this differently." Is

14  what we see in your narrative report, is that just --

15     A   That's my report.

16     Q   Your report, first time through, you got it

17  right the first time?

18     A   No, I didn't say that.

19     Q   Okay.

20     A   Because I do go to the spell check part and

21  make sure I spelled the words right.

22     Q   Okay.

23     A   I'm not a teacher or anything, okay?

24     Q   I got it.

Page 43

1     Was there any -- I guess what I'm thinking

2  about, was there any substantive editing where you're

3  like, "Well, I want to change that part" or "I want to

4  delete that sentence and add something different." Did

5  that process take place at all?

6     A   I don't remember.

7     Q   How long did it take you to fill out this

8  narrative; do you recall?

9     A   Well, from 3:30 to 9:40. I mean, but I had

10  other responsibilities I had to take care of, too. I just

11  didn't sit there at the computer for six hours or whatever

12  it was looking at it. I did take a step back, think about

13  what -- what happened, jogged the memory.

14     Q   You were there when people starting giving

15  chest compressions?

16     A   Yes.

17     Q   Did you hear a gurgling sound come from

18  Mr. Richardson?

19     A   No, sir.

20     Q   At the time that you were going hands-on with

21  him, did you have any concern that Mr. Richardson was

22  suffering a heart attack or had suffered a heart attack?

23     A   No, sir.

24     Q   Was he sweating?

Page 44

1     A   We all were.

2     Q   Because he was struggling; correct?

3     MR. PREGON: Objection.

4     A   I don't know if that caused it or -- some

5  people just sweat walking. I don't know.

6  BY MR. DICELLO:

7     Q   Why were you sweating?

8     A   I was hot.

9     Q   Is it because you were physically exerting

10  yourself?

11     A   Could have been.

12     Q   Did Medic Stockhauser ever announce to you any

13  concerns that Mr. Richardson was having a heart attack or

14  suffered a heart attack?

15     A   No, sir.

16     Q   You've told us that you've put people in prone

17  restraint and handcuffed them on their bellies at the

18  jail; correct?

19     A   Yes.

20     Q   This incident, we have a video, I'm going to

21  show you some parts of it, appears to last the better part

22  of 20 plus minutes.

23     A   Okay.

24     Q   Is that consistent with your understanding of

Page 45

12 (Pages 42 to 45)

1   how long this interaction was?

2       A   I believe it.

3       Q   Have you had other situations where members of

4   the community have been handcuffed in a prone position for

5   upwards of 20 minutes?

6           MR. PREGON:  Objection.

7       A   I don't remember.  I mean, a lot of things goes

8   on in that jail.

9   BY MR. DICELLO:

10      Q   Yeah.

11      A   Okay?

12      Q   Yeah.  Obviously, this situation stands out

13  because it resulted in a man -- a young man's death.  But

14  other than that, the time period, the amount of people

15  that respond, him being handcuffed with his hands behind

16  his back on his belly, is any of that uncommon at the

17  jail?

18          MR. PREGON:  Objection.

19      A   No.

20  BY MR. DICELLO:

21      Q   So but for his death, this interaction with

22  this inmate was not uncommon; correct?

23      A   Correct.

24      Q   Have you ever been trained not to ever apply

Page 46

---

1   the time, all right?

2           BY MR. DICELLO:

3       Q   Why didn't you ever roll Mr. Richardson onto

4   his back?

5       A   Okay.  Think about the situation.  Being

6   handcuffed behind your back, you roll somebody on their

7   back, would that be comfortable for you?  Would that be

8   good for your back?

9       Q   That's why, because it would be uncomfortable

10  for him?

11      A   Well, no.  The metal handcuffs could hurt your

12  spine --

13      Q   Okay.

14      A   -- if you're laying flat on your back.

15      Q   I'm asking you.  Is that the reason why you

16  didn't roll him over onto his back, because the metal

17  cuffs could hurt his spine?

18      A   Well, there's probably many reasons why we

19  didn't.

20      Q   So that's what I'm interested in, knowing those

21  reasons.

22      A   We had him in the position that he needed to be

23  in.  I mean, we did not cause any injury to him

24  whatsoever.  We didn't block his airway.  We didn't do any

Page 48

---

1   restraint to someone's neck?

2       A   Yes.

3       Q   Did you apply restraint to Mr. Richardson's

4   neck that day?

5       A   No, sir.

6       Q   Why did you not do that?

7       A   Because I don't do that.

8       Q   What's your understanding of why you're not

9   supposed to apply restraint to someone's neck who is in a

10  prone position?

11          MR. PREGON:  Objection.

12      A   We don't touch the neck area.  I mean, it's --

13  it's a vital area.

14  BY MR. DICELLO:

15      Q   I understand that you were following sergeants'

16  instructions.  But you've also told me that they're

17  corrections officer has a job to make sure that they're

18  not exposing inmates to unnecessary risks of death; right?

19      A   Right.

20      Q   Why didn't you ever roll Mr. Richardson off of

21  his belly?

22          MR. PREGON:  Objection.

23      A   In the video you'll see that he's not on his

24  belly the whole time.  He is on his side some -- some of

Page 47

---

1   of that.

2       Q   Have you ever heard of the term "positional

3   asphyxia" or "positional asphyxiation"?

4       A   I've heard of it before, yes.

5       Q   Have you ever received any training on what

6   that is?

7       A   Yes.

8       Q   And based on your training, what is positional

9   asphyxiation?

10      A   Where you put a person in a position where they

11  cannot breathe.

12      Q   Is it your understanding that someone who is in

13  a prone position is at higher risk of positional

14  asphyxiation?

15      A   No.

16      Q   Have you been trained on any risk factors,

17  meaning factors that would make positional asphyxiation

18  more or less likely to happen?

19      A   Rephrase that for me.

20      Q   Yeah.  Have you been trained on any risk

21  factors that you as a corrections officer need to keep an

22  eye out for that are associated with a higher risk of

23  positional asphyxiation?

24      A   Yes.

Page 49

**Page 50**

1      Q   What risk factors for positional asphyxiation
2  have you been trained on?
3      A   Oh, shoot.  Off the top of my head, I'm drawing
4  a blank.
5      Q   As you sit here today, you can't recall any
6  risk factors for positional asphyxiation that you've been
7  trained about?
8      A   We do training all the time.  When you start at
9  the county, your first week in, you're -- what's the word
10  I want to use -- your first week of training is at the
11  training center.  We go through CPR, pressure points, all
12  kinds of medical training.  A lot of medical training.  So you
13  know, the -- they show us, you know, how inmates will
14  become clever to hang themselves.  I mean --
15     Q   Yep.
16     A   -- it's just the way they are.  They have time
17  to think about how to do things that we would never dream
18  of doing things, okay?  And then once you leave the
19  training center, you have an FTO, a field training
20  officer, for 30 days.  And they also help you learn the
21  job and what to look for, what not to do, what to do.  And
22  then once you get done with your 30-day training, every
23  year we do our training at the training center, 40-hour
24  block.  We do training all the time.  Our sergeants are

**Page 51**

1  doing fire drills, which will incorporate medical.  You
2  know, we'll have an inmate say they're smoke inhalation
3  from a fake fire, we get a smoke machine, you know, we do
4  training all the time.
5      So we work hand-in-hand with medical, okay?  So
6  we're not there to hurt the people.  We're there to make
7  sure that they stay safe and we stay safe.  So --
8      Q   I asked you why you never turned him over on
9  his back, and I think you answered that question.  Why did
10  you never -- With the number of officers that you had with
11  you, the number of officers that you had with you, did you
12  feel like you could control the situation?
13     A   No.
14         MR. PREGON:  Objection.
15     A   No, not really.
16  BY MR. DICELLO:
17     Q   No?  There wasn't enough corrections officers
18  there to control it?
19     A   Every situation is different, okay?  I mean,
20  there's times where you think you have enough and you
21  don't.  I mean, I don't know what that magic number is,
22  I'll be honest with you.  And when --
23     Q   Let's talk about this situation --
24     A   Okay.

**Page 52**

1      Q   -- with Mr. Richardson.  Did you feel in that
2  situation that the Montgomery County Sheriff's Office had
3  deployed enough correctional officers to this situation to
4  safely control the situation?
5          MR. PREGON:  Objection.
6      A   I'm not sure.
7  BY MR. DICELLO:
8      Q   Why did you never consider sitting
9  Mr. Richardson on his butt to get him off his belly?
10     A   Because of his behavior, we couldn't -- we
11  couldn't trust him to sit him up to where he could
12  possibly bang against the wall or whatever.  You know.
13     Q   Did you ever try?
14     A   We didn't get that far, no.
15     Q   Same question, and if it's the same answer, let
16  me know.  But I have to ask.  Same question as to what was
17  the reason why you never considered standing
18  Mr. Richardson up to get him off his belly.
19         MR. PREGON:  Objection.
20     A   Same answer.  His behavior wouldn't allow it.
21  I don't think we could have stood him up.  A lot of
22  people, when you stand them up, they'll -- they're what we
23  consider dead weight, they'll just go limp on us on
24  purpose to try to hurt themself so they can go to the

**Page 53**

1  hospital, okay?  So unless they're willing to stand up and
2  behave themself and say, "Yes, I understand what's going
3  on" or -- you know, he wasn't showing those signs that he
4  was willing to comply with us.
5      Q   Did you ever try to stand him up on his feet?
6      A   No.  But we did talk to him the whole time, and
7  he was not giving us any answers.  He was still thrashing
8  around.  So you know, we couldn't just physically stand
9  him up and hold him up.
10     Q   Why not?
11     A   He's a big man.
12     Q   There was six or seven of you there?
13     A   Right.
14     Q   Are you telling me that six or seven of you
15  corrections officers couldn't stand this man up?
16         MR. PREGON:  Objection.
17     A   No, I don't think we could.
18  BY MR. DICELLO:
19     Q   You needed more people to do that?
20         MR. PREGON:  Objection.
21     A   A lot bigger people.
22  BY MR. DICELLO:
23     Q   Okay.
24     A   Bigger people than me.

1    Q   How did you learn about Mr. Richardson's death,
2  Officer Mayes?
3    A   I was standing there.
4    Q   Who announced that he died?
5    A   I believe it was Dr. Ellis that was the one
6  that pronounced him after Dayton Fire did everything that
7  they could.
8    Q   Did you observe Mr. Richardson's body go
9  lifeless or go limp?
10   A   He quit struggling with the officers.  And at
11 that time, Officer Stumpff says -- made a statement of
12 "check his breathing" or something like that.  And that's
13 when they checked his vitals.
14   Q   That's when you guys rolled him onto his back;
15 correct?
16   A   I believe so.
17   Q   So the first time that the corrections officers
18 rolled Mr. Richardson onto his back is after he stopped
19 breathing; correct?
20       MR. PREGON:  Objection.
21   A   I believe so.
22 BY MR. DICELLO:
23   Q   Drugs are prohibited in the jail; true?
24   A   Drugs are not allowed.

