UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -

Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,

    vs.                     Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants

- - -

DEPOSITION OF MICHAEL STUMPFF
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on December 7, 2015 at
8:27 a.m.

LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO  43017
614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio 44114
   on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio 45429
   on behalf of the Sheriff
   Defendants

CARRIE STARTS, ESQUIRE
ROBERT HOJNOSKI, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio 45202
   on behalf of the Defendants
   NaphCare, Inc., Nurse Felicia Foster,
   Nurse Jon Boehringer, Nurse Krisandra
   Miles, Medic Steven Stockhauser,
   and Brenda Garrett Ellis, M.D.

Page 2

---

December 7, 2015
Monday Session
8:27 a.m.
- - -
STIPULATIONS

It is stipulated by and among counsel for the respective parties that the deposition of MICHAEL STUMPFF, the Defendant herein, called by the Plaintiff under the applicable Rules of Civil Procedure, may be taken at this time by the notary Whitney Layne; that said deposition may be reduced to writing in stenotypy by the notary, whose notes thereafter may be transcribed out of the presence of the witness; and that the proof of the official character and qualification of the notary is waived.

Page 3

---

EXAMINATION INDEX

MICHAEL STUMPFF

BY MR. DICELLO..............................Page 5

EXHIBIT INDEX

Exhibit                    Marked

3.........................................Page 79

Page 4

---

MICHAEL STUMPFF

Being first duly sworn, as hereinafter certified, deposes and says as follows:

CROSS-EXAMINTION

BY MR. DICELLO:

Q  Good morning. Can you please introduce yourself to the court reporter and spell your last name when you do?

A  My name is Michael Thomas Stumpff. Last name is spelled S-T-U-M-P-F-F.

Q  You are a corrections officer?

A  Correct.

Q  Employed by the Montgomery County Sheriff's Office; correct?

A  Yes, sir.

Q  How long have you been a CO?

A  Nearly five years.

Q  Correction Officer Stumpff, my name is Nick DiCello. We had a chance to meet off the record. Do you understand you're here to have your deposition taken today?

A  Yes, sir.

Q  Ever been deposed before?

A  No, sir.

Page 5

1  Q  I'm sure you realize by now, but you're here to
2  have your deposition taken in connection with a lawsuit
3  that's been filed surrounding the death of Robert
4  Richardson back in 2012.  Do you understand that?
5  A  Yes, sir.
6  Q  And you probably realize by now that I
7  represent the family of Robert Richardson.  Do you
8  understand that?
9  A  Yes, sir.
10  Q  I'm sure that counsel explained to you what to
11  expect today in today's deposition, but I want to go over
12  just a couple ground rules so we have an understanding,
13  all right?
14  A  Yes, sir.
15  Q  You've done a nice job until now, but you have
16  to make sure that all your answers are audible; yes, no,
17  or words.  That way the court reporter can take everything
18  down that we say, okay?
19  A  Yes, sir.
20  Q  And we'll have to wait for each other to stop
21  talking, because she can only take down one person at a
22  time.  So if you can wait, even though you're going to
23  know what I'm asking, if you could just wait for me to
24  finish and I'll do the same for you, okay?

Page 6

1  with this lawsuit?
2  A  Yes, I understand.
3  Q  I don't know how long this will take.
4  Sometimes they go quick, sometimes they can take awhile.
5  But if at any time you need a break for any reason, let me
6  know and we'll do that, all right?
7  A  Yes, sir, I understand.
8  Q  And it's not uncommon, Officer Stumpff, for
9  your memory to get jogged.  So let's say 15 minutes from
10  now you remember something about an answer you gave or a
11  question that I asked that you want to correct or
12  supplement or revisit.  I want to give you the
13  opportunity, and you should take the opportunity to do
14  that today for any question or answer, okay?
15  A  Yes, sir.
16  Q  All right.  Little bit of background.  It's not
17  to pry into your personal life, Officer, but are you from
18  the Southern Ohio area?
19  A  Yes.
20  Q  Can you tell me where you went to high school
21  and when you graduated?
22  A  Beavercreek High School, graduated 2004.
23  Q  Where is Beavercreek?  Is that in Montgomery
24  County?

Page 8

1  A  Yes, sir.
2  Q  If you do give a nod or a shrug or an uh-huh or
3  huh-uh, somebody around the table is going to ask you for
4  clarification.  It's not to be rude, it's just to get a
5  clear record, okay?
6  A  I understand.
7  Q  If you don't understand a question that I've
8  asked you, I want you to tell me that, okay?
9  A  I understand.
10  Q  Given that arrangement, if you answer a
11  question that I've asked, I'm going to assume you
12  understood it; is that fair?
13  A  Yes, sir.
14  Q  You understand you're under oath today?
15  A  Yes, sir.
16  Q  Have you ever testified in court for any
17  reason?
18  A  Yes.
19  Q  So you understand that the oath you're under
20  today is the same kind of oath that you take when you
21  testify before a judge and jury in a court of law?
22  A  Yes, sir.
23  Q  Do you understand that I'm going to be relying
24  on the truthfulness of your answers today in connection

Page 7

1  A  It's in Greene County.
2  Q  Do you currently live in this area?
3  A  Yes.
4  MR. DICELLO:  We can go off the record for this
5  question.
6  (Discussion held off the record.)
7  BY MR. DICELLO:
8  Q  Was that height and weight that you just told
9  me off the record about the same height and weight back in
10  May of 2012?
11  A  I believe so.
12  Q  So upon graduating high school in 2004, can you
13  tell me what you did for employment?
14  A  After I graduated from high school, I went to
15  Eastern Kentucky University.
16  Q  How long did you go to Eastern Kentucky?
17  A  I graduated in 2008.
18  Q  And what kind of degree did you graduate with?
19  A  A Bachelor of Science in criminal justice.
20  Q  And what was the plan upon graduation with that
21  type of degree?
22  A  Pursue a career in law enforcement.
23  Q  When did you make the decision that you wanted
24  to pursue a career in law enforcement?

Page 9

1    A  When I was a teenager.

2    **Q  And any particular reason?**

3    A  Just always felt the drive to serve others and

4  to help those who can't help themselves.

5    **Q  Is that one of the reasons you became a**

6  **corrections officer?**

7    A  The corrections officer job was more of a

8  gateway into this field, get my -- my foot in the door,

9  into law enforcement.

10    **Q  So upon graduation from Eastern Kentucky -- Was**

11  **that in '08?**

12    A  I graduated in '08, yes.

13    **Q  Where did you go for employment?**

14    A  I had various jobs shortly after college before

15  I was able to get hired on at the sheriff's office. At

16  the time, and you may very well know, the country was in a

17  pretty serious recession, and it's pretty difficult for

18  college graduates to get into a field, any field for that

19  matter, if you weren't in something technical already. So

20  I held various jobs here and there, private security jobs,

21  worked at Greene County Airport, and then I got hired in

22  spring of '11 with the sheriff's office.

23    **Q  What position were you hired into in the spring**

24  **of 2011?**

Page 10

---

1    A  As a corrections officer with the Montgomery

2  County Sheriff's Office, February 15th, 2011. 15th.

3    **Q  I'm sorry. February 15th, 2011, hired on as a**

4  **corrections officer; correct?**

5    A  Correct.

6    **Q  And were you stationed after your orientation**

7  **and training at the Montgomery County Jail?**

8    A  Yes.

9    **Q  So fair to say you've been working at the**

10  **Montgomery County Jail since 2011 through today?**

11    A  Correct.

12    **Q  When did you actually start at the jail?**

13    A  That was my first day in the jail was my hire

14  date.

15    **Q  Okay.**

16    A  So --

17    **Q  On May 19th, 2012 -- I should ask you. What**

18  **did you do, if anything, to prepare for today's**

19  **deposition, Officer?**

20    A  I have spoken with my attorney and reviewed my

21  report. I've also viewed the video footage of the

22  incident.

23    **Q  Had you reviewed video footage of the incident**

24  **any time prior to this lawsuit being filed?**

Page 11

---

1    A  Yes.

2    **Q  When was it that you reviewed the video footage**

3  **prior to a lawsuit being filed?**

4    A  Well, I reviewed it even after the incident was

5  over and before it was filed. I mean, it was --

6  occasionally I would go through and review my reports, you

7  know, no particular reason.

8    **Q  Okay.**

9    A  I hadn't reviewed it again until I had been

10  told that I was being named in the lawsuit.

11    **Q  Explain to me how is it that you have access to**

12  **the video?**

13    A  I have not seen the video until I've been named

14  in the lawsuit and viewed it here.

15    **Q  Okay. Understood.**

16    A  That was the first time I had seen the video

17  footage of the incident.

18    **Q  So on May 19th, 2012, do you remember what**

19  **watch you were working?**

20    A  At the time, I was working third watch. I was

21  assigned to third watch.

22    **Q  Remind me what the times are for third watch.**

23    A  3:30 p.m. to 11:30 p.m.

24    **Q  And what was your assignment on that date, if**

Page 12

---

1  **you recall?**

2    A  I was assigned to the fourth floor.

3    **Q  And what kind of duties and responsibilities**

4  **does one have when they're assigned to the fourth floor on**

5  **third watch?**

6    A  The fourth floor is a standard linear housing

7  unit. The same as any of other floor's responsibilities

8  include making sure the inmates have -- are fed and they

9  are given proper attention in any way that's necessary

10  from within the job realm, so to speak. I just take care

11  of them for eight hours there, make sure if they need

12  something, if they need jail request forms, if they need

13  to speak with -- if they need to speak with an attorney

14  I'll call their attorney for them, you know, we refer them

15  to kites so to speak, it's a jail request form, so I'll

16  answer request forms. And on that particular day, there

17  wasn't anything out of the ordinary for my normal job

18  duties, just managing the inmates' needs and expectations

19  on the fourth floor.

20    **Q  And we'll go through the incident and I have an**

21  **iPad that has the video on it and I'll probably, may be**

22  **clumsy, but I'll probably show it to you and have you tryy**

23  **to identify who you are and what you are and where you**

24  **are.**

Page 13

---

4 (Pages 10 to 13)

**Page 14**

1    A   Okay.

2    Q   But before we get into that, it's my

3  understanding, based on your incident report, that you

4  responded to the D Pod at about 3:22 p.m.; does that sound

5  right?

6    A   That sounds correct.

7    Q   So what time did you typically arrive to work

8  when you were assigned to third watch?

9    A   I usually get there about 15, 20 minutes before

10 my shift starts to receive pass-ons and prepare for work.

11   Q   So on May 19th, 2012 when you responded to the

12 D Pod cell 544, fair to say that you had probably just

13 arrived to work within ten minutes or so?

14   A   That's a fair statement, yes.

15   Q   And do you recall how it was that you learned

16 that there was an incident on the D Pod?

17   A   There was a radio broadcast from security

18 control of an unknown medical emergency in Delta Pod, D

19 Pod.

20   Q   Was that a broadcast through a radio that you

21 had on your person?

22   A   Yes.

23   Q   And when you come to work, do you obtain a

24 radio?

**Page 15**

1    A   Yes.

2    Q   And so did you understand based on that radio

3  transmission that it was your obligation to respond to the

4  unit?

5    A   Yes.

6    Q   Do you remember if you responded alone or did

7  you respond with others?

8    A   There were several others that I responded

9  with.

10   Q   Do you remember who those folks were?

11   A   Officer Mayes was there, Officer Marshall was

12 there.

13   Q   I want to make sure my question is clear.

14   A   All right.

15   Q   When you say people were there, I'm interested

16 in who went with you as opposed to who was there when you

17 got there.

18   A   Oh. You know, I don't particularly remember

19 who was on the elevator with me on the ride up to the pod

20 itself. I'm sure there were other people on the elevator

21 with me.

22   Q   Okay.

23   A   I just at this time don't remember who.

24   Q   Fair enough. I should have said, if you don't

**Page 16**

1  remember something, that's a fine answer.

2    The people that -- I understand you don't

3  recall who was in the elevator with you.

4    A   Uh-huh.

5    Q   Was it your recollection that those people were

6  responding to the same incident with you?

7    A   Yes.

8    Q   I should have asked this a little earlier. You

9  told me you've reviewed your statement and you've looked

10 at the video. It's now almost 2016 and we're talking

11 about things that happened in 2012.

12   A   Uh-huh.

13   Q   Independent of reviewing the video and

14 reviewing your statement, do you have a memory of this

15 incident in your own mind's eye?

16   A   Yes.

17   Q   Do you remember what Mr. Richardson looked

18 like?

19   A   Vaguely, yes.

20   Q   How would you describe what he looked like?

21   A   He was a heavier set black male, late thirties

22 maybe, maybe early forties, I don't -- he might have had

23 some facial hair, but I don't quite remember. Short hair

24 if any at all. That's about it.

**Page 17**

1    Q   Prior to encountering Mr. Richardson on May

2  19th, 2012, do you know if you had ever met him before?

3    A   No, I had not.

4    Q   You told me that the corrections officer

5  position was, I think your phraseology was to kind of get

6  your foot in the door in the law enforcement field; is

7  that right?

8    A   Yes, sir.

9    Q   And what is your plan, if you could choose a

10 plan, in terms of what kind of path you want to pursue in

11 law enforcement?

12   A   If I had -- If all the doors were open, my plan

13 would be to push towards federal law enforcement.

14   Q   What kind of position, marshal?

15   A   Not necessarily. Any of the three-letter

16 agencies that would be hiring for federal law enforcement,

17 I would go with any of them. I don't have any particular

18 one agency that I'm inclined to go for.

19   Q   That's a pretty good way to describe it,

20 three-letter agencies. There's plenty of those in the

21 federal system.

22   Any law enforcement experience outside of your

23 experience as a corrections officer at the Montgomery

24 County Jail?

5 (Pages 14 to 17)

## Page 18

1    A  Any experience in corrections, you said? No.

2    **Q  Any law enforcement experience?**

3    A  I had armed private security experience with

4  FEMA prior to working with the jail in Kentucky.

5    **Q  Tell me a little bit about that experience.**

6  **When and what you were doing?**

7    A  That was in fall of -- was it fall of -- fall

8  of '09, I believe. Kentucky had experienced severe

9  natural catastrophes, and so FEMA went down and set up a

10  joint field office in Lexington. And I applied for a

11  position and got on as a private security contractor with

12  them guarding the joint field office in Lexington.

13    **Q  So how long did you have that position?**

14    A  About six months. It was a seasonal position.

15  When FEMA closed the field office, the position was no

16  longer available.

17    **Q  Any other security experience?**

18    A  I worked for Ohio Entertainment Security at the

19  Nutter Center for events.

20    **Q  Have you received any training on issues**

21  **involving prone restraint?**

22    A  Have I received any issue -- any training on

23  the issues involving prone restraint? Could you elaborate

24  on that a little bit about what you mean?

## Page 19

1    **Q  Well, the other rule is I ask the questions.**

2  **But if you don't understand a question, let me know, okay,**

3  **which is fine.**

4    A  Sorry.

5    **Q  No, you're doing fine.**

6  **Have you ever heard the term "prone restraint"?**

7    A  Yes.

8    **Q  What do you understand prone restraint to mean?**

9    A  Prone restraint is simply what it says, it's on

10  the ground and being restrained. Occasionally, it's a

11  technique used when handling a combative person --

12    **Q  Okay.**

13    A  -- in order to gain control.

14    **Q  When you say "on the ground," what position is**

15  **the body if it's prone?**

16    A  Laid out.

17    **Q  What do you mean?**

18    A  Flat. Feet at one end, head at the other.

19    **Q  Does prone consider somebody who is faceup on**

20  **the ground laid out or facedown on the ground laid out?**

21    A  Usually refers to facedown.

22    **Q  So your understanding of prone restraint is**

23  **when somebody is laid facedown on the ground; correct?**

24    A  Correct.

## Page 20

1    **Q  And did you receive training about whether it's**

2  **permissible to put somebody in prone restraint?**

3    A  It's permissible when -- I believe it's

4  permissible when you are attempting to restrain somebody

5  who is being combative or who is potentially attempting to

6  harm themselves or others. As a technique to gain

7  control.

8    **Q  And where did you learn that?**

9    A  Through my training with the sheriff's office.

10    **Q  Have you ever received any training or do you**

11  **agree that a corrections officer must never apply**

12  **restraints in ways that can restrict breathing?**

13    A  Yes. That has been trained to us, to not put

14  anyone in a position where it would potentially affect

15  their ability to breathe.

16    **Q  That's one of the rules that corrections**

17  **officers have to follow at the Montgomery County Jail;**

18  **correct?**

19    A  That's correct.

20    **Q  Corrections officers must only use force that**

21  **is reasonable; agreed?**

22    A  Agreed.

23    **Q  Corrections officers must only use force that**

24  **is reasonably necessary under the circumstances; do you**

## Page 21

1  agree with that?

2    A  Yes, I agree.

3    **Q  If corrections officers use force that is**

4  **unnecessary under the circumstances, that's excessive**

5  **force; correct?**

6    MR. PREGON: Objection.

7    Go ahead and answer. Sometimes I'll object.

8  But if I tell you to answer, go ahead and answer. I'll

9  tell if you you're not supposed to answer the question.

10    THE WITNESS: Okay.

11  BY MR. DICELLO:

12    **Q  Yeah, I should have told you that. Do you want**

13  **the question again?**

14    A  Yes. Can you please repeat that again?

15    **Q  A corrections officer who uses force that is**

16  **unnecessary under the circumstances is using excessive**

17  **force; true?**

18    MR. PREGON: Objection.

19    Go ahead.

20    A  Yes, that is true.

21  BY MR. DICELLO:

22    **Q  Excessive force is never permitted, is it?**

23    MR. PREGON: Objection.

24    Go ahead.

1     A    That is correct.
2    BY MR. DICELLO:
3        Q    So one of the jobs of a corrections officer is
4    to make sure the corrections officer, him or herself,
5    never uses excessive force; is that correct?
6        A    That's correct.
7        Q    And another job of a corrections officer is to
8    make sure that none of his fellow, his or her fellow
9    corrections officers, ever use excessive force; correct?
10        MR. PREGON:  Objection.
11        Go ahead.
12    A    That's correct.
13    BY MR. DICELLO:
14        Q    When you became a corrections officer, I think
15    you probably took an oath?  Do you remember that?
16        MR. PREGON:  I don't think they're sworn.
17    A    We're not sworn.
18    BY MR. DICELLO:
19        Q    Okay.
20    A    But I'm aware of what you're referring to.
21        Q    But you've never been sworn to take an oath to
22    uphold this, that, or the other?
23    A    We are not sworn employees, no.
24        Q    Do you understand that you have a

Page 22

1    responsibility to protect the members of our community who
2    are detained at the Montgomery County Jail, that you have
3    a responsibility to protect their constitutional rights?
4        MR. PREGON:  Objection.
5        Go ahead.
6    A    Yes, I'm aware.
7    BY MR. DICELLO:
8        Q    What constitutional rights are you supposed to
9    be protecting?
10        MR. PREGON:  Objection.
11        Go ahead.
12    A    All of them.
13    BY MR. DICELLO:
14        Q    That's a good place to start.  Can you name any
15    of them?
16    A    We're there to -- They're there to -- We are
17    allowed to protect or we're obligated to protect all their
18    civil rights, their basic rights to life, I guess.  I
19    mean, obviously there are certain -- when you are
20    incarcerated, you are restricted of -- stripped of some of
21    your rights, you know.  That's the whole point of being
22    incarcerated.  So you are limited to what you can or
23    cannot do or say in jail.
24        Q    Can I stop you right there?  Was Robert

Page 23

1    Richardson incarcerated?
2        MR. PREGON:  Objection.
3        Go ahead.
4    A    Yes.  He was currently in the custody of the
5    Montgomery County Jail.
6    BY MR. DICELLO:
7        Q    So back to my question I'm asking.  You said
8    part of your job is to make sure you're protecting people
9    like Robert Richardson's civil and constitutional rights,
10    is that what you said?
11    A    Yes.
12        Q    And my question is:  What constitutional rights
13    are you responsible for protecting?
14        MR. PREGON:  Objection.
15        Go ahead.
16    A    You know, I mean, I don't know if I need to
17    break out a copy of the Constitution.  I mean, I'm not
18    versed well enough in that to sit here and quote specific,
19    you know, constitutional rights to you.  But what I can
20    tell you is that I'm there to protect him and give him his
21    right to counsel, his right to free speech within, you
22    know, reason.  Short of creating a riot, obviously.
23        Q    Okay.
24    A    If he needs legal counsel, obviously we're

Page 24

1    going to provide him that.  If they need medical
2    attention, we're going to provide them that.  You know,
3    basic things that a human requires to live, those are
4    things we are going to provide them and that we have an
5    obligation to provide.
6        Q    Did Robert Richardson require medical attention
7    on May 19th, 2012?
8    A    Yes.
9        Q    So it was part of the corrections officers'
10    jobs to provide him with that medical attention; correct?
11    A    Yes.
12        MR. PREGON:  Objection.
13        THE WITNESS:  I'm sorry.
14    A    Yes.
15    BY MR. DICELLO:
16        Q    Officer Stumpff, placing members of the
17    community who are in restraints -- and when I use the term
18    "restraints," let's make sure we have an understanding.
19    I'm talking about handcuffs would include restraints;
20    correct?
21    A    Yes.
22        Q    Holding somebody's hands behind their back
23    would be a form of restraint; correct?
24    A    Yes.

Page 25

7  (Pages 22 to 25)

1    Q   So when I'm talking about restraints, I'm
2    talking about any physical force or mechanical apparatus
3    that would restrain someone. Is that consistent with your
4    understanding of the term "restraints"?
5    A   Yes, sir.
6    Q   All right. Placing members of the community
7    who are in restraints in prone position is never an
8    acceptable practice, is it?
9        MR. PREGON: Objection.
10       Go ahead.
11   A   No, it's not.
12   BY MR. DICELLO:
13   Q   Placing members of the community who are in
14   restraints or handcuffs in a prone position is prohibited
15   at the jail, isn't it?
16       MR. PREGON: Objection.
17       Go ahead.
18   A   According to policy, yes, it is.
19   BY MR. DICELLO:
20   Q   According to the written policy it is; correct?
21   A   Correct.
22   Q   But the custom around the jail permits you to
23   put people in prone restraint, doesn't it?
24       MR. PREGON: Objection.

Page 26

1    Go ahead.
2    A   If it is necessary to obtain compliance and in
3    doing so creates -- prevents them from hurting themselves
4    or others, yes, that is done.
5    BY MR. DICELLO:
6    Q   Do you understand why there's a rule against
7    putting people in prone restraint?
8    A   Yes, I understand.
9    Q   And what is your understanding of why that is a
10   prohibited and unacceptable practice?
11   A   There have been instances, not in our jail, but
12   instances in other correctional institutions and in law
13   enforcement where a person placed in restraints, while
14   proned out, may experience positional asphyxiation.
15   Q   And you're saying, I heard you say that's never
16   happened at the Montgomery County Jail?
17   A   Not to my knowledge.
18   Q   Do you know what happened to Robert Richardson?
19   A   He experienced a medical -- some sort of
20   medical condition and died.
21   Q   Mr. Richardson stopped breathing while in prone
22   restraint at the jail; correct?
23       MR. PREGON: Objection.
24       Go ahead.

Page 27

1    A   I believe that is correct.
2    BY MR. DICELLO:
3    Q   I've got a definition here of prone restraint.
4    You're going to have to bear with me, because it's a wordy
5    one, okay?
6    A   (Nods head.)
7    Q   So make sure you follow me here, Officer.
8    A   Okay.
9    Q   Do you understand that prone restraint is
10   appropriately defined as "all items or measures used to
11   limit or control the movement or normal functioning of any
12   portion or all of an individual's body while the
13   individual is in a facedown position for an extended
14   period of time"? Agreed?
15       MR. PREGON: I'm going to object.
16       And just for the record, Nick, I know that's
17   from the Mental Health Code. I don't know that that's
18   applicable in the law enforcement area. But I'll let him
19   answer the question. But I'm objecting for the record.
20       MR. DICELLO: I'd appreciate just an objection:
21   foundation, form. But I don't think it's appropriate to
22   testify during your objection as to where this comes from
23   or if it's applicable or not. The witness can answer
24   that.

Page 28

1        MR. PREGON: I'm just preserving the record,
2    Nick, and I won't do it again. Because you've done it in
3    the past and I haven't done that.
4        MR. DICELLO: I don't agree with your
5    statement, just for the record.
6        MR. PREGON: And I know you don't.
7        MR. DICELLO: Okay.
8        MR. PREGON: But go ahead.
9    BY MR. DICELLO:
10   Q   This is what we do sometimes. You probably
11   need the question again, don't you?
12   A   I heard your definition. Just the question.
13   Q   The question is: Do you agree with that
14   definition of prone restraint that I gave?
15       MR. PREGON: Objection.
16       Go ahead.
17   A   Yes.
18   BY MR. DICELLO:
19   Q   Have you ever heard the term "transitional
20   hold"?
21   A   No.
22   Q   So I presume since you've never heard that term
23   you've never received any training where somebody said,
24   "Hey, this is what a transitional hold is"; correct?

