UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -

Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,

    vs.                       Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants

- - -


DEPOSITION OF ANDREW WITTMAN
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on November 17, 2015 at
12:50 p.m.


LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO  43017
614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio 44114
    on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio 45429
    on behalf of the Sheriff Defendants

CARRIE STARTS, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio 45202
    on behalf of the Defendants
    NaphCare, Inc., Nurse Felicia Foster,
    Nurse Jon Boehringer, Nurse Krisandra
    Miles, Medic Steven Stockhauser,
    and Brenda Garrett Ellis, M.D.

ANNE M. JAGIELSKI, ESQUIRE
ASSISTANT PROSECUTING ATTORNEY
301 West Third Street
4th Floor
Dayton, Ohio 45422
    on behalf of the Defendant
    Montgomery County Sheriff's Office

Page 2

---

EXAMINATION INDEX

ANDREW WITTMAN

BY MR. DICELLO..............................Page 5

Page 4

---

November 17, 2015
Tuesday Session
12:50 p.m.
- - -

STIPULATIONS

It is stipulated by and among counsel for the respective parties that the deposition of ANDREW WITTMAN, the Defendant herein, called by the Plaintiff under the applicable Rules of Civil Procedure, may be taken at this time by the notary Whitney Layne; that said deposition may be reduced to writing in stenotypy by the notary, whose notes thereafter may be transcribed out of the presence of the witness; and that the proof of the official character and qualification of the notary is waived.

Page 3

---

ANDREW WITTMAN

Being first duly sworn, as hereinafter certified, deposes and says as follows:

CROSS-EXAMINTION

BY MR. DICELLO:

Q  Good afternoon.

A  Hi, how are you?

Q  Good.

Can you please state your name for the court reporter and spell your last name?

A  Yes, I'm Andrew Wittman.  Last name is W-I-T-T-M-A-N.

Q  Officer Wittman, I'm Nick DiCello.  We had a chance to meet off the record.

A  Yes, sir.

Q  Have you ever gone through a deposition before?

A  This will be the first.

Q  All right.  A couple of ground rules.  Whitney is taking everything we say down, so that it can be printed out into a transcript later.

A  Yes, sir.

Q  So it's important that we don't talk over one another so she can get everything down clearly.

A  Yes, sir.

Page 5

2 (Pages 2 to 5)

**Page 6**

1    Q  You've done a nice job, but your answers need

2  to be audible instead of shrugs of the shoulders, uh-huhs,

3  huh-uhs, which are hard to take down.  So yes, no, or

4  words.  One of us at the table might remind you of that.

5  It's not to be rude.  It's just to get an accurate record,

6  okay?

7    A  Understood.

8    Q  I'll ask the questions, you provide the

9  answers.

10    A  I believe I can do that.

11    Q  If you don't understand a question that I've

12  asked, will you tell me that?

13    A  Yes, sir.

14    Q  Given that request that I have of you, if you

15  answer a question I've asked, I'm going to assume you

16  understood it.  Is that fair?

17    A  Yes, sir.

18    Q  Do you understand you're under oath today?

19    A  Yes, sir.

20    Q  The oath you're under today would be the same

21  kind of oath that you would be under at the trial of this

22  matter in a courtroom in front of a jury.  Do you

23  understand that?

24    A  I do.

**Page 7**

1    Q  We are here today in connection with Mr. Robert

2  Richardson's death at the Montgomery County Jail back in

3  2012.  Do you understand that is the purpose of today's

4  deposition?

5    A  Yes, sir.

6    Q  And do you know that I will be relying on the

7  accuracy of your answers today in connection with this

8  lawsuit?

9    A  I do, sir, yes.

10    Q  I should probably -- It's probably obvious to

11  you, but I represent the family of Robert Richardson.  You

12  understand that?

13    A  Yes, sir.

14    Q  Got it.  So it looks to me like you might be on

15  road patrol now?

16    A  Yes, sir.

17    Q  Why don't you tell me a little bit about when

18  you started as a corrections officer with the county and

19  then when you left to be -- it looks like you're a deputy

20  sheriff now?

21    A  Yes, sir.  I was hired in I believe it was June

22  or July of 2011 as a corrections officer.  I did that for

23  about a year and eight months.  While I was a CO, I was

24  also attending the Sinclair Police Academy peace officer

**Page 8**

1  training.  About a year and eight months.  It took six

2  months to finish the police academy, so I finished that

3  while I was hired as a CO.  They offered a test around a

4  year and five months for the promotional stages to deputy.

5  I took it.  I passed.  And I was promoted in March of 2013

6  as a Montgomery County Sheriff's deputy.

7    Q  Okay.

8    MR. DICELLO:  Can we go off the record one

9  minute?

10    (Discussion held off the record.)

11  BY MR. DICELLO:

12    Q  So help me understand.  You were working at the

13  Montgomery County Jail from when to when?

14    A  Okay, I apologize.

15    Q  No, you had it.  Just make it easier.

16    A  I believe it was June of 2011 until March 2013.

17  I think it comes out to about a year and eight months.

18    Q  All right.

19    A  A year and eight months give or take.

20    Q  In June of 2011, how old were you, Officer?

21    A  23, I believe.  I'm not good at math.  So I

22  would have to -- 23, 24.

23    Q  Are you from this area?

24    A  I grew up in Englewood/Clayton area.

**Page 9**

1    Q  And when did you graduate high school?

2    A  2006.

3    Q  Any formal education?  You've told me about the

4  piece officer training you've had.  But any formal

5  education after high school?

6    A  Yes.  I completed my junior year of college

7  before I decided to go to the police academy.  I did not

8  graduate college.

9    Q  Where did you go to college?

10    A  I went to Sinclair, Wright State, back to

11  Sinclair.

12    Q  Got it.

13    A  That's Sinclair Community College here in

14  Dayton, Ohio.

15    Q  Uh-huh.

16    A  And Wright State in Fairborn slash Beavercreek.

17    Q  Sounds to me like you wanted to pursue a career

18  in law enforcement.

19    A  Yes.

20    Q  Can you maybe give me some insight as to the

21  reasons why you chose such a career?

22    A  Childhood.  I think every -- every boy at some

23  point wants to be a police officer.  I have no family

24  background in police officer or any law enforcement.  It's

1    just something I was interested in. I like the fact that
2    you're not doing the same thing over and over. I mean,
3    you kind of are, but everyday is different. You're not --
4    You're not put in like a desk job and you don't have to
5    attend that desk job for 30 years. So I like the movement
6    and the freedom of being able to move. So I think that
7    more so is the reason I chose to be a police officer.
8        Q    Okay.
9        A    Really no, no reason.
10       Q    Yeah.
11       A    Just was interesting.
12       Q    Sounds like good reasons.
13            So we're obviously here about the incident
14   involving Robert Richardson. And I've had the chance to
15   take two depositions already of some former fellow
16   corrections officers, Dustin Johnson and Officer Mayes.
17   Do you remember working with either of those two
18   gentlemen?
19       A    Yes, sir.
20       Q    As of May 2012, what shift -- May 19th to be
21   specific, and it was a Saturday just to remind you, what
22   shift were you assigned to that day? Do you remember?
23       A    This was the day of the incident; right?
24       Q    Yes.

Page 10

1        A    I was assigned to third watch. However, I
2    believe I was working overtime that day. So I was working
3    second watch into third watch. I was working both shifts
4    that day.
5        Q    So what time would you have reported to work
6    and what time would your double shift have ended?
7        A    Yes, sir. I reported to work that morning at
8    7:30. That's when second watch began. And that watch
9    ends at 3:30. And that's what time third watch begins.
10   So I would -- at 3:30, I would start my third watch
11   duties, and that lasted until 11:30. Or 23:30 is how we
12   --
13       Q    Yep.
14            What did you do to prepare, if anything,
15   Deputy, to prepare for today's deposition?
16       A    I read over my report. And we're always taught
17   what you put in a report is what happened and what's not
18   in there didn't happen. So that's how I prepared, just
19   looking over reports.
20       Q    Did you review the video footage?
21       A    Yes, sir, I did review the video.
22       Q    So let's talk about the 7:30 a.m. to 3:30 p.m.
23   shift on Saturday, May 19th. What position or duty were
24   you assigned to that day?

Page 11

1        A    Yes, sir. I was -- I believe I was assigned to
2    the third floor that day. That's like our rollover side
3    for more -- for the criminals that have more of a serious
4    charge, or for the inmates that don't get along with
5    staff. So it's not a pod setting, it's like the old
6    fashion behind-the-bars setting.
7        Q    And the difference is with a pod setting the
8    detainees are getting a little more freedom of movement?
9        A    Yes, sir. They're in a two-man cell, but they
10   per shift get about an hour or more, depending on what the
11   officer feels appropriate, of rec, in which case they'll
12   let, per policy, one level out at a time, in policies for
13   inmate-to-officer ratio.
14       Q    The folks that are in the Montgomery County
15   Jail on any given weekend, the majority of these folks are
16   people that have not been convicted of a crime yet;
17   correct?
18       A    And you're talking about the inmates? So yes.
19   Some of them could or have been to trial and/or pled
20   guilty, and some of them are awaiting their -- their day
21   in court.
22       Q    Okay.
23       A    Yes, sir.
24       Q    So you said you were stationed on the third

Page 12

1    floor. Was this like a third floor patrol or watch
2    position?
3        A    Yeah. So we have different categories in the
4    jail. You've got your pod side, which is your nonserious
5    offenders, and you've got your rollover side, which is
6    your more serious offenders. And I was stationed on the
7    pod -- or excuse me, the rollover side and third floor.
8    So basically, I'm not -- In a pod setting, the officer
9    stays at their commander and inmates can come up to them
10   freely and ask questions, whatever it maybe, about court
11   or, you know, things, rules of the jail, stuff like that.
12   And then whereas when I'm on the rollover side, I don't --
13   inmates don't have that ability. I have to do half hour
14   to hour checks where we walk around what we call the
15   catwalk and we check on all the inmates's needs and health
16   and make sure that they're -- you know, everyone is safe
17   and answer any questions that they may have.
18            So the difference is inmates can come up to you
19   in a pod, ask you the questions, and ask for whatever
20   needs they may have, whereas on the rollover side I
21   basically have to go to them to find out what their needs
22   may be.
23       Q    Okay. Independent from reviewing the narrative
24   statement and watching the video, do you have a memory in

Page 13

4 (Pages 10 to 13)

**Page 14**

1 your own mind's eye of the incident involving Robert
2 Richardson?
3     A   For the most part, yeah, I -- I feel like I
4 have a pretty good memory. It happened a couple years
5 ago, so some of it is faded. But I think for the more
6 important aspect I do, yes.
7     Q   Prior to this encounter on May 19th, 2012, had
8 you ever come into contact as far as you know with
9 Mr. Richardson?
10     A   I don't recall. Working at the jail, we see --
11 you know, we're accountable for nine hundred some inmates.
12 So obviously, if I have an issue with an inmate, they may
13 stick out more in my mind more so than, let's say,
14 Mr. Richardson, who I don't ever recall having an
15 encounter with.
16     Q   Do you remember what Mr. Richardson looked
17 like?
18     A   You know, no, I don't even -- I couldn't even
19 tell you what he looked like, other than the color of his
20 skin and the size he was.
21     Q   How would you describe his size?
22     A   He was a large man. I'd say somewhere near 300
23 pound range.
24     Q   What is your height and weight?

**Page 15**

1     A   I'm five-six. Right now, I'm 180. At the
2 time, I would have been about 167. I was more fit then,
3 unfortunately.
4     Q   Seems to be a trend.
5     That's what happens when you have a family.
6     Q   Yeah.
7     A   So --
8     Q   I'll ask you what you remember in a minute.
9 How do you remember being alerted to a situation on the D
10 Pod?
11     A   At the time of the incident?
12     Q   Yeah. How did you become aware of what was
13 happening?
14     A   So around 3:15, between 3:15 and 3:30, whenever
15 you can get your floor shut down and rolled over for the
16 next watch, I went down to the platform to turn in my
17 third watch key so that the next officer can grab those
18 keys. And we have a key box that we -- we lock them up
19 in, and you have to have a punch code to get into it, and
20 it keeps track of who has those keys, so that if -- so I
21 went to go do that. And also give pass-ons, basically,
22 was there any kind of incidents on the floor or anything
23 that the next officer needed to know so they could be
24 prepared for their watch on that floor. So around that

**Page 16**

1 time of turning in my keys and giving the next watch
2 officer the pass-ons, I saw that for the next watch, the
3 third watch I was assigned to, I believe it was escort or
4 dressing, which is dressing slash escort, which means all
5 the inmates that have come in within the last 24 hours,
6 they've been booked in, now we have to assign them to a
7 housing unit. And I was assigned to that.
8     So I'm finding out where I'm assigned to. And
9 as I'm doing all of this, I remember a radio call, and I
10 can't recall if it was for a medical issue or a
11 disturbance, I can't recall the radio traffic, however I
12 knew it was -- it sounded serious, so I dropped what I was
13 doing and responded to Delta Pod. D Pod. We call it
14 Delta Pod.
15     Q   As of the time you responded, when you first
16 arrived, what position was Mr. Richardson in?
17     A   When I arrived, Mr. Richardson had already --
18 he was already on the ground with other inmates -- or
19 excuse me, with other officers. It looked like they were
20 trying to control him. Because when they opened the door,
21 -- when they opened the door per radio traffic, he became
22 uncooperative. So they wanted to secure him in cuffs.
23 And they put him on the ground to do that. So -- For
24 safety reasons.

**Page 17**

1     Q   So when you arrived, was Mr. Richardson already
2 handcuffed?
3     A   I don't remember if he was already handcuffed
4 or if they were in the process of handcuffing him. I know
5 that he was a bigger guy, so one set of handcuffs wasn't
6 going to do it. So I know whenever we -- when we deal
7 with a situation with a bigger guy, it takes a little
8 longer to handcuff them. So he was either handcuffed or
9 in the process of being handcuffed. I had a pretty good
10 response time if I remember correctly. But it wasn't in
11 enough time to get up there to help. Because it happened
12 on the upper level. I apologize.
13     Q   You anticipated my next question. Did you
14 assist in handcuffing Mr. Richardson?
15     A   No, sir.
16     Q   When you arrived, what other corrections
17 officers were present; do you remember?
18     A   I know Sergeant Jackson was up there. Officer
19 Benjamin, I think her first name is Tonya, I believe
20 Officer Dustin Johnson. Those are the ones I can remember
21 off the top of my head. I couldn't tell you who all was
22 up there dealing with the situation.
23     Q   Were there others, you just can't remember
24 them?

**Page 18**

```
1        A   I'm sure there were.  There were a couple.
2   Like I said, he was a large man, so it was -- and the
3   people that responded, we weren't big enough to control
4   him with one officer, you know.  So it had to be multiple.
5        Q   At the time you arrived on the upper floor of
6   the D Pod, do you remember hearing Mr. Richardson saying
7   anything?
8        A   So when I entered D Pod, per policy, one of our
9   officers has to stay at the commander, that's the desk
10  that the officer would sit at while they're working their
11  shift, and we control all the doors to the pod except the
12  entrance to the pod, that would be security control.  And
13  if I remember correctly, when I got there, that's where I
14  stationed up for at that moment.  So when they were
15  struggling with Mr. Richardson on the top range, he -- I
16  think I put in my report that he said something like, to
17  the extent of "Get the fuck off of me."  Obviously, it was
18  in a loud more like demanding voice.  And that's what I
19  recall.
20       Q   Do you recall him saying anything else when you
21  arrived?
22       A   I'd have to look at my report.  But I believe
23  that's the extent of what I heard.
24       Q   Did you hear any of the corrections officers
```

**Page 19**

```
1   saying anything upstairs?
2        A   Yeah, because he was resisting, so they were
3   trying to command him, "Hey, stop resisting," and to put
4   his hands behind his back.
5        Q   Did you at some point go upstairs or did you
6   stay at the control station?
7        A   Yes.  Sorry, I don't mean --
8        Q   That's okay.
9        A   Yes.  At some point, I'm at the commander.  And
10  while I'm at the commander, one of the sergeants calls for
11  the restraint chair so we can figure out what is going on
12  with Mr. Richardson.  And at that point, because this was
13  on the upper level and they were struggling with him on
14  the ground, we weren't sure if we were going to try to
15  bring the restraint chair up top and restrain him and
16  carry it down, or if we were going to try to assist
17  Mr. Richardson down.  Being that the restraint chair is
18  fairly heavy and Mr. Richardson appeared to look like he
19  might have been pretty heavy, I ended up going up top to
20  see if sergeant needed me to assist with whatever they
21  chose to do.
22       Q   Okay.  What sergeant do you remember reporting
23  to up top?
24       A   I believe it was Sergeant Jackson.  It could
```

**Page 20**

```
1   have been Sergeant Lewis.  I do remember at that point
2   both of them were on scene.
3        Q   So we're walking through this kind of
4   chronologically, and this is helpful for me.  Can you
5   estimate how long it was you were at the commander before
6   you went upstairs?
7        A   No more than a minute or two.  We were all --
8   there were still people responding to the incident by the
9   time I got there.  Again, some of those people that might
10  not have been there when I had gotten there were probably
11  trying to put keys away or get keys and then respond as
12  quickly as possible, especially since the circumstance
13  elevated.
14       Q   So when you got upstairs, tell me what you
15  remember seeing.
16       A   Mr. Richardson, I believe Mr. Richardson was on
17  his belly, he had been cuffed.  And if I recall, I believe
18  there was even a little bit of blood coming from his
19  mouth.  Officers were still restraining --
20           (Discussion held off the record.)
21       A   So even though he was cuffed, he was still
22  struggling and kicking his feet.  So they had officers
23  trying to control both arms and both legs, so we could try
24  to figure out what we were going to do with him as with
```

**Page 21**

```
1   the restraint chair, if we were going to restrain him, or
2   what we were going to do at that point.  I don't know what
3   we decided.
4   BY MR. DICELLO:
5        Q   When you got up there, did anybody instruct you
6   what to do?
7        A   No.  At that point, I'm trying to figure out,
8   I'm just trying to ask sergeant, "Hey, do you want me to
9   carry that restraint chair up," or "Hey, are we going to
10  try to get Mr. Richardson down"?
11       Q   And do you know what the answer was?
12       A   I do not remember.  I apologize.
13       Q   What did you do?
14       A   I basically stood by until someone told me what
15  to do.  I also offered, because of what was going on with
16  the ground, people were starting to sweat and, when you're
17  trying to restrain someone that is resisting, I mean, it
18  can get tiresome.  So I was also standing by, "Hey, do you
19  guys need any help being relieved?"  So I was standing by
20  for that.
21       Q   Did you relieve anyone at some point?
22       A   At some point, but it was later on down -- down
23  the incident.
24       Q   So we'll get to that.  As of the time you
```

1   respond upstairs and you could actually see Mr. Richardson
2   and see the surrounding circumstances, I want to focus on
3   that point in time.
4       A   Yes, sir.
5       Q   As of the time you were upstairs and you could
6   see Mr. Richardson, you knew that Mr. Richardson was not
7   armed; correct?
8       A   Yes, sir.
9           MR. PREGON:  Objection.
10  BY MR. DICELLO:
11      Q   And you knew he was handcuffed; true?
12      A   Yes, sir.
13      Q   He was on his belly; correct?
14      A   Yes, sir, at that time he was.
15      Q   There were numerous officers controlling his --
16  I think you said both his arms and both his legs; correct?
17      A   Yes.
18      Q   You described him as a larger man at the time
19  that you responded upstairs.  Did you appreciate that he
20  was obese?
21      A   What do you mean by "appreciate"?
22      Q   Did you understand that he was obese?
23      A   Yes, sir.  With that being said, there was no
24  way I would have been able to handle him by myself.

