UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
- - -


Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
     Plaintiff,

     vs.                          Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
     Defendants


                            - - -




          DEPOSITION OF MICHAEL SOLLENBERGER
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on December 8, 2015 at
1:00 p.m.




               LAYNE & ASSOCIATES
               6723 COOPERSTONE DRIVE
               DUBLIN, OHIO  43017
                 614-309-1669

APPEARANCES

NICHOLAS DICELLO, ESQUIRE
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue
Suite 1700
Cleveland, Ohio 44114
    on behalf of the Plaintiff

JAMEY PREGON, ESQUIRE
DINKLER & PREGON
5335 Far Hills Avenue
Suite 123
Dayton, Ohio 45429
    on behalf of the Sheriff
    Defendants

CARRIE STARTS, ESQUIRE
ALYSS BAUTE, ESQUIRE
REMINGER CO., LPA
525 Vine Street
Suite 1700
Cincinnati, Ohio 45202
    on behalf of the Defendants
    NaphCare, Inc., Nurse Felicia Foster,
    Nurse Jon Boehringer, Nurse Krisandra
    Miles, Medic Steven Stockhauser,
    and Brenda Garrett Ellis, M.D.

JOHN SMITH, ESQUIRE
140 North Main Street
Springboro, Ohio 45066
    on behalf of the Defendant
    Michael Sollenberger

TODD AHEARN, ESQUIRE
ASSISTANT PROSECUTING ATTORNEY
301 West Third Street
4th Floor
Dayton, Ohio 45422
    on behalf of the Defendant
    Montgomery County Sheriff's
    Office

Page 2

---

EXAMINATION INDEX

MICHAEL SOLLENBERGER

BY MR. DICELLO.........................Page 5

EXHIBIT INDEX

Exhibit                    Marked

5.......................................Page 47

Page 4

---

                December 8, 2015
                Tuesday Session
                    1:00 p.m.
                      - - -
                 STIPULATIONS

    It is stipulated by and among counsel for the
respective parties that the deposition of MICHAEL
SOLLENBERGER, the Defendant herein, called by the
Plaintiff under the applicable Rules of Civil Procedure,
may be taken at this time by the notary Whitney Layne;
that said deposition may be reduced to writing in
stenotypy by the notary, whose notes thereafter may be
transcribed out of the presence of the witness: and that
the proof of the official character and qualification of
the notary is waived.

Page 3

---

                MICHAEL SOLLENBERGER

    Being first duly sworn, as hereinafter

certified, deposes and says as follows:

                CROSS-EXAMINTION

BY MR. DICELLO:

    Q   Could you please state your name for the record

and spell your last name?

    A   Michael Sollenberger, S-O-L-L-E-N-B-E-R-G-E-R.

    Q   Mr. Sollenberger, my name is Nick DiCello.  You

understand you're here to have your deposition taken

today?

    A   Yes.

    Q   By way of introduction, I represent the family

of Robert Richardson who was an African American man who

died in the custody of the Montgomery County Jail back in

2012.  Do you understand today's deposition is being taken

in connection with that case?

    A   Yes.

    Q   And when I say "that case," I mean there's a

lawsuit pending on behalf of Mr. Richardson and his family

against the Montgomery County Sheriff's Office, some

individuals, and then some folks at NaphCare and NaphCare.

Were you aware of that lawsuit before today?

    A   Yes.

Page 5

Page 6

1 Q How did you become aware of that lawsuit, sir?

2 A My attorney contacted me.

3 Q I'll make sure, caution you, try not to share

4 any information that you and your attorneys talked about,

5 okay?

6 A (Nods head.)

7 Q I don't want to invade on your attorney/client

8 privilege. I know you have a pending litigation involving

9 the county ongoing right now. Let me ask some questions

10 about that and make sure I steer clear of what I need to

11 steer clear of, okay?

12 A Okay.

13 Q Are you currently involved in litigation

14 against the Montgomery County Sheriff's Office?

15 A Yes, I am.

16 Q And as a layman, I'm not asking you for any

17 legal conclusions, but what is the basis of your claims

18 against Montgomery County?

19 A Invasion of privacy.

20 Q And how is it that you believe that they

21 invaded your privacy?

22 A They downloaded content off of a cell phone.

23 Q Is it a cell phone you owned or was it a cell

24 phone that was issued to you by the county?

Page 6

---

Page 7

1 A Personal cell phone.

2 Q Is that the sum and substance, basically, of

3 your dispute with the county?

4 A Yes.

5 Q Can I have a home address, Mr. Sollenberger?

6 A 330 West First Street, Apartment 803. And

7 that's in Dayton, Ohio, 45402.

8 Q And you're currently represented in connection

9 with this deposition by Mr. Smith and he's here in

10 attendance with you here today; is that correct?

11 A That's correct.

12 Q How long have you been living at the 330 West

13 First Street residence, sir?

14 A Three years.

15 Q Any plans to move in the immediate future?

16 A No.

17 Q What is your marital status?

18 A Married.

19 Q How long have you been married?

20 A Since October.

21 Q October of 2015?

22 A Yes.

23 Q Is that your first or second marriage?

24 A Second.

Page 7

---

Page 8

1 Q Can you tell me the dates of your first

2 marriage?

3 A From September 29th of 2001 to September 28th

4 of 2015.

5 Q And when in October did you get married?

6 A October 9th.

7 Q A short window of being single there; correct?

8 A Yes.

9 Q Maybe give me a little bit of the circumstances

10 surrounding why you were married up through September 28th

11 of 2015 and then married again about two weeks later or

12 three weeks later.

13 MR. SMITH: It's common for someone who doesn't

14 understand how Montgomery County DR works.

15 A Yeah, that's what I was going to say. It took

16 over three years for my divorce.

17 BY MR. DICELLO:

18 Q Okay. And that helps me. So you were in the

19 process of getting divorced going all the way back to

20 2012?

21 A Correct.

22 Q Understood.

23 MR. SMITH: You can have a trial and not get a

24 decision for a year in this county.

Page 8

---

Page 9

1 MR. DICELLO: Yeah, believe me, I understand

2 that issue. We deal with the same thing up in Cuyahoga

3 County in Cleveland.

4 BY MR. DICELLO:

5 Q Mr. Sollenberger, are you currently employed?

6 A Yes.

7 Q Can you tell me a little bit about your

8 employment currently?

9 A I work for Allstate Insurance.

10 Q And what do you do for Allstate?

11 A Licensed sales producer.

12 Q So you're in sales?

13 A Uh-huh.

14 Q How long have you been doing that?

15 A Since October of this year.

16 Q Ever been deposed before, sir?

17 A During my divorce proceeding, yes.

18 Q Ever testified in court?

19 A Yes.

20 Q How many times do you think you've testified in

21 court over the course of your law enforcement career?

22 A Hundreds.

23 Q So I want to go over just a few ground rules

24 for depositions. I know you understand how testimony in

Page 9

1   court works very well and you've had some experience with
2   depositions. But I'll ask the questions, you'll provide
3   the answers; understood?
4       A   Yes.
5       Q   You've done a nice job until now, but you have
6   to make your answers audible; yes, no, or words as opposed
7   to uh-huhs and huh-uhs for the court reporter to take down
8   what we're saying. Myself, Mr. Smith, or somebody else
9   may remind you of that from time to time. If you say
10  "uh-huh," I'll say, "Is that a yes?" It's not to be rude.
11  It's just so make sure we get a clear record, okay?
12      A   Yes.
13      Q   If you don't understand a question that I've
14  asked, I want you to tell me that, okay?
15      A   Okay.
16      Q   Given that agreement, if you answer a question
17  that I've asked you, I'm going to assume you understood
18  it; is that fair?
19      A   Yes.
20      Q   Do you understand you're under oath today?
21      A   Yes.
22      Q   As somebody who has a background in law
23  enforcement, and we'll talk about that, do you have a
24  general understanding of what the penalties are for lying

Page 10

1   under oath?
2       A   Yes.
3       Q   And what's your understanding of what those
4   penalties are, criminal and civil?
5       A   Perjury.
6       Q   You understand the concept of perjury?
7       A   Yes.
8       Q   You understand that the oath you've taken to
9   tell the truth here today will be the same oath that you
10  take in a court of law in front of a jury and judge. You
11  understand those are the same things; correct?
12      A   Correct.
13      Q   If you need a break at any time today, sir,
14  this isn't an endurance contest, it may be short, it may
15  be long, it's hard for me to predict, just let me know and
16  we'll take a break for any reason. If a question is
17  pending, I'd just ask that you answer the question first,
18  and then say, "Nick, let's take a break" and we'll do
19  that, okay?
20      A   Okay.
21      Q   Any reason why you wouldn't be able to answer
22  truthfully today?
23      A   No.
24      Q   You understand that I'm going to be relying on

Page 11

1   the truthfulness of your answers in connection with the
2   matter in which I'm involved on behalf of the Richardson
3   family. Do you understand that?
4       A   Yes.
5       Q   What did you do, if anything, and again,
6   remember I'm not interested in the substance of
7   conversations you had with any attorneys, but what have
8   you done, sir, if anything, to prepare for today's
9   deposition?
10      A   I looked at the scene log that was provided to
11  me.
12      Q   Anything else?
13      A   The incident report was also provided to me,
14  but I didn't generate any incident report, so I didn't
15  review any of those. The only thing I saw was my name
16  appeared on the scene log.
17      Q   Independent of reviewing the scene log and any
18  other documents you mentioned you may have reviewed, do
19  you have a memory of your involvement with the situation
20  involving Robert Richardson's death back in May of 2012?
21      A   Yes.
22      Q   And let's just start off kind of generally.
23  What do you remember about that incident and your
24  involvement?

Page 12

1       A   I remember that there was, and I think from
2   looking at the time, I may have already been home from
3   work, and I was requested to go back to the county jail
4   for an in-custody death. There was -- It occurred in D
5   Pod, I believe it was, and -- and Mr. Richardson, it was?
6       Q   Correct.
7       A   I don't know if they -- if the coroner's office
8   had already made a removal or not, but I know that the
9   sheriff's office was beginning their investigation.
10      Q   Do you remember what involvement you had?
11      A   My involvement was very limited. The -- At the
12  time, I was assigned to the Internal Affairs Division.
13  Internal Affairs, one of the jobs of it was just to
14  respond to any in-custody death and just kind of there,
15  you're at the scene to be able to just make sure that
16  information is being gathered correctly and that the
17  appropriate people were notified and called and such.
18      Q   I want to ask some questions about your
19  background. Some of these questions I'm sure are personal
20  in nature. It's not to pry into your personal life, but
21  it is to try to get a little understanding of your
22  background, how it is that you came to be employed with
23  the sheriff of Montgomery County, how you rose up through
24  the ranks there, your job, that kind of thing. So let's

Page 13

**Page 14**

1    start back at the beginning. Mr. Sollenberger, are you

2    from this area of Ohio?

3       A  Yes, I am.

4       Q  And did you attend high school in the local

5    area?

6       A  Yes, I did.

7       Q  Can you tell me where you attended high school

8    and when you graduated?

9       A  Northmont High School, graduated in 1991.

10      Q  Any formal education after graduating from

11   Northmont?

12      A  Yes. I went to Sinclair Community College,

13   graduated with an associate's degree in 1993, and then

14   transferred to Ohio University and graduated with a

15   bachelor's degree in 1995.

16      Q  And what degree did you obtain in '95 from OSU?

17      A  OU.

18      Q  I'm sorry, Ohio University?

19      A  Yes.

20      Q  Thank you.

21      A  A bachelor's degree in criminal justice with a

22   minor in sociology.

23      Q  Did you pursue a career in criminal justice?

24      A  Yes, I did.

**Page 15**

1      Q  Tell me how you went about pursuing a career in

2    criminal justice upon graduating from OU.

3      A  After graduation, I came home, I attended the

4   police academy in 1996. I graduated from the police

5   academy like November of '96, I think it was. My first

6   job was in West Alexandria, Ohio as an auxiliary

7   patrolman. I also worked then part-time as a patrolman in

8   the Village of Lewisburg, and I was hired by the sheriff's

9   office as a corrections officer in 1997.

10      Q  Okay.

11      A  June of '97.

12      Q  Why did you pursue a career in law enforcement?

13      A  When I got out of high school and started

14   college, I was just taking a variety of classes, and those

15   were the classes at the time that interested me and I

16   pursued the career.

17      Q  Why did you move from being what I think you

18   described as more of a police officer into the

19   correctional field?

20      A  Well, the -- the patrolman positions were in

21   small villages in Preble County and I wanted to work for a

22   larger agency. And that's when I applied for the

23   Montgomery County Sheriff's Office. And when I started, I

24   was hired as a corrections officer.

**Page 16**

1      Q  At the Montgomery County Jail?

2      A  Yes.

3      Q  How long did you work as a corrections officer

4    at the jail?

5      A  For roughly about eight months. And then in

6   February of '98, I was promoted to court officer.

7      Q  And then how long did you have the position of

8    court officer?

9      A  The court officer back then in '98, they were

10   separate. They were deputy sheriffs, but only assigned to

11   the courts. Now, they're all deputy sheriffs. It was

12   just different things. So I worked as a court officer

13   from '97 until -- No, I'm sorry, from February of '98

14   until April of 1999 when I was promoted to deputy sheriff.

15      Q  How did your position change once you were

16   promoted to deputy sheriff?

17      A  I was no longer working the court detail as

18   they refer to it. I was assigned to road patrol.

19      Q  How long were you on road patrol?

20      A  I was a deputy on -- a beat officer, I guess

21   you could call it, for roughly about two and a half years.

22   And then in 2001, I want to say it was the spring of 2001,

23   I became an evidence technician.

24      Q  How long did you have that position?

**Page 17**

1      A  I was an evidence technician for almost five

2   years.

3      Q  What does that job entail?

4      A  Crime scene investigation. You know, gathering

5   evidence and fingerprints and photographs, that kind of

6   thing.

7      Q  So that takes us up to about 2006?

8      A  Yeah. I think it was around 2005, 2006, I then

9   became a detective doing criminal investigations.

10      Q  Describe what that job entailed.

11      A  When I started, I was assigned downtown, and I

12   did -- basically they call it a utility detective, you

13   just kind of got the fall-out stuff that came in, and I

14   did the weekend processing, so any prisoners that were

15   arrested, any felony cases that were arrested on the

16   weekend, I processed them, interviewed them, presented the

17   case to the prosecutor's office. And I did that for, I

18   don't know, a few months. And then there was downsizing

19   from the downtown investigations where they shifted all

20   out to the different districts. And from there, I left

21   and went to the Harrison Township substation.

22      Q  Okay. How long were you in the position of

23   detective?

24      A  I was -- Well, I went out to the Harrison

1　Township substation.  When I got out there, my duties
2　changed.  My primary role was financial crimes.  I did the
3　financials for a number of years.  Again, there was -- I
4　say "number of years," three or four years, three years.
5　Again, there was some reassignment, realignment.  I then
6　took on a beat area, a specific geographical area, that I
7　was responsible for investigating property crimes and such
8　as well as doing the economic crimes in the township.
9　　　　And then in 2009, I think it was, it was either
10　beginning -- yeah, I think it was the beginning of 2009, I
11　was then reassigned to the Internal Affairs Inspectional
12　Services Unit they call it.
13　　Q　Can you describe that position for us, please?
14　　A　The Inspectional Services Unit was responsible
15　for investigating the complaints against the -- doing the
16　internal investigations, the complaints that came in
17　against staff members.  Along with that, we were also
18　responsible for doing the -- the inspections on all the
19　districts and stuff.  A lot of it was pertaining to our
20　CALEA certification.
21　　Q　Yep.
22　　A　So we were responsible for doing a lot of that.
23　And then the other aspect was also responding to all
24　in-custody deaths.

Page 18

1　　Q　How long did you have that position in IA?
2　　A　Roughly five years.
3　　Q　So up through -- What was your -- What was the
4　date that -- Is this the job you had up to the time you
5　were terminated?
6　　A　Yes.
7　　Q　And what was your date of termination?
8　　A　February.  The beginning of february of 2015.
9　　Q　So this year?
10　　A　Yes.
11　　Q　You indicated that as a detective in Internal
12　Affairs you responded to all in-custody deaths; correct?
13　　A　Yes.
14　　Q　Can you give me an approximation, I'm not going
15　to hold you to a certain number, but an approximation of
16　how many in-custody deaths you were involved in
17　investigating?
18　　A　I think like -- One year we only had one or
19　maybe none -- eight maybe?
20　　Q　If I understand how IA works, but I'm asking
21　you, you weren't investigating these in-custody deaths for
22　purposes of presenting information to a prosecutor;
23　correct?
24　　A　Correct.

Page 19

1　　Q　You were investigating these in-custody deaths
2　to determine if any, for lack of a better word, policies,
3　procedures had been violated by your fellow Montgomery
4　County Sheriff's employees; correct?
5　　A　Correct.
6　　Q　Of the eight in-custody death cases that you
7　investigated, how many of those did you deem to involve
8　violations of the rules by corrections force or other
9　sworn personnel?
10　　A　None.
11　　Q　While you were in Internal Affairs, were there
12　other in-custody deaths that were investigated by other
13　folks, or are you telling me there was only about eight
14　for the entire IA department during your tenure there?
15　　A　There was probably only about eight, I'm
16　guessing.  Because like I said, one year I think there was
17　only one or none.  So I'd say maybe eight to twelve.  I
18　have no idea.
19　　Q　Okay.
20　　A　I don't want to --
21　　Q　That's fine.
22　　A　Okay.
23　　Q　And I know you've qualified it by saying you
24　don't know the exact number, but you said eight to twelve,

Page 20

1　it could be more, it could be less, but of those that
2　you're aware of that were ever investigated during your
3　tenure at IA, are you aware of any investigations that
4　resulted in a finding against a corrections officer or
5　other sworn personnel?
6　　A　No.
7　　Q　Does that include the Robert Richardson
8　situation?
9　　A　Correct.
10　　　　And I'm sorry, if I can go back.
11　　Q　Sure.
12　　A　In one of the questions that you asked.  I
13　don't think I answered it because I was focusing on the
14　number.  But to answer it, no, I did not -- it would not
15　have been solely my responsibility.  There were other
16　people in Internal Affairs.  So of those eight to twelve,
17　I would not have been the one responsible for all of them.
18　　Q　Understood.
19　　　　So as an IA investigator who is investigating
20　in-custody deaths, you have to be familiar with the jail
21　policies and procedures; true?
22　　A　Yes.
23　　Q　You have to be familiar with the jail's
24　policies and procedures as written concerning restraint;

Page 21

6 (Pages 18 to 21)

1   correct?

2       A   Yes.

3       Q   The jail's policies as written indicate that

4   placing members of the community who are detained in the

5   Montgomery County Jail, who are in restraints, handcuffs,

6   in a prone position, is never an acceptable practice and

7   is prohibited.  That's what the policy states; true?

8       A   Without reviewing it, I'm guessing.  There's --

9   When you say I have to be familiar with it, yes, I do, but

10  I'm sure you're aware that the jail manual is very in

11  depth as well as the General Orders Manual, that's the

12  sheriff's office, so you're talking two big books of it.

13  So do I know them verbatim?  No, I don't.  But do I know

14  where to -- do I know that I can go and research this

15  information and find out an answer to a question?  Yes.

16      Q   And I appreciate that.  We have the manuals and

17  the GOs and we've all been looking at them.  But I want to

18  understand what your general understanding is with respect

19  to the use of prone restraint.  Is it prohibited in the

20  jail or is it permissible?

21      A   I can't answer that.

22      Q   Do you know what prone restraint is?

23      A   I would assume, from the -- I would assume it's

24  being restrained in a prone position.

                                              Page  22

---

1       Q   What is a prone position?

2       A   I would imagine laying on the floor with your

3   legs out.

4       Q   And where are the hands when -- have you ever

5   heard of the term "prone restraint"?

6       A   Honestly, no.

7       Q   So I presume you were -- in all the training

8   you received, nobody ever used the term "prone restraint"

9   when giving you some training?

10      A   They may have.  But I -- I don't know.  I mean,

11  it's -- prone restraint, it's being prone and being

12  restrained.  So I can't definitively say this is what

13  prone restraint is.

14      Q   When you were investigating in-custody deaths,

15  was it your responsibility to -- if the circumstances

16  involved prone restraint, was it your responsibility to

17  determine whether or not the jail rules, policies, and

18  procedures were followed?

19      A   Yes.

20      Q   Did you undertake that role in any capacity in

21  connection with Robert Richardson's death?

22      A   I don't believe that I did.

23      Q   Now, do you know who it was that made that

24  determination in the investigation in the Internal Affairs

                                              Page  23

---

1   Department for Robert Richardson's death?

2       A   No, I don't.  During my time in Internal

3   Affairs, in the five years I was there, I had roughly six

4   different partners.  So during the time -- I'm sorry, what

5   year was it?

6       Q   2012.

7       A   Okay.  I'm not sure who was assigned with me in

8   2012.

9       Q   Were you responsible for investigating uses of

10  force as an IA detective?

11      A   Yes.

12      Q   Is handcuffing someone with their hands behind

13  their back and putting them on the ground in a prone

14  restraint to restrain them considered a use of force?

15      A   No.

16      Q   It's not?

17      A   Not from what I'm aware of.

18      Q   Why not?

19      A   Because they're handcuffed and on the ground.

20      Q   So if you were to take someone -- if an officer

21  takes someone down to the ground, forcibly moves their

22  arms behind their back, handcuffs them, and then holds

23  them down to the ground in a prone position, that's not a

24  use of force by your definition?

                                              Page  24

---

1       A   If they use force to get them on the ground,

2   then, yes, it is a use of force.  But simply handcuffing

3   somebody is not a use of force.

4       Q   What about holding somebody down on the ground

5   against their will?

6       A   I would say if they were physically restraining

7   them -- I guess every situation is different.  If somebody

8   -- If you get somebody handcuffed and have them on the

9   ground and maybe they're -- they're trying to kick you or

10  something like that, you got ahold of their leg, I don't

11  think that would be considered a use of force.  But if you

12  had to apply pressure, you know, do a strike or something

13  like that, then yes, that would be force.

14      Q   What about holding somebody down against their

15  will?  Would you consider that a use of force?  Somebody

16  who is trying to get up and is being held down?

17      A   No.

18      Q   Why not?

19      A   Because I don't think by the definition in the

20  General Orders Manual that that would be considered a use

21  of force.  But it's been a while since I've had to review

22  that.

23      Q   Did you review any Use of Force Reports in

24  connection with Robert Richardson's death?

                                              Page  25

---

                                     7 (Pages 22 to 25)

1    A   No, I did not.

2    Q   Do you know if any Use of Force Reports exist?

3    A   I do not know.

4    Q   Did you watch the video of Robert Richardson's

5    death?

6    A   I do not believe that I did.

7    Q   I had the opportunity to depose the coroner,

8    Dr. Bryan Casto.  Do you know Dr. Casto?

9    A   I know the name.

10   Q   Have you had occasion to interact with him in

11   connection with some of your investigations involving

12   in-custody deaths?

13   A   I don't know if I have or not.

14   Q   He produced some documents, and I can pull it

15   out here, that indicate that you are the one that

16   delivered the video of Robert Richardson's death to the

17   coroner and watched the video with him at the coroner's

18   office.  Do you remember doing that?

19   A   No, I don't.

20   Q   Is that something that would be consistent with

21   your duties as an IA investigator?

22   MR. SMITH:  To deliver or to watch or both?

23   MR. DICELLO:  Both.

24   MR. SMITH:  Okay.

Page  26

---

1    A   To deliver, if I delivered it to him, it was

2    probably because we were in the headquarters building with

3    the criminal investigators and command staff members as

4    well, maybe they asked me to run it over there to him.  I

5    don't know.  I don't remember doing that.

6    BY MR. DICELLO:

7    Q   Did you watch the video at all in advance of

8    today's deposition?

9    A   No.

10   Q   Do you know someone by the name of Jim Fannin?

11   A   I believe he's a coroner investigator.

12   Q   He is.

13   A   Okay.

14   Q   And I understand that before he was a coroner's

15   investigator, he worked in some capacity for the sheriff.

16   Did you know that?

17   A   No.

18   Q   Just taking a shot here.  So you don't remember

19   ever working with Jim Fannin outside of his capacity as a

20   coroner's investigator; is that what you're telling me?

21   A   Correct.

22   Q   You don't know what positions, if any, he held

23   in the Montgomery County Sheriff's Office before working

24   for the coroner?