Page 54

1    Q   That is one of the corrections officer's jobs,
2  collective jobs, is to prevent drugs from getting into the
3  jail, I presume?
4    A   That's correct.
5    Q   Did you ever hear --
6        MR. PREGON:  You mean illegal drugs; right?
7        MR. DICELLO:  Yeah.
8  BY MR. DICELLO:
9    Q   Did you ever hear from anyone that
10 Mr. Richardson was under the influence of marijuana?
11   A   No.
12   Q   Have you undergone any retraining or additional
13 training as a result of Mr. Richardson's death?
14   A   No.
15   Q   As far as you understand, the policies, the
16 procedures, the rules at the jail, all of those were
17 followed in connection with how the corrections officers
18 treated Mr. Richardson on May 19th, 2012; correct?
19   A   Correct.
20   Q   If presented with the same circumstances again,
21 you would have the same response; true?
22   A   True.
23   Q   The Montgomery County Sheriff's corrections
24 officers at the jail continue to restrain people in prone

Page 55

1  positions to this day; correct?
2        MR. PREGON:  Objection.
3    A   Correct.
4  BY MR. DICELLO:
5    Q   Sometimes for extended periods of time; true?
6        MR. PREGON:  Objection.
7    A   Explain to me what you mean by that.
8  BY MR. DICELLO:
9    Q   Do you know, have you ever been trained as to
10 what is an extended period of time when it comes to prone
11 restraint?
12   A   I didn't know what your definition, what you're
13 looking at.  I mean, we don't leave them down there for a
14 day, if that's what you're asking.
15   Q   Okay.
16   A   Most of the time we handcuff a person in the
17 prone position, behind their backs, we will give them
18 verbal commands, "lay down, put your hands behind your
19 back," and they comply.  We'll handcuff them.  Because
20 their behavior, they -- they understand now that they're
21 not in control and they're going to quit doing whatever
22 behavior.  And most of the time, they go to a restraint
23 chair for banging.  That's why they, you know, get down on
24 the ground, so --

Page 56

1    Q   Was the restraint chair ordered during this
2  episode?
3    A   It was.
4    Q   Do you remember who ordered it?
5    A   No, I don't.
6    Q   Do you remember when it was ordered?
7    A   No, sir.  I believe it got there about the same
8  time I got there.  And it was never used.
9    Q   Let me break that down a little bit.  Your
10 recollection is that the restraint chair was on the D Pod
11 about the time you arrived at the D Pod?
12   A   Close to that time, yeah.
13   Q   Do you remember seeing it?
14   A   Oh, yeah.
15   Q   And it was available for use?
16   A   It was.
17   Q   Do you know why Mr. Richardson wasn't put in
18 the restraint chair to get him off his belly?
19       MR. PREGON:  Objection.
20   A   The only time --
21 BY MR. DICELLO:
22   Q   He was on his belly; right?
23       MR. PREGON:  Objection.
24   A   Right.  He was.

Page 57

BY MR. DICELLO:

Q   Okay.  Go ahead.

A   He was on his side.  He wasn't flat on his belly.  He was on his side.

But the only time any inmate, male or female, can go into the restraint chair is if a sergeant orders it.  Corrections officers cannot place a person in a restraint chair because a correction officer wants to put them there.

Q   Okay.

A   That is policy.  And that never happens that way.  A sergeant always orders it.

Q   Where was the restraint chair located when you remember seeing it?

A   It was on the lower level by the desk, the work station for the -- down in that area.

Q   In the D Pod?

A   Yes.

Q   And I've looked at the video and it looks like there's kind of a catwalk-type thing, and you can look down and you see the desk down there; right?

A   Uh-huh.

Q   Yes?

A   Yes.

Page 58

---

Q   And that's where the restraint chair was?

A   Yes, sir.

Q   Do you remember hearing anybody have any discussions about using a restraint chair for Mr. Richardson?

A   No, sir.

Q   Did you have any expectations at some point in time, given your experience at the jail, that Mr. Richardson should go into a restraint chair at this point in time, or no?

A   That's a sergeant's call.

Q   Have you ever seen any training bulletins from the United States Department of Justice about positional asphyxia?

A   Not to my knowledge, no.

Q   As a rule, are you trained that as soon as someone is handcuffed who is in the prone position that you are to get that person off their stomach as soon as possible?

A   No.

Q   Is that training you receive?

A   No.

Q   Are you trained not to put pressure on someone who is in a prone position's back?

Page 59

---

MR. PREGON:  Objection.

A   No.

BY MR. DICELLO:

Q   Have you been -- I know you're not a medical person and you rely on medical staff, but as COs you do have some medical training.  I think you told us a little bit about that; right?

A   Yes.

Q   Have you been trained to recognize the signs and symptoms of someone who is having a seizure?

A   Yes.

Q   In your own mind on May 19th, 2012, did you think that Mr. Richardson may have had a seizure?

A   No.

Q   Why not?

A   He wasn't acting the way of a seizure -- the persons that have seizures.  People that have seizures are not talking, okay?  They're shaking violently versus thrashing.  Do you understand what I'm saying?

Q   Yeah.

A   Okay.  He was not shaking like a seizure.  Usually when a person has a full legit seizure, they'll soil themselves.

Q   Okay.

Page 60

---

A   Okay?  They will have a ton of snot come out of them, even if they're not sick, do you know what I'm saying?

Q   Yeah.

A   And he did not display any of those seizure signs.

Q   Did you ever ask anybody when you got there, you know, "Why are we holding this guy down"?

A   No.

Q   What was the plan?

MR. PREGON:  Objection.

A   Make sure he was safe.  And then -- I mean, whenever he decided that it was okay for us to move him, we could have took him to medical, we could have took him down to the first floor for observations, we could have done a dozen different situations.  But I mean, with him being combative or thrashing around, we had to wait.  We couldn't take him to medical like that.

BY MR. DICELLO:

Q   I just want to -- I'm trying to understand if there was a plan or what your understanding of the plan was.  Because you've told me you didn't ask anybody "Why are we holding this guy down."

A   Right.

Page 61

16 (Pages 58 to 61)

1    Q  You told me you didn't think he was having a
2  seizure. So in your own mind, was there a plan as to what
3  you were going to do with this person?
4    A  I was waiting for direction from the -- from
5  the sergeants.
6    Q  Did the sergeant ever discuss a plan of what
7  was going to be done with this particular inmate?
8    A  Not with me.
9    Q  Did the sergeant ever tell you why it was that
10  this inmate was being held on the ground?
11    A  No.
12    (Discussion held off the record.)
13  BY MR. DICELLO:
14    Q  I've just put it at 10:51, 52, 53. Are you in
15  this screen yet? Do you see yourself?
16    A  I'm right there.
17    Q  So now we're at 11:04. And that's you standing
18  up right in front of cell 545?
19    A  Yes, sir.
20    Q  I want to try to figure out when it was you
21  came on scene. Because it looks like you were kind of
22  hidden in that doorway all of a sudden and you just popped
23  up.
24    A  I was kneeling down here --

Page 62

1    Q  Okay.
2    A  -- just a few seconds before that.
3    Q  So I just moved it to the five minute mark. Do
4  you see yourself anywhere in the frame yet?
5    A  No, sir.
6    Q  Okay.
7    A  Right there. Is that me? I don't know.
8    Q  Yeah, we have to do the best we can here.
9    A  You would think my gray hair would show up
10  better.
11    Q  Well, that might be you. But let me see when
12  we can definitively tell you're there.
13    Do you remember standing up against this
14  railing?
15    A  I don't remember.
16    Q  Now, I see you have rubber gloves on.
17    A  Uh-huh.
18    Q  When did you put the gloves on?
19    MR. PREGON: You see him or are you talking
20  about everybody in general?
21    MR. DICELLO: Well, he did point to him here.
22  BY MR. DICELLO:
23    Q  I should clarify. If that's not you, it's kind
24  of on the side of this screen at 5:47, but when you do

Page 63

1  appear you have gloves on; right?
2    A  I put gloves on every time I respond to
3  something.
4    Q  Okay.
5    A  I've had MRSA before.
6    Q  So we're at six minutes and we still don't see
7  you in the frame? Not yet?
8    A  Not yet. Well, there. I'm there.
9    Q  At 7:56, you're clearly standing in front of
10  cell 545?
11    A  Correct.
12    Q  So we can go back and probably figure out
13  exactly when you come in. So we're now at 8:05, 8:06.
14  What are you doing?
15    A  Observing.
16    Q  Did some sergeant instruct you to just kind of
17  stand by and observe --
18    A  No.
19    Q  -- or did you think that's what the situation
20  called for?
21    A  No. If someone down below needs to take a
22  break, I can step in.
23    Q  Okay.
24    A  So --

Page 64

1    Q  So fair to say at the 8:27 mark, you're just
2  observing what's happening?
3    A  Correct.
4    Q  Who is this woman next to you? Do you remember
5  who that is?
6    A  That's Nurse Krisandra.
7    Q  Krisandra.
8    A  The COs go by last names, nurses go by first
9  names.
10    Q  Okay. That helps me.
11    A  It's weird.
12    As you can see standing back there's other
13  officers also observing from a distance, too, so --
14    Q  Why are they observing from a distance?
15    A  In case they need to step in, you know, what's
16  going on.
17    Q  We're now approaching the 13 minute mark. Fair
18  to say you appear to be talking to somebody and you appear
19  to be smiling. Do you agree with that?
20    A  Uh-huh.
21    Q  Yes?
22    A  Yes.
23    Q  I believe, were you there when there was a
24  first attempt to try to administer a shot to

Page 65

17 (Pages 62 to 65)

1   Mr. Richardson?

2       A   I was.

3       Q   And do you know what nurse tried to administer

4   that?

5       A   Nurse Krisandra.

6       Q   Did you see what happened with that attempted

7   injection?

8       A   It looked like the syringe separated and it

9   sprayed mostly on, he's now Deputy Beach, but he was

10  Correction Officer Beach at the time.

11      Q   And they tried to administer it to his

12  buttocks?

13      A   Correct.

14      Q   So his pelvis was flat on the ground when they

15  tried to administer that shot?

16      A   I don't know if it was flat on the ground, but

17  they had access to his -- his buttocks.

18      Q   I'll let it play, because I think around the

19  15:08 mark is when you replace Medic Stockhauser.

20      A   Correct.

21      Q   So while this looks like it's playing out in

22  front of us, we're at 15:03, 04?

23      A   Right.

24      Q   Are you now replacing Medic Stockhauser --

                                        Page 66

1       A   Yes.

2       Q   -- near Mr. Richardson's head?

3       A   Yes.

4       Q   Can you explain to me who -- How did that come

5   about?  Why did you replace him?