Page 29

8 (Pages 26 to 29)

1    MR. PREGON:  Objection.

2    Go ahead.

3    A   No, I've never heard anyone use that in our

4    training.

5    BY MR. DICELLO:

6    **Q   You mentioned earlier that the written policy**

7    **at the jail indicates that prone restraint is never an**

8    **acceptable practice and is prohibited; correct?**

9    A   That's correct.

10   **Q   But then you told me that the custom, what the**

11   **corrections officers actually do at the jail, is sometimes**

12   **they prone people out and restrain them; correct?**

13   A   That is correct.

14   **Q   What's your understanding or what training have**

15   **you had, if any, as to how long people can be placed in**

16   **prone restraint at the jail?**

17   A   There's no set specific amount of time.

18   However, because it is widely regarded as a practice not

19   to be used, we use it only when absolutely necessary to

20   handcuff somebody.  And once they've been handcuffed,

21   they're immediately removed from the prone position to

22   prevent possible positional asphyxiation.  It's used only

23   as -- just to get the handcuffs on, roll them, stand them

24   up.

Page  30

1    **Q   Where did you learn that?**

2    A   Through training.

3    **Q   So that's what should have happened to Robert**

4    **Richardson?**

5    MR. PREGON:  Objection.

6    BY MR. DICELLO:

7    **Q   Right?  As soon as the cuffs were put on, he**

8    **should have been removed from the prone position just like**

9    **you said; correct?**

10   MR. PREGON:  Objection.

11   Go ahead.

12   A   That could have happened if Robert was

13   compliant to begin with, but he was not.

14   BY MR. DICELLO:

15   **Q   Compliant with what?**

16   A   "Compliant" is not the right word.  If he was

17   able to follow commands and comply with officers' orders.

18   But he was not.  He was thrashing his body around in such

19   a violent manner that there was no -- he was not in any

20   condition to respond to us, for whatever reason,

21   unbeknownst to us.  He was so physically violent, like I

22   said, thrashing around, that there was no way for us to

23   just roll him -- for him to comply.  What I'm talking

24   about, that prone-out position, that works for people who

Page  31

1    are, you know, typically compliant, okay, or we're

2    attempting to gain compliance from.  Once that compliance

3    is gained, we'll try to stand them up to get them out of

4    that position.

5    **Q   Okay.**

6    A   Robert wasn't able to do that for whatever

7    reason, okay?

8    **Q   Okay.**

9    A   We couldn't just stand him up and walk him down

10   the stairs, you know?

11   **Q   Okay.**

12   A   You know and I know that he was obviously

13   having problems.  So we didn't leave him facedown like

14   that out of negligence, okay?

15   **Q   Okay.**

16   A   He was still unable to comply with officers

17   even after handcuffed.

18   **Q   Let me follow up on a couple things you said.**

19   A   Okay.

20   **Q   There was a struggle?**

21   A   Absolutely.

22   **Q   Robert Richardson struggled with officers while**

23   **facedown; true?**

24   A   In multiple positions while struggling with

Page  32

1    officers.  Yes, at one point in time he was facedown.

2    **Q   Did anyone ever try to get him on his feet?**

3    A   Yes, we tried to -- we tried to get him up out

4    of the cell, yes.

5    **Q   You tried to stand him up on his feet?**

6    A   We tried to, but he, again, was thrashing his

7    body around on the ground.  We struggled to just control

8    him enough to even stand him up.

9    **Q   Who tried to stand Robert up on his feet and**

10   **when did that happen, Officer?**

11   A   I don't particularly remember exactly who.  The

12   officers that were present, we tried to stand him up.  But

13   obviously he was too violent to stand up, so we had to

14   keep him down to prevent him from hurting himself or

15   others.

16   **Q   You told me in your other answer that Robert**

17   **Richardson, for some unknown reason, I'm paraphrasing,**

18   **wasn't able to comply with officers' commands; is that**

19   **correct?**

20   A   I believe that's what I said, yes.

21   **Q   And do you know whether Robert Richardson was**

22   **just intentionally not complying or whether he couldn't**

23   **control his --**

24   A   I can't speak.

Page  33

9 (Pages 30 to 33)

Page 34

```
 1        Q   -- self?
 2        A   I'm sorry for interrupting.
 3        Q   Go ahead.
 4        A   I cannot speak to his state of mind at the
 5    time.
 6        Q   So I think you explained to me the prone
 7    restraint position, and then getting them up off their
 8    feet because of the dangers associated with the prone
 9    restraint position, is for people who can comply with
10    commands; correct?
11        A   Yes.
12        Q   But for people who can't comply with commands,
13    do you just hold them down in prone restraint?
14        A   We try to keep them at least on their side as
15    opposed to facedown on the ground.  Again, if they're
16    handcuffed behind their back on the ground, we try to
17    prevent that as much as possible, and if they are in that
18    position, we try to limit that to as brief and short a
19    period as humanly possible.
20        Q   Do you know how long Robert Richardson was on
21    the ground in this case before he died?
22        A   I do not know that specific amount of time.
23        Q   I've watched the video, you've watched the
24    video, I've deposed a lot of the other corrections
```

Page 35

```
 1    officers that were there.  My question for you is: Fair
 2    to say that the video shows the incident with Robert on
 3    the ground about 22 minutes before he goes lifeless?
 4        MR. PREGON:  Objection.
 5        You can answer that.
 6        A   I believe that's about the amount of time the
 7    video shows.
 8    BY MR. DICELLO:
 9        Q   And during that 22-minute time, Officer, would
10    you agree that there are periods of time where Robert
11    Richardson is on his belly facedown?
12        A   Yes.
13        Q   Robert Richardson at the time -- Were you there
14    when he stopped breathing?
15        A   Yes.
16        Q   At the time Robert Richardson was noticed to
17    have gone lifeless and stopped breathing, he was facedown
18    on his belly; correct?
19        A   Yes.
20        Q   Have you ever heard anything, and maybe you
21    never heard the phraseology, but a concept in corrections
22    or law enforcement where some people call it the
23    three-minute rule?  And what that is is there's a rule
24    that says a detainee is at an elevated risk of sudden
```

Page 36

```
 1    death after struggling with corrections officers for as
 2    short as only three minutes.  Have you ever heard of any
 3    kind of rule like that?
 4        A   No.
 5        MR. PREGON:  Objection.
 6        THE WITNESS:  I'm sorry.
 7        MR. PREGON:  Go ahead.
 8        A   No, I've never heard of that rule before.
 9    BY MR. DICELLO:
10        Q   Do you agree that a corrections officer must
11    never restrain a person in a way that poses an unnecessary
12    risk of death?
13        MR. PREGON:  Objection.
14        A   Yes.  Yes, I agree.
15    BY MR. DICELLO:
16        Q   Because if a corrections officer restrains
17    someone in a position that poses an unnecessary risk of
18    death, that's an unnecessary use of force; correct?
19        MR. PREGON:  Objection.
20        Go ahead.
21        A   Yes.
22    BY MR. DICELLO:
23        Q   And we talked about unnecessary force is
24    excessive force; right?
```

Page 37

```
 1        A   Yes.
 2        Q   When faced with two or more ways to restrain a
 3    detainee, Officer, a corrections officer must always
 4    choose the safer way; true?
 5        A   Yes.
 6        Q   Are you familiar with any research in your
 7    field that has shown that prone restraint is a hazardous
 8    and potentially lethal position?
 9        A   I don't know of any research.  I've only ever
10    been told in training of the concept of positional
11    asphyxiation.  That's about it.
12        Q   Do you know whether or not the use of prone
13    restraint is prohibited in the State of Ohio?
14        A   No, I don't know anything about that.
15        Q   Have you ever heard, prior to this lawsuit
16    being filed, have you ever heard about or seen an
17    executive order that bans prone restraint in the State of
18    Ohio from the governor?
19        MR. PREGON:  Objection.
20        Go ahead.
21        A   No.
22    BY MR. DICELLO:
23        Q   Is the first time you're learning about this
24    executive order from me during this deposition?
```

10 (Pages 34 to 37)

1    A   Yes.

2    Q   As a general rule, and I think you've testified

3 to this but I want to ask, as a general rule that

4 corrections officers must follow to avoid injury to people

5 in our community who are detained at the Montgomery County

6 Jail, as soon as someone is handcuffed behind his or her

7 back, the general rule of thumb is to get that person off

8 his or her stomach; correct?

9    A   That is correct.

10    Q   Now, we're going to go through the incident

11 kind of step-by-step in a minute, Officer Stumpff.  But

12 first, I want to kind of ask some things, what did you

13 know and maybe what you didn't know.  But at the time you

14 encountered Mr. Richardson, you knew that he was not armed

15 with a weapon; correct?

16    MR. PREGON:  Objection.

17    A   No, I did not know that.

18 BY MR. DICELLO:

19    Q   Did you pat him down to make sure he didn't

20 have a weapon?

21    A   That opportunity was not made available.

22    Q   Ever?

23    A   Not during -- At least not during the course of

24 gaining control of him.

Page 38

---

1    Q   So is it your testimony that from the time you

2 encountered him up through the time of his death you were

3 thinking in your own mind that Robert Richardson may have

4 a weapon?

5    A   It's always a possibility.

6    Q   Did you do anything to rule that out, to

7 determine whether or not he had a weapon?

8    A   No.

9    Q   Did anyone, any sergeant or any supervisor or

10 any fellow corrections officer, ever instruct you to pat

11 him down to see if he has a weapon?

12    A   No.

13    Q   Did you instruct any of your fellow corrections

14 officers to pat him down to see if Robert had a weapon on

15 him?

16    A   No.

17    Q   I had the opportunity to depose Sergeant Lewis.

18    A   Yes, sir.

19    Q   Was he one of your supervisors on May 19th,

20 2012?

21    A   Yes.

22    Q   And I've had the opportunity to depose some

23 other officers.  Sergeant Lewis and Corrections Officer

24 Dustin Johnson, is he a fellow corrections officer?

Page 39

---

1    A   Yes, sir.

2    Q   Those are two names that come to mind of the

3 depositions that I've already taken.  And their

4 transcripts that are typed up will speak for themselves.

5 My recollection is that they testified that within a

6 matter of less than a minute upon encountering Robert

7 Richardson corrections officers were able to have Robert

8 Richardson on the ground with his hands cuffed behind his

9 back.  Is that consistent with your recollection?

10    MR. PREGON:  I think you have Lewis and Jackson

11 mixed up.

12    MR. DICELLO:  Maybe I do.

13 BY MR. DICELLO:

14    Q   Let me state it this way:  Based on the

15 testimony from people I've already deposed, it's my

16 understanding that from the time Mr. Richardson was

17 encountered to the time he was on the ground with his

18 hands cuffed behind his back was less than a minute.  Is

19 that consistent with your recollection?

20    MR. PREGON:  Objection.

21    Go ahead.

22    A   I don't know the specific time it took to do

23 that.  You know, obviously the video will show exactly how

24 long it took.  It was a brief period of time that it took

Page 40

---

1 for us to get him in cuffs.  It always seems like a

2 lifetime when you're involved in the situation.  But I'm

3 not sure.  You'll have to look at the video and look at

4 the specific time it took from the time of the encounter

5 until the time he was cuffed.  If the video shows it was

6 that amount of time, then obviously it was.  But it was

7 only a very brief period of time is all I can say as far

8 as how long it took to get him cuffed.

9 BY MR. DICELLO:

10    Q   You said that Mr. Richardson was behaving very

11 violent.  Is that what you said?

12    A   Yes.

13    Q   Did he hurt anyone?

14    A   I don't believe anyone was physically injured

15 as a result of his actions.  I don't believe his bunkmate

16 or any officers were physically injured as a result of his

17 actions, no.

18    Q   Did he try to hurt anybody?

19    A   I don't think he was intentionally trying to

20 hurt anyone, no.

21    Q   Others have testified that Mr. Richardson

22 didn't violate any jail rules.  Would you agree with that?

23    A   Upon my response, I was not aware of any jail

24 rule violations at that time.

Page 41

11 (Pages 38 to 41)

**Page 42**

```
 1        Q   And Mr. Richardson didn't commit any crime;
 2   correct?
 3        A   While he was -- You said "didn't commit any
 4   crime."  Are you -- Are you assuming he didn't do it, he
 5   just happened to magically appear in jail and walk in and
 6   pick a cell?  He had to be arrested for something,
 7   otherwise --
 8        Q   What crime was he arrested for; do you know?
 9        A   He was in jail for failure to appear in a
10   juvenile case.
11        Q   While in jail, he didn't commit any crime;
12   correct?
13        MR. PREGON:  Objection.
14        A   To my knowledge, no.
15   BY MR. DICELLO:
16        Q   When you first encountered Mr. Richardson, he
17   was on the ground; true?
18        MR. PREGON:  When he personally; right?
19        MR. DICELLO:  Yeah.
20        A   When I responded, officers were in the process
21   of trying to gain control.  Whether he was facedown on the
22   ground, on his knees, you know, it was a -- I don't -- I
23   don't particularly recall the specific physical position
24   he was in the moment I showed up at the door.
```

**Page 43**

```
 1   BY MR. DICELLO:
 2        Q   Okay.
 3        A   I just remember we were struggling to gain
 4   control of him at the time.  His initial position, I
 5   obviously don't remember.
 6        Q   Fair enough.
 7            You understood that Mr. Richardson was
 8   suspected to be having some type of medical episode;
 9   correct?
10        A   That is correct.
11        Q   Did you know that Mr. Richardson was obese?
12        A   He appeared overweight to me.
13        Q   Mr. Richardson was asking to be let up;
14   correct?
15        A   I don't remember him saying that.  He may have
16   said that.  But I don't remember him -- I remember him
17   cursing and screaming at us to let him go, but I don't
18   know about being -- to say "let up."
19        Q   Mr. Richardson was trying to get up; true?
20        A   Yes.
21        Q   But the corrections officers were holding him
22   down; true?
23        A   Yes, we restrained him.
24        Q   Mr. Richardson was indicating that he couldn't
```

**Page 44**

```
 1   breathe; correct?
 2        MR. PREGON:  Objection.
 3        A   He may have said that, yes.
 4   BY MR. DICELLO:
 5        Q   Mr. Richardson has been described by other
 6   corrections officers as appearing disoriented.  Did you
 7   have any appreciation of his demeanor?
 8        A   I understood that he was -- He appeared
 9   delirious.  And I guess "disoriented" is a word you could
10   use to describe his state of panic.
11        Q   And since you were there -- And that's a good
12   way to describe it.  But I'm kind of interested in what is
13   it that you saw that brought you to that conclusion that
14   this guy is delirious or in a state of panic or
15   disoriented.
16        A   He was -- The things -- The cursing and the
17   screaming and the ranting and raving he was going
18   about, in our opinion, were not consistent with somebody
19   who was -- you know, he was just acting very strange.
20   It's kind of hard to describe, to be honest with you.  For
21   someone who was -- you walk up and you see someone going
22   crazy inside of his cell, having had no prior knowledge of
23   what was going on with this guy, no prior contact, and
24   he's cursing and threatening to kill you for reasons
```

**Page 45**

```
 1   unbeknownst to you.
 2        Q   He threatened to kill you?
 3        A   He was threatening physical harm and all kinds
 4   of stuff to people.  That's why it was so strange.  For
 5   someone who -- For some unknown reason.  No one was
 6   there -- No one was there to provoke him or threaten him
 7   or carry on.  So what would, you know, what would cause a
 8   person to start making such unknown bizarre threats and
 9   comments, you know?  So his appearance and his demeanor
10   were strange, you know, just real weird.  And that's --
11   you know, when you talk about his disorientation or his --
12   his demeanor at the time, I mean, yeah, he was -- there
13   was something -- there was something clearly wrong with
14   him.
15        Q   Okay.
16        A   What, we didn't know.
17        Q   Did anyone ever inform you during this
18   encounter that Mr. Richardson had hypertension?
19        A   I didn't know of any of his medical issues.
20        Q   If you knew Mr. Richardson had hypertension,
21   would you have done anything differently?
22        A   No.  I mean, I respond immediately.  I'm not a
23   medical professional.  My job was to control -- maintain
24   control of the situation.
```

Q  As far as you knew, Mr. Richardson had no history of being violent in the jail?

A  To my knowledge at the time, no.

Q  And some people have explained this to me, how folks at the jail are housed and the different reasons people are classified.  But with respect to the D Pod as of May of 2012, was it your understanding that those are detainees who are at the least risk for violent behavior in the jail?

A  That's a fair statement, yeah.

Q  So I want to focus your attention as of the time that Mr. Richardson is on the ground with his hands cuffed behind his back.  Can you estimate about how many corrections officers were on the immediate scene as of that time?

A  Probably five or six COs and Sergeant Lewis and Sergeant Jackson.

Q  So five to seven or eight corrections officers?

A  Yeah, somewhere around that range, I believe.

Q  Did you believe at the time that the Montgomery County Jail had enough corrections officers there to control the situation?

A  Yes.

Q  If all of the corrections officers needed to

Page 46

get involved, it would have been seven or eight on one; correct?

A  I'm sorry, could you say that again?

Q  I think the video will show that some corrections officers, the sergeants didn't really go hands-on, and then there were other corrections officers that were actually hands-on; correct?

A  I think the video shows that.

Q  But what I'm saying is that if there was some need for every corrections officer on scene to get involved and go hands-on, it would have been seven to eight men versus one man; correct?

A  I don't know about versus one man, but there would have been seven or eight people there to help control the situation.

Q  Once there was seven or eight of you there, and Mr. Richardson was being restrained with his hands behind his back, did he pose any threat to you?

A  Once he was restrained, no, at the time he was not posing a threat.

Q  And once he was cuffed with his hands behind his back and restrained on the ground, was he posing a threat to anyone else?

A  No.

Page 47

Q  Officer Stumpff, you've testified about and you've used the term "positional asphyxiation" and you've told me that you've had some training in that regard and you've talked about some of the policies.  Have you been trained about the risk factors that make one detainee at a higher risk from another to die from positional asphyxiation?  Have you ever seen any training in that regard?

A  No, sir.

Q  Do you know whether obesity is a risk factor that weighs in favor of positional asphyxia?

A  Not that I know of.

Q  Do you know whether preexisting heart disease is a risk factor for positional asphyxia death?

A  Not that I know of.

Q  Do you know if pressure on the back or the head or the neck while in a prone position is a risk factor for positional asphyxia death?

A  It can be.

Q  When can it be and when is it not, if you know?

A  If you were to put any extra pressure or something on someone's back or neck or something like that, you could potentially cause problems with their breathing.

Page 48

Q  What about pressure on the abdomen?  Do you know if that's a risk factor for positional asphyxia?

A  I don't know.

Q  We've talked about obesity.  But do you know whether somebody who has a large abdomen is at more risk of dying from positional asphyxia when in the prone position?

A  I don't know, no.

Q  Do you know if a struggle increases the risk of someone dying of positional asphyxia?

A  Not to my knowledge.

Q  Do you know if the use of rear handcuffing while someone is in a prone position increases or is a risk factor for positional asphyxia death?

A  I don't know if it is.  I mean, that typically tends to be when somebody -- when somebody dies from that, they're typically handcuffed behind their back.  But I don't know if that's a contributor to it or not.

Q  What about folks with an enlarged heart?  Do you know if having cardiomegaly or having an enlarged heart is a risk factor for positional asphyxia?

A  No, sir.

Q  You've told me that Robert Richardson was threatening people with violence; correct?

Page 49

Page 50

```
 1     A   Yes.
 2     Q   Did anyone document that in any narrative
 3  report?
 4     A   I don't have everyone's report in front of me.
 5     Q   You didn't document it in yours?
 6     A   I did not document it in my report, no.
 7     Q   Why not?
 8     A   Didn't seem relevant at the time.
 9     Q   So the fact --
10     A   So --
11     Q   Let me follow up with a question.
12     A   Uh-huh.
13     Q   The fact that Robert Richardson was, according
14  to your testimony, threatening people with violence was
15  not relevant to you restraining him for 22 minutes, is
16  that your testimony?
17        MR. PREGON:  Objection.
18        Go ahead.
19     A   We restrained him to possibly hurting himself
20  or others.
21  BY MR. DICELLO:
22     Q   I'm sorry?
23     A   We restrained him to prevent him from possibly
24  -- Sorry.
```

Page 51

```
 1     Q   Go ahead.  Take your time.
 2     A   We restrained him to prevent possible injury to
 3  himself or others.
 4     Q   And what did Mr. Richardson do to demonstrate
 5  to you that he was going to injure others?
 6     A   The screaming, the yelling, his thrashing
 7  around, you know, his inability to comply with orders to
 8  put his hands behind his back and to, you know, cuff up,
 9  you know.  So any time somebody is refusing to follow
10  basic commands, there's -- that's usually an indication of
11  their willingness to comply.  Could potentially lead to a
12  violent encounter.
13     Q   Did anyone ever instruct you to get
14  Mr. Richardson to his feet?
15     A   I don't remember ever being told that, no.
16     Q   During this episode, before Mr. Richardson died
17  there in the D Pod on the catwalk, did any of your
18  supervisors or fellow corrections officers say, "Roll
19  Mr. Richardson over onto his back"?
20     A   I believe we did that before performing CPR.
21     Q   But by the time you started to perform CPR,
22  that's because you had realized that Mr. Richardson had
23  stopped breathing; correct?
24     A   That's correct.
```

Page 52

```
 1     Q   So at any time before Mr. Richardson stopped
 2  breathing on that catwalk, did anyone ever instruct you to
 3  roll Mr. Richardson onto his back?
 4     A   No.
 5     Q   At any time before Mr. Richardson stopped
 6  breathing on that catwalk, did anyone ever instruct you to
 7  put Mr. Richardson in a restraint chair?
 8     A   No.
 9     Q   Before Mr. Richardson stopped breathing on the
10  catwalk, did anyone ever instruct you to sit
11  Mr. Richardson up on his butt?
12     A   No.
13     Q   Were you there when Medic Stockhauser was near
14  Mr. Richardson's head?  Do you remember that?
15     A   Yes.
16     Q   Did you witness Medic Stockhauser trying to
17  give Mr. Richardson oxygen?
18     A   Yes.
19     Q   So the fact that a medical person was trying to
20  administer Mr. Richardson oxygen, did that raise in your
21  own mind that Mr. Richardson might have some problems
22  breathing?
23     A   Possibly.
24     Q   Did you ever notice any foam or mucus coming
```

Page 53

```
 1  from Mr. Richardson's nose or mouth?
 2     A   Yes.
 3     Q   Did you notice any blood-tinged saliva coming
 4  from his mouth?
 5     A   Yes.
 6     Q   And were there times during the restraint that
 7  you heard Mr. Richardson gurgling?
 8     A   Perhaps, but at this time I don't -- I don't
 9  recall.
10     Q   Fair enough.
11        Were there times during the restraint that you
12  heard Mr. Richardson gasping?
13     A   Perhaps.  But again, I don't recall.
14     Q   Okay.  Written materials, I want to ask you a
15  couple quick questions, Officer.  You told me about the
16  written policies.  Did you review those in preparation for
17  today's deposition, the written restraint policies at the
18  jail?
19     A   I have seen those policies, yes.
20     Q   Did you review them specifically in preparation
21  for this deposition?
22     A   Yes.
23     Q   Prior to reviewing them specifically for this
24  deposition, when was the last time you recall having
```

14 (Pages 50 to 53)

1    reviewed the restraint policy and procedure as written for

2    the jail?

3         A    Probably when I had to sign off for it in our

4    training log. I don't have a specific date.

5         Q    Is that something that you sign off as having

6    reviewed annually, or do you do it after orientation?  Do

7    you remember?

8         A    We review it -- We review that annually, I

9    believe.

10        Q    Do you have your own copy of the policies and

11   procedures for the jail?

12        A    It's at work.  I have access to it in our

13   General Orders Manual.

14        Q    Where is the General Orders Manual located at

15   work?

16        A    It's located -- It's on a database.  We have a

17   physical copy, but there's -- it's in a digital database.

18        Q    Do you know if the digital database would tell

19   somebody who knows about computers when the last time is

20   that you accessed the policies on the computer?

21        A    I don't know if it would or not.  I'm not sure.

22        Q    If you had to ask somebody that very question,

23   who would you ask?

24        A    Probably our IT department.

Page 54

1         Q    That's a good place to start.  Do you know who

2    the person is in IT that you'd talk to?