Page 22

1       Q   Fair enough.
2           You had heard him say at least once, excuse the
3   language, but "Get the fuck off of me"; correct?
4       A   Yes, sir.
5       Q   Did you have an understanding that
6   Mr. Richardson was trying to get up off the ground?
7       A   Yes, sir.
8       Q   Go ahead.
9       A   And to do what, I have no idea.
10      Q   Okay.
11      A   Being in a jail setting, we deal with people
12  that do become uncooperative.  And if we let them get up,
13  they're trying to fight us.  Handcuffed or not.  I've had
14  incidents where I've had an inmate cuffed behind his back
15  and he's come at me trying to fight me and headbutt me.
16  So that's how we think in that setting.
17      Q   Sure.  Did you ever see his eyes?
18      A   You know, I think I saw the blood and that's
19  where my eyes were drawn to.
20      Q   Okay.
21      A   So no, I don't recall ever looking at his eyes,
22  sir.
23      Q   So as of the time that you responded upstairs,
24  did you see that there was some blood coming from his

Page 23

1   mouth?
2       A   Yes, sir.
3       Q   Could you see any kind of, they call it sputum,
4   but kind of like spit or any froth coming from his mouth
5   at all?
6       A   If I remember correctly, I did see blood on the
7   ground.  And that's another kind of -- the reason we kept
8   him on his side, was just in case he got up, we didn't
9   want him to spit on us.  It's just officer safety.  So but
10  I do remember seeing blood on the ground.  Whether it was
11  spit or if it was just like drool, I can't recall.  It was
12  really close to his mouth and his head was facing to the
13  left, and on the ground.
14      Q   Was he struggling?
15      A   Yes.  Well, resisting.
16      Q   Okay.
17      A   He didn't want to be in that position, I'll say
18  that.
19      Q   Was it your understanding that he needed some
20  kind of medical attention at that point in time,
21  Mr. Richardson?
22      A   At that point in time, I didn't know whether it
23  was medical or if he just became an uncooperative inmate.
24  Like I said, I don't recall what the radio call was.  I

Page 24

1   just remember at some point it became an uncooperative
2   inmate.
3       Q   Well, let me -- This is Plaintiff's Exhibit 1
4   we've been using.  And if you go to MC 1283, I think that
5   should be your narrative.  But confirm that it is.  Report
6   Officer number 1163.  Is that you?
7       A   That's my unit number.
8       Q   So in the first paragraph, the last sentence, I
9   guess that's just -- yeah, the second sentence there, that
10  "radioed for available units to respond to D Pod, cell
11  544, for an unknown medical issue."  Does that refresh
12  your recollection as to the reason people were summoned?
13      A   Yeah.  And you know, our supervisors review
14  these reports and they'll -- they will correct like
15  any like, what's the word I'm looking for, any kind of
16  errors we have.  And like I said, I don't remember if the
17  radio call came out as an unknown medical issue or a
18  disturbance.  However, whatever the radio traffic was,
19  another radio traffic call came out saying that it was
20  uncooperative.  So at some point, it was changed.  And
21  that changes in how we respond, too.
22      Q   So when you responded, do you know whether you
23  were responding to a medical call or not?
24      A   When I got to the pod, I knew I was responding

Page 25

7 (Pages 22 to 25)

1    to an uncooperative male.

2        Q  Okay. So as of the time you responded, did you

3    know whether or not the -- Mr. Richardson needed medical

4    attention?

5        A  I did not know. In fact, if I remember

6    correctly, when we responded as a group, I don't remember

7    or recollect seeing medical there at the time. And

8    usually, when a medical call comes out, medical usually

9    responds right away. So our response time was pretty

10   quick. And they were going through shift change as well,

11   which could also have hindered their response time. So

12   that's why I can't recall if it was a medical at first and

13   then changed to an uncooperative.

14       Q  Did Mr. Richardson appear disoriented to you or

15   could you not tell?

16       A  I could not tell, sir.

17       Q  All right.

18       A  With the struggle on the ground, you're just

19   trying to, one, protect yourself, two, protect the other

20   officers, and I don't believe there were, but other

21   inmates if they were out. And they weren't. So right now

22   we're trying to protect each other and ourselves.

23       Q  Did you see Mr. Richardson try to assault

24   anyone?

Page 26

---

1        A  I did not, sir.

2       Q  Do you know if Mr. Richardson assaulted anyone?

3       A  Not that I know of.

4       Q  Did Mr. Richardson ever hurt you?

5       A  No, sir.

6       Q  Did he hurt anyone?

7       A  No, sir.

8       Q  Are you aware of any crime Mr. Richardson was

9    committing at that time?

10      A  No, sir.

11      Q  Was he committing any crimes?

12      A  At that time, no, sir.

13      Q  Are you aware of any kind of jail rules that

14   Mr. Richardson violated?

15      MR. PREGON: Objection.

16      Go ahead.

17      A  No, I'm not aware of any jail rules that were

18   in violation.

19   BY MR. DICELLO:

20      Q  Did you feel threatened while you were up

21   there?

22      A  No. We had enough officers up there I felt

23   like we were containing the resistance, so --

24      Q  As of the time you responded, did you know

Page 27

---

1    whether or not Mr. Richardson had any medical history?

2       A  No, sir.

3       Q  Did you know, did anybody up there mention or

4    did you otherwise know that there was some concern that

5    Mr. Richardson may have suffered a seizure?

6       A  I don't remember anybody talking about a

7    seizure or, for that matter, any medical issue, either.

8       Q  Okay. So you don't remember anybody talking

9    about it. And then the other part of my question is you

10   weren't thinking in your own mind while you were up there

11   Mr. Richardson might be having or coming out of a seizure;

12   correct?

13      A  Correct.

14      Q  Did you at some point retrieve the restraint

15   chair, or no?

16      A  No, sir. It was brought into the pod, but we

17   did not -- we didn't try to bring it up at all or take him

18   down at all.

19      Q  So did you actually see the restraint chair

20   when it was brought into the pod?

21      A  Yes.

22      Q  Where was it?

23      A  I believe it was brought down to the bottom of

24   the stairs.

Page 28

---

1        Q  And it was never brought upstairs?

2       A  No, sir.

3       Q  Yes, that's correct?

4       A  That's correct.

5       Q  Sometimes double negatives --

6       A  Yeah, I apologize.

7       Q  That's all right. You're doing fine.

8        Was Mr. Richardson ever permitted to stand up

9    from the time that you were there?

10      A  No, sir.

11      Q  The officers prevented him from getting up;

12   correct?

13      A  Yes, sir.

14      Q  And they did that by holding him down on the

15   ground; correct?

16      A  Yeah, while he was resisting.

17      Q  While you were there, were you there up until

18   the time that he passed away?

19      A  At some point, a shot was administered. And I

20   believe the first one wasn't good. The second one they

21   were able to stick him and get whatever it was that was in

22   there into his system. At some point sergeant asked him,

23   asked one of the officers to check his breathing. At one

24   point, one of the officers said, "He's not breathing."

Page 29

1     So at that point, they were -- the officers
2  that were still on the ground with him turned him over to
3  start CPR, and I went down to retrieve the -- well, I
4  called for the AED, and I went down and out of the pod to
5  go get the AED from the responding officer that was
6  bringing the AED, and I was running it back upstairs to
7  get it there as quickly as possible.
8     **Q   Throughout the time that you first responded up**
9  **until the time that you brought the AED, was**
10  **Mr. Richardson ever permitted to sit up?**
11     A   No, sir.
12     **Q   It was the officers that held him down and**
13  **prevented him from sitting up; correct?**
14     MR. PREGON:  Objection.
15     Go ahead.
16     A   Yes, sir.
17  BY MR. DICELLO:
18     **Q   Throughout the time that you were there, did**
19  **you ever hear anyone instruct any of the officers to get**
20  **Mr. Richardson off of his belly?**
21     A   I don't recall.  I don't recall.
22     MR. PREGON:  Objection.
23  BY MR. DICELLO:
24     **Q   As you sit here today, you don't recall anybody**

Page 30

1  saying that; correct?
2     A   No, I don't, sir.
3     **Q   Do you ever recall any corrections officers**
4  **instructing any of the other officers to sit**
5  **Mr. Richardson up?**
6     A   No, sir.
7     **Q   Prior to recognizing that Mr. Richardson was no**
8  **longer breathing, was Mr. Richardson ever rolled over onto**
9  **his back?**
10     A   I don't believe he was rolled over onto his
11  back.  However, he came to his side.  I think they helped
12  assist him to his side.  I don't recall for what reason.
13     **Q   Were there times where he would be rolled onto**
14  **his side and then there were other times he was laying**
15  **down on his belly?**
16     A   I don't recall.  I just -- I know that at some
17  point he was rolled to his side.  I don't remember what
18  happened after that.  I'm assuming he probably went back
19  down to his belly.
20     **Q   Did you ever go hands-on with Mr. Richardson?**
21     A   At some point I relieved Officer Stumpff, I
22  believe it was, on the left leg.  Again, he was kicking
23  and resisting for awhile.  At the time that I relieved
24  Stumpff, it was with the left leg.  And I don't believe he

Page 31

1  was kicking.  So I wasn't putting too much pressure on.
2  However, I was holding it enough to where if he were to
3  try to kick, it wouldn't go nowhere.
4     **Q   What position was Stumpff in before you**
5  **relieved him?**
6     A   He was basically on his knees and holding the
7  left leg with both hands.  Left leg slash ankle.  I don't
8  remember -- one hand was probably on the calf, the other
9  on the ankle.  Just to keep him from kicking.
10     **Q   And you relieved Stumpff?**
11     A   I believe.  Do you mind if I check my report?
12     **Q   Yeah, go right ahead.  Go right ahead.**
13     A   Maybe it was his arm.  It was his arm, then.  I
14  apologize.
15     **Q   That's all right.  So left arm?**
16     A   Yeah.  And I think at some point -- Never mind.
17  I don't remember, so I'm not even going to say it.
18     **Q   That's all right.  We're asking for your best**
19  **recollection today.**
20     A   So it would have been his left arm.
21     **Q   So how was Officer Stumpff positioned in**
22  **controlling Inmate Richardson's left arm?  Tell me about**
23  **that.  And then tell me how you relieved Stumpff in the**
24  **position you were in.**

Page 32

1     A   So -- Can I read this real fast?
2     **Q   Please.**
3     A   I apologize.  Because my memory is kind of --
4     **Q   Go right ahead.  That's why we have it here for**
5  **you.**
6     A   Can you restate your question again?
7     **Q   What position was Stumpff in when he was**
8  **controlling Inmate Richardson's left arm; do you remember?**
9     A   So he would have been on the ground on his
10  knees and controlling the left arm with both -- with both
11  hands.
12     **Q   Do you remember where his hands were**
13  **positioned?**
14     A   Again, I thought it was the leg, but -- so no,
15  I don't remember.  I don't remember.
16     **Q   Do you remember where you positioned your hands**
17  **when you took over for Stumpff?**
18     A   Again, I -- With my memory, I thought it was
19  his leg, so I couldn't tell you.
20     **Q   All right.  At the time you relieved Stumpff,**
21  **do you remember there being a corrections officer kneeled**
22  **down at or by Mr. Richardson's head?**
23     A   Yeah, I believe Officer Mayes was there.
24     **Q   And do you remember where Officer Mayes's hands**

Page 33

1  were?

2      A   No, I don't.

3      Q   All right.

4      A   I think at some point Mayes was down there to

5  turn him on his side.  And I think that's why he was

6  positioned that way.

7      Q   Did you hear Mr. Richardson say anything other

8  than the comment you told us about earlier?

9      A   No, sir.  Like I said, when he was resisting,

10  we -- I think we've asked him several times -- I think

11  somebody asked him several times, "Hey, what's wrong,

12  what's going on," so -- where we couldn't get an answer.

13  So we really didn't know what to do, and treated it as an

14  uncooperative male inmate.

15      Q   Kind of my next question.  What was your

16  understanding as to why you were holding Mr. Richardson

17  down?

18      A   Uncooperative inmate.

19      Q   And what was the plan, just hold him down until

20  he started to become cooperative?

21      MR. PREGON:  Objection.

22      Go ahead.

23      A   You know, I really don't know.  At that point,

24  we're kind of awaiting sergeant's commands as to what we

Page 34

1  were going to do.  Like I said, I still thought we were

2  going to be chairing the guy.  I know at some point they

3  called for a shot, and I believe it was Ativan, to try to

4  calm him down, so we could try to find out if medically

5  there was something wrong.  Then we could place him in a

6  restraint chair.

7      Sometimes when we get an uncooperative inmate

8  that needs medical attention but they won't allow us to

9  treat them, we'll chair them so we can assess them to find

10  out what is necessary for that inmate.  To my

11  understanding, that's what we were still doing.  Again, I

12  was awaiting command from my supervisor.

13  BY MR. DICELLO:

14      Q   And I think you've told us, but your

15  supervisors never announced what the plan was; right?

16      MR. PREGON:  Objection.

17      Go ahead.

18      A   No.  Like I said, at some point all of us knew

19  we were going to be chairing this guy.  Whether it was we

20  were going to bring the chair up or take the inmate down,

21  we were going to chair the guy to figure out what his

22  needs were.  However, while all this was going down, I

23  know the Ativan shot was ordered while he was laying on

24  the ground so that we could finally try to get him

Page 35

1  downstairs and into the chair to figure out again what --

2  what was going on.  So I think that was the plan the whole

3  time.

4      Now, the sergeant -- our supervisor is not

5  going to sit there and tell us every minute like, "Hey,

6  this is what the plan is."  But that was the initial plan

7  from the moment that we responded, got -- when they had to

8  put him down on the ground as an uncooperative.

9  BY MR. DICELLO:

10      Q   I've reviewed a lot of records here and a lot

11  of statements, and there's also statements from medical

12  people.  Did some medical personnel respond as well?

13      A   Yes, sir.  Again, a shot was --

14      Q   I'm just asking if medical personnel responded.

15      A   Yes, sir.

16      Q   We'll take one at a time.

17      A   I'm just trying to remember.

18      Q   You're doing fine.

19      A   I apologize.

20      Q   That's how people do it sometimes, their memory

21  comes back to them.

22      A   Yeah.

23      Q   But just stick with me.  We'll do it question

24  by question.

Page 36

1      A   Yes, sir, I will do that.

2      Q   And do you know whether or not it's common for

3  the medical personnel to fill out statements similar to

4  the statements that you folks fill out?

5      A   Yes, sir, they do fill out reports, yes.

6      Q   One of the medical statements that I read -- Of

7  course they refer to Mr. Richardson as a patient; right?

8      A   Yes, sir.

9      Q   And you folks refer to him as an inmate?

10      A   Yes, sir.

11      Q   Well, one of the reports from one of the

12  medical personnel read "Patient was being held down in a

13  prone position by several correction officers."  And

14  that's what was happening; correct?

15      MR. PREGON:  Objection.

16      Go ahead.

17      A   Prone position.  I -- I -- Maybe being an

18  officer and not a medical employee, what does "prone"

19  mean?

20  BY MR. DICELLO:

21      Q   I told you, I ask the questions, you answer

22  them; right?  So my question to you is:  What do you

23  understand "prone" to mean?

24      A   I don't know.  "Prone" sounds bad.  I felt like

Page 37

1  we were controlling an inmate that was uncooperative.

2  **Q  Okay.**

3  A  I feel like that statement makes it -- makes it

4  look bad.  And so -- I don't know what "prone" means in

5  this situation.

6  **Q  Have you received training as to what prone**

7  **positioning is when you're restraining an inmate?**

8  A  No, sir.  If we have, it's not called prone

9  position.

10  **Q  Have you been trained at all about the risks of**

11  **positional asphyxiation?  And I want to separate your**

12  **training as a police officer, if we can.**

13  A  Okay.

14  **Q  And I want to focus on just the training you**

15  **had as of the time you were stationed at the jail, okay?**

16  A  So --

17  **Q  If you can do that for me.**

18  A  So what do you mean by peroneal (sic)

19  asphyxiation?

20  **Q  Positional asphyxiation.**

21  A  Positional.

22  **Q  Is that a term you've ever heard of?**

23  A  I've heard of asphyxiation, but not the term

24  you're using.