Page  27

---

1    A   No, I do not.

2    Q   I'll ask you about a few other people, see if

3    you have worked with them and in what capacity.  Captain

4    Tom Flanders, who is that?

5    A   He is the -- was the captain in the jail.

6    Q   How long had you worked with Captain Flanders

7    prior to your termination?

8    A   Roughly a year, year and a half maybe, two

9    years.

10   Q   Were you friends outside of work?

11   A   Yes.

12   Q   Some people when they say "friends," they think

13   a lot of different things.  Can you kind of describe how

14   good of friends you were?

15   A   We associated off duty.

16   Q   How often?

17   A   I don't know.  Monthly maybe.

18   Q   Sergeant Brian Lewis, did you work with

19   Sergeant Lewis?

20   A   Yes, I did.

21   Q   Before I leave Captain Flanders, he was

22   employed within the Jail Division of the Sheriff's

23   Department; do I have that right?

24   A   Yes.

Page  28

---

1    Q   And so he spent his days working at the jail

2    serving folks who were detained there; correct?

3    A   Yes.

4    Q   Now, Sergeant Brian Lewis, did you work with

5    Sergeant Lewis?

6    A   Yes, I did.

7    Q   How long did you work with Sergeant Lewis

8    before you were let go?

9    A   We had worked in IA together for maybe a year,

10   maybe a little less.

11   Q   And did Sergeant Lewis from time to time work

12   at the jail?

13   A   Yeah.  When he got promoted to sergeant, I

14   don't know if he went right away into the jail, but I

15   think as a sergeant he did work in the jail.

16   Q   And so he would have been responsible for

17   serving members of the community who were detained in the

18   jail, that would have been part of his job; right?

19   A   Yeah.

20   Q   Were you and Sergeant Lewis friendly outside of

21   work?

22   A   Yes.

23   Q   Would you describe your friendship the same way

24   you described you and Captain Flanders's friendship?

Page  29

1     A   Yes.

2     Q   Deputy Jamie Horton.

3     A   Yes.

4     Q   Did you work with Deputy Horton?

5     A   Yes, I did.

6     Q   And how long did you work with Deputy Horton?

7     A   We worked together when we were detectives up

8   at the Harrison Township substation.

9     Q   Did Deputy Horton at some point then go to work

10  in the Jail Division?

11    A   He was in the court detail.

12    Q   Court detail?

13    A   Yeah.

14    Q   Is that within the Jail Division?

15    A   Yeah, it falls under the classification of the

16  Jail Division.

17    Q   So he, part of his job would have been to serve

18  members of the community who had been detained or charged

19  and were coming into court or being transferred back and

20  forth between the jail; correct?

21    A   Correct.

22    Q   Deputy Joseph Connelly -- I should have asked

23  you.  Were you and Deputy Horton friendly outside of work?

24    A   Yes.

Page  30

---

1     Q   Would you describe your friendship the same way

2   as it was with Lewis and Flanders?

3     A   Yes.

4     Q   Deputy Joseph Connelly.  Did you work with

5   Deputy Connelly?

6     A   No.  Actually, Joe and I never worked together.

7     Q   How did you know Deputy Connelly?

8     A   We were friends.

9     Q   Friends outside of work?

10    A   Yes.

11    Q   Same kind of friendship as the others?

12    A   Yes.

13    Q   And where did Deputy Connelly work back in say

14  2012?  Where was he working within the Sheriff's

15  Department if you know?

16    A   Road -- I don't know.  I don't know if he was

17  on road patrol or where he was assigned in 2012.  But he

18  had only been with the sheriff's office now for a few

19  years.  Five, four, three, I'm not sure how many years

20  he's been there.

21    Q   Detective Brad Daugherty, did you work with

22  Detective Daugherty?

23    A   Yes.

24    Q   And how long did you work with Detective

Page  31

---

1   Daugherty?

2     A   We worked -- We worked together on road patrol

3   for awhile.  We worked together in the detective section

4   for a little while.

5     Q   How long?

6     A   I don't know.  It's -- I don't know.  I mean, I

7   guess when you say did we work together, were we in the

8   same division or -- I mean, I just --

9     Q   That's fair.  How long were you working such

10  that you were both employed at the Montgomery County

11  Sheriff's Office and at least knew of each other?

12    A   Oh, a number of years.

13    Q   And were you and Detective Daugherty friendly

14  outside of work?

15    A   Yes.

16    Q   In the same capacity as the others?

17    A   Yes.

18    Q   Capatin Flanders -- I'm sorry, where did

19  Detective Daugherty work?  If you said it, I missed it.

20  Where within the sheriff's office?

21    A   He was in the detective section.

22    Q   Do you know what kind of things he was

23  responsible for investigating?

24    A   In 2012?

Page  32

---

1     Q   Sure.

2     A   Well, he was in what they call the Special

3   Investigations Unit.

4     Q   Yep.

5     A   Which is responsible for investigating

6   homicides and violent crimes.

7     Q   Would he be responsible for potentially

8   investigating deaths in the jail?

9     A   Potentially, yes.

10    Q   And Captain Flanders, before he was captain he

11  was a sergeant; is that true?

12    A   Yes.

13    Q   And as a sergeant in the jail from time to

14  time, do you know if Sergeant Flanders was responsible for

15  investigating jail deaths?

16    A   He would not have been.

17    Q   Would not have been?

18    A   Not as a sergeant in the jail, no.

19    Q   Captain Flanders, Sergeant Lewis, Deputy Jamie

20  Horton, Deputy Joseph Connelly, Detective Brad Daugherty.

21  These guys are all white guys; right?

22    A   Yes.

23    Q   As a member of the Montgomery County Sheriff's

24  Department, you all are bound by a Code of Ethics; true?

Page  33

9  (Pages 30 to 33)

**Page 34**

1     A  Yes.

2     Q  And the purpose of the Code of Ethics is to

3 make sure that the people in the sheriff's department who

4 serve the members of this community don't violate the

5 public trust; correct?

6     A  Correct.

7     Q  And part of the purpose of making folks like

8 yourself when they were employed with the Montgomery

9 County Sheriff's Office swear to uphold that Code of

10 Ethics is because you're held to a high standard; correct?

11     A  Yes.

12     Q  And the reason that people like yourself have

13 to be held to a high standard is because you have a

14 position of authority and power in our community; right?

15     A  Yes.

16     Q  And if you violate those standards of ethics,

17 then you're violating your oath to the members of the

18 community; agreed?

19     A  Yes.

20     Q  And you'd be violating the public's trust that

21 the public has in law enforcement personnel; correct?

22     A  Yes.

23     Q  And so when somebody who is responsible for

24 investigating in-custody deaths violates that Code of

**Page 35**

1 Ethics, the public can't have trust in that official that

2 they're doing a fair and impartial job; correct?

3     MR. PREGON: Objection.

4     MR. SMITH: You go ahead and answer when he

5 objects. Unless I tell you not to answer, you answer.

6     THE WITNESS: Okay.

7     MR. SMITH: Just let them say their piece

8 first.

9 BY MR. DICELLO:

10     Q  Do you remember the question?

11     A  No.

12     Q  So when folks like yourself who are placed in a

13 position of trust and authority and have the duty to

14 investigate in-custody deaths in the jail violate the Code

15 of Ethics, then the public, the members in our community,

16 can no longer have the trust in that official that they're

17 doing a fair and impartial investigation; true?

18     MR. PREGON: Same objection.

19     A  I -- I don't know. I mean, I can't really

20 answer to what the public would think. I don't think that

21 there was anything pertaining to this investigation.

22 BY MR. DICELLO:

23     Q  I'm talking about any investigation.

24     A  Oh.

**Page 36**

1     Q  In-custody deaths shouldn't be investigated by

2 folks who are violating the Code of Ethics for the

3 Montgomery County Sheriff's Office; correct?

4     MR. PREGON: Objection.

5     A  I don't know really how to answer that. I

6 guess I could say no.

7 BY MR. DICELLO:

8     Q  Meaning no, those people shouldn't be

9 investigating those deaths --

10     MR. PREGON: Objection.

11 BY MR. DICELLO:

12     Q  -- or no, you disagree? On the record

13 sometimes --

14     A  It's kind of confusing, because I really don't

15 know what the public would think when the ethical

16 questions really don't pertain to this investigation at

17 all. So I mean, I don't want to answer for how the public

18 should perceive it.

19     Q  So let me ask you: Do you think that

20 detectives who have violated the Code of Ethics should be

21 investigating in-custody deaths?

22     MR. PREGON: Objection.

23     A  I think if -- if the -- if the Code of Ethics

24 -- if they don't, for whatever it is that they're

**Page 37**

1 violating does not reflect their day-to-day work, then

2 I don't see what it is.

3 BY MR. DICELLO:

4     Q  Do you agree that people who are charged with

5 the responsibility to investigate in-custody deaths need

6 to be unbiased?

7     A  I agree.

8     Q  And they need to be independent and not subject

9 to the bias that we just talked about?

10     A  I agree.

11     Q  Do you believe that racism is probably the

12 worst form of bias in our culture?

13     A  I do.

14     MR. PREGON: Objection.

15 BY MR. DICELLO:

16     Q  In fact, some people would probably define

17 racism to include the word biased toward a group of people

18 based on the people's skin color or religion; true?

19     MR. PREGON: Object to form.

20     THE WITNESS: Still answer?

21     MR. SMITH: (Nods head.)

22     A  True.

23 BY MR. DICELLO:

24     Q  You're familiar with the video surveillance

**Page 38**

1  system generally in the jail as of 2012?

2  A  Yes.

3  Q  And when you were responsible or participated

4  in in-custody death investigations, the video would be

5  immediately available to a detective; fair?

6  A  I don't know about immediately. I know there

7  was a process -- I for one didn't know how to work the

8  system. But I know there was a way they had to like log

9  into it and then find the cameras and do a specific

10  timeframe of what they wanted. So I mean, as far as

11  immediately, I don't know. But I know there would be

12  video available.

13  Q  And in your experience, how long would it take

14  to obtain video of an incident that somebody was

15  interested in?

16  A  I don't know. I guess a lot depended upon,

17  too, how long of a time span they were looking for,

18  because it would have had to have been downloaded to a CDR

19  or DVD or whatever format it is they use.

20  Q  Do you think -- In this case, we're talking

21  about about a 40-minute interval at the longest. And it's

22  involving a death, and the man was declared dead on a

23  certain day. Based on your experience, how long should it

24  take to obtain the video from that incident?

**Page 39**

1  A  Again, I -- I'm not familiar with the system on

2  how it downloads. But I mean, if it's a video and they're

3  downloading it off the hard drive, I guess it would be

4  hard for me to answer that because I don't know.

5  Q  In this case, I think the record and the

6  documents will show that the video of the incident that

7  actually captured Robert Richardson's death was tendered

8  to the coroner over a month after the incident occurred.

9  Is that typical or atypical based on your experience?

10  A  I don't know, because I don't really have any

11  experience as far as how long it takes for the coroner to

12  get a video or when a video would be delivered to a

13  coroner or such.

14  Q  When you're investigating in-custody deaths,

15  aren't you interested in understanding the mechanism of

16  how the individual died to do your investigation?

17  A  No, that would have been the responsibility of

18  the criminal investigators. We were simply there to

19  oversee and make sure that policies and procedures would

20  have been followed.

21  Q  Did you participate in any way in the criminal

22  investigation into Robert Richardson's death?

23  A  No.

24  Q  So why were you the one that delivered the

**Page 40**

1  video to the coroner, if that was the responsibility of

2  the folks on the criminal investigation side?

3  A  Again, I may have just been asked to run it

4  over to the coroner's office because I was in the building

5  with him and available. They may have said, "Can you run

6  this over." I don't know.

7  Q  Based on your understanding -- And it doesn't

8  sound like you've had too much involvement with the

9  coroner, but the fact of the matter is you did deliver the

10  video of Mr. Richardson's death to the coroner in this

11  case, so I have to ask you the questions. But based on

12  your experience, is it typical for the sheriff's office to

13  wait until the coroner issues a cause of death before

14  taking the video of the actual death to the coroner for

15  the coroner's review?

16  MR. PREGON: Object to form.

17  BY MR. DICELLO:

18  Q  Or is it more typical you would want to get the

19  video to the coroner before the coroner rules?

20  MR. PREGON: Object to form.

21  A  Answer?

22  BY MR. DICELLO:

23  Q  Uh-huh.

24  A  Sorry. I don't know, because I didn't do

**Page 41**

1  criminal investigations, criminal death investigations.

2  So I'm not sure what the procedure would have been for

3  that. I don't know, so I can't answer that.

4  Q  Who would you ask that question of?

5  A  The guys who did criminal investigations.

6  Q  Do you know who did the criminal investigation

7  of Robert Richardson's death?

8  A  No, I don't.

9  Q  Ever heard of the term "positional asphyxia"?

10  A  Yes, I have.

11  Q  What's your understanding of what that is?

12  A  I guess in layman's terms it would be hog-tying

13  somebody.

14  Q  Is that how the sheriff's office trained you?

15  Meaning is that what your understanding of positional

16  asphyxia is based on the training that you received

17  through the sheriff's office?

18  A  Yeah, that's -- that's my understanding of what

19  positional asphyxia is, is hog-tying somebody. And I

20  know that we weren't to do that.

21  Q  What happens to people in positional

22  asphyxiation?

23  MR. SMITH: Objection.

24  A  It's my understanding they suffocate.

BY MR. DICELLO:

Q    And did you learn that anything other than hog-tying could lead to positional asphyxiation, or was it just hog-tying?

MR. PREGON:  Object to form.

A    The only thing -- The only thing that I associate positional asphyxiation with is hog-tying.  And that's -- Do you want me to tell you what my understanding of hog-tying is?

BY MR. DICELLO:

Q    I think we all understand it.  But go ahead.

A    When somebody is on -- facedown, handcuffed behind their back, and their knees are brought up, and there was a strap, I guess you could call it, they called it a RIPP Hobble, I think, where you're able to put -- you're able to like put your legs together or ankles together and then fasten the other end of it to the handcuffs so that they would -- their hands are cuffed behind their backs and their feet are up.

Q    So based on the training that you received from the sheriff's office while you were employed there, you did not associate just being on your belly with your hands cuffed behind your back without the legs being tied up into hog-tying, you didn't associate that position with

Page 42

positional asphyxia; correct?

A    No, no.

Q    Yes, that's correct?

A    Oh, yes, that's correct.  I did not associate that with hog-tying positional asphyxiation.

Q    So if you were to have investigated as an IA investigator a situation in the jail where someone wasn't hog-tied but rather they were just on their belly with their hands behind their back, you wouldn't be thinking positional asphyxia; correct?

MR. PREGON:  Objection.

A    Correct.

BY MR. DICELLO:

Q    I just want to show you what was marked Plaintiff's Exhibit 2, and it has Dr. Casto's name at the bottom, just to see if maybe this refreshes your recollection.  We already talked about it.  But this is a document, it's an investigator's report.  It looks like it was prepared by Dr. Casto, and it references Mr. Fannin's name, but it documents that on June 20th, 2012 you came by and showed the coroner the video.  Having read that, does that refresh your recollection at all?

A    No.

Q    And Dr. Casto also testified that you actually

Page 43

stayed there next to him, watched the video with him, and explained to him what was happening during the video.

MR. PREGON:  Objection.

BY MR. DICELLO:

Q    Are you telling us you don't remember doing that?

MR. PREGON:  Objection to form.

A    I don't remember doing that.

BY MR. DICELLO:

Q    And to have explained to him what was going on in the video, you would have had to have watched the video before getting there; right?

A    I don't recall doing that.

Q    Do you know if you left a copy of the video with the coroner?

A    I do not know.

Q    And I presume you're going to tell us you don't know what the protocol would be, if a copy of that video should be left with the coroner or shouldn't?

A    Again, I'm not disputing that that happened, I just don't remember that.  Like I said, it would not have been something that was typical for the Internal Affairs to deliver something to the coroner involving a criminal investigation.  The only thing I can think of is that

Page 44

somebody said, "Hey, are you available, can you run this over there."

Q    Sure.  I've asked the coroner for his whole file and no video was produced with it.  Based on your experience, would you have left a copy with the coroner or no or you don't know?

A    I don't know.  I would have thought if I was taking it over there, I would have thought it was to give it to him.

Q    That would make sense.

A    Yes.

Q    Mr. Sollenberger, are you going to take responsibility today for sending and receiving a number of racist text messages over the years while you were employed for the Montgomery County Sheriff's Office?

MR. PREGON:  And, Nick, I'm going to object to this line of questioning.  If you give me a continuing, I won't interrupt.

MR. DICELLO:  Sure.

A    Can you ask the question again?

BY MR. DICELLO:

Q    Yeah.  Are you going to take responsibility today under oath in this case for sending and receiving numerous racist text messages during the years that you

Page 45

12 (Pages 42 to 45)

1  were employed as a Montgomery County Sheriff's employee?
2      A   During the course of the investigation, the
3  only information that I was ever provided was a PDF file
4  of text messages.  I never had the ability to authenticate
5  any of the text messages sent to and from.  I never
6  acknowledged it, I never denied it, I simply do not recall
7  the text messages in question that they were asking.  So
8  could those text messages have been sent from me?  Yes.  I
9  still to this day have never seen the phone in question or
10  had the ability to authenticate any of the text messages.
11  It was only after the course of the investigation that I
12  learned that the phone had been passed from my ex-wife to
13  a third party back to her to the investigators and around
14  and such.  So --
15      Q   Are you a racist?
16      A   No.
17      Q   But you use racial slurs?
18      A   Yes.
19      Q   How can you rectify that?
20      A   I would say the --
21      MR. SMITH:  Rectify it?
22      MR. DICELLO:  Yeah.
23      MR. SMITH:  Rectify to correct it?  Is that
24  your question?

Page 46

1      MR. DICELLO:  Reconcile.
2  BY MR. DICELLO:
3      Q   How do you reconcile your two statements where
4  you say "I'm not a racist but I send racial slurs and text
5  messages"?
6      A   They're jokes.
7      Q   I'm handing you what's been marked as
8  Plaintiff's Exhibit 5.
9      (Exhibit No. 5 marked for identification.)
10  BY MR. DICELLO:
11      Q   We're going to make some reference to that.
12  Before we get to the document, and maybe while your
13  attorney has a chance to take a quick look at it --
14      MR. SMITH:  I've seen it.
15  BY MR. DICELLO:
16      Q   Do we agree that there's no room for racists to
17  be employed in the Montgomery County Jail?
18      A   I guess you would have to defend a racist.
19      Q   What do you consider a racist to be?
20      A   I think a racist would be somebody who acts out
21  towards a certain group of individuals.  I think --
22      Q   So you have to actually act on your --
23      MR. SMITH:  He has to finish, Nick.
24      A   I think you would have to take your thoughts

Page 47

1  and beliefs and act out biasly against a certain group.
2  BY MR. DICELLO:
3      Q   So your definition of racism isn't a state of
4  mind, it's how you act toward other people; fair?
5      A   Fair.
6      Q   There's Bates stamp numbers on the bottom of
7  these documents.  And that will help us go through it.
8  Let's go to MC 3545.  First of all, this -- have you seen
9  this exhibit before?
10      A   Yes.
11      Q   And what is your understanding of what it is?
12      A   The internal investigation.
13      Q   And so you would have yourself been responsible
14  for preparing internal investigations like what is Exhibit
15  5, but just on different subject matter; correct?
16      A   Yes.
17      Q   And based on reviewing this document and based
18  on your familiarity with how the business records for
19  Internal Affairs investigations at the Montgomery County
20  Sheriff's Office are maintained, do you understand that
21  this is a business record that is kept in the regular
22  course of business for the Montgomery County Sheriff's
23  Office?
24      A   Yes.

Page 48

1      Q   At MC 3545, you understand that this is a text
2  that was exchanged between you and detective -- I'm sorry,
3  between you and Captain Flanders on, is that May 2nd,
4  2012?  Is that how you understand that?  Do you see the
5  time stamp?
6      A   Yes.
7      Q   And so this would be -- Mr. Richardson died on
8  May 19th, 2012.  So this would have been less than two
9  weeks before he died in the jail; correct?
10      A   Correct.
11      Q   And in this text message, you're communicating
12  with Captain Flanders, you're referring to some black
13  people as coons; true?
14      A   I'm not sure if I'm on the right or the left.
15  I'm not sure if I'm on the right or the left of the text.
16  I don't know if that's -- I don't know if I was talking
17  about the Central State fight and Captain Flanders replied
18  coons or vice versa.
19      Q   So either you or Captain Flanders were
20  referring to a group of black people as coons?
21      A   Yes.
22      Q   And what is your understanding -- Whether you
23  used it or whether Captain Flanders sent you something,
24  what is your understanding of what "coon" refers to?

Page 49

13 (Pages 46 to 49)

1    A   A derogatory term for black people.

2    Q   And the next page, MC 3546. It looks like

3 there's a text message exchange here between you and

4 Captain Flanders, it looks like it's May 7th, 2012. Did

5 you see that? Does that look like the date that that was

6 sent?

7    A   Yes.

8    Q   Again, this would be about two weeks or so,

9 within two weeks of Mr. Richardson's death at the

10 Montgomery County Jail; correct?

11    A   Yes.

12    Q   And this document can speak for itself, but

13 it's my understanding that your text messages are the ones

14 that are in color. Is that your understanding after

15 having reviewed this document?

16    A   I --

17    Q   I think you said you've seen it before; right?

18    A   Yeah, but I don't know if I was on the right or

19 the left.

20    Q   Okay. So let's assume, for the purposes of my

21 questions, that this document indicates and the

22 investigator who prepared this document would indicate

23 that your text messages are the ones that are colored,

24 okay?

Page 50

---

1    A   The ones on the right?

2    Q   Yeah. In this one, you're on the right. But

3 do you see there's some bubbles that are clear, white, and

4 some bubbles that are colored?

5    MR. SMITH: We don't have colors. But it looks

6 like a copy of the highlight.

7    MR. DICELLO: I should have said shaded. My

8 copy is the same. I should have said there's a shaded

9 part.

10    A   Okay.

11 BY MR. DICELLO:

12    Q   So I want you to assume for purposes of this

13 deposition and my questions that the shaded parts are

14 purported to be your text messages according to this

15 document, the investigation, and the investigator, okay?

16    A   Okay.

17    Q   So on May 7th, 2012, you texted Captain

18 Flanders, and I'll just have to read this, excuse my

19 language, "Did you see the niggers that made the news in

20 Texas because they refused to pay the gratuity on a party

21 of ten." Is that a text message you're going to take

22 responsibility for sending on that day?

23    A   Yes.

24    Q   MC 3548, the bottom section looks like this is

Page 51

---

1 a text message exchanged between you and Sergeant Lewis

2 back in 2012; correct?

3    A   I'm looking for it. Okay. I think it's --

4 Yes.

5    Q   This was before Mr. Richardson died at the

6 Montgomery County Jail; true?

7    A   Yes, I think it's March 30th of 2012.

8    Q   And in this text message, you announce that you

9 hate niggers; true?

10    A   That's what it says, yes.

11    Q   Because you do; correct?

12    A   No.

13    Q   So you're the kind of person that writes "I

14 hate niggers. That is all." But you respect black

15 people?

16    A   Yes.

17    Q   How do you reconcile that?

18    A   It's a joke.

19    Q   You think that's a joke?

20    A   Yeah. It was a private conversation between

21 Brian and I.

22    Q   You say that you're at Boston's with Craig.

23 Who is Craig?

24    A   Craig would have been -- I believe it was Craig

Page 52

---

1 Stivers.

2    Q   Is he affiliated with the Montgomery County

3 Sheriff's Office at all?

4    A   No.

5    Q   And Boston's, what is that, a restaurant?

6    A   A bar, yes.

7    Q   A bar. And this -- So this is at 10:14 p.m.,

8 you're at a bar; right?

9    A   Yeah, if that's what --

10    Q   22:14?

11    A   Oh, I see the time. Yes.

12    Q   And you text message Sergeant Lewis that you're

13 at this bar and the niggers are trying to take the bar

14 over. That's what you say; right?

15    A   Yes.

16    Q   Is that another joke?

17    A   Yes.

18    Q   And then you say "There r 4 of them at the

19 bar." Are you referring to the niggers at the bar?

20    A   The black people at the bar, yes.

21    Q   You don't say black people, do you?

22    A   No. I say "them."

23    Q   Why did you refer to these black people as

24 niggers?