6       A   Most likely he just said he needed a break.

7   Because kneeling on concrete, it's hard on the knees.

8       Q   Okay.

9       A   It is hard on my knees.

10      Q   And then did he instruct you what to do when

11  you took over or --

12      A   No.

13      Q   You knew what to do?

14      A   (Nods head.)

15      Q   Yes?

16      A   Yeah.

17      Q   Okay.  Mr. Richardson's on his belly now, isn't

18  he?

19          MR. PREGON:  Objection.

20      A   It's hard to tell what it is, to be honest with

21  you.

22      BY MR. DICELLO:

23      Q   Go ahead.  This is you here; correct?

24      A   Yes.

                                        Page 67

1       Q   And your hands are on his head; correct?

2       A   One hand is behind his head, with my fingers

3   underneath his head, yes.

4       Q   Well, your left hand looks to be on --

5       A   That's my left hand, yes.

6       Q   Yeah.  And it looks to be on his head and neck

7   area; correct?

8       A   No.  It's on the backside of his head with my

9   hand -- My hand is pretty good size.

10      Q   Yeah.

11      A   I'm sorry.  And my fingers are going down

12  towards -- so he -- so he don't beat his head against the

13  concrete.

14      Q   Okay.

15      A   I'm not putting any pressure.

16      Q   Is he trying to lift his head up?

17      A   He was doing -- doing a lot of moving around,

18  yes.

19      Q   So you were preventing him from lifting his

20  head up; correct?

21      A   Correct.

22      Q   You're familiar with what the recovery position

23  is; correct?  It kind of looks like the fetal position

24  when you're laying on your side?

                                        Page 68

1       A   Right.

2       Q   Mr. Richardson at minute 17, he's not in the

3   recovery position, is he?

4           MR. PREGON:  Objection.

5       A   I can't tell from that angle.

6       BY MR. DICELLO:

7       Q   Well, you were there.  I mean, while you were

8   on his head, Mr. Richardson wasn't in the recovery

9   position, was he?

10      A   I don't recall.

11      Q   This is Mr. Richardson's back right here;

12  right?

13      A   It's his shoulder right there.

14      Q   Well, yeah.

15      A   I didn't mean that, sorry.

16      Q   That's okay.  And this looks like it's

17  someone's knee on his back and arm; right?

18          MR. PREGON:  Objection.

19      A   No.  Because -- Well, if you could move back to

20  that.  You can see where his knee was up and the body was

21  still moving around.

22      BY MR. DICELLO:

23      Q   You think his knee is up there, huh?

24      A   He was on his feet.

                                        Page 69

1    Q  Okay.  So you don't think that this officer's
2   knee --
3    A  No.
4    Q  -- is pinning his shoulder down?
5    A  No.
6    Q  And Mr. Richardson, I think you're going to
7   tell, he's still on his side here; is that what you're
8   telling us?
9    A  Looks to be, yes.
10    Q  His head is against the floor; right?
11    MR. PREGON:  At 18:56?
12    MR. DICELLO:  Yeah.
13   BY MR. DICELLO:
14    Q  It has been for a while now; right?
15    A  Right.
16    Q  So how is he laying on his side if his head is
17   against the floor?
18    MR. PREGON:  Objection.
19    A  It looks like there's a towel or something.
20   I'm not -- I don't want to touch that, because I think
21   it's a touch screen.  But there's something underneath his
22   head so he don't bang.  So it's not totally against the
23   ground.  We put blankets, sheets, whatever we can get
24   ahold of, towels, underneath their heads.

Page 70

1   BY MR. DICELLO:
2    Q  It looks like this officer's right arm is in
3   the middle of his back; agreed?
4    A  Yes.
5    Q  Where is his knee?
6    A  His left shoulder is up and his right shoulder
7   is down.
8    Q  Where is that officer's knee?
9    A  Well, he's on his foot, so it looks like his
10   knee -- I mean, he's not kneeling on him.  It's just the
11   angle of the camera.  Because he's still moving around.
12   If he was kneeling on him, he wouldn't be moving around.
13    Q  He's still moving?
14    A  Yeah, he's still moving.  So he's not kneeling
15   on him.
16    MR. PREGON:  Are we at a stopping point, Nick?
17   I have something that I have to deal with.  It will take
18   me like ten minutes.
19    MR. DICELLO:  Yeah.  I mean, I'd like to get
20   him out of here.  I don't have that much longer with him.
21   But do what you got to do.
22    MR. PREGON:  Give me one minute and I'll step
23   right back in.
24    (Discussion held off the record.)

Page 71

1   BY MR. DICELLO:
2    Q  After this happened, did you talk with any of
3   the other corrections officers about what happened?
4    A  Yeah.
5    Q  What did you guys talk about?
6    A  Just couldn't believe how it ended up, but I
7   mean, it was nothing because of something we did.
8    Q  Who did you speak with?
9    A  Oh, I don't remember.  That's three years ago.
10   I have no idea.
11    Q  Did you do anything to find out how
12   Mr. Richardson died yourself?
13    A  No.
14    Q  Why not?
15    A  That's -- I mean, I was never -- Usually
16   they -- they tell us, you know, if we find someone dead in
17   a cell or something, we get the coroner's report back.
18   But I just never asked.  I just don't know why.  I just
19   never asked.
20    Q  Mr. Richardson was under your care and custody
21   and control; correct?
22    A  Correct.
23    Q  And to some extent, the Montgomery County
24   Sheriff's Office and the folks at the jail were

Page 72

1   responsible for his well-being; agreed?
2    MR. PREGON:  Objection.
3    A  Yes.
4   BY MR. DICELLO:
5    Q  That's the care part of the care, custody,
6   control; right?
7    A  Right.
8    Q  And here you have this 28 -- Do you know how
9   old he was?
10    A  I have no idea.
11    Q  Well, he was 28 years old.
12    A  Okay.
13    Q  And I'm telling you that for the first time?
14    A  I probably knew that, but I just didn't --
15    Q  So a 28-year-old member of our community died
16   under the care, custody, and control of the jail; correct?
17    MR. PREGON:  Objection.
18    Go ahead.
19    A  Yes.
20   BY MR. DICELLO:
21    Q  Did you or to your knowledge the other
22   corrections officers have any interest in understanding
23   how and why he died while under your care, custody, and
24   control?

Page 73

**Page 74**

1       MR. PREGON:  Objection.

2       Go ahead.

3   A   Other people probably knew.  I just didn't -- I

4 forgot to ask, apparently.

5  BY MR. DICELLO:

6   **Q   Okay.  Thanks.  Those are all the questions I**

7 **have for you.  I appreciate your time.**

8   A   Thank you.

9       MR. PREGON:  You would have the right to read

10 this over if it's ordered and transcribed.  We'll go ahead

11 and read it.  So I won't let you waive that right.

12       THE WITNESS:  All right.

13       - - -

14       (Signature not waived.)

15       - - -

16       And, thereupon, the deposition was concluded at

17 11:30 a.m.

18       - - -

19

20

21

22

23

24

**Page 75**

1          December 3, 2015

2  Dear Mr. Mayes,

3    You have chosen to read and sign your transcript.
Please do not mark on the transcript.  Any

4 corrections/changes you may desire to make in your
testimony should be typewritten or printed on the errata

5 sheet at the end of testimony, giving the page number,
line number and desired correction/change.  After you have

6 read the transcript, sign your name on the correction
sheet and where indicated at the close of testimony before

7 a notary public.

8    The Rules of Civil Procedure allow thirty days for
you to read and sign.  Please return the signature page

9 and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
Dublin, Ohio 43017 within that time.  Failure to do so in

10 the allotted time will result in your transcript being
used as though read and signed by you.

11

12          Sincerely,

         _____

13          Whitney Layne
         Professional Reporter

14 Cc:

15 Nick DiCello
Carrie Starts

16 Jamey Pregon

17

18

19

20

21

22

23

24

**Page 76**

1  State of _____

2  County of _____

3      I, KEITH MAYES, do hereby certify that I have

4 read the foregoing transcript of my deposition given on

5 November 17, 2015; that together with the correction page

6 attached hereto noting changes in form or substance, if

7 any, it is true and correct.

8        _____

9        KEITH MAYES

10    I do hereby certify that the foregoing transcript

11 of the deposition of KEITH MAYES was submitted to the

12 witness for reading and signing; that after he had stated

13 to the undersigned Notary Public that he had read and

14 examined his deposition, he signed the same in my presence

15 on the ____ day of _____, 2015.

16        _____

17        Notary Public

18 My Commission Expires on _____

19        - - -

20

21

22

23

24

Page 76

1    State of OHIO

2    County of Montgomery

3         I, KEITH MAYES, do hereby certify that I have

4    read the foregoing transcript of my deposition given on

5    November 17, 2015; that together with the correction page

6    attached hereto noting changes in form or substance, if

7    any, it is true and correct.

8                                    _Keith TMayes_

9                                    KEITH MAYES

10         I do hereby certify that the foregoing transcript

11   of the deposition of KEITH MAYES was submitted to the

12   witness for reading and signing; that after he had stated

13   to the undersigned Notary Public that he had read and

14   examined his deposition, he signed the same in my presence

15   on the 14 day of January, 2016.

16

17                                   Notary Public

18   My Commission Expires on 12·10·17

19                        - - -

20

21                    .

22

23

24

Page 77

1   TO THE  REPORTER:

2   I have read the entire transcript of my deposition taken

3   on the _17_ day of _January_, 20_16_, or the same has been

4   read to me.  I request that the following changes be

5   entered upon the record for the reasons indicated.

6

7   Page    Line    Correction and reason therefore

8   _No  Changes_____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  Date _1/17/16_____ Signature _Kent Mayes_____

24

Page 78

                        CERTIFICATE

1

2   State of Ohio     :

3   County of Franklin:

4

5       I, Whitney Layne, Notary Public in and for the

6   State of Ohio, duly commissioned and qualified, certify

7   that the within named KEITH MAYES was by me duly sworn to

8   testify to the whole truth in the cause aforesaid; that

9   the testimony was taken down by me in stenotype in the

10  presence of said witness; afterwards transcribed upon a

11  computer; that the foregoing is a true and correct

12  transcript of the testimony given by said witness taken at

13  the time and place in the foregoing caption specified.

14

15      IN WITNESS WHEREOF, I have set my hand and

16  affixed my seal of office at Dublin, Ohio, on this 3rd day

17  of Decemer, 2015.