3         A    Honestly, no, sir, I don't.

4         Q    That's all right.

5              The physical copy of the GOs in the manual,

6    where is that located at work; do you know?

7         A    I believe there's a copy of it in the

8    sergeant's office.

9         Q    Other than the policies, the written policies

10   we've been talking about for use of restraint at the jail,

11   have you ever been provided with any other written

12   materials that address positional asphyxia?

13        A    No.

14        Q    Have you ever received any -- Sometimes in your

15   training, is it true, that you receive legal updates?

16        A    Yes.

17        Q    And I don't know who presents to you, but

18   somebody is in there saying, you know, the Supreme Court

19   determined this, the Sixth Circuit found this, we need

20   incorporate this into our training?  Do you have those

21   type of --

22        A    Occasionally we receive those updates, yes.

23        Q    As you sit here today, can you ever recall

24   receiving any updates that dealt with prone positioning or

Page 55

1    positional asphyxia?

2         A    No.

3         Q    Have you received any written materials, other

4    than the policy that we've talked about, that describe any

5    issues of positional asphyxia or prone positioning?

6         A    No.

7         Q    Ever seen anything published by the United

8    States Department of Justice, one of those three-letter

9    agencies, on positional asphyxia?

10        A    No, sir.

11        Q    Have you been working at the jail long enough

12   to have ever had any experience with detainees using

13   marijuana in the jail?

14        A    Yes.

15        Q    Have you ever seen anybody smoking it in the

16   jail?

17        A    Yes.

18        Q    Is there any one place where they typically

19   smoke it, or is there any --

20        A    Anywhere they can try to find a spot where the

21   COs aren't looking.

22        Q    And have you ever been asked to investigate how

23   did marijuana get into the facility?

24        A    Yeah, there have been times when I've looked

Page 56

1    into trying to figure out how inmates have brought it in.

2         Q    Ever figured it out?

3         A    Yes.

4         Q    Okay.

5         A    Sometimes yes, sometimes no.

6         Q    Tell me some of the ways that you've, in your

7    experience, you understand how marijuana makes its way

8    into the jail.

9              MR. PREGON:  Go ahead.  He asked.

10        A    Well, inmates -- people who are arrested will

11   sometimes come into the jail and they will have marijuana

12   placed in -- typically in the anal cavity, because we

13   don't perform strip searches when they come into the jail,

14   it's quite easy if somebody really wants to get the job

15   done, they can.  Females will, it's not unknown -- unlike

16   females to bring in heroin or other drugs inside their

17   vaginal cavities.  Males will typically use an anal

18   cavity, and they'll bring it in, open it up, roll it up,

19   and smoke it.

20        Q    Have you ever investigated or become aware of

21   any situations where any CO was involved in getting

22   marijuana or drugs into the jail?

23        A    We had an incident with a CO that was bringing

24   not necessarily drugs, but he was bringing cigarettes in a

Page 57

1  few years ago for inmates.

2  **Q   Other than that, that's your only experience?**

3  A   Since I've worked at the jail, that's my only

4  experience with it.

5  **Q   When Medic Stockhauser was there while you were**

6  **involved in this encounter with Mr. Richardson, did you**

7  **ever ask Medic Stockhauser anything about Mr. Richardson's**

8  **medical or mental health condition?**

9  A   I don't believe we were really having a candid

10  conversation at that time about his medical history.  I

11  think at the time we could see he was having trouble

12  receiving oxygen, so Steve was putting the oxygen tank up

13  to his mouth, or at least attempting to.

14  **Q   Do you know whether or not Mr. Richardson was**

15  **supposed to be getting his blood pressure checked daily?**

16  A   I don't know about that.

17  **Q   Have you ever learned that at about 20 'til one**

18  **on that day, so about 12:40 p.m. on that day, that**

19  **Mr. Richardson had his blood pressure taken?**

20  A   No.  I was not on shift at that point and I

21  didn't know anything about that.

22  **Q   At any time, either before or after this**

23  **lawsuit, did you ever learn that the last blood pressure**

24  **reading from Mr. Richardson prior to this encounter was**

Page 58

1  159 over 91?

2  A   I was not aware of that.

3  **Q   Some people know a lot about blood pressure**

4  **readings, some people know very little about it.  But let**

5  **me ask you:  What does a blood pressure reading of 159**

6  **over 91 say to you?**

7  A   That's high.

8  **Q   Officer Stumpff, you've told us that within a**

9  **reasonably short period of time, I think that's close to**

10  **your testimony, that Mr. Richardson was restrained, on the**

11  **ground, and there were five to eight corrections officers**

12  **in the immediate vicinity; correct?**

13  A   That is correct.

14  **Q   And what was the plan?**

15  A   For?

16  **Q   For Mr. Richardson.**

17  A   For Mr. Richardson?

18  **Q   It's my understanding you're responding to a**

19  **guy who needs medical attention; correct?**

20  A   That's correct.

21  **Q   And then you've got this guy on the ground with**

22  **his hands cuffed behind his back and there's five to eight**

23  **of you controlling the situation.  What was the plan?**

24  A   To allow medical to assess him for whatever --

Page 59

1  the original call was, again, for a medical -- an unknown

2  medical emergency.  So my job as a CO is just to get up

3  there, control the situation, and allow for medical to

4  assess -- do wherever they need to do.  So once he was

5  under control, it was then medical -- letting medical do

6  their thing.

7  **Q   Did medical ever give you any instructions to**

8  **do anything?**

9  A   No.

10  **Q   So this is a typical lawyer question.  You've**

11  **said it, but now I have to follow up on the specifics.**

12  A   Okay.

13  **Q   Did anyone from medical ever instruct you to**

14  **roll Mr. Richardson onto his back?**

15  A   No.

16  **Q   Did anyone from medical ever instruct you to**

17  **sit Mr. Richardson up on his butt?**

18  A   No.

19  **Q   Did anyone from medical ever instruct you to**

20  **stand Mr. Richardson up?**

21  A   No.

22  **Q   Did anyone from medical ever instruct the**

23  **officers or request the officers to move Mr. Richardson**

24  **into the restraint chair?**

Page 60

1  A   No.

2  **Q   Was it your understanding at any point in time**

3  **that Mr. Richardson was going to be put in the restraint**

4  **chair?**

5  A   Yes, that is true.

6  **Q   Do you recall when in the time line you**

7  **learned, and if you could tell us how you learned, that**

8  **the plan was to get Mr. Richardson into the restraint**

9  **chair?**

10  A   I know Sergeant called for it to be brought up

11  there.  And somebody else went to go get the chair.

12  Obviously, I was upstairs dealing with the situation.  And

13  I think the chair arrived, but I know we didn't put him in

14  the chair.

15  **Q   Why?**

16  A   I don't know why.  Sergeant decided to make

17  that call.  I'm not really sure.

18  **Q   Do you know what the purpose was behind the**

19  **plan, at least initially, to put Mr. Richardson into the**

20  **restraint chair?**

21  A   Probably so that he could be -- have medical

22  attention given to him of some sort without being laying

23  on the ground to do so.

24  **Q   You were there.  But between yourself, Johnson,**

Page 61

16 (Pages 58 to 61)

Page 62

1   Lewis, Jackson, Beach, Mayes, Henning, and the others, do
2   you think you would have been able to put Mr. Richardson
3   in the restraint chair?
4       MR. PREGON:  Objection.
5       Go ahead.
6       A   Yes.
7   BY MR. DICELLO:
8       Q   I have seen documentation that it's referred to
9   as the emergency restraint chair.  Is that what it's
10  called?
11      A   That's correct.
12      Q   And it's available for use in emergency
13  situations?
14      A   That's correct.
15      Q   And I asked somebody, I forget who, but I asked
16  somebody who said their expectation would be that once a
17  sergeant says bring the restraint chair here for this
18  emergency, the restraint chair should be delivered within
19  a matter of less than five minutes.  Is that your
20  understanding?
21      MR. PREGON:  Objection.
22      Go ahead.
23      A   I don't know of any specific amount of time for
24  it to get there.  It's usually brought over as quickly as

Page 63

1   humanly possible.
2   BY MR. DICELLO:
3       Q   And in your experience, how long does that
4   take?
5       A   A few minutes.  And in this case, it would have
6   taken considerably longer, given the fact that it had to
7   go up a set of stairs.
8       Q   Some people when they say "a few," they mean
9   ten or 15.  Other people mean two.  So what do you mean by
10  "a few"?
11      A   In my experience, any time we've used a
12  restraint chair, it's there within a matter of four to six
13  minutes, so to speak.
14      Q   All right.
15      A   Especially if it's going to be up on a floor or
16  pod.  If it's on the first floor, it's a matter of maybe a
17  minute, because it's literally across the hall, on the
18  same floor, not dealing with elevators or stairs.  But in
19  this case, four to six minutes.
20      Q   Are you good?  Do you want to take a break?
21      A   Could I use the restroom real quick?
22      Q   Sure.
23      A   Thanks.
24      Q   No problem.

Page 64

1       (Discussion held off the record.)
2   BY MR. DICELLO:
3       Q   We're back on the record after a short break,
4   Officer Stumpff.  And what I'd like to do now is kind of
5   have you take me through the actual encounter with
6   Mr. Richardson.  And I'm going to have you rely on, if you
7   need, Plaintiff's Exhibit 1.  And I believe your
8   Plaintiff's Exhibit 1 is the incident report that has all
9   the narratives.  And I believe your narrative, if you
10  look, is at MC 1286 to MC 1287.  So feel free to make
11  reference to that as we go through this.
12      A   Okay.
13      Q   So before we get into this, did you ever fill
14  out any Use of Force Reports for this incident?
15      A   No.
16      Q   Was force used against Mr. Richardson?
17      MR. PREGON:  Objection.
18      Go ahead.
19      A   Yes.  There was force used to initially
20  restrain him, yes.
21  BY MR. DICELLO:
22      Q   Well, he was continually restrained until the
23  time of his death; correct?
24      A   That is correct.

Page 65

1       Q   So there was force used to initially restrain
2   him, and then force used to continually restrain him for
3   about 22 minutes; true?
4       A   Correct.
5       Q   Is it your understanding that the policy -- the
6   customs, let's say the customs of practice at the jail, is
7   that corrections officers would not fill out Use of Force
8   Reports in this incident?
9       A   During this incident, I don't believe I was
10  told to fill out a Use of Force Report or I took the
11  initiative to fill out a Use of Force Report given the
12  circumstances of this incident, due to it being a medical
13  incident in nature, not so much a combative situation
14  where -- You know.  The force that was used to control
15  Richardson was just a simple controlling of him and
16  putting the handcuffs on there, keeping him from harming
17  himself and others.  So to say that it was necessary to do
18  a Use of Force Report, you know, there wasn't -- there
19  wasn't really any takedown, there weren't any strikes, you
20  know, things that would typically initiate such a report.
21      Q   Have you looked at the written policies for the
22  jail as to when Use of Force Reports are supposed to be
23  completed?
24      A   Yes.

17 (Pages 62 to 65)

1    Q    And do you understand that the written policy,
2    not talking about what's actually done, but the written
3    policy instructs corrections officers to fill out a Use of
4    Force Report no matter how minimal the force is?
5    A    Yes.
6        MR. PREGON:  Objection.
7        THE WITNESS:  Oh, sorry.
8        MR. PREGON:  No, go ahead.
9    A    Yes, I'm aware.
10   BY MR. DICELLO:
11   Q    So what's your understanding of why the force
12   used again Mr. Richardson doesn't fall in that policy, or
13   does it?
14   A    By that definition, it would.
15   Q    So when you arrive -- We've gone through this,
16   it's a little bit repetitive.  I try not to be, Officer,
17   but it's unavoidable a little bit.
18       So when you arrive, upon entering the pod you
19   observed Sergeant Jackson and Officer Johnson attempting
20   to remove Inmate Richardson from his cell; is that
21   correct?
22   A    That's correct.
23   Q    Can you tell me what you remember seeing, if
24   anything, in terms of how are they positioned, how is

Page 66

1    Mr. Richardson positioned?
2    A    There was a struggle on the floor of them
3    trying to get Richardson's hands behind his back in order
4    to get handcuffs on him, because he was thrashing around
5    on the floor.  Specifically who was standing where or who
6    is on which side of Richardson's body, I don't have a
7    particular -- I don't particularly remember that.
8    Q    When you said there was a struggle on the
9    floor, Mr. Richardson was on the floor; correct?
10   A    At the time, yes.
11   Q    Sergeant Lewis and Officer Johnson were not --
12   or Sergeant Jackson and Officer Johnson were not on the
13   floor with him, though; correct?
14   A    I don't remember if they were standing or if
15   they were kneeling or what position they were in.  They
16   were attempting to gain control of Richardson.
17   Q    You then say Inmate Richardson was lying on the
18   ground.  You say he was "laying on the ground."  Was he
19   laying on his belly?
20   A    I don't know if he was laying on his belly
21   initially, or if he was on his side, or on his back.  He
22   was thrashing in every direction.  So he wasn't in any one
23   particular position for any length of time.  He was
24   constantly rolling around, you know.

Page 67

1    Q    It says, "I assisted with removing Inmate
2    Richardson from the cell."  Can you just tell us what you
3    did?
4    A    We were -- Because the cells are of such tight
5    proximity, there's not a lot of room in there to work, to
6    do everything you need to do, so it's easier to, once you
7    get the individual outside of the cell, to perform
8    whatever you need to do, you know, whether it's to put
9    cuffs on him or whether it's trying to put them in the
10   restraint chair, whether it's trying to stand them up,
11   whether it's trying to get medical attention for them,
12   whatever reason, whatever you're trying to do with that
13   individual, it's easier to do that outside of the cell.
14   So I assisted in removing him from that cell.
15   Q    I'm interested in knowing how, if you remember,
16   you did that.  Where did you put your arms?  Did you grab
17   him?  Did you touch him?
18   A    I don't remember exactly how I helped to remove
19   him.  We probably worked as a team to physically remove
20   him from the cell.
21   Q    You don't remember where you grabbed him?
22   A    I don't remember, no.
23   Q    And you do document that there was a struggle;
24   correct?

Page 68

1    A    Yes.
2    Q    And then it says, "After several moments,
3    Sergeant Jackson, Sergeant Lewis, Officer Johnson, Officer
4    Beach and myself were able to secure Inmate Richardson in
5    handcuffs."  Is that how it happened?
6    A    That's correct.
7    Q    It's at that point in time that you notice that
8    Mr. Richardson had "blood, spit and mucus coming from his
9    mouth and facial area"; correct?
10   A    That's correct.
11   Q    Now, by looking at this, are you -- you are
12   Officer 1132?
13   A    Correct.
14   Q    And you completed this at about 6:42 p.m. on
15   May 19th, 2012; correct?
16   A    Correct.
17   Q    I presume, but let me ask, did you type this
18   into a computer somewhere?
19   A    Yes.
20   Q    Do you remember what computer you typed this
21   into?
22   A    I believe it was the computer at my work
23   station on the fourth floor.
24   Q    Did you sit down and type this out beginning to

Page 69

18  (Pages 66 to 69)

1 end and then submit it, or did you work on it for a couple
2 minutes, go do something, work on it for a few more
3 minutes?
4     A   I believe I completed this as soon as possible
5 -- as soon as I could shortly after exiting the, you know,
6 facility.  I went over to the fourth floor, got logged on
7 to the computer, sat down, and worked on completing this
8 report.
9     Q   How long did this report take you to complete?
10     A   I don't remember how long it took.  Not very
11 long.
12     Q   What do you mean by "not very long"?
13     A   I completed it within the time period of my
14 shift, so -- and I know I was able to complete all the
15 other duties on my shift.  I'd say I probably completed
16 this within an hour.
17     Q   And I understand you said within an hour.  Are
18 you telling us that you took upwards of an hour to type
19 this up?
20     A   I don't remember exactly how long it took me to
21 type the report.  What I can definitively tell you is that
22 I completed it prior to the end of my shift.
23     Q   Got it.
24         After this incident occurred, did you discuss

Page 70

1 what happened with anyone before you wrote your report?
2     A   I believe there was discussion of the event
3 afterwards.
4     Q   Between the corrections officers?
5     A   Yes.
6     Q   Did you guys talk about what you were going to
7 put in your reports?
8     A   I don't remember having any specific
9 conversation with anyone about that, no.
10     Q   Based on the -- Did your conversations with the
11 other corrections officers before you completed your
12 report provide you some information to include in your
13 report?
14     A   Not that I -- Not to any extent that I can
15 remember.
16     Q   At the time that you enter into the computer to
17 put this report in, do you have access to the other
18 reports that were completed by others and were submitted
19 before yours?
20     A   Each person's report was put in whenever they
21 finished it.  I don't remember the sequence in which all
22 of the supplemental reports were submitted.  Some were
23 reported later than others, some earlier than others.
24 When I typed my report, I submitted it, I proofread it,

Page 71

1 corrected any grammatical changes necessary, submitted it,
2 and --
3     Q   Two follow-up questions.
4     A   Uh-huh.
5     Q   In your computer, do you have access to other
6 people's reports?  So for example, Bradley Marshall
7 submitted his report at 17:41:11 on May 19th, 2012;
8 correct?
9     A   Where do you see that?
10     Q   On page MC 1287.  So that was about an hour --
11 is that right, Marshall submitted his at 17:41?
12     A   Yes.  Oh, yes.  I'm sorry.
13     Q   That's okay.
14     A   Yes, that's correct.
15     Q   That was about an hour before you submitted
16 yours; correct?
17     A   Yes.
18     Q   So my question is:  At the time you were in the
19 computer typing up your narrative, would you have had
20 access, if you wanted to, to Bradley Marshall's report?
21     A   Yes.
22     Q   As you sit here, do you recall reviewing any
23 other narrative reports before submitting yours?
24     A   No.

Page 72

1     Q   When you -- What does it look like on the
2 computer, Officer, when you type this in?  Is officer
3 Marshall's statement right there or is it a blank piece of
4 screen?
5     A   It's a screen that I type my narrative in and I
6 click submit.  And there's another tab with other
7 supplemental reports.
8     Q   So there's a --
9     A   But I don't have his report up next to mine as
10 I'm typing if that's what you're -- Is that what you were
11 trying to ask?
12     Q   Yeah.  But you could bring it up?
13     A   Yes.  I had access to it, yes.
14     Q   At the time you wrote your narrative, do you
15 recall reviewing any other written materials before
16 completing it?
17     A   No.
18     Q   Did you watch the video before completing it?
19     A   No.
20     Q   After submitting this narrative, did anyone
21 interview you about what happened?
22     A   I'm sorry, say that one more time.
23     Q   After submitting this narrative, this report
24 that we're looking at in Exhibit 1 that you did on May

Page 73

19 (Pages 70 to 73)

1   19th, 2012 at about 6:42 p.m., did anybody come interview
2   you about what happened?
3       A   No, there was no interview.
4       Q   Are you aware of anybody that investigated what
5   happened to Mr. Richardson?
6       A   Yes.
7       Q   Who was investigating this as far as you
8   understood?
9       A   As far as I understood?  Internal Affairs, I
10  think, detectives came over and interviewed inmates in his
11  pod, I think Shutts came over and took pictures of the
12  scene, I think Clymer and Sollenberger did the
13  investigation.  I was not part of it at that point.
14      Q   None of those people you just mentioned ever
15  interviewed you, though?
16      A   No.
17      Q   Yes, that's correct?
18      A   That is correct.  That is correct.
19      Q   Did anyone ever report to you what the
20  conclusions of the investigation were?
21      A   No.
22      Q   As a result of this incident, did you ever
23  receive any additional training or retraining on
24  restraining people in the jail?

Page 74

1       Q   You say "medical was on scene."  Are you
2   referring to Medic Stockhauser?
3       A   Yes.
4       Q   What's your understanding of what the role or
5   position is of a medic at the jail as opposed to a nurse
6   or a doctor?  What does a medic do?
7           MR. HOJNOSKI:  Objection.
8           You can go.
9       A   Medics perform -- They're there -- They do like
10  the immediate stuff on inmates when they first come in
11  through the door.  And what I mean by "the door," I mean
12  receiving on the first floor, intake area.
13  BY MR. DICELLO:
14      Q   Yeah.
15      A   They do the initial screening assessments of
16  inmates, their histories, whatever, and any -- assess any
17  medical issues they might have just requiring basic, what
18  I would consider basic medical needs upon entry.
19      Q   You say "medical was on scene."  I'm trying to
20  understand from a temporal timing wise.
21      A   Yeah.
22      Q   Was Stockhauser there when you arrived or did
23  he arrive after you, if you know?
24      A   I'm pretty sure Steve arrived after I did.

Page 76

1       A   No.
2       Q   As far as you understood how this incident
3   occurred, everything the corrections officers did or
4   didn't do complied with the customs and practices that
5   you're familiar with how you guys go about doing your jobs
6   at the jail; correct?
7       A   Yes, sir.
8       Q   Now having recently reviewed the written
9   policies and procedures, would you agree that the incident
10  did not comply with the written policies and procedures
11  regarding restraint?
12          MR. PREGON:  Objection.
13      A   Based on those policies, I would agree with
14  you.
15  BY MR. DICELLO:
16      Q   This is what happens, I deviate from the
17  statement.  But getting back to your written narrative, I
18  think we had gotten to the point where you, Jackson,
19  Lewis, Johnson, and Beach had secured Mr. Richardson in
20  handcuffs while he was on the ground; correct?
21      A   Correct.
22      Q   So that's five officers that were able to do
23  that; correct?
24      A   Correct.

Page 75

1   Medical came up there after we had -- we all went up there
2   about the same time and medical let us get control over
3   him and then they did their thing.
4       Q   Did you assist securing Mr. Richardson in two
5   sets of handcuffs?
6       A   Yes.
7       Q   I know somebody told me this and I can't
8   recall.
9       A   I believe so.
10      Q   Was Mr. Richardson originally put in one set
11  and then an additional set was added, or was the first
12  time cuffs put on him it was two sets?
13      A   I believe we put two sets on him the first
14  time.  Because when we tried to do one set, we realized he
15  was too large to put -- and we didn't want to injure him.
16  So we used two sets of handcuffs.  And then we switched to
17  the shackles later because that was even less constrictive
18  to him.
19      Q   Okay.
20      A   Because of his physical size.
21      Q   Do you have in your own mind, do you recall,
22  and going through the video we may be able to decipher it
23  or not, but how long was it that Mr. Richardson was in the
24  two sets of cuffs before you transferred to the leg

Page 77

20 (Pages 74 to 77)

1  shackles?

2      A   It was matter of minutes.  It was not a very

3  long period of time.  I don't personally remember exactly

4  how long it was.  But it was -- when we started

5  realizing -- given his large physical nature, we realized

6  it would probably be easier to assess him, and for his

7  safety and health, whatever, hey, let's put a pair of

8  shackles on him, because it's just going to be easier to

9  do and still secure for everybody and it's not two sets of

10  handcuffs.  So --

11      Q   Did Mr. Richardson ever try to punch anyone

12  with his hands?

13      A   Not to my knowledge.  Not intentionally,

14  anyway.  But his arms were flailing around, his body was

15  thrashing around, you know.

16      Q   Can you show me, and maybe we can describe it

17  on the record, but once the two sets of cuffs are on

18  Mr. Richardson, can you tell me about how far apart his

19  hands were behind his back?

20      A   Probably about -- Probably about this far, I

21  suppose (indicating).

22      Q   And that's with --

23      A   I can pull two sets of handcuffs out right now

24  and show you if you want.

1  the leg shackles on?

2      A   I don't have, obviously, a pair of shackles

3  with me, but the leg shackles give you probably another,

4  oh, I don't know, six inches of play in there.

5      Q   Okay.

6      A   You know, I remember it was at the point where

7  I can almost see his hands out to his sides almost --

8      Q   Okay.

9      A   -- when he was laying down.  I mean, leg

10  shackles permit you to walk -- you understand the purpose

11  of leg shackles, you can reasonably walk.  So we're

12  looking at, you know, a considerably more length of

13  movement in his arms or feet depending on whatever you had

14  them hooked on to, compared to two sets of handcuffs.

15      Q   So if you all wanted to, could you have rolled

16  Mr. Richardson onto his back?

17      MR. PREGON:  Objection.

18      Go ahead.

19      A   We did roll him onto his back.

20  BY MR. DICELLO:

21      Q   Prior to him stopping breathing, thank you for

22  that clarification, if the corrections officers wanted to,

23  would you have been able to roll Mr. Richardson onto his

24  back?

1      Q   Yeah, that would be great.

2      A   If you were to (indicating) --

3      Q   Do you mind if I take a photo of this?

4      A   I don't mind.

5      MR. PREGON:  As long as you send a copy to me.

6      (Discussion held off the record.  Photo taken.)