Page 38

1  **Q  Have you ever been trained that there's a risk**

2  **of sudden death when you are restraining a person who is**

3  **struggling?**

4  MR. PREGON:  Objection.

5  Go ahead.

6  A  Not of sudden death, sir, no.  We are trained

7  for medical response, uncooperative slash combative

8  behavior.  I'm sure in training we've been told that

9  something could happen to that extent to which we're

10  trained to start CPR slash first aid.

11  BY MR. DICELLO:

12  **Q  Are there certain positions when you're**

13  **restraining people that you've been trained to avoid?**

14  A  No.  I take that back.  Obviously, we don't

15  want to -- we don't want the neck and head area,

16  basically, that's off limits.  So we're trained to not

17  restrain or take down anybody in that matter by their neck

18  or head.

19  **Q  I want to ask kind of some general rules.  You**

20  **tell me if you agree, disagree.  Correction officers must**

21  **never apply restraints, including handcuffs, to a member**

22  **of the public in ways that restrict the person's**

23  **breathing; agreed?**

24  MR. PREGON:  Objection.

Page 39

1  Go ahead.

2  A  A member of the public, that could be a

3  civilian that's not in custody: am I right?

4  BY MR. DICELLO:

5  **Q  Right.**

6  A  Corrections officers aren't allowed to put

7  handcuffs on civilians.  They are allowed to on inmates.

8  **Q  Now, inmates are members of our community;**

9  **correct?**

10  A  Yes, they are.

11  **Q  And they're members of the public; true?**

12  A  True.

13  **Q  So when I'm talking about a corrections**

14  **officer, I'm limiting it to their official duties and**

15  **responsibilities.  I'm not talking about a bunch of**

16  **corrections officers out at Buffalo Wild Wings or**

17  **something, okay?**

18  A  Understood.

19  **Q  So in that context, corrections officers must**

20  **never apply handcuffs or restraints to a member of the**

21  **public in ways that may restrict that person's breathing;**

22  **agreed?**

23  MR. PREGON:  Objection.

24  Go ahead.

Page 40

1  BY MR. DICELLO:

2  **Q  I mean, that's word for word the policy in the**

3  **jail manual that I've just read to you, isn't it?**

4  A  I agree with the breathing.  But I don't

5  understand how when you cuff somebody it could restrict

6  their breathing.

7  **Q  So you haven't been trained that there are**

8  **certain ways a person can be positioned or cuffed that**

9  **could interfere with their breathing; correct?**

10  MR. PREGON:  Objection.

11  A  Correct.

12  BY MR. DICELLO:

13  **Q  I know you've had a lot of use of force**

14  **training; true?**

15  A  Yes, sir.

16  **Q  Both as a corrections officer and now as a**

17  **police officer; correct?**

18  A  Yes, sir.

19  **Q  Correction officers are only permitted to use**

20  **force that is reasonable; correct?**

21  A  Yes, sir.

22  **Q  That's the rule; right?**

23  A  Yes, sir.

24  **Q  And corrections officers as a rule are only**

Page 41

11 (Pages 38 to 41)

1  permitted to use force that is reasonable and necessary;
2  correct?
3      A   Yes, sir.
4      Q   So if force is unreasonable, it's excessive;
5  true?
6          MR. PREGON:  Objection.
7      A   True.
8  BY MR. DICELLO:
9      Q   And if force is unnecessary under the totality
10 of the circumstances, that, too, is then excessive force;
11 agreed?
12         MR. PREGON:  Objection.
13         Go ahead.
14     A   Can you repeat that question?
15 BY MR. DICELLO:
16     Q   Yeah.  If force is used that is unnecessary
17 under the totality of the circumstances, then that is
18 excessive force?
19     A   Yes.
20         MR. PREGON:  Objection.
21     A   Yes, sir.
22 BY MR. DICELLO:
23     Q   A corrections officer must never place a member
24 of the community who is in handcuffs in a prone position;

Page  42

1      A   Not that I recall, sir.
2      Q   If it's in there, you haven't seen it?
3      A   Right.
4      Q   And to be fair to you, if it's in the policies
5  and procedures, the County Sheriff should be training you
6  about it; right?
7          MR. PREGON:  Objection.
8      A   Correct.
9  BY MR. DICELLO:
10     Q   And so to the extent you've told me today that
11 you haven't had training in these areas, that's because
12 the County Sheriff hasn't provided it to you; right?
13         MR. PREGON:  Objection.
14     A   I've had training in those areas, but never
15 have I been told not to do that.
16 BY MR. DICELLO:
17     Q   Okay.
18     A   Again, just because an inmate, or as you're
19 stating a member of the public, is cuffed doesn't mean
20 they're not still uncooperative or combative.
21     Q   Have you ever read the Montgomery County Jail
22 manual?
23     A   Yes, sir.
24     Q   It uses the term "prone position."  Are you

Page  44

1  agree or disagree or don't know?
2          MR. PREGON:  Objection.
3      A   Again, "prone" can mean a lot of things.
4  However, if an inmate is uncooperative while still in
5  cuffs, we can place them on the ground to -- to control
6  them.
7  BY MR. DICELLO:
8      Q   Stating it a little bit differently, but a
9  similar question.  Placing members of the community who
10 are in handcuffs, their hands cuffed behind their back, in
11 a prone position is never an acceptable practice; agree or
12 disagree?
13         MR. PREGON:  Objection.
14     A   Disagree.
15 BY MR. DICELLO:
16     Q   Placing members of the community who are cuffed
17 with their hands cuffed behind their back in a prone
18 position is prohibited; do you disagree with that?
19         MR. PREGON:  Objection.
20     A   I disagree, sir.  I've -- I've been through
21 many trainings, and I've never been told not to do that.
22 BY MR. DICELLO:
23     Q   Have you ever read that in the jail manual, the
24 two statements I just read?

Page  43

1  aware of that?
2      A   I was not aware of that.
3      Q   Are you familiar with the policy on use of
4  restraints?
5      A   Yeah.
6      Q   Are you aware that that policy reads "When
7  applying handcuffs, staff members must never place
8  prisoners who are in restraints in prone positions?"  Are
9  you aware it says that?
10         MR. PREGON:  Objection.
11         Go ahead.
12     A   Like I said, I don't ever recall seeing
13 "prone."  But again, what does prone mean?  I've been
14 trained --
15 BY MR. DICELLO:
16     Q   Let me just ask you.
17     A   Yes, sir.
18     Q   Do you know whether or not "prone" is defined
19 in the policies or under Ohio law?
20     A   Not that I'm aware of.
21     Q   Are you aware that this policy on use of
22 restraints for the Montgomery County Jail says that
23 placing prisoners who are in restraints in prone positions
24 is never acceptable?

Page  45

12  (Pages  42 to 45)

1    A   I'm not aware of that.

2    Q   That's not how they trained you; right?

3        MR. PREGON:  Objection.

4        Go ahead.

5    A   Correct.

6 BY MR. DICELLO:

7    Q   Are you aware that this policy says placing

8 prisoners who are in restraints in prone positions is

9 prohibited?

10   A   Can you repeat that?  I apologize.

11   Q   Are you aware that this use of restraints

12 policy in the Montgomery County Jail manual reads that

13 placing prisoners who are in restraints in prone positions

14 is prohibited?

15   A   I was -- I was not aware that it stated that.

16   Q   And that's the policy, you know, policies are

17 something that is written down.  What I'm getting at is

18 the way that that policy is written is not how you were

19 trained; correct?

20   A   Correct.

21       MR. PREGON:  Objection.

22   A   Correct.

23 BY MR. DICELLO:

24   Q   So now I have a definition of prone restraint.

Page  46

---

1 I asked other people this, and you're going to have to

2 bear with me, because it's a lengthy one.  Prone

3 restraint, do you agree, is all items or measures used to

4 limit or control the movement or normal functioning of any

5 portion or all of an individual's body while the

6 individual is in a facedown position for an extended

7 period of time?  Do you understand that that's what prone

8 restraint is?

9        MR. PREGON:  Objection.

10       Go ahead.

11   A   I wasn't under -- I -- I did not know that

12 that's what that meant.

13 BY MR. DICELLO:

14   Q   I'm telling you that for the first time today;

15 correct?

16   A   Yes, sir.

17   Q   Have you ever been trained in a concept called

18 a transitional hold?

19   A   No, sir.  I don't know what transitional hold

20 means.

21   Q   Have you ever been told about a rule that is

22 called the three-minute rule or a rule that says there's a

23 risk of sud -- an elevated risk of sudden death after an

24 inmate or a member of the public struggles with a

Page  47

---

1 corrections officer for at least three minutes?

2        MR. PREGON:  Objection.

3        Go ahead.

4    A   No, I'm not aware of that.

5 BY MR. DICELLO:

6    Q   As a rule, do you agree that corrections

7 officers must never restrain people in ways that pose an

8 unnecessary risk of death?

9        MR. PREGON:  Objection.

10       Go ahead.

11   A   Yeah, I agree.  You don't ever want anyone to

12 die due to putting them in cuffs.

13 BY MR. DICELLO:

14   Q   Because I think based on the rule, the other

15 rules that we talked about about unnecessary and necessary

16 force, restraining somebody in a way that puts them at an

17 unnecessary risk of death is excessive force; true?

18       MR. PREGON:  Objection.

19       Go ahead.

20   A   Can you repeat that?

21 BY MR. DICELLO:

22   Q   Yeah.  Restraining someone in a way that puts

23 that person at an unnecessary risk of death is excessive

24 force; correct?

Page  48

---

1        MR. PREGON:  Objection.

2        Go ahead.

3    A   I -- I guess it just depends on the

4 circumstance.

5 BY MR. DICELLO:

6    Q   Well, let's focus on it, then.  Because I'm

7 talking about circumstances where you're putting someone

8 at an unnecessary risk of death.  And we talked about

9 unnecessary force being excessive force.

10   A   Uh-huh.

11   Q   So my question is:  If you restrain a person in

12 a way that puts that person at an unnecessary risk of

13 death, that is, according to the rules we've been talking

14 about, excessive force?

15       MR. PREGON:  Objection.

16 BY MR. DICELLO:

17   Q   True?

18       MR. PREGON:  Objection.

19       Go ahead.

20   A   You make a true statement.  But when you put

21 somebody in restraints and they're combative still, you've

22 got to control them for your safety and their safety.

23 It's not like just, like I said before, just because you

24 put somebody in cuffs that they're going to comply.  What

Page  49

1  if you get somebody in cuffs and -- Well, disregard,
2  because I'm not asking you questions.
3      But I guess my outlook is, okay, if I put
4  somebody in cuffs and they're still combative and still
5  not willing to cooperate, have I done them more harm now
6  than trying to control their actions?  Because what are
7  they going to do?
8  BY MR. DICELLO:
9      Q   I guess that would come back to the rule of if
10 there's more than one way to restrain somebody, you want
11 to do it in the safest way possible; correct?
12     MR. PREGON:  Objection.
13     A   Correct.  And I felt in this instance, we were.
14 Being my personal opinion.
15 BY MR. DICELLO:
16     Q   If there are multiple ways to restrain an
17 inmate, even one who is not cooperative, do we agree that
18 corrections officers must choose the safer alternative?
19     MR. PREGON:  Objection.
20     Go ahead.
21     A   Yes, sir.
22 BY MR. DICELLO:
23     Q   All right.  That's one of the jobs of a
24 corrections officer; correct?

Page 50

1      A   Yes, sir.
2      Q   And that's one of the rules that are supposed
3  to be followed; true?
4      A   Yes, sir.
5      Q   Have you ever received any training that an
6  inmate or person's combativeness or uncooperativeness can
7  be the result of a medical condition?
8      A   Can you restate that again?
9      Q   Yeah.  Have you ever been trained that
10 someone's unwillingness to comply may be the result of a
11 medical condition?
12     MR. PREGON:  Objection.
13     Go ahead.
14     A   Yes.
15 BY MR. DICELLO:
16     Q   Have you ever heard or been trained about
17 people who, when they can't breathe, struggle for air?
18     A   Yes.
19     Q   Have you been trained or are you aware of any
20 research in your field, corrections I'm talking now,
21 Deputy, that has demonstrated that the prone restraint is
22 a hazardous and potentially lethal restraint position?
23     A   No, I haven't -- I haven't been trained that,
24 sir.

Page 51

1      Q   Do you know whether or not the use of prone
2  restraint is prohibited in the state of Ohio?
3      MR. PREGON:  Objection.
4      Go ahead.
5      A   I'm not aware of that at all, sir.
6  BY MR. DICELLO:
7      Q   Are you aware of any general rules that say as
8  soon as a suspect or subject is handcuffed, corrections
9  officers need to get that person off of his or her stomach
10 as soon as possible?  Are you aware of that?
11     A   I'm not aware of that, sir.
12     Q   There are some questions I think I know the
13 answer to, but I need to get it on the record, okay?
14     A   Understood, sir.
15     Q   I appreciate your time.  Bear with me.  Because
16 we talked a little bit about positional asphyxia and you
17 told me what you knew and didn't know and we'll rely on
18 those answers.
19     A   Yes, sir.
20     Q   Are you aware of any risk factors, any
21 characteristics about a person that put that person at an
22 increased risk of dying from positional asphyxia?
23     MR. PREGON:  Objection.
24     Go ahead.

Page 52

1      A   No.
2  BY MR. DICELLO:
3      Q   As a corrections officer, you were never
4  provided any training in terms of keeping an eye out for
5  risk factors that will increase someone's risk of dying
6  from positional asphyxia; correct?
7      MR. PREGON:  Objection.
8      Go ahead.
9      A   Not dying, but injury.
10 BY MR. DICELLO:
11     Q   So what risk factors have you been trained
12 about to keep an eye out for people getting injured from
13 positional asphyxia?
14     A   Positional asphyxia, is that like the
15 breathing?  Is that what you're -- Is that what you keep
16 referring to, is the breathing?
17     Q   I'm really trying to understand what your
18 understanding of positional asphyxia is.
19     A   I feel like it's the breathing aspect.  No, I
20 don't feel like I've ever been trained that when I put
21 somebody in cuffs, however I put them in cuffs could be
22 the cause of them to stop breathing.  However, you know,
23 we're taught when we cuff somebody, hands behind their
24 back, you know, if it's a large person, try to use two

Page 53

14 (Pages 50 to 53)

1  cuffs, you don't want to damage any of the wrists, double
2  gap check them, if you can fit two fingers between the
3  cuff and the wrist, then that's perfect. I mean, I've
4  been trained in stuff like that, sir. But again, I've
5  also been trained that if you get somebody in cuffs and
6  they're still not cooperating, you have to get them to
7  cooperate so that we can get to the next step.
8      Q  Have you ever been trained when somebody is
9  facedown or on their belly and they're cuffed behind their
10 back, have you ever been trained not to put pressure on
11 that person's back?
12     A  Yes. I think that's a major issue whenever we
13 deal with uncooperative slash combative, is if we do get
14 them in cuffs and on their back that we stay off of their
15 back.
16     Q  You mean cuffs and on their belly?
17     A  Yes.
18     Q  Okay.
19     A  Sometimes -- Sometimes you have to put them on
20 their belly to cuff them up. So it's not like -- it's
21 like in Mr. Richardson, it's not like he was cuffed and
22 then placed on his belly. He was placed on his belly so
23 that we could cuff him.
24     Q  And what's your understanding of why you want

Page 54

1  to avoid putting pressure on someone's back when they're
2  facedown with their hands cuffed behind their back?
3      A  It's a sensitive area. It's the spine. The
4  spine controls the body. We don't want to injure that for
5  anybody.
6      Q  What about -- I've looked at the video, and we
7  had Officer Mayes in here, and he told us where his hands
8  were positioned, you know, on his head and under his head.
9  Have you received any training that you shouldn't hold
10 down someone's head when they're in a prone position, or
11 is that okay to let come up?
12         MR. PREGON: Objection.
13         Go ahead.
14     A  If we have a seizure, we are trained to control
15 the head so that they're not banging it on a concrete
16 floor. So yeah, we've had training.
17 BY MR. DICELLO:
18     Q  Okay.
19     A  Yes, sir.
20         MR. PREGON: We've been going an hour, do you
21 want to take a quick break?
22         THE WITNESS: Yeah, I could use a water break.
23 If that's the okay.
24         MR. DICELLO: Yeah.

Page 55

1          THE WITNESS: I appreciate it.
2          MR. DICELLO: Yeah.
3          (Discussion held off the record.)
4  BY MR. DICELLO:
5      Q  All right. Deputy Wittman, we're back from a
6  short break. You filled out no Use of Force Reports in
7  connection with this incident; correct?
8      A  Correct.
9      Q  Is that because no force was used?
10     A  I didn't feel like I used any force.
11     Q  Did you feel that what you witnessed your
12 fellow corrections officers doing, did they use any force,
13 or no?
14         MR. PREGON: Objection.
15         Go ahead.
16     A  I couldn't answer that. I don't know. If the
17 supervisor would have thought that I used force, he would
18 have told me to complete one. So I'm assuming he would do
19 the same for the other officers. And with that being
20 said, if we feel like we use force, we're supposed to go
21 to the supervisor and say, "Hey, this is what we did,
22 should I fill out a Use of Force." So if you have a
23 question, the supervisor will let you know, "Hey, this is
24 what you need to do." And I didn't feel like I used

Page 56

1  force.
2  BY MR. DICELLO:
3      Q  You restrained Mr. Richardson; correct?
4      A  Yes, sir.
5      Q  You restrained him against his freedom of
6  movement; correct?
7          MR. PREGON: Objection.
8          Go ahead.
9      A  Yeah, but it was for safety reasons.
10 BY MR. DICELLO:
11     Q  You put your hands on his body and held it
12 down, parts of his body; right?
13     A  Yes, sir.
14     Q  And as far as you understand policies,
15 procedures, and the training you've received at the
16 Montgomery County Sheriff's Office, that does not amount
17 to a use of force; correct?
18     A  I didn't cause any injury, so no, sir.
19     Q  Is it your understanding that only uses of
20 force that cause injury have to be reported?
21     A  No, not necessarily. However, I didn't -- I
22 relieved somebody that was -- we were restraining him due
23 to the resisting and the kicking and the -- What's the
24 word I'm looking for? Due to the resisting. We were just

Page 57

15 (Pages 54 to 57)

1  trying to calm him down enough to -- so that we could try
2  to figure out, hey, what's going on with this inmate.
3      Q  What was he resisting?
4      A  Well, he didn't want us -- We opened the door,
5  he comes out, we don't know why he comes out.  Usually if
6  we open a door, an inmate will stand back.  This is what's
7  going on.  He comes out, we don't know what he's going to
8  do, so --
9      Q  Well, let me stop you.
10     A  We don't know what he's resisting, but we know
11 that he's not cooperating.
12     Q  Cooperating with what?
13     A  With direction from us.  We were trying to find
14 out, hey, what is going on, why were we called here.  And
15 we couldn't get an answer.
16     Q  So what were the directions given to
17 Mr. Richardson that you saw him not follow?
18     A  Well, when they went to cuff him, he wouldn't
19 put his hands behind his back, and he was -- so he was
20 resisting.  And when we were asking, "Hey, what's going
21 on," he wasn't answering.  He was just telling us to get
22 off of him.
23     Q  Do you know if he was able to answer those
24 questions?