Page 53

1    A  As a joke.

2    Q  You thought that Sergeant Lewis would find that

3  funny?

4    A  Yes.

5    Q  Do you know if Sergeant Lewis thought it was

6  funny that you're referring to black people in the

7  community as niggers?

8      MR. PREGON:  Objection.

9      Go ahead.

10    A  I don't know.

11  BY MR. DICELLO:

12    Q  Well, he sent back a text that said, "Who left

13  their gate!!!!" and so on and so on.  And I think he meant

14  to say "they," but it says "The don't serve Nog beer

15  there."  So did it appear to you that he found that funny?

16      MR. PREGON:  Objection.

17    A  I suppose he did.

18  BY MR. DICELLO:

19    Q  So this is one member of the sheriff's office

20  thinking that it's funny that another member of the

21  sheriff's office is out in the community referring to

22  black members of the community as niggers?

23      MR. PREGON:  Objection.

24  BY MR. DICELLO:

Page 54

---

1    Q  Is it your understanding -- You told me that

2  you reviewed this report before; right?

3    A  Yes.

4    Q  You know how to review IA investigative

5  reports; correct?

6    A  Yes.

7    Q  Because you've been responsible for preparing

8  them; right?

9    A  Yeah.

10    Q  You've been trained on how to prepare them and

11  how to interpret them?

12    A  Yes.

13    Q  And do you understand that this report, the IA

14  investigator in this report, who was trained presumably in

15  the same way you were; right?

16    A  Yes.

17    Q  That IA investigator's investigation concluded

18  that you exchanged 29 racially inappropriate text messages

19  with Captain Flanders.  Were you aware of that?

20    A  Yes.

21    Q  Based on the fact that there were 29 such

22  inappropriate racial text messages between just you and

23  Captain Flanders, would you agree that exchanging racially

24  inappropriate text messages with your co-workers was

Page 56

---

1    Q  Is that what you see here?

2    A  Yes.

3    Q  And that was pretty common between you and some

4  of your co-workers; right?

5      MR. PREGON:  Objection: form.

6    A  I wouldn't say common, but yes, it did happen.

7  BY MR. DICELLO:

8    Q  And I think this report indicates that at least

9  between you and deputy -- I'm sorry, Captain Flanders,

10  there were 29 such text messages exchanged that had

11  inappropriate racial slurs.  Is that pretty common?

12      MR. PREGON:  Objection.

13      MR. SMITH:  Wait a minute.  What's the question

14  at this point, whether the report says that or whether --

15  what's common?

16  BY MR. DICELLO:

17    Q  Do you understand the question?

18    A  No.

19    Q  Then you have to let me know, okay?

20    A  Well, he interjected so I --

21    Q  It's important that you and I understand what

22  is happening.  So if you don't understand a question, let

23  me know and I'll rephrase it, all right?

24    A  Okay.

Page 55

---

1  pretty common?

2      MR. PREGON:  Object to form.

3    A  I wouldn't say it was common.  Out of the

4  thousands of text messages, you know, that we communicated

5  back and forth, there's 29 of them that were

6  inappropriate.  So to say it was a common thing, I don't

7  think so.

8  BY MR. DICELLO:

9    Q  This text message we're looking at, MC 3548,

10  with Sergeant Lewis -- and just to give you some context,

11  Sergeant Lewis was present and was supervising other

12  corrections officers when Mr. Richardson died in the jail.

13  Did you know that?

14    A  Again, I mean, I knew Brian was assigned to the

15  jail, but I didn't know when.

16    Q  So I'm telling you that now.

17    A  Okay.

18    Q  That Sergeant Lewis was there.  And he

19  testified from the chair you're in that he was responsible

20  for supervising the corrections officers who were

21  restraining Mr. Richardson at time he died.

22      MR. PREGON:  Objection.

23  BY MR. DICELLO:

24    Q  So this is an exchange between you and Sergeant

Page 57

1 Lewis months before Mr. Richardson died where you're
2 communicating to him that some black people walked into a
3 bar you were at, you referred to them as niggers, that
4 there are four of them; correct?
5 A   Yes.
6 Q   And then Sergeant Lewis responded, "Who left
7 their gate." What did you interpret that to mean?
8 A   I really didn't know.
9 Q   Did you interpret it to mean there should be a
10 gate where black people aren't let into Boston's?
11 MR. PREGON:  Objection.
12 A   I really didn't interpret it as anything. He
13 just responded.
14 BY MR. DICELLO:
15 Q   So you guys are exchanging text messages that
16 are meaningless to one another?
17 A   Yes.
18 Q   And then he says, I think he means to say, that
19 is Sergeant Lewis, "They don't serve nog beer there." Is
20 that how you think it should have been texted but for the
21 typo?
22 A   Yes.
23 Q   And when he says "they," are you interpreting
24 he's referring to the bar?

Page 58

1 A   Yes.
2 Q   So what is nog beer?
3 A   I do not know.
4 Q   Do you think the context of this is Sergeant
5 Lewis saying they don't serve black people beer there?
6 MR. PREGON:  Objection to form.
7 A   I'm not sure, really, what Brian meant by that.
8 Maybe that's -- I don't know what he answered, maybe
9 that's what he meant.  I'm not sure.
10 BY MR. DICELLO:
11 Q   You agree this is totally inappropriate for
12 members of the Montgomery County Sheriff's Office to be
13 engaged in; true?
14 A   It's a private conversation between Brian and I
15 joking back and forth.
16 Q   My question was:  Do you agree that it's
17 totally improper?
18 MR. PREGON:  Object to form.
19 A   Hindsight, obviously, it wasn't the smartest
20 thing to do.
21 BY MR. DICELLO:
22 Q   Because you got caught; right?
23 A   Because it was made public, yes.
24 Q   So if it wasn't made public, it was the right

Page 59

1 thing to do in your mind?
2 A   No, I didn't say that.
3 Q   So I'm giving you the opportunity right now.
4 MR. SMITH:  To do what?
5 MR. DICELLO:  To answer this question.
6 BY MR. DICELLO:
7 Q   This text message we're looking at between you
8 and Sergeant Lewis is totally improper?
9 MR. PREGON:  Object to form.
10 MR. SMITH:  I object, too, because improper in
11 what sense?
12 BY MR. DICELLO:
13 Q   Do you understand the question?
14 MR. SMITH:  Well, I'm asking you to define
15 "improper."
16 MR. DICELLO:  I'm using the ordinary English.
17 If we need a dictionary --
18 MR. SMITH:  Well, there's a lot of different
19 people in this country to interpret improper as all kinds
20 of different things.  And they're all nice people.  And
21 I'm asking you to give him a fair -- fair parameter for
22 him to answer your question.  If you don't give him a fair
23 parameter, perhaps he shouldn't answer it at all.
24 BY MR. DICELLO:

Page 60

1 Q   Do you know what the word "improper" means?
2 A   I know what the word "improper" means, and I
3 can tell you this conversation is two guys off duty not
4 relating to work at all joking back and forth.
5 Q   So it's not improper?
6 A   Right.  It's a joke between friends.
7 Q   Okay.  I just need to know what your opinion
8 is.
9 A   Okay.
10 Q   So according to you, this is not improper;
11 true?
12 A   True.
13 Q   And then you say "three more walked in." Three
14 more what?
15 A   Right here.  "Plus three more." I guess -- I
16 guess I'm referring to three more black people walked in.
17 Q   Well, use the term that you refer them to.
18 Three more what walk in?
19 A   "Plus three more walked in."
20 Q   Three more what?
21 A   I don't know.  That's what it says in the text
22 message.
23 Q   And then when three more walk in, apparently
24 now you don't know what you're referring to?

Page 61

16 (Pages 58 to 61)

**Page 62**

1  A  Well, I told you. I think I'm probably
2  referring to three more black people walk in.
3  Q  But that's not how you refer to black people,
4  is it?
5  A  I just referred to them as black people.
6  Q  But in the text messages, you're referring to
7  three more as what?
8  A  It doesn't. It just says "three more walked
9  in."
10  Q  You're not willing to use the terminology today
11  under oath that you used in these text messages?
12  A  The terminology used in the text messages are
13  jokes between me and my friend, a private conversation
14  between him and I.
15  Q  My question is: Are you willing to use the
16  terminology today under oath that you used in your text
17  messages in terms of how you refer to black people?
18  A  No. All I said was "three more walked in."
19  Q  And at the trial of this case, if you're asked
20  to testify, are you going to refer to black people in
21  front of the jury in the way that you refer to them in
22  these text messages, or no?
23  A  No. I can read you the text message, what I
24  sent to Brian. But I'm not going to add words to a text

---

**Page 63**

1  message that aren't there.
2  Q  And then in response to you saying that three
3  more walked in, Sergeant Lewis says, "I hope u packing."
4  Do you see that?
5  A  Uh-huh.
6  Q  Yes?
7  A  Yes.
8  Q  And what's your understanding of what he means
9  there?
10  A  That I'd be carrying a gun off duty.
11  Q  Is that a joke, too?
12  A  Yes.
13  Q  And then there's something that is obscured, I
14  think you say "I'm not," but you say "I'll stab a coon."
15  Do you see that?
16  A  Yes.
17  Q  And what you mean there is you don't have your
18  gun on you, but you'll stab a coon; right?
19  A  That is what the joke is, yes.
20  Q  And then I think there's something that says
21  when you're going to play some Hank Williams on the --
22  Hank Williams, Junior on the jukebox; right?
23  A  Yes.
24  Q  And what does that mean? Why would you play

---

**Page 64**

1  Hank Williams, Junior?
2  A  I really don't know.
3  Q  All right. And then you sum up the
4  conversation pretty succinctly in your last text on here;
5  true?
6  A  Yes.
7  Q  And you say -- What do you say? Read that one
8  into the record for us.
9  A  It says, "I hate niggers. That is all."
10  Q  What did you mean by that?
11  A  It was a joke. It was a joke to Brian about
12  our conversation.
13  Q  MC 3550. I believe if -- the prior page would
14  indicate that the investigator found that this was a
15  conversation, text message conversation between you and
16  Deputy Horton. And then I want to direct your attention
17  to a text that was sent by you December 9th of 2012. Can
18  you read that one into the record about the president of
19  the United States?
20  A  December --
21  Q  At 14:44.
22  A  Yeah, I see it. It's kind of hard to read.
23  Q  Yeah, they're tough to read.
24  A  Just because the niggers scammed the election

---

**Page 65**

1  and is pres, it does not give -- it does not give the
2  C-damn right to shop at DLM.
3  Q  I think it's "G damn," as in goddamn?
4  A  "Just because the niggers scammed the election
5  and is pres, it does not give the G-damn right to shop at
6  DLM."
7  Q  What is DLM?
8  A  Dorothy Lane Market.
9  Q  And what's that?
10  A  A grocery store.
11  Q  Is that a place where you'd rather black people
12  not shop?
13  A  No.
14  Q  So what did you mean by this text?
15  A  I really don't know.
16  Q  You refer to the president of the United States
17  as a nigger; true?
18  A  In the text message, yes.
19  Q  So is this another joke?
20  A  Yes.
21  Q  And this is how you and your co-workers joked
22  when you were off duty; true?
23  MR. PREGON: Objection.
24  A  I mean, it was a joke that I sent Jamie.

**Page 66**

1  BY MR. DICELLO:

2  Q  Okay.  In the third box, you kind of got the

3  top box we just read, then there's a middle box and a

4  bottom box.  There's a conversation between you and Jamie

5  about getting a new co-worker.  Is that what this is

6  about?

7  A  Let me read it.

8  (Reviewing document.)

9  Q  You say, "I seen they hired a couple more

10  deputies."  And Deputy Horton says, "I heard one is a

11  giant black guy."

12  A  Yes.

13  Q  And what was your response to that?

14  A  I said, "Great.  Don't get him mixed in when

15  you're running prisoners back."

16  Q  What did you mean by that?

17  A  It was a joke to Jamie.

18  Q  Were you also joking with Deputy Connelly when

19  you said, "You know, Joe Connelly, I will buy u a beer.

20  Thank u for stepping up and wanting to kill Muslim sand

21  niggers when no one else would."  Is that another joke?

22  A  Yes.

23  Q  And when Deputy Connelly responded "LMFAO,"

24  that means he was laughing his fucking ass off; right?

**Page 67**

1  A  Yes.

2  Q  This is on page MC 3551, I'm sorry.

3  A  3551?

4  Q  Yeah, near the bottom.

5  A  Then yes.

6  Q  Because you guys thought that was funny, I'm

7  talking about killing Muslim sand niggers; right?

8  A  Yes.  It was a joke.

9  Q  And in response to that joke, Deputy Connelly

10  says, "Actually, let's be honest.  I am only a veteran

11  because I thought a couple deployments raised my chances

12  of killing a MUJ."; correct?

13  A  Correct.

14  Q  What did you understand MUJ means?

15  A  I have no idea.

16  Q  All right.  MC 3552.  The third box here.

17  Again, for purposes of my questions, we're presuming that

18  your text messages are the shaded ones, not the white

19  ones.  Here you say, "Really?  A black boss?  I don't

20  think so."  What were you referring to there?

21  A  Where is this?

22  Q  Yeah, it looks like it's a text that was sent

23  January 29th, 2013 at nine --

24  MR. SMITH:  You may have to point it out to

**Page 68**

1  him.

2  BY MR. DICELLO:

3  Q  If you can't read these, my copy is a little

4  bit better.  But I'm looking right here.

5  A  Oh, okay.

6  Q  Where you say, "Really?  A black boss?  I don't

7  think so."  What were you referring to there?  Do you

8  know?

9  A  I guess I was -- I don't know.  Maybe referring

10  to the president.

11  Q  And then there's a text message to you that

12  says, "How do you explain the president, LOL".  And you

13  respond, "He's a half breed.  It's not his fault his mom

14  was a mud shark communist whore."  That's how you refer to

15  the president of the United States with your co-workers?

16  A  In this joke, I did, yes.

17  Q  Do you think that's funny?

18  A  I sent it to get a response from him.

19  Q  Do you think it's funny?

20  A  I mean, it was a joke.  It was two guys

21  bantering back and forth.

22  Q  I understand that.  You've told us that.  I'm

23  asking you if you think it's funny.

24  A  No.

**Page 69**

1  Q  So why would you send a joke that you don't

2  think is funny?

3  A  To see if he thought it was funny.

4  Q  So that's how you joke, you don't think this is

5  funny, but let me send you a racist joke and see if you

6  think it's funny?

7  A  Yeah.

8  Q  Page MC 3554.  At the top of the page, it looks

9  like there's some text messages, January 10th, 2012 at

10  14:20.  Are you with me, Mr. Sollenberger?

11  A  Yes.

12  Q  And you say, "Watching history channel on MLK,

13  showing old films of restaurants in the south.  It would

14  have been fun to beat up coloreds because they came into

15  your restaurant."  That's another joke that you thought --

16  Did you think that joke was funny, or no?

17  A  Well, I sent it as a joke.  I mean, I really

18  didn't have any reaction to it.  I sent it and thought it

19  was funny.

20  Q  So you think talking about beating up coloreds

21  for coming into your restaurant on Martin Luther King

22  Junior Day was funny banter between you and your

23  co-workers; correct?

24  A  Yes.

1    Q   And then in the text below that -- We've got
2  January 22nd, 2012.  And I think these texts are between
3  you and Captain Flanders.  And in fact, if you go to 3552,
4  it does say, Detective Sollenberger's comments are in
5  green and Captain Flanders's comments are gray.  So does
6  that help you understand that your comments are the darker
7  colored ones on this photocopy?
8    A   Yeah.
9    Q   So now we're looking at January 22nd, 2012 on
10 MC 35534.  And you can see some places that are blacked
11 out and it says "child."  Do you see that?
12   A   Yes.
13   Q   Captain Flanders had some children?
14   A   Yes.
15   Q   And you knew those children; correct?
16   A   Yes.
17   Q   Captain Flanders sent you a text a few -- about
18 four or five months before Mr. Richardson died, apparently
19 he says his child's name, but it's blacked out, and he
20 says his child "asked why black people are meaner than
21 white people and why they talk different."  And your
22 response was, "Nice.  U gonna explain it or do u want me
23 to do it.  Hell, I'll come into his class and explain it."
24 And then Captain Flanders said, "Either that or I can have

Page 70

1  my dad do it.  I told him they can't help it.  It's just
2  the way they are."  And what was your response if you can
3  read it?
4    A   "Very simply put.  They're niggers, son."
5    Q   So do you think that's what Captain Flanders
6  should have explained to his child?
7    A   No.  It was clearly a joke.
8    Q   And Captain Flanders thought it was funny,
9  because he said, "LOL.  Nice"?
10   A   Yes.
11       MR. PREGON:  Objection.
12 BY MR. DICELLO:
13   Q   And then on January 27th, 2012, again Captain
14 Flanders is talking about his child, his child just "told
15 me a joke:  What is long and black?  Answer:  The line at
16 KFC.  I wept."  What did you think about that joke that
17 his son told?
18   A   Well, it was a joke.  And I replied, "Awesome."
19   Q   You think that's awesome?  How old is this kid?
20 Do you know?  Back in 2012?
21   A   I don't know.  I'm not sure.
22   Q   So you think it's awesome that a
23 is telling racist jokes?
24   A   It was just a response to Captain Flanders's

Page 71

1  text.
2    Q   Yeah, we know.  These are responses to texts.
3    A   Yeah.
4    Q   My question is:  You thought it was awesome
5  that a ten-year-old kid was telling racist jokes to his
6  dad?
7    A   I just think it was an involuntary response to
8  what he texted me.  It was two guys texting back and
9  forth.
10   Q   Reading it now, do you think it's awesome?
11   A   I don't think it's the best thing for his son,
12 but --
13   Q   Not the worst?
14   A   I think it was something he heard at school I
15 think is what he said.
16   Q   I don't see that.
17   A   No, it just says he told him a joke.
18   Q   February 3rd, 2012.  So a few days later.
19 There's another text message where, again, Captain
20 Flanders is referring to his son, who I think you said was
21 about _____  Wanna hear another" joke his child
22 "told me?"  And you said, "Yes."  And the joke was "What
23 do apples and black people have in common?  They both hang
24 from trees."  That's another joke that you guys shared?

Page 72

1    A   Yeah.  He has three kids, so I'm not sure --
2  Well, _____  would have been the youngest and not able to
3  talk and tell jokes.  So I'm not sure, just for
4  clarification, if it was the oldest child or middle child
5  or who it was.
6    Q   Do you encourage children to be racist?
7    A   No.
8    Q   Do you think Captain Flanders should be
9  encouraging his children to grow up racist?
10       MR. PREGON:  Objection.
11   A   I don't think Captain Flanders is encouraging
12 his child.  I think his child came and told him a joke
13 that they heard.
14 BY MR. DICELLO:
15   Q   In the text below that, you texted Captain
16 Flanders on January 26th, 2012, you said, "I'm watching a
17 movie with the kids and the little black boy's name is
18 Jasper."  And Captain Flanders says, "All little black
19 boys' names should be Jasper."  Do you see that?
20   A   Yes.
21   Q   That's another joke?
22   A   Yes.
23   Q   Did you think that was funny?
24   A   I don't know.  I just responded.

Page 73

19 (Pages 70 to 73)

1    Q   Do you think it's a funny joke to just announce
2    "I hate niggers"?
3    A   I think it was a text that I sent --
4    Q   We know it was a text you sent.
5        MR. SMITH:  Don't interrupt him.  You're having
6    fun, but don't interrupt him.
7    BY MR. DICELLO:
8    Q   Are you done with that answer?
9    A   What?
10   Q   Do you think announcing "I hate niggers" is a
11   funny joke?
12   A   I think it was two guys bantering back and
13   forth.
14   Q   What about saying "I dislike coloreds"?  Is
15   that a joke?
16   A   Yeah.  And I think it was two guys just
17   bantering back and forth.
18   Q   Because at the top of MC 3555, that's what you
19   say; right?  "I dislike coloreds"; correct?
20   A   That's what the text says, yes.
21   Q   Do you dislike coloreds?
22   A   No.
23   Q   You like them?
24   A   Yes.

Page 74

---

1    Q   So why did you say you dislike them?
2    A   As a joke to get a response from him.
3    Q   Do you associate yourself with African American
4    people?
5    A   Yes, I do.
6    Q   And do you have friends who are African
7    American?
8    A   Yes, I do.
9    Q   Would you tell one of those people that you
10   hate niggers?
11   A   If we were joking back and forth, yes.
12   Q   MC 3555.  Again, it looks like Sergeant
13   Flanders is talking about one of his children.  If you
14   look at his third text on -- or his second text on March
15   30th, 2012, he says, "We stopped at a Wal-Mart in
16   Birmingham."  And his child goes, "there's a lot of black
17   people in Alabama.  It's all Martin Luther King's fault."
18   And you responded, "No way.  I love that kid"; right?
19   A   Yes, that's what the response was.
20   Q   Do you agree that these text messages you seem
21   to be encouraging the racism of a child?
22   A   Oh, I don't -- No, I don't think I'm
23   encouraging the racism of a child.
24   Q   So why did you say oh, I love that kid after

Page 75

---

1    telling a joke like that?
2    A   It was a response to what Captain Flanders had
3    sent me.
4    Q   I understand.  We can see it's a response.  But
5    I'm asking you about the substance of the response.  Why
6    would you say you love a little kid who is saying it's all
7    Martin Luther King's fault that there are black people in
8    Wal-Mart in Alabama?
9    A   I don't know why I responded that way.  I think
10   it was just an involuntary response.  It's guys joking
11   back and forth.
12   Q   Let me ask you about this involuntary response.
13   When you respond, you have to type in the word "no," the
14   word "way," and then a period.
15   A   Right.
16   Q   And then the word "I" and then "love" and then
17   "that kid."  You had to type all of that in your phone;
18   correct?
19   A   Correct.
20   Q   So that's not involuntary?
21   A   Correct.
22   Q   So this was a voluntary response where you were
23   encouraging this little kid to tell racist jokes to his
24   dad?

Page 76

---

1        MR. SMITH:  Please note my objection.  He's not
2    in a conversation with a child, it's not his child, and
3    you don't even know if what was texted to him is true
4    about the child.  It could be two adults talking to each
5    other.  And it's wrong for you to do that.  And you know
6    it.
7    BY MR. DICELLO:
8    Q   Do you understand the question?
9    A   Oh, I understand the question.  And you're
10   going to have to ask it again, I'm sorry, because I
11   forgot.
12   Q   Do you agree that these text messages appear --
13   Because you told me this was just an involuntary response.
14   And I said, well, it's voluntary.  You agreed.  So I'm
15   saying these text messages appear, do they not, that you
16   are encouraging of a child engaging in racist jokes?
17   A   No, because my conversation was not with Captain
18   Flanders's child.  My conversation is with Captain
19   Flanders.  All I said is "I love that kid."  It was a
20   response to what Captain Flanders sent me.
21   Q   Okay.  And then in response to you saying "No
22   way, I love that kid," after learning about what is
23   indicated to be a joke that this child told his dad,
24   Captain Flanders responds, "Yeah.  He's obviously a future

Page 77

---

1  leader of this country"; correct?

2  A  Correct.

3  Q  MC 3556.

4  A  Do you mind if we take a quick bathroom break?

5  Q  Absolutely.

6  (Recess taken.)

7  BY MR. DICELLO:

8  Q  Mr. Sollenberger, we're back on the record

9  after a break. What's a negrometer?

10  A  I don't know.

11  Q  Well, that's a term you've used, right, a

12  "negrometer"?

13  A  Where -- Can you direct me so I can read it in

14  context?

15  Q  Sure. Before I direct you to it, is that a

16  term you use, "negrometer"?

17  A  I've heard the term before.

18  Q  What does it mean?

19  A  Like a -- Like you're getting like fed up, like

20  there's a measurement.

21  Q  Fed up with what?

22  A  With black people.

23  Q  Okay. And at MC 3550 -- I missed one of these

24  texts.

Page 78

1  A  Okay.

2  Q  Back on December 18th of 2012 at 7:56 a.m., you

3  sent a text message to somebody saying, "It's way too

4  early for my" -- how do you pronounce that word?

5  A  It looks like negrometer.

6  Q  "It's way too early for my negrometer to be at

7  96%." What did you mean by that?

8  A  Honestly, I don't know.

9  Q  Is that used in the same context meaning you're

10  fed up with black people?

11  A  I'm not sure who the conversation was with.

12  Q  It was with Deputy Horton.

13  A  Okay. I think I used that, I think that's a

14  term that Deputy Horton has used before.