18                          _____

19                          Whitney Layne, Notary Public

20                          In and for the State of Ohio

21  My Commission expires May 4, 2020

22

23

24

**A**

**a.m** 1:17 3:2 74:17
**acceptable** 18:13,16 18:21
**access** 9:4 66:17
**act** 34:11,15
**acting** 34:9 60:16
**add** 44:4
**additional** 55:12
**administer** 34:16 35:6 65:24 66:3 66:11,15
**Administrator** 1:4
**affixed** 78:16
**aforesaid** 78:8
**afternoon** 8:16 35:4
**ago** 72:9
**agree** 16:11 18:10 19:22 20:3 22:15 65:19
**agreed** 17:17 22:9 71:3 73:1
**ahead** 16:22 17:7,13 17:19 18:3,15 19:4 20:6,14,22 22:3,11,18 23:7 23:22 24:6,14 25:24 26:5,10 31:20 33:18 58:2 67:23 73:18 74:2 74:10
**ahold** 70:24
**air** 32:20 33:3
**airway** 48:24
**al** 1:9
**alert** 31:2,5,6
**alive** 33:4 41:10
**allotted** 75:10
**allow** 52:20 75:8
**allowed** 19:9 54:24
**Alpha** 10:9
**amount** 46:14
**and/or** 31:10
**Andrew** 1:5
**angle** 69:5 71:11
**ANNE** 2:17
**announce** 45:12
**announced** 54:4
**answer** 5:22 6:12 12:2,6 16:21 38:23 40:9 52:15 52:20
**answered** 51:9
**answers** 6:2,7 7:9 53:7
**anybody** 10:8 59:3 61:7,22
**anyway** 14:11
**apparently** 15:23 37:20 74:4

**appear** 64:1 65:18 65:18
**APPEARANCES** 2:1
**appears** 45:21
**applicable** 1:15 3:6
**applied** 8:11
**apply** 16:12 46:24 47:3,9
**appreciate** 74:7
**approaching** 65:17
**area** 8:22 9:1 35:19 35:20 47:12,13 58:16 68:7
**arm** 69:17 71:2
**arrived** 57:11
**asked** 6:10,13 51:8 72:18,19
**asking** 28:6 31:18 37:5 38:16 39:9 48:15 56:14
**asphyxia** 49:3 59:14
**asphyxiation** 49:3,9 49:14,17,23 50:1 50:6
**assault** 29:18,21 30:5,8
**assaulted** 26:3 38:13
**assaulting** 38:18,21 39:11,15
**assaultive** 9:17
**assign** 9:21
**assigned** 8:23 9:1,8
**assignment** 8:17,19
**ASSISTANT** 2:18
**associated** 16:6 49:22
**ASSOCIATES** 1:21
**assume** 6:13
**attached** 76:6
**attack** 44:22,22 45:13,14
**attempt** 65:24
**attempted** 66:6
**attention** 28:17 40:17
**ATTORNEY** 2:18
**audible** 6:2
**available** 57:15
**Avenue** 1:16 2:3,7
**avoid** 22:7
**aware** 22:21 25:22

**B**

**back** 5:15 11:6,8 12:9 19:13 23:19 24:3,11,19 27:5 28:9 29:5 32:4 34:2 37:4 43:12 44:12 46:16 48:4

48:6,7,8,14,16 51:9 54:14,18 56:19 59:24 64:12 65:12 69:11,17,19 71:3,23 72:17
**backs** 56:17
**backside** 68:8
**bang** 52:12 70:22
**banging** 56:23
**based** 18:18 30:10 39:23 49:8
**basis** 12:17
**Beach** 66:9,10
**beat** 68:12
**behalf** 2:5,9,13,20
**behave** 53:2
**behaving** 37:23
**behavior** 9:21 33:3 37:7,11,18,19 38:10 52:10,20 56:20,22
**believe** 21:14 38:1 46:2 54:5,16,21 57:7 65:23 72:6
**bellies** 45:17
**belly** 16:10 19:16 24:10 27:5 36:8 36:19 46:16 47:21 47:24 52:9,18 57:18,22 58:4 67:17
**belt** 15:11
**best** 63:8
**better** 29:2 39:1 45:21 63:10
**Beyoglides** 1:4
**big** 13:11,15,15 53:11
**bigger** 13:20 53:21 53:24
**bit** 57:9 60:7
**black** 13:6
**blank** 50:4
**blankets** 70:23
**block** 48:24 50:24
**blood** 31:7,10
**bloody** 25:18
**BMI** 27:21
**body** 20:2,11 32:20 54:8 69:20
**Boehringer** 2:14
**bottom** 32:16
**Bravo** 10:7
**break** 5:21,23 36:23 37:4 57:9 64:22 67:6
**breaking** 26:23
**breathe** 33:8,16 37:12 49:11
**breathing** 16:13 33:11,22 34:5,6

48:6,7,8,14,16 51:9 54:14,18 56:19 59:24 64:12 65:12 69:11,17,19 71:3,23 72:17
**Brenda** 2:15
**broadcast** 14:22 15:2
**broken** 26:17
**budget** 8:6,6
**bulletins** 59:12
**butt** 36:15,20 52:9
**buttocks** 66:12,17

**C**

**call** 28:20 40:9 59:11
**called** 1:14 3:5 15:4 21:9 64:20
**calm** 35:14
**camera** 71:11
**caption** 78:13
**care** 44:10 72:20 73:5,5,16,23
**careful** 27:23 33:2
**Carrie** 2:11 75:15
**case** 1:7 65:15
**catwalk-type** 58:20
**cause** 41:18 48:23 78:8
**caused** 45:4
**causes** 34:15
**Cc** 75:14
**cell** 27:13 62:18 64:10 72:17
**cellmate** 30:8 38:15
**cells** 34:12
**center** 7:23 50:11 50:19,23
**CERTIFICATE** 78:1
**certified** 5:3
**certify** 76:3,10 78:6
**chair** 56:23 57:1,10 57:18 58:6,8,13 59:1,4,9
**chance** 5:10 15:12 16:23
**change** 14:7 43:12 44:3
**changed** 31:10
**changes** 76:6 77:4
**character** 3:8
**Charlie** 10:10
**check** 9:12,15,16,20 43:20 54:12
**checked** 54:13
**chest** 44:15
**chested** 13:15
**choose** 22:16
**chosen** 75:3
**Cincinnati** 2:13
**circumstance** 17:17 18:1

**circumstances** 17:4 23:17 24:1,9 55:20
**Civil** 1:15 3:6 75:8
**clarify** 63:23
**classification** 8:21 8:24 9:6 10:16
**classifying** 10:5
**clearly** 64:9
**Cleveland** 2:4
**clever** 50:14
**close** 57:12 75:6
**clumsy** 19:22
**codes** 15:14
**collective** 55:2
**combative** 9:18 25:4,8 37:21 61:17
**come** 11:10 42:10 44:17 61:1 64:13 67:4
**comes** 9:10,11 56:10
**comfortable** 48:7
**coming** 14:8 25:18
**commands** 56:18
**Commission** 76:18 78:21
**commissioned** 78:6
**committed** 26:8,11 27:1
**common** 32:22 33:1
**communicate** 30:4
**communicating** 29:24 30:4
**community** 18:11 18:12,12,20,24 42:11 46:4 73:15
**company** 7:20,21
**compared** 13:19
**comply** 53:4 56:19
**compressions** 44:15
**compromised** 35:11
**computer** 43:2 44:11 78:11
**computers** 9:3,4
**concern** 33:22 34:1 34:7 35:10 44:21
**concerned** 34:21
**concerning** 41:24
**concerns** 34:4 45:13
**concluded** 74:16
**concrete** 25:7 36:5 41:9 67:7 68:13
**condition** 37:7
**conditions** 30:18
**connection** 7:9 55:17
**consider** 33:6 52:8 52:23
**considered** 52:17

**considering** 28:4
**consistent** 10:1
  45:24
**constitutes** 41:16
**continue** 39:17
  55:24
**control** 19:24 20:10
  35:15 51:12,18
  52:4 56:21 72:21
  73:6,16,24
**Cooperstone** 1:21
  75:9
**coroner's** 72:17
**correct** 13:1,2 16:18
  17:11 23:20 28:6
  28:24 30:1,12,13
  31:16 32:1,6,11
  32:13 35:8,9,19
  35:22 37:15,16
  39:1,5 40:3 41:24
  42:1,3,4,19,20
  45:2,18 46:22,23
  54:15,19 55:4,18
  55:19 56:1,3
  64:11 65:3 66:13
  66:20 67:23 68:1
  68:7,20,21,23
  72:21,22 73:16
  76:7 78:11
**correction** 20:18
  58:8 66:10 75:6
  76:5 77:7
**correction/change**
  75:5
**correctional** 52:3
**corrections** 7:11 8:1
  8:3,9 16:11,15
  17:3 18:6 21:18
  21:23 22:6,14,16
  22:22 23:17 24:4
  27:8 29:6,20,24
  30:3 36:11 43:7
  47:17 49:21 51:17
  53:15 54:17 55:1
  55:17,23 58:7
  72:3 73:22
**corrections/chang...**
  75:4
**COs** 60:5 65:8
**counsel** 3:4
**county** 1:8 2:20
  5:15 7:12,17
  18:19 50:9 52:2
  55:23 72:23 76:2
  78:3
**couple** 5:19 16:4
**course** 37:1
**court** 1:1 6:2 7:6
**CPR** 50:11
**crime** 30:12
**crimes** 10:11 26:8

26:11 27:1
**criminal** 9:12
**CROSS-EXAMI...**
  5:4
**cuffed** 19:13 24:3
  24:11,19 27:5
**cuffs** 48:17
**custody** 72:20 73:5
  73:16,23
**cut** 8:7
**cuts** 8:6

      **D**
**D** 10:1,6 14:5 15:17
  57:10,11 58:17
**Daily** 7:20 8:5
**damaging** 39:19
**dangerous** 25:7
  37:7
**dangers** 16:6
**Date** 77:23
**day** 8:18,19 12:14
  12:15 42:12 47:4
  56:1,14 76:15
  77:3 78:16
**days** 50:20 75:8
**Dayton** 1:16 2:8,19
  54:6
**dead** 52:23 72:16
**deal** 71:17
**dealing** 40:13
**Dear** 75:2
**death** 5:14 21:18
  22:1,9 46:13,21
  47:18 54:1 55:13
**Deceased** 1:5
**December** 75:1
**Decemer** 78:17
**decide** 7:24
**decided** 61:1
**decision** 8:3 24:22
**Defendant** 1:14
  2:20 3:5
**Defendants** 1:9 2:9
  2:13
**definition** 19:21,23
  20:4 21:11 27:19
  27:21 56:12
**definitively** 63:12
**delete** 44:4
**Delta** 10:10 14:19
  15:18,19
**Department** 59:13
**depending** 23:16
**Depends** 23:14
**deployed** 52:3
**deposed** 5:17
**deposes** 5:3
**deposition** 1:14 3:5
  3:6 5:11,13,19
  11:14,22 74:16