7  BY MR. DICELLO:

8      Q   Officer, I appreciate that.  What I want to do

9  now, on my cell phone, and I'll share this with counsel,

10  but I'll have you identify it.  I just took a photograph

11  of you.  Can you please identify that this is a photograph

12  I just took of you demonstrating the width of the two sets

13  of handcuffs?

14      A   It is.

15      Q   And that would have been the width of the two

16  sets of handcuffs while they were on Mr. Richardson?

17      A   Yes.

18      Q   Okay.

19      MR. PREGON:  Are you going to make that an

20  exhibit at some point?

21      That will be Exhibit 3.

22  BY MR. DICELLO:

23      Q   Now, with that as a frame of reference, can you

24  describe for us how much more room you get when you put

1      MR. PREGON:  Objection.

2      Go ahead.

3      A   Had he been compliant and not thrashing around,

4  yes.

5  BY MR. DICELLO:

6      Q   Is it your recollection that up to the point

7  where Mr. Richardson stopped breathing that he was

8  continuously thrashing around?

9      A   Yes.

10      Q   And you think that's what the video shows?

11      A   I believe the video shows -- I should clarify a

12  little bit.  When I say "thrashing around," I would say

13  that he's unable to, up until the injection, unable to lay

14  still to, remain calm.

15      Q   So the officers, and I'm going to talk about

16  who was positioned where, but the officers were preventing

17  Mr. Richardson's body from thrashing around?  Is that how

18  it happened?

19      A   That is correct.  To the best of our abilities,

20  anyway.

21      Q   Back to your narrative.  You mention Medic

22  Stockhauser trying to apply oxygen.  We talked a little

23  bit about that.  You do indicate that Mr. Richardson

24  "continued to thrash his body on the ground and would not

1   remain still.  Despite all verbal commands from officers
2   to calm him down, he continued his erratic behavior and
3   thrashed around on the ground."  We talked about the leg
4   shackles.  And then you talk about "Nurse Miles attempted
5   to administer an injection."  Do you recall when in the
6   episode that was; near the beginning, near the middle,
7   near the end?
8        A   It was in the middle after we had him secured
9   and we realized he wouldn't calm down, couldn't keep the
10  mask of oxygen on his face.  Somewhere in the middle range
11  of the events.
12       Q   Did you ever see -- Do you know who Dr. Ellis
13  is?
14       A   Yes.
15       Q   Did you ever see Dr. Ellis there at any time
16  before Mr. Richardson stopped breathing?
17       A   I don't believe so.
18       Q   So before we get to the middle, where an
19  injection was attempted, I want to understand which
20  officer was positioned where such that Mr. Richardson was
21  being restrained on the ground.  Do you recall?  We can
22  start with you.
23       A   I was up near -- up near his shoulder, near his
24  head and shoulder.

Page 82

1   the place, so that Steve could try and get the mask on,
2   get the blood and mucus and stuff off his face.
3        Q   Officer Stumpff, during this incident, and I
4   know it was -- would you consider it an extended period of
5   time?
6        A   That I was holding onto him?
7        Q   Yeah.
8            MR. PREGON:  Objection.
9            Go ahead.
10       A   I was holding onto him as long as I needed to
11  to keep him from rolling around so that medical could
12  assess him.  "Extended" is a -- I mean --
13  BY MR. DICELLO:
14       Q   Relative term?
15       A   It's relative.
16       Q   So let's put it in some context.  I presume
17  you've had occasion to go hands-on, escort, handcuff, or
18  otherwise restrain a lot of people at the jail; correct?
19       A   Correct.
20       Q   And in connection with other incidents at the
21  jail where you've had to handcuff or restrain or control
22  somebody's movements, was the period of time during which
23  you had to restrain Mr. Richardson longer than normal?
24           MR. PREGON:  Objection.

Page 84

1        Q   Left shoulder or right shoulder?
2        A   I would have been -- If he was facing up, I
3   would have been at his right shoulder, and when facing
4   down, I would have been on his left shoulder.
5        Q   Facing down would have been his left shoulder?
6        A   I was closer to the cell doors.  I was between
7   his body -- the rail, body, me, cell doors.
8        Q   Okay.
9        A   So depending on the position of his body, if he
10  was facing up, I would have been at his right -- at
11  Richardson's right shoulder.  If he was facing down, I
12  would have been at his left shoulder.
13       Q   So the times where we can see on the video
14  where Mr. Richardson is rolled up onto his right side, his
15  chest would have been facing you?
16       A   Correct.
17       Q   Okay.  That helps.  And were you on your knees
18  on the ground?
19       A   Yes.
20       Q   And tell me how you had your hands on
21  Mr. Richardson throughout the incident.
22       A   I think I was trying to hold onto his shoulder
23  to keep him from thrashing, or holding onto his shirt
24  trying to keep him from trying to, you know, roll all over

Page 83

1            Go ahead.
2        A   Yes.
3   BY MR. DICELLO:
4        Q   How much longer than average or normal?
5        A   Unknown.
6        Q   Have you ever restrained somebody at the jail
7   in the same position or similar position as Mr. Richardson
8   for as long as 20 to 22 minutes?
9            MR. PREGON:  Objection.
10           Go ahead.
11       A   No.
12  BY MR. DICELLO:
13       Q   Since this incident with Mr. Richardson, have
14  you ever restrained somebody in a similar position for
15  that length of time?
16           MR. PREGON:  Objection.
17           Go ahead.
18       A   Not to my knowledge, no.
19  BY MR. DICELLO:
20       Q   The only time you restrained somebody in this
21  position for this length of period the person died;
22  correct?
23           MR. PREGON:  Objection.
24           Go ahead.

Page 85

22  (Pages 82 to 85)

1     A   In this incident, yes.
2   BY MR. DICELLO:
3     Q   So did you have both your hands on
4   Mr. Richardson's left shoulder?
5     A   I believe so.
6     Q   And at the times where you were trying to
7   prevent him from rolling over, you were pushing, putting
8   pressure on his left shoulder; correct?
9     A   It is possible that that occurred, yes.
10    Q   Let me see if I can talk about the relative
11  position of the officers here.  You were at or near the
12  left shoulder area on your knees; correct?
13    A   Yes.
14    Q   For a period of time, Medic Stockhauser was to
15  your left on his knees and he had his hands on
16  Mr. Richardson's head; correct?
17    A   Yes.
18    Q   Now, do you remember seeing what
19  Mr. Stockhauser was doing?
20    A   Steve was trying to put the mask -- or trying
21  to clear the mucus and blood and spit and all that,
22  whatever it was, away from his face so that we could get
23  the oxygen mask on there, on him.
24    Q   Was Medic Stockhauser, based on your

Page 86

1   points during this encounter where you are holding
2   Mr. Richardson's shoulder on the ground and Mr. Richardson
3   was on his belly; correct?
4     A   Yes.
5     Q   And there were points during this encounter
6   where Mr. Richardson's head was on the ground and his face
7   was facing toward you, meaning towards his left shoulder;
8   correct?
9     A   Correct, yes.
10    Q   All right.  So it was -- Let's go around the
11  head, if we can, to your left.
12    A   Okay.
13    Q   It was you on your knees?
14    A   Okay.
15    Q   Medic Stockhauser on his knees at the head?
16    A   Okay.
17    Q   And then to Medic Stockhauser's left, who did
18  we have near Mr. Richardson's right shoulder; do you
19  remember?
20    A   It was probably either Beach or Marshall.  I'd
21  have to review the video, to be honest with you.
22    Q   We'll do that in a quick second.
23    A   I don't remember.
24    Q   But no matter who it was, did you appreciate

Page 88

1   observations, at certain times during the incident holding
2   Mr. Richardson's head on the ground?
3     A   I think Steve was trying to hold his head still
4   so that he could get the mask on.
5     Q   And I think I saw at some point, do you
6   remember a t-shirt or a towel or something being placed
7   underneath Mr. Richardson's face?
8     A   Yeah, there was a towel or something, because,
9   again, we -- to try and prevent injury to the inmate's
10  head, we put a towel or something there to pad the ground,
11  because it's concrete and we didn't want him to crack his
12  skull on the floor.
13    Q   So at some point during this encounter, did you
14  appreciate that Medic Stockhauser was holding
15  Mr. Richardson's head on the ground on that towel?
16    MR. HOJNOSKI:  Objection.
17    A   I think it was a humane thing to do to prevent
18  possible injury.
19  BY MR. DICELLO:
20    Q   When you say "humane thing to do," you're
21  talking about holding his head down; correct?
22    A   Holding his head against the towel to prevent
23  the injury, yes.  Yes.
24    Q   When Mr. Richardson -- We agree there are

Page 87

1   that the person on the shoulder opposite from you was
2   basically doing the same thing you were doing with the
3   hands on the shoulder, holding the shoulder on the ground?
4     A   Yeah.
5     Q   Okay.
6     A   Yes.
7     Q   Now, let's keep going around the body.  So the
8   officer who was across from you who was on the right
9   shoulder, to that officer's left was there somebody -- Let
10  me just ask you.  At some point in time, there was a
11  corrections officer straddling Mr. Richardson's lower
12  body; correct?
13    A   You know, I'd have to review the video to see
14  that.  I don't remember anybody being on top of him like
15  that.  Well, somebody was holding his legs.  But as far as
16  straddling, I don't remember if they were straddling, if
17  they were holding his legs, what was going on at that end.
18  I was really focused on what was going on with Steve and
19  trying to get oxygen to this guy.  So if somebody was
20  there and the video shows that happening, I don't remember
21  that happening, I mean.
22    Q   The video will have to speak for itself.  It's
23  not exactly clear, and that's why I have you here and
24  asking you questions about what you remember.

Page 89

1    A  I don't remember somebody being over top of him
2  like that.  I don't remember somebody sitting on him or
3  straddling him.
4    Q  From the training you've received on prone
5  restraint and the risk of positional asphyxiation, would
6  sitting on top of or straddling somebody on their hips or
7  butt be appropriate?
8    A  No.
9    Q  Nurse Miles tries to administer the first
10  injection.  You say, "however, it was unsuccessful."  Tell
11  me about that.
12    A  When Nurse Krisandra, she tried to give him a
13  shot, something happened.  The syringe, I don't know, for
14  whatever reason, malfunctioned, and the medicine failed to
15  be administered -- failed to be injected into
16  Mr. Richardson.
17    Q  Okay.
18    A  The thing kind of actually exploded for some
19  reason, and was not injected.  I don't know.
20    Q  Do you remember where they were trying to
21  administer the injection?  Was it in the buttocks?
22    A  I believe it was in the buttocks, yes.
23    Q  So that would have been to your right?
24    A  Correct.

Page 90

1    Q  And you know, you would have been, from your
2  eyes to Mr. Richardson's behind, where they were trying to
3  administer this, is a couple of feet; right?
4    A  Yes.
5    Q  Did the syringe ever make it into the skin?
6    A  Yes.
7    Q  Was Mr. Richardson thrashing around that caused
8  the syringe to fail, or not?
9    A  I don't believe so.
10    Q  Okay.  So there was something with the syringe
11  or the administration that caused it to fail, not
12  necessarily Mr. Richardson's movements; is that your
13  recollection?
14    A  Yes, that's correct.
15    Q  So it's my understanding a second injection was
16  ordered?
17    A  Correct.
18    Q  Do you recall how long it took from the time
19  the first injection failed to the point where a nurse came
20  back with a second injection?
21    A  Maybe five minutes.
22    Q  And it was a different nurse this time that
23  came back with the second injection?
24    A  That's correct.

Page 91

1    Q  Nurse Foster?
2    A  Correct.
3    Q  Now, is Nurse Foster a former corrections
4  officer?
5    A  Yes.
6    Q  Did you ever work with her while she was a
7  corrections officer?
8    A  No, sir.
9    Q  So was the shot administered to the same place?
10    A  I don't know if it was the same cheek or not.
11    Q  Okay.
12    A  I'm sorry.
13    Q  That's all right.
14    A  I -- It was the same part of the body.  But it
15  was not -- I don't think it was in the exact -- exact same
16  spot.  From what I can remember.
17    Q  And the injection was successful as far as you
18  could see?
19    A  Yes.  Yes.
20    Q  And then I think your narrative would state
21  that after the second injection that Mr. Richardson at
22  some point began to calm down.  My question is:  How long
23  after the second injection was administered before
24  Mr. Richardson appeared to calm down?

Page 92

1    A  Oh, gosh.  You know, I want to go with -- we'll
2  go with about ten minutes, if I had to guess.
3    Q  Okay.
4    A  I obviously did not have a stopwatch timer on
5  me, you know, from the time the injection went in to the
6  time he was able to actually just lay calmly.
7    Q  Let me follow up on this.  Let me ask you:
8  From that point in time where you appreciated that he was
9  laying calmly to the point in time where somebody
10  recognized he wasn't breathing, how long is that interval?
11    A  I would say it's probably in that same ten,
12  12-minute time period, right there where he's laying down
13  -- he's laying down, the injection is given, he's laying
14  there, he stops bouncing up and down on the ground and
15  rolling around, and I could feel less resistance in his
16  body.  His muscles weren't as tense as they were before.
17  He calms down.  And we wait a few minutes.  By "a few" I
18  mean maybe another five or six minutes.  And at this
19  point, he is -- I look down, I'm like, you know, he's now
20  not moving at all.  And I just -- something just --  I
21  looked down and was like -- his chest wasn't moving, his
22  chest wasn't moving up and down.  And I said, "Sarg, hey,
23  I don't think this guy is breathing."  And I went and
24  checked his pulse, and he didn't have a pulse.  So then we

Page 93

24  (Pages 90 to 93)

1    flipped him over and started doing CPR on him.

2    **Q** Did anyone at the time between you feeling less

3    resistance and you noticing he's not breathing, which I

4    think you described was about, I'm not going to hold you

5    to the exact number, but somewhere in the ten-minute

6    range, did anyone instruct you during that time to either

7    roll Mr. Richardson over, stand him up to his feet, or sit

8    him up?

9    **A** No.

10    **Q** Did you in your own mind say, okay, it's time

11    to get this guy off of his belly?

12    MR. PREGON: Objection.

13    Go ahead.

14    **A** No.

15    BY MR. DICELLO:

16    **Q** Why not?

17    **A** You know, I don't really know why.

18    **Q** Let met ask you this: You should have; true?

19    MR. PREGON: Objection.

20    **A** If you believe so.

21    BY MR. DICELLO:

22    **Q** I'm asking you.

23    **A** At the time, I didn't feel it was necessary.

24    We were waiting for the shot to take its full course and,

Page 94

1    you know, again, waiting for medical to say, hey, what do

2    you want us to do with this guy.

3    **Q** So you were waiting on medical at that point?

4    **A** Yeah.

5    **Q** Let's make sure. At that point, I'm talking

6    about the point in time where you are appreciating this

7    shot was just given, and there's less resistance. So at

8    that point, you were waiting for medical to instruct you

9    what to do?

10    **A** Yeah.

11    **Q** Was medical on scene at that point in time?

12    **A** I don't remember if there was anyone still

13    there inside the pod. They had -- I don't think they were

14    there at the time. They gave the injection and, you know,

15    I don't exactly remember what exactly transpired between

16    after the injection was given to the time I started

17    realizing the guy is not breathing and then coming back

18    up. Again, all of this happened in such a short period of

19    time. Where exactly medical was at the time, I wasn't

20    keeping track of their whereabouts.

21    **Q** Okay. We can ask those folks.

22    As of that time where you thought the injection

23    had taken some effect and there was less resistance, based

24    on what you've told us about the written policies, based

Page 95

1    on what you've told us about your training as to the

2    dangers of prone restraint and positional asphyxiation,

3    Officer Stumpff, it was incumbent upon you and the other

4    corrections officers at that point in time to reposition

5    Mr. Richardson; true?

6    MR. PREGON: Objection.

7    Go ahead.

8    **A** Based on those understandings, yes.

9    BY MR. DICELLO:

10    **Q** Did you actually roll Mr. Richardson over?

11    **A** I believe it was a group effort.

12    **Q** Did you hear Mr. Richardson grunting at all,

13    anything like that?

14    **A** Yeah, he had made multiple -- he was making all

15    kinds of weird noises during the entire event.

16    **Q** Officer, have you ever been trained that when

17    somebody who is struggling with officers and is in a

18    position that can impede their ability to breathe that the

19    human body will instinctively and automatically fight to

20    get air? Have you ever been trained that that's what the

21    body does?

22    **A** No one has ever trained me in that, no.

23    **Q** Have you ever heard the analogy that, you know,

24    it's impossible to stay under water willingly until you

Page 96

1    die?

2    **A** I've heard of that, yes.

3    **Q** Is that something you're generally familiar

4    with? The body is going to take you to the surface to get

5    air; right?

6    **A** Yes.

7    **Q** But you've never been trained that for somebody

8    who is on their belly who might have that sensation, that

9    they're going to fight with all their might?

10    **A** I've never heard anybody explain that to me

11    before, no.

12    **Q** Looking back now, do you think that Robert

13    Richardson was struggling to get air to live?

14    MR. PREGON: Objection.

15    **A** Based on everything that I've seen, read,

16    heard, and now know, I could tell you yes, he was probably

17    trying to get air. At the time, I did not know that.

18    BY MR. DICELLO:

19    **Q** So Mr. Richardson is rolled over, it's a group

20    effort, and Officer Beach then began chest compressions?

21    **A** Yes. Beach started chest compressions.

22    **Q** Maybe we can shorten this. What involvement

23    did you have in trying to resuscitate Mr. Richardson?

24    **A** Beach started giving compressions, and as soon

Page 97

25 (Pages 94 to 97)

1  as the first aid kit got up there, which was a matter of
2  seconds, because it was just down at the desk, I removed
3  the face mask and started giving breaths as soon as Beach
4  finished his first set of 30 compressions.
5      Q   Mr. Richardson never regained consciousness?
6      A   No.
7      Q   At what point in time were you released?  I
8  think I spoke to somebody who had the job to actually stay
9  with Mr. Richardson's body.  But at what point in time
10 were you kind of discharged from the incident and who did
11 that; do you remember?
12     A   I was discharged from the scene by Sergeant
13 Jackson at the end of the incident -- after -- basically
14 after Dr. Ellis came up and -- I think it was after
15 Dr. Ellis came up and pronounced him dead.  I pretty much
16 left, told to go back to my post at that point, and
17 resume my normal job.
18     Q   Since this incident occurred and before a
19 lawsuit was filed, did you discuss what happened with any
20 of your co-workers?
21     A   I'm sorry, what was the timeframe?
22     Q   Before the lawsuit was filed --
23     A   Before the lawsuit was filed.
24     Q   -- did you discuss this incident with any of

Page 98

1  your co-workers?
2      A   It's come up in conversation before, yes.
3      Q   Can you give me the general tenor of the
4  conversations that you've had?
5      A   Just nothing -- nothing in particular -- of
6  particular importance or significance, just of the general
7  incident itself.
8      Q   So Mr. Richardson was 28 years old when he
9  died.  Did you know that?
10     A   I did not.
11     Q   Did you do anything to try to figure out how he
12 died or why he died?
13     A   I had heard through the grapevine why, you
14 know, why he had died after quite awhile, I don't know how
15 long after the incident was over with, but I didn't -- I
16 didn't make any official inquiries, no.
17     Q   Let me follow up on that.  Heard it through the
18 grapevine how he died.  Tell me about that.
19     A   Through -- People had come back after the
20 medical examiner's report had come out how the guy died,
21 and I don't know -- I don't know who told who or who heard
22 from who.  Water cooler conversations.
23     Q   And what did you hear?
24     A   The guy -- My understanding is the guy had a --

Page 99

1  died from a heart attack, or heart failure.
2      Q   In your own mind when you heard that, did you
3  think the struggle and the restraint contributed or caused
4  his heart attack and death?
5      MR. PREGON:  Objection.
6      A   No.
7  BY MR. DICELLO:
8      Q   So you think in your own mind this was just
9  coincidental that he happened to be having a heart attack
10 at the same time he was struggling with five to seven of
11 you?
12     MR. PREGON:  Objection.
13     A   Correct.
14 BY MR. DICELLO:
15     Q   Did you try to determine or learn anything
16 about this man who had died, whether he had family,
17 children, how old he was, where he lived?
18     A   No.
19     Q   Have you taken any initiative to go to anybody
20 around the jail and say, "Should we maybe do things
21 differently to try to avoid something like this happening
22 in the future"?
23     A   No.
24     Q   Has anybody come to you and said, "We're going

Page 100

1  to change the way we do things around here to make sure
2  that something like this doesn't happen again"?
3      A   No.
4      Q   Presented with the same circumstances today,
5  you'd go about doing the same thing?
6      MR. PREGON:  Objection.
7      Go ahead.
8      A   I'm trying to think how I want to answer this.
9  Recognizing the incident that happened and my response to
10 the incident, things that I did as an officer, I believe I
11 acted in the best possible way I could have given the
12 information I had at the time and my training at the time.
13 I think if I were to handle an incident similar to this
14 where somebody was behaving the way he did, I would
15 probably respond similarly for my actions and my -- my
16 parts in the event.
17 BY MR. DICELLO:
18     Q   Okay.
19     MR. PREGON:  Should we hit the lights?
20     MR. DICELLO:  Yeah, I'd appreciate it.  That is
21 helpful.  It really does make it easier for the witness to
22 see.
23 BY MR. DICELLO:
24     Q   So what I want to show you now, and I'm going

Page 101

26  (Pages 98 to 101)

**Page 102**

1  to skip around, because this thing is lengthy. I'm
2  showing you on my iPad what I have received that is the
3  video of the incident. Do you generally recognize that
4  this is a video of the incident?
5      A  Yes, sir.
6      MR. PREGON: Refresh my recollection. Is this
7  an exhibit? Have we made this an exhibit?
8      MR. DICELLO: We have not yet. And we should
9  do that as well.
10     MR. PREGON: Yeah.
11 BY MR. DICELLO:
12     Q  Is it your understanding that the way this
13 technology works is it's kind of a still frame image every
14 --
15     A  Yeah, there's a lag.
16     Q  There's a lag. And I want you to let me know
17 when you first see yourself.
18     A  That's me.
19     Q  Okay. So we just stopped it at 19 seconds.
20 And you're pointing to yourself being the gentleman on the
21 right-hand side?
22     A  Uh-huh.
23     Q  Yes?
24     A  That's correct.

**Page 103**

1      Q  And is this the position that you described
2  where you were near the left shoulder?
3      A  Yes.
4      Q  So for example at 19 seconds, it appears that
5  your right hand is on Mr. Richardson's back or shoulder
6  area?
7      A  I can't -- I can't see which way he's facing
8  right there. It's kind of hard. The view is not very
9  clear.
10     Q  That looks like his right arm and his head is
11 right there.
12     A  Yeah.
13     Q  So when we were at 19 seconds, we're now at 27,
14 it jumps forward pretty quick, but at 19 seconds you were
15 describing your position that you had your right hand on
16 his back shoulder area; correct?
17     A  Yes.
18     Q  And do you stay there on the floor near
19 Mr. Richardson's left shoulder for the entire time?
20     A  I believe that's pretty much where I was the
21 whole time, yes.
22     Q  Because I think some officers testified they
23 were relieved.
24     A  I might have -- No, I got up a couple -- I got

**Page 104**

1  up, because I know I had to take a break from either
2  holding him or doing compressions or, excuse me, breaths.
3  I know we took turns. So at some point in time, I know I
4  had to have move around.
5      Q  Okay.
6      A  Or I had been in that position on my knees
7  trying to hold him for a period of time, so I had to get
8  up and stretch a little bit.
9      Q  Have you watched the entire video?
10     A  Yes.
11     Q  I've watched it many times. And I'm sure I'll
12 watch it many more. There are times where it appears that
13 while taking a rest or leaning back on somebody's heels
14 that the folks, you and the other officer that are on the
15 shoulders, will remove your hands and then place a knee on
16 the shoulder. Do you remember doing that?
17     MR. PREGON: Objection.
18     Go ahead.
19     A  I don't remember doing that, but I may have.
20 BY MR. DICELLO:
21     Q  And the person across from you, do you remember
22 that person ever doing that, where they were kind of
23 leaning back, putting their knee on the shoulder, and
24 their hands were free?