Page 58

1      When a corrections officer escorts, I'll use
2  that word, escorts someone to the ground for purposes of
3  putting handcuffs on them behind their back, is that a use
4  of force?
5      A  It should be.
6      MR. PREGON:  Objection.
7      Go ahead.
8      A  It should be.
9  BY MR. DICELLO:
10     Q  And it should be reported on a Use of Force
11 Report; correct?
12     A  Yes.
13     MR. PREGON:  Objection.
14     THE WITNESS:  Sorry.
15     A  Yes, sir.
16 BY MR. DICELLO:
17     Q  Did you ever hear Robert groaning or moaning?
18     A  I don't recall.  Can I refer back?
19     Q  Sure.
20     A  (Reviewing document.)
21     No, I don't recall, sir.
22     Q  Did you see Medic Stockhauser there when you
23 were there?
24     A  Yes, sir.

Page 60

1      A  I mean, he -- I heard him speak words, so I
2  would assume he would, he was able to.
3      Q  That's an assumption you made?
4      A  Yes, sir.  Yes.
5      Q  When you just testified a moment ago, you said,
6  "When we opened the door, he came out of the cell."  You
7  weren't there when the door was opened, were you?
8      A  No, sir.  When I said "we," I meant us as the
9  units that responded.  I apologize.  But I meant as a
10 sheriff's office employee.
11     Q  And I just had the opportunity to depose
12 Corrections Officer Johnson, who was the first person on
13 the scene other than Officer Benjamin, and he testified in
14 this case already that Mr. Richardson was sitting on the
15 ground when he went hands-on with him.  Were you aware of
16 that?
17     A  No, I wasn't, sir.
18     Q  It's your understanding that Mr. Richardson had
19 walked out of his cell and not complied from the onset;
20 right?
21     A  Yes, sir.  I don't -- Like I said, when I got
22 there, they were already trying to cuff him on the ground,
23 so -- So yeah, I was unaware of that.  So I apologize.
24     Q  That's all right.

Page 59

1      Q  Did you see Medic Stockhauser trying to
2  administer oxygen?
3      A  I do believe he was trying to administer
4  oxygen.
5      Q  Did that then cause you to think that there was
6  some concern over this inmate's ability to breathe?
7      A  Yeah.  Yeah.
8      Q  Did you ever see a spit hood ever brought to
9  the scene?
10     A  No, I don't recall.
11     Q  Officer Mayes testified earlier that he could
12 hear Robert Richardson saying, "I need out."  Did you ever
13 hear him say that?
14     A  I did not, sir.  Mayes was with him a lot
15 longer than I was.
16     Q  And Steven Stockhauser in his narrative
17 indicated that Mr. Richardson was very sweaty.  Do you
18 remember that at all, or no?
19     A  I don't recall.  I know a lot of the officers
20 were as well.
21     Q  Were sweaty?
22     A  Yes.
23     Q  Because of the struggle?
24     A  Yes.

Page 61

16 (Pages 58 to 61)

1      MR. PREGON:  Objection.

2  BY MR. DICELLO:

3      Q    Inmate Richardson, according to

4  Mr. Stockhauser's narrative, kept yelling, "I want loose,"

5  and "Get out of here."  Do you remember hearing

6  Mr. Richardson say either of those things?

7      A    No, sir.  I didn't report it, so I don't

8  recall.

9      Q    Do you remember him saying that he couldn't

10  breathe?

11      A    No.

12      Q    Did you have your hands on him when he -- some

13  people have described it as stopped resisting or went limp

14  or --

15      A    I think I did, sir.

16      Q    Did you feel that moment in time where he --

17  his body just kind of quit?

18      MR. PREGON:  Objection.

19      Go ahead.

20      A    I don't recall it just quitting.  I do recall I

21  was holding him, one of the sergeants advised to check the

22  breathing.  And again, I -- at this point, he wasn't

23  resisting, so I was kind of like -- I wasn't -- I had my

24  hands on him, but I wasn't like putting pressure or

Page  62

1  anything.  And at some point one of the officers checked

2  the breathing, indicates to the sergeant that he was not

3  breathing.  And then when the sergeant advised us to start

4  CPR, that's when I got off and went and got the AED.

5  BY MR. DICELLO:

6      Q    The AED.

7      A    So my first situation in an incident like this.

8  So holding him, it didn't feel any different than when I

9  first was restraining him.

10      Q    You told me that you were holding -- when you

11  relieved Stumpff, you were holding Mr. Richardson's left

12  arm?

13      A    I believe that's what --

14      Q    Correct?

15      A    I believe that's, you know, what I reported.

16      Q    I know you have a memory about the leg, but --

17      A    I don't know why I think the leg.

18      Q    That's okay.

19      A    But yeah, it would have been the arm.

20      Q    And this is going to be a little awkward, but

21  were you holding his arm against the ground?

22      A    I don't recall, because I know he's a big guy.

23  I know at some point they put him to the side.  And then

24  -- So I don't recall.  I don't recall.  I'd have to see

Page  63

1  the video.

2      MR. PREGON:  Hit the lights?

3      MR. DICELLO:  Yeah, if you don't mind.

4  BY MR. DICELLO:

5      Q    We'll wait for your counsel to come back.  When

6  he hits the lights, it's easier to see, Deputy.

7      We're looking at 13:58.  Do you see yourself in

8  this frame?  Can you tell?

9      A    I can't tell if that's me or Stumpff.  I can't

10  tell yet.  Sorry.

11      Q    That's all right.

12      A    It looks like it's Stumpff.

13      Q    So at 14:03, that hairline tells you it's still

14  Stumpff.  We won't tell him that.

15      MR. PREGON:  Objection.

16      A    I can tell by my hairline as well.

17  BY MR. DICELLO:

18      Q    All right.  Maybe just see when you come in.

19  Do you know who this is that just entered at 14:13?

20      A    Officer Limmer.

21      Q    That's Limmer?

22      A    Yes.  I can tell by his hairline as well.

23      Q    All right.  Just stopping it at 14:25.

24  Mr. Richardson isn't on his side there, is he?

Page  64

1      A    No, he doesn't appear to be, no.

2      Q    So he's laying on his belly?

3      A    Yes, sir.

4      Q    And we'll let this play.  If you see yourself

5  come in, let me know.

6      A    Yes, sir.  Do you mind if I turn it a little

7  bit?

8      Q    No, no.  It's more important that you see it

9  than me.

10      A    I apologize.

11      Q    When you were there watching this or at some

12  point when you relieved Stumpff, was there an officer

13  straddling Mr. Richardson's lower body?

14      A    I don't recall straddling.  Basically doing

15  what this officer is doing.  He's making sure his head is

16  on his side.

17      Q    So we're now past 15:10.  Still don't see you

18  yet; right?

19      A    Yes, sir, I don't see me.

20      Q    Do you know who that is right there?

21      A    Officer Beach, who is now also a deputy.

22      Q    Do you know if Officer Beach was straddling

23  Mr. Richardson's lower body?

24      A    I don't think he was straddling, no, sir.  I

Page  65

17  (Pages  62  to  65)

**Page 66**

1 think he was just to the side. But I don't recall.

2 **Q You can see an officer's hand on**

3 **Mr. Richardson's back here at 15:46; right?**

4 MR. PREGON: Objection.

5 A He looks like he's, yeah, touching him. But it

6 doesn't look like he's putting very much pressure on it.

7 Looks like there I am right there.

8 BY MR. DICELLO:

9 **Q 15:57?**

10 A You can see my arm.

11 **Q Okay.**

12 A I believe that's me. Yep, that's me. I can

13 tell by the hairline.

14 **Q So now you've entered about 16:05, 06, 07, 08?**

15 A I don't know where I'm at now.

16 **Q Is that you standing up still there?**

17 A That's Limmer. I'm out of the picture now.

18 **Q Okay.**

19 A I might be over here with Stockhauser. Still

20 Officer Stumpff.

21 **Q We're at 18:19. Do you see yourself?**

22 A I can't tell if that's me or not. I apologize.

23 **Q That's all right.**

24 A It looks like it is me. This -- This looks

**Page 67**

1 like it would be Stumpff. So that looks like it would be

2 me, sir.

3 **Q So at some point, you --**

4 A I think it is. I can't tell.

5 **Q Yeah, it's not --**

6 A That looks like Stumpff still.

7 **Q So at 17:28, you still think that's Stumpff.**

8 **Mr. Richardson at 17:32 is --**

9 A Okay. That -- That looks like -- No, that's me

10 right there. So at some point, I walk around.

11 **Q Walk around?**

12 A Probably to say, "Hey, sergeant, what do you

13 want me to do."

14 **Q So at 17:34, you're now on the left side of**

15 **sergeant?**

16 A That would be Sergeant Lewis. So I would have

17 to walk all the way around to get over there.

18 **Q This is 17:34. I mean, Mr. Richardson isn't on**

19 **his side there, is he?**

20 MR. PREGON: Objection.

21 A I don't see him on his side.

22 BY MR. DICELLO:

23 **Q He's on his belly; right?**

24 MR. PREGON: Objection.

**Page 68**

1 A He appears to be.

2 MR. DICELLO: What's the basis of those

3 objections?

4 MR. PREGON: I don't know if he can tell that

5 or not.

6 MR. DICELLO: He can answer that, then. If

7 it's form or foundation, that's fine.

8 BY MR. DICELLO:

9 **Q Well, you understand the question, right?**

10 A Yes, sir.

11 **Q If you don't understand it, you let me know,**

12 **okay?**

13 A Okay.

14 **Q You know you're not supposed to change your**

15 **answers when your lawyer objects; right?**

16 A Right. Yes, sir.

17 **Q You're not doing that today, are you?**

18 A No, sir.

19 **Q Because that would be inappropriate; right?**

20 A Yes, sir.

21 It looks like I'm relieving Stumpff there.

22 **Q So at about 17:48, 17:49, it looks like when**

23 **you relief Stumpff there.**

24 A Yes, sir.

**Page 69**

1 **Q Again, Mr. Richardson doesn't appear to be on**

2 **his side there, does he?**

3 MR. PREGON: Objection.

4 A I can't tell. It doesn't appear.

5 BY MR. DICELLO:

6 **Q It doesn't appear?**

7 A Right.

8 **Q Does Mr. Richardson appear to be struggling at**

9 **18:10, 11, 12 to you?**

10 A I can see his back, but I can't see his arms.

11 So I don't know.

12 **Q Is this pretty much the position that**

13 **Mr. Richardson is in until the time he dies?**

14 A I can't recall. I'd have to see the rest of

15 this video. It looks like that was a nurse giving him the

16 second shot.

17 **Q At 18:40?**

18 A Yeah.

19 **Q And are you seeing Mr. Richardson moving at**

20 **all?**

21 A Again, I can't tell. I can just see, you know,

22 his back.

23 **Q Another hand on his back right now; right?**

24 A Yeah. Not much pressure. It looks like he's

**18 (Pages 66 to 69)**

1 just touching him.
2 Q Is it your testimony that as of 19:10, 11,
3 Mr. Richardson is still struggling with you guys?
4 A I can't tell. I just see his back. So I don't
5 know. You can't see his arms or his legs or even his
6 head. The officer is blocking it. So --
7 Q What position does Mr. Richardson look to be in
8 now at 19:50?
9 A Same position.
10 Q That you described before?
11 A Yes.
12 Q Now at 20:15, Mr. Richardson still appears to
13 be on his belly?
14 MR. PREGON: Objection.
15 A Yes.
16 BY MR. DICELLO:
17 Q Excuse me?
18 A Yes. Sorry.
19 Q This looks like Officer Mayes right here with
20 his left hand on the railing. Do you remember him posting
21 up on the railing at all?
22 A I -- No, I wasn't paying attention to him.
23 Q All right. So we're now approaching 21
24 minutes. Does Mr. Richardson still appear to be in the

Page 70

1 arm. And he's putting all the pressure on his other knee.
2 So it doesn't look like -- It looks like the situation is
3 beginning to de-escalate. To me. Per the officers.
4 Q You're still in your same position?
5 A Yes.
6 Q Kind of behind Officer Mayes there?
7 A Yes, it appears to be, yes, sir.
8 Q Have you seen anybody check on his breathing
9 yet?
10 A I couldn't tell if he was doing it. He leaned
11 down closer a moment ago. And it looks like he's leaning
12 closer again.
13 Q There. We definitely have at 22:15-ish, he's
14 definitely checking there.
15 A Yeah.
16 Q Is that Officer Mayes?
17 A No, Mayes is here. This is Stumpff.
18 Q Stumpff is checking the breathing?
19 A Yes, sir.
20 Q And do you see the position you're in?
21 A Right here, sir, yes.
22 Q Do you have your hands on his arm, on
23 Mr. Richardson's arm?
24 A Probably. I can't tell. I know one of my arms

Page 72

1 same position that you described before?
2 A Yes.
3 Q Do you see this officer on the left, this
4 officer in the front?
5 A Yes, sir.
6 Q Remind me of who that is again.
7 A I believe it's Officer Marshall.
8 Q Did you ever see Officer Marshall putting his
9 knee on the back right shoulder area?
10 A No, sir. Again, I wasn't paying attention to
11 him. So I can't recall.
12 Q Looking at 21:14, does it look like that's
13 where his knee is?
14 A No, honestly it looks like it's in the air. It
15 looks like he's putting all his weight on his other knee
16 and this is in the air.
17 Q Okay.
18 A It doesn't appear to me to be on the back.
19 Q So what is your understanding of what this
20 officer is doing now?
21 A He's just got his hand, like I said, maybe --
22 maybe the inmate stopped resisting, which is why they're
23 posted up there. And it looks like he's just got his hand
24 probably just on his -- I guess that would be his right

Page 71

1 is on there. I can't tell if this one is resting on my
2 leg or if it's on his arm.
3 Q So at 22:18, it looks like at least your right
4 arm is on Mr. Richardson's left arm; correct?
5 A Yes, it does.
6 (Discussion held off the record.)
7 (Ms. Jagielski and Sergeant Lewis enter the room.)
8 BY MR. DICELLO:
9 Q So we're at 22:18. It looks like you're on
10 your knees; correct? And you're looking down toward the
11 ground; correct?
12 A Yes.
13 Q And you said you're not sure where your left
14 arm is. But it looks like your right arm has your hand on
15 Mr. Richardson's arm?
16 A Yeah.
17 Q And so fair to say, at least in the position
18 Mr. Richardson is in now, Mr. Richardson's left arm would
19 be on the ground?
20 A Yes.
21 Q And it looks like you're holding it on the
22 ground?
23 A Yes, it does.
24 Q And so if Mr. Richardson's left arm is on the

Page 73

19 (Pages 70 to 73)

1  ground, he's not rolled up on his side, he's on his belly
2  now; right?
3      A  Yeah, appears to be.
4      Q  Were you there when the doc came in and
5  declared Mr. Richardson deceased?
6      A  Oh, God, I can't remember.  I think -- I can't
7  remember.  I remember the doc being there, but I can't
8  remember if she declared him deceased or not.
9      Q  Do you remember learning that Mr. Richardson
10 had died?
11     A  Yes.
12     Q  When and where?
13     A  I can't remember.  I can't remember.  I know
14 the medics came -- I said medics.  I meant Dayton Fire
15 came and basically took over the CPR.
16     Q  Did any investigator ever come interview you
17 after this happened?
18     A  No.
19     Q  Did that surprise you?
20     A  No, it didn't.
21     Q  Did anyone ever inform you how Mr. Richardson
22 died?
23     A  I think I ended up finding out he had a heart
24 attack.

Page 74

1      Q  Do you remember how you found that out?
2      A  Through this.
3      Q  Through the lawsuit?
4      A  Yes.
5      Q  So prior to the lawsuit being filed --
6      A  Yes.
7      Q  Let me finish the question.
8      A  Sorry.
9      Q  Prior to the lawsuit being filed, no one
10 informed you how Mr. Richardson died; correct?
11     A  That's correct.
12     Q  While you were kneeling next to him or standing
13 next to Mr. Richardson, did you ever have any concerns
14 that he might be suffering a heart attack?
15     A  I had no concerns, sir.  This was my first time
16 in a situation where somebody had lost their life.  So I
17 didn't know what was going on.
18     Q  If Mr. Richardson was in the throws of a heart
19 attack, he needed emergency medical care; true?
20     MR. PREGON:  Objection.
21     A  Yeah.  Anybody suffering from a heart attack
22 would need emergency medical care.
23     BY MR. DICELLO:
24     Q  And at that point in time, if he really was

Page 75

1  having a heart attack, it wouldn't be -- the safest thing
2  for Mr. Richardson wouldn't be to hold him down on the
3  ground; right?
4      MR. PREGON:  Objection.
5      A  Yeah, right.  It wouldn't be.
6  BY MR. DICELLO:
7      Q  Have you undergone any additional training as a
8  result of Mr. Richardson's death?
9      A  No.  Just the same first aid CPR training that
10 we do yearly and we do -- I'm a deputy now, so I do three
11 different phase trainings.  We do shooting scenarios, we
12 do, again, first aid CPR scenarios, resisting scenarios.
13 We do everything you can think of.
14     Q  Did you undergo any retraining as a result of
15 the specific incident that we're here about today?
16     A  No.  Just the continued training that the
17 sheriff's office offers, sir.
18     Q  As far as you understood the policies and the
19 procedures and the training that you received and that
20 were in place at the Montgomery County Jail as of May
21 2012, the manner in which the corrections officers handled
22 Mr. Richardson complied with all those policies and
23 procedures; correct?
24     A  I believe so, yes, sir.