15  Q  So what did you mean by it?

16  A  Without reading the whole entire text

17  conversation, I don't know.

18  Q  All right. We're back to now, I'm sorry, I'm

19  going backwards, MC 3556. And just to refresh who we're

20  talking about here, these are in chains of text messages

21  with Captain Flanders. And Captain Flanders says, on it

22  looks like May, it's kind of hard to read, but maybe

23  May 15th or sometime May 2012, if you look at the

24  left-hand side, do you see the number four? Just go up a

Page 79

1  couple messages from that. Do you see a time stamp? It

2  looks like May something, 2012? Do you see that?

3  A  I'm looking for the number four. Oh, that

4  four.

5  Q  Yeah.

6  A  I'm sorry.

7  Q  And then you go up a couple and you see there's

8  a time stamp that looks like May something, 2012. Can you

9  read that?

10  A  Yeah.

11  Q  And again, presuming that your text messages

12  are the shaded ones and Captain Flanders's are the white

13  ones, Captain Flanders says "NaphCare is a joke"; correct?

14  A  Oh, to the right of it?

15  Q  Yep.

16  A  Okay.

17  Q  Is that what -- And then what was your response

18  to Captain Flanders saying "NaphCare is a joke"?

19  A  "I know."

20  Q  Who is NaphCare?

21  A  The medical personnel inside the jail.

22  Q  Did you think they were a joke?

23  A  I don't know why I would have replied that.

24  I'm not sure what he was talking about.

Page 80

1  Q  Well, in general, do you think NaphCare is a

2  joke?

3  A  I don't know. I didn't work in the jail when

4  NaphCare was employed there. The only dealings I ever had

5  with NaphCare was they would -- we would have to do

6  transport of inmates when I was out on the road, you know,

7  if somebody had to go to the hospital, and it just seemed

8  like after NaphCare came in, three or four a night, we

9  always had to leave and go, take prisoners to the

10  hospital. So it seemed -- it just seemed like anybody

11  that came in and said, "oh, my toe hurts," and NaphCare

12  would say, "we have to go to the emergency room." So that

13  was really my only dealings with NaphCare.

14  Q  Do you know what Captain Flanders is referring

15  to when he describes NaphCare as a joke?

16  A  I do not.

17  Q  I think that -- your text message that precedes

18  Captain Flanders saying "NaphCare is a joke," and if you

19  need my copy, let me know, but I'm reading it to say that

20  "Landis is fucking listening to the news again. He wants

21  to know why NaphCare left the guy lay there and die". Is

22  that what you sent in May of 2012?

23  A  Yes.

24  Q  This refers to Robert Richardson, doesn't it?

Page 81

21 (Pages 78 to 81)

1    A  I do not know.

2    Q  Well, the time stamp shows, it looks to me to

3  be -- well, it looks to me to be maybe -- well, I'm not

4  sure I can read that time stamp there.  But do you agree

5  it appears to be sometime in May of 2012?

6    A  It's -- I'm guessing.  If your copy is better

7  than mine.

8    Q  Do you know who you would be talking about in

9  May of 2012 referring to somebody who was left to lay and

10  die at the jail if it wasn't Mr. Richardson?

11    MR. PREGON:  Objection to form.

12    A  I don't know.

13  BY MR. DICELLO:

14    Q  Okay.

15    A  It would have been -- I don't know.  Landis at

16  the time is the major.  So I honestly don't remember

17  sending this text message or what it was about.  I don't

18  know if I was just relaying what Major Landis said to me

19  to Captain Flanders.

20    Q  Let's go back up in this chain.  It looks like

21  it starts, it says something "Called me.  I cooled his

22  jets."  And then Captain Flanders says, "He needs to

23  relax.  Glad I went to the SWAT callout."  And you

24  respond, "Fannin never made contact with the family.  He

Page 82

1  just called them.  The family and the news showed up at

2  the jail."  Did I read that correctly?

3    A  Yes.

4    Q  And Fannin is the investigator from the

5  coroner; correct?

6    A  Yes.

7    Q  And it was -- was it Fannin that showed up at

8  the jail when Mr. Richardson died?

9    A  Is that what the report says?  I'm not sure.

10    Q  I think that's what the reports would say.

11    A  Okay.

12    Q  Assuming that's what the record would indicate?

13    A  Okay.

14    Q  Is that consistent with your memory at all?

15    A  I don't know.  Because I honestly don't know

16  who Fannin is.  I mean, I know the name and I know he's a

17  coroner's investigator, but I'm not sure if I saw him I'd

18  be like, "Oh, that's Fannin."

19    Q  Let me ask you this:  Were you involved or

20  aware of any other in-custody deaths that occurred in May

21  of 2012 other than Mr. Richardson?

22    A  I don't know.  I don't think there was.  I

23  don't know.

24    Q  So do you recall what you meant when you said

Page 83

1  "Fannin never made contact with the family, he just called

2  them, the family and the news showed up at the jail"?  Do

3  you recall that?

4    A  No, I don't.

5    Q  And then Captain Flanders said, "I will mention

6  calling Harshbarger Monday."  Harshbarger is the coroner;

7  correct?

8    A  Yes.

9    Q  So do you know what Captain Flanders meant when

10  he said he's going to mention calling the coroner on

11  Monday?

12    A  No, I don't.

13    Q  And then you respond, "I don't know why it's ok

14  for NaphCare to chemically sedate these people."  What did

15  you mean by that?

16    A  I don't know.  I know that -- and I could be

17  wrong in this text, but I know that the medical care in

18  the jail has shifted a lot to mental health.  And I know

19  that they were -- I don't know if it's NaphCare, I don't

20  know if it's mental health, I don't know, but they were

21  dispensing -- and I'm just talking -- I'm not speaking

22  from fact or anything.

23    Q  Scuttlebutt?

24    A  Yeah, that they were dispensing drugs like --

Page 84

1  basically, the jail had shifted to more of a mental health

2  facility.  And so I don't know if that was just my context

3  in stuff, but I don't know.

4    Q  Did you learn at some point in time that

5  NaphCare employees tried to administer a shot of Ativan to

6  Mr. Richardson in an attempt to calm him down?

7    A  I don't know.  I don't know what Ativan is.

8    Q  So when you say in your text here in May 2012

9  about NaphCare chemically sedating people, were you

10  referring to NaphCare's efforts to try to give

11  Mr. Richardson an injection to calm him down?

12    A  It's possible.

13    Q  And then Captain Flanders says in response,

14  "That is kind of crazy."  And then you say, "They do it

15  all the time."  Correct?

16    A  Correct.

17    Q  What did you mean when you said NaphCare does

18  it all the time?  Are you referring to chemically sedating

19  people?

20    A  Again, it's my -- I guess my -- I wouldn't say

21  opinion of it, but that's, you know, my understanding.

22  And again, I don't know if it's the mental health people

23  at NaphCare, whose responsibility it is.  But again, like

24  I said, the gears of the jail had shifted more to a mental

Page 85

1    health facility.

2    **Q**   Okay. Who is in, to your knowledge -- You

3    know, this is a section, as you mentioned, these are

4    sections of text chains. There may be text before and

5    text after; correct?

6    A   Yes.

7    **Q**   Do you know who is in possession of your iPhone

8    -- it's an iPhone; right?

9    A   Yes.

10    **Q**   Do you now who is in possession of your iPhone

11    that has all of these text messages?

12    A   Currently, I do not.

13    **Q**   Who is Landis?

14    A   He was the major of the jail.

15    **Q**   And when you say "Landis is fucking listening

16    to the news again," do you know what news coverage you're

17    talking about?

18    A   No, I don't.

19    **Q**   When you say Landis wants to know why NaphCare

20    let the guy lay there and die, did you have a conversation

21    with Landis?

22    A   I don't recall a conversation with Major

23    Landis, but apparently he -- he may have come into the

24    office and said something. So I was repeating it to

Page 86

---

1    Captain Flanders.

2    **Q**   On page 3557, the text message that is in

3    between the numbers three and four --

4    A   Yes.

5    **Q**   -- these are text messages with Captain

6    Flanders where Captain Flanders is communicating a story

7    or where one of his kids split another kid in half during

8    a game. It sounds like a football game. Is that your

9    understanding?

10    A   Yes.

11    **Q**   Which one of the kids played football?

12    A   His middle child.

13    **Q**   And how old was the middle child?

14    A   At that time, maybe

15    **Q**   All right. And Captain Flanders references

16    that the kid that his son split in half was black; right?

17    A   Yes.

18    **Q**   And apparently, the black kid was down on the

19    field and shaken up by the hit; right?

20    A   Yes.

21    **Q**   And then Captain Flanders, after you ask

22    whether Captain Flanders's child punted the black kid when

23    he was done thrashing him, Captain Flanders's response

24    was, "Haha. It was sick. The kid laid on the ground,

Page 87

---

1    ripped his helmet off, and was trying to breathe. He was

2    panicked. Haha...negros," and then a smiley face;

3    correct?

4    A   Yes.

5    **Q**   And then you responded, "They all get that same

6    panicked look." Are you referring to negros, all negros?

7    A   In reference to his text, yes.

8    **Q**   And so you say, all negros get, "they all"

9    meaning negros, "get that same panicked look." And you

10    say, "I used to love being first on scene of shootings."

11    That's what you said; right?

12    A   Yes.

13    **Q**   Because if you're first on scene of a shooting,

14    you can watch a negro get a panicked look after they're

15    shot?

16    A   No.

17    **Q**   So why do you love -- in response to you saying

18    all these negros get this panicked look, and then you say

19    I used to love being first on scene at shootings, how does

20    --

21    A   Just --

22    **Q**   Let me finish. How does the "I used to love

23    being first on scene at shootings" relate to your previous

24    statement that all negros get that same panicked look?

Page 88

---

1    A   Well, Captain Flanders refers to it as negros.

2    I just say "They all get the same panicked look." I can't

3    say that I was referring to negros.

4    **Q**   Well, in fact I just asked that question and

5    you answered it that you were referring to negros.

6    A   I'm sorry, then I misunderstood. Because it's

7    kind of a poor copy to read, I thought you were reading

8    it.

9    **Q**   I asked you, I said, when you say "they,"

10    you're referring to the negros?

11    A   I'm sorry. I thought you -- Like I said, it

12    was hard to read. I thought you were reading it verbatim

13    and I was just agreeing with you.

14    **Q**   Oh, okay. So you don't know who you're

15    referring to when you say "they" in response to a text

16    message that says, "He was panicked. Haha...negros"?

17    A   Yeah. Right. I imagine it was somebody just

18    hit on the ground.

19    **Q**   So why did you used to love being first on

20    scene after shootings?

21    A   When I was, it was being an evidence

22    technician. So the first thing you do on scene is grab

23    the camera and start taking pictures.

24    **Q**   And in response to that, Captain Flanders goes

Page 89

**Page 90**

1    "Haha!! No doubt! Or when u choke their thug asses out."
2    Do you think he's referring to the negros when he says
3    "their thug asses"?
4    A  I don't know what he's referring to.
5    Q  He goes on to say, "That was funny. That's
6    exactly how he looked"; correct?
7    A  Yes.
8    Q  You guys are exchanging some pornography on
9    your phones that's blacked out here; correct?
10    A  I have no idea what that is.
11    Q  All right. MC 3558. You indicate that you're
12    "nigging up some BBQ chicken ranch salad"; right?
13    A  Where are we at on the page?
14    Q  The top. The very first one. Sorry.
15    Oh, okay.
16    Q  Is that what you said?
17    A  Yes.
18    Q  What does "nigging up" mean?
19    A  I don't know. I guess just an adjective
20    describing the -- what was I eating -- chicken ranch
21    salad.
22    Q  So you're texting something to Captain Flanders
23    and you don't know what it means?
24    A  Yes.

**Page 91**

1    Q  And then on -- underneath the number one,
2    underneath that line, you text Captain Flanders, you never
3    see that nigger reporter for Fox -- I'm sorry. "U ever
4    see that nigger reporter from Fox 45? The only thing he's
5    missing is a blunt and a do-rag." Who is the reporter
6    you're referring to?
7    A  Honestly, when was this from?
8    Q  2012.
9    A  Yeah. I don't -- I don't know.
10    Q  I presume the reporter was an African American?
11    A  Probably so, yes.
12    Q  And so what did you mean when you say the only
13    thing he's missing is a blunt and a do-rag?
14    A  A blunt is a cigar filled with marijuana, and a
15    do-rag is the bandanna to wear on his head.
16    Q  So why are you -- why are you saying the only
17    thing that this news reporter on Fox, this African
18    American is missing is a blunt and a do-rag? What did you
19    mean by that?
20    A  I'm not sure, because I don't remember who I
21    was talking about.
22    Q  Why did you refer to this African American news
23    reporter as a nigger?
24    A  Just making a joke.

**Page 92**

1    Q  What about him caused you to call him that
2    racial slur?
3    A  I don't know. Because I'm not sure what
4    reporter I'm even talking about.
5    Q  Was it just the fact that he's black?
6    A  Yeah, probably so.
7    Q  And Captain Flanders thought that was funny?
8    MR. PREGON: Objection.
9    BY MR. DICELLO:
10    Q  Correct?
11    MR. PREGON: Objection.
12    A  According to the text, it says --
13    BY MR. DICELLO:
14    Q  "LOL"?
15    A  "No. LOL."
16    Q  What does "LOL" mean?
17    A  Laugh out loud.
18    Q  Page MC 3563, please. At the bottom, it looks
19    like there's a text between you and Detective Daugherty?
20    A  Yes.
21    Q  And you're talking about a Detective Miker.
22    Who is Detective Meeker?
23    A  He's a detective with the City of Dayton.
24    Q  And is he African American?

**Page 93**

1    A  No.
2    Q  Does he date African American woman?
3    A  No.
4    Q  Why do you call him a mud shark?
5    A  I do not know.
6    Q  What is a mud shark?
7    A  "Mud shark" is a term typically for a white
8    woman who dates a black guy or I guess a black guy who
9    would date a white woman.
10    Q  And why are they called --
11    A  Vice versa. Interracial dating.
12    Q  Why are they called mud sharks?
13    A  I don't know. It's just a term.
14    Q  On page MC 3575, the paragraph that starts at
15    line 17, the investigator is talking about four comments
16    reviewed with Deputy Connelly during an interview.
17    "Deputy Connelly explained that this African American news
18    reviewed with Deputy Connelly during an interview.
18    "Deputy Connelly explained that his ex-wife's name is Emily,
19    who voted for President Obama in both presidential
20    elections. I asked Detective Connelly what he took
21    Detective Sollenberger's next comment, quote, that makes
22    her a mud shark, end quote, to mean." Do you recall
23    telling Deputy Connelly that his ex-wife Emily was a mud
24    shark because she voted for President Obama?
24    A  I don't recall the text. But I probably did.

Q   And a mud shark is a woman who would date or have relations with a black man; right?

A   Yes.

Q   Did you vote for President Obama?

MR. PREGON:  Objection.

MR. SMITH:  You don't have to answer that.

MR. DICELLO:  Why not?

MR. SMITH:  You don't get to follow him into the ballot box.

You don't have to answer it if you don't want to.

BY MR. DICELLO:

Q   Do you want to answer it?

A   I don't want to answer it.

Q   Do you support the president of the United States?

MR. SMITH:  Objection.

A   I support the president.

BY MR. DICELLO:

Q   So what about voting for President Obama makes Emily a mud shark?

A   It was a joke.

Q   At the time of some of these texts that you had with Captain Flanders, did you understand that Captain

A   I'm saying, am I -- am I making a joke about two black couples that had a baby or am I making a joke about a white and black couple that made a baby?  I don't know.  That's why I want to read it in context, so if I'm referring to somebody in particular, I'd be able to explain it.

Q   White babies aren't mud babies; correct?

A   Correct.

Q   Only black babies are mud babies; true?

A   In the context of a joke, yes.

Q   Or if a baby is half white half black, that's a mud baby, too; true?

A   For the context of the joke, yes.

Q   And on MC 3581, you're exchanging texts again with Captain Flanders where you're talking about some people can get together and they can make mud babies together; correct?

A   Yes.

Q   MC 3588.  I think this is another -- I think the document would show this is another text with Captain Flanders, and this is about almost three weeks before Mr. Richardson died at the jail.  And you say, "I think Brandon Harrison works out at the Greene, but I can't tell if it's him cause they all look alike."  What did you

Flanders was the sergeant of the Inspectional Services Unit?

A   Yes.

Q   What is the Inspectional Services Unit, if you know?

A   The -- It's the Internal Affairs.

Q   And the Inspectional Services Unit is responsible for investigating alleged violations of jail rules committed against detainees; correct?

A   Yes.

Q   Page MC 3581.  What's a mud baby?  Are those black kids or are those kids that are half black and half white?

A   Where are we reading?

Q   Before we get to the text, I'm just asking you:  What's a mud baby?

A   I'm assuming it's a black child.

Q   Well, it's a term you use; correct?

A   Well, I know.  But I would have to read it in context.

Q   Well, you knew what these words meant before you texted them; correct?

A   Well, yeah, I sent them.

Q   Right.

mean?  Who all look alike?

A   It would have been a joke about Brandon Harrison being black.

Q   Who is Brandon Harrison?

A   He's a black deputy.

Q   And Captain Flanders responds and says, "But he talks white"; right?

A   Yes.

Q   On page MC 3591 of this investigation, this is more text messages between you and Captain Flanders.  This is -- I think we looked at this before, but this is an extension, this is where you're talking about nigging up some barbecue chicken ranch salad; right?

A   Yes.

Q   And then it looks like there was a photograph or something sent, maybe.  It says it's pornography, but it's blocked out.  And you said "he be gettin his kool aid."  Do you know what you were referring to there?

A   I have no idea.

Q   And you say, "I think he was going to smack that white bitch."  Do you know what you're talking about there?

A   I have no idea.

Q   All right.  The text that is, it looks like

1  maybe August -- I'm sorry, it's hard to tell the date, but
2  you say "Brad and his BFF rich reeser.  Who's the little
3  nigger on the left."  Do you know what you're talking
4  about there?
5      A  I have no idea.
6      Q  So apparently in this text, you don't know the
7  identity of somebody; correct?
8      A  Correct.
9      Q  But it's clear to you that the person is
10  little; correct?
11     A  Yes.
12     Q  And the person is black; right?
13     A  Yes.
14     Q  And so you're just referring to a black person
15  who you don't know as a nigger?
16     A  Yes.
17     Q  And this is a joke, too?
18     A  Yes.
19     Q  What's funny about that?
20     A  The terminology.
21     Q  The fact that you're referring to black people
22  as niggers is what you think is funny?
23     A  Yes.
24     Q  So you were confronted with all of these text

1  messages by IA at some point; correct?
2      A  Yes.
3      Q  And I think today you testified that you've
4  never denied they were your text messages?  Did you say
5  that at the beginning of today's deposition?
6      A  Yes.  I guess.
7      Q  Well, you understand at the time you were
8  interviewed by, was it Detective Cavender who interviewed
9  you?
10     A  Sergeant Parin.
11     Q  Sergeant Parin interviewed you back in December
12  of 2014.  First, you were represented by counsel when you
13  were interviewed; correct?
14     A  Yes.
15     Q  And at the time you were interviewed in
16  December of 2014, the whereabouts of your phone was
17  unknown to you; is that fair?
18     A  Yes.
19     Q  And did you learn that at some time after your
20  interview when you were confronted with a printout of
21  these text messages, that's what happened at the
22  interview?
23     A  Yes.
24     Q  So did you learn at some time after this

1  interview where you were confronted with a printout of the
2  text messages that investigators at the sheriff's office
3  actually came into possession of your phone?
4      A  Yes.
5      Q  And that investigators did a forensic analysis
6  on your phone.  Were you aware of that?
7      A  Yeah, I believe that -- Yeah, at some point
8  they did, yes.
9      Q  And by February of 2015, so within two months
10  of you first being interviewed, at least according to the
11  reports, the Montgomery County Sheriff's Office performed
12  a forensic analysis of your phone and confirmed that all
13  the text messages that were printed out in the PDFs that
14  you were confronted with were in fact the same text
15  messages that existed in the operating system on the
16  phone.  Did you become aware of that?
17     A  Yes.
18     Q  But before that forensic analysis had been
19  done, when you were confronted with the PDFs of the text
20  messages, you tried to suggest and accuse your wife, your
21  ex-wife, of having falsified these text messages, didn't
22  you?
23     A  Yes.
24     Q  That was a false accusation you made against

1  her; correct?
2      A  At the time --
3      MR. PREGON:  Objection.  Will you give me a
4  continuing on this one, too?
5      MR. DICELLO:  Sure.
6      A  I'm sorry, answer?
7  BY MR. DICELLO:
8      Q  Yeah, go ahead.
9      A  No.  At the time, the only thing I was ever
10  provided with during the course of the investigation was
11  the photocopied PDF file.  I never -- I never had the
12  opportunity to analyze any of it to determine the validity
13  of it, and I never -- I never wanted to sit there and say,
14  "yes, these are mine," not knowing what the whole --
15  without having everything there to examine it and
16  determine it.  Because she released -- this information
17  was released ten days prior to our divorce trial resulting
18  in the custody battle.
19     Q  Yep.  I mean, Detective Sollenberger, were you
20  trying to blame your wife for these text messages?
21     MR. SMITH:  Let me just intercede for a moment,
22  Counsel.
23     MR. DICELLO:  If you have an objection as to
24  form or foundation, you can state it.  But I would --

1     MR. SMITH: You have to wait and listen to me.

2     MR. DICELLO: I mean, we're not allowed to have

3  speaking objections. So if you want to go off the record

4  and talk, fine.

5     MR. SMITH: I'll be happy to talk to you either

6  on it or off of it. I'd rather do it off.

7     MR. DICELLO: Then let's go off the record and

8  you and I can have a conversation.

9       (Discussion held off the record.)

10  BY MR. DICELLO:

11     Q   Back in December of 2014, were you trying to

12  blame your wife for these text messages?

13     A   In 2014, the only thing I had was PDF

14  photocopies of the text messages. I never had the phone.

15  I had not been in possession of that phone in years. I

16  was unfamiliar with the text messaging, the conversation

17  that was taking place, had it been two, three years prior.

18  I was ten days prior to starting a divorce trial and

19  custody battle that had been ongoing where she had been

20  tormenting me for three years making false accusations,

21  filing false state and police reports, filing false Mercer

22  County police reports, calling the archdiocese of

23  Cincinnati, trying everything she could do to get me

24  arrested, get me fired, discredit me, everything.

Page 102

---

1  So at the time when I received this information

2  in preparing for my most important thing in my life, was

3  my custody battle for my children, which I won, I looked

4  at these, I was not familiar with these, I did not have

5  the phone to examine it, you know, and my only thought at

6  the time was she was doing this to try to win custody of

7  the kids.

8     Q   This report that we're looking at that is

9  Exhibit 5 documents an interview and discussion that you

10  had with Sergeant Parin when you had counsel present on

11  December 19th, 2014; correct?

12     A   I had an OLC representative. It wasn't an

13  attorney, but yes.

14     Q   Is that Mr. Mark Scranton?

15     A   Yes.

16     Q   And do you recall that meeting generally?

17     A   Yes.

18     Q   And had you conducted those kinds of interviews

19  and meetings in connection with your service as an IA

20  detective?

21     A   Yes.

22     Q   And is the purpose of the report to accurately

23  and truthfully reflect what took place during the meeting?

24     A   Yes.

Page 103

---

1     Q   And do you think that's what Exhibit 5 does, of

2  your meeting?

3     A   Yes.

4     Q   And on page MC 3597 starting at line 19, it

5  reads, "Sergeant Parin asked Detective Sollenberger if he

6  recalled any of the text messages." So do you agree that

7  that question was asked of you?

8     A   Yes.

9     Q   Reading on, "Detective Sollenberger stated he

10  looked through all of the text messages and some of them

11  do not make any sense, and he thinks things have been

12  altered, changed or deleted." Do you think that's

13  accurate of what you said back in December of 2014 before

14  --

15     A   Yes.

16     Q   -- your phone was turned over for a forensic

17  examination?

18     A   Yes.

19     Q   Reading on, "When asked what had been altered,

20  changed or deleted, Detective Sollenberger stated he did

21  not recall sending or receiving any of the derogatory

22  phrases." Is that what you said in December of 12014?

23     A   Yes.

24     Q   "Detective Sollenberger stated that documents

Page 104

---

1  are presented as a PDF file and could be easily altered.