76:4,11,14 77:2
**Deputy** 66:9
**desire** 75:4
**desired** 75:5
**desk** 8:24 58:15,21
**detail** 9:9
**detainee** 5:14 21:17
**detainee's** 37:6
**detainees** 10:5
**determined** 8:18
**DiCello** 2:2 4:4 5:5
  5:9 10:22 11:1
  16:19 17:2,9,15
  17:21 18:5,17
  19:6,11 20:8,16
  20:24 21:7,22
  22:5,13,20 23:3,9
  23:24 24:8,16,24
  26:2,7,12 28:2
  29:3,12 31:14,19
  32:5,9,14,23
  33:20 36:1,24
  37:3 39:8 40:11
  41:6,19 45:6 46:9
  46:20 47:14 48:2
  51:16 52:7 53:18
  53:22 54:22 55:7
  55:8 56:4,8 57:21
  58:1 60:3 61:19
  62:13 63:21,22
  67:22 69:6,22
  70:12,13 71:1,19
  72:1 73:4,20 74:5
  75:15
**die** 42:11
**died** 41:3,14 54:4
  72:12 73:15,23
**different** 24:15 44:4
  51:19 61:16
**differently** 43:13
**Dinkler** 1:16 2:7
**direction** 25:9 62:4
**disagree** 18:23 19:2
**discuss** 62:6
**Discussion** 10:24
  37:2 62:12 71:24
**discussions** 59:4
**disease** 30:21
**disoriented** 28:14
**dispatcher** 7:23
**display** 61:5
**distance** 65:13,14
**Distribution** 59:13
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doing** 6:17 14:7
  40:2,5,17,17
  50:18 51:1 56:21
  64:14 68:17,17
**doorway** 62:22
**dozen** 61:16

**Dr** 54:5
**drawing** 50:3
**dream** 50:17
**dressing** 9:22,22
**drills** 51:1
**Drive** 1:21 75:9
**drugs** 54:23,24 55:2
  55:6
**Dublin** 1:22 75:9
  78:16
**duly** 5:2 78:6,7

      **E**
**early** 14:11,12
**easily** 38:6
**edit** 43:12
**editing** 44:2
**efforts** 37:11
**eight** 7:22 14:20
**elevated** 21:17
**elevator** 15:23
**Ellis** 2:15 54:5
**emergency** 27:16
  28:21
**encounter** 12:10
  33:7
**encountered** 12:19
  25:21 26:15,22
  27:2,4,10,15 28:3
  28:23 30:11,17
**ended** 72:6
**enforcement** 8:8
  22:23
**entered** 77:5
**entire** 77:2
**episode** 57:2
**errata** 75:4,9
**ESQUIRE** 2:2,6,11
  2:17
**Estate** 1:5
**et** 1:9
**everybody** 24:7
  63:20
**exactly** 14:24 64:13
**EXAMINATION**
  4:1
**examined** 76:14
**excessive** 17:10,17
  18:1
**exerting** 45:9
**expect** 5:20
**expectations** 59:7
**experience** 59:8
**expires** 76:18 78:21
**explain** 56:7 67:4
**explained** 10:4
**exposing** 47:18
**Express** 7:20
**extended** 20:3,12
  23:20 56:5,10
**extent** 72:23

**eye** 49:22
**eyes** 28:11

      **F**
**faced** 22:14
**facedown** 19:16
  20:2,12 29:5
**facial** 13:23
**facility** 39:19
**fact** 31:3,6 33:19
**factors** 49:16,17,21
  50:1,6
**Failure** 75:9
**fair** 6:14,15 12:22
  65:1,17
**fake** 51:3
**familiar** 68:22
**far** 1:16 2:7 6:17
  9:17,21 12:14,17
  13:21 15:5 26:11
  38:8 42:7 52:14
  55:15
**feel** 16:3 51:12 52:1
**feet** 35:20 36:12,20
  53:5 69:24
**Felicia** 2:14
**female** 58:5
**fetal** 68:23
**field** 52:22,22,23
  50:19
**fighting** 33:3,7
**figure** 62:20 64:12
**fill** 41:23 42:2 43:2
  44:7
**filled** 42:18
**find** 72:11,16
**fine** 34:7
**fingers** 25:6 68:2,11
**finish** 38:20
**finished** 43:1
**fire** 51:1,3 54:6
**firm** 1:16
**first** 5:2,22 33:24
  43:16,17 50:9,10
  54:17 61:15 65:8
  65:24 73:13
**five** 63:3
**flat** 48:14 58:3
  66:14,16
**floor** 2:19 8:22
  13:12,12 34:13
  61:15 70:10,17
**folks** 10:6 72:24
**follow-up** 21:12
**followed** 55:17
**following** 18:24
  19:23 47:15 77:4
**follows** 5:3
**foot** 71:9
**force** 16:15 17:3,10
  17:16,17,24 18:1

39:21 40:2,6,18
40:21,24 41:16,21
41:23 42:3
**foregoing** 76:4,10
78:11,13
**forgot** 74:4
**form** 23:6 76:6
**former** 5:14 7:19
**forth** 28:9,9 32:4
**Foster** 2:14
**four** 10:7
**fourth** 34:13
**frame** 63:4 64:7
**Franklin** 78:3
**free** 16:3
**Friday** 10:12
**friend** 8:10
**front** 7:6 62:18 64:9
66:22
**FTO** 50:19
**full** 60:22
**functioning** 20:1,10

**G**
**G** 1:4
**Garrett** 2:15
**general** 16:5 63:20
**getting** 14:24 43:11
55:2
**give** 16:23 21:10
34:21 35:13 56:17
71:22
**given** 6:12 12:2 59:8
76:4 78:12
**giving** 44:14 53:7
75:5
**gloves** 63:16,18
64:1,2
**go** 7:24 10:5,9,22
16:22 17:7,13,19
18:3,15 19:4 20:6
20:14,22 22:3,11
22:18 23:7,22
24:6,14 25:10,24
26:5,10 31:20
33:18 43:12,20
50:11 52:23,24
54:8,9 56:22 58:2
58:6 59:9 64:12
65:8,8 67:23
73:18 74:2,10
**goes** 34:8 46:7
**going** 6:13 7:8
14:24 18:10 23:14
24:22 27:17 44:20
45:20 53:2 56:21
62:3,7 65:16
68:11 70:6
**good** 5:6 48:8 68:9
**gray** 63:9
**ground** 27:13 29:5

32:1,6,11 35:22
38:2,6 40:1 56:24
62:10 66:14,16
70:23
**guess** 41:1
**guide** 25:9
**guiding** 25:11
**gurgle** 44:17
**gurgling** 44:17
**guy** 61:8,23
**guys** 54:14 72:5

**H**
**hair** 13:23,24 63:9
**half** 7:15 34:10
35:20
**hand** 25:6 68:2,4,5
68:9,9 78:15
**Hand-held** 11:2
**hand-in-hand** 51:5
**handcuff** 23:18
56:16,19
**handcuffed** 13:13
16:10 18:21 23:12
27:12,14 29:4,10
37:17,19 38:2
39:3 45:17 46:4
46:15 48:6 59:17
**handcuffs** 16:12
18:12 19:1 21:3
37:15 38:9,12,17
38:23,24 39:5,10
39:13,18 41:20
48:11
**hands** 19:13 23:18
24:2,11,19 27:5
29:5 41:3 46:15
56:18 68:1
**hands-on** 40:14,18
44:20
**hang** 50:14
**happen** 49:18
**happened** 12:9,16
35:8 42:6,14,23
44:13 66:6 72:2,3
**happening** 65:2
**happens** 58:11
**hard** 6:22 36:5 67:7
67:9,20
**harm** 41:18
**Harry** 1:4
**hazardous** 22:24
**head** 25:6,7 35:19
40:1 50:3 67:21
68:1,2,3,6,8,12,16
68:20 69:8 70:10
70:16,22
**headbutt** 29:13,15
**headbutted** 29:10
**heads** 70:24
**hear** 6:24 9:19
17:23 44:17 55:5

55:9
**heard** 14:18 21:13
33:12 36:7,11
49:2,4
**hearing** 6:22 59:3
**heart** 30:20 44:22
44:22 45:13,14
**Height** 11:2
**held** 10:24 31:15
32:1,3,6,10 37:2
62:10,12 71:24
**help** 50:20
**helps** 8:18 65:10
**hereinafter** 5:2
**hereto** 76:6
**hidden** 62:22
**high** 31:7,10
**higher** 49:13,22
**Hills** 1:16 2:7
**hiring** 8:11
**history** 9:12,12,20
31:3,7 34:14
**hit** 25:7 38:6
**hold** 21:9,10,13
23:19 24:18 53:9
**holding** 20:19 24:2
24:10 39:24 61:8
61:23
**honest** 51:22 67:20
**horrible** 34:11
**hospital** 53:1
**hot** 45:8
**hours** 14:20 44:11
**house** 9:4
**housed** 30:10
**housing** 9:22 10:10
**huh** 69:23
**huh-uhs** 6:4
**human** 32:19
**hundred** 11:5
**hurt** 30:14 32:4
36:2 41:1,16
48:11,17 51:6
52:24
**hurting** 40:23
**hypertension** 31:3,9

**I**
**idea** 15:1 25:15
72:10 73:10
**illegal** 55:6
**important** 6:24
**incident** 12:16,21
14:5 16:1 30:15
42:5,23 45:20
**includes** 20:17 21:2
**incorporate** 51:1
**independent** 12:7,9
**INDEX** 4:1
**indicated** 75:6 77:5
**indicates** 35:5

**individual** 20:2,11
**individual's** 20:2,11
**influence** 55:10
**inhalation** 51:2
**injection** 66:7
**injuring** 35:17
**injury** 48:23
**inmate** 9:10 12:14
21:17 24:7,12
34:1,7,8 35:7,15
37:6 41:16,20
46:22 51:2 58:5
62:7,10
**inmates** 10:5 47:18
50:13
**instruct** 36:6,11,18
64:16 67:10
**instructed** 42:2
**instructions** 47:16
**interaction** 46:1,21
**interest** 8:8 73:22
**interested** 48:20
**interpret** 33:2
**interview** 42:6
**investigator** 42:8,10
**involved** 10:15 24:7
36:17 37:14
**involving** 5:14
24:17
**issue** 34:9
**items** 19:24 20:9

**J**
**Jackson** 25:13
**JAGIELSKI** 2:17
**jail** 5:15 8:23 9:21
10:5,7 12:19
18:20 25:22 26:17
26:23 34:14 36:4
43:2 45:18 46:8
46:17 54:23 55:3
55:16,24 59:8
72:24 73:16
**Jamey** 2:6 75:16
**job** 6:17 47:17
50:21
**jobs** 22:6 55:1,2
**jog** 8:18
**jogged** 44:13
**jogs** 12:1
**Johnson** 15:13
**Jon** 2:14
**Jr** 1:4
**jury** 7:6
**Justice** 59:13