**Page 105**

1      A  If the video shows that, then yes. But I don't
2  -- I don't remember doing that.
3      Q  Okay.
4      A  I mean, again, you know, if I -- I may have
5  used a knee to hold his shoulder or arm in place, you
6  know, but I didn't like sit on top of him or anything like
7  that.
8      Q  Now, at some point do you remember Medic
9  Stockhauser leaving and then --
10     MR. DICELLO: Who is the big guy, the
11 six-foot-four guy?
12     MR. PREGON: For NaphCare?
13     MR. DICELLO: No, your corrections officers.
14     MR. PREGON: I think Mayes.
15     MR. DICELLO: Yeah, Mayes.
16 BY MR. DICELLO:
17     Q  Do you remember when Mayes took over for Steve
18 at the head?
19     A  I don't recall when it happened. I'm pretty
20 sure it happened, though.
21     Q  Mayes is about six-four?
22     A  Sure, yeah.
23     Q  Do you remember why it was that Stockhauser
24 left and Mayes took over control of the head?

1   A   I do not know.

2   Q   Some inmates, detainees, some folks that have

3   seen this, have given sworn signed statements that they

4   saw Mayes putting his hands on Mr. Richardson's neck. Did

5   you see that?

6   A   No, I never saw anybody put their hands around

7   his neck.

8   Q   Did you ever see Officer Mayes or any other

9   officer put a knee or a shin near Mr. Richardson's head or

10  neck?

11  A   No. If they did, they were doing it to try and

12  stabilize his head --

13  Q   Okay.

14  A   -- in an effort to prevent injury.

15  Q   To your knowledge, did Mr. Richardson injure

16  his head at all?

17  A   Not to my knowledge. But I'm not a medical

18  professional, so --

19  Q   Is that because the officers were holding

20  Mr. Richardson's head down?

21  A   No.

22  Q   So how is it that -- I guess what I'm getting

23  at is if you were concerned that Mr. Richardson was going

24  to hurt his head and he didn't hurt his head, how is it

                                      Page 106

1   that the officers prevented him from doing that?

2       MR. PREGON:  Objection.

3       Go ahead.

4   A   What I was going to say was, because he was

5   thrashing around so much and he was handcuffed, his body

6   bouncing up and down all over the place, there's steel,

7   there's concrete, there's about a million different things

8   you could bang your head into. We're not just trying to

9   protect other people from being hurt, but trying to

10  potentially protect themselves -- if a person is having a

11  seizure, hypothetically, not necessarily related to this

12  incident, but in reference to officers protecting or

13  helping an inmate, we protect them from hurting them --

14  protect them from hurting themselves.

15  BY MR. DICELLO:

16  Q   Maybe you can help me identify at some point

17  who is opposite you --

18  A   Okay.

19  Q   -- on the -- Mr. Richardson's right shoulder.

20  A   Closer to the rail?

21  Q   Yeah. Maybe I'll -- So right here.

22  A   Is that Brad? I can't tell if that's -- that

23  might be Marshall. I think that's Marshall.

24  Q   You think that's Marshall?

                                      Page 107

1   A   (Nods head.)

2   Q   Steve is in the blue shirt there?

3   A   That's Steve, there's Jackson or Lewis --

4   that's Lewis I think in his cell.

5   Q   Okay.

6   A   There's Mayes, there's Limmer, Kasandra, Steve,

7   there's Beach, Marshall, and me right here.

8   Q   So this is just, we're stopping it at 10:04, I

9   mean, does it appear that Marshall has both hands on

10  Mr. Richardson's back?

11  A   It appears that way, yes.

12  Q   And he appears to be on his knees and he

13  appears to be leaning over toward Mr. Richardson; correct?

14  A   It appears that way.

15  Q   He's pushing Mr. Richardson down on the ground;

16  true?

17      MR. PREGON:  Objection.

18  A   I can't speak to the direction of which force

19  is being applied to his back.

20  BY MR. DICELLO:

21  Q   This is -- I'm stopping it at 10:11. The

22  individual you think is Marshall now has his right hand on

23  the back of Mr. Richardson's head; true?

24  A   Yes.

                                      Page 108

1   Q   And does it appear that he's holding his head

2   down on the ground?

3   A   It appears he's holding his head straight so

4   Steve can put an oxygen mask on it. Because he kept

5   turning his head left and right.

6   Q   Fast forward a little bit. This is one of the

7   frames where I was asking a little bit earlier. We now

8   have -- We're at 17:33 and we now have Officer Mayes near

9   the head; correct?

10  A   Yeah.

11  Q   And can you see Officer Mayes's left hand on

12  Mr. Richardson's head?

13  A   Uh-huh.

14  Q   And Officer Mayes appears to be on his knees

15  bending over top of Mr. Richardson; correct?

16      MR. PREGON:  Objection.

17      Go ahead.

18  A   He does appear to be bending over him.

19  BY MR. DICELLO:

20  Q   Is it your recollection or based on this image

21  does it look like Officer Mayes is holding

22  Mr. Richardson's head on the ground?

23  A   I believe --

24      MR. PREGON:  Objection.

                                      Page 109

1    A  I believe he is holding his head still, yes.
2  And it is held with a towel underneath it right there,
3  yeah.
4  BY MR. DICELLO:
5    Q  Now, this is one of those images, when you look
6  at who you believe is Officer Marshall, where he seems to
7  be kind of, I guess the way to describe it, almost like in
8  a catcher's position?
9    A  Uh-huh.
10    Q  Yes?
11    A  Yeah.
12    Q  And you can see, it looks like his right knee
13  appears to be on Mr. Richardson's right shoulder; true?
14    MR. PREGON:  Objection.
15    Go ahead.
16    A  It's hard to say what his knee is actually on.
17  This bar is covering as well as what is right here.  To
18  say it's actually on his shoulder, it could be up against
19  the shoulder, it could be sitting on the ground and this
20  is the top part of his leg coming out.  It doesn't look
21  like it's definitively on top of his shoulder.
22  BY MR. DICELLO:
23    Q  Can't tell?
24    A  I don't believe so, no, just based on that

                                        Page 110

1  know there's been -- after having seen this video, it
2  looks like that.  But I don't remember -- I don't remember
3  it.  I don't remember laughing during any of that.
4    Q  Do you remember other people smiling and
5  laughing?
6    A  I don't remember anybody specifically smiling
7  or laughing, no.
8    Q  All right.  Officer Stumpff, for someone who
9  has told us the reasons why you've chosen a career in law
10  enforcement and you have a career path that you'd like to
11  achieve in law enforcement, do you see this incident as a
12  potential learning opportunity for you?
13    A  Yes.
14    Q  And can you tell us what you've learned?
15    A  I've learned what it's like to be deposed.
16  This has been my first deposition.  I've learned, you
17  know, to just do your best, no matter what you're trying
18  to do, to the best of your abilities, given any
19  circumstances, that, you know, you can only do so much.
20  You know, I mean, I tried really hard to save this guy's
21  life, you know?  And then being called a murderer directly
22  after that by the inmates, you know, that feels pretty
23  terrible, you know?
24    Q  Was he dying?

                                        Page 112

1  image.
2    Q  So there's another one at 21:06, and now
3  Officer Marshall appears to have his right arm resting on
4  the --
5    A  Yes.
6    Q  -- the rail there; correct?
7    A  Uh-huh.
8    Q  And where do you think his right knee is now?
9    MR. PREGON:  Objection.
10    A  Again, it looks like it's placed to the side of
11  Richardson, maybe it could be possibly on top or off to
12  the side again.
13  BY MR. DICELLO:
14    Q  We agree in 21:06, the frame that's at 21:06,
15  Mr. Richardson is in a prone position; true?
16    A  Correct.
17    Q  And any time during this video that
18  Mr. Richardson is in a position that is demonstrated like
19  that in 21:06, he's in a prone position; true?
20    A  Yes.
21    Q  Officer Mayes testified, when I showed him
22  certain portions of this video, that there are times that
23  he is laughing.  Do you remember that?
24    A  I don't particularly recall people laughing.  I

                                        Page 111

1    A  I didn't know it at the time.  But I know the
2  guy stopped breathing, he didn't have a pulse.  Training
3  kicked in, start CPR.
4    Q  Sure.
5    A  You know?  I can't bring the guy back, you
6  know?  But I did everything in my power to try and save
7  him.  And I've learned to accept that there's some things
8  you can't change.  So you know, that's really what I
9  learned from this, is that you can only do so much.
10    Q  Just bear with me a few moments, I'm going to
11  go through my notes.  I don't think I have any other
12  questions.
13    MR. DICELLO:  If there's questions from the
14  other attorneys, I'll turn over the witness now.
15    MR. HOJNOSKI:  Huh-uh.
16    (Pause in proceedings.)
17  BY MR. DICELLO:
18    Q  Your recollection is medical was on scene for
19  at least a good portion of this incident; true?
20    A  That's true.
21    Q  All right.  Have you reviewed any of the
22  medical reports, incident reports that were generated as a
23  result of this?
24    A  I've seen them, yes.

                                        Page 113

**Page 114**

1  Q  And one of those, at least one of those
2  incident reports that I've seen was completed by the
3  health services administrator. Is that a term that you're
4  familiar with?
5  A  Uh-huh.
6  Q  Yes?
7  A  Yes, sir.
8  Q  Is that kind of the medical person in charge of
9  the jail?
10  A  That's correct.
11  Q  That person's statement or report that he or
12  she filled out says that -- refers to Mr. Richardson as a
13  patient, because that's what he was to them. It says,
14  "The patient was being held down in a prone position by
15  several correctional officers." That's what happened;
16  right?
17  A  Correct.
18  MR. PREGON:  Objection.
19  THE WITNESS:  Oh, sorry.
20  A  Correct.
21  BY MR. DICELLO:
22  Q  Those are all the questions I have. Thank you,
23  Officer Stumpff. I appreciate your time.
24  A  Okay.

**Page 116**

1             December 11, 2015
2  Dear Mr. Stumpff,
3    You have chosen to read and sign your transcript.
   Please do not mark on the transcript. Any
4  corrections/changes you may desire to make in your
   testimony should be typewritten or printed on the errata
5  sheet at the end of testimony, giving the page number,
   line number and desired correction/change. After you have
6  read the transcript, sign your name on the correction
   sheet and where indicated at the close of testimony before
7  a notary public.
8    The Rules of Civil Procedure allow thirty days for
   you to read and sign. Please return the signature page
9  and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
   Dublin, Ohio 43017 within that time. Failure to do so in
10  the allotted time will result in your transcript being
   used as though read and signed by you.
11
12             Sincerely,
13             Whitney Layne
             Professional Reporter
14
   Cc:
15  Nick DiCello
   Carrie Starts
16  Jamey Pregon

**Page 115**

1  Q  Thank you.
2  A  Thank you.
3  MR. PREGON:  And we'll read.
4         - - -
5     (Signature not waived.)
6         - - -
7     And, thereupon, the deposition was concluded at
8  10:44 a.m.
9         - - -

**Page 117**

1  State of Ohio
2  County of Montgomery
3    I, MICHAEL STUMPFF, do hereby certify that I have
4  read the foregoing transcript of my deposition given on
5  December 7, 2015; that together with the correction page
6  attached hereto noting changes in form or substance, if
7  any, it is true and correct.
8
9        MICHAEL STUMPFF
10    I do hereby certify that the foregoing transcript
11  of the deposition of MICHAEL STUMPFF was submitted to the
12  witness for reading and signing; that after he had stated
13  to the undersigned Notary Public that he had read and
14  examined his deposition, he signed the same in my presence
15  on the 29th day of January 2015.
16
17        Notary Public
18  My Commission Expires on MAY 2, 2018

ROSCO S. BENSON, Notary Public
In and for the State of Ohio
My Commission Expires May 2, 2018

30 (Pages 114 to 117)

1    TO THE  REPORTER:

2    I have read the entire transcript of my deposition taken

3    on the _11th_ day of _December_, 20_15_, or the same has been

4    read to me.  I request that the following changes be

5    entered upon the record for the reasons indicated.

6

7    Page   Line   Correction and reason therefore

8    _No changes to transcript_

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   Date _1/23/16_   Signature _Mike Stott_

24

Page 119

1                       CERTIFICATE

2   State of Ohio      :

3   County of Franklin:

4

5         I, Whitney Layne, Notary Public in and for the

6   State of Ohio, duly commissioned and qualified, certify

7   that the within named MICHAEL STUMPFF was by me duly sworn

8   to testify to the whole truth in the cause aforesaid; that

9   the testimony was taken down by me in stenotype in the

10  presence of said witness; afterwards transcribed upon a

11  computer; that the foregoing is a true and correct

12  transcript of the testimony given by said witness taken at

13  the time and place in the foregoing caption specified.

14

15        IN WITNESS WHEREOF, I have set my hand and

16  affixed my seal of office at Dublin, Ohio, on this 11th

17  day of Decemer, 2015.

18                          _____

19                          Whitney Layne, Notary Public

20                          In and for the State of Ohio

21  My Commission expires May 4, 2020

22

23

24

**A**

**a.m** 1:17 3:2 115:8
**abdomen** 49:1,5
**abilities** 81:19
  112:18
**ability** 20:15 96:18
**able** 10:15 31:17
  32:6 33:18 40:7
  62:2 69:4 70:14
  75:22 77:22 80:23
  93:6
**absolutely** 30:19
  32:21
**accept** 113:7
**acceptable** 26:8
  30:8
**access** 12:11 54:12
  71:17 72:5,20
  73:13
**accessed** 54:20
**achieve** 112:11
**acted** 101:11
**acting** 44:19
**actions** 41:15,17
  101:15
**actual** 64:5
**added** 77:11
**additional** 74:23
  77:11
**address** 55:12
**administer** 52:20
  82:5 90:9,21 91:3
**administered** 90:15
  92:9,23
**administration**
  91:11
**administrator** 1:4
  114:3
**Affairs** 74:9
**affect** 20:14
**affixed** 119:16
**aforesaid** 119:8
**agencies** 17:16,20
  56:9
**agency** 17:18
**ago** 58:1
**agree** 20:11 21:1,2
  29:4,13 35:10
  36:10,14 41:22
  75:9,13 87:24
  111:14
**agreed** 20:21,22
  28:14
**ahead** 21:7,8,19,24
  22:11 23:5,11
  24:3,15 26:10,17
  27:1,24 29:8,16
  30:2 31:11 34:3
  36:7,20 37:20
  40:21 50:18 51:1

57:9 62:5,22
  64:18 66:8 80:18
  81:2 84:9 85:1,10
  85:17,24 94:13
  96:7 101:7 104:18
  107:3 109:17
  110:15
**aid** 98:1
**air** 96:20 97:5,13,17
**Airport** 10:21
**al** 1:9
**allotted** 116:10
**allow** 59:24 60:3
  116:8
**allowed** 23:17
**amount** 30:17 34:22
  35:6 41:6 62:23
**anal** 57:12,17
**analogy** 96:23
**Andrew** 1:5
**annually** 54:6,8
**answer** 7:10 8:10,14
  13:16 16:1 21:7,8
  21:8,9 28:19,23
  33:16 35:5 101:8
**answers** 6:16 7:24
**anybody** 41:18
  56:15 74:1,4
  89:14 97:10
  100:19,24 106:6
  112:6
**anyway** 78:14 81:20
**apart** 78:18
**apparatus** 26:2
**appear** 42:5,9 108:9
  109:1,18
**appearance** 45:9
**APPEARANCES**
  2:1
**appeared** 43:12
  44:8 92:24
**appearing** 44:6
**appears** 103:4
  104:12 108:11,12
  108:13,14 109:3
  109:14 110:13
  111:3
**applicable** 1:15 3:6
  28:18,23
**applied** 18:10
  108:19
**apply** 20:11 81:22
**appreciate** 28:20
  79:8 87:14 88:24
  101:20 114:23
**appreciated** 93:8
**appreciating** 95:6
**appreciation** 44:7
**appropriate** 28:21
  90:7
**appropriately**

28:10
**area** 8:18 9:2 28:18
  69:9 76:12 86:12
  103:6,16
**arm** 103:10 105:5
  111:3
**armed** 18:3 38:14
**arms** 66:18 78:14
  80:13
**arrangement** 7:10
**arrested** 42:6,8
  57:10
**arrive** 14:7 66:15
  66:18 76:23
**arrived** 14:13 61:13
  76:22,24
**asked** 7:8,11 8:11
  16:8 56:22 57:9
  62:15,15
**asking** 6:23 24:7
  43:13 89:24 94:22
  109:7
**asphyxia** 48:11,14
  48:18 49:2,6,10
  49:14,21 55:12
  56:1,5,9
**asphyxiation** 27:14
  30:22 37:11 48:2
  48:7 90:5 96:2
**assess** 59:24 60:4
  76:16 78:6 84:12
**assessments** 76:15
**assigned** 12:21 13:2
  13:4 14:8
**assignment** 12:24
**assist** 77:4
**assisted** 68:1,14
**associated** 34:8
**ASSOCIATES** 1:21
**assume** 7:11
**assuming** 42:4
**attached** 45:1
**attack** 100:1,4,9
**attempted** 82:4,19
**attempting** 20:4,5
  32:2 58:13 66:19
  67:16
**attention** 13:9 25:2
  25:6,10 46:11
  59:19 61:22 68:11
**attorney** 11:20
  13:13,14
**attorneys** 113:14
**audible** 6:16
**automatically** 96:19
**available** 18:16
  38:21 62:12
**Avenue** 1:16 2:3,7
**average** 85:4
**avoid** 38:4 100:21
**aware** 22:20 23:6

41:23 57:20 59:2
  66:9 74:4
**awhile** 8:4 99:14

**B**

**Bachelor** 9:19
**back** 6:4 9:9 24:7
  25:22 34:16 38:7
  40:9,18 46:13
  47:18,22 48:16,22
  49:17 51:8,19
  52:3 59:22 60:14
  64:3 67:3,21
  75:17 78:19 80:16
  80:19,24 81:21
  91:20,23 95:17
  97:12 98:16 99:19
  103:5,16 104:13
  104:23 108:10,19
  108:23 113:5
**background** 8:16
**bang** 107:8
**bans** 37:17
**bar** 110:17
**based** 14:3 15:2
  40:14 71:10 75:13
  86:24 95:23,24
  96:8 97:15 109:20
  110:24
**basic** 23:18 25:3
  51:10 76:17,18
**basically** 89:2 98:13
**Beach** 62:1 69:4
  75:19 88:20 97:20
  97:21,24 98:3
  108:7
**bear** 28:4 113:10
**Beavercreek** 8:22
  8:23
**began** 92:22 97:20
**beginning** 69:24
  82:6
**behalf** 2:5,9,14
**behaving** 41:10
  101:14
**behavior** 46:8 82:2
**believe** 9:11 18:8
  20:3 28:1 33:20
  35:6 41:14,15
  46:19,20 51:20
  54:9 55:7 58:9
  64:7,9 65:9 69:22
  70:4 71:2 77:9,13
  81:11 82:17 86:5
  90:22 91:9 94:20
  96:11 101:10
  103:20 109:23
  110:1,6,24
**belly** 35:11,18 67:19
  67:20 88:3 94:11
  97:8

**bending** 109:15,18
**best** 81:19 101:11
  112:17,18
**Beyoglides** 1:4
**big** 105:10
**bit** 8:16 18:5,24
  66:16,17 81:12,23
  104:8 109:6,7
**bizarre** 45:8
**black** 16:21
**blank** 73:3
**blood** 58:15,19,23
  59:3,5 69:8 84:2
  86:21
**blood-tinged** 53:3
**blue** 108:2
**body** 19:15 28:12
  31:18 33:7 67:6
  78:14 81:17,24
  83:7,7,9 89:7,12
  92:14 93:16 96:19
  96:21 97:4 98:9
  107:5
**Boehringer** 2:15
**bouncing** 93:14
  107:6
**Brad** 107:22
**Bradley** 72:6,20
**break** 8:5 24:17
  63:20 64:3 104:1
**breathe** 20:15 44:1
  96:18
**breathing** 20:12
  27:21 35:14,17
  48:24 51:23 52:2
  52:6,9,22 80:21
  81:7 82:16 93:10
  93:23 94:3 95:17
  113:2
**breaths** 98:3 104:2
**Brenda** 2:16
**brief** 34:18 40:24
  41:7
**bring** 57:16,18
  62:17 73:12 113:5
**bringing** 57:23,24
**broadcast** 14:17,20
**brought** 44:13 57:1
  61:10 62:24
**bunkmate** 44:15
**butt** 52:11 60:17
  90:7
**buttocks** 90:21,22

**C**

**call** 13:14 35:22
  60:1 61:17
**called** 1:14 3:5
  61:10 62:10
  112:21
**calm** 81:14 82:2,9

92:22,24
**calmly** 93:6,9
**calms** 93:17
**candid** 58:9
**caption** 119:13
**cardiomegaly** 49:20
**care** 13:10
**career** 9:22,24
112:9,10
**Carrie** 2:11 116:15
**carry** 45:7
**case** 1:7 34:21 42:10
63:5,19
**catastrophes** 18:9
**catcher's** 110:8
**catwalk** 51:17 52:2
52:6,10
**cause** 45:7 48:23
119:8
**caused** 91:7,11
100:3
**cavities** 57:17
**cavity** 57:12,18
**Cc** 116:14
**cell** 14:12 33:4 42:6
44:22 66:20 68:2
68:7,13,14,20
79:9 83:6,7 108:4
**cells** 68:4
**Center** 18:19
**certain** 23:19 87:1
111:22
**CERTIFICATE**
119:1
**certified** 5:3
**certify** 117:3,10
119:6
**chair** 52:7 60:24
61:4,9,11,13,14
61:20 62:3,9,17
62:18 63:12 68:10
**chance** 5:19
**change** 101:1 113:8
**changes** 72:1 117:6
118:4
**character** 3:8
**charge** 114:8
**checked** 58:15
93:24
**cheek** 92:10
**chest** 83:15 93:21
93:22 97:20,21
**children** 100:17
**choose** 17:9 37:4
**chosen** 112:9 116:3
**cigarettes** 57:24
**Cincinnati** 2:13
**Circuit** 55:19
**circumstances**
20:24 21:4,16
65:12 101:4

112:19
**civil** 1:15 3:6 23:18
24:9 116:8
**clarification** 7:4
80:22
**clarify** 81:11
**classified** 46:6
**clear** 7:5 15:13
86:21 89:23 103:9
**clearly** 45:13
**Cleveland** 2:4
**click** 73:6
**close** 59:9 116:6
**closed** 18:15
**closer** 83:6 107:20
**clumsy** 13:22
**Clymer** 74:12
**co-workers** 98:20
99:1
**Code** 28:17
**coincidental** 100:9
**college** 10:14,18
**combative** 19:11
20:5 65:13
**come** 14:23 40:2
57:11,13 74:1
76:10 99:2,19,20
100:24
**comes** 28:22
**coming** 52:24 53:3
69:8 95:17 110:20
**commands** 31:17
33:18 34:10,12
51:10 82:1
**comments** 45:9
**Commission** 117:18
119:21
**commissioned**
119:6
**commit** 42:1,3,11
**community** 23:1
25:17 26:6,13
38:5
**compared** 80:14
**complete** 70:9,14
**completed** 65:23
69:14 70:4,13,15
70:22 71:11,18
114:2
**completing** 70:7
73:16,18
**compliance** 27:2
32:2,2
**compliant** 31:13,15
31:16 32:1 81:3
**complied** 75:4
**comply** 31:17,23
32:16 33:18 34:9
34:12 51:7,11
75:10
**complying** 33:22

**compressions** 97:20
97:21,24 98:4
104:2
**computer** 54:20
69:18,20,22 70:7
71:16 72:5,19
73:2 119:11
**computers** 54:19
**concept** 35:21 37:10
**concerned** 106:23
**concluded** 115:7
**conclusion** 44:13
**conclusions** 74:20
**concrete** 87:11
107:7
**condition** 27:20
31:20 58:8
**connection** 6:2 7:24
84:20
**consciousness** 98:5
**consider** 19:19
76:18 84:4
**considerably** 63:6
80:12
**consistent** 26:3 40:9
40:19 44:18
**constantly** 67:24
**Constitution** 24:17
**constitutional** 23:3
23:8 24:9,12,19
**constrictive** 77:17
**contact** 44:23
**context** 84:16
**continually** 64:22
65:2
**continued** 81:24
82:2
**continuously** 81:8
**contractor** 18:11
**contributed** 100:3
**contributor** 49:18
**control** 14:18 19:13
20:7 28:11 33:7
33:23 38:24 42:21
43:4 45:23,24
46:22 47:15 60:3
60:5 65:14 67:16
77:2 84:21 105:24
**controlling** 59:23
65:15
**conversation** 58:10
71:9 99:2
**conversations** 71:10
99:4,22
**cooler** 99:22
**Cooperstone** 1:21
116:9
**copy** 24:17 54:10,17
55:5,7 79:5
**correct** 5:12,14 8:11
11:4,5,11 14:6