Page 76

1      Q  All right.  If -- I know you're not a
2  corrections officer anymore, but if faced with the same
3  circumstances following May 19th, 2012 as a corrections
4  officer, you would have gone about handling it the same
5  way; correct?
6      MR. PREGON:  Objection.
7      A  Yes, sir.
8  BY MR. DICELLO:
9      Q  Given the number of officers --
10     (Phone beeping.)
11 BY MR. DICELLO:
12     Q  If you have to take that, go ahead.
13     A  No, sir.
14     Q  I'm almost done here, Deputy.
15     Given the number of officers that you described
16 were around, I think you said you felt that you had
17 control of the situation.  Is that what you said?
18     A  Yes, sir.
19     Q  And given that Mr. Richardson was handcuffed
20 and on the ground, I think you told us you didn't feel
21 that Mr. Richardson posed an immediate threat to your
22 safety; correct?
23     A  No.  Due to all the officers that were there, I
24 mean, we even had some standing by to relieve each other.

Page 77

20  (Pages 74 to 77)

1    Q   Mr. Richardson had been incapacitated at that
2  point; correct?
3         MR. PREGON:  Objection.
4    A   I mean, yeah, we -- we had him secured and
5  ready for the next step.
6  BY MR. DICELLO:
7    Q   So did you say yes, he had been incapacitated?
8         MR. PREGON:  Objection.
9    A   Yeah.  I mean, he wasn't going anywhere.
10  BY MR. DICELLO:
11    Q   And he was bound with handcuffs at that point;
12  right?
13    A   He had handcuffs on him, yes, sir.
14    Q   All right.  Are you aware of any training
15  bulletins or policies, procedures, or any training
16  modalities, classes that you've ever had that addressed
17  sudden in-custody death?
18    A   Yeah.  I mean, we -- we know that -- in the
19  back of our mind, especially with medical issues, we know
20  that that's a possibility, and we are trained to -- to --
21  to do what we can to not let that happen.
22    Q   So this may be the obvious question that I
23  didn't ask you.  But why did you have to hold him down?
24    A   Again, he was resisting, combative, and he was

Page 78

1  a bigger -- a bigger guy.  So it's what everyone else was
2  doing, that's what I was doing.  We didn't want him
3  getting up.
4    Q   Why not?
5    A   Due to the combativeness and the
6  uncooperativeness.  We didn't know what -- We were trying
7  to hold him down to figure out what, if anything, was
8  wrong.  And like I said, the -- we were hoping to get him
9  into the restraint chair so that we could assess him
10  medically, you know, so that we could try to care for him
11  and help him out with whatever he was going through.
12    Q   Is there an elevator that can get the restraint
13  chair up to that level?
14    A   Yes.  Or excuse me.  Not in the pod.
15    Q   Not in the pod?
16    A   No, sir.
17    Q   The only way to get up to that level of the pod
18  is to go up the stairs?
19    A   Yes, sir.
20    Q   Did you ever come to learn that Mr. Richardson
21  had ingested marijuana during his period of detention at
22  the Montgomery County Jail?
23    A   I -- Yeah.  Just through this process.
24    Q   Just through the lawsuit?

Page 79

1    A   Yeah, but not before.  I had no idea.
2    Q   During your time at the jail, was that a
3  problem, not a problem, where inmates were somehow getting
4  drugs like marijuana into the facility?
5    A   Unfortunately, it's a problem we go through
6  everyday, so -- They sneak it in in some way, shape, or
7  form.
8    Q   Okay.
9    A   You can't catch everybody.
10    Q   Part of the correction officers' jobs,
11  collectively, is to prevent contraband and things like
12  that from entering the facility; correct?
13    A   Yes, sir.
14    Q   But because I think you just told us you can't
15  catch it all --
16    A   Correct.
17    Q   -- when you're responding to somebody who is
18  behaving in a way that Mr. Richardson was, do you have to
19  consider that maybe drugs are involved?
20    A   Absolutely.  In fact, I think that's something
21  that we were concerned about.  We thought that maybe he
22  did ingest some kind of drug.  Because the behavior went
23  from zero to a hundred, you know.  So we just assumed
24  maybe it was drug related.

Page 80

1    Q   I don't understand what you mean by "zero to a
2  hundred."  Because the facts as I understand them based on
3  the testimony in this case so far is Mr. Richardson was on
4  the ground and never got back up until the time he died.
5    A   Understood.  But I saw resisting, and that's
6  what I was --
7    Q   Okay.
8    A   That's what I meant by that.  I apologize.
9    Q   That's all right.  Deputy, thanks for your
10  time.
11    Thank you.
12    Q   I appreciate it.
13    Thank you.
14    Q   Have a nice day.
15         MR. PREGON:  We're not going to waive
16  signature.
17              - - -
18         (Signature not waived.)
19              - - -
20         And, thereupon, the deposition was concluded at
21  2:42 p.m.
22              - - -
23
24

Page 81

21  (Pages 78 to 81)

```
 1                    December 3, 2015
 2   Dear Mr. Wittman,
 3      You have chosen to read and sign your transcript.
     Please do not mark on the transcript.  Any
 4   corrections/changes you may desire to make in your
     testimony should be typewritten or printed on the errata
 5   sheet at the end of testimony, giving the page number,
     line number and desired correction/change.  After you have
 6   read the transcript, sign your name on the correction
     sheet and where indicated at the close of testimony before
 7   a notary public.
 8      The Rules of Civil Procedure allow thirty days for
     you to read and sign.  Please return the signature page
 9   and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
     Dublin, Ohio 43017 within that time.  Failure to do so in
10   the allotted time will result in your transcript being
     used as though read and signed by you.
11
12                    Sincerely,
                   _____
13                 Whitney Layne
                   Professional Reporter
14
     Cc:
15   Nick DiCello
     Carrie Starts
16   Jamey Pregon
17
18
19
20
21
22
23
24
                                    Page  82
```

```
 1   State of _____
 2   County of _____
 3      I, ANDREW WITTMAN, do hereby certify that I have
 4   read the foregoing transcript of my deposition given on
 5   November 17, 2015: that together with the correction page
 6   attached hereto noting changes in form or substance, if
 7   any, it is true and correct.
 8                    _____
 9                    ANDREW WITTMAN
10      I do hereby certify that the foregoing transcript
11   of the deposition of ANDREW WITTMAN was submitted to the
12   witness for reading and signing: that after he had stated
13   to the undersigned Notary Public that he had read and
14   examined his deposition, he signed the same in my presence
15   on the ____ day of _____, 2015.
16                    _____
17                    Notary Public
18   My Commission Expires on _____
19               - - -
20
21
22
23
24
                                    Page  83
```

Page 83

1   State of _OHIO_____

2   County of _MONTGOMERY_

3           I, ANDREW WITTMAN, do hereby certify that I have

4   read the foregoing transcript of my deposition given on

5   November 17, 2015; that together with the correction page

6   attached hereto noting changes in form or substance, if

7   any, it is true and correct.

8                                              #1163

9                                   ANDREW WITTMAN

10          I do hereby certify that the foregoing transcript

11  of the deposition of ANDREW WITTMAN was submitted to the

12  witness for reading and signing; that after he had stated

13  to the undersigned Notary Public that he had read and

14  examined his deposition, he signed the same in my presence

15  on the _31ST_ day of _DECEMBER_, 2015.

16

17                                  Notary Public

18  My Commission Expires on ___MAY 2, 2018_____

19                              - - -

20

21                          ROSCO S. BENSON, Notary Public
                            In and for the State of Ohio
22                          My Commission Expires May 2, 2018

23

24

Page 84

1    TO THE   REPORTER:

2    I have read the entire transcript of my deposition taken

3    on the _31ˢᵗ_ day of _December_ , 20_15_, or the same has been

4    read to me.  I request that the following changes be

5    entered upon the record for the reasons indicated.

6

7    Page    Line    Correction and reason therefore

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   Date _12/31/2015_   Signature _____ #1163

24

Page 85

1                      CERTIFICATE

2     State of Ohio      :

3     County of Franklin:

4

5          I, Whitney Layne, Notary Public in and for the

6     State of Ohio, duly commissioned and qualified, certify

7     that the within named ANDREW WITTMAN was by me duly sworn

8     to testify to the whole truth in the cause aforesaid; that

9     the testimony was taken down by me in stenotype in the

10    presence of said witness; afterwards transcribed upon a

11    computer; that the foregoing is a true and correct

12    transcript of the testimony given by said witness taken at

13    the time and place in the foregoing caption specified.

14

15         IN WITNESS WHEREOF, I have set my hand and

16    affixed my seal of office at Dublin, Ohio, on this 3rd day

17    of Decemer, 2015.

18                         _Whitney Layne_

19                         Whitney Layne, Notary Public

20                         In and for the State of Ohio

21    My Commission expires May 4, 2020

22

23

24

**A**

**a.m** 11:22
**ability** 13:13 61:6
**able** 10:6 22:24
 29:21 58:23 59:2
**Absolutely** 80:20
**academy** 7:24 8:2
 9:7
**acceptable** 43:11
 45:24
**accountable** 14:11
**accuracy** 7:7
**accurate** 6:5
**actions** 50:6
**additional** 76:7
**addressed** 78:16
**administer** 61:2,3
**administered** 29:19
**Administrator** 1:4
**advised** 62:21 63:3
**AED** 30:4,5,6,9
 63:4,6
**affixed** 85:16
**aforesaid** 85:8
**afternoon** 5:6
**ago** 14:5 59:5 72:11
**agree** 39:20 41:4
 43:1,11 47:3 48:6
 48:11 50:17
**agreed** 39:23 40:22
 42:11
**ahead** 23:8 27:16
 30:15 32:12,12
 33:4 34:22 35:17
 37:16 39:5 40:1
 40:24 42:13 45:11
 46:4 47:10 48:3
 48:10,19 49:2,19
 50:20 51:13 52:4
 52:24 53:8 55:13
 56:15 57:8 60:7
 62:19 77:12
**aid** 39:10 76:9,12
**air** 51:17 71:14,16
**al** 1:9
**alerted** 15:9
**allotted** 82:10
**allow** 35:8 82:8
**allowed** 40:6,7
**alternative** 50:18
**amount** 57:16
**and/or** 12:19
**Andrew** 1:5,14 3:5
 4:2 5:1,11 83:3,9
 83:11 85:7
**ankle** 32:7,9
**ANNE** 2:17
**announced** 35:15
**answer** 6:15 13:17
 21:11 34:12 37:21

52:13 56:16 58:15
 58:23 68:6
**answering** 58:21
**answers** 6:1,9 7:7
 52:18 68:15
**anticipated** 17:13
**anybody** 21:5 28:3
 28:6,8 30:24
 39:17 55:5 72:8
 75:21
**anymore** 77:2
**apologize** 8:14
 17:12 21:12 29:6
 32:14 33:3 36:19
 46:10 59:9,23
 65:10 66:22 81:8
**appear** 26:14 65:1
 69:1,4,6,8 70:24
 71:18
**APPEARANCES**
 2:1
**appeared** 19:18
**appears** 68:1 70:12
 72:7 74:3
**applicable** 1:15 3:6
**apply** 39:21 40:20
**applying** 45:7
**appreciate** 22:19,21
 52:15 56:1 81:12
**approaching** 70:23
**appropriate** 12:11
**area** 8:23,24 39:15
 55:3 71:9
**areas** 44:11,14
**arm** 32:13,13,15,20
 32:22 33:8,10
 63:12,19,21 66:10
 72:1,22,23 73:2,4
 73:4,14,14,15,18
 73:24
**armed** 22:7
**arms** 20:23 22:16
 69:10 70:5 72:24
**arrived** 16:16,17
 17:1,16 18:5,21
**asked** 6:12,15 29:22
 29:23 34:10,11
 47:1
**asking** 32:18 36:14
 50:2 58:20
**aspect** 14:6 53:19
**asphyxia** 52:16,22
 53:6,13,14,18
**asphyxiation** 38:11
 38:19,20,23
**assault** 26:23
**assaulted** 27:2
**assess** 35:9 79:9
**assign** 16:6
**assigned** 10:22 11:1
 11:24 12:1 16:3,7

16:8
**assist** 17:14 19:16
 19:20 31:12
**ASSISTANT** 2:17
**ASSOCIATES** 1:21
**assume** 6:15 59:2
**assumed** 80:23
**assuming** 31:18
 56:18
**assumption** 59:3
**Ativan** 35:3,23
**attached** 83:6
**attack** 74:24 75:14
 75:19,21 76:1
**attend** 10:5
**attending** 7:24
**attention** 24:20 26:4
 35:8 70:22 71:10
**ATTORNEY** 2:17
**audible** 6:2
**available** 25:10
**Avenue** 1:16 2:3,7
**avoid** 39:13 55:1
**awaiting** 12:20
 34:24 35:12
**aware** 15:12 27:8
 27:13,17 45:1,2,6
 45:9,20,21 46:1,7
 46:11,15 48:4
 51:19 52:5,7,10
 52:11,20 59:15
 78:14
**awhile** 31:23
**awkward** 63:20

**B**

**back** 7:2 9:10 19:4
 23:14 30:6 31:9
 31:11,18 36:21
 39:14 43:10,17
 50:9 53:24 54:10
 54:11,14,15 55:1
 55:2 56:5 58:6,19
 60:3,18 64:5 66:3
 69:10,22,23 70:4
 71:9,18 78:19
 81:4
**background** 9:24
**bad** 37:24 38:4
**banging** 55:15
**based** 48:14 81:2
**basically** 13:8,21
 15:21 21:14 32:6
 39:16 65:14 74:15
**basis** 68:2
**Beach** 65:21,22
**bear** 47:2 52:15
**Beavercreek** 9:16
**beeping** 77:10
**began** 11:8
**beginning** 72:3

**begins** 11:9
**behalf** 2:5,9,13,19
**behaving** 80:18
**behavior** 39:8 80:22
**behind-the-bars**
 12:6
**believe** 6:10 7:21
 8:16,21 11:2 12:1
 16:3 17:19 18:22
 19:24 20:16,17
 26:20 28:23 29:20
 31:10,22,24 32:11
 33:23 35:3 61:3
 63:13,15 66:12
 71:7 76:24
**belly** 20:17 22:13
 30:20 31:15,19
 54:9,16,20,22,22
 65:2 67:23 70:13
 74:1
**Benjamin** 17:19
 59:13
**best** 32:18
**Beyoglides** 1:4
**big** 18:3 63:22
**bigger** 17:5,7 79:1,1
**bit** 7:17 20:18 43:8
 52:16 65:7
**blocking** 70:6
**blood** 20:18 23:18
 23:24 24:6,10
**body** 47:5 55:4
 57:11,12 62:17
 65:13,23
**Boehringer** 2:14
**booked** 16:6
**bottom** 28:23
**bound** 78:11
**box** 15:18
**boy** 9:22
**break** 55:21,22 56:6
**breathe** 51:17 61:6
 62:10
**breathing** 29:23,24
 31:8 39:23 40:21
 41:4,6,9 53:15,16
 53:19,22 62:22
 63:2,3 72:8,18
**Brenda** 2:15
**bring** 19:15 28:17
 35:20
**bringing** 30:6
**brought** 28:16,20
 28:23 29:1 30:9
 61:8
**Buffalo** 40:16
**bulletins** 78:15
**bunch** 40:15

**C**

**calf** 32:8

**begins** (continued)
**call** 13:14 16:9,13
 24:3,24 25:17,19
 25:23 26:8
**called** 1:14 3:5 30:4
 35:3 38:4 47:17
 47:22 58:14
**calls** 19:10
**calm** 35:4 58:1
**caption** 85:13
**care** 75:19,22 79:10
**career** 9:17,21
**Carrie** 2:10 82:15
**carry** 19:16 21:9
**case** 1:7 12:11 24:8
 59:14 81:3
**catch** 80:9,15
**categories** 13:3
**catwalk** 13:15
**cause** 53:22 57:18
 57:20 61:5 85:8
**Cc** 82:14
**cell** 12:9 25:10 59:6
 59:19
**certain** 39:12 41:8
**CERTIFICATE**
 85:1
**certified** 5:3
**certify** 83:3,10 85:6
**chair** 19:11,15,17
 21:1,9 28:15,19
 35:6,9,20,21 36:1
 79:9,13
**chairing** 35:2,19
**chance** 5:14 10:14
**change** 26:10 68:14
**changed** 25:20
 26:13
**changes** 25:21 83:6
 84:4
**character** 3:8
**characteristics**
 52:21
**charge** 12:4
**check** 13:15 29:23
 32:11 54:2 62:21
 72:8
**checked** 63:1
**checking** 72:14,18
**checks** 13:14
**Childhood** 9:22
**choose** 50:18
**chose** 9:21 10:7
 19:21
**chosen** 82:3
**chronologically**
 20:4
**Cincinnati** 2:12
**circumstance** 20:12
 49:4
**circumstances** 22:2
 42:10,17 49:7