2  Detective Sollenberger believes that his estranged wife,

3  Jennifer Sollenberger, sent the text messages that she

4  created to the NAACP to discredit him prior to their

5  divorce trial." Is that what you said during the meeting?

6     A   Yes.

7     Q   On page MC 3598, this document is a

8  conversation during an interview where you were confronted

9  with the fact that Deputy Connelly had acknowledged

10  sending and receiving some of the text messages. Is that

11  what it's documenting in that top paragraph there?

12     A   What was your question again?

13     Q   There was a conversation where "Sergeant Parin

14  asked Detective Sollenberger if Deputy Connelly recalled

15  the text conversation, would he be inaccurate, and your

16  response was, 'yeah, I mean, I don't recall.' When asked

17  if Deputy Connelly was lying and was insubordinate the

18  previous day during his interview regarding this incident,

19  Detective Sollenberger stated Deputy Connelly was

20  mistaken." Do you remember saying that Deputy Connelly

21  must be mistaken about receiving and sending text messages

22  with you?

23     A   Yes.

24     Q   Why did you think that Deputy Connelly was

Page 105

---

1  mistaken?

2      A   Because at the time of the interview, there was

3  no other information available.  I remember that when

4  Sergeant Parin asked me, he said, "If Connelly came in

5  here and said this, would he be lying?"  And I told him "I

6  don't know what Connelly came in here and said, so I can't

7  answer that question."

8      Q   On the same page, there's a reference to a text

9  message that I couldn't either read or didn't see, but a

10 text message in which you are quoted as saying, quote, "So

11 how many of the niggers are asking the judges to set them

12 free since Barry won," end quote, and that was reported as

13 being sent by you with the reply of Deputy Connelly being

14 "LOL.  I dunno.  I'm stuck at CSB again."  I presume

15 you're going to say you don't remember sending that text

16 message?

17     A   I don't specifically remember, no.

18     Q   Who is Barry?

19     A   It would have been -- probably would have been

20 making reference to the election.

21     Q   And so who is Barry?

22     A   Barack Obama.

23     Q   And so what did you mean how many of the

24 niggers are asking the judges to set them free since our

Page 106

1  president won the election?

2          MR. PREGON:  Objection.

3      A   I don't know what I meant.

4  BY MR. DICELLO:

5      Q   And you use the term "nignog"?  Is that a term

6  you use, Mr. Sollenberger?

7      A   I've heard it before.  Is it in a text message?

8      Q   I'm asking you if that's a term you use when

9  you refer to black people, along with the term "nigger"?

10     A   I have, yes.

11     Q   And is that a derogatory term?

12     A   Yes.

13     Q   Is "nigger" a derogatory term?

14     A   Yes.

15     Q   You agree that these text messages that we've

16 been going through are authentic; true?

17     A   Yes.

18     Q   They have not been fabricated by your wife or

19 anyone else, have they?

20     A   Again, I still have not received the phone or

21 anything to do our own forensic analyzation of the phone,

22 so I would merely be speculating.

23     Q   Did you communicate with Captain Flanders

24 before Captain Flanders went in for his interview?

Page 107

1      A   I --

2          MR. PREGON:  With IA?

3  BY MR. DICELLO:

4      Q   Do you understand Captain Flanders was

5  interviewed by IA in connection with this text message --

6      A   Yes.

7      Q   Fair to call it a scandal?

8          MR. PREGON:  Objection.

9      A   Investigation.

10 BY MR. DICELLO:

11     Q   Were you aware that Captain Flanders went in to

12 be interviewed by IA in connection with this investigation

13 on the text messages?

14     A   Yes.

15     Q   And you and Captain Flanders got together

16 before you were interviewed; true?

17     A   I don't think we did.

18     Q   Well, you guys had the same story during your

19 interviews; true?

20         MR. PREGON:  Objection.

21 BY MR. DICELLO:

22     Q   About your wife doctoring these text messages?

23     A   It was common knowledge of the stuff that she

24 has done to me and that it was ten days prior to my

Page 108

1  divorce trial starting.

2      Q   Are you aware that Captain Flanders went into

3  IA and suggested to IA that your ex-wife had doctored up

4  these text messages?

5      A   After I read the investigation, yes.

6      Q   And you're aware that Captain Flanders's

7  position is that the two of you didn't exchange any

8  racially derogatory text messages, that it was your wife

9  that did this; right?

10         MR. PREGON:  Objection.

11         Go ahead.

12     A   Yeah, I guess that was in the report.  It's

13 been a while since I've read it.

14 BY MR. DICELLO:

15     Q   And Captain Flanders was found to have

16 purposely lied during his interview with IA in that

17 regard; true?  Are you aware of that?

18         MR. PREGON:  Objection.

19     A   Yes.

20 BY MR. DICELLO:

21     Q   Is that a finding that was made against you,

22 that you were purposefully lying in the interview, or no?

23     A   I believe my insubordination charge said

24 because I lied when I said that Joe Connelly lied.

Page 109

1    Q   Yep. Okay.

2        Did you challenge your termination

3    administratively?

4    A   Yes, I did.

5    Q   And what was the outcome of that?

6    A   They upheld the termination.

7    Q   What was the finding of the arbitrator?

8    A   That I should have been fired. I don't know

9    the specific wording.

10   Q   Your position with the arbitrator was that you

11   were trying to persuade the arbitrator that it was your

12   wife who had doctored these text messages to put all these

13   racial slurs in there?

14       MR. SMITH: Objection. There's a record of

15   these proceedings.

16       Go ahead and answer.

17   A   That was one of the -- Yes, that was one of the

18   issues that was brought up.

19   BY MR. DICELLO:

20   Q   In fact, that was the position that you took to

21   try to keep your job, was to try to prove to the

22   arbitrator that you didn't do this, your wife did it;

23   correct?

24   A   Again, I've never received the phone to do our

Page 110

---

1    own forensic analyzation of it to determine -- there was

2    some of the text messages that just didn't make sense, and

3    that was one of the issues that was brought up to the

4    arbitrator.

5    Q   And you're saying one of the issues that was

6    brought up. But that was actually your position that you

7    were trying to convince the arbitrator of; correct?

8        MR. PREGON: Objection.

9    A   You would have to talk to the attorney that

10   represented me during the arbitration and ask him, I

11   guess, what the position was.

12   BY MR. DICELLO:

13   Q   Who was that?

14   A   It's with the Ohio Labor Counsel. I can't

15   remember his name offhand. Paul -- Paul something.

16   Q   Is that somebody that the union provided for

17   you?

18   A   Yes.

19   Q   Why did you challenge your termination?

20   A   Because I didn't think it was right that I was

21   terminated.

22   Q   Why not?

23   A   Because I was an 18-year employee with the

24   Montgomery County Sheriff's Office, that there has never

Page 111

---

1    been any discipline in my file, I've never been

2    disciplined, I've only received accommodations, and I

3    don't believe that private communication between two

4    individuals, it never reflected on my ability to do my job

5    and perform in an unbiased manner for the citizens of

6    Montgomery County.

7    Q   You understand why the text messages seem to

8    tell a very different story? Or do you?

9    A   I'm sorry, is that a statement or a question?

10   Q   I'm asking you. You just stated your case kind

11   of. I'm not -- I think what I heard is I'm not biased;

12   right?

13   A   Right. I think that regardless of what was

14   said between two individuals off duty, regardless of what,

15   you know, my private thoughts are, it never, ever

16   reflected in my work or my ability to do my job.

17   Q   How do you know that?

18   A   Because I know that.

19   Q   How?

20   A   Because. I treated everyone fairly, equally.

21   I always delivered an unbiased opinion on stuff. I've

22   never received any complaints or anything against anybody.

23       MR. DICELLO: Are you going to have any

24   questions?

Page 112

---

1        MR. PREGON: No.

2        MR. DICELLO: Do you know if Carrie is going to

3    have any questions?

4        MS. BAUTE: No.

5        MR. DICELLO: If you want to take a break, I'm

6    just going to review my notes.

7        (Discussion held off the record.)

8    BY MR. DICELLO:

9    Q   Mr. Sollenberger, I don't have anymore

10   questions for you.

11   A   Okay.

12       MR. SMITH: He'll review it and sign it.

13       - - -

14       (Signature not waived.)

15       - - -

16       And, thereupon, the deposition was concluded at

17   3:45 p.m.

18       - - -

19

20

21

22

23

24

Page 113

29 (Pages 110 to 113)

```
 1                    December 22, 2015
 2    Dear Mr. Sollenberger,
 3       You have chosen to read and sign your transcript.
      Please do not mark on the transcript.  Any
 4    corrections/changes you may desire to make in your
      testimony should be typewritten or printed on the errata
 5    sheet at the end of testimony, giving the page number,
      line number and desired correction/change.  After you have
 6    read the transcript, sign your name on the correction
      sheet and where indicated at the close of testimony before
 7    a notary public.
 8       The Rules of Civil Procedure allow thirty days for
      you to read and sign.  Please return the signature page
 9    and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
      Dublin, Ohio 43017 within that time.  Failure to do so in
10    the allotted time will result in your transcript being
      used as though read and signed by you.
11
12                    Sincerely,

13                    Whitney Layne
                      Professional Reporter
14
      Cc:
15    Nick DiCello
      Carrie Starts
16    Jamey Pregon
17
18
19
20
21
22
23
24
```

Page  114

```
 1    State of _____

 2    County of _____

 3       I, MICHAEL SOLLENBERGER, do hereby certify that I

 4    have read the foregoing transcript of my deposition given

 5    on December 8, 2015: that together with the correction

 6    page attached hereto noting changes in form or substance,

 7    if any, it is true and correct.

 8                    _____

 9             MICHAEL SOLLENBERGER

10       I do hereby certify that the foregoing transcript

11    of the deposition of MICHAEL SOLLENBERGER was submitted to

12    the witness for reading and signing: that after he had

13    stated to the undersigned Notary Public that he had read

14    and examined his deposition, he signed the same in my

15    presence on the _____ day of _____, 2015.

16                    _____

17             Notary Public

18    My Commission Expires on _____

19             - - -

20

21

22

23

24
```

Page  115

30  (Pages  114 to 115)

```
 1   TO THE  REPORTER:

 2   I have read the entire transcript of my deposition taken

 3   on the _____ day of _____, 20__, or the same has been

 4   read to me.  I request that the following changes be

 5   entered upon the record for the reasons indicated.

 6

 7   Page    Line    Correction and reason therefore

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   Date_____Signature_____

24
```

**WHITNEY LAYNE**
**Professional Reporter**

6723 Cooperstone  Drive
Dublin, Ohio  43017

Phone (614) 309-1669

## STATEMENT OF FAILURE OF WITNESS TO SIGN DEPOSITION

- - -

I, Whitney Layne, state that I was the notary public before whom the deposition of  Michael Sollenberger was taken in the case entitled Beyoglids v. Plummer, et al.

I further state that the fully transcribed deposition of said witness was made available to witness for reading, examination, and signing on December 28, 2015. The witness had 30 days to do so.   As of today the witness has not read, examined and signed the deposition.

Therefore, the deposition is submitted with the signature of said notary public on it in lieu of the signature of the witness, Michael Sollenberger.

Dated: July 7, 2016

- - -

Whitney Layne, Notary Public
before whom the deposition was taken.

Page 117

1                        CERTIFICATE

2    State of Ohio     :

3    County of Franklin:

4

5         I, Whitney Layne, Notary Public in and for the

6    State of Ohio, duly commissioned and qualified, certify

7    that the within named MICHAEL SOLLENBERGER was by me duly

8    sworn to testify to the whole truth in the cause

9    aforesaid; that the testimony was taken down by me in

10   stenotype in the presence of said witness; afterwards

11   transcribed upon a computer; that the foregoing is a true

12   and correct transcript of the testimony given by said

13   witness taken at the time and place in the foregoing

14   caption specified.

15

16        IN WITNESS WHEREOF, I have set my hand and

17   affixed my seal of office at Dublin, Ohio, on this 22nd

18   day of Decemer, 2015.

19                        Whitney Layne, Notary Public

20                        Whitney Layne, Notary Public

21                        In and for the State of Ohio

22   My Commission expires May 4, 2020

23

24

**A**

**a.m** 79:2
**ability** 46:4,10 112:4,16
**able** 11:21 13:15 42:15,16 73:2 96:5
**Absolutely** 78:5
**academy** 15:4,5
**acceptable** 22:6
**accommodations** 112:2
**accurate** 104:13
**accurately** 103:22
**accusation** 100:24
**accusations** 102:20
**accuse** 100:20
**acknowledged** 46:6 105:9
**act** 47:22 48:1,4
**acts** 47:20
**actual** 40:14
**add** 62:24
**address** 7:5
**adjective** 90:19
**administer** 85:5
**administratively** 110:3
**Administrator** 1:4
**adults** 77:4
**advance** 27:7
**Affairs** 13:12,13 18:11 19:12 20:11 21:16 23:24 24:3 44:22 48:19 95:6
**affiliated** 53:2
**affixed** 117:17
**aforesaid** 117:9
**African** 5:14 75:3,6 91:10,17,22 92:24 93:2
**agency** 15:22
**agree** 37:4,7,10 47:16 56:23 59:11 59:16 75:20 77:12 82:4 104:6 107:15
**agreed** 34:18 77:14
**agreeing** 89:13
**agreement** 10:16
**ahead** 35:4 42:11 54:9 101:8 109:11 110:16
**AHEARN** 2:20
**ahold** 25:10
**aid** 97:18
**al** 1:8
**Alabama** 75:17 76:8
**Alexandria** 15:6
**alike** 96:24 97:1

**alleged** 95:8
**allotted** 114:10
**allow** 114:8
**allowed** 102:2
**Allstate** 9:9,10
**altered** 104:12,19 105:1
**ALYSS** 2:11
**American** 5:14 75:3 75:7 91:10,18,22 92:24 93:2
**analysis** 100:5,12 100:18
**analyzation** 107:21 111:1
**analyze** 101:12
**Andrew** 1:5
**ankles** 42:16
**announce** 52:8 74:1
**announcing** 74:10
**answer** 10:16 11:17 11:21 21:14 22:15 22:21 35:4,5,5,20 36:5,17 37:20 39:4 40:21 41:3 60:5,22,23 71:15 74:8 94:6,10,13 94:14 101:6 106:7 110:16
**answered** 21:13 59:8 89:5
**answers** 10:3,6 12:1
**anybody** 81:10 112:22
**anymore** 113:9
**Apartment** 7:6
**apparently** 61:23 70:18 86:23 87:18 98:6
**appear** 54:15 77:12 77:15
**APPEARANCES** 2:1
**appeared** 12:16
**appears** 82:5
**apples** 72:23
**applicable** 1:14 3:6
**applied** 15:22
**apply** 25:12
**appreciate** 22:16
**appropriate** 13:17
**approximation** 19:14,15
**April** 16:14
**arbitration** 111:10
**arbitrator** 110:7,10 110:11,22 111:4,7
**archdiocese** 102:22
**area** 14:2,5 18:6,6
**arms** 24:22
**arrested** 17:15,15

102:24
**asked** 10:14,17 21:12 27:4 30:22 40:3 45:3 62:19 70:20 89:4,9 93:19 104:5,7,19 105:14,16 106:4
**asking** 6:16 19:20 46:7 60:14,21 68:23 76:5 95:15 106:11,24 107:8 112:10
**aspect** 18:23
**asphyxia** 41:9,16 43:1,10
**asphyxiation** 41:19 41:22 42:3,7 43:5 43:4 75:3
**ass** 66:24
**asses** 90:1,3
**assigned** 13:12 16:10,18 17:11 24:7 31:17 57:14
**ASSISTANT** 2:21
**associate** 42:7,22,24 43:4 75:3
**associate's** 14:13
**associated** 28:15
**ASSOCIATES** 1:20
**assume** 10:17 22:23 22:23 50:20 51:12
**assuming** 83:12 95:17
**Ativan** 85:5,7
**attached** 115:6
**attempt** 85:6
**attend** 14:4
**attendance** 7:10
**attended** 14:7 15:3
**attention** 64:16
**attorney** 2:21 6:2 47:13 103:13 111:9
**attorney/client** 6:7
**attorneys** 6:4 12:7
**atypical** 39:9
**audible** 10:6
**August** 98:1
**authentic** 107:16
**authenticate** 46:4 46:10
**authority** 34:14 35:13
**auxiliary** 15:6
**available** 38:5,12 40:5 45:1 106:3
**Avenue** 1:15 2:3,7
**aware** 5:23 6:1 21:2 21:3 22:10 24:17 56:19 83:20 100:6 100:16 108:11 109:2,6,17

**awesome** 71:18,19 71:22 72:4,10
**awhile** 32:3

**B**

**babies** 96:7,7,9,9,16
**baby** 95:11,16 96:2 96:3,11,12
**bachelor's** 14:15,21
**back** 5:15 8:19 12:20 13:3 14:1 16:9 21:10 24:13 24:22 30:19 31:13 42:13,23 43:9 46:13 52:2 54:12 57:5 59:15 61:4 66:15 68:21 71:20 72:8 74:12,17 75:11 76:11 78:8 79:2,18 82:20 99:11 102:11 104:13
**background** 10:22 13:19,22
**backs** 42:19
**backwards** 79:19
**ballot** 94:9
**bandanna** 91:15
**banter** 69:22
**bantering** 68:21 74:12,17
**bar** 53:6,7,8,13,13 53:19,19,20 58:3 58:24
**Barack** 106:22
**barbecue** 97:13
**Barry** 106:12,18,21
**based** 37:18 38:23 39:9 40:7,11 41:16 42:20 45:4 48:17,17 56:21
**basically** 7:2 17:12 85:1
**basis** 6:17
**Bates** 48:6
**bathroom** 78:4
**battle** 101:18 102:19 103:3
**BAUTE** 2:11 113:4
**BBQ** 90:12
**beat** 16:20 18:6 69:14
**beating** 69:20
**beer** 54:14 58:19 59:2,5 66:19
**beginning** 13:9 14:1 18:10,10 19:8 99:5
**behalf** 2:4,8,13,18 2:23 5:20 12:2
**beliefs** 48:1

**believe** 6:20 9:1 13:5 23:22 26:6 27:11 37:11 52:24 64:13 100:7 109:23 112:3
**believes** 105:2
**belly** 42:22 43:8
**best** 72:11
**better** 20:2 68:4 82:6
**Beyoglides** 1:4
**BFF** 98:2
**bias** 37:9,12
**biased** 37:17 112:11
**biasly** 48:1
**big** 22:12
**Birmingham** 75:16
**bit** 8:9 9:7 68:4
**bitch** 97:21
**black** 49:12,20 50:1 52:14 53:20,21,23 54:6,22 58:2,10 59:5 61:16 62:2,3 62:5,17,20 65:11 66:11 67:19 68:6 70:20 71:15 72:23 73:17,18 75:16 76:7 78:22 79:10 87:16,18,22 92:5 93:8,8 94:2 95:12 95:12,17 96:2,3,9 96:11 97:3,5 98:12,14,21 107:9
**blacked** 70:10,19 90:9
**blame** 101:20 102:12
**blocked** 97:17
**blunt** 91:5,13,14,18 78:4,9 113:5
**Boehringer** 2:14
**books** 22:12
**boss** 67:19 68:6
**Boston's** 52:22 53:5 58:10
**bottom** 43:16 48:6 51:24 66:4 67:4 92:18
**bound** 33:24
**box** 66:2,3,3,4 67:16 94:9
**boy's** 73:17
**boys'** 73:19
**Brad** 31:21 33:20 98:2
**Brandon** 96:23 97:2 97:4
**break** 11:13,16,18 78:4,9 113:5
**breathe** 88:1
**breed** 68:13
**Brenda** 2:15

**Brian** 28:18 29:4
  52:21 57:14 59:7
  59:14 62:24 64:11
**brought** 42:13
  110:18 111:3,6
**Bryan** 26:8
**bubbles** 51:3,4
**building** 27:2 40:4
**business** 48:18,21
  48:22
**buy** 66:19

———————
**C**
**C-damn** 65:2
**CALEA** 18:20
**call** 16:21 17:12
  18:12 33:2 42:14
  92:1 93:4 108:7
**called** 1:14 3:5
  13:17 42:14 82:21
  83:1 84:1 93:10
  93:12
**calling** 84:6,10
  102:22
**callout** 82:23
**calm** 85:6,11
**camera** 89:23
**cameras** 38:9
**capacity** 23:20
  27:15,19 28:3
  32:16
**Capatin** 32:18
**captain** 28:3,5,6,21
  29:24 33:10,10,19
  49:3,12,17,19,23
  50:4 51:17 55:9
  56:19,23 70:3,5
  70:13,17,24 71:5
  71:8,13,24 72:19
  73:8,11,15,18
  76:2 77:17,18,20
  77:24 79:21,21
  80:12,13,18 81:14
  81:18 82:19,22
  84:5,9 85:13 87:1
  87:5,6,15,21,22
  87:23 89:1,24
  90:22 91:2 92:7
  94:24,24 96:15,20
  97:6,10 107:23,24
  108:4,11,15 109:2
  109:6,15
**caption** 117:14
**captured** 39:7
**care** 84:17
**career** 9:21 14:23
  15:1,12,16
**Carrie** 2:10 113:2
  114:15
**carrying** 63:10
**case** 1:7 5:17,19

17:17 38:20 39:5
  40:11 45:23 62:19
  112:10
**cases** 17:15 20:6
**Casto** 26:8,8 43:19
  43:24
**Casto's** 43:15
**caught** 59:22
**cause** 40:13 96:24
  117:8
**caused** 92:1
**caution** 6:3
**Cavender** 99:8
**Cc** 114:14
**CDR** 38:18
**cell** 6:22,23,23 7:1
**Central** 49:17
**certain** 19:15 38:23
  47:21 48:1
**CERTIFICATE**
  117:1
**certification** 18:20
**certified** 5:3
**certify** 115:3,10
  117:6
**chain** 82:20
**chains** 79:20 86:4
**chair** 57:19
**challenge** 110:2
  111:19
**chance** 47:13
**chances** 67:11
**change** 16:15
**changed** 18:2
  104:12,20
**changes** 115:6
  116:4
**channel** 69:12
**character** 3:8
**charge** 109:23
**chemically** 84:14
  85:9,18
**chicken** 90:12,20
  97:13
**child** 70:11,20 71:6
  71:14,14 72:21
  73:4,4,12,12
  75:16,21,23 77:2
  77:2,4,16,18,23
  87:12,13,22 95:17
**child's** 70:19
**children** 70:13,15
  73:6,9 75:13
  103:3
**choke** 90:1
**chosen** 114:3
**cigar** 91:14
**Cincinnati** 2:13
  102:23
**circumstances** 8:9

23:15
**citizens** 112:5
**City** 92:23
**civil** 1:14 3:6 11:4
  114:8
**claims** 6:17
**clarification** 73:4
**class** 70:23
**classes** 15:14,15
**classification** 30:15
**clear** 6:10,11 10:11
  51:3 98:9
**clearly** 71:7
**Cleveland** 2:4 9:3
**close** 114:6
**co-worker** 66:5
**co-workers** 55:4
  56:24 65:21 68:15
  69:23
**Code** 33:24 34:2,9
  34:24 35:14 36:2
  36:20,23
**college** 14:12 15:14
**color** 37:18 50:14
**colored** 50:23 51:4
  70:7
**coloreds** 69:14,20
  74:14,19,21
**colors** 51:5
**come** 70:23 86:23
**coming** 30:19 69:21
**command** 27:3
**comment** 93:20
**comments** 70:4,5,6
  93:15
**Commission** 115:18
  117:22
**commissioned**
  117:6
**committed** 95:9
**common** 8:13 55:3
  55:6,11,15 57:1,3
  57:6 72:23 108:23
**communicate**
  107:23
**communicated** 57:4
**communicating**
  49:11 58:2 87:6
**communication**
  112:3
**communist** 68:14
**community** 14:12
  22:4 29:17 30:18
  34:4,14,18 35:15
  54:7,21,22
**complaints** 18:15
  18:16 112:22
**computer** 117:11
**concept** 11:6
**concerning** 21:24
**concluded** 56:17