**K**
**keep** 6:23 25:2,3
35:16 39:4,10,13
49:21
**Keith** 1:14 3:5 4:2

5:1,8 76:3,9,11
78:7
**kept** 25:17
**kicked** 29:11
**kind** 7:5 9:16,18
10:6 13:16,24
14:13 19:22 58:20
62:21 63:23 64:16
68:23
**kinds** 50:12
**knee** 69:17,20,23
70:2 71:5,8,10
**kneeling** 62:24 67:7
71:10,12,14
**knees** 41:9 67:7,9
**knew** 28:24 30:10
31:9 67:13 73:14
74:3
**know** 5:21 6:23,24
9:18,24 12:9 15:5
16:9 23:4 25:8,14
27:17 28:13,16
30:18,20 31:22
34:15,24 37:17,22
38:7,19,22 39:2
40:14 42:16 45:4
45:5 50:13,13
51:2,3,21 52:12
52:16 53:3,8 56:9
56:12,23 57:17
60:4 61:2,8 63:7
65:15 66:3,16
72:16,18 73:8
**knowing** 48:20
**knowledge** 26:1,6
26:21 27:3 30:16
59:15 73:21
**Krisandra** 2:14
65:6,7 66:5

**L**
**Lakeside** 2:3
**landed** 26:13
**large** 13:6,8,9
**larger** 13:21
**law** 1:16 8:8 22:23
**lawsuit** 7:9
**lawyers** 26:24
**lay** 56:18
**laying** 13:11 16:10
48:14 68:24 70:16
**Layne** 1:15,21 3:6
75:9,13 78:5,19
**LEADS** 9:3,4,11
**learn** 50:20 54:1
**leave** 50:18 56:13
**left** 68:4,5 71:6
**legit** 60:22
**Let's** 12:15 51:23
**lethal** 22:24
**level** 58:15

**Lewis** 25:13
**LIBER** 2:3
**life** 7:19
**lifeless** 54:9
**lift** 68:16
**lifting** 68:19
**likewise** 17:17 40:6
**limit** 19:24 20:9
**limp** 52:23 54:9
**line** 75:5 77:7
**list** 9:22
**little** 6:21,21 13:21
    14:16 26:23 57:9
    60:6
**live** 14:16
**located** 58:13
**long** 5:20 7:14
    33:15 39:2 44:7
    46:1
**longer** 71:20
**look** 11:18 13:4
    16:1 28:11 32:16
    50:21 58:20
**looked** 58:19 66:8
**looking** 32:15 44:12
    56:13
**looks** 42:18 58:19
    62:21 66:21 68:4
    68:6,23 69:16
    70:9,19 71:2,9
**lost** 11:10
**lot** 9:13 35:2,13
    46:7 50:12 52:21
    53:21 68:17
**louder** 6:21
**lower** 58:15
**LPA** 2:11

**M**

**M** 2:17
**M-A-Y-E-S** 5:8
**M.D** 2:15
**machine** 51:3
**magic** 51:21
**male** 13:6 58:5
**man** 13:11,15 46:13
    53:11,15
**man's** 46:13
**marijuana** 55:10
**mark** 6:23 65:1,17
    66:19 75:3
**mask** 35:7 37:7
**matter** 7:6
**Mayes** 1:14 3:5 4:2
    5:1,8,9 12:1 16:11
    37:4 42:11 54:2
    75:2 76:3,9,11
    78:7
**MC** 32:17
**mean** 13:11,15
    21:14 24:22 25:4

25:8 26:17 33:10
    34:6 44:9 46:7
    47:12 48:23 50:14
    51:19,21 55:6
    56:7,13 61:12,16
    69:7,15 71:10,19
    72:7,15
**meaning** 20:18 21:2
    49:17
**means** 13:18 19:15
**measures** 19:24
    20:9
**mechanical** 21:2
**medic** 2:15 30:23,23
    31:2,5 34:16 35:3
    35:5 45:12 66:19
    66:24
**medical** 17:16 28:16
    28:18,20 30:18
    36:17 37:7 50:12
    51:1,5 60:4,5,6
    61:14,18
**meet** 5:10
**member** 22:15
    42:11 73:15
**members** 18:11,20
    18:24 46:3
**memory** 8:19 12:1
    12:10 44:13
**metal** 48:11,16
**middle** 71:3
**Miles** 2:15
**mind** 35:10 60:12
    62:2
**mindset** 33:15
**mine** 8:10
**minimum** 10:10
**minute** 10:23 63:3
    65:17 69:2 71:22
**minutes** 39:1 45:22
    46:5 64:6 71:18
**Montgomery** 2:20
    5:14 7:11,16
    18:19 52:2 55:23
    72:23
**morning** 5:6
**mouth** 25:19
**move** 8:3 32:3 61:13
    69:19
**moved** 63:3
**movement** 19:24
    20:10
**moving** 68:17 69:21
    71:11,12,13,14
**MRSA** 64:5

**N**

**name** 5:6,7,9,15
    75:6
**named** 78:7
**names** 65:8,9

**NaphCare** 2:14
**narrative** 11:16,21
    16:2 32:15 35:5
    42:19 43:14 44:8
**near** 67:2
**necessary** 17:4
**neck** 47:1,4,9,12
    68:6
**need** 5:20 9:4 15:17
    16:2 49:21 65:15
**needed** 14:18 28:16
    35:11 38:1,1
    48:22 53:19 67:1
**needs** 23:23 32:20
    64:21
**never** 9:19 16:12
    18:13 21:24 25:3
    42:14 50:17 51:8
    51:10 52:8,17
    57:8 58:11 72:15
    72:18,19
**nice** 6:17 34:8,13
**NICHOLAS** 2:2
**Nick** 5:9 71:16
    75:15
**night** 8:16 42:21
**nine** 7:15 34:10
**Nods** 67:14
**nonrebreather** 35:7
**normal** 20:1,10
**notary** 1:15 3:6,7,8
    75:7 76:13,17
    78:5,19
**notes** 3:7
**noting** 76:6
**November** 1:16 3:1
    76:5
**number** 51:10,11
    51:21 75:5,5
**nurse** 2:14,14,14
    65:6 66:3,5
**nurses** 65:8

**O**

**oath** 7:2,4,5 18:6
**obese** 27:18,19,23
    28:4
**object** 16:20
**Objection** 16:17
    17:6,12,18 18:2
    18:14 19:3 20:5
    20:13,21 21:5,20
    22:2,10,17 23:1,6
    23:21 24:5,13,20
    25:23 26:4,9
    27:24 29:1,8
    31:12,17 32:2,7
    32:12,21 33:17
    35:23 36:21 39:6
    40:8 41:4,17 45:3
    46:6,18 47:11,22

51:14 52:5,19
    53:16,20 54:20
    56:2,6 57:19,23
    60:1 61:11 67:19
    69:4,18 70:18
    73:2,17 74:1
**observations** 61:15
**observe** 54:8 64:17
**observing** 64:15
    65:2,13,14
**obvious** 9:7
**Obviously** 46:12
**occurred** 42:5
**office** 2:20 8:24
    52:2 72:24 78:16
**officer** 5:9 7:11 8:21
    9:23 12:1 15:12
    16:11 18:6 22:6
    22:16 23:18 29:20
    32:16 36:11 37:4
    42:10 47:17 49:21
    50:20 54:2,11
    58:8 66:10
**officer's** 55:1 70:1
    71:2,8
**officers** 14:19 15:17
    16:12,15 17:3
    20:18 21:18,24
    22:14 24:4 27:8
    29:6,24 30:3 35:8
    38:11 40:5 51:10
    51:11,17 52:3
    53:15 54:10,17
    55:17,24 58:7
    65:13 72:3 73:22
**official** 3:8
**Oh** 15:22 43:13
    50:3 57:14 72:9
**Ohio** 1:1,15,16,22
    2:4,8,13,19 23:5
    75:9 78:2,6,16,20
**okay** 5:23 6:4,7 8:17
    10:21 11:8 12:4,5
    13:3,14,17 14:10
    14:17 15:10 18:10
    19:20 21:16 26:14
    33:14 34:3 40:12
    40:13 41:13 43:19
    43:22,23 45:23
    46:11 48:5,13
    50:18 51:5,19,24
    53:1,23 56:15
    58:2,10 60:18,21
    60:24 61:1,13
    63:1,6 64:4,23
    65:10 67:8,17
    68:14 69:16 70:1
    73:12 74:6
**old** 73:9,11
**once** 50:18,22
**one-on-one** 12:17

**opportunity** 12:5
**ordered** 57:1,4,6
    74:10
**orders** 58:6,12
**oriented** 28:13
**original** 28:20
**oversized** 7:21
**oxygen** 34:17 35:6
    35:12,13

**P**

**p.m** 43:1
**page** 4:4 75:5,8 76:5
    77:7
**part** 39:1 43:20
    44:3 45:21 73:5
**particular** 8:22 62:7
**parties** 3:5
**parts** 45:21
**patrol** 15:4
**paying** 40:17
**peep** 9:20
**pelvis** 66:14
**pending** 5:22
**people** 9:3,4,19
    10:10,11 19:12
    21:24 22:8 27:9
    27:23 34:11,15
    35:2,14 38:7
    43:11 44:14 45:5
    45:16 46:14 51:6
    52:22 53:19,21,24
    55:24 60:17 74:3
**perception** 13:9
**period** 20:3,12
    23:20 30:24 37:24
    46:14 56:10
**periods** 56:5
**permissible** 19:7
    23:5
**person** 9:11,17,18
    15:6 16:10 23:11
    23:12 25:8 36:17
    40:21 49:10 56:16
    58:7 59:18 60:5
    60:22 62:3
**persons** 60:17
**Phil** 1:8
**physical** 20:18
    41:18
**physically** 45:9 53:8
**pinning** 70:4
**place** 14:5 44:5 58:7
    78:13
**placing** 18:11,20,24
**Plaintiff** 1:6,14 2:5
    3:5
**plan** 61:10,21,21
    62:2,6
**platform** 9:1
**play** 66:18

**playing** 66:21
**please** 5:6 16:3 75:3
  75:8
**Plummer/Montgo...**
  1:8
**plus** 45:22
**pod** 10:1,6,8 14:6
  15:17,18,19 30:10
  57:10,11 58:17
**pods** 10:7,7 34:11
**point** 8:4 11:24 25:5
  31:17 36:6,10
  59:7,10 63:21
  71:16
**points** 50:11
**policies** 18:19 26:19
  55:15
**policy** 58:11
**popped** 62:22
**portion** 20:1,10
**pose** 21:24 22:8
  27:10
**posed** 29:6
**position** 18:13,21
  19:1,13,15 20:3
  20:12,19 21:19
  22:24 23:19 24:2
  24:10,19 25:2
  31:16 32:10 46:4
  47:10 48:22 49:10
  49:13 56:17 59:17
  68:22,23 69:3,9
**position's** 59:24
**positional** 49:2,3,8
  49:13,17,23 50:1
  50:6 59:13
**positions** 56:1
**possible** 59:19
**possibly** 52:12
**potentially** 22:24
**pounds** 27:20
**practice** 18:13
**Pregon** 1:16 2:6,7
  16:17,23 17:6,12
  17:18 18:2,14
  19:3,8 20:5,13,21
  21:5,20 22:2,10
  22:17 23:1,6,21
  24:5,13,20 25:23
  26:4,9 27:24 29:1
  29:8 31:12,17
  32:2,7,12,21
  33:17 35:23 36:21
  39:6 40:8 41:4,17
  45:3 46:6,18
  47:11,22 51:14
  52:5,19 53:16,20
  54:20 55:6 56:2,6
  57:19,23 60:1
  61:11 63:19 67:19
  69:4,18 70:11,18