19:23,24 20:18,19
21:5 22:1,5,6,9,12
25:10,20,23 26:20
26:21 27:22 28:1
29:24 30:8,9,12
30:13 31:9 33:19
34:10 35:18 36:18
38:8,9,15 42:2,12
43:9,10,14 44:1
47:2,7,12 49:24
51:23,24 59:12,13
59:19,20 62:11,14
64:23,24 65:4
66:21,22 67:9,13
68:24 69:6,9,10
69:13,15,16 72:8
72:14,16 74:17,18
74:18 75:6,20,21
75:23,24 81:19
83:16 84:18,19
85:22 86:8,12,16
87:21 88:3,8,9
89:12 90:24 91:14
91:17,24 92:2
100:13 102:24
103:16 108:13
109:9,15 111:6,16
114:10,17,20
117:7 119:11
**corrected** 72:1
**correction** 5:18
116:6 117:5 118:7
**correction/change**
116:5
**correctional** 27:12
114:15
**corrections** 5:11
10:6,7 11:1,4 17:4
17:23 18:1 20:11
20:16,20,23 21:3
21:15 22:3,4,7,9
22:14 25:9 30:11
34:24 35:21 36:1
36:10,16 37:3
38:4 39:10,13,23
39:24 40:7 43:21
44:6 46:14,18,21
46:24 47:5,6,10
51:18 59:11 65:7
66:3 71:4,11 75:3
80:22 89:11 92:3
92:7 96:4 105:13
**corrections/chang...**
116:4
**COs** 46:15 56:21
**counsel** 3:4 6:10
24:21,24 79:9
**country** 10:16
**County** 1:8 5:13
8:24 9:1 10:21
11:2,7,10 17:24

20:17 23:2 24:5
27:16 38:5 46:21
117:2 119:3
**couple** 6:12 32:18
53:15 70:1 91:3
103:24
**course** 38:23 94:24
**court** 1:1 5:7 6:17
7:16,21 55:18
**covering** 110:17
**CPR** 51:20,21 94:1
113:3
**crack** 87:11
**crazy** 44:22
**creates** 27:3
**creating** 34:22
**crime** 42:1,4,8,11
**criminal** 9:19
**CROSS-EXAMI...**
5:4
**cuff** 51:8
**cuffed** 40:8,18 41:5
41:8 46:13 47:21
59:22
**cuffs** 31:7 41:1 68:9
77:12,24 78:17
**currently** 9:2 24:4
**cursing** 43:17 44:16
44:24
**custody** 24:4
**custom** 26:22 30:10
**customs** 65:6,6 75:4

___
    **D**
**D** 14:4,12,16,18
46:6 51:17
**daily** 58:15
**dangers** 34:8 96:2
**database** 54:16,17
54:18
**date** 11:14 12:24
54:4 118:23
**day** 11:13 13:16
58:18,18 117:15
118:3 119:17
**days** 116:8
**Dayton** 1:16 2:8
**dead** 98:15
**dealing** 61:12 63:18
**dealt** 55:24
**Dear** 116:2
**death** 6:3 36:1,12
36:18 39:2 48:14
48:18 49:14 64:23
100:4
**Deceased** 1:5
**December** 1:16 3:1
116:1 117:5
**Decemer** 119:17
**decided** 61:16
**decipher** 77:22

**decision** 9:23
**Defendant** 1:14 3:5
**Defendants** 1:9 2:9
  2:14
**defined** 28:10
**definition** 28:3
  29:12,14 66:14
**definitively** 70:21
  110:21
**degree** 9:18,21
**delirious** 44:9,14
**delivered** 62:18
**Delta** 14:18
**demeanor** 44:7 45:9
  45:12
**demonstrate** 51:4
**demonstrated**
  111:18
**demonstrating**
  79:12
**department** 54:24
  56:8
**depending** 80:13
  83:9
**depose** 39:17,22
**deposed** 5:23 34:24
  40:15 112:15
**deposes** 5:3
**deposition** 1:14 3:5
  3:6 5:20 6:2,11
  11:19 37:24 53:17
  53:21,24 112:16
  115:7 117:4,11,14
  118:2
**depositions** 40:3
**describe** 16:20
  17:19 44:10,12,20
  56:4 78:16 79:24
  110:7
**described** 44:5 94:4
  103:1
**describing** 103:15
**desire** 116:4
**desired** 116:5
**desk** 98:2
**Despite** 82:1
**detained** 23:2 38:5
**detainee** 35:24 37:3
  48:5
**detainees** 46:8
  56:12 106:2
**detectives** 74:10
**determine** 39:7
  100:15
**determined** 55:19
**deviate** 75:16
**DiCello** 2:2 4:4 5:5
  5:19 9:4,7 21:11
  21:21 22:2,13,18
  23:7,13 24:6
  25:15 26:12,19

27:5 28:2,20 29:4
  29:7,9,18 30:5
  31:6,14 35:8 36:9
  36:15,22 37:22
  38:18 40:12,13
  41:9 42:15,19
  43:1 44:4 50:21
  62:7 63:2 64:2,21
  66:10 75:15 76:13
  79:7,22 80:20
  81:5 84:13 85:3
  85:12,19 86:2
  87:19 94:15,21
  96:9 97:18 100:7
  100:14 101:17,20
  101:23 102:8,11
  104:20 105:10,13
  105:15,16 107:15
  108:20 109:19
  110:4,22 111:13
  113:13,17 114:21
  116:15
**die** 48:6 97:1
**died** 27:20 34:21
  51:16 85:21 99:9
  99:12,12,14,18,20
  100:1,16
**dies** 49:16
**different** 46:5 91:22
  107:7
**differently** 45:21
  100:21
**difficult** 10:17
**digital** 54:17,18
**Dinkler** 1:16 2:7
**direction** 67:22
  108:18
**directly** 112:21
**discharged** 98:10
  98:12
**discuss** 70:24 98:19
  98:24
**discussion** 9:6 64:1
  71:2 79:6
**disease** 48:13
**disorientation**
  45:11
**disoriented** 44:6,9
  44:15
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doctor** 76:6
**document** 50:2,5,6
  68:23
**documentation**
  62:8
**doing** 18:6 19:5
  27:3 75:5 86:19
  89:2,2 94:1 101:5
  104:2,16,19,22
  105:2 106:11

107:1
**door** 10:8 17:6
  42:24 76:11,11
**doors** 17:12 83:6,7
**Dr** 82:12,15 98:14
  98:15
**drive** 1:21 10:3
  116:9
**drugs** 57:16,22,24
**Dublin** 1:22 116:9
  119:16
**due** 65:12
**duly** 5:2 119:6,7
**Dustin** 39:24
**duties** 13:3,18 70:15
**dying** 49:6,10
  112:24

───────────
**E**
**earlier** 16:8 30:6
  71:23 109:7
**early** 16:22
**easier** 68:6,13 78:6
  78:8 101:21
**Eastern** 9:15,16
  10:10
**easy** 57:14
**effect** 95:23
**effort** 96:11 97:20
  106:14
**eight** 13:11 46:18
  47:1,12,14,16
  59:11,22
**either** 58:22 88:20
  94:6 104:1
**elaborate** 18:23
**elevated** 35:24
**elevator** 15:19,20
  16:3
**elevators** 63:18
**Ellis** 2:16 82:12,15
  98:14,15
**emergency** 14:18
  60:2 62:9,12,18
**Employed** 5:13
**employees** 22:23
**employment** 9:13
  10:13
**encounter** 41:4
  45:18 51:12 58:6
  58:24 64:5 87:13
  88:1,5
**encountered** 38:14
  39:2 40:17 42:16
**encountering** 17:1
  40:6
**enforcement** 9:22
  9:24 10:9 17:6,11
  17:13,16,22 18:2
  27:13 28:18 35:22
  112:10,11

**enlarged** 49:19,20
**enter** 71:16
**entered** 118:5
**entering** 66:18
**Entertainment**
  18:18
**entire** 96:15 103:19
  104:9 118:2
**entry** 76:18
**episode** 43:8 51:16
  82:6
**errata** 116:4,9
**erratic** 82:2
**escort** 84:17
**Especially** 63:15
**ESQUIRE** 2:2,6,11
  2:11
**Estate** 1:5
**estimate** 46:13
**et** 1:9
**event** 71:2 96:15
  101:16
**events** 18:19 82:11
**everybody** 78:9
**everyone's** 50:4
**exact** 92:15,15 94:5
**exactly** 33:11 40:23
  68:18 70:20 78:3
  89:23 95:15,15,19
**EXAMINATION**
  4:1
**examined** 117:14
**examiner's** 99:20
**example** 72:6 103:4
**excessive** 21:4,16,22
  22:5,9 36:24
**excuse** 104:2
**executive** 37:17,24
**exhibit** 4:6,6 64:7,8
  73:24 79:20,21
  102:7,7
**exiting** 70:5
**expect** 6:11
**expectation** 62:16
**expectations** 13:18
**experience** 17:22,23
  18:1,2,3,5,17
  27:14 56:12 57:7
  58:2,4 63:3,11
**experienced** 18:8
  27:19
**expires** 117:18
  119:21
**explain** 12:11 97:10
**explained** 6:10 34:6
  46:4
**exploded** 90:18
**extended** 28:13 84:4
  84:12
**extent** 71:14
**extra** 48:21

**eye** 16:15
**eyes** 91:2

───────────
**F**
**face** 82:10 84:2
  86:22 87:7 88:6
  98:3
**faced** 37:2
**facedown** 19:20,21
  19:23 28:13 32:13
  32:23 33:1 34:15
  35:11,17 42:21
**faceup** 19:19
**facial** 16:23 69:9
**facility** 56:23 70:6
**facing** 83:10,2,3,5,10
  83:11,15 88:7
  103:7
**fact** 50:9,13 52:19
  63:6
**factor** 48:10,14,17
  49:2,14,21
**factors** 48:5
**fail** 91:8,11
**failed** 90:14,15
  91:19
**failure** 42:9 100:1
  116:9
**fair** 7:12 11:9 14:12
  14:14 15:24 35:1
  43:6 46:10 53:10
**fall** 18:7,7,7 66:12
**familiar** 37:6 75:5
  97:3 114:4
**family** 6:7 100:16
**far** 1:16 2:7 41:7
  46:1 74:7,9 75:2
  78:18,20 89:15
  92:17
**Fast** 109:6
**favor** 48:11
**February** 11:2,3
**fed** 13:8
**federal** 17:13,16,21
**feel** 64:10 93:15
  94:23
**feeling** 94:2
**feels** 112:22
**feet** 19:18 33:2,5,9
  34:8 51:14 80:13
  91:3 94:7
**Felicia** 2:14
**fellow** 22:8,8 39:10
  39:13,24 51:18
**felt** 10:3
**FEMA** 18:4,9,15
**females** 57:15,16
**field** 10:8,18,18
  17:6 18:10,12,15
  37:7
**fight** 96:19 97:9

**figure** 57:1 99:11
**figured** 57:2
**filed** 6:3 11:24 12:3
  12:5 37:16 98:19
  98:22,23
**fill** 64:13 65:7,10,11
  66:3
**filled** 114:12
**find** 56:20
**fine** 16:1 19:3,5
**finish** 6:24
**finished** 71:21 98:4
**firm** 1:16
**first** 5:2 11:13 12:16
  37:23 38:12 42:16
  63:16 76:10,12
  77:11,13 90:9
  91:19 98:1,4
  102:17 112:16
**five** 5:17 46:16,18
  59:11,22 62:19
  75:22 91:21 93:18
  100:10
**flailing** 78:14
**Flat** 19:18
**flipped** 94:1
**floor** 13:2,4,6,19
  63:15,16,18 67:2
  67:5,9,9,13 69:23
  70:6 76:12 87:12
  103:18
**floor's** 13:7
**foam** 52:24
**focus** 46:11
**focused** 89:18
**folks** 15:10 46:5
  49:19 95:21
  104:14 106:2
**follow** 20:17 28:7
  31:17 32:18 38:4
  50:11 51:9 60:11
  93:7 99:17
**follow-up** 72:3
**following** 118:4
**follows** 5:3
**foot** 10:8 17:6
**footage** 11:21,23
  12:2,17
**force** 20:20,23 21:3
  21:5,15,17,22
  22:5,9 26:2 36:18
  36:23,24 64:14,16
  64:19 65:1,2,7,10
  65:11,14,18,22
  66:4,4,11 108:18
**foregoing** 117:4,10
  119:11,13
**forget** 62:15
**form** 13:15 25:23
  28:21 117:6
**former** 92:3

**forms** 13:12,16
**forties** 16:22
**forward** 103:14
  109:6
**Foster** 2:14 92:1,3
**found** 55:19
**foundation** 28:21
**four** 63:12,19
**fourth** 13:2,4,6,19
  69:23 70:6
**frame** 79:23 102:13
  111:14
**frames** 109:7
**Franklin** 119:3
**free** 24:21 64:10
  104:24
**front** 50:4
**full** 94:24
**functioning** 28:11
**future** 100:22

_____

**G**

**G** 1:4
**gain** 19:13 20:6
  32:2 42:21 43:3
  67:16
**gained** 32:3
**gaining** 38:24
**Garrett** 2:16
**gasping** 53:12
**gateway** 10:8
**general** 38:2,3,7
  54:13,14 99:3,6
**generally** 97:3
  102:3
**generated** 113:22
**gentleman** 102:20
**getting** 34:7 57:21
  58:15 75:17
  106:22
**give** 7:2 8:12 24:20
  52:17 60:7 80:3
  90:12 99:3
**given** 7:10 13:9
  61:22 63:6 65:11
  78:5 93:13 95:7
  95:16 101:11
  106:3 112:18
  117:4 119:12
**giving** 97:24 98:3
  116:5
**go** 6:11 8:4 9:4,16
  10:13 12:6 13:20
  17:17,18 21:7,8
  21:19,24 22:11
  23:5,11 24:3,15
  26:10,17 27:1,24
  29:8,16 30:2
  31:11 34:3 36:7
  36:20 37:20 38:10
  40:21 43:17 47:5

47:11 50:18 51:1
  57:9 61:11 62:5
  62:22 63:7 64:11
  64:18 66:8 70:2
  75:5 76:8 80:18
  81:2 84:9,17 85:1
  85:10,17,24 88:10
  93:1,2 94:13 96:7
  98:16 100:19
  101:5,7 104:18
  107:3 109:17
  110:15 113:11
**goes** 35:3
**going** 6:22 7:3,11,23
  25:1,2,4 28:4,15
  38:10 44:17,21,23
  51:5 61:3 63:15
  64:6 71:6 77:22
  78:8 79:19 81:15
  89:7,17,18 94:4
  97:4,9 100:24
  101:24 106:23
  107:4 113:10
**good** 5:6 17:19
  23:14 44:11 55:1
  63:20 113:19
**GOs** 55:5
**gosh** 93:1
**gotten** 75:18
**governor** 37:18
**grab** 68:16
**grabbed** 68:21
**graduate** 9:18
**graduated** 8:21,22
  9:14,17 10:12
**graduates** 10:18
**graduating** 9:12
**graduation** 9:20
  10:10
**grammatical** 72:1
**grapevine** 99:13,18
**great** 79:1
**Greene** 9:1 10:21
**ground** 6:12 19:10
  19:14,20,20,23
  33:7 34:15,16,21
  35:3 40:8,17
  42:17,22 46:12
  47:22 59:11,21
  61:23 67:18,18
  75:20 81:24 82:3
  82:21 83:18 87:2
  87:10,15 88:2,6
  89:3 93:14 108:15
  109:2,22 110:19
**group** 96:11 97:19
**grunting** 96:12
**guarding** 18:12
**guess** 23:18 44:9
  93:2 106:22 110:7
**gurgling** 53:7

**guy** 44:14,23 59:19
  59:21 89:19 93:23
  94:11 95:2,17
  99:20,24,24
  105:10,11 113:2,5
**guy's** 112:20
**guys** 71:6 75:5

_____

**H**

**hair** 16:23,23
**hall** 63:17
**hand** 103:5,15
  108:22 109:11
  119:15
**handcuff** 30:20
  84:17,21
**handcuffed** 30:20
  32:17 34:16 38:6
  49:17 107:5
**handcuffing** 49:12
**handcuffs** 25:19
  26:14 30:23 65:16
  67:4 69:5 75:20
  77:5,16 78:10,23
  79:13,16 80:14
**handle** 101:13
**handling** 19:11
**hands** 25:22 40:8,18
  46:12 47:17,21
  51:8 59:22 67:3
  78:12,19 80:7
  83:20 86:3,15
  89:3 104:15,24
  106:4,6 108:9
**hands-on** 47:6,7,11
  84:17
**happen** 33:10 101:2
**happened** 16:11
  27:16,18 31:3,12
  42:5 69:5 71:1
  73:21 74:2,5
  81:18 90:13 95:18
  98:19 100:9 101:9
  105:19,20 114:15
**happening** 89:20,21
  100:21
**happens** 75:16
**hard** 44:20 103:8
  110:16 112:20
**harm** 20:6 45:3
**harming** 65:16
**Harry** 1:4
**hazardous** 37:7
**head** 19:18 28:6
  48:16 52:14 82:24
  86:16 87:2,3,10
  87:15,21,22 88:6
  88:11,15 103:10
  105:18,24 106:9
  106:12,16,20,24
  106:24 107:8

108:1,23 109:1,3
  109:5,9,12,22
  110:1
**health** 28:17 58:8
  78:7 114:3
**hear** 96:12 99:23
**heard** 19:6 27:15
  29:12,19,22 30:3
  35:20,21 36:2,8
  37:15,16 53:7,12
  96:23 97:2,10,16
  99:13,17,21 100:2
**heart** 48:13 49:19
  49:21 100:1,1,4,9
**heavier** 16:21
**heels** 104:13
**height** 9:8,9
**held** 9:6 10:20 64:1
  79:6 110:2 114:14
**help** 10:4,4 47:14
  107:16
**helped** 68:18
**helpful** 101:21
**helping** 107:13
**helps** 83:17
**Henning** 62:1
**hereinafter** 5:2
**hereto** 117:6
**heroin** 5:21
**hey** 29:24 78:7
  93:22 95:1
**high** 8:20,22 9:12
  9:14 59:7
**higher** 48:6
**Hills** 1:16 2:7
**hips** 90:6
**hire** 11:13
**hired** 10:15,21,23
  11:3
**hiring** 17:16
**histories** 76:16
**history** 46:2 58:10
**hit** 101:19
**HOJNOSKI** 2:11
  76:7 87:16 113:15
**hold** 29:20,24 34:13
  83:22 87:3 94:4
  104:7 105:5
**holding** 25:22 43:21
  83:23 84:6,10
  87:1,14,21,22
  88:1 89:3,15,17
  104:2 106:19
  109:1,3,21 110:1
**honest** 44:20 88:21
**Honestly** 55:3
**hooked** 80:14
**hour** 70:16,17,18
  72:10,15
**hours** 13:11
**housed** 46:5

housing 13:6
huh-uh 7:3 113:15
human 25:3 96:19
humane 87:17,20
humanly 34:19 63:1
hurt 41:13,18,20
  106:24,24 107:9
hurting 27:3 33:14
  50:19 107:13,14
hypertension 45:18
  45:20
hypothetically
  107:11

**I**

identify 13:23 79:10
  79:11 107:16
image 102:13
  109:20 111:1
images 110:5
immediate 46:14
  59:12 76:10
immediately 30:21
  45:22
impede 96:18
importance 96:16
impossible 96:24
inability 51:7
incarcerated 23:20
  23:22 24:1
inches 80:4
incident 11:22,23
  12:4,17 13:20
  14:3,16 16:6,15
  35:2 38:10 57:23
  64:8,14 65:8,9,12
  65:13 70:24 74:22
  75:2,9 83:21 84:3
  85:13 86:1 87:1
  98:10,13,18,24
  99:7,15 101:9,10
  101:13 102:3,4
  107:12 112:11
  113:19,22 114:2
incidents 84:20
inclined 17:18
include 13:8 25:19
  71:12
incorporate 55:20
increases 49:9,13
incumbent 96:3
Independent 16:13
INDEX 4:1,6
indicate 81:23
indicated 116:6
  118:5
indicates 30:7
indicating 43:24
  78:21 79:2
indication 51:10
individual 28:13

68:7,13 108:22
individual's 28:12
inform 45:17
information 71:12
  101:12
initial 43:4 76:15
initially 61:19 64:19
  65:1 67:21
initiate 65:20
initiative 65:11
  100:19
injected 90:15,19
injection 81:13 82:5
  82:19 90:10,21
  91:15,19,20,23
  92:17,21,23 93:5
  93:13 95:14,16,22
injure 51:5 77:15
  106:15
injured 41:14,16
injury 38:4 51:2
  87:9,18,23 106:14
inmate 66:20 67:17
  68:1 69:4 107:13
inmate's 87:9
inmates 13:8 57:1
  57:10 58:1 74:10
  76:10,16 106:2
  112:22
inmates' 13:18
inquiries 99:16
inside 44:22 57:16
  95:13
instances 27:11,12
instinctively 96:19
institutions 27:12
instruct 39:10,13
  51:13 52:2,6,10
  60:13,16,19,22
  94:6 95:8
instructions 60:7
instructs 66:3
intake 76:12
intentionally 33:22
  41:19 78:13
interested 15:15
  44:12 68:15
Internal 74:9
interrupting 34:2
interval 93:10
interview 73:21
  74:1,3
interviewed 74:10
  74:15
introduce 5:6
investigate 56:22
investigated 57:20
  74:4
investigating 74:7
investigation 74:13
  74:20

involved 41:2 47:1
  47:11 57:21 58:6
involvement 97:22
involving 18:21,23
iPad 13:21 102:2
issue 18:22
issues 18:20,23
  45:19 56:5 76:17
items 28:10

**J**

Jackson 40:10
  46:17 62:1 66:19
  67:12 69:3 75:18
  98:13 108:3
jail 11:7,10,12,13
  13:12,15 17:24
  18:4 20:17 23:2
  23:23 24:5 26:15
  26:22 27:11,16,22
  30:7,11,16 38:6
  41:22,23 42:5,9
  42:11 46:2,5,9,21
  53:18 54:2,11
  55:10 56:11,13,16
  57:8,11,13,22
  58:3 65:6,22
  74:24 75:6 76:5
  84:18,21 85:6
  100:20 114:9
Jamey 2:6 116:16
job 6:15 10:7 13:10
  13:17 22:7 24:8
  45:23 57:14 60:2
  98:8,17
jobs 10:14,20,20
  22:3 25:10 75:5
jogged 8:9
Johnson 39:24
  61:24 66:19 67:11
  67:12 69:3 75:19
joint 18:10,12
Jon 2:15
Jr 1:4
judge 7:21
jumps 103:14
jury 7:21
justice 9:19 56:8
juvenile 42:10

**K**

Kasandra 108:6
keep 33:14 34:14
  82:9 83:23,24
  84:11 89:7
keeping 65:16 95:20
Kentucky 9:15,16
  10:10 18:4,8
kept 109:4
kicked 113:3
kill 44:24 45:2

kind 7:20 9:18 13:3
  17:5,10,14 36:3
  38:11,12 44:12,20
  64:4 90:18 98:10
  102:13 103:8
  104:22 110:7
  114:8
kinds 45:3 96:15
kit 98:1
kites 13:15
knee 104:15,23
  105:5 106:9
  110:12,16 111:8
kneeling 67:15
knees 42:22 83:17
  86:12,15 88:13,15
  104:6 108:12
  109:14
knew 38:14 45:20
  46:1
know 6:23 8:3,6
  10:16 12:7 13:14
  15:18 17:2 19:2
  23:21 24:16,16,19
  24:22 25:2 27:18
  28:16,17 29:6
  32:1,10,12,12
  33:21 34:20,22
  37:9,12,14 38:13
  38:13,17 40:22,23
  42:8,22 43:11,18
  44:19 45:7,9,10
  45:11,16,19 47:13
  48:10,12,13,15,16
  48:20 49:2,3,4,8,9
  49:12,15,18,20
  51:7,8,9 54:18,21
  55:1,6,17,18
  58:14,16,21 59:3
  59:4 61:10,13,16
  61:18 62:23 65:14
  65:18,20 67:20,24
  68:8 70:5,14
  76:23 77:7 78:15
  80:4,6,12 82:12
  83:24 84:4 89:13
  90:13,19 91:1
  92:10 93:1,5,19
  94:17,17 95:1,14
  96:23 97:16,17
  99:9,14,14,21,21
  102:16 104:1,3,3
  105:4,6 106:1
  112:1,17,19,20,21
  112:22,23 113:1,1
  113:5,6,8
knowing 68:15
knowledge 27:17
  42:14 44:22 46:3
  49:11 78:13 85:18
  106:15,17

knows 54:19
Krisandra 2:15
  90:12

**L**

lag 102:15,16
laid 19:16,20,20,23
Lakeside 2:3
large 49:5 77:15
  78:5
late 16:21
laughing 111:23,24
  112:3,5,7
law 1:16 7:21 9:22
  9:24 10:9 17:6,11
  17:13,16,22 18:2
  27:12 28:18 35:22
  112:9,11
lawsuit 6:2 8:1
  11:24 12:3,10,14
  37:15 58:23 98:19
  98:22,23
lawyer 60:10
lay 81:13 93:6
laying 61:22 67:18
  67:19,20 80:9
  93:9,12,13,13
Layne 1:15,21 3:6
  116:9,13 119:5,19
lead 51:11
leaning 104:13,23
  108:13
learn 20:8 31:1
  58:23 100:15
learned 14:15 58:17
  61:7,7 112:14,15
  112:16 113:7,9
learning 37:23
  112:12
leave 32:13
leaving 105:9
left 83:1,4,5,12 86:4
  86:8,12,15 88:7
  88:11,17 89:9
  98:16 103:2,19
  105:24 109:5,11
leg 77:24 78:7 80:1
  80:3,9,11 82:3
  110:20
legal 24:24 55:15
legs 89:15,17
length 67:23 80:12
  85:15,21
lengthy 102:1
let's 8:9 25:18 65:6
  78:7 84:16 88:10
  89:7 95:5
lethal 37:8
letting 60:5
Lewis 39:17,23
  40:10 46:16 62:1