77:3
**Civil** 1:15 3:6 82:8
**civilian** 40:3
**civilians** 40:7
**classes** 78:16
**clearly** 5:23
**Cleveland** 2:4
**close** 24:12 82:6
**closer** 72:11,12
**code** 15:19
**collectively** 80:11
**college** 9:6,8,9,13
**color** 14:19
**combative** 39:7
    44:20 49:21 50:4
    54:13 78:24
**combativeness** 51:6
    79:5
**come** 13:9,18 14:8
    16:5 23:15 50:9
    55:11 64:5,18
    65:5 74:16 79:20
**comes** 8:17 26:8
    36:21 58:5,5,7
**coming** 20:18 23:24
    24:4 28:11
**command** 19:3
    35:12
**commander** 13:9
    18:9 19:9,10 20:5
**commands** 34:24
**comment** 34:8
**Commission** 83:18
    85:21
**commissioned** 85:6
**committing** 27:9,11
**common** 37:2
**community** 9:13
    40:8 42:24 43:9
    43:16
**complete** 56:18
**completed** 9:6
**complied** 59:19
    76:22
**comply** 49:24 51:10
**computer** 85:11
**concept** 47:17
**concern** 28:4 61:6
**concerned** 80:21
**concerns** 75:13,15
**concluded** 81:20
**concrete** 55:15
**condition** 51:7,11
**confirm** 25:5
**connection** 7:1,7
    56:7
**consider** 80:19
**contact** 14:8
**containing** 27:23
**context** 40:19
**continued** 76:16

**contraband** 80:11
**control** 16:20 18:3
    18:11,12 19:6
    20:23 43:5 47:4
    49:22 50:6 55:14
    77:17
**controlling** 22:15
    32:22 33:8,10
    38:1
**controls** 55:4
**convicted** 12:16
**cooperate** 50:5 54:7
**cooperating** 54:6
    58:11,12
**cooperative** 34:20
    50:17
**Cooperstone** 1:21
    82:9
**correct** 12:17 22:7
    22:13,16 23:3
    25:14 28:12,13
    29:3,4,12,15
    30:13 31:1 37:14
    40:9 41:9,11,17
    41:20 42:2 44:8
    46:5,19,20,22
    47:15 48:24 50:11
    50:13,24 53:6
    56:7,8 57:3,6,17
    60:11 63:14 73:4
    73:10,11 75:10,11
    76:23 77:5,22
    78:2 80:12,16
    83:7 85:11
**correction** 37:13
    39:20 41:19 80:10
    82:6 83:5 84:7
**correction/change**
    82:5
**corrections** 7:18,22
    10:16 17:16 18:24
    31:3 33:21 40:6
    40:13,16,19 41:16
    41:24 42:23 48:1
    48:6 50:18,24
    51:20 52:8 53:3
    56:12 59:12 60:1
    76:21 77:2,3
**corrections/chang...**
    82:4
**correctly** 17:10
    18:13 24:6 26:6
**counsel** 3:4 64:5
**county** 1:8 2:20 7:2
    7:18 8:6,13 12:14
    44:5,12,21 45:22
    46:12 57:16 76:20
    79:22 83:2 85:3
**couple** 5:18 14:4
    18:1
**course** 37:7

**court** 1:1 5:9 12:21
    13:10
**courtroom** 6:22
**CPR** 30:3 39:10
    63:4 74:15 76:9
    76:12
**crime** 12:16 27:8
**crimes** 27:11
**criminals** 12:3
**CROSS-EXAMI...**
    5:4
**cuff** 41:5 53:23 54:3
    54:20,23 58:18
    59:22
**cuffed** 20:17,21
    23:14 41:8 43:10
    43:16,17 44:19
    54:9,21 55:2
**cuffs** 16:22 43:5
    48:12 49:24 50:1
    50:4 53:21,21
    54:1,5,14,16
**custody** 40:3

---

**D**

**D** 15:9 16:13 18:6,8
    25:10
**damage** 54:1
**Date** 84:23
**day** 10:22,23 11:2,4
    11:24 12:2,20
    81:14 83:15 84:3
    85:16
**days** 82:8
**Dayton** 1:16 2:8,19
    9:14 74:14
**de-escalate** 72:3
**deal** 17:6 23:11
    54:13
**dealing** 17:22
**Dear** 82:2
**death** 7:2 39:2,6
    47:23 48:8,17,23
    49:8,13 76:8
    78:17
**deceased** 1:5 74:5,8
**December** 82:1
**Decemer** 85:17
**decided** 9:7 21:3
**declared** 74:5,8
**Defendant** 1:14
    2:19 3:5
**Defendants** 1:9 2:9
    2:13
**defined** 45:18
**definitely** 72:13,14
**definition** 46:24
**Delta** 16:13,14
**demanding** 18:18
**demonstrated**
    51:21

**depending** 12:10
**depends** 49:3
**depose** 59:11
**deposes** 5:3
**deposition** 1:14 3:5
    3:6 5:16 7:4 11:15
    81:20 83:4,11,14
    84:2
**depositions** 10:15
**deputy** 7:19 8:4,6
    11:15 51:21 56:5
    64:6 65:21 76:10
    77:14 81:9
**describe** 14:21
**described** 22:18
    62:13 70:10 71:1
    77:15
**desire** 82:4
**desired** 82:5
**desk** 10:4,5 18:9
**detainees** 12:8
**detention** 79:21
**DiCello** 2:2 4:4 5:5
    5:13 8:8,11 21:4
    22:10 27:19 30:17
    30:23 35:13 36:9
    37:20 39:11 40:4
    41:1,12 42:8,15
    42:22 43:7,15,22
    44:9,16 45:15
    46:6,23 47:13
    48:5,13,21 49:5
    49:16 50:8,15,22
    51:15 52:6 53:2
    53:10 55:17,24
    56:2,4 57:2,10
    60:9,16 62:2 63:5
    64:3,4,17 66:8
    67:22 68:2,6,8
    69:5 70:16 73:8
    75:23 76:6 77:8
    77:11 78:6,10
    82:15
**die** 48:12
**died** 74:10,22 75:10
    81:4
**dies** 69:13
**difference** 12:7
    13:18
**different** 10:3 13:3
    63:8 76:11
**differently** 43:8
**Dinkler** 1:16 2:7
**direction** 58:13
**directions** 58:16
**disagree** 39:20 43:1
    43:12,14,18,20
**Discussion** 8:10
    20:20 56:3 73:6
**disoriented** 26:14
**disregard** 50:1

**DISTRICT** 1:1,1
**disturbance** 16:11
    25:18
**DIVISION** 1:2
**doc** 74:4,7
**document** 60:20
**doing** 10:2 16:9,13
    29:7 35:11 36:18
    56:12 65:14,15
    68:17 71:20 72:10
    79:2,2
**door** 16:20,21 58:4
    58:6 59:6,7
**doors** 18:11
**double** 11:6 29:5
    54:1
**downstairs** 36:1
**drawn** 23:19
**dressing** 16:4,4
**Drive** 1:21 82:9
**drool** 24:11
**dropped** 16:12
**drug** 80:22,24
**drugs** 80:4,19
**Dublin** 1:22 82:9
    85:16
**due** 48:12 57:22,24
    77:23 79:5
**duly** 5:2 85:6,7
**Dustin** 10:16 17:20
**duties** 11:11 40:14
**duty** 11:23
**dying** 52:22 53:5,9

---

**E**

**earlier** 34:8 61:11
**easier** 8:15 64:6
**education** 9:3,5
**eight** 7:23 8:1,17,19
**either** 10:17 17:8
    28:7 62:6
**elevated** 20:13
    47:23
**elevator** 79:12
**Ellis** 2:15
**emergency** 75:19,22
    59:10
**employee** 37:18
    59:10
**encounter** 14:7,15
**ended** 11:6 19:19
    74:23
**ends** 11:9
**enforcement** 9:18
    9:24
**Englewood/Clayt...**
    8:24
**enter** 73:7
**entered** 18:8 64:19
    66:14 84:5
**entering** 80:12
**entire** 84:2

entrance 18:12
errata 82:4,9
errors 25:16
escort 16:3,4
escorts 60:1,2
especially 20:12
  78:19
ESQUIRE 2:2,6,10
  2:17
Estate 1:5
estimate 20:5
et 1:9
everybody 80:9
everyday 10:3 80:6
EXAMINATION
  4:1
examined 83:14
excessive 42:4,10,18
  48:17,23 49:9,14
excuse 13:7 16:19
  23:2 70:17 79:14
Exhibit 25:3
expires 83:18 85:21
extended 47:6
extent 18:17,23
  39:9 44:10
eye 14:1 53:4,12
eyes 23:17,19,21

**F**
faced 77:2
facedown 47:6 54:9
  55:2
facility 80:4,12
facing 24:12
fact 10:1 26:5 80:20
factors 52:20 53:5
  53:11
facts 81:2
faded 14:5
Failure 82:9
fair 6:16 23:1 44:4
  73:17
Fairborn 9:16
fairly 19:18
familiar 45:3
family 7:11 9:23
  15:5
far 1:16 2:7 14:8
  57:14 76:18 81:3
fashion 12:6
fast 33:1
feel 14:3 27:20 38:3
  53:19,20 56:10,11
  56:20,24 62:16
  63:8 77:20
feels 12:11
feet 20:22
Felicia 2:13
fellow 10:15 56:12
felt 27:22 37:24

50:13 77:16
field 51:20
fight 23:13,15
figure 19:11 20:24
  21:7 35:21 36:1
  58:2 79:7
filed 75:5,9
fill 37:3,4,5 56:22
filled 56:6
finally 35:24
find 13:21 35:4,9
  58:13
finding 16:8 74:23
fine 29:7 36:18 68:7
fingers 54:2
finish 8:2 75:7
finished 8:2
Fire 74:14
firm 1:16
first 5:2,17 16:15
  17:19 25:8 26:12
  29:20 30:8 39:10
  47:14 59:12 63:7
  63:9 75:15 76:9
  76:12
fit 15:2 54:2
five 8:4
five-six 15:1
floor 2:18 12:2 13:1
  13:1,7 15:15,22
  15:24 18:5 55:16
focus 22:2 38:14
  49:6
folks 12:14,15 37:4
  37:9
follow 58:17
followed 51:3
following 77:3 84:4
follows 5:3
footage 11:20
force 41:13,20 42:1
  42:4,9,10,16,18
  48:16,17,24 49:9
  49:9,14 56:6,9,10
  56:12,17,20,22
  57:1,17,20 60:4
  60:10
foregoing 83:4,10
  85:11,13
form 68:7 80:7 83:6
formal 9:3,4
former 10:15
Foster 2:13
found 75:1
foundation 68:7
frame 64:8
Franklin 85:3
freedom 10:6 12:8
  57:5
freely 13:10
front 6:22 71:4

froth 24:4
fuck 18:17 23:3
functioning 47:4

**G**
G 1:4
gap 54:2
Garrett 2:15
general 39:19 52:7
gentlemen 10:18
getting 12:8 29:11
  46:17 53:12 79:3
  80:3
give 8:19 9:20 15:21
given 6:14 12:15
  58:16 77:9,15,19
  83:4 85:12
giving 16:1 69:15
  82:5
go 8:8 9:7,9 13:21
  15:21 19:5 23:8
  25:4 27:16 30:5
  30:15 31:20 32:3
  32:12,12 33:4
  34:22 35:17 37:16
  39:5 40:1,24
  42:13 45:11 46:4
  47:10 48:3,10,19
  49:2,19 50:20
  51:13 52:4,24
  53:8 55:13 56:15
  56:20 57:8 60:7
  62:19 77:12 79:18
  80:5
God 74:6
going 6:15 17:6
  19:11,14,16,19
  20:24 21:1,2,9,15
  26:10 32:17 34:12
  35:1,2,19,20,21
  35:22 36:2,5 47:1
  49:24 50:7 55:20
  58:2,7,7,14,20
  63:20 75:17 78:9
  79:11 81:15
good 5:6,8 8:21
  10:12 14:4 17:9
  29:20
gotten 20:10
grab 15:17
graduate 9:1,8
grew 8:24
groaning 60:17
ground 5:18 16:18
  16:23 19:14 21:16
  23:6 24:7,10,13
  26:18 29:15 30:2
  33:9 35:24 36:8
  43:5 59:15,22
  60:2 63:21 73:11
  73:19,22 74:1

76:3 77:20 81:4
group 26:6
guess 25:9 49:3 50:3
  50:9 71:24
guilty 12:20
guy 17:5,7 35:2,19
  35:21 63:22 79:1
guys 21:19 70:3

**H**
hairline 64:13,16,22
  66:13
half 13:13
hand 32:8 66:2
  69:23 70:20 71:21
  71:23 73:14 85:15
handcuff 17:8
handcuffed 17:2,3,8
  17:9 22:11 23:13
  52:8 77:19
handcuffing 17:4
  17:14
handcuffs 17:5
  39:21 40:7,20
  42:24 43:10 45:7
  60:3 78:11,13
handle 22:24
handled 76:21
handling 77:4
hands 19:4 32:7
  33:11,12,16,24
  43:10,17 53:23
  55:2,7 57:11
  58:19 62:12,24
  72:22
hands-on 31:20
  59:15
happen 11:18 39:9
  78:21
happened 11:17
  14:4 17:11 31:18
  74:17
happening 15:13
  37:14
happens 15:5
hard 6:3
harm 50:5
Harry 1:4
hazardous 51:22
head 17:21 24:12
  33:22 39:15,18
  55:8,8,10,15
  65:15 70:6
headbutt 23:15
health 13:15
hear 18:24 30:19
  34:7 60:17 61:12
  61:13
heard 18:23 23:2
  38:22,23 51:16
  59:1

hearing 18:6 62:5
heart 74:23 75:14
  75:18,21 76:1
heavy 19:18,19
height 14:24
held 8:10 20:20
  30:12 37:12 56:3
  57:11 73:6
help 8:12 17:11
  21:19 79:11
helped 31:11
helpful 20:4
hereinafter 5:2
hereto 83:6
hey 19:3 21:8,9,18
  34:11 36:5 56:21
  56:23 58:2,14,20
  67:12
Hi 5:7
high 9:1,5
Hills 11:6 2:7
hindered 26:11
hired 7:21 8:3
history 28:1
Hit 64:2
hits 60:6
hold 34:19 47:18,19
  55:9 76:2 78:23
  79:7
holding 29:14 32:2
  32:6 34:16 62:21
  63:8,10,11,21
  73:21
honestly 71:14
hood 61:8
hoping 79:8
hour 12:10 13:13,14
  55:20
hours 16:5
housing 16:7
huh-uhs 6:3
hundred 14:11
  80:23 81:2
hurt 27:4,6

**I**
idea 23:9 80:1
immediate 77:21
important 5:22 14:6
  65:8
in-custody 78:17
inappropriate
  68:19
incapacitated 78:1
  78:7
incident 10:13,23
  14:1 15:11 20:8
  21:23 56:7 63:7
  76:15
incidents 15:22
  23:14

**including** 39:21
**increase** 53:5
**increased** 52:22
**Independent** 13:23
**INDEX** 4:1
**indicated** 61:17
  82:6 84:5
**indicates** 63:2
**individual** 47:6
**individual's** 47:5
**inform** 74:21
**informed** 75:10
**ingest** 80:22
**ingested** 79:21
**initial** 36:6
**injure** 55:4
**injured** 53:12
**injury** 53:9 57:18
  57:20
**inmate** 14:12 23:14
  24:23 25:2 32:22
  33:8 34:14,18
  35:7,10,20 37:9
  38:1,7 43:4 44:18
  47:24 50:17 51:6
  58:2,6 62:3 71:22
**inmate's** 61:6
**inmate-to-officer**
  12:13
**inmates** 12:4,18
  13:9,13,18 14:11
  16:5,18 26:21
  40:7,8 80:3
**inmates's** 13:15
**insight** 9:20
**instance** 50:13
**instruct** 21:5 30:19
**instructing** 31:4
**interested** 10:1
**interesting** 10:11
**interfere** 41:9
**interview** 74:16
**investigator** 74:16
**involved** 80:19
**involving** 10:14
  14:1
**issue** 14:12 16:10
  25:11,17 28:7
  54:12
**issues** 78:19
**items** 47:3

**J**
**Jackson** 17:18
  19:24
**Jagielski** 2:17 73:7
**jail** 7:2 8:13 12:15
  13:4,11 14:10
  23:11 27:13,17
  38:15 41:3 43:23
  44:21 45:22 46:12

**Jamey** 2:6 82:16
**job** 6:1 10:4,5
**jobs** 50:23 80:10
**Johnson** 10:16
  17:20 59:12
**Jon** 2:14
**Jr** 1:4
**July** 7:22
**June** 7:21 8:16,20
**junior** 9:6
**jury** 6:22

**K**
**keep** 32:9 53:12,15
**keeping** 53:4
**keeps** 15:20
**kept** 24:7 62:4
**key** 15:17,18
**keys** 15:18,20 16:1
  20:11,11
**kick** 32:3
**kicking** 20:22 31:22
  32:1,9 57:23
**kind** 6:21 10:3
  15:22 20:3 24:3,4
  24:7,20 25:15
  27:13 33:3 34:15
  34:24 39:19 62:17
  62:23 72:6 80:22
**knee** 71:9,13,15
  72:1
**kneeled** 33:21
**kneeling** 75:12
**knees** 32:6 33:10
  73:10
**knew** 16:12 22:6,11
  25:24 35:18 52:17
**know** 7:6 13:11,16
  14:8,11,18 15:23
  17:4,6,18 18:4
  21:2,11 23:18
  24:22 25:13,22
  26:3,5 27:2,3,24
  28:3,4 31:16
  34:13,23,23 35:2
  35:23 37:2,24
  38:4 41:13 43:1
  45:18 46:16 47:11
  47:19 52:1,12,17
  53:22,24 55:8
  56:16,23 58:5,7
  58:10,10,23 61:19
  63:15,16,17,22,23
  64:19 65:5,20,22
  66:15 68:4,11,14
  69:11,21 70:5
  72:24 74:13 75:17
  77:1 78:18,19
  79:6,10 80:23
**Krisandra** 2:14