113:16
**conclusions** 6:17
**conducted** 103:18
**confirmed** 100:12
**confronted** 98:24
  99:20 100:1,14,19
  105:8
**confusing** 36:14
**connection** 5:17 7:8
  12:1 23:21 25:24
  26:11 103:19
  108:5,12
**Connelly** 30:22 31:4
  31:5,7,13 33:20
  66:18,19,23 67:9
  93:16,17,19,22
  105:9,14,17,19,20
  105:24 106:4,6,13
  109:24
**consider** 25:15
  47:19
**considered** 24:14
  25:11,20
**consistent** 26:20
  83:14
**contact** 82:24 84:1
**contacted** 6:2
**content** 6:22
**contest** 11:14
**context** 57:10 59:4
  78:14 79:9 85:2
  95:20 96:4,10,13
**continuing** 45:17
  101:4
**conversation** 52:20
  59:14 61:3 62:13
  64:4,12,15,15
  66:4 77:2,17,18
  79:11,17 86:20,22
  102:8,16 105:8,13
  105:15
**conversations** 12:7
**convince** 111:7
**cooled** 82:21
**coon** 49:24 63:14,18
**coons** 49:13,18,20
**Cooperstone** 1:21
  114:9
**copy** 44:14,18 45:5
  51:6,8 68:3 81:19
  82:6 89:7
**coroner** 26:7,17
  27:11,24 39:8,11
  39:13 40:1,9,10
  40:13,14,19,19
  43:21 44:15,19,23
  45:3,5 83:5 84:6
  84:10
**coroner's** 13:7
  26:17 27:14,20
  40:4,15 83:17

**correct** 7:10,11 8:7
  8:21 11:11,12
  13:6 19:12,23,24
  20:4,5 21:9 22:1
  27:21 29:2 30:20
  30:21 34:5,6,10
  34:21 35:2 36:3
  43:1,3,4,10,12
  46:23 48:15 49:9
  49:10 50:10 52:2
  52:11 56:5 58:4
  67:12,13 69:23
  70:15 74:19 76:18
  76:19,21 78:1,2
  80:13 83:5 84:7
  85:15,16 86:5
  88:3 90:6,9 92:10
  95:9,18,22 96:7,8
  96:17 98:7,8,10
  99:1,13 101:1
  103:11 110:23
  111:7 115:7
  117:12
**correction** 114:6
  115:5 116:7
**correction/change**
  114:5
**correctional** 15:19
**corrections** 15:9,24
  16:3 20:8 21:4
  57:12,20
**corrections/chang...**
  114:4
**correctly** 13:16 83:2
**counsel** 3:4 99:12
  101:22 103:10
  111:14
**country** 60:19 78:1
**county** 1:8 2:23
  5:15,21 6:9,14,18
  6:24 7:3 8:14,24
  9:3 13:3,23 15:21
  15:23 16:1 20:4
  22:5 27:23 32:10
  33:23 34:9 36:3
  45:15 46:1 47:17
  48:19,22 50:10
  52:6 53:2 59:12
  100:11 102:22
  111:24 112:6
  115:2 117:3
**couple** 66:9 67:11
  80:1,7 96:3
**couples** 96:2
**course** 9:21 46:2,11
  48:22 101:10
**court** 1:1 9:18,21
  10:1,7 11:10 16:6
  16:8,9,12,17
  30:11,12,19
**courts** 16:11

coverage 86:16
Craig 52:22,23,24
  52:24
crazy 85:14
created 105:4
Crime 17:4
crimes 18:2,7,8 33:6
criminal 11:4 14:21
  14:23 15:2 17:9
  27:3 39:18,21
  40:2 41:1,1,5,6
  44:23
CROSS-EXAMI...
  5:4
CSB 106:14
cuffed 42:18,23
culture 37:12
currently 6:13 7:8
  9:5,8 86:12
custody 5:15 101:18
  102:19 103:3,6
Cuyahoga 9:2

**D**

D 13:4
dad 71:1 72:6 76:24
  77:23
damn 65:3
darker 70:6
date 19:4,7 50:5
  93:2,9 94:1 98:1
  116:23
dates 8:1 93:8
dating 93:11
Daugherty 31:21,22
  32:1,13,19 33:20
  92:19
day 38:23 46:9
  51:22 69:22
  105:18 115:15
  116:3 117:18
day-to-day 37:1
days 29:1 72:18
  101:17 102:18
  108:24 114:18
Dayton 1:16 2:8,22
  7:7 92:23
dead 38:22
deal 9:2
dealings 81:4,13
Dear 114:2
death 12:20 13:4,14
  20:6 23:21 24:1
  25:24 26:5,16
  38:4,22 39:7,22
  40:10,13,14 41:1
  41:7 50:9
deaths 18:24 19:12
  19:16,21 20:1,12
  21:20 23:14 26:12
  33:8,15 34:24

35:14 36:1,9,21
  37:5 39:14 83:20
Deceased 1:5
December 1:16 3:1
  64:17,20 79:2
  99:11,16 102:11
  103:11 104:13,22
  114:1 115:5
Decemer 117:18
decision 8:24
declared 38:22
deem 20:7
defend 47:18
Defendant 1:14
  2:18,23 3:5
Defendants 1:9 2:9
  2:13
define 37:16 60:14
definition 24:24
  25:19 48:3
definitively 23:12
degree 14:13,15,16
  14:21
deleted 104:12,20
deliver 26:22 27:1
  40:9 44:23
delivered 26:16
  27:1 39:12,24
  112:21
denied 46:6 99:4
department 20:14
  24:1 28:23 31:15
  33:24 34:3
depended 38:16
deployments 67:11
depose 26:7
deposed 9:16
deposes 5:3
deposition 1:13 3:5
  3:7 5:10,16 7:9
  12:9 27:8 51:13
  99:5 113:16 115:4
  115:11,14 116:2
depositions 9:24
  10:2
depth 22:11
deputies 66:10
deputy 16:10,11,14
  16:16,20 30:2,4,6
  30:9,22,23 31:4,5
  31:7,13 33:19,20
  55:9 64:16 66:10
  66:18,23 67:9
  79:12,14 93:16,17
  93:22 97:5 105:9
  105:14,17,19,20
  105:24 106:13
derogatory 50:1
  104:21 107:11,13
  109:8
describe 17:10

18:13 28:13 29:23
  31:1
described 15:18
  29:24
describes 81:15
describing 90:20
desire 114:4
desired 114:5
detail 16:17 30:11
  30:12
detained 22:4 29:2
  29:17 30:18
detainees 95:9
detective 17:9,12,23
  19:11 24:10 31:21
  31:22,24 32:3,13
  32:19,21 33:20
  38:5 49:2 70:4
  92:19,21,22,23
  93:19,20 99:8
  101:19 103:20
  104:5,9,20,24
  105:2,14,19
detectives 30:7
  36:20
determination
  23:24
determine 20:2
  23:17 101:12,16
  111:1
DiCello 2:2 4:4 5:5
  5:9 8:17 9:1,4
  26:23 27:6 35:9
  35:22 36:7,11
  37:3,15,23 40:17
  40:22 42:1,10
  43:13 44:4,9
  45:19,21 46:22
  47:1,2,10,15 48:2
  51:7,11 54:11,18
  54:24 55:7,16
  57:8,23 58:14
  59:10,21 60:5,6
  60:12,16,24 66:1
  68:2 71:12 73:14
  74:7 77:7 78:7
  82:13 92:9,13
  94:7,12,19 101:5
  101:7,23 102:2,7
  102:10 107:4
  108:3,10,21
  109:14,20 110:19
  111:12 112:23
  113:2,5,8 114:15
dictionary 60:17
die 81:21 82:10
  86:20
died 5:15 39:16
  49:7,9 52:5 57:12
  57:21 58:1 70:18
  83:8 96:22

different 16:12
  17:20 24:4 25:7
  28:13 48:15 60:18
  60:20 70:21 112:8
Dinkler 1:15 2:6
direct 64:16 78:13
  78:15
disagree 36:12
discipline 112:1
disciplined 112:2
discredit 102:24
  105:4
discussion 102:9
  103:9 113:7
dislike 74:14,19,21
  75:1
dispensing 84:21,24
dispute 7:3
disputing 44:20
DISTRICT 1:1,1
districts 17:20
  18:19
division 1:2 13:12
  28:22 30:10,14,16
  32:8
divorce 8:16 9:17
  101:17 102:18
  105:5 109:1
divorced 8:19
DLM 65:2,6,7
do-rag 91:5,13,15
  91:18
doctored 109:3
  110:12
doctoring 108:22
document 43:18
  47:12 48:17 50:12
  50:15,21,22 51:15
  66:8 96:20 105:7
documenting
  105:11
documents 12:18
  26:14 39:6 43:20
  48:7 103:9 104:24
doing 9:14 17:9
  18:8,15,18,22
  26:18 27:5 35:2
  35:17 44:5,8,13
  103:6
Dorothy 65:8
doubt 90:1
downloaded 6:22
  38:18
downloading 39:3
downloads 39:2
downsizing 17:18
downtown 17:11,19
Dr 8:14 26:8,8
  43:15,19,24
drive 1:21 39:3
  114:9

drugs 84:24
Dublin 1:21 114:9
  117:17
duly 5:2 117:6,7
dunno 106:14
duties 18:1 26:21
duty 28:15 35:13
  61:3 63:10 65:22
  112:14
DVD 38:19

**E**

early 79:4,6
easily 105:1
eating 90:20
economic 18:8
education 14:10
efforts 85:10
eight 16:5 19:19
  20:6,13,15,17,24
  21:16
either 18:9 49:19
  70:24 102:5 106:9
election 64:24 65:4
  106:20 107:1
elections 93:19
Ellis 2:15
emergency 81:12
Emily 93:17,22
  94:21
employed 9:5 13:22
  28:22 32:10 34:8
  42:21 45:15 46:1
  47:17 81:4
employee 46:1
  111:23
employees 20:4
  85:5
employment 9:8
encourage 73:6
encouraging 73:9
  73:11 75:21,23
  76:23 77:16
endurance 11:14
enforcement 9:21
  10:23 15:12 34:21
engaged 59:13
engaging 77:16
English 60:16
entail 17:3
entailed 17:10
entered 116:5
entire 20:14 79:16
  116:2
equally 112:20
errata 114:4,9
ESQUIRE 2:2,6,10
  2:11,17,20
Estate 1:5
estranged 105:2
et 1:8

ethical 36:15
ethics 33:24 34:2,10
  34:16 35:1,15
  36:2,20,23
evidence 16:23 17:1
  17:5 89:21
ex-wife 46:12 93:22
  100:21 109:3
ex-wife's 93:17
exact 20:24
exactly 90:6
examination 4:1
  104:17
examine 101:15
  103:5
examined 115:14
exchange 50:3
  57:24 109:7
exchanged 49:2
  52:1 55:10 56:18
exchanging 56:23
  58:15 90:8 96:14
excuse 51:18
exhibit 4:6,7 43:15
  47:8,9 48:9,14
  103:9 104:1
exist 26:2
existed 100:15
experience 10:1
  38:13,23 39:9,11
  40:12 45:5
expires 115:18
  117:22
explain 68:12 70:22
  70:23 96:6
explained 44:2,10
  71:6 93:17
extension 97:12

F
fabricated 107:18
face 88:2
facedown 42:12
facility 85:2 86:1
fact 37:16 40:9
  56:21 70:3 84:22
  89:4 92:5 98:21
  100:14 105:9
  110:20
Failure 114:9
fair 10:18 32:9 35:2
  35:17 38:5 48:4,5
  60:21,21,22 99:17
  108:7
fairly 112:20
fall-out 17:13
falls 30:15
false 100:24 102:20
  102:21,21
falsified 100:21
familiar 21:20,23

22:9 37:24 39:1
  103:4
familiarity 48:18
family 5:13,20 12:3
  82:24 83:1 84:1,2
Fannin 27:10,19
  82:24 83:4,7,16
  83:18 84:1
Fannin's 43:19
far 1:15 2:7 38:10
  39:11
fasten 42:17
fault 63:18 75:17
  76:7
february 16:6,13
  19:8,8 72:18
  100:9
fed 78:19,21 79:10
feet 42:19
Felicia 2:14
fellow 20:3
felony 17:15
field 15:19 87:19
fight 49:17
file 45:4 46:3
  101:11 105:1
  112:1
filing 102:21,21
filled 91:14
films 69:13
financial 18:2
financials 18:3
find 22:15 38:9 54:2
finding 21:4 109:21
  110:7
fine 20:21 102:4
fingerprints 17:5
finish 47:23 88:22
fired 102:24 110:8
firm 1:15
first 5:2 7:6,13,23
  8:1 11:17 15:5
  35:8 48:8 88:10
  88:13,19,23 89:19
  89:22 90:14 99:12
  100:10
five 17:1 19:2 24:3
  31:19 70:18
Flanders 28:4,6,21
  31:2 32:18 33:10
  33:14,19 49:3,12
  49:17,19,23 50:4
  51:18 55:9 56:19
  56:23 70:3,13,17
  70:24 71:5,8,14
  72:20 73:8,11,16
  73:18 75:13 76:2
  77:19,20,24 79:21
  79:21 80:13,18
  81:14,18 82:19,22
  84:5,9 85:13 87:1

87:6,6,15,21 89:1
  89:24 90:22 91:2
  92:7 94:24 95:1
  96:15,21 97:6,10
  107:23,24 108:4
  108:11,15 109:2
  109:15
Flanders's 29:24
  70:5 71:24 77:18
  80:12 87:22,23
  109:6
floor 2:22 23:2
focusing 21:13
folks 5:22 20:13
  29:2 34:7 35:12
  36:2 40:2
follow 94:8
followed 23:18
  39:20
following 116:4
follows 5:3
football 87:8,11
force 20:8 24:10,14
  24:24 25:1,2,3,11
  25:13,15,21,23
  26:2
forcibly 24:21
foregoing 115:4,10
  117:11,13
forensic 100:5,12
  100:18 104:16
  107:21 111:1
forgot 77:11
form 37:12,19
  40:16,20 42:5
  44:7 55:5 57:2
  59:6,18 60:9
  82:11 101:24
  115:6
formal 14:10
format 38:19
forth 30:20 57:5
  59:15 61:4 68:21
  72:9 74:13,17
  75:11 76:11
Foster 2:14
found 54:15 64:14
  109:15
foundation 101:24
four 18:4 31:19
  58:4 70:18 79:24
  80:3,4 81:8 87:3
  93:15
Fox 91:3,4,17
Franklin 117:3
free 106:12,24
friend 62:13
friendly 29:20
  30:23 32:13
friends 28:10,12,14
  31:8,9 61:6 75:6

friendship 29:23,24
  31:1,11
front 11:10 62:21
fucking 66:24 81:20
  86:15
fun 69:14 74:6
funny 54:3,6,15,20
  67:6 68:17,19,23
  69:2,3,5,6,16,19
  69:22 71:8 73:23
  74:1,11 90:5 92:7
  98:19,22
future 7:15 77:24

G
G 1:4 65:3
G-damn 65:5
game 87:8,8
Garrett 2:15
gate 54:13 58:7,10
gathered 13:16
gathering 17:4
gears 85:24
general 10:24 22:11
  22:18 25:20 81:1
generally 12:22
  38:1 103:16
generate 12:14
geographical 18:6
gettin 97:17
getting 8:19 44:12
  66:5 78:19
giant 66:11
give 8:9 19:14 45:8
  45:17 57:10 60:21
  60:22 65:1,1,5
  85:10 101:3
given 10:16 115:4
  117:12
giving 23:9 60:3
  114:5
Glad 82:23
go 9:23 13:3 21:10
  22:14 29:8 30:9
  35:4 42:11 48:7,8
  54:9 70:3 79:24
  80:7 81:7,9,12
  82:20 101:8 102:3
  102:7 109:11
  110:16
goddamn 65:3
goes 75:16 89:24
  90:5
going 8:15,19 10:17
  11:24 19:14 44:10
  44:17 45:12,16,22
  47:11 51:21 62:20
  62:24 63:21 77:10
  79:19 84:10 97:20
  106:15 107:16
  112:23 113:2,6

gonna 70:22
good 28:14
GOs 22:17
grab 89:22
graduated 14:8,9
  14:13,14 15:4
graduating 14:10
  15:2
graduation 15:3
gratuity 51:20
gray 70:5
Great 66:14
green 70:5
Greene 96:23
grocery 65:10
ground 9:23 24:13
  24:19,21,23 25:1
  25:4,9 87:24
  89:18
group 37:17 47:21
  48:1 49:20
grow 73:9
guess 16:20 25:7
  32:7 36:6 38:16
  39:3 41:12 42:14
  47:18 61:15,16
  68:9 85:20 90:19
  93:8 99:6 109:12
  111:11
guessing 20:16 22:8
  82:6
gun 63:10,18
guy 66:11 81:21
  86:20 93:8,8
guys 33:21,21 41:5
  58:15 61:3 67:6
  68:20 72:8,24
  74:12,16 76:10
  90:8 108:18

H
Haha 87:24 88:2
  89:16 90:1
half 16:21 28:8
  68:13 87:7,16
  95:12,12 96:11,11
hand 117:16
handcuffed 24:19
  25:8 42:12
handcuffing 24:12
  25:2
handcuffs 22:5
  24:22 42:18
handing 47:7
hands 23:4 24:12
  42:18,22 43:9
hang 72:23
Hank 63:21,22 64:1
happen 55:6
happened 44:20
  99:21

happening 44:2
 55:22
happens 41:21
happy 102:5
hard 11:15 39:3,4
 64:22 79:22 89:12
 98:1
Harrison 17:21,24
 30:8 96:23 97:3,4
Harry 1:4
Harshbarger 84:6,6
hate 52:9,14 64:9
 74:2,10 75:10
He'll 113:12
head 6:6 37:21
 91:15
headquarters 27:2
health 84:18,20
 85:1,22 86:1
hear 72:21
heard 23:5 41:9
 66:10 72:14 73:13
 78:17 107:7
 112:11
held 25:16 27:22
 34:10,13 102:9
 113:7
Hell 70:23
helmet 88:1
help 48:7 70:6 71:1
helps 8:18
hereinafter 5:2
hereto 115:6
Hey 45:1
high 14:4,7,9 15:13
 34:10,13
highlight 51:6
Hills 1:15 2:7
Hindsight 59:19
hired 15:8,24 66:9
history 69:12
hit 87:19 89:18
Hobble 42:15
hog-tied 43:8
hog-tying 41:12,19
 42:3,4,7,9,24 43:5
hold 19:15
holding 25:4,14
holds 24:22
home 7:5 13:2 15:3
homicides 33:6
honest 67:10
honestly 23:6 79:8
 82:16 83:15 91:7
hope 63:3
Horton 30:2,4,6,9
 30:23 33:20 64:16
 66:10 79:12,14
hospital 81:7,10
huh-uhs 10:7
Hundreds 9:22

hurts 81:11

— I —

IA 19:1,20 20:14
 21:3,19 24:10
 26:21 29:3 43:6
 56:4,13,17 99:1
 103:19 108:2,5,12
 109:3,3,16
idea 20:18 67:15
 90:10 97:19,23
 98:5
identification 47:9
identity 98:7
imagine 23:2 89:17
immediate 7:15
immediately 38:5,6
 38:11
impartial 35:2,17
important 55:21
 103:2
improper 59:17
 60:8,10,15,19
 61:1,2,5,10
in-custody 13:4,14
 18:24 19:12,16,21
 20:1,6,12 21:20
 23:14 26:12 34:24
 35:14 36:1,21
 37:5 38:4 39:14
 83:20
inaccurate 105:15
inappropriate
 55:11 56:18,22,24
 57:6 59:11
incident 12:13,14
 12:23 38:14,24
 39:6,8 105:18
include 21:7 37:17
independent 12:17
 37:8
INDEX 4:1,6
indicate 22:3 26:15
 50:22 64:14 83:12
 90:11
indicated 19:11
 77:23 114:6 116:5
indicates 50:21 55:8
individual 39:16
individuals 5:22
 47:21 112:4,14
information 6:4
 13:16 19:22 22:15
 46:3 101:16 103:1
 106:3
injection 85:11
inmates 81:6
inside 80:21
Inspectional 18:11
 18:14 95:1,4,7
inspections 18:18

insubordinate
 105:17
insubordination
 109:23
Insurance 9:9
interact 26:10
intercede 101:21
interested 12:6
 15:15 38:15 39:15
interjected 55:20
internal 13:12,13
 18:11,16 19:11
 20:11 21:16 23:24
 24:2 44:22 48:12
 48:14,19 95:6
interpret 56:11 58:7
 58:9,12 60:19
interpreting 58:23
Interracial 93:11
interrupt 45:18
 74:5,6
interval 38:21
interview 93:16
 99:20,22 100:1
 103:9 105:8,18
 106:2 107:24
 109:16,22
interviewed 17:16
 99:8,8,11,13,15
 100:10 108:5,12
 108:16
interviews 103:18
 108:19
introduction 5:13
invade 6:7
invaded 6:21
Invasion 6:19
investigate 35:14
 37:5
investigated 20:7,12
 21:2 36:1 43:6
investigating 18:7
 18:15 19:17,21
 20:1 21:19 23:14
 24:9 32:23 33:5,8
 33:15 34:24 36:9
 36:21 39:14 95:8
investigation 13:9
 17:4 23:24 35:17
 35:21,23 36:16
 39:16,22 40:2
 41:6 44:24 46:2
 46:11 48:12 51:15
 56:17 97:9 101:10
 108:9,12 109:5
investigations 17:9
 17:19 18:16 21:3
 26:11 33:3 38:4
 41:1,1,5 48:14,19
investigative 56:4
investigator 21:19

26:21 27:11,15,20
 43:7 50:22 51:15
 56:14 64:14 83:4
 83:17 93:15
investigator's 43:18
 56:17
investigators 27:3
 39:18 46:13 100:2
 100:5
involuntary 72:7
 76:10,12,20 77:13
involve 20:7
involved 6:13 12:2
 19:16 23:16 83:19
involvement 12:19
 12:24 13:10,11
 40:8
involving 6:8 12:20
 26:11 38:22 44:23
iPhone 86:7,8,10
issue 9:2
issued 6:24
issues 40:13 110:18
 111:3,5

— J —

jail 5:15 13:3 16:1,4
 21:20 22:5,10,20
 23:17 28:5,22
 29:1,12,14,15,18
 30:10,14,16,20
 33:8,13,15,18
 35:14 38:1 43:7
 47:17 49:9 50:10
 52:6 57:12,15
 80:21 81:3 82:10
 83:2,8 84:2,18
 85:1,24 86:14
 95:8 96:22
jail's 21:23 22:3
Jamey 2:6 114:16
Jamie 30:2 33:19
 65:24 66:4,17
January 67:23 69:9
 70:2,9 71:13
 73:16
Jasper 73:18,19
Jennifer 105:3
jets 82:22
Jim 27:10,19
job 10:5 13:24 15:6
 17:3,10 19:4
 29:18 30:17 35:2
 110:21 112:4,16
jobs 13:13
Joe 31:6 66:19
 109:24
JOHN 2:17
joke 52:18,19 53:16
 54:1 61:6 63:11
 63:19 64:11,11

65:19,24 66:17,21
 67:8,9 68:16,20
 69:1,4,5,15,16,17
 71:7,15,16,18
 72:17,21,22,24
 73:12,21 74:1,11
 74:15 75:2 76:1
 77:23 80:13,18,22
 81:2,15,18 91:24
 94:22 96:1,2,10
 96:13 97:2 98:17
joked 65:21
jokes 47:6 62:13
 71:23 72:5 73:3
 76:23 77:16
joking 59:15 61:4
 66:18 75:11 76:10
Jon 2:14
Joseph 30:22 31:4
 33:20
Jr 1:4
judge 11:10
judges 106:11,24
jukebox 63:22
June 15:11 43:20
Junior 63:22 64:1
 69:22
jury 11:10 62:21
justice 14:21,23
 15:2

— K —

keep 110:21
kept 48:21
KFC 71:16
kick 25:9
kid 71:19 72:5
 75:18,24 76:6,17
 76:23 77:19,22
 87:7,16,18,22,24
kids 73:1,17 87:7,11
 95:12,12 103:7
kill 66:20
killing 67:7,12
kind 12:22 13:14,24
 17:5,13 28:13
 31:11 32:22 36:14
 52:13 64:22 66:2
 79:22 85:14 89:7
 112:10
kinds 60:19 103:18
King 69:21
King's 75:17 76:7
knees 42:13
knew 32:11 57:14
 70:15 95:21
know 6:8 9:24
 11:15 13:7,8 17:4
 17:18 20:23,24
 22:13,13,14,22
 23:10,23 25:12