71:16,22 73:2,17
  74:1,9 75:16
**prepare** 11:13,21
**presence** 3:7 76:14
  78:10
**presented** 55:20
**pressure** 31:7,10
  50:11 59:23 68:15
**presume** 29:23 55:3
**pretty** 68:9
**prevent** 35:17 38:12
  38:17,20 39:10,14
  39:18 40:1 55:2
**preventing** 35:21
  68:19
**printed** 75:4
**Prior** 12:18
**prisoners** 38:13,21
  39:15
**probably** 11:11
  48:18 64:12 73:14
  74:3
**problem** 14:19,21
**Procedure** 1:15 3:6
  75:8
**procedures** 18:19
  55:16
**process** 44:5
**Professional** 75:13
**prohibited** 19:1,5,8
  54:23
**prompted** 34:23
**prone** 16:6,9 18:12
  18:21 19:1,12,15
  19:21,23 20:17
  21:1,19 22:23
  23:4,10,19 24:2
  24:10,19 31:15
  32:10 45:16 46:4
  47:10 49:13 55:24
  56:10,17 59:17,24
**pronounced** 54:6
**proof** 3:8
**PROSECUTING**
  2:18
**protect** 22:7 24:3
  38:9
**provide** 6:6
**public** 1:15 22:7,15
  75:7 76:13,17
  78:5,19
**purpose** 52:24
**put** 10:6,8 19:12
  34:12 38:9,12,23
  45:16 49:10 56:18
  57:17 58:8 59:23
  62:14 63:18 64:2
  70:23
**putting** 37:15 41:20
  68:15

**Q**
**qualification** 3:8
**qualified** 78:6
**question** 5:21 6:9
  6:13 12:6 16:21
  21:12 31:20 36:14
  38:20 51:9 52:15
  52:16
**questions** 6:6,24
  16:5 37:5 42:12
  74:6
**quick** 36:23
**quit** 54:10 56:21

**R**
**radio** 14:18 15:3,16
**radios** 15:6
**railing** 63:14
**read** 74:9,11 75:3,6
  75:8,10 76:4,13
  77:2,4
**reading** 76:12
**real** 36:23
**really** 34:13 37:21
  51:15
**reason** 33:21 34:21
  39:4 48:15 52:17
  77:7
**reasonable** 16:16
**reasonably** 17:4
**reasons** 38:16 39:10
  39:13,17 48:18,21
  77:5
**recall** 10:12,15 44:8
  50:5 69:10
**receive** 59:21
**received** 16:5 21:8
  22:21 27:22 37:6
  37:8 49:5
**recognize** 12:22
  60:9
**recollection** 10:2
  57:10
**record** 5:7,10 10:22
  10:24 37:2 62:12
  71:24 77:5
**records** 9:1 11:12
  12:7
**recovery** 68:22 69:3
  69:8
**reduced** 3:7
**refer** 16:3
**rely** 60:5
**relying** 7:8
**remember** 8:13,20
  10:14,18 12:13,16
  12:19 13:5,6,23
  14:2,22 15:2,22
  15:23,24 21:15
  25:16 44:6 46:7

57:4,6,13 58:14
  59:3 63:13,15
  65:4 72:9
**REMINGER** 2:11
**Repeat** 17:20
**repetitive** 26:24
**rephrase** 31:23
  49:19
**replace** 66:19 67:5
**replacing** 66:24
**report** 11:15,21
  29:20,22 32:15
  35:5 42:3 43:14
  43:15,16 72:17
**reporter** 6:2 75:13
  77:1
**reporting** 14:9
**Reports** 41:23
**request** 77:4
**require** 24:1
**required** 37:19
**research** 22:22
**resistive** 33:3 37:6
  37:11
**respective** 3:5
**respond** 14:5,19
  15:17,21 28:20
  46:15 64:2
**responded** 12:21
  28:19
**response** 55:21
**responsibilities** 9:8
  44:10
**responsible** 73:1
**restrain** 21:24
  22:15 55:24
**restraining** 22:8
  27:23 40:5
**restraint** 16:7,9
  19:21,23 20:17
  21:1 22:23,24
  23:5,10 41:24
  45:17 47:1,3,9
  56:11,22 57:1,10
  57:18 58:6,8,13
  59:1,4,9
**restraints** 16:12
  20:18 21:2
**restrict** 16:13
**result** 55:13 75:10
**resulted** 46:13
**retraining** 55:12
**return** 75:8
**review** 11:13 12:7
**reviewed** 11:21
**reviewing** 12:10
**revisit** 12:2,6 43:13
**Richardson** 1:5
  5:15 9:24 10:16
  12:11,13,19,23
  13:4 24:18 25:2

25:14,21 28:23
  29:4,15,21 30:5,8
  30:14,17 31:3,6,9
  31:15,24 33:7,22
  34:4,17 35:7,21
  36:7,12,14,19
  37:15 38:1,8
  39:19,21 40:6
  41:24 44:18,21
  45:13 47:20 48:3
  52:1,9,18 54:18
  55:10,18 57:17
  59:5,9 60:13 66:1
  69:2,8 70:6 72:12
  72:20
**Richardson's** 35:16
  47:3 54:1,8 55:13
  67:2,17 69:11
**right** 10:19 14:15
  16:20 17:1 30:2
  33:16 39:7 42:22
  42:23 43:17,21
  47:18,19 48:1
  53:13 55:6 57:22
  57:24 58:21 60:7
  61:24 62:16,18
  63:7 64:1 66:23
  69:1,11,12,13,17
  70:10,14,15 71:2
  71:6,23 73:6,7
  74:9,11,12
**risk** 21:17 22:1,8
  49:13,16,20,22
  50:1,6
**risks** 47:18
**Robert** 1:5 5:15
  9:24 12:11
**rocking** 28:9
**roll** 35:16 47:20
  48:3,6,16
**rolled** 54:14,18
**rolling** 35:21 40:1
**rubber** 63:16
**rule** 21:23 59:16
**rules** 1:15 3:6 5:19
  18:18 25:22 26:17
  26:23 55:16 75:8
**run** 9:3,11

**S**
**safe** 51:7,7 61:12
**safely** 52:4
**safer** 22:16
**safest** 24:12,18
**safety** 22:7 24:3
**Saturday** 8:18
**save** 42:24
**saw** 34:19
**saying** 25:16,17
  33:10 60:19 61:3
**says** 5:3 35:15 54:11

**scene** 30:1,4 62:21
**screen** 62:15 63:24
  70:21
**screens** 9:16
**seal** 78:16
**second** 8:15
**seconds** 63:2
**security** 15:4
**see** 9:16 25:5,18
  29:15,18 32:16
  37:22 41:8 43:14
  47:23 58:21 62:15
  63:4,11,16,19
  64:6 65:12 66:6
  69:20
**seeing** 57:13 58:14
**seen** 34:9,10,11
  59:12
**seizure** 60:10,13,16
  60:21,22 61:5
  62:2
**seizures** 60:17,17
**self-destructive**
  38:9
**sense** 32:22 33:1
**sentence** 44:4
**separated** 66:16
**sergeant** 25:3,13,13
  36:6,10 58:6,12
  62:6,9 64:16
**sergeant's** 59:11
**sergeants** 24:21,23
  25:1,9,11 50:24
  62:5
**sergeants'** 47:15
**Session** 3:1
**set** 78:15
**seven** 27:7 29:6
  53:12,14
**shaking** 60:18,21
**sheet** 75:5,6,9
**sheets** 70:23
**Sheriff** 1:9 2:9
**Sheriff's** 2:20 52:2
  55:23 72:24
**SHIBLEY** 2:3
**shift** 8:15 9:7,9 14:7
  14:8,9
**shoot** 50:3
**short** 37:4
**shot** 65:24 66:15
**shoulder** 35:19
  69:13 70:4 71:6,6
**shoulders** 6:3 35:16
  35:22 39:24
**show** 45:21 50:13
  63:9
**showing** 53:3
**shown** 22:23
**shrugs** 6:3
**sick** 61:2

**side** 47:24 58:3,4
  63:24 68:24 70:7
  70:16
**sign** 75:3,6,8
**signature** 74:14
  75:8 77:23
**signed** 75:10 76:14
**signing** 76:12
**signs** 53:3 60:9 61:6
**Sincerely** 75:12
**sir** 5:12,18,24 6:5,8
  6:11 7:1,3,7,10,13
  7:18 10:3 11:17
  11:19 12:12,20
  18:9 19:19 20:23
  21:6 27:6 28:5,12
  28:15,22 29:17,19
  30:9,19,22 31:4,8
  31:13 33:9 34:20
  39:22 40:19 41:2
  42:13,15 44:19,23
  45:15 47:5 57:7
  59:2,6 62:19 63:5
**sit** 36:14,19 44:11
  50:5 52:11
**sitting** 52:8
**situation** 14:23
  23:14 24:15,17
  36:18 46:12 48:5
  51:12,19,23 52:2
  52:3,4 64:19
**situations** 46:3
  61:16
**six** 44:11 53:12,14
  64:6
**Six-four** 11:3
**size** 13:20 68:9
**small** 13:16
**smaller** 13:20
**smiling** 65:19
**smoke** 51:2,3
**snot** 61:1
**soil** 60:23
**somebody** 10:4
  15:16 20:19 24:2
  24:10 38:7 39:4
  40:16 48:6 65:18
**somebody's** 33:3
  37:10
**someone's** 16:13
  47:1,9 69:17
**soon** 23:11 59:16,18
**sorry** 10:20 13:2
  17:24 19:19 33:13
  33:19 68:11 69:15
**sound** 44:17
**sounds** 9:7
**SOUTHERN** 1:1
**SPANGENBERG**
  2:3
**speak** 6:21 15:12