67:11 69:3 75:19
108:3,4
**Lexington** 18:10,12
**LIBER** 2:3
**life** 8:17 23:18
112:21
**lifeless** 35:3,17
**lifetime** 41:2
**lights** 101:19
**limit** 28:11 34:18
**limited** 23:22
**Limmer** 108:6
**line** 61:6 116:5
118:7
**linear** 13:6
**literally** 63:17
**little** 8:16 16:8 18:5
18:24 59:4 66:16
66:17 81:1,22
104:8 109:6,7
**live** 9:2 25:3 97:13
**lived** 100:17
**located** 54:14,16
55:6
**log** 54:4
**logged** 70:6
**long** 5:16 8:3 9:16
18:13 30:15 34:20
40:24 41:8 56:11
63:3 70:9,10,11
70:12,20 77:23
78:3,4 79:5 84:10
85:8 91:18 92:22
93:10 99:15
**longer** 18:16 63:6
84:23 85:4
**look** 41:3,3 64:10
73:1 93:19 109:21
110:5,20
**looked** 16:9,17,20
56:24 65:21 93:21
**looking** 56:21 69:11
73:24 80:12 97:12
**looks** 103:10 110:12
111:10 112:2
**lot** 34:24 59:3 68:5
84:18
**lower** 89:11
**LPA** 2:12
**lying** 67:17

**M**

**M.D** 2:16
**magically** 42:5
**maintain** 45:23
**making** 13:8 45:8
96:14
**male** 16:21
**Males** 57:17
**malfunctioned**
90:14

**man** 47:12,13
100:16
**managing** 13:18
**manner** 31:19
**manual** 54:13,14
55:5
**marijuana** 56:13,23
57:7,11,22
**mark** 116:3
**Marked** 4:6
**marshal** 17:14
**Marshall** 15:11
72:6,11 88:20
107:23,23,24
108:7,9,22 110:6
111:3
**Marshall's** 72:20
73:3
**mask** 82:10 84:1
86:20,23 87:4
98:3 109:4
**materials** 53:14
55:12 56:3 73:15
**matter** 10:19 40:6
62:19 63:12,16
66:4 78:2 88:24
98:1 112:17
**Mayes** 15:11 62:1
105:14,15,17,21
105:24 106:4,8
108:6 109:8,14,21
111:21
**Mayes's** 109:11
**MC** 64:10,10 72:10
**mean** 12:5 18:24
19:8,17 23:19
24:16,17 45:12,22
49:15 63:8,9,9
70:12 76:11,11
80:9 84:12 89:21
93:18 105:4 108:9
112:20
**meaning** 88:7
**measures** 28:10
**mechanical** 26:2
**medic** 2:15 52:13,16
58:5,7 76:2,5,6
81:21 86:14,24
87:14 88:15,17
105:8
**medical** 14:18 25:1
25:6,10 27:19,20
43:8 45:19,23
52:19 58:8,10
59:19,24 60:1,2,3
60:5,5,7,13,16,19
60:22 61:21 65:12
68:11 76:1,17,18
76:19 77:1,2
84:11 95:1,3,8,11
95:19 99:20

106:17 113:18,22
114:8
**medicine** 90:14
**Medics** 76:9
**meet** 5:19
**members** 23:1
25:16 26:6,13
**memory** 8:9 16:14
**men** 47:12
**mental** 28:17 58:8
**mention** 81:21
**mentioned** 30:6
74:14
**met** 17:2 94:18
**Michael** 1:14 3:5
4:2 5:1,9 117:3,9
117:11 119:7
**middle** 82:6,8,10,18
**Miles** 2:15 82:4
90:9
**million** 107:7
**mind** 34:4 39:3 40:2
52:21 77:21 79:3
79:4 94:10 100:2
100:8
**mind's** 16:15
**mine** 73:9
**minimal** 66:4
**minute** 38:11 40:6
40:18 63:17
**minutes** 8:9 14:9,13
35:3 36:2 50:15
62:19 63:5,13,19
65:3 70:2,3 78:2
85:8 91:21 93:2
93:17,18
**mixed** 40:11
**moment** 42:24
**moments** 69:2
113:10
**Monday** 3:1
**Montgomery** 5:13
8:23 11:1,7,10
17:23 20:17 23:2
24:5 27:16 38:5
46:20
**months** 18:14
**morning** 5:6
**mouth** 53:1,4 58:13
69:9
**move** 60:23 104:4
**movement** 28:11
80:13
**movements** 84:22
91:12
**moving** 93:20,21,22
**mucus** 52:24 69:8
84:2 86:21
**multiple** 32:24
96:14
**murderer** 112:21

**muscles** 93:16

**N**

**name** 5:7,9,9,18
23:14 116:6
**named** 12:10,13
119:7
**names** 40:2
**NaphCare** 2:14
105:12
**narrative** 50:2 64:9
72:19,23 73:5,14
73:20,23 75:17
81:21 92:20
**narratives** 64:9
**natural** 18:9
**nature** 65:13 78:5
**near** 52:13 82:6,6,7
82:23,23,23 86:11
88:18 103:2,18
106:9 109:8
**Nearly** 5:17
**necessarily** 17:15
57:24 91:12
107:11
**necessary** 13:9
20:24 27:2 30:19
65:17 72:1 94:23
**neck** 48:17,22 106:4
106:7,10
**need** 8:5 13:11,12
13:12,13 24:16
25:1 29:11 47:10
55:19 60:4 64:7
68:6,8
**needed** 46:24 84:10
**needs** 13:18 24:24
59:19 76:18
**negligence** 32:14
**never** 20:11 21:22
22:5,21 26:7
27:15 29:22,23
30:3,7 35:21 36:8
36:11 97:7,10
98:5 106:6
**nice** 6:15
**NICHOLAS** 2:2
**Nick** 5:18 28:16
29:2 116:15
**nod** 7:2
**Nods** 28:6 108:1
**noises** 96:15
**normal** 13:17 28:11
84:23 85:4 98:17
**nose** 53:1
**notary** 1:15 3:6,7,8
116:7 117:13,17
119:5,19
**notes** 3:7 113:11
**notice** 52:24 53:3
69:7

**noticed** 35:16
**noticing** 94:3
**noting** 117:6
**number** 94:5 116:5
116:5
**nurse** 2:14,15,15
76:5 82:4 90:9,12
91:19,22 92:1,3
**Nutter** 18:19

**O**

**oath** 7:14,19,20
22:15,21
**obese** 43:11
**obesity** 48:10 49:4
**object** 21:7 28:15
**objecting** 28:19
**objection** 21:6,18
21:23 22:10 23:4
23:10 24:2,14
25:12 26:9,16,24
27:23 28:20,22
29:15 30:1 31:5
31:10 35:4 36:5
36:13,19 37:19
38:16 40:20 42:13
44:2 50:17 62:4
62:21 64:17 66:6
75:12 76:7 80:17
81:1 84:8,24 85:9
85:16,23 87:16
94:12,19 96:6
97:14 100:5,12
101:6 104:17
107:2 108:17
109:16,24 110:14
111:9 114:18
**obligated** 23:17
**obligation** 15:3 25:5
**observations** 87:1
**observed** 66:19
**obtain** 14:23 27:2
**obviously** 23:19
24:22,24 32:12
33:13 40:23 41:6
43:5 61:12 80:2
93:4
**occasion** 84:17
**occasionally** 12:6
19:10 55:22
**occurred** 70:24 75:3
86:9 98:18
**office** 5:14 10:15,22
11:2 18:10,12,15
20:9 55:8 119:16
**officer** 5:11,18 8:8
8:17 10:6,7 11:1,4
11:19 15:11,11
17:4,23 20:11
21:15 22:3,4,7,14
25:16 28:7 33:10

35:9 36:10,16
37:3,3 38:11
39:10,23,24 47:10
48:1 53:15 59:8
64:4 66:16,19
67:11,12 69:3,3
69:12 73:2,2 79:8
82:20 84:3 89:8
89:11 92:4,7 96:3
96:16 97:20
101:10 104:14
106:8,9 109:8,11
109:14,21 110:6
111:3,21 112:8
114:23
**officer's** 89:9
**officers** 20:17,20,23
21:3 22:9 30:11
32:16,22 33:1,12
35:1 36:1 38:4
39:14,23 40:7
41:16 42:20 43:21
44:6 46:14,18,21
46:24 47:5,6
51:18 59:11 60:23
60:23 65:7 66:3
71:4,11 75:3,22
80:22 81:15,16
82:1 86:11 96:4
96:17 103:22
105:13 106:19
107:1,12 114:15
**officers'** 25:9 31:17
33:18
**official** 3:8 99:16
**oh** 15:18 66:7 72:12
80:4 93:1 114:19
**Ohio** 1:1,15,16,22
2:4,8,13 8:18
18:18 37:13,18
116:9 119:2,6,16
119:20
**okay** 6:18,24 7:5,8
8:14 11:15 12:8
12:15 14:1 15:22
19:2,12 21:10
22:19 24:23 28:5
28:8 29:7 32:1,5,7
32:8,11,14,15,19
43:2 45:15 53:14
57:4 60:12 64:12
72:13 77:19 79:18
80:5,8 83:8,17
88:12,14,16 89:5
90:17 91:10 92:11
93:3 94:10 95:21
101:18 102:19
104:5 105:3
106:13 107:18
108:5 114:24
**old** 99:8 100:17

**once** 30:20 32:2
47:16,19,21 60:4
62:16 68:6 78:17
**open** 17:12 57:18
**opinion** 44:18
**opportunity** 8:13,13
38:21 39:17,22
112:12
**opposed** 15:16
34:15 76:5
**opposite** 89:1
107:17
**order** 19:13 37:17
37:24 67:3
**ordered** 91:16
**orders** 31:17 51:7
54:13,14
**ordinary** 13:17
**orientation** 11:6
54:6
**original** 60:1
**originally** 77:10
**outside** 17:22 68:7
68:13
**overweight** 43:12
**oxygen** 52:17,20
58:12,12 81:22
82:10 86:23 89:19
109:4

---
**P**

**p.m** 12:23,23 14:4
58:18 69:14 74:1
**pad** 87:10
**page** 4:4,7 72:10
116:5,8 117:5
118:7
**pair** 78:7 80:2
**panic** 44:10,14
**paraphrasing** 33:17
**part** 24:8 25:9
74:13 92:14
110:20
**particular** 10:2 12:7
13:16 17:17 67:7
67:23 99:5,6
**particularly** 15:18
33:11 42:23 67:7
111:24
**parties** 3:5
**parts** 101:16
**pass-ons** 14:10
**pat** 38:19 39:10,14
**path** 17:10 112:10
**patient** 114:13,14
**Pause** 113:16
**people** 15:15,20
16:2,5 24:8 26:23
27:7 30:12,15
31:24 34:9,12
35:22 38:4 40:15

45:4 46:4,6 47:14
49:24 50:14 57:10
59:3,4 63:8,9
74:14,24 84:18
99:19 107:9
111:24 112:4
**people's** 72:6
**perform** 51:21
57:13 68:7 76:9
**performing** 51:20
**period** 28:14 34:19
40:24 41:7 59:9
70:13 78:3 84:4
84:22 85:21 86:14
93:12 95:18 104:7
**periods** 35:10
**permissible** 20:2,3
20:4
**permit** 80:10
**permits** 26:22
**permitted** 21:22
**person** 6:21 14:21
19:11 27:13 36:11
38:7 45:8 52:19
55:2 85:21 89:1
104:21,22 107:10
114:8
**person's** 71:20
114:11
**personal** 8:17
**personally** 42:18
78:3
**Phil** 1:8
**phone** 79:9
**photo** 79:3,6
**photograph** 79:10
79:11
**phraseology** 17:5
35:21
**physical** 26:2 42:23
45:3 54:17 55:5
77:20 78:5
**physically** 31:21
41:14,16 68:19
**pick** 42:6
**pictures** 74:11
**piece** 73:3
**place** 23:14 55:1
56:18 84:1 92:9
104:15 105:5
107:6 119:13
**placed** 27:13 30:15
57:12 87:6 111:10
**placing** 25:16 26:6
26:13
**Plaintiff** 1:6,14 2:5
3:5
**Plaintiff's** 64:7,8
**plan** 9:20 17:9,10
17:12 59:14,23
61:8,19

**play** 80:4
**please** 5:6 21:14
79:11 116:3,8
**plenty** 17:20
**Plummer/Montgo...**
1:8
**pod** 14:4,12,16,18
14:19 15:19 46:6
51:17 63:16 66:18
74:11 95:13
**point** 23:21 33:1
58:20 61:2 69:7
74:13 75:18 79:20
80:6 81:6 87:5,13
89:10 91:19 92:22
93:8,9,19 95:3,5,6
95:8,11 96:4 98:7
98:9,16 104:3
105:8 107:16
**pointing** 102:20
**points** 88:1,5
**policies** 48:4 53:16
53:17,19 54:10,20
55:9,9 65:21 75:9
75:10,13 95:24
**policy** 26:18,20 30:6
54:1 56:4 65:5
66:1,3,12
**portion** 28:12
113:19
**portions** 111:22
**pose** 47:18
**poses** 36:11,17
**posing** 47:20,22
**position** 10:23 17:5
17:14 18:11,13,14
18:15 19:14 20:14
26:7,14 28:13
30:21 31:8,24
32:4 34:7,9,18
36:17 37:8 42:23
43:4 48:17 49:7
49:13 67:15,23
76:5 83:9 85:7,7
85:14,21 86:11
96:18 103:1,15
104:6 110:8
111:15,18,19
114:14
**positional** 27:14
30:22 37:10 48:2
48:6,11,14,18
49:2,6,10,14,21
55:12 56:1,5,9
90:5 96:2
**positioned** 66:24
67:1 81:16 82:20
**positioning** 55:24
56:5
**positions** 32:24
**possibility** 39:5

**possible** 30:22
34:17,19 51:2
63:1 70:4 86:9
87:18 101:11
**possibly** 50:19,23
52:23 111:11
**post** 98:16
**potential** 112:12
**potentially** 20:5,14
37:8 48:23 51:11
107:10
**power** 113:6
**practice** 26:8 27:10
30:8,18 65:6
**practices** 75:4
**preexisting** 48:13
**Pregon** 1:16 2:6,7
21:6,18,23 22:10
22:16 23:4,10
24:2,14 25:12
26:9,16,24 27:23
28:15 29:1,6,8,15
30:1 31:5,10 35:4
36:5,7,13,19
37:19 38:16 40:10
40:20 42:13,18
44:2 50:17 57:9
62:4,21 64:17
66:6,8 75:12 79:5
79:19 80:17 81:1
84:8,24 85:9,16
85:23 94:12,19
96:6 97:14 100:5
100:12 101:6,19
102:6,10 104:17
105:12,14 107:2
107:18 109:16,24
110:14 111:9
114:18 115:3
116:16
**preparation** 53:16
53:20
**prepare** 11:18
14:10
**presence** 3:7 117:14
119:10
**present** 33:12
**Presented** 101:4
**presents** 55:17
**preserving** 29:1
**pressure** 48:16,21
49:1 58:15,19,23
59:3,5 86:8
**presume** 29:22
69:17 84:16
**pretty** 10:17,17
17:19 76:24 98:15
103:14,20 105:19
112:22
**prevent** 30:22 33:14
34:17 50:23 51:2

86:7 87:9,17,22
106:14
**prevented** 107:1
**preventing** 81:16
**prevents** 27:3
**printed** 116:4
**prior** 11:24 12:3
17:1 18:4 37:15
44:22,23 53:23
58:24 70:22 80:21
**private** 10:20 18:3
18:11
**probably** 6:6 13:21
13:22 14:12 22:15
29:10 46:16 54:3
54:24 61:21 68:19
70:15 78:6,20,20
80:3 88:20 93:11
97:16 101:15
**problem** 63:24
**problems** 32:13
48:23 52:21
**procedure** 1:15 3:6
54:1 116:8
**procedures** 54:11
75:9,10
**proceedings** 113:16
**process** 42:20
**professional** 45:23
106:18 116:13
**prohibited** 26:14
27:10 30:8 37:13
**prone** 18:21,23 19:6
19:8,9,15,19,22
20:2 26:7,14,23
27:7,21 28:3,9
29:14 30:7,12,16
30:21 31:8 34:6,8
34:13 37:7,12,17
48:17 49:6,13
55:24 56:5 90:4
96:2 111:15,19
114:14
**prone-out** 31:24
**proned** 27:14
**pronounced** 98:15
**proof** 3:8
**proofread** 71:24
**proper** 13:9
**protect** 23:1,3,17,17
24:20 107:9,10,13
107:14
**protecting** 23:9
24:8,13 107:12
**provide** 25:1,2,4,5
25:10 71:12
**provided** 55:11
**provoke** 45:6
**proximity** 68:5
**pry** 8:17
**public** 1:15 116:7

117:13,17 119:5
119:19
**published** 56:7
**pull** 78:23
**pulse** 93:24,24
113:2
**punch** 78:11
**purpose** 61:18
80:10
**pursue** 9:22,24
17:10
**push** 17:13
**pushing** 86:7
108:15
**put** 20:2,13 26:23
31:7 48:21 51:8
52:7 61:3,13,19
62:2 68:8,9,16
71:7,17,20 77:10
77:12,13,15 78:7
79:24 84:16 86:20
87:10 106:6,9
109:4
**putting** 27:7 58:12
65:16 86:7 104:23
106:4

---

### Q

**qualification** 3:8
**qualified** 119:6
**question** 7:7,11
8:11,14 9:5 15:13
19:2 21:9,13 24:7
24:12 28:19 29:11
29:12,13 35:1
50:11 54:22 60:10
72:18 92:22
**questions** 19:1
53:15 72:3 89:24
113:12,13 114:22
**quick** 8:4 53:15
63:21 88:22
103:14
**quickly** 62:24
**quite** 16:23 57:14
99:14
**quote** 24:18

---

### R

**radio** 14:17,20,24
15:2
**rail** 83:7 107:20
111:6
**raise** 52:20
**range** 46:19 82:10
94:6
**ranting** 44:17
**raving** 44:17
**read** 97:15 115:3
116:3,6,8,10
117:4,13 118:2,4

**reading** 58:24 59:5
117:12
**readings** 59:4
**real** 45:10 63:21
**realize** 6:1,6
**realized** 51:22
77:14 78:5 82:9
**realizing** 78:5 95:17
**really** 47:5 57:14
58:9 61:17 65:19
89:18 94:17
101:21 112:20
113:8
**realm** 13:10
**rear** 49:12
**reason** 7:17 8:5
10:2 12:7 24:22
31:20 32:7 33:17
45:5 68:12 90:14
90:19 118:7
**reasonable** 20:21
**reasonably** 20:24
59:9 80:11
**reasons** 10:5 44:24
46:5 112:9 118:5
**recall** 13:1 14:15
16:3 42:23 53:9
53:13,24 55:23
61:6 72:22 73:15
77:8,21 82:5,21
91:18 105:19
111:24
**receive** 14:10 20:1
55:15,22 74:3
**received** 18:20,22
20:10 29:23 55:14
56:3 90:4 102:2
**receiving** 55:24
58:12 76:12
**recession** 10:17
**recognize** 102:3
**recognized** 93:10
**Recognizing** 101:9
**recollection** 16:5
40:5,9,19 81:6
91:13 102:6
109:20 113:18
**record** 5:19 7:5 9:4
9:6,9 28:16,19
29:1,5 64:1,3
78:17 79:6 118:5
**reduced** 3:7
**refer** 13:14
**reference** 64:11
79:23 107:12
**referred** 62:8
**referring** 22:20
76:2
**refers** 19:21 114:12
**Refresh** 102:6
**refusing** 51:9

**regained** 98:5
**regard** 48:3,8
**regarded** 30:18
**regarding** 75:11
**related** 107:11
**relative** 84:14,15
86:10
**released** 98:7
**relevant** 50:8,15
**relieved** 103:23
**rely** 64:6
**relying** 7:23
**remain** 81:14 82:1
**remember** 8:10
12:18 15:6,10,18
15:23 16:1,17,23
22:15 33:11 43:3
43:5,15,16,16
51:15 52:14 54:7
66:23 67:7,14
68:15,18,21,22
69:20 70:10,20
71:8,15,21 78:3
80:6 86:18 87:6
88:19,23 89:14,16
89:20,24 90:1,2
90:20 92:16 95:12
95:15 98:11
104:16,19,21
105:2,8,17,23
111:23 112:2,2,3
112:4,6
**Remind** 12:22
**REMINGER** 2:12
**remove** 66:20 68:18
68:19 104:15
**removed** 30:21 31:8
98:2
**removing** 68:1,14
**repeat** 21:14
**repetitive** 66:16
**report** 11:21 14:3
50:3,4,6 64:8
65:10,11,18,20
66:4 70:8,9,21
71:1,12,13,17,20
71:24 72:7,20
73:9,23 74:19
99:20 114:11
**reported** 71:23
**reporter** 5:7 6:17
116:13 118:1
**reports** 12:6 64:14
65:8,22 71:7,18
71:22 72:6,23
73:7 113:22,22
114:2
**reposition** 96:4
**represent** 6:7
**request** 13:12,15,16
60:23 118:4

**require** 25:6
**requires** 25:3
**requiring** 76:17
**research** 37:6,9
**resistance** 93:15
94:3 95:7,23
**respect** 46:6
**respective** 3:5
**respond** 15:3,7
31:20 45:22
101:15
**responded** 14:4,11
15:6,8 42:20
**responding** 16:6
59:18
**response** 41:23
101:9
**responsibilities**
13:3,7
**responsibility** 23:1
23:3
**responsible** 24:13
**rest** 104:13
**resting** 111:3
**restrain** 20:4 26:3
30:12 36:11 37:2
64:20 65:1,2
84:18,21,23
**restrained** 19:10
43:23 47:17,19,22
50:19,23 51:2
59:10 64:22 82:21
85:6,14,20
**restraining** 50:15
74:24
**restrains** 36:16
**restraint** 18:21,23
19:6,8,9,22 20:2
25:23 26:23 27:7
27:22 28:3,9
29:14 30:7,16
34:7,9,13 37:7,13
37:17 52:7 53:6
53:11,17 54:1
55:10 60:24 61:3
61:8,20 62:3,9,17
62:18 63:12 68:10
75:11 90:5 96:2
100:3
**restraints** 20:12
25:17,18,19 26:1
26:4,7,14 27:13
**restrict** 20:12
**restricted** 23:20
**restroom** 63:21
**result** 41:15,16
74:22 113:23
116:10
**resume** 98:17
**resuscitate** 97:23
**retraining** 74:23