**L**
**Lakeside** 2:3
**language** 23:3
**large** 14:22 18:2
  53:24
**larger** 22:18
**lasted** 11:11
**law** 1:16 9:18,24
  45:19
**lawsuit** 7:8 75:3,5,9
  79:24
**lawyer** 68:15
**laying** 31:14 35:23
  65:2
**Layne** 1:15,21 3:6
  82:9,13 85:5,19
**leaned** 72:10
**leaning** 72:11
**learn** 79:20
**learning** 74:9
**left** 7:19 24:13
  31:22,24 32:7,7
  32:15,20,22 33:8
  33:10 63:11 67:14
  70:20 71:3 73:4
  73:13,18,24
**leg** 31:22,24 32:7,7
  33:14,19 63:16,17
  73:2
**legs** 20:23 22:16
  70:5
**lengthy** 47:2
**let's** 11:22 14:13
  49:6
**lethal** 51:22
**level** 12:12 17:12
  19:13 79:13,17
**Lewis** 20:1 67:16
  73:7
**LIBER** 2:3
**life** 75:16
**lights** 64:2,6
**limit** 47:4
**limiting** 40:14
**limits** 39:16
**Limmer** 64:20,21
  66:17
**limp** 62:13
**line** 82:5 84:7
**little** 7:17 12:8 17:7
  20:18 43:8 52:16
  63:20 65:6
**lock** 15:18
**long** 20:5
**longer** 17:8 31:8
  81:15
**look** 18:22 19:18
  38:4 66:6 70:7
  71:12 72:2
**looked** 14:16,19

16:19 55:6
**looking** 11:19 23:21
  25:15 57:24 64:7
  71:12 73:10
**looks** 7:14,19 64:12
  66:5,7,24,24 67:1
  67:6,9 68:21,22
  69:15,24 70:19
  71:14,15,23 72:2
  72:11 73:3,9,14
  73:21
**loose** 62:4
**lost** 75:16
**lot** 36:10,10 41:13
  43:3 61:14,19
**loud** 18:18
**lower** 65:13,23
**LPA** 2:11

**M**
**M** 2:17
**M.D** 2:15
**major** 54:12
**majority** 12:15
**making** 65:15
**male** 26:1 34:14
**man** 14:22 18:2
  22:18
**manner** 76:21
**manual** 41:3 43:23
  44:22 46:12
**March** 8:5,16
**marijuana** 79:21
  80:4
**mark** 82:3
**Marshall** 71:7,8
**math** 8:21
**matter** 6:22 28:7
  39:17
**Mayes** 10:16 33:23
  34:4 55:7 61:11
  61:14 70:19 72:6
  72:16,17
**Mayes's** 33:24
**MC** 25:4
**mean** 10:2 19:7
  21:17 22:21 37:19
  37:23 38:18 41:2
  43:3 44:19 45:13
  54:3,16 59:1
  67:18 77:24 78:4
  78:9,18 81:1
**means** 16:4 38:4
  47:20
**meant** 47:12 59:8,9
  74:14 81:8
**measures** 47:3
**Medic** 2:14 60:22
  61:1
**medical** 16:10 24:20
  24:23 25:11,17,23

26:3,7,8,8,12 28:1
  28:7 35:8 36:11
  36:12,14 37:3,6
  37:12,18 39:7
  51:7,11 75:19,22
  78:19
**medically** 35:4
  79:10
**medics** 74:14,14
**meet** 5:14
**member** 39:21 40:2
  40:20 42:23 44:19
  47:24
**members** 40:8,11
  43:9,16 45:7
**memory** 13:24 14:4
  33:3,18 36:20
  63:16
**mention** 28:3
**Miles** 2:14
**mind** 14:13 28:10
  32:11,16 64:3
  65:6 78:19
**mind's** 14:1
**minute** 8:9 15:8
  20:7 36:5
**minutes** 48:1 70:24
**moaning** 60:17
**modalities** 78:16
**moment** 18:14 36:7
  59:5 62:16 72:11
**Montgomery** 2:20
  7:2 8:6,13 12:14
  44:21 45:22 46:12
  57:16 76:20 79:22
**months** 7:23 8:1,2,4
  8:17,19
**morning** 11:7
**mouth** 20:19 24:1,4
  24:12
**move** 10:6
**movement** 10:5
  12:8 47:4 57:6
**moving** 69:19
**multiple** 18:4 50:16

**N**
**name** 5:9,10,11
  17:19 82:6
**named** 5:7
**NaphCare** 2:13
**narrative** 13:23
  25:5 61:16 62:4
**near** 14:22
**necessarily** 57:21
**necessary** 35:10
  42:1 48:15
**neck** 39:15,17
**need** 6:1 21:19 52:9
  52:13 56:24 61:12
  75:22

**needed** 15:23 19:20
24:19 26:3 75:19
**needs** 13:15,20,21
35:8,22
**negatives** 29:5
**never** 29:1 32:16
35:15 39:21 40:20
42:23 43:11,21
44:14 45:7,24
48:7 53:3 81:4
**nice** 6:1 81:14
**NICHOLAS** 2:2
**Nick** 5:13 82:15
**nine** 14:11
**nonserious** 13:4
**normal** 47:4
**notary** 1:15 3:6,7,8
82:7 83:13,17
85:5,19
**notes** 3:7
**noting** 83:6
**November** 1:16 3:1
83:5
**number** 25:6,7 77:9
77:15 82:5,5
**numerous** 22:15
**nurse** 2:13,14,14
69:15

———————————
         **O**
**oath** 6:18,20,21
**obese** 22:20,22
**Objection** 22:9
27:15 30:14,22
34:21 35:16 37:15
39:4,24 40:23
41:10 42:6,12,20
43:2,13,19 44:7
44:13 45:10 46:3
46:21 47:9 48:2,9
48:18 49:1,15,18
50:12,19 51:12
52:3,23 53:7
55:12 56:14 57:7
60:6,13 62:1,18
64:15 66:4 67:20
67:24 69:3 70:14
75:20 76:4 77:6
78:3,8
**objections** 68:3
**objects** 68:15
**obvious** 7:10 78:22
**obviously** 10:13
14:12 18:17 39:14
**offenders** 13:5,6
**offered** 8:3 21:15
**offers** 76:17
**office** 2:20 57:16
59:10 76:17 85:16
**officer** 5:13 7:18,22
7:24 8:20 9:4,23

**officer's** 66:2
**officers** 10:16 16:19
17:17 18:9,24
20:19,22 22:15
26:20 27:22 29:11
29:23,24 30:1,12
30:19 31:3,4
37:13 39:20 40:6
40:16,19 41:19,24
48:7 50:18 52:9
56:12,19 61:19
63:1 72:3 76:21
77:9,15,23
**officers'** 80:10
**official** 3:8 40:14
**Oh** 74:6
**Ohio** 1:1,15,16,22
2:4,8,12,19 9:14
45:19 52:2 82:9
85:2,6,16,20
**okay** 6:6 8:7,14 10:8
12:22 13:23 19:8
19:22 23:10,20
24:16 26:2 28:8
38:2,13,15 40:17
44:17 50:3 52:13
54:18 55:11,18,23
63:18 66:11,18
67:9 68:12,13
71:17 80:8 81:7
**old** 8:20 12:5
**once** 23:2
**ones** 17:20
**onset** 59:19
**open** 58:6
**opened** 16:20,21
58:4 59:6,7
**opinion** 50:14
**opportunity** 59:11
**ordered** 35:23
**outlook** 50:3
**overtime** 11:2
**oxygen** 61:2,4

———————————
         **P**

**p.m** 1:17 3:2 11:22
81:21
**page** 4:4 82:5,8 83:5
84:7
**paragraph** 25:8
**part** 14:3 28:9
80:10
**parties** 3:5
**parts** 57:12
**pass-ons** 15:21 16:2
**passed** 8:5 29:18
**patient** 37:7,12
**patrol** 7:15 13:1
**paying** 70:22 71:10
**peace** 7:24
**people** 12:16 18:3
20:8,9 21:16
23:11 25:12 36:12
36:20 39:13 47:1
48:7 51:17 53:12
62:13
**perfect** 54:3
**period** 47:7 79:21
**permitted** 29:8
30:10 41:19 42:1
**peroneal** 38:18
**person** 39:2 41:8
48:23 49:11,12
52:9,21,21 53:24
59:12
**person's** 39:22
40:21 51:6 54:11
**personal** 50:14
**personnel** 36:12,14
37:3,12
**phase** 76:11
**Phil** 1:8
**Phone** 77:10
**picture** 66:17
**piece** 9:4
**place** 35:5 42:23
43:5 45:7 76:20
85:13
**placed** 54:22,22
**placing** 43:9,16
45:23 46:7,13
**Plaintiff** 1:6,14 2:5
3:5
**Plaintiff's** 25:3
**plan** 34:19 35:15
36:2,6,6
**platform** 15:16
**play** 65:4
**please** 5:9 33:2 82:3
82:8
**pled** 12:19
**Plummer/Montgo...**
1:8
**pod** 12:5,7 13:4,7,8
13:19 15:10 16:13
16:13,14 18:6,8

18:11,12 25:10,24
28:16,20 30:4
79:14,15,17
**point** 9:23 19:5,9,12
20:1 21:2,7,21,22
22:3 24:20,22
25:1,20 28:14
29:19,22,24 30:1
31:17,21 32:16
34:4,23 35:2,18
62:22 63:1,23
65:12 67:3,10
75:24 78:2,11
**police** 7:24 8:2 9:7
9:23,24 10:7
38:12 41:17
**policies** 12:12 44:4
45:19 46:16 57:14
76:18,22 78:15
**policy** 12:12 18:8
41:2 45:3,6,21
46:7,12,16,18
**portion** 47:5
**pose** 48:7
**posed** 77:21
**position** 11:23 13:2
16:16 24:17 32:4
32:24 33:7 37:13
37:17 38:9 42:24
43:11,18 44:24
47:6 51:22 55:10
69:12 70:7,9 71:1
72:4,20 73:17
**positional** 16:20
38:21 52:16,22
53:6,13,14,18
**positioned** 32:21
33:13,16 34:6
41:8 55:8
**positioning** 38:7
**positions** 39:12 45:8
45:23 46:8,13
**possibility** 78:20
**possible** 20:12 30:7
50:11 52:10
**posted** 71:23
**posting** 70:20
**potentially** 51:22
**pound** 14:23
**practice** 43:11
**Pregon** 1:16 2:6,7
22:9 27:15 30:14
30:22 34:21 35:16
37:15 39:4,24
40:23 41:10 42:6
42:12,20 43:2,13
43:19 44:7,13
45:10 46:3,21
47:9 48:2,9,18
49:1,15,18 50:12
50:19 51:12 52:3

52:23 53:7 55:12
55:20 56:14 57:7
60:6,13 62:1,18
64:2,15 66:4
67:20,24 68:4
69:3 70:14 75:20
76:4 77:6 78:3,8
81:15 82:16
**prepare** 11:14,15
**prepared** 11:18
15:24
**presence** 3:7 83:14
85:10
**present** 17:17
**pressure** 32:1 54:10
55:1 62:24 66:6
69:24 72:1
**pretty** 14:4 17:9
19:19 26:9 69:12
**prevent** 80:11
**prevented** 29:11
30:13
**printed** 5:20 82:4
**prior** 14:7 31:7 75:5
75:9
**prisoners** 45:8,23
46:8,13
**probably** 7:10,10
20:10 31:18 32:8
67:12 71:24 72:24
**problem** 80:3,3,5
**Procedure** 1:15 3:6
82:8
**procedures** 44:5
57:15 76:19,23
78:15
**process** 17:4,9
79:23
**Professional** 82:13
**prohibited** 43:18
46:9,14 52:2
**promoted** 8:5
**promotional** 8:4
**prone** 37:13,17,18
37:23,24 38:4,6,8
42:24 43:3,11,17
44:24 45:8,13,13
45:18,23 46:8,13
46:24 47:2,7
51:21 52:1 55:10
**proof** 3:8
**PROSECUTING**
2:17
**protect** 26:19,19,22
**provide** 6:8
**provided** 44:12 53:4
**public** 1:15 39:22
40:2,11,21 44:19
47:24 82:7 83:13
83:17 85:5,19
**punch** 15:19

**purpose** 7:3
**purposes** 60:2
**pursue** 9:17
**put** 10:4 11:17
    16:23 18:16 19:3
    20:11 36:8 40:6
    49:20,24 50:3
    52:21 53:20,21
    54:10,19 57:11
    58:19 63:23
**puts** 48:16,22 49:12
**putting** 32:1 48:12
    49:7 55:1 60:3
    62:24 66:6 71:8
    71:15 72:1

**Q**

**qualification** 3:8
**qualified** 85:6
**question** 6:11,15
    17:13 28:9 33:6
    34:15 36:23,24
    37:22 42:14 43:9
    49:11 56:23 68:9
    75:7 78:22
**questions** 6:8 13:10
    13:17,19 37:21
    50:2 52:12 58:24
**quick** 26:10 55:21
**quickly** 20:12 30:7
**quit** 62:17
**quitting** 62:20

**R**

**radio** 16:9,11,21
    24:24 25:17,18,19
**radioed** 25:10
**railing** 70:20,21
**range** 14:23 18:15
**ratio** 12:13
**read** 11:16 33:1
    37:6,12 41:3
    43:23,24 44:21
    82:3,6,8,10 83:4
    83:13 84:2,4
**reading** 83:12
**reads** 45:6 46:12
**ready** 78:5
**real** 33:1
**really** 10:9 24:12
    34:13,23 53:17
    75:24
**reason** 10:7,9 24:7
    25:12 31:12 84:7
**reasonable** 41:20
    42:1
**reasons** 9:21 10:12
    16:24 57:9 84:5
**rec** 12:11
**recall** 14:10,14
    16:10,11 18:19,20

20:17 23:21 24:11
    24:24 26:12 30:21
    30:21,24 31:3,12
    31:16 44:1 45:12
    60:18,21 61:10,19
    62:8,20,20 63:22
    63:24,24 65:14
    66:1 69:14 71:11
**received** 38:6 51:5
    55:9 57:15 76:19
**recognizing** 31:7
**recollect** 26:7
**recollection** 25:12
    32:19
**record** 5:14 6:5 8:8
    8:10 20:20 52:13
    56:3 73:6 84:5
**records** 36:10
**reduced** 3:7
**refer** 37:7,9 60:18
**referring** 53:16
**refresh** 25:11
**related** 80:24
**relief** 68:23
**relieve** 21:21 77:24
**relieved** 21:19
    31:21,23 32:5,10
    32:23 33:20 57:22
    63:11 65:12
**relieving** 68:21
**rely** 52:17
**relying** 7:6
**remember** 10:17,22
    14:16 15:8,9 16:9
    17:3,10,17,20,23
    18:6,13 19:22
    20:1,15 21:12
    24:6,10 25:1,16
    26:5,6 28:6,8
    31:17 32:8,17
    33:8,12,15,15,16
    33:21,24 36:17
    61:18 62:5,9
    70:20 74:6,7,7,8,9
    74:13,13 75:1
**remind** 6:4 10:21
    71:6
**REMINGER** 2:11
**repeat** 42:14 46:10
    48:20
**report** 11:16,17
    18:16,22 25:5
    32:11 60:11 62:7
**reported** 11:5,7
    57:20 60:10 63:15
**reporter** 5:10 82:13
    84:1
**reporting** 19:22
**reports** 11:19 25:14
    37:5,11 56:6
**represent** 7:11

**request** 6:14 84:4
**research** 57:20
**resistance** 27:23
**resisting** 19:2,3
    21:17 24:15 29:16
    31:23 34:9 57:23
    57:24 58:3,10,20
    62:13,23 71:22
    76:12 78:24 81:5
**respective** 3:5
**respond** 20:11 22:1
    25:10,21 36:12
**responded** 16:13,15
    18:3 22:19 23:23
    25:22 26:2,6
    27:24 30:8 36:7
    36:14 59:9
**responding** 20:8
    25:23,24 30:5
    80:17
**responds** 26:9
**response** 17:10 26:9
    26:11 39:7
**responsibilities**
    40:15
**rest** 69:14
**restate** 33:6 51:8
**resting** 73:1
**restrain** 19:15 21:1
    21:17 39:17 48:7
    49:11 50:10,16
**restrained** 57:3,5
**restraining** 20:19
    38:7 39:2,13
    48:16,22 57:22
    63:9
**restraint** 19:11,15
    19:17 21:1,9
    28:14,19 35:6
    46:24 47:3,8
    51:21,22 52:2
    79:9,12
**restraints** 39:21
    40:20 45:4,8,22
    45:23 46:8,11,13
    49:21
**restrict** 39:22 40:21
    41:5
**result** 51:7,10 76:8
    76:14 82:10
**retraining** 76:14
**retrieve** 28:14 30:3
**return** 82:8
**review** 11:20,21
    25:13
**reviewed** 36:10
**reviewing** 13:23
    60:20
**Richardson** 1:5
    7:11 10:14 14:2,9
    14:14,16 16:16,17