26:2,3,8,9,13 27:5
27:10,16,22 28:17
29:14 31:7,15,16
31:16 32:6,6,22
33:14 35:19 36:5
36:15 38:6,6,7,8
38:11,11,16 39:4
39:10 40:6,24
41:3,6,20 44:14
44:16,18 45:6,7
49:16,16 50:18
54:5,10 55:19,23
56:4 57:4,13,15
58:8 59:3,8 61:1,2
61:7,21,24 64:2
65:15 66:19 68:8
68:9 71:20,21
72:2 73:24 74:4
76:9 77:3,5 78:10
79:8,17 80:19,23
81:3,6,14,19,21
82:1,8,12,15,18
83:15,15,16,16,22
83:23 84:9,13,16
84:16,17,18,19,20
84:20 85:2,3,7,7
85:21,22 86:3,7
86:16,19 89:14
90:4,19,23 91:9
92:3 93:5,13 95:5
95:19 96:4 97:18
97:21 98:3,6,15
103:5 106:6 107:3
110:8 112:15,17
112:18 113:2
**knowing** 101:14
**knowledge** 86:2
108:23
**kool** 97:17
**Krisandra** 2:14

**L**
**Labor** 111:14
**lack** 20:2
**laid** 87:24
**Lakeside** 2:3
**Landis** 81:20 82:15
82:18 86:13,15,19
86:21,23
**Lane** 65:8
**language** 51:19
**larger** 15:22
**Laugh** 92:17
**laughing** 66:24
**law** 1:15 9:21 10:22
11:10 15:12 34:21
**lawsuit** 5:20,23 6:1
**lay** 81:21 82:9 86:20
**laying** 23:2
**layman** 6:16
**layman's** 41:12

**Layne** 1:15,20 3:6
114:9,13 117:5,20
**lead** 42:3
**leader** 78:1
**learn** 42:2 85:4
99:19,24
**learned** 46:12
**learning** 77:22
**leave** 28:21 81:9
**left** 17:20 44:14,19
45:5 49:14,15
50:19 54:12 58:6
81:21 82:9 98:3
**left-hand** 79:24
**leg** 25:10
**legal** 6:17
**legs** 23:3 42:16,23
**let's** 11:18 12:22
13:24 48:8 50:20
67:10 82:20 102:7
**Lewis** 28:18,19 29:4
29:5,7,11,20 31:2
33:19 52:1 53:12
54:2,5 57:10,11
57:18 58:1,6,19
59:5 60:8 63:3
**Lewisburg** 15:8
**LIBER** 2:2
**Licensed** 9:11
**lied** 109:16,24,24
**life** 13:20 103:2
**limited** 13:11
**line** 45:17 71:15
91:2 93:15 104:4
114:5 116:7
**listen** 102:1
**listening** 81:20
86:15
**litigation** 6:8,13
**little** 8:9 9:7 13:21
29:10 32:4 68:3
73:17,18 76:6,23
98:2,10
**living** 7:12
**LMFAO** 66:23
**local** 14:4
**log** 12:10,16,17 38:8
**LOL** 68:12 71:9
92:14,15,16
106:14
**long** 7:12,19 9:14
11:15 16:3,7,19
16:24 17:22 19:1
28:6 29:7 30:6
31:24 32:5,9
38:13,17,23 39:11
71:15
**longer** 16:17 35:16
**longest** 38:21
**look** 47:13 50:5
75:14 79:23 88:6

88:9,14,18,24
89:2 96:24 97:1
**looked** 12:10 90:6
97:11 103:3
104:10
**looking** 13:2 22:17
38:17 52:3 57:9
60:7 68:4 70:9
80:3 103:8
**looks** 43:18 50:2,4
51:5,24 67:22
69:8 75:12 79:5
79:22 80:2,8 82:2
82:3,20 92:18
97:15,24
**lot** 18:19,22 28:13
38:16 60:18 75:16
84:18
**loud** 92:17
**love** 75:18,24 76:6
76:16 77:19,22
88:10,17,19,22
89:19
**LPA** 2:11
**Luther** 69:21 75:17
76:7
**lying** 10:24 105:17
106:5 109:22

**M**
**M.D** 2:15
**Main** 2:17
**maintained** 48:20
**major** 82:16,18
86:14,22
**making** 34:7 91:24
96:1,2 102:20
106:20
**man** 5:14 38:22
94:2
**manner** 112:5
**manual** 22:10,11
25:20
**manuals** 22:16
**March** 52:7 75:14
**marijuana** 91:14
**marital** 7:17
**mark** 103:14 114:3
**marked** 4:7 43:14
47:7,9
**Market** 65:8
**marriage** 7:23 8:2
**married** 7:18,19 8:5
8:10,11
**Martin** 69:21 75:17
76:7
**matter** 12:2 40:9
48:15
**MC** 48:8 49:1 50:2
51:24 57:9 64:13
67:2,16 69:8

70:10 74:18 75:12
78:3,23 79:19
90:11 92:18 93:14
95:11 96:14,19
97:9 104:4 105:7
**mean** 5:19 23:10
32:6,8 35:19
36:17 38:10 39:2
57:14 58:7,9
63:17,24 64:10
65:14,24 66:16
68:20 69:17 78:18
79:7,15 83:16
84:15 85:17 90:18
91:12,19 92:16
93:21 97:1 101:19
102:2 105:16
106:23
**meaner** 70:20
**meaning** 36:8 41:15
79:9 88:9
**meaningless** 58:16
**means** 58:18 61:1,2
63:8 66:24 67:14
90:23
**meant** 54:13 59:7,9
83:24 84:9 95:21
107:3
**measurement** 78:20
**mechanism** 39:15
**Medic** 2:15
**medical** 80:21 84:17
**Meeker** 92:22
**meeting** 103:16,23
104:2 105:5
**meetings** 103:19
**member** 33:23
54:19,20
**members** 18:17
22:4 27:3 29:17
30:18 34:4,17
35:15 54:22 59:12
**memory** 12:19
83:14
**mental** 84:18,20
85:1,22,24
**mention** 84:5,10
**mentioned** 12:18
86:3
**Mercer** 102:21
**merely** 107:22
**message** 49:11 50:3
51:21 52:1,8
53:12 57:9 60:7
61:22 62:23 63:1
64:15 65:18 68:11
72:19 79:3 81:17
82:17 87:2 89:16
106:9,10,16 107:7
108:5
**messages** 45:14,24

46:4,5,7,8,10 47:5
50:13,23 51:14
55:10 56:18,22,24
57:4 58:15 62:6
62:11,12,17,22
67:18 69:9 75:20
77:12,15 79:20
80:1,11 86:11
87:5 97:10 99:1,4
99:21 100:2,13,15
100:20,21 101:20
102:12,14 104:6
104:10 105:3,10
105:21 107:15
108:13,22 109:4,8
110:12 111:2
112:7
**messaging** 102:16
**Michael** 1:13 2:19
3:5 4:2 5:1,8
115:3,9,11 117:7
**middle** 66:3 73:4
87:12,13
**Miker** 92:21
**Miles** 2:15
**mind** 48:4 60:1 78:4
**mine** 82:7 101:14
**minor** 14:22
**minute** 55:13
**missed** 32:19 78:23
**missing** 91:5,13,18
**mistaken** 105:20,21
106:1
**misunderstood** 89:6
**mixed** 66:14
**MLK** 69:12
**mom** 68:13
**moment** 101:21
**Monday** 84:6,11
**Montgomery** 2:23
5:15,21 6:14,18
8:14 13:23 15:23
16:1 20:3 22:5
27:23 32:10 33:23
34:8 36:3 45:15
46:1 47:17 48:19
48:22 50:10 52:6
53:2 59:12 100:11
111:24 112:6
**month** 39:8
**Monthly** 28:17
**months** 16:5 17:18
58:1 70:18 100:9
**move** 7:15 15:17
**moves** 24:21
**movie** 73:17
**mud** 68:14 93:4,6,7
93:12,21,22 94:1
94:21 95:11,16
96:7,9,12,16
**MUJ** 67:12,14

**Muslim** 66:20 67:7

**N**

**NAACP** 105:4
**name** 5:6,7,9 12:15
 26:9 27:10 43:15
 43:20 70:19 73:17
 83:16 93:17
 111:15 114:6
**named** 117:7
**names** 73:19
**NaphCare** 2:14
 5:22,22 80:13,18
 80:20 81:1,4,5,8
 81:11,13,15,18,21
 84:14,19 85:5,9
 85:17,23 86:19
**NaphCare's** 85:10
**nature** 13:20
**near** 67:4
**need** 6:10 11:13
 37:5,8 60:17 61:7
 81:19
**needs** 82:22
**negro** 88:14
**negrometer** 78:9,12
 78:16 79:5,6
**negros** 88:2,6,6,8,9
 88:18,24 89:1,3,5
 89:10,16 90:2
**never** 22:6 31:6
 46:4,5,6,9 82:24
 84:1 91:2 99:4
 101:11,11,13,13
 102:14 110:24
 111:24 112:1,4,15
 112:22
**new** 66:5
**news** 51:19 81:20
 83:1 84:2 86:16
 86:16 91:17,22
**nice** 10:5 60:20
 70:22 71:9
**NICHOLAS** 2:2
**Nick** 5:9 11:19
 45:16 47:23
 114:15
**nigger** 65:17 91:3,4
 91:23 98:3,15
 107:9,13
**niggers** 51:19 52:9
 52:14 53:13,19,24
 54:7,22 58:3 64:9
 64:24 65:4 66:21
 67:7 71:4 74:2,10
 75:10 98:22
 106:11,24
**nigging** 90:12,18
 97:12
**night** 81:8
**nignog** 107:5

**nine** 67:23 87:14
**Nods** 6:6 37:21
**nog** 54:14 58:19
 59:2
**North** 2:17
**Northmont** 14:9,11
**notary** 1:15 3:6,7,9
 114:7 115:13,17
 117:5,20
**note** 77:1
**notes** 3:7 113:6
**notified** 13:17
**noting** 115:6
**November** 15:5
**number** 18:3,4
 19:15 20:24 21:14
 32:12 45:13 79:24
 80:3 91:1 114:5,5
**numbers** 48:6 87:3
**numerous** 45:24
**Nurse** 2:14,14,14

**O**

**oath** 10:20 11:1,8,9
 34:17 45:23 62:11
 62:16
**Obama** 93:18,23
 94:4,20 106:22
**object** 37:19 40:16
 40:20 42:5 45:16
 57:2 59:18 60:9
 60:10
**objection** 35:3,18
 36:4,10,22 37:14
 41:23 43:11 44:3
 44:7 54:8,16,23
 55:5,12 57:22
 58:11 59:6 65:23
 71:11 73:10 77:1
 82:11 92:8,11
 94:5,17 101:3,23
 107:2 108:8,20
 109:10,18 110:14
 111:8
**objections** 102:3
**objects** 35:5
**obscured** 63:13
**obtain** 14:16 38:14
 38:24
**obviously** 59:19
 77:24
**occasion** 26:10
**occurred** 13:4 39:8
 83:20
**October** 7:20,21 8:5
 8:6 9:15
**offhand** 111:15
**office** 2:24 5:21
 6:14 13:7,9 15:9
 15:23 17:17 22:12
 26:18 27:23 31:18

32:11,20 34:9
 36:3 40:4,12
 41:14,17 42:21
 45:15 48:20,23
 53:3 54:19,21
 59:12 86:24 100:2
 100:11 111:24
 117:17
**officer** 15:9,18,24
 16:3,6,8,9,12,20
 21:4 24:20
**officers** 57:12,20
**official** 3:8 35:1,16
**oh** 32:12 35:24 43:4
 53:11 68:5 75:22
 75:24 77:9 80:3
 80:14 81:11 83:18
 89:14 90:15
**Ohio** 1:1,15,16,21
 2:4,8,13,18,22 7:7
 14:2,14,18 15:6
 111:14 114:9
 117:2,6,17,21
**ok** 84:13
**okay** 6:5,11,12 8:18
 10:11,14,15 11:19
 11:20 15:10 17:22
 20:19,22 24:7
 26:24 27:13 35:6
 50:20,24 51:10,15
 51:16 52:3 55:19
 55:24 57:17 61:7
 61:9 66:2 68:5
 77:21 78:23 79:1
 79:13 80:16 82:14
 83:11,13 86:2
 89:14 90:15 110:1
 113:11
**OLC** 103:12
**old** 69:13 71:19
 72:21 87:13
**oldest** 73:4
**once** 16:15
**ones** 50:13,23 51:1
 67:18,19 70:7
 80:12,13
**ongoing** 6:9 102:19
**operating** 100:15
**opinion** 61:7 85:21
 112:21
**opportunity** 26:7
 60:3 101:12
**opposed** 10:6
**Orders** 22:11 25:20
**ordinary** 60:16
**OSU** 14:16
**OU** 14:17 15:2
**outcome** 110:5
**outside** 27:19 28:10
 29:20 30:23 31:9
 32:14

**oversee** 39:19
**owned** 6:23

**P**

**p.m** 1:16 3:2 53:7
 113:17
**packing** 63:3
**page** 4:4,8 50:2
 64:13 67:2 69:8,8
 87:2 90:13 92:18
 93:14 95:11 97:9
 104:4 105:7 106:8
 114:5,8 115:6
 116:7
**panicked** 88:2,6,9
 88:14,18,24 89:2
 89:16
**paragraph** 93:14
 105:11
**parameter** 60:21,23
**Parin** 99:10,11
 103:10 104:5
 105:13 106:4
**Parker** 73:2
**part** 29:18 30:17
 34:7 51:9
**part-time** 15:7
**participate** 39:21
**participated** 38:3
**particular** 96:5
**parties** 3:5
**partners** 24:4
**parts** 51:13
**party** 46:13 51:20
**passed** 46:12
**patrol** 16:18,19
 31:17 32:2
**patrolman** 15:7,7
 15:20
**Paul** 111:15,15
**pay** 51:20
**PDF** 46:3 101:11
 102:13 105:1
**PDFs** 100:13,19
**penalties** 10:24 11:4
**pending** 5:20 6:8
 11:17
**people** 13:17 21:16
 28:2,12 34:3,12
 36:8 37:4,16,17
 41:21 48:4 49:13
 49:20 50:1 52:15
 53:20,21,23 54:6
 58:2,10 59:5
 60:19,20 61:16
 62:2,3,5,17,20
 65:11 70:20,21
 72:23 75:4,9,17
 76:7 78:22 79:10
 84:14 85:9,19,22
 96:16 98:21 107:9

**people's** 37:18
**perceive** 36:18
**perform** 112:5
**performed** 100:11
**period** 76:14
**perjury** 11:5,6
**permissible** 22:20
**person** 52:13 98:9
 98:12,14
**personal** 7:1 13:19
 13:20
**personnel** 20:9 21:5
 34:21 80:21
**persuade** 110:11
**pertain** 36:16
**pertaining** 18:19
 35:21
**Phil** 1:8
**phone** 6:22,23,24
 7:1 46:9,12 76:17
 99:16 100:3,6,12
 100:16 102:14,15
 103:5 104:16
 107:20,21 110:24
**phones** 90:9
**photocopied** 101:11
**photocopies** 102:14
**photocopy** 70:7
**photograph** 97:15
**photographs** 17:5
**phrases** 104:22
**physically** 25:6
**pictures** 89:23
**piece** 35:7
**place** 65:11 102:17
 103:23 117:13
**placed** 35:10
**places** 70:10
**placing** 2:4
**Plaintiff** 1:6,14 2:4
 3:6
**Plaintiff's** 43:15
 47:8
**plans** 7:15
**play** 63:21,24
**played** 87:11
**please** 5:6 18:13
 77:1 92:18 114:3
 114:8
**Plummer/Montgo...**
 1:8
**Plus** 61:15,19
**Pod** 13:5
**point** 30:9 55:14
 67:24 85:4 99:1
 100:7
**police** 15:4,4,18
 102:21,22
**policies** 20:2 21:21
 21:24 22:3 23:17
 39:19

**policy** 22:7
**poor** 89:7
**pornography** 90:8
97:16
**position** 16:7,15,24
17:22 18:13 19:1
22:6,24 23:1
24:23 34:14 35:13
42:24 109:7
110:10,20 111:6
111:11
**positional** 41:9,15
41:19,21 42:3,7
43:1,5,10
**positions** 15:20
27:22
**possession** 86:7,10
100:3 102:15
**possible** 85:12
**potentially** 33:7,9
**power** 34:14
**practice** 22:6
**Preble** 15:21
**precedes** 81:17
**predict** 11:15
**Pregon** 1:15 2:6,6
35:3,18 36:4,10
36:22 37:14,19
40:16,20 42:5
43:11 44:3,7
45:16 54:8,16,23
55:5,12 57:2,22
58:11 59:6,18
60:9 65:23 71:11
73:10 82:11 92:8
92:11 94:5 101:3
107:2 108:2,8,20
109:10,18 111:8
113:1 114:16
**prepare** 12:8 56:10
**prepared** 43:19
50:22
**preparing** 48:14
56:7 103:2
**pres** 65:1,5
**presence** 3:8 115:15
117:10
**present** 57:11
103:10
**presented** 17:16
105:1
**presenting** 19:22
**president** 64:18
65:16 68:10,12,15
93:18,23 94:4,15
94:18,20 107:1
**presidential** 93:18
**pressure** 25:12
**presumably** 56:14
**presume** 23:7 44:17
91:10 106:14

**presuming** 67:17
80:11
**pretty** 55:3,11 57:1
64:4
**previous** 88:23
105:18
**primary** 18:2
**printed** 100:13
114:4
**printout** 99:20
100:1
**prior** 28:7 64:13
101:17 102:17,18
105:4 108:24
**prisoners** 17:14
66:15 81:9
**privacy** 6:19,21
**private** 52:20 59:14
62:13 112:3,15
**privilege** 6:8
**probably** 20:15
27:2 37:11,16
62:1 91:11 92:6
93:24 106:19
**procedure** 1:14 3:6
41:2 114:8
**procedures** 20:3
21:21,24 23:18
39:19
**proceeding** 9:17
**proceedings** 110:15
**process** 8:19 38:7
**processed** 17:16
**processing** 17:14
**produced** 26:14
45:4
**producer** 9:11
**Professional** 114:13
**prohibited** 22:7,19
**promoted** 16:6,14
16:16 29:13
**prone** 22:6,19,22,24
23:1,5,8,11,11,13
23:16 24:13,23
**pronounce** 79:4
**proof** 3:8
**property** 18:7
**PROSECUTING**
2:21
**prosecutor** 19:22
**prosecutor's** 17:17
**protocol** 44:18
**prove** 110:21
**provide** 10:2
**provided** 12:10,13
46:3 101:10
111:16
**pry** 13:20
**public** 1:15 34:5,21
35:1,15,20 36:15
36:17 59:23,24

114:7 115:13,17
117:5,20
**public's** 34:20
**pull** 26:14
**punted** 87:22
**purported** 51:14
**purpose** 34:2,7
103:22
**purposefully**
109:22
**purposely** 109:16
**purposes** 19:22
50:20 51:12 67:17
**pursue** 14:23 15:12
**pursued** 15:16
**pursuing** 15:1
**put** 42:15,16 71:4
110:12
**putting** 24:13

_____
**Q**
**qualification** 3:8
**qualified** 20:23
117:6
**question** 10:13,16
11:16,17 22:15
35:10 41:4 45:20
46:7,9,24 55:13
55:17,22 59:16
60:5,13,22 62:15
72:4 77:8,9 89:4
104:7 105:12
106:7 112:9
**questioning** 45:17
**questions** 6:9 10:2
13:18,19 21:12
36:16 40:11 50:21
51:13 67:17
112:24 113:3,10
**quick** 47:13 78:4
**quote** 93:20,21
106:10,12
**quoted** 106:10

_____
**R**
**r** 53:18
**racial** 46:17 47:4
55:11 56:22 92:2
110:13
**racially** 56:18,23
109:8
**racism** 37:11,17
48:3 75:21,23
**racist** 45:14,24
46:15 47:4,18,19
47:20 69:5 71:23
72:5 73:6,9 76:23
77:16
**racists** 47:16
**raised** 67:11
**ranch** 90:12,20

97:13
**ranks** 13:24
**reaction** 69:18
**read** 43:21 51:18
62:23 64:17,18,22
64:23 66:3,7 68:3
71:3 78:13 79:22
80:9 82:4 83:2
89:7,12 95:19
96:4 106:9 109:5
109:13 114:3,6,8
114:10 115:4,13
116:2,4
**reading** 72:10 79:16
81:19 89:7,12
95:14 104:9,19
115:12
**reads** 104:5
**realignment** 18:5
**really** 35:19 36:5,14
36:16 39:10 58:8
58:12 59:7 64:2
65:15 67:19 68:6
69:17 81:13
**reason** 11:16,21
34:12 116:7
**reasons** 116:5
**reassigned** 18:11
**reassignment** 18:5
**recall** 44:13 46:6
83:24 84:3 86:22
93:21,24 103:16
104:21
**recall.'** 105:16
**recalled** 104:6
105:14
**received** 23:8 41:16
42:20 103:1
107:20 110:24
112:2,22
**receiving** 45:13,23
104:21 105:10,21
**Recess** 78:6
**recollection** 43:17
43:22
**reconcile** 47:1,3
52:17
**record** 5:6 10:11
36:12 39:5 48:21
64:8,18 78:8
83:12 102:3,7,9
110:14 113:7
116:5
**records** 48:18
**rectify** 46:19,21,23
**reduced** 3:7
**reeser** 98:2
**refer** 16:18 53:23
61:17 62:3,17,20
62:21 65:16 68:14
91:22 107:9

**reference** 47:11
88:7 106:8,20
**references** 43:19
87:15
**referred** 58:3 62:5
**referring** 49:12,20
53:19 54:6,21
58:24 61:16,24
62:2,6 67:20 68:7
68:9 72:20 81:14
82:9 85:10,18
88:6 89:3,5,10,15
90:2,4 91:6 96:5
97:18 98:14,21
**refers** 49:24 81:24
89:1
**reflect** 37:1 103:23
**reflected** 112:4,16
**refresh** 43:22 79:19
**refreshes** 43:16
**refused** 51:20
**regard** 109:17
**regarding** 105:18
**regardless** 112:13
112:14
**regular** 48:21
**relate** 88:23
**relating** 61:4
**relations** 94:2
**relax** 82:23
**relaying** 82:18
**released** 101:16,17
**religion** 37:18
**relying** 11:24
**remember** 12:6,23
13:1,10 26:18
27:5,18 35:10
44:5,8,21 82:16
91:20 105:20
106:3,15,17
111:15
**remind** 10:9
**REMINGER** 2:11
**removal** 13:8
**repeating** 86:24
**rephrase** 55:23
**replied** 49:17 71:18
80:23
**reply** 106:13
**report** 12:13,14
43:18 55:8,14
56:2,13,14 83:9
103:8,22 109:12
**reported** 106:12
**reporter** 10:7 91:3
91:4,5,10,17,23
92:4 114:13 116:1
**reports** 25:23 26:2
56:5 83:10 100:11
102:21,22
**represent** 5:13

representative
103:12
represented 7:8
99:12 111:10
request 116:4
requested 13:3
research 22:14
residence 7:13
respect 22:18 52:14
respective 3:5
respond 13:14
68:13 76:13 82:24
84:13
responded 19:12
58:6,13 66:23
73:24 75:18 76:9
88:5
responding 18:23
responds 77:24 97:6
response 63:2 66:13
67:9 68:18 70:22
71:2,24 72:7 75:2
75:19 76:2,4,5,10
76:12,22 77:13,20
77:21 80:17 85:13
87:23 88:17 89:15
89:24 105:16
responses 72:2
responsibility 21:15
23:15,16 37:5
39:17 40:1 45:13
45:22 51:22 85:23
responsible 18:7,14
18:18,22 21:17
24:9 29:16 32:23
33:5,7,14 34:23
38:3 48:13 56:7
57:19 95:8
restaurant 53:5
69:15,21
restaurants 69:13
restrain 24:14
restrained 22:24
23:12
restraining 25:6
57:21
restraint 21:24
22:19,22 23:5,8
23:11,13,16 24:14
restraints 22:5
result 114:10
resulted 21:4
resulting 101:17
return 114:8
review 12:15 25:21
25:23 40:15 56:4
113:6,12
reviewed 12:18
50:15 56:2 93:16
reviewing 12:17
22:8 48:17 66:8

rich 98:2
Richardson 1:5
5:14,20 12:2 13:5
21:7 49:7 52:5
57:12,21 58:1
70:18 81:24 82:10
83:8,21 85:6,11
96:22
Richardson's 12:20
23:21 24:1 25:24
26:4,16 39:7,22
40:10 41:7 50:9
right 6:9 28:23
29:14,18 33:21
34:14 44:12 49:14
49:15 50:17,18
51:1,2 53:8,14
55:4,23 56:2,8,15
59:22,24 60:3
61:6,15 63:18,22
64:3 65:2,5 66:24
67:7,16 68:4
74:19 75:18 76:15
78:11 79:18 80:14
86:8 87:15,16,19
88:11 89:17 90:11
90:12 94:2 95:24
97:7,13,24 98:12
109:9 111:20
112:12,13
RIPP 42:15
ripped 88:1
road 16:18,19 31:16
31:17 32:2 81:6
Robert 1:5 5:14
12:20 21:7 23:21
24:1 25:24 26:4
26:16 39:7,22
41:7 81:24
role 18:2 23:20
room 47:16 81:12
rose 13:23
roughly 16:5,21
19:2 24:3 28:8
rude 10:10
rules 1:14 3:6 9:23
20:8 23:17 40:19
95:9 114:8
run 27:4 40:3,5 45:1
running 66:15