72:8
**special** 1:4 10:9
**specifically** 14:22
**specified** 78:13
**spell** 5:7 43:20
**spelled** 43:21
**spine** 48:12,17
**sprayed** 66:9
**sputum** 25:18
**Sr** 1:5
**staff** 39:11 60:5
**stamps** 42:24
**stand** 12:20 36:20
  52:22 53:1,5,8,15
  64:17
**standing** 41:12,12
  52:17 54:3 62:17
  63:13 64:9 65:12
**stands** 46:12
**start** 32:24 35:4
  50:8
**started** 42:23
**starting** 44:14
**starts** 2:11 32:17
  35:3 75:15
**state** 1:15 5:6 23:5
  76:1 78:2,6,20
**stated** 76:12
**statement** 18:11,24
  54:11
**States** 1:1 59:13
**station** 58:16
**status** 10:16
**stay** 9:2,2 33:4
  39:18 51:7,7
**stenotype** 78:9
**stenotypy** 3:7
**step** 44:12 64:22
  65:15 71:22
**Steven** 2:15
**stipulated** 3:4
**STIPULATIONS**
  3:3
**Stockhauser** 2:15
  30:23 31:2,5
  34:16 35:6 45:12
  66:19,24
**stomach** 23:13
  59:18
**stood** 52:21
**stopped** 54:18
**stopping** 71:16
**Street** 2:12,18
**struggles** 32:20
**struggling** 21:18
  25:14 35:7 45:2
  54:10
**Stumpff** 54:11
**submitted** 76:11
**substance** 76:6
**substantive** 44:2

**sudden** 21:17 62:22
**suffered** 44:22
  45:14
**suffering** 44:22
**Suite** 1:16 2:4,8,12
**Super** 7:22
**supposed** 47:9
**sure** 6:16,20 13:22
  14:24 20:9 27:21
  34:23 43:21 47:17
  51:7 52:6 61:12
**surgery** 11:10
**sweat** 45:5
**sweating** 44:24 45:7
**sworn** 5:2 18:8 78:7
**symptoms** 60:10
**syringe** 66:8

_____

**T**
**take** 5:20 6:18 12:5
  16:1 18:6,23
  36:23 44:5,7,10
  44:12 61:18 64:21
  71:17
**taken** 1:15 3:6 6:1
  23:12 77:2 78:9
  78:12
**talk** 6:16 12:15
  16:24 33:1,16
  51:23 53:6 72:2,5
**talking** 12:8 26:13
  26:15 29:23 33:9
  33:10,23 60:18
  63:19 65:18
**tall** 13:9
**teacher** 43:23
**tell** 6:10 9:6,7 14:4
  14:23 62:9 63:12
  67:20 69:5 70:7
  72:16
**telling** 25:1 53:14
  70:8 73:13
**tells** 16:21
**ten** 71:18
**term** 21:13 49:2
**terminal** 9:3
**testify** 78:8
**testimony** 40:4 75:4
  75:5,6 78:9,12
**Thank** 74:8
**Thanks** 74:6
**themself** 52:24 53:2
**thing** 6:19 58:20
**things** 21:3 36:19
  40:4 43:12 46:7
  50:17,18
**think** 13:19 24:9,17
  30:23 44:12 48:5
  50:17 51:9,20
  52:21 53:17 60:6
  60:13 62:1 63:9

64:19 66:18 69:23
  70:1,6,20
**thinking** 44:1
**third** 2:18 8:14,15
  34:12
**thirty** 75:8
**thought** 11:4 34:6
  36:2
**thrashing** 25:4 38:5
  53:7 60:19 61:17
**threat** 27:11 29:6,9
**three** 9:19 11:5 27:7
  29:5 72:9
**time** 3:6 5:21 15:13
  16:20,21,24 20:3
  20:7,12 23:8,10
  23:15,20 25:21
  26:15,22,24,24
  27:1,4,10,15 28:3
  28:19,23 30:11,17
  30:24 33:9 36:6
  36:10 37:24 39:14
  42:24,24 43:16,17
  44:20 46:14 47:24
  48:1 50:8,16,24
  51:4 53:6 54:11
  54:17 56:5,10,16
  56:22 57:8,11,12
  57:20 58:5 59:8
  59:10 64:2 66:10
  73:13 74:7 75:9
  75:10 78:13
**timeframe** 39:2
**times** 9:19 23:16
  51:20
**today** 5:11 7:2,4,9
  14:13 50:5
**today's** 5:19 11:13
  11:21
**told** 15:13 24:23
  25:3 40:2 45:16
  47:16 60:6 61:22
  62:1
**ton** 61:1
**top** 35:20 41:3 50:3
**totally** 70:22
**touch** 47:12 70:20
  70:21
**touching** 40:16,21
  41:14
**towel** 70:19
**towels** 70:24
**trained** 16:5,9,12
  21:16 32:19,22
  33:2 39:23 46:24
  49:16,20 50:2,7
  56:9 59:16,23
  60:9
**training** 16:6 18:19
  21:8 22:21 27:22
  32:24 37:5,8 49:5

49:8 50:8,10,11
50:12,12,19,19,22
50:23,23,24 51:4
55:13 59:12,21
60:6
**transcribed** 3:7
74:10 78:10
**transcript** 75:3,3,6
75:10 76:4,10
77:2 78:12
**transitional** 21:9,10
21:13
**treated** 55:18
**trial** 7:5
**tried** 29:21 30:5,8
66:3,11,15
**trouble** 33:22 34:5
**truckers** 7:23
**trucking** 7:20,21
**true** 18:1,4 29:7
54:23 55:21,22
56:5 76:7 78:11
**trust** 29:10 52:11
**truth** 78:8
**try** 29:13,15,18 33:7
37:11 52:13,24
53:5 62:20 65:24
**trying** 28:8,10
34:16 35:6,16
61:20 68:16
**Tuesday** 3:1
**turned** 51:8
**two** 22:14
**type** 30:12 43:11
**typewritten** 75:4

**U**

**Uh-huh** 19:17 34:18
58:22 63:17 65:20
**uh-huhs** 6:3
**unarmed** 28:24
**uncomfortable** 48:9
**uncommon** 12:2
46:16,22
**undergone** 55:12
**underneath** 68:3
70:21,24
**undersigned** 76:13
**understand** 5:10,13
6:9 7:2,4,8 16:16
19:15 20:17,19
21:1,3,23 27:16
27:18 28:19 31:20
31:22 37:14 38:8
38:17 47:15 53:2
55:15 56:20 60:19
61:20
**understanding** 6:12
17:5 18:18 23:11
23:17 30:7 37:10
39:24 41:15 45:24

47:8 49:12 61:21
73:22
**understood** 6:14
**unemployed** 8:5
**United** 1:1 59:13
**unknown** 14:19,21
**unnecessary** 17:16
17:24 22:1,8
47:18
**unpredictable** 38:7
**unreasonable** 17:10
**upwards** 46:5
**use** 16:15 17:3 21:2
23:4,10 39:21
40:2,18,21 41:16
41:20,23 42:2
50:10 57:15
**uses** 40:6
**Usually** 60:22 72:15

**V**

**Value** 7:22
**verbal** 56:18
**version** 43:4
**versions** 43:5
**versus** 60:18
**video** 11:18,20 12:8
25:5 41:8 45:20
47:23 58:19
**Vine** 2:12
**violated** 25:22
**violent** 10:11,11
30:12 37:6
**violently** 60:18
**vital** 47:13
**vitals** 54:13
**voice** 6:23
**vs** 1:7

**W**

**wait** 61:17
**waiting** 24:21 62:4
**waive** 74:11
**waived** 3:8 74:14
**walk** 15:24 41:9
**walked** 41:11
**walking** 45:5
**wall** 52:12
**want** 12:1,3,9 16:4
25:9,17 28:7
33:10 42:12 44:3
44:3 50:10 61:20
62:20 70:20
**wants** 58:8
**wasn't** 14:24 35:20
37:22 38:19,22,22
40:13 51:17 53:3
57:17 58:3 60:16
69:8
**watch** 8:12,14,15
**watching** 12:8

40:16
**way** 10:17 14:16
22:16 38:5 50:16
58:12 60:16
**ways** 16:12 21:24
22:8,15
**we'll** 16:1 51:2
56:19 74:10
**we're** 12:8 14:24
19:5,9,9 24:23
37:4 51:6,6 62:17
64:6,13 65:17
66:22
**We've** 11:12
**wear** 15:11
**wearing** 15:6
**week** 50:9,10
**weigh** 13:10
**weighed** 11:11
**weight** 11:2,6,8,11
13:21 52:23
**weird** 65:11
**well-being** 73:1
**went** 14:20
**weren't** 15:14 37:14
**West** 2:18
**WESTERN** 1:2
**whatsoever** 34:14
48:24
**WHEREOF** 78:15
**Whitney** 1:15 3:6
6:18 75:9,13 78:5
78:19
**willing** 53:1,4
**witness** 3:8 17:1
74:12 76:12 78:10
78:12,15
**woman** 65:4
**word** 21:11 50:9
**words** 43:21
**work** 8:22 24:22
51:5 58:15
**worked** 7:20,21,22
8:5 10:12
**workers** 10:8
**working** 8:12
**wouldn't** 28:10
52:20 71:12
**writing** 3:7
**wrong** 34:8
**wrote** 11:15

**X**

**Y**

**yeah** 13:2 14:14,16
15:7,9 17:14,22
18:16 19:8,9
23:23 29:2 31:24
37:1 40:15 43:9
46:10,12 49:20

55:7 57:12,14
60:20 61:4 63:8
67:16 68:6,10
69:14 70:12 71:14
71:19 72:4
**year** 7:24 50:23
**years** 7:15,22 34:10
72:9 73:11
**Yep** 9:14 50:15
**young** 46:13

**Z**

**0**

**04** 66:22

**1**

**10:00** 1:17 3:2
**10:51** 62:14
**1001** 2:3
**11:04** 62:17
**11:30** 8:16 74:17
**117** 1:16
**123** 2:8
**1284** 32:17
**13** 65:17
**15:03** 66:22
**15:08** 66:19
**17** 1:16 3:1 69:2
76:5
**1700** 2:4,12
**18:56** 70:11
**18th** 10:13
**19th** 10:1 12:18,22
14:6 25:12 55:18
60:12

**2**

**20** 39:1 45:22 46:5
77:3
**2006** 8:2
**2012** 5:15 8:12 10:1
10:13 11:6,9 12:9
12:18,22 14:6
15:14 25:12 55:18
60:12
**2015** 1:16 3:1 75:1
76:5,15 78:17
**2020** 78:21
**21:40:19** 42:19
**22-minute** 33:6
**275** 11:11
**28** 73:8,11
**28-year-old** 73:15

**3**

**3** 75:1
**3:00** 35:3
**3:14-CV-00158** 1:7
**3:30** 8:16 35:4 44:9
**30** 50:20

**30-day** 50:22
**300** 9:19 27:19
**301** 2:18
**3rd** 78:16

**4**

**4** 78:21
**40-hour** 50:23
**43017** 1:22 75:9
**44114** 2:4
**45202** 2:13
**45422** 2:19
**45429** 1:16 2:8
**4th** 2:19

**5**

**5** 4:4
**5:47** 63:24
**52** 62:14
**525** 2:12
**53** 62:14
**5335** 1:16 2:7
**545** 62:18 64:10

**6**

**614-309-1669** 1:22
**6723** 1:21 75:9

**7**

**7:56** 64:9

**8**

**8:05** 64:13
**8:06** 64:13
**8:27** 65:1

**9**

**9:40** 42:21 43:1
44:9