**return** 116:8
**review** 12:6 53:16
  53:20 54:8,8
  88:21 89:13
**reviewed** 11:20,23
  12:2,4,9 16:9 54:1
  54:6 75:8 113:21
**reviewing** 16:13,14
  53:23 72:22 73:15
**revisit** 8:12
**Richardson** 1:5 6:4
  6:7 16:7 17:1
  24:1 25:6 27:18
  27:21 31:4 32:22
  33:17,21 34:20
  35:11,13,16 38:14
  39:3 40:7,8,16
  41:10,21 42:1,16
  43:7,11,13,19,24
  44:5 45:18,20
  46:1,12 47:17
  49:23 50:13 51:4
  51:14,16,19,22
  52:1,3,5,7,9,11,17
  52:20,21 53:7,12
  58:6,14,19,24
  59:10,16,17 60:14
  60:17,20,23 61:3
  61:8,19 62:2 64:6
  64:16 65:15 66:12
  66:20 67:1,9,16
  67:17 68:2 69:4,8
  74:5 75:19 77:4
  77:10,23 78:11,18
  79:16 80:16,23
  81:7,23 82:16,20
  83:14,21 84:23
  85:7,13 87:24
  88:2 90:16 91:7
  92:21,24 94:7
  96:5,10,12 97:13
  97:19,23 98:5
  99:8 106:15,23
  108:13,15 109:15
  111:11,15,18
  114:12
**Richardson's** 24:9
  52:14 53:1 58:7
  67:3,6 81:17
  83:11 86:4,16
  87:2,7,15 88:2,6
  88:18 89:11 91:2
  91:12 98:9 103:5
  103:19 106:4,9,20
  107:19 108:10,23
  109:12,22 110:13
**ride** 15:19
**right** 6:13 8:6,16
  14:5 15:14 17:7
  23:24 24:21,21
  26:6 31:7,16

36:24 42:18 55:4
  63:14 72:11 73:3
  78:23 83:1,3,10
  83:11,14 88:10,18
  89:8 90:23 91:3
  92:13 93:12 97:5
  103:5,8,10,11,15
  107:19,21 108:7
  108:22 109:5
  110:2,12,13,17
  111:3,8 112:8
  113:21 114:16
**right-hand** 102:21
**rights** 23:3,8,18,18
  23:21 24:9,12,19
**riot** 24:22
**risk** 35:24 36:12,17
  46:8 48:5,6,10,14
  48:17 49:2,5,9,14
  49:21 90:5
**Robert** 1:5 2:11 6:3
  6:7 23:24 24:9
  25:6 27:18 31:3
  31:12 32:6,22
  33:9,16,21 34:20
  35:2,10,13,16
  39:3,14 40:6,7
  49:23 50:13 97:12
**role** 76:4
**roll** 30:23 31:23
  51:18 52:3 57:18
  60:14 80:19,23
  83:24 94:7 96:10
**rolled** 80:15 83:14
  97:19
**rolling** 67:24 84:11
  86:7 93:15
**room** 68:5 79:24
**rude** 7:4
**rule** 19:1 27:6 35:23
  35:23 36:3,8 38:2
  38:3,7 39:6 41:24
**rules** 1:15 3:6 6:12
  20:16 41:22 116:8

─────────

**S**

**S-T-U-M-P-F-F**
  5:10
**safer** 37:4
**safety** 78:7
**saliva** 53:3
**Sarg** 93:22
**sat** 70:7
**save** 112:20 113:6
**saw** 44:13 87:5
  106:4,6
**saying** 27:15 43:15
  47:9 55:18
**says** 5:3 19:9 35:24
  62:17 68:1 69:2
  114:12,13

**scene** 46:14 47:10
  74:12 76:1,19
  95:11 98:12
  113:18
**school** 8:20,22 9:12
  9:14
**Science** 9:19
**screaming** 43:17
  44:17 51:6
**screen** 73:4,5
**screening** 76:15
**seal** 119:16
**searches** 57:13
**seasonal** 18:14
**second** 88:22 91:15
  91:20,23 92:21,23
**seconds** 98:2 102:19
  103:4,13,14
**secure** 69:4 78:9
**secured** 75:19 82:8
**securing** 77:4
**security** 10:20
  14:17 18:3,11,17
  18:18
**see** 39:11,14 44:21
  58:11 72:9 80:7
  82:12,15 83:13
  86:10 89:13 92:18
  101:22 102:17
  103:7 106:5,8
  109:11 110:12
  112:11
**seeing** 66:23 86:18
**seen** 12:13,16 37:16
  48:7 53:19 56:7
  56:15 62:8 97:15
  106:3 112:1
  113:24 114:2
**seizure** 107:11
**self** 34:1
**send** 79:5
**sensation** 97:8
**sequence** 71:21
**sergeant** 39:9,17,23
  46:16,17 61:10,16
  62:17 66:19 67:11
  67:12 69:3,3
  98:12
**sergeant's** 55:8
**sergeants** 47:5
**serious** 10:17
**serve** 10:3
**services** 114:3
**Session** 3:1
**set** 16:21 18:9 30:17
  63:7 77:10,11,14
  98:4 119:15
**sets** 77:5,12,13,16
  77:24 78:9,17,23
  79:12,16 80:14
**seven** 46:18 47:1,11

47:14,16 100:10
**severe** 18:8
**shackles** 77:17 78:1
  78:8 80:1,2,3,10
  80:11 82:4
**share** 79:9
**sheet** 116:5,6,9
**Sheriff** 1:9 2:9
**sheriff's** 5:13 10:15
  10:22 11:2 20:9
**SHIBLEY** 2:3
**shift** 14:10 58:20
  70:14,15,22
**shin** 106:9
**shirt** 83:23 108:2
**short** 16:23 24:22
  34:18 36:2 59:9
  64:3 95:18
**shorten** 97:22
**shortly** 10:14 70:5
**shot** 90:13 92:9
  94:24 95:7
**shoulder** 82:23,24
  83:1,1,3,4,5,11,12
  83:22 86:4,8,12
  88:2,7,18 89:1,3,3
  89:9 103:2,5,16
  103:19 104:16,23
  105:5 107:19
  110:13,18,19,21
**shoulders** 104:15
**show** 13:22 40:23
  47:4 78:16,24
  101:24
**showed** 42:24
  111:21
**showing** 102:2
**shown** 37:7
**shows** 35:2,7 41:5
  47:8 81:10,11
  89:20 105:1
**shrug** 7:2
**Shutts** 74:11
**side** 34:14 67:6,21
  83:14 102:21
  111:10,12
**sides** 80:7
**sign** 54:3,5 116:3,6
  116:8
**signature** 115:5
  116:8 118:23
**signed** 106:3 116:10
  117:14
**significance** 99:6
**signing** 117:12
**similar** 85:7,14
  101:13
**similarly** 101:15
**simple** 65:15
**simply** 19:9
**Sincerely** 116:12

**sir** 5:15,22,24 6:5,9
  6:14,19 7:1,13,15
  7:22 8:7,15 17:8
  26:5 39:18 40:1
  48:9 49:22 55:3
  56:10 75:7 92:8
  102:5 114:7
**sit** 24:18 52:10
  55:23 60:17 69:24
  72:22 94:7 105:6
**sitting** 90:2,6
  110:19
**situation** 41:2 45:24
  46:22 47:15 59:23
  60:3 61:12 65:13
**situations** 57:21
  62:13
**six** 18:14 46:16
  63:12,19 80:4
  93:18
**six-foot-four** 105:11
**six-four** 105:21
**Sixth** 55:19
**size** 77:20
**skin** 91:5
**skip** 102:1
**skull** 87:12
**smiling** 112:4,6
**smoke** 56:19 57:19
**smoking** 56:15
**Sollenberger** 74:12
**somebody** 7:3 19:19
  19:23 20:2,4
  29:23 30:20 44:18
  49:5,16,16 51:9
  54:19,22 55:18
  57:14 61:11 62:15
  62:16 77:7 85:6
  85:14,20 89:9,15
  89:19 90:1,2,6
  93:9 96:17 97:7
  98:8 101:14
**somebody's** 25:22
  84:22 104:13
**someone's** 48:22
**soon** 31:7 38:6 70:4
  70:5 97:24 98:3
**sorry** 11:3 19:4
  25:13 34:2 36:6
  47:3 50:22,24
  66:7 72:12 73:22
  92:12 98:21
  114:19
**sort** 27:19 61:22
**sound** 14:4
**sounds** 14:6
**Southern** 1:1 8:18
**SPANGENBERG**
  2:3
**speak** 13:10,13,13
  13:15 33:24 34:4

40:4 63:13 89:22
108:18
**Special** 1:4
**specific** 24:18 30:17
34:22 40:22 41:4
42:23 54:4 62:23
71:8
**specifically** 53:20
53:23 67:5 112:6
**specifics** 60:11
**specified** 119:13
**speech** 24:21
**spell** 5:7
**spelled** 5:10
**spit** 69:8 86:21
**spoke** 98:8
**spoken** 11:20
**spot** 56:20 92:16
**spring** 10:22,23
**Sr** 1:5
**stabilize** 106:12
**stairs** 32:10 63:7,18
**stand** 30:23 32:3,9
33:5,8,9,12,13
60:20 68:10 94:7
**standard** 13:6
**standing** 67:5,14
**start** 11:12 23:14
45:8 55:1 82:22
113:3
**started** 51:21 78:4
94:1 95:16 97:21
97:24 98:3
**starts** 2:11 14:10
116:15
**state** 1:15 34:4
37:13,17 40:14
44:10,14 92:20
117:1 119:2,6,20
**stated** 117:12
**statement** 14:14
16:9,14 29:5
46:10 73:3 75:17
114:11
**statements** 106:3
**States** 1:1 56:8
**station** 69:23
**stationed** 11:6
**stay** 96:24 98:8
103:18
**steel** 107:6
**stenotype** 119:9
**stenotypy** 3:7
**step-by-step** 38:11
**Steve** 58:12 76:24
84:1 86:20 87:3
89:18 105:17
108:2,3,6 109:4
**Steven** 2:15
**stipulated** 3:4
**STIPULATIONS**

3:3
**Stockhauser** 2:15
52:13,16 58:5,7
76:2,22 81:22
86:14,19,24 87:14
88:15 105:9,23
**Stockhauser's**
88:17
**stomach** 38:8
**stop** 6:20 23:24
**stopped** 27:21 35:14
35:17 51:23 52:1
52:5,9 81:7 82:16
102:19 113:2
**stopping** 80:21
108:8,21
**stops** 93:14
**stopwatch** 93:4
**straddling** 89:11,16
89:16 90:3,6
**straight** 109:3
**strange** 44:19 45:4
45:10
**Street** 2:12
**stretch** 104:8
**strikes** 65:19
**strip** 57:13
**stripped** 23:20
**struggle** 32:20 49:9
67:2,8 68:23
100:3
**struggled** 32:22
33:7
**struggling** 32:24
36:1 43:3 96:17
97:13 100:10
**stuff** 45:4 76:10
84:2
**Stumpff** 1:14 3:5
4:2 5:1,9,18 8:8
25:16 38:11 48:1
59:8 64:4 84:3
96:3 112:8 114:23
116:2 117:3,9,11
119:7
**submit** 70:1 73:6
**submitted** 71:18,22
71:24 72:1,7,11
72:15 117:11
**submitting** 72:23
73:20,23
**substance** 117:6
**successful** 92:17
**sudden** 35:24
**Suite** 1:16 2:4,8,13
**supervisor** 39:9
**supervisors** 39:19
51:18
**supplement** 8:12
**supplemental** 71:22
73:7

**suppose** 78:21
**supposed** 21:9 23:8
58:15 65:22
**Supreme** 55:18
**sure** 6:1,10,16 13:8
13:11 15:13,20
22:4,8 24:8 25:18
28:7 38:19 41:3
54:21 61:17 63:22
76:24 95:5 101:1
104:11 105:20,22
113:4
**surface** 97:4
**surrounding** 6:3
**suspected** 43:8
**switched** 77:16
**sworn** 5:2 22:16,17
22:21,23 106:3
119:7
**syringe** 90:13 91:5
91:8,10
**system** 17:21

———————

**T**

**t-shirt** 87:6
**tab** 73:6
**table** 7:3
**take** 6:17,21 7:20
8:3,4,13 13:10
22:21 51:1 63:4
63:20 64:5 70:9
79:3 94:24 97:4
104:1
**takedown** 65:19
**taken** 1:15 3:6 5:20
6:2 40:3 58:19
63:6 79:6 95:23
100:19 118:2
119:9,12
**talk** 45:11 55:2 71:6
81:15 82:4 86:10
**talked** 36:23 48:4
49:4 56:4 81:22
82:3
**talking** 6:21 16:10
25:19 26:1,2
31:23 55:10 66:2
87:21 95:5
**tank** 58:12
**team** 68:19
**technical** 10:19
**technique** 19:11
20:6
**technology** 102:13
**teenager** 16:19
**tell** 7:8 8:20 9:13
18:5 21:8,9 24:20
54:18 57:6 61:7
66:23 68:2 70:21
78:18 83:20 90:10
97:16 99:18

107:22 110:23
112:14
**telling** 70:18
**temporal** 76:20
**ten** 14:13 63:9 93:2
93:11
**ten-minute** 94:5
**tends** 49:16
**tenor** 99:3
**tense** 93:16
**term** 19:6 25:17
26:4 29:19,22
48:2 84:14 114:3
**terms** 17:10 66:24
**terrible** 112:23
**testified** 7:16 38:2
40:5 41:21 48:1
103:22 111:21
**testify** 7:21 28:22
119:8
**testimony** 39:1
40:15 50:14,16
59:10 116:4,5,6
119:9,12
**thank** 80:21 114:22
115:1,2
**Thanks** 63:23
**thing** 60:6 77:3
87:17,20 89:2
90:18 101:5 102:1
**things** 16:11 25:3,4
32:18 38:12 44:16
65:20 100:20
101:1,10 107:7
113:7
**think** 17:5 22:14,16
28:21 34:6 38:2
40:10 41:19 47:4
47:8 58:11 59:9
61:13 62:2 74:10
74:11,12 75:18
81:10 83:22 87:3
87:5,17 92:15,20
93:23 94:4 95:13
97:12 98:8,14
100:3,8 101:8,13
103:22 105:14
107:23,24 108:4
108:22 111:8
113:11
**thinking** 39:3
**third** 12:20,21,22
13:5 14:8
**thirties** 16:21
**thirty** 116:8
**Thomas** 5:9
**thought** 95:22
**thrash** 81:24
**thrashed** 82:3
**thrashing** 31:18,22
33:6 51:6 67:4,22

78:15 81:3,8,12
81:17 83:23 91:7
107:5
**threat** 47:18,20,23
**threaten** 45:6
**threatened** 45:2
**threatening** 44:24
45:3 49:24 50:14
**threats** 45:8
**three** 36:2
**three-letter** 17:15
17:20 56:8
**three-minute** 35:23
**thumb** 38:7
**tight** 68:4
**time** 3:6 6:22 8:5
10:16 11:24 12:16
12:20 14:7 15:23
28:14 30:17 33:1
34:5,22 35:6,9,10
35:13,16 37:23
38:13 39:1,2
40:16,17,22,24
41:4,4,5,6,7,24
43:4 45:12 46:3
46:12,15,20 47:19
50:8 51:1,9,21
52:1,5 53:8,24
54:19 58:10,11,22
59:9 61:2,6 62:23
63:11 64:23 67:10
67:23 69:7 70:13
71:16 72:18 73:14
73:22 77:2,12,14
78:3 82:15 84:5
84:22 85:15,20
86:14 89:10 91:18
91:22 93:5,6,8,9
93:12 94:2,6,10
94:23 95:6,11,14
95:16,19,19,22
96:4 97:17 98:7,9
100:10 101:12,12
103:19,21 104:3,7
111:17 113:1
114:23 116:9,10
119:13
**timeframe** 98:21
**timer** 93:4
**times** 12:22 53:6,11
56:24 83:13 86:6
87:1 104:11,12
111:22
**timing** 76:20
**today** 5:21 6:11
7:14,20,24 8:14
11:10 55:23 101:4
**today's** 6:11 11:18
53:17
**told** 9:8 12:10 16:9
17:4 21:12 30:10

33:16 37:10 48:3
49:23 51:15 53:15
59:8 65:10 77:7
95:24 96:1 98:16
99:21 112:9
**top** 89:14 90:1,6
105:6 109:15
110:20,21 111:11
**touch** 68:17
**towel** 87:6,8,10,15
87:22 110:2
**track** 95:20
**trained** 20:13 48:5
96:16,20,22 97:7
**training** 11:7 18:20
18:22 20:1,9,10
29:23 30:4,14
31:2 37:10 48:3,7
54:4 55:15,20
74:23 90:4 96:1
101:12 113:2
**transcribed** 3:7
119:10
**transcript** 116:3,3,6
116:10 117:4,10
118:2 119:12
**transcripts** 40:4
**transferred** 77:24
**transitional** 29:19
29:24
**transmission** 15:3
**transpired** 95:15
**tried** 33:3,3,5,6,9,12
77:14 90:12
112:20
**tries** 90:9
**trouble** 58:11
**true** 21:17,20 32:23
37:4 42:17 43:19
43:22 55:15 61:5
65:3 94:18 96:5
108:16,23 110:13
111:15,19 113:19
113:20 117:7
119:11
**truth** 119:8
**truthfulness** 7:24
**try** 32:3 33:2 34:14
34:16,18 41:18
56:20 66:16 78:11
84:1 87:9 99:11
100:15,21 106:11
113:6
**trying** 41:19 42:21
43:19 52:16,19
57:1 67:3 68:9,10
68:11,12 73:11
76:19 81:22 83:22
83:24,24 86:6,20
86:20 87:3 89:19
90:20 91:2 97:17

97:23 101:8 104:7
107:8,9 112:17
**tryy** 13:22
**turn** 113:14
**turning** 109:5
**turns** 104:3
**two** 37:2 40:2 63:9
72:3 77:4,12,13
77:16,24 78:9,17
78:23 79:12,15
80:14
**type** 9:21 43:8
55:21 69:17,24
70:18,21 73:2,5
**typed** 40:4 69:20
71:24
**typewritten** 116:4
**typical** 60:10
**typically** 14:7 32:1
49:15,17 56:18
57:12,17 65:20
**typing** 72:19 73:10

_____
**U**
_____

**uh-huh** 7:2 16:4,12
50:12 72:4 102:22
109:13 110:9
111:7 114:5
**unable** 32:16 81:13
81:13
**unacceptable** 27:10
**unavoidable** 66:17
**unbeknownst** 31:21
45:1
**uncommon** 8:8
**underneath** 87:7
110:2
**undersigned** 117:13
**understand** 5:20
6:4,8 7:6,7,9,14
7:19,23 8:2,7 15:2
16:2 19:2,8 22:24
27:6,8 28:9 57:7
66:1 70:17 76:20
80:10 82:19
**understanding** 6:12
14:3 19:22 25:18
26:4 27:9 30:14
40:16 46:7 59:18
61:2 62:20 65:5
66:11 76:4 91:15
99:24 102:12
**understandings**
96:8
**understood** 7:12
12:15 43:7 44:8
74:8,9 75:2
**unit** 13:7 15:4
**United** 1:1 56:7
**University** 9:15
**unknown** 14:18

33:17 45:5,8
57:15 60:1 85:5
**unnecessary** 21:4
21:16 36:11,17,18
36:23
**unsuccessful** 90:10
**updates** 55:15,22,24
**uphold** 22:22
**upstairs** 61:12
**upwards** 70:18
**use** 20:20,23 21:3
22:9 25:17 30:3
30:19 36:18 37:12
44:10 49:12 55:10
57:17 62:12 63:21
64:14 65:7,10,11
65:18,22 66:3
**uses** 21:15 22:5
**usually** 14:9 19:21
51:10 62:24

_____
**V**
_____

**vaginal** 57:17
**Vaguely** 16:19
**various** 10:14,20
**verbal** 82:1
**versed** 24:1
**versus** 47:12,13
**vicinity** 59:12
**video** 11:21,23 12:2
12:12,13,16 13:21
16:10,13 34:23,24
35:2,7 40:23 41:3
41:5 47:4,8 73:18
77:22 81:10,11
83:13 88:21 89:13
89:20,22 102:3,4
104:9 105:1
111:17,22 112:1
**view** 103:8
**viewed** 11:21 12:14
**Vine** 2:12
**violate** 41:22
**violations** 41:24
**violence** 49:24
50:14
**violent** 31:19,21
33:13 41:11 46:2
46:8 51:12
**vs** 1:7

_____
**W**
_____

**wait** 6:20,22,23
93:17
**waiting** 94:24 95:1
95:3,8
**waived** 3:8 115:5
**walk** 32:9 42:5
44:21 80:10,11
**want** 6:11 7:8 8:11
8:12 15:13 17:10

21:12 38:3,12
46:11 53:14 63:20
77:15 78:24 79:8
82:19 87:11 93:1
95:2 101:8,24
102:16
**wanted** 9:23 72:20
80:15,22
**wants** 57:14
**wasn't** 13:17 32:6
33:18 65:18,19
67:22 93:10,21,22
95:19
**watch** 12:19,20,21
12:22 13:5 14:8
73:18 104:12
**watched** 34:23,23
104:9,11
**water** 96:24 99:22
**way** 6:17 13:9 17:19
31:22 36:11 37:4
40:14 44:12 57:7
101:1,11,14
102:12 103:7
108:11,14 110:7
**ways** 20:12 37:2
57:6
**we'll** 6:20 8:6 13:20
32:3 88:22 93:1
115:3
**we're** 16:10 22:17
23:16,17 24:24
25:2 32:1 38:10
64:3 73:24 80:11
100:24 103:13
107:8 108:8 109:8
**we've** 49:4 55:10
56:4 63:11 66:15
**weapon** 38:15,20
39:4,7,11,14
**weighs** 48:11
**weight** 9:8,9
**weird** 45:10 96:15
**went** 8:20 9:14
15:16 18:9 61:11
70:6 77:1 93:5,23
**weren't** 10:19 65:19
93:16
**WESTERN** 1:2
**whereabouts** 95:20
**WHEREOF** 119:15
**Whitney** 1:15 3:6
116:9,13 119:5,19
**widely** 30:18
**width** 79:12,15
**willingly** 96:24
**willingness** 51:11
**wise** 76:20
**witness** 3:8 21:10
25:13 28:23 36:6
52:16 66:7 101:21

113:14 114:19
117:12 119:10,12
119:15
**word** 31:16 44:9
**words** 6:17
**wordy** 28:4
**work** 14:7,10,13,23
54:12,15 55:6
68:5 69:22 70:1,2
92:6
**worked** 10:21 18:18
58:3 68:19 70:7
**working** 11:9 12:19
12:20 18:4 56:11
**works** 31:24 102:13
**wouldn't** 82:9
**writing** 3:7
**written** 26:20 30:6
53:14,16,17 54:1
55:9,11 56:3
65:21 66:1,2
73:15 75:8,10,17
95:24
**wrong** 45:13
**wrote** 71:1 73:14

_____
**X**
_____

_____
**Y**
_____

**yeah** 21:12 42:19
45:12 46:10,19
56:24 73:12 76:14
76:21 79:1 84:7
87:8 89:4 95:4,10
96:14 101:20
102:10,15 103:12
105:15,22 107:21
109:10 110:3,11
**years** 5:17 58:1 99:8
**yelling** 51:6

_____
**Z**
_____

_____
**0**
_____

**08** 10:11,12
**09** 18:8

_____
**1**
_____

**1** 64:7,8 73:24
**10:04** 108:8
**10:11** 108:21
**10:44** 115:8
**1001** 2:3
**11** 10:22 116:1
**11:30** 12:23
**1132** 69:12
**117** 1:16
**11th** 119:16
**12-minute** 93:12
**12:40** 58:18
**123** 2:8

**1286** 64:10
**1287** 64:10 72:10
**15** 8:9 14:9 63:9
**159** 59:1,5
**15th** 11:2,2,3
**17:33** 109:8
**17:41** 72:11
**17:41:11** 72:7
**1700** 2:4,13
**19** 102:19 103:4,13
  103:14
**19th** 11:17 12:18
  14:11 17:2 25:7
  39:19 69:15 72:7
  74:1

**2**
**20** 14:9 58:17 85:8
  118:3
**2004** 8:22 9:12
**2008** 9:17
**2011** 10:24 11:2,3
  11:10
**2012** 6:4 9:10 11:17
  12:18 14:11 16:11
  17:2 25:7 39:20
  46:7 69:15 72:7
  74:1
**2015** 1:16 3:1 116:1
  117:5,15 119:17
**2016** 16:10
**2020** 119:21
**21:06** 111:2,14,14
  111:19
**22** 35:3 50:15 65:3
  85:8
**22-minute** 35:9
**27** 103:13
**28** 99:8

**3**
**3** 4:7 79:21
**3:14-CV-00158** 1:7
**3:22** 14:4
**3:30** 12:23
**30** 98:4

**4**
**4** 119:21
**43017** 1:22 116:9
**44114** 2:4
**45202** 2:13
**45429** 1:16 2:8

**5**
**5** 4:4
**525** 2:12
**5335** 1:16 2:7
**544** 14:12

**6**

**6:42** 69:14 74:1
**614-309-1669** 1:22
**6723** 1:21 116:9

**7**
**7** 1:16 3:1 117:5
**79** 4:7

**8**
**8:27** 1:17 3:2

**9**
**91** 59:1,6