17:1,14 18:6,15
    19:12,17,18 20:16
    20:16 21:10 22:1
    22:6,6 23:6 24:21
    26:3,14,23 27:2,4
    27:8,14 28:1,5,11
    29:8 30:10,20
    31:5,7,8,20 34:7
    34:16 37:7 54:21
    57:3 58:17 59:14
    59:18 61:12,17
    62:3,6 64:24 67:8
    67:18 69:11,8,13
    69:19 70:3,7,12
    70:24 73:18 74:5
    74:9,21 75:10,13
    75:18 76:2,22
    77:19,21 78:1
    79:20 80:18 81:3
**Richardson's** 7:2
    32:22 33:8,22
    63:11 65:13,23
    66:3 72:23 73:4
    73:15,18,24 76:8
**right** 5:18 8:18
    10:23 15:1 26:9
    26:17,21 29:7
    32:12,12,15,18
    33:4,20 34:3
    35:15 37:7,22
    40:3,5 41:22 44:3
    44:6,12 46:2
    50:23 56:5 57:12
    59:20,24 64:11,18
    64:23 65:18,20
    66:3,7,23 67:10
    67:23 68:9,15,16
    68:19 69:7,23,23
    70:19,23 71:9,24
    72:21 73:3,14
    74:2 76:3,5 77:1
    78:12,14 81:9
**risk** 39:1 47:23,23
    48:8,17,23 49:8
    49:12 52:20,22
    53:5,5,11
**risks** 38:10
**road** 7:15
**Robert** 1:5 7:1,11
    10:14 14:1 60:17
    61:12
**rolled** 15:15 31:8,10
    31:13,17 74:1
**rollover** 12:2 13:5,7
    13:12,20
**room** 73:7
**rude** 6:5
**rule** 41:22,24 47:21
    47:22,22 48:6,14
    50:9
**rules** 1:15 3:6 5:18

13:11 27:13,17
    39:19 48:15 49:13
    51:2 52:7 82:8
**running** 30:6

**S**

**safe** 13:16
**safer** 50:18
**safest** 50:11 76:1
**safety** 16:24 24:9
    49:22,22 57:9
    77:22
**Saturday** 10:21
    11:23
**saw** 16:2 23:18
    58:17 81:5
**saying** 18:6,20 19:1
    25:19 31:1 61:12
    62:9
**says** 5:3 45:9,22
    46:7 47:22
**scenarios** 76:11,12
    76:12
**scene** 20:2 59:13
    61:9
**school** 9:1,5
**seal** 85:16
**second** 11:3,8 25:9
    29:20 69:16
**secure** 16:22
**secured** 78:4
**security** 18:12
**see** 14:10 19:20 22:1
    22:2,6 23:17,24
    24:3,6 26:23
    28:19 60:22 61:1
    61:8 63:24 64:6,7
    64:18 65:4,8,17
    65:19 66:2,10,21
    67:21 69:10,10,14
    69:21 70:4,5 71:3
    71:8 72:20
**seeing** 20:15 24:10
    26:7 45:12 69:19
**seen** 44:2 72:8
**seizure** 28:5,7,11
    55:14
**sensitive** 55:3
**sentence** 25:8,9
**separate** 38:11
**sergeant** 17:18
    19:20,22,24 20:1
    21:8 29:22 36:4
    63:2,3 67:12,15
    67:16 73:7
**sergeant's** 34:24
**sergeants** 19:10
    62:21
**serious** 12:3 13:6
    16:12
**Session** 3:1

**set** 17:5 85:15
**setting** 12:5,6,7 13:8
  23:11,16
**shape** 80:6
**sheet** 82:5,6,9
**sheriff** 1:9 2:9 7:20
  44:5,12
**sheriff's** 2:20 8:6
  57:16 59:10 76:17
**SHIBLEY** 2:3
**shift** 10:20,22 11:6
  11:23 12:10 18:11
  26:10
**shifts** 11:3
**shooting** 76:11
**short** 56:6
**shot** 29:19 35:3,23
  36:13 69:16
**shoulder** 71:9
**shoulders** 6:2
**shrugs** 6:2
**shut** 15:15
**sic** 38:18
**side** 12:2 13:4,5,7
  13:12,20 24:8
  31:11,12,14,17
  34:5 63:23 64:24
  65:16 66:1 67:14
  67:19,21 69:2
  74:1
**sign** 82:3,6,8
**signature** 81:16,18
  82:8 84:23
**signed** 82:10 83:14
**signing** 83:12
**similar** 37:3 43:9
**Sincerely** 82:12
**Sinclair** 7:24 9:10
  9:11,13
**sir** 5:15,21,24 6:13
  6:17,19 7:5,9,13
  7:16,21 10:19
  11:7,21 12:1,9,23
  17:15 22:4,8,12
  22:14,23 23:4,7
  23:22 24:2 26:16
  27:1,5,7,10,12
  28:2,16 29:2,10
  29:13 30:11,16
  31:2,6 34:9 36:13
  36:15 37:1,5,8,10
  38:8 39:6 41:15
  41:18,21,23 42:3
  42:21 43:20 44:1
  44:23 45:17,20
  47:16,19 50:21
  51:1,4,24 52:5,11
  52:14,19 54:4
  55:19 57:4,13,18
  59:4,8,17,21
  60:15,21,24 61:14

62:7,15 65:3,6,19
  65:24 67:2 68:10
  68:16,18,20,24
  71:5,10 72:7,19
  72:21 75:15 76:17
  76:24 77:7,13,18
  78:13 79:16,19
  80:13
**sit** 18:10 30:10,24
  31:4 36:5
**sitting** 30:13 59:14
**situation** 15:9 17:7
  17:22 38:5 63:7
  72:2 75:16 77:17
**six** 8:1
**size** 14:20,21
**skin** 14:20
**slash** 9:16 16:4 32:7
  39:7,10 54:13
**sneak** 80:6
**somebody** 34:11
  41:5 48:16 49:21
  49:24 50:1,4,10
  53:21,23 54:5,8
  57:22 75:16 80:17
**someone's** 51:10
  53:5 55:1,10
**soon** 52:8,10
**Sorry** 19:7 60:14
  64:10 70:18 75:8
**sounded** 16:12
**sounds** 9:17 10:12
  37:24
**SOUTHERN** 1:1
**SPANGENBERG**
  2:3
**speak** 59:1
**Special** 1:4
**specific** 10:21 76:15
**specified** 85:13
**spell** 5:10
**spine** 55:3,4
**spit** 24:4,9,11 61:8
**sputum** 24:3
**Sr** 1:5
**staff** 12:5 45:7
**stages** 8:4
**stairs** 28:24 79:18
**stand** 29:8 58:6
**standing** 21:18,19
  66:16 75:12 77:24
**start** 11:10 30:3
  39:10 63:3
**started** 7:18 34:20
**starting** 21:16
**Starts** 2:10 82:15
**state** 1:15 5:9 9:10
  9:16 52:23 83:1
  85:2,6,20
**stated** 46:15 83:12
**statement** 13:24

38:3 49:20
**statements** 36:11,11
  37:3,4,6 43:24
**STATES** 1:1
**stating** 43:8 44:19
**station** 19:6
**stationed** 12:24
  13:6 18:14 38:15
**stay** 18:9 19:6 54:14
**stays** 13:9
**stenotype** 85:9
**stenotypy** 3:7
**step** 54:7 78:5
**Steven** 2:14 61:16
**stick** 14:13 29:21
  36:23
**stipulated** 3:4
**STIPULATIONS**
  3:3
**Stockhauser** 2:14
  60:22 61:1,16
  66:19
**Stockhauser's** 62:4
**stomach** 52:9
**stood** 21:14
**stop** 19:3 53:22 58:9
**stopped** 62:13 71:22
**stopping** 64:23
**straddling** 65:13,14
  65:22,24
**Street** 2:11,18
**struggle** 26:18
  51:17 61:23
**struggles** 47:24
**struggling** 18:15
  19:13 20:22 24:14
  39:3 69:8 70:3
**stuff** 13:11 54:4
**Stumpff** 31:21,24
  32:4,10,21,23
  33:7,17,20 63:11
  64:9,12,14 65:12
  66:20 67:1,6,7
  68:21,23 72:17,18
**subject** 52:8
**submitted** 83:11
**substance** 83:6
**sud** 47:23
**sudden** 39:2,6 47:23
  78:17
**suffered** 28:5
**suffering** 75:14,21
**Suite** 1:16 2:4,8,12
**summoned** 25:12
**supervisor** 35:12
  36:4 56:17,21,23
**supervisors** 25:13
  35:15
**supposed** 51:2
  56:20 68:14
**sure** 13:16 18:1

19:14 23:17 39:8
  60:19 65:15 73:13
**surprise** 74:19
**surrounding** 22:2
**suspect** 52:8
**sweat** 21:16
**sweaty** 61:17,21
**sworn** 5:2 85:7
**system** 29:22

_____
**T**

**table** 6:4
**take** 6:3 8:19 10:15
  28:17 35:20 36:16
  39:14,17 55:21
  77:12
**taken** 1:15 3:6 84:2
  85:9,12
**takes** 17:7
**talk** 5:22 11:22
**talked** 48:15 49:8
  52:16
**talking** 12:18 28:6,8
  40:13,15 49:7,13
  51:20
**taught** 11:16 53:23
**tell** 6:12 7:17 14:19
  17:21 20:14 26:15
  26:16 32:22,23
  33:19 36:5 39:20
  64:8,9,10,14,16
  64:22 66:13,22
  67:4 68:4 69:4,21
  70:4 72:10,24
  73:1
**telling** 47:14 58:21
**tells** 64:13
**term** 38:22,23 44:24
**terms** 53:4
**test** 8:3
**testified** 59:5,13
  61:11
**testify** 85:8
**testimony** 70:2 81:3
  82:4,5,6 85:9,12
**Thank** 81:11,13
**thanks** 81:9
**thing** 10:2 76:1
**things** 13:11 43:3
  62:6 80:11
**think** 8:17 9:22 10:6
  14:5 17:19 18:16
  22:16 23:16,18
  25:4 31:11 32:16
  34:4,5,10,10
  35:14 36:2 48:14
  52:12 54:12 61:5
  62:15 63:17 65:24
  66:1 67:4,7 74:6
  74:23 76:13 77:16
  77:20 80:14,20

**thinking** 28:10
**third** 2:18 11:1,3,9
  11:10 12:2,24
  13:1,7 15:17 16:3
**thirty** 82:8
**thought** 33:14,18
  35:1 56:17 80:21
**threat** 77:21
**threatened** 27:20
**three** 48:1 76:10
**three-minute** 47:22
**throws** 75:18
**time** 3:6 11:5,6,9
  12:12 15:2,11
  16:1,15 17:10,11
  18:5 20:9 21:24
  22:3,5,14,18
  23:23 24:20,22
  26:2,7,9,11 27:9
  27:12,24 29:9,18
  30:8,9,18 31:23
  33:20 36:3,16
  38:15 47:7,14
  52:15 62:16 69:13
  75:15,24 80:2
  81:4,10 82:9,10
  85:13
**times** 31:13,14
  34:10,11
**tiresome** 21:18
**today** 6:18,20 7:1,7
  30:24 32:19 44:10
  47:14 68:17 76:15
**today's** 7:3 11:15
**told** 9:3 21:14 34:8
  35:14 37:21 39:8
  43:21 44:10,15
  47:21 52:17 55:7
  56:18 63:10 77:20
  80:14
**Tonya** 17:19
**top** 17:21 18:15
  19:15,19,23
**totality** 42:9,17
**touching** 66:5 70:1
**track** 15:20
**traffic** 16:11,21
  25:18,19
**trained** 38:10 39:1
  39:6,10,13,16
  41:7 45:14 46:2
  46:19 47:17 51:9
  51:16,19,23 53:11
  53:20 54:4,5,8,10
  55:14 78:20
**training** 8:1 9:4
  38:6,12,14 39:8
  41:14 44:5,11,14
  51:5 53:4 55:9,16
  57:15 76:7,9,16
  76:19 78:14,15

trainings 43:21
76:11
transcribed 3:7
85:10
transcript 5:20 82:3
82:3,6,10 83:4,10
84:2 85:12
transitional 47:18
47:19
treat 35:9
treated 34:13
trend 15:4
trial 6:21 12:19
true 22:11 40:11,12
41:14 42:5,7
48:17 49:17,20
51:3 75:19 83:7
85:11
truth 85:8
try 19:14,16 20:23
21:10 26:23 28:17
32:3 35:3,4,24
53:24 58:1 79:10
trying 16:20 19:3
20:11,23 21:7,8
21:17 23:6,13,15
26:19,22 36:17
50:6 53:17 58:1
58:13 59:22 61:1
61:3 79:6
Tuesday 3:1
turn 15:16 34:5
65:6
turned 30:2
turning 16:1
two 10:15,17 20:7
26:19 43:24 53:24
54:2
two-man 12:9
typewritten 82:4

**U**

Uh-huh 9:15 49:10
uh-huhs 6:2
unaware 59:23
uncooperative
16:22 23:12 24:23
25:1,20 26:1,13
34:14,18 35:7
36:8 38:1 39:7
43:4 44:20 54:13
uncooperativeness
51:6 79:6
undergo 76:14
undergone 76:7
undersigned 83:13
understand 6:11,18
6:23 7:3,12 8:12
22:22 37:23 41:5
47:7 53:17 57:14
68:9,11 81:1,2

understanding 23:5
24:19 34:16 35:11
53:18 54:24 57:19
59:18 71:19
understood 6:7,16
40:18 52:14 76:18
81:5
unfortunately 15:3
80:5
unit 16:7 25:7
UNITED 1:1
units 25:10 59:9
unknown 25:11,17
unnecessary 42:9
42:16 48:8,15,17
48:23 49:8,9,12
unreasonable 42:4
unwillingness 51:10
upper 17:12 18:5
19:13
upstairs 19:1,5 20:6
20:14 22:1,5,19
23:23 29:1 30:6
use 41:13,19 42:1
45:3,21 46:11
52:1 53:24 55:22
56:6,12,20,22
57:17 60:1,3,10
uses 44:24 57:19
usually 26:8,8 58:5

**V**

video 11:20,21
13:24 55:6 64:1
69:15
Vine 2:11
violated 27:14
violation 27:18
voice 18:18
vs 1:7

**W**

W-I-T-T-M-A-N
5:12
wait 64:5
waive 81:15
waived 3:8 81:18
walk 13:14 67:10,11
67:17
walked 59:19
walking 20:3
want 21:8 22:2 24:9
24:17 38:11,14
39:15,15,19 48:11
50:10 54:1,24
55:4,21 58:4 62:4
67:13 79:2
wanted 9:17 16:22
wants 9:23
wasn't 17:5,10
29:20 32:1 47:11

58:21 59:17 62:22
62:23,24 70:22
71:10 78:9
watch 11:1,3,3,8,8,9
11:10 13:1 15:16
15:17,24 16:1,2,3
watching 13:24
65:11
water 55:22
way 22:24 34:6
46:18 48:16,22
49:12 50:10,11
67:17 77:5 79:17
80:6,18
ways 39:22 40:21
41:8 48:7 50:16
we'll 21:24 35:9
36:16,23 52:17
64:5 65:4
we're 10:13 11:16
14:11 20:3 26:22
32:18 34:24 39:9
39:16 53:23 56:5
56:20 64:7 65:17
66:21 70:23 73:9
76:15 81:15
we've 25:4 34:10
39:8 49:13 55:16
55:20
weekend 12:15
weight 14:24 71:15
went 9:10 15:16,21
20:6 30:3,4 31:18
58:18 59:15 62:13
63:4 80:22
weren't 18:3 19:14
26:21 28:10 59:7
West 2:18
WESTERN 1:2
WHEREOF 85:15
Whitney 1:15 3:6
5:18 82:9,13 85:5
85:19
Wild 40:16
willing 50:5
Wings 40:16
witness 3:8 55:22
56:1 60:14 83:12
85:10,12,15
witnessed 56:11
Wittman 1:14 3:5
4:2 5:1,11,13 56:5
82:2 83:3,9,11
85:7
word 25:15 41:2,2
57:24 60:2
words 6:4 59:1
work 11:5,7
working 8:12 10:17
11:2,2,3 14:10
18:10

wouldn't 32:3 58:18
76:1,2,5
Wright 9:10,16
wrist 54:3
wrists 54:1
writing 3:7
written 46:17,18
wrong 34:11 35:5
79:8

**X**

**Y**

yeah 10:10 13:3
14:3 15:6,12 19:2
25:9,13 29:6,16
32:12,16 33:23
36:22 42:16 45:5
48:11,22 51:9
55:16,22,24 56:2
57:9 59:23 61:7,7
63:19 64:3 66:5
67:5 69:18,24
72:15 73:16 74:3
75:21 76:5 78:4,9
78:18 79:23 80:1
year 7:23 8:1,4,17
8:19 9:6
yearly 76:10
years 10:5 14:4
yelling 62:4
Yep 11:13 66:12

**Z**

zero 80:23 81:1

**0**

06 66:14
07 66:14
08 66:14

**1**

1 25:3
1001 2:3
11 69:9 70:2
11:30 11:11
1163 25:6
117 1:16
12 69:9
12:50 1:17 3:2
123 2:8
1283 25:4
13:58 64:7
14:03 64:13
14:13 64:19
14:25 64:23
15:10 65:17
15:46 66:3
15:57 66:9
16:05 66:14
167 15:2

17 1:16 3:1 83:5
17:28 67:7
17:32 67:8
17:34 67:14,18
17:48 68:22
17:49 68:22
1700 2:4,12
18:10 69:9
18:19 66:21
18:40 69:17
180 15:1
19:10 70:2
19:50 70:8
19th 10:20 11:23
14:7 77:3

**2**

2:42 81:21
20 84:3
20:15 70:12
2006 9:2
2011 7:22 8:16,20
2012 7:3 10:20 14:7
76:21 77:3
2013 8:5,16
2015 1:16 3:1 82:1
83:5,15 85:17
2020 85:21
21 70:23
21:14 71:12
22:15-ish 72:13
22:18 73:3,9
23 8:21,22
23:30 11:11
24 8:22 16:5

**3**

3 82:1
3:14-CV-00158 1:7
3:15 15:14,14
3:30 11:9,10,22
15:14
30 10:5
300 14:22
301 2:18
3rd 85:16

**4**

4 85:21
43017 1:22 82:9
44114 2:4
45202 2:12
45422 2:19
45429 1:16 2:8
4th 2:18

**5**

5 4:4
525 2:11
5335 1:16 2:7
544 25:11

| 6 | | | | |
|---|---|---|---|---|
| **614-309-1669** 1:22 | | | | |
| **6723** 1:21 82:9 | | | | |
| 7 | | | | |
| **7:30** 11:8,22 | | | | |
| 8 | | | | |
| 9 | | | | |