___

S

S-O-L-L-E-N-B-...
5:8
salad 90:12,21
97:13
sales 9:11,12
sand 66:20 67:7
saw 12:15 83:17
saying 10:8 20:23
59:5 63:2 74:14

76:6 77:15,21
79:3 80:18 81:18
88:17 91:16 96:1
105:20 106:10
111:5
says 5:3 52:10 54:14
55:14 58:18,23
61:21 62:8 63:3
63:20 64:9 66:10
67:10 68:12 70:11
70:19,20 72:17
73:18 74:20 75:15
79:21 80:13 82:21
82:22 83:9 85:13
89:16 90:2 92:12
97:6,16
scammed 64:24
65:4
scandal 108:7
scene 12:10,16,17
13:15 17:4 88:10
88:13,19,23 89:20
89:22
school 14:4,7,9
15:13 72:14
Scranton 103:14
Scuttlebutt 84:23
seal 117:17
second 7:23,24
75:14
section 32:3,21
51:24 86:3
sections 86:4
sedate 84:14
sedating 85:9,18
see 28:2 37:2 43:16
49:4 50:5 51:3,19
53:11 55:1 63:4
63:15 64:22 69:3
69:5 70:10,11
72:16 73:19 76:4
79:24 80:1,2,7
91:3,4 106:9
seen 46:9 47:14
48:8 50:17 66:9
send 47:4 69:1,5
sending 45:13,23
51:22 82:17
104:21 105:10,21
106:15
sense 45:10 60:11
104:11 111:2
sent 46:5,8 49:23
50:6 54:12 62:24
64:17 65:24 67:22
68:18 69:17,18
70:17 74:3,4 76:3
77:20 79:3 81:22
95:23 97:16 105:3
106:13
separate 16:10

September 8:3,3,10
sergeant 28:18,19
29:4,5,7,11,13,15
29:20 33:11,13,14
33:18,19 52:1
53:12 54:2,5
57:10,11,18,24
58:6,19 59:4 60:8
63:3 75:12 95:1
99:10,11 103:10
104:5 105:13
106:4
serve 30:17 34:4
54:14 58:19 59:5
service 103:19
Services 18:12,14
95:1,4,7
serving 29:2,17
Session 3:1
set 106:11,24
117:16
shaded 51:7,8,13
67:18 80:12
shaken 87:19
share 6:3
shared 72:24
shark 68:14 93:4,6
93:7,21,23 94:1
94:21
sharks 93:12
sheet 114:5,6,9
sheriff 1:8 2:8 13:23
16:14,16 27:15
sheriff's 2:23 5:21
6:14 13:9 15:8,23
20:4 22:12 27:23
28:22 31:14,18
32:11,20 33:23
34:3,9 36:3 40:12
41:14,17 42:21
45:15 46:1 48:20
48:22 53:3 54:19
54:21 59:12 100:2
100:11 111:24
sheriffs 16:10,11
SHIBLEY 2:2
shifted 17:19 84:18
85:1,24
shooting 88:13
shootings 88:10,19
88:23 89:20
shop 65:2,5,12
short 8:7 11:14
shot 27:18 85:5
88:15
show 39:6 43:14
96:20
showed 43:21 83:1
83:7 84:2
showing 69:13
shows 82:2

sick 87:24
side 40:2 79:24
sign 113:12 114:3,6
114:8
signature 113:14
114:8 116:23
signed 114:10
115:14
signing 115:12
simply 25:2 39:18
46:6 71:4
Sincerely 114:12
Sinclair 14:12
single 8:7
sir 6:1 7:13 9:16
11:13 12:8
sit 101:13
situation 12:19 21:8
25:7 43:7
six 24:3
skin 37:18
slur 92:2
slurs 46:17 47:4
55:11 110:13
smack 97:20
small 15:21
smartest 59:19
smiley 88:2
Smith 2:17 7:9 8:13
8:23 10:8 26:22
26:24 35:4,7
37:21 41:23 46:21
46:23 47:14,23
51:5 55:13 60:4
60:10,14,18 67:24
74:5 77:1 94:6,8
94:17 101:21
102:1,5 110:14
113:12
sociology 14:22
solely 21:15
Sollenberger 1:13
2:19 3:5 4:2 5:1,8
5:9 7:5 9:5 14:1
45:12 69:10 78:8
101:19 104:5,9,20
104:24 105:2,3,14
105:19 107:6
113:9 114:2 115:3
115:9,11 117:7
Sollenberger's 70:4
93:20
somebody 10:8,22
25:3,4,7,8,14,15
34:23 38:14 41:13
41:19 42:12 45:1
47:20 79:3 81:7
82:9 89:17 96:5
98:7 111:16
son 71:4,17 72:11
72:20 87:16

**sorry** 14:18 16:13
21:10 24:4 32:18
40:24 49:2 55:9
67:2 77:10 79:18
80:6 89:6,11
90:14 91:3 98:1
101:6 112:9
**sound** 40:8
**sounds** 87:8
**south** 69:13
**SOUTHERN** 1:1
**span** 38:17
**SPANGENBERG**
2:2
**speak** 50:12
**speaking** 84:21
102:3
**Special** 1:4 33:2
**specific** 18:6 38:9
110:9
**specifically** 106:17
**specified** 117:14
**speculating** 107:22
**spell** 5:7
**spent** 29:1
**split** 87:7,16
**spring** 16:22
**Springboro** 2:18
**Sr** 1:5
**stab** 63:14,18
**staff** 18:17 27:3
**stamp** 48:6 49:5
80:1,8 82:2,4
**standard** 34:10,13
**standards** 34:16
**start** 12:22 14:1
89:23
**started** 15:13,23
17:11
**starting** 102:18
104:4 109:1
**starts** 2:10 82:21
93:14 114:15
**state** 1:15 5:6 48:3
49:17 101:24
102:21 115:1
117:2,6,21
**stated** 104:9,20,24
105:19 112:10
115:13
**statement** 88:24
112:9
**statements** 47:3
**states** 1:1 22:7
64:19 65:16 68:15
94:16
**status** 7:17
**stayed** 44:1
**steer** 6:10,11
**stenotype** 117:10
**stenotypy** 3:7

**stepping** 66:20
**Steven** 2:15
**stipulated** 3:4
**STIPULATIONS**
3:3
**Stivers** 53:1
**Stockhauser** 2:15
**stopped** 75:15
**store** 65:10
**story** 87:6 108:18
112:8
**strap** 42:14
**Street** 2:12,17,21
7:6,13
**strike** 25:12
**stuck** 106:14
**stuff** 17:13 18:19
85:3 108:23
112:21
**subject** 37:8 48:15
**submitted** 115:11
**substance** 7:2 12:6
76:5 115:6
**substation** 17:21
18:1 30:8
**succinctly** 64:4
**suffocate** 41:24
**suggest** 100:20
**suggested** 109:3
**Suite** 1:16 2:3,7,12
**sum** 7:2 64:3
**supervising** 57:11
57:20
**support** 94:15,18
**suppose** 54:17
**sure** 6:3,10 10:11
13:15,19 21:11
22:10 24:7 31:19
33:1 34:3 39:19
41:2 45:3,19
49:14,15 59:7,9
71:21 73:1,3
78:15 79:11 80:24
82:4 83:9,17
91:20 92:3 101:5
**surrounding** 8:10
**surveillance** 37:24
**SWAT** 82:23
**swear** 34:9
**sworn** 5:2 20:9 21:5
117:8
**system** 38:1,8 39:1
100:15

_____
**T**

**take** 10:7 11:10,16
11:18 24:20 38:13
38:24 45:12,22
47:13,24 51:21
53:13 78:4 81:9
113:5

**taken** 1:14 3:6 5:10
5:16 11:8 78:6
116:2 117:9,13
**takes** 17:7 24:21
39:11
**talk** 10:23 70:21
73:3 102:4,5
111:9
**talked** 6:4 37:9
43:17
**talking** 22:12 35:23
38:20 49:16 67:7
69:20 71:14 75:13
77:4 79:20 80:24
82:8 84:21 86:17
91:21 92:4,21
93:15 96:15 97:12
97:21 98:3
**talks** 97:7
**technician** 16:23
17:1 89:22
**tell** 8:1 9:7 10:14
11:9 14:7 15:1
35:5 42:8 44:17
61:3 73:3 75:9
76:23 96:23 98:1
112:8
**telling** 20:13 27:20
44:5 57:16 71:23
72:5 76:1 93:22
**ten** 51:21 71:21
72:21 87:14
101:17 102:18
108:24
**ten-year-old** 71:22
72:5
**tendered** 39:7
**tenure** 20:14 21:3
**term** 23:5,8 41:9
50:1 61:17 78:11
78:16,17 79:14
93:7,13 95:18
107:5,5,8,9,11,13
**terminated** 19:5
111:21
**termination** 19:7
28:7 110:2,6
111:19
**terminology** 62:10
62:12,16 98:20
**terms** 41:12 62:17
**testified** 9:18,20
43:24 57:19 99:3
**testify** 62:20 117:8
**testimony** 9:24
114:4,5,6 117:9
117:12
**Texas** 51:20
**text** 45:14,24 46:4,5
46:7,8,10 47:4
49:1,11,15 50:3

50:13,23 51:14,21
52:1,8 53:12
54:12 55:10 56:18
56:22,24 57:4,9
58:15 60:7 61:21
62:6,11,12,16,22
62:23,24 64:4,15
64:17 65:14,18
67:18,22 68:11
69:9 70:1,17 72:1
72:19 73:15 74:3
74:4,20 75:14,14
75:20 77:12,15
79:3,16,20 80:11
81:17 82:17 84:17
85:8 86:4,4,5,11
87:2,5 88:7 89:15
91:2 92:12,19
93:24 95:15 96:20
97:10,24 98:6,24
99:4,21 100:2,13
100:14,19,21
101:20 102:12,14
102:16 104:6,10
105:3,10,15,21
106:8,10,15 107:7
107:15 108:5,13
108:22 109:4,8
110:12 111:2
112:7
**texted** 51:17 58:20
72:8 73:15 77:3
95:22
**texting** 72:8 90:22
**texts** 70:2 72:2
78:24 94:23 96:14
**Thank** 114:20 66:20
**thing** 9:2 12:15
13:24 17:6 42:6,6
44:24 57:6 59:20
60:1 72:11 89:22
91:4,13,17 101:9
102:13 103:2
**things** 11:11 16:12
28:13 32:22 60:20
104:11
**think** 9:20 13:1 15:5
15:17 17:8 18:9
18:10 19:18 20:16
21:13 25:11,19
28:12 29:15 35:20
35:20 36:15,19,23
38:20 39:5 42:11
42:15 44:24 47:20
47:21,24 50:17
52:3,7,19 54:13
55:8 57:7 58:18
58:20 59:4 62:1
63:14,20 65:3
67:20 68:7,17,19
68:23 69:2,4,6,16

69:20 70:2 71:5
71:16,19,22 72:7
72:10,11,14,15,20
73:8,11,12,23
74:1,3,10,12,16
75:22 76:9 79:13
79:13 80:22 81:1
81:17 83:10,22
90:2 96:19,19,22
97:11,20 98:22
99:3 104:1,12
105:24 108:17
111:20 112:11,13
**thinking** 43:9 54:20
**thinks** 104:11
**third** 2:21 46:13
66:2 67:16 75:14
**thirty** 114:8
**thought** 45:7,8 54:2
54:5 67:6,11 69:3
69:15,18 71:8
72:4 89:7,11,12
92:7 103:5
**thoughts** 47:24
112:15
**thousands** 57:4
**thrashing** 87:23
**three** 7:14 8:12,16
18:4,4 31:19
61:13,13,15,16,18
61:19,20,23 62:2
62:7,8,18 63:2
73:1 81:8 87:3
96:21 102:17,20
**thug** 90:1,3
**tied** 42:23
**time** 3:6 10:9,9
11:13 13:2,12
15:15 19:4 24:2,4
29:11,11 33:13,14
38:17 49:5 53:11
57:21 80:1,8 82:2
82:4,16 85:4,15
85:18 87:14 94:23
99:7,15,19,24
101:2,9 103:1,6
106:2 114:9,10
117:13
**timeframe** 38:10
**times** 9:20
**today** 5:11,23 7:10
10:20 11:9,13,22
45:13,23 62:10,16
99:3
**today's** 5:16 12:8
27:8 99:5
**TODD** 2:20
**toe** 81:11
**told** 56:1 62:1 68:22
71:1,14,17 72:17
72:22 73:12 77:13

77:23 106:5
**Tom** 28:4
**top** 66:3 69:8 74:18
  90:14 105:11
**tormenting** 102:20
**totally** 59:11,17
  60:8
**tough** 64:23
**township** 17:21
  18:1,8 30:8
**trained** 41:14 56:10
  56:14
**training** 23:7,9
  41:16 42:20
**transcribed** 3:8
  117:11
**transcript** 114:3,3,6
  114:10 115:4,10
  116:2 117:12
**transferred** 14:14
  30:19
**transport** 81:6
**treated** 112:20
**trees** 72:24
**trial** 8:23 62:19
  101:17 102:18
  105:5 109:1
**tried** 85:5 100:20
**true** 21:21 22:7
  33:11,24 35:17
  37:18,22 49:13
  52:6,9 59:13
  61:11,12 64:5
  65:17,22 77:3
  96:9,12 107:16
  108:16,19 109:17
  115:7 117:11
**trust** 34:5,20 35:1
  35:13,16
**truth** 11:9 117:8
**truthfully** 11:22
  103:23
**truthfulness** 12:1
**try** 6:3 13:21 85:10
  103:6 110:21,21
**trying** 25:9,16
  53:13 88:1 101:20
  102:11,23 110:11
  111:7
**Tuesday** 3:1
**turned** 104:16
**twelve** 20:17,24
  21:16
**two** 8:11 16:21
  22:12 28:8 47:3
  49:8 50:8,9 61:3
  68:20 72:8 74:12
  74:16 77:4 96:2
  100:9 102:17
  109:7 112:3,14
**type** 76:13,17

**typewritten** 114:4
**typical** 39:9 40:12
  40:18 44:22
**typically** 93:7
**typo** 58:21

———————
U

**u** 63:3 66:19,20
  70:22,22 90:1
  91:3
**uh-huh** 9:13 10:10
  40:23 63:5
**uh-huhs** 10:7
**unbiased** 37:6 112:5
  112:21
**underneath** 91:1,2
**undersigned** 115:13
**understand** 5:10,16
  8:14 9:1,24 10:13
  10:20 11:6,8,11
  11:24 12:3 19:20
  22:18 27:14 42:11
  48:20 49:1,4
  55:17,21,22 56:13
  60:13 67:14 68:22
  70:6 76:4 77:8,9
  94:24 99:7 108:4
  112:7
**understanding**
  10:24 11:3 13:21
  22:18 39:15 40:7
  41:11,15,18,24
  42:8 48:11 49:22
  49:24 50:13,14
  56:1 63:8 85:21
  87:9
**understood** 8:22
  10:3,17 21:18
**undertake** 23:20
**unfamiliar** 102:16
**union** 111:16
**Unit** 18:12,14 33:3
  95:2,4,7
**United** 1:1 64:19
  65:16 68:15 94:15
**University** 14:14,18
**unknown** 99:17
**upheld** 110:6
**uphold** 34:9
**use** 22:19 24:14,24
  25:1,2,3,11,15,20
  25:23 26:2 38:19
  46:17 61:17 62:10
  62:15 78:16 95:18
  107:5,6,8
**uses** 24:9
**utility** 17:12

———————
V

**validity** 101:12
**variety** 15:14

**verbatim** 22:13
  89:12
**versa** 49:18 93:11
**veteran** 67:10
**vice** 49:18 93:11
**video** 26:4,16,17
  27:7 37:24 38:4
  38:12,14,24 39:2
  39:6,12,12 40:1
  40:10,14,19 43:21
  44:1,2,11,11,14
  44:18 45:4
**Village** 15:8
**villages** 15:21
**Vine** 2:12
**violate** 34:4,16
  35:14
**violated** 20:3 36:20
**violates** 34:24
**violating** 34:17,20
  36:2 37:1
**violations** 20:8 95:8
**violent** 33:6
**voluntary** 76:22
  77:14
**vote** 94:4
**voted** 93:18,23
**voting** 94:20
**vs** 1:7

———————
W

**wait** 40:13 55:13
  102:1
**waived** 3:9 113:14
**Wal-Mart** 75:15
  76:8
**walk** 61:18,23 62:2
**walked** 58:2 61:13
  61:16,19 62:8,18
  63:3
**Wanna** 72:21
**want** 6:7 9:23 10:14
  13:18 16:22 20:20
  22:17 36:17 40:18
  42:8 43:14 51:12
  64:16 70:22 94:10
  94:13,14 96:4
  102:3 113:5
**wanted** 15:21 38:10
  101:13
**wanting** 66:20
**wants** 81:20 86:19
**wasn't** 43:7 59:19
  59:24 82:10
  103:12
**watch** 26:4,22 27:7
  88:14
**watched** 26:17 44:1
  44:11
**watching** 69:12
  73:16

**way** 5:13 8:19 29:23
  31:1 38:8 39:21
  56:15 62:21 71:2
  75:18 76:9,14
  77:22 79:3,6
**we'll** 10:23 11:16,18
**we're** 10:8 38:20
  47:11 57:9 60:7
  67:17 70:9 78:8
  79:18,19 102:2
  103:8
**we've** 22:17 70:1
  107:15
**wear** 91:15
**weekend** 17:14,16
**weeks** 8:11,12 49:9
  50:8,9 96:21
**went** 14:12 15:1
  17:21,24 29:14
  82:23 107:24
  108:11 109:2
**wept** 71:16
**weren't** 19:21 41:20
**West** 2:21 7:6,12
  15:6
**WESTERN** 1:2
**whereabouts** 99:16
**WHEREOF** 117:16
**white** 33:21 51:3
  67:18 70:21 80:12
  93:7,9 95:13 96:3
  96:7,11 97:7,21
**Whitney** 1:15 3:6
  114:9,13 117:5,20
**whore** 68:14
**wife** 100:20 101:20
  102:12 105:2
  107:18 108:22
  109:8 110:12,22
**Williams** 63:21,22
  64:1
**willing** 62:10,15
**win** 103:6
**window** 8:7
**witness** 3:8 35:6
  37:20 115:12
  117:10,13,16
**woman** 93:2,8,9
  94:1
**won** 103:3 106:12
  107:1
**word** 20:2 37:17
  61:1,2 76:13,14
  76:16 79:4
**wording** 110:9
**words** 10:6 62:24
  95:21
**work** 9:9 13:3 15:21
  16:3 28:10,18
  29:4,7,11,15,21
  30:4,6,9,23 31:4,9

**31**:13,21,24 32:7
  32:14,19 37:1
  38:7 61:4 81:3
  112:16
**worked** 15:7 16:12
  27:15 28:3,6 29:9
  30:7 31:6 32:2,2,3
**working** 16:17
  27:19,23 29:1
  31:14 32:9
**works** 8:14 10:1
  19:20 96:23
**worst** 37:12 72:13
**wouldn't** 11:21 43:9
  55:6 57:3 85:20
**writes** 52:13
**writing** 3:7
**written** 21:24 22:3
**wrong** 77:5 84:11

———————
X

———————
Y

**yeah** 8:15 9:1 17:8
  18:10 29:13,19
  30:13,15 41:18
  45:22 46:22 50:18
  51:2 52:20 53:9
  56:9 64:22,23
  67:4,22 69:7 70:8
  72:2,3 73:1 74:16
  77:24 80:5,10
  84:24 89:17 91:9
  92:6 95:23 100:7
  100:7 101:8
  105:16 109:12
**year** 8:24 9:15 19:9
  19:18 20:16 24:5
  28:8,8 29:9
**years** 7:14 8:16
  16:21 17:2 18:3,4
  18:4,4 19:2 24:3
  28:9 31:19,19
  32:12 45:14,24
  72:21 102:15,17
  102:20
**Yep** 18:21 33:4
  80:15 101:19
  110:1
**youngest** 73:2

———————
Z

———————
0

———————
1

**1:00** 1:16 3:2
**10:14** 53:7
**1001** 2:3
**10th** 69:9
**11** 71:21

**117** 1:16
**12** 71:21
**12014** 104:22
**123** 2:7
**14:20** 69:10
**14:44** 64:21
**140** 2:17
**15th** 79:23
**17** 93:15
**1700** 2:3,12
**18-year** 111:23
**18th** 79:2
**19** 104:4
**1991** 14:9
**1993** 14:13
**1995** 14:15
**1996** 15:4
**1997** 15:9
**1999** 16:14
**19th** 49:8 103:11

───────── **2** ─────────
**2** 43:15
**20** 116:3
**2001** 8:3 16:22,22
**2005** 17:8
**2006** 17:7,8
**2009** 18:9,10
**2012** 5:16 8:20
  12:20 24:6,8
  31:14,17 32:24
  38:1 43:20 49:4,8
  50:4 51:17 52:2,7
  64:17 69:9 70:2,9
  71:13,20 72:18
  73:16 75:15 79:2
  79:23 80:2,8
  81:22 82:5,9
  83:21 85:8 91:8
**2013** 67:23
**2014** 99:12,16
  102:11,13 103:11
  104:13
**2015** 1:16 3:1 7:21
  8:4,11 19:8 100:9
  114:1 115:5,15
  117:18
**2020** 117:22
**20th** 43:20
**22** 114:1
**22:14** 53:10
**22nd** 70:2,9 117:17
**26th** 73:16
**27th** 71:13
**28th** 8:3,10
**29** 55:10 56:18,21
  57:5
**29th** 8:3 67:23
**2nd** 49:3

───────── **3** ─────────

**3:14-CV-00158** 1:7
**3:45** 113:17
**301** 2:21
**30th** 52:7 75:15
**330** 7:6,12
**3545** 48:8 49:1
**3546** 50:2
**3548** 51:24 57:9
**3550** 64:13 78:23
**3551** 67:2,3
**3552** 67:16 70:3
**35534** 70:10
**3554** 69:8
**3555** 74:18 75:12
**3556** 78:3 79:19
**3557** 87:2
**3558** 90:11
**3563** 92:18
**3575** 93:14
**3581** 95:11 96:14
**3588** 96:19
**3591** 97:9
**3597** 104:4
**3598** 105:7
**3rd** 72:18

───────── **4** ─────────
**4** 53:18 117:22
**40-minute** 38:21
**43017** 1:21 114:9
**44114** 2:4
**45** 91:4
**45066** 2:18
**45202** 2:13
**45402** 7:7
**45422** 2:22
**45429** 1:16 2:8
**47** 4:8
**4th** 2:22

───────── **5** ─────────
**5** 4:4,8 47:8,9 48:15
  103:9 104:1
**525** 2:12
**5335** 1:15 2:7

───────── **6** ─────────
**614-309-1669** 1:22
**6723** 1:21 114:9

───────── **7** ─────────
**7:56** 79:2
**7th** 50:4 51:17

───────── **8** ─────────
**8** 1:16 3:1 115:5
**803** 7:6

───────── **9** ─────────
**95** 14:16
**96** 15:5

**96%** 79:7
**97** 15:11 16:13
**98** 16:6,9,13
**9th** 8:6 64:17