IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

*   *   *

HARRY G. BEYOGLIDES, JR.,
Special Administrator of
the Estate of Robert Andrew
Richardson, Sr., Deceased,

        Plaintiff,

      vs.           CASE NO. 3:14-cv-00158

PHIL PLUMMER/MONTGOMERY
COUNTY SHERIFF, et al.,

        Defendants.

*   *   *

     Deposition of KEITH O. WAYNE, Witness

herein, called by the Defendants for

cross-examination pursuant to the Rules of Civil

Procedure, taken before me, Caryl L. Blevins, a

Notary Public in and for the State of Ohio, at

the Ross Correctional Institution, 16149 State

Route 104, Chillicothe, Ohio, on Tuesday, the 7th

day of June, 2016, at 1:16 o'clock p.m.

*   *   *

Page 1

| | EXAMINATIONS CONDUCTED | PAGE |
|---|---|---|
| 1 | | |
| 2 | BY MR. PREGON:........................ | 4 |
| 3 | BY MS. STARTS:...................... | 91 |
| 4 | BY MR. HILL:......................... | 99 |
| 5 | BY MR. PREGON:...................... | 110 |

EXHIBITS MARKED

(Thereupon, Defendants' Wayne
Deposition Exhibit A, Mr. Wayne's
5/19/12 handwritten statement, was
marked for purposes of
identification.)..................... 22
(Thereupon, Defendants' Wayne
Deposition Exhibit B, Mr. Wayne's
5/19/12 handwritten statement
without DOB, SSN, Officer, and
location, was marked for purposes of
identification.)..................... 110

Page 2

---

APPEARANCES:
On behalf of the Plaintiff:
    Spangenberg, Shibley & Liber
By: Michael A. Hill
    Attorney at Law
    1001 Lakeside Avenue East
    Suite 1700
    Cleveland, Ohio 44114
    (877) 696-3303
    mhill@spanglaw.com
On behalf of the Defendants Montgomery County
Sheriff Phil Plummer, Deputy Sheriffs Linda
Shutts and Andrew Wittman, Sergeants Brian
Lewis and Ted Jackson, Corrections Officers
Michael Beach, Tonya Benjamin, Matthew Henning,
Dustin Johnson, Bradley Marshall, Keith Mayes,
and Michall Stumpff:
    Dinkler & Pregon
By: Jamey T. Pregon
    Attorney at Law
    5335 Far Hills Avenue
    Suite 123
    Dayton, Ohio 45429
    (937) 426-4200
    jpregon@dinklerpregon.com
On behalf of the Defendants NaphCare, Inc.,
Brenda Garrett Ellis, Nurses Jon Boehringer,
Felicia Foster, Kristy Kruse, Krisandra Miles,
and Medic Steven Stockhauser:

    Reminger Attorneys at Law

By: Carrie Masters Starts
    Attorney at Law
    525 Vine Street
    Suite 1700
    Cincinnati, Ohio 45202
    (513) 455-4013
    cstarts@reminger.com

                    * * *

Page 3

---

KEITH O. WAYNE

of lawful age, Witness herein, having been first
duly cautioned and sworn, as hereinafter
certified, was examined and said as follows:

CROSS-EXAMINATION

BY MR. PREGON:

Q.  Okay.  Can you state your name for
the record.

A.  Keith Orlandis Wayne.

Q.  Okay.  Mr. Wayne, have you ever given
a deposition before?

A.  No, sir.

Q.  Okay.  We met just before we got
started.  Again, my name is Jamey Pregon, and I
represent the Montgomery County Sheriff's Office.

        We'll be asking some questions.  We
understand that you may have witnessed some events
that happened in the jail back in 2012, so we're
here to ask you about that.

A.  Yes, sir.

Q.  When you answer questions, can you
please be audible, stay away from the head shakes,
head nods, uh-hums --

A.  Yes, sir.

Q.  -- because it's hard for her to take

Page 4

---

that stuff down.  Okay?

A.  Yes, sir.

Q.  And, Mr. Wayne, if you answer a
question, we'll assume that you understood what we
were asking you.  Okay?

A.  Yes, sir.

Q.  So if you don't understand, will you
please tell us that?

A.  I will.

Q.  Okay.  Mr. Wayne, how old are you?

A.  Forty-seven.

Q.  Okay.  And we're here at the Ross
Correctional Institution.  How long have you been
here?

A.  About four years.

Q.  Okay.  And you've been convicted of
felonies to be here?

A.  Yes, sir.

Q.  What were you convicted of?

A.  Rape and gross sexual imposition.

Q.  Okay.  And did you stand trial for
that?

A.  Yes, sir.

Q.  And that was in Montgomery County?

A.  Yes, sir.

Page 5

---

2 (Pages 2 to 5)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1  Q. And was that 2012?
2  A. Yes, sir.
3  Q. Okay. And in 2012 you were being
4  held at the Montgomery County Jail. Was that
5  being held before trial?
6  A. Yes, sir.
7  Q. Okay. Now, the event that we're
8  going to talk about happened on May 19th of 2012.
9  A. Yes, sir.
10  Q. Okay. Do you remember the event?
11  A. Yes, sir.
12  Q. Before we get to that, let me ask a
13  little more background about you, sir. Other than
14  what you're here for, incarcerated for, have you
15  been convicted of any other crimes?
16  A. Yes, sir.
17  Q. What else have you been convicted of?
18  A. CCW, CCW, CCW.
19  Q. Okay. And when was that?
20  A. In 1993 CCW.
21  Q. Okay.
22  A. And 1999 CCW.
23  Q. Okay.
24  A. And in 2005 CCW.
25  Q. And you mean carrying a concealed

Page 6

1  in college.
2  Q. Where'd you go to college?
3  A. I started off at Urbana and I
4  finished up in Wilmington.
5  Q. Okay. What kind of employment did
6  you hold?
7  A. I've done bill collecting, I've done
8  data processing. I've worked at warehouses, I've
9  worked for GM, not the main factory, but they have
10  like another company that does parts, like
11  Tri-Dayton, where we dealt with brakes, we dealt
12  with rocker arms and et cetera.
13  Q. Okay.
14  A. I've worked at Kohl's warehouse
15  distribution center.
16  Q. Okay.
17  A. Pallet recycling. I've done home
18  remodeling, dealing with electricity, roofing,
19  fencing, masonry, which is laying down new
20  sidewalks and porches, siding on houses, painting.
21  I've worked at roller-skating places,
22  I've worked at farming, music installing, audio
23  installing for cars. I done did a lot.
24  Q. Okay.
25  A. I know I did more than that, just --

Page 8

1  weapon?
2  A. Yes, sir.
3  Q. Okay.
4  A. Prior to that, I was incarcerated for
5  aggravated robbery and safecracking.
6  Q. Okay. And when was that?
7  A. '88.
8  Q. Okay. Did you serve any time for the
9  CCWs?
10  A. Yes, sir.
11  Q. How much time?
12  A. I was dealing with the Parole Board
13  at that time period, so the first CCW, I served
14  six years and seven months.
15  Q. Okay. And then for the other two?
16  A. The second one, four years, four
17  years, but it was basically the Parole Board had
18  basically sentenced me to kind of like that amount
19  of time.
20  Q. Okay. Was it a violation of the
21  parole for the aggravated robbery?
22  A. Yes, sir.
23  Q. Okay. I understand. Tell me about
24  your educational background.
25  A. A GED, Associate's degree in business

Page 7

1  I'm not trying to drag it out really, but --
2  Q. That's fine, that's fine. And you're
3  in here until 2020?
4  A. Yes, sir.
5  Q. Have you thought about what you're
6  going to do when you get out?
7  A. Fight my case like I'm trying to do
8  now.
9  Q. Okay. What do you mean by that?
10  A. I am a -- I'm innocent of this
11  charge, and it eats at me, so until I get true
12  justice, not unjustice, but justice, I'm trying to
13  fight my case.
14  I mean, if I'm unable to complete
15  that while I'm here, when I get out, I'm picking
16  up because this is a horrible stigma to have over
17  you, and especially for something that I haven't
18  done.
19  If you were to look at my background,
20  that's not my forte. For a while, I was trying to
21  figure out why did they do what they did, and
22  little things is coming. I'm finding out
23  different information, you know.
24  And so I'm -- I'm just -- my life's
25  work will be fighting this, and until justice is

Page 9

3 (Pages 6 to 9)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff          Keith O. Wayne

| | |
|---|---|
| 1 brought, the truth is brought, that's it. I'm not | 1 them at the training service, and he told me he |
| 2 concentrating on no work, no nothing. I don't | 2 going to contact the person that he has running |
| 3 have -- my mind is not on anything except my case, | 3 the bond service, which is Macio, to get in |
| 4 so that's what I plan on doing when I get out. | 4 contact with me. |
| 5 Q. What was the law enforcement agency | 5 Then he did that and then he called |
| 6 that arrested you? | 6 me and he said, I'm on my way to come to you, and |
| 7 A. It was Butler County and then I was | 7 then he came to me, he said, come ride with me. |
| 8 transferred to Montgomery County. | 8 We going to go see a lawyer together. Went to my |
| 9 Q. Okay. So did Butler County -- was it | 9 lawyer's office. They was closed. |
| 10 the sheriff's office down there that arrested you? | 10 He said, well, we have lawyers in our |
| 11 A. Police office. | 11 building, he said, if you want to speak to |
| 12 Q. Police? Okay. And the offense that | 12 somebody. I said, yeah, so he called them. She |
| 13 you're accused of, that happened in Butler County? | 13 said it would cost me X amount of money just to |
| 14 A. Yes, sir. No, it happened in | 14 talk to her, so I went and talked to her. |
| 15 Montgomery County. | 15 She explained a retaining fee would |
| 16 Q. Okay. Were there any law enforcement | 16 be five thousand dollars. It didn't make sense to |
| 17 agencies in Montgomery County that were involved | 17 me when I already had a lawyer on retainer, and so |
| 18 in investigating your case? | 18 I paid her for just talking to her. |
| 19 A. That's who was primary -- the primary | 19 She told me that I should not speak |
| 20 officers, the department, was Montgomery County | 20 to the police, period, without a lawyer, period, |
| 21 investigating it. | 21 but what was steady going on in my head was, I |
| 22 I had spoke to a detective twice, and | 22 don't have anything to hide. |
| 23 the first time I spoke to him, when it was all | 23 I really don't -- I was reverting to |
| 24 brought to my attention, my cousin had told me | 24 before I spoke to my cousin, which is I don't have |
| 25 about it, like, you know, the police is at your | 25 anything to hide. I don't really need nobody. I |
| Page 10 | Page 12 |

| | |
|---|---|
| 1 apartment, da-da-da-da-da-da-da-da, they looking | 1 can just talk to them, you know what I mean? |
| 2 for you, and I'm thinking it was about somebody | 2 So -- and with my history, I kind of |
| 3 came by with a gun in our apartment building, and | 3 should know better, and I really ain't really |
| 4 he's like, no, they looking for you pertaining to | 4 never paid attention to your Miranda rights when |
| 5 alleged rape pertaining to Angelica Jones, so I | 5 they read that to you. |
| 6 said, what? I said I'm on my way over here. | 6 A lot of people, I don't think it's |
| 7 He said, no, Bro, don't come here. | 7 too many people that really understand that, which |
| 8 The police here. I said, that's who I need to | 8 is that you have a right to remain silent, and |
| 9 talk to. He was like, no. You're always telling | 9 anything you say can and will be used against you |
| 10 me to think. Why don't you think for a change. | 10 instead of, you know, it will be used against you. |
| 11 Why don't you speak to your lawyer and speak to a | 11 It's not that it's going to try to help the |
| 12 bond service -- I have a cousin that has a bond | 12 situation. It will be used against you. |
| 13 service -- speak to a bond service and then go to | 13 So long story short, after speaking |
| 14 the -- with them to the police. | 14 to the attorney that wasn't mine, I spoke to the |
| 15 I said, I ain't got nothing to hide. | 15 detective, and he had called me, asked me |
| 16 I'm going to them. He was like, no, Dude. Will | 16 questions. |
| 17 you just take five minutes and do what you always | 17 I said, well, as soon as I'm able to |
| 18 tell me to do, which is think before I move. I | 18 get with my lawyer, I'm coming in to see y'all |
| 19 said all right, Bro. | 19 immediately, which should be within twenty-four |
| 20 I hung up, sat for five minutes. | 20 hours. So then I had left, and the lady also told |
| 21 Made sense. I called to my lawyer's office, I | 21 me that I should get out of my district or my area |
| 22 couldn't reach them. Then I called the bond | 22 until I see my attorney. |
| 23 service. My cousin, he had his dogs at a training | 23 So I went home to my wife and when I |
| 24 class because he owned a restaurant and drive-thru | 24 was down there, she had came, picked me up, and |
| 25 et cetera and he got attack dogs, so he had | 25 then she had went to Walmart. She had to buy some |
| Page 11 | Page 13 |

4 (Pages 10 to 13)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1   food and stuff for my son for his lunch tomorrow
2   and all that stuff.
3           So while we were at Walmart in the
4   parking lot, when she was on her -- when we was on
5   our way in, the detective called me again, so I
6   spoke to him and I told her, I'll be in there with
7   you in a minute.
8           So I was talking to him on the phone
9   and once again I was explaining to him everything
10  that happened and then I told him that you don't
11  have to waste no gas or nothing, I will be to see
12  you first thing in the morning when my lawyer's
13  office opens.  I will come down there with my
14  lawyer.
15          So after I hung up from him, my wife
16  came out, I told her that that was them on the
17  phone.  We had went to the house.  I went to -- we
18  went in and I hugged my son, and I was about to go
19  and get myself ready for bed.
20          So then next thing you know, my son
21  came in the bedroom with the phone like, Dad,
22  somebody want to speak to you.  I'm like, who is
23  it?  He said, I think it's the police.
24          I got the phone.  I'm like, hello?
25  They asked, is this Keith Wayne?  I said, yeah.

Page 14

1   They said, well, we have your home surrounded and
2   we need you to come out with your hands up.  I was
3   like, what?
4           And I took the phone away from my ear
5   and I told my wife, it's the police on the phone.
6   I'm like, yeah, they got the house surrounded, and
7   she started panicking, like crying, you know.
8           I'm like, Baby, don't cry, you know,
9   et cetera, and I'm like, hold on.  I'm about to
10  just go outside, like quit crying, Baby.  I'm
11  about to go outside.  You ain't got to worry about
12  this.
13          So I went outside, they arrested me,
14  took me to Middletown county -- Butler County
15  jail, and then couple hours later, Dayton police
16  came and got me, took me to Montgomery County.
17          They took me to I think it's the City
18  Building, which would be in the front, which is
19  facing Third Street, facing Sinclair.  They took
20  me in through the back and I went in there.
21          They asked me some questions, then
22  they took me from there to an interrogation room
23  and I spoke to them, told them everything, then
24  maybe the next day, they came and got me again and
25  questioned me again and then when they was

Page 15

1   questioning me the second time, instead of just
2   plainly questioning me, he started being
3   accusatory and saying that I was lying about this
4   and lying about that, and I'm like, I don't have
5   no reason to lie.
6           Well, up under these circumstances,
7   you might find a reason that I -- you can consider
8   for me to lie, but I'm not lying.  This is exactly
9   what happened.
10          If you pay attention to when I spoke
11  to the detective on the phone and check the -- you
12  know, the story, it -- I'm not wavering.  It's the
13  truth.  The truth is easy to remember.
14          And then he started trying to go
15  in -- I said, well, you being kind of hostile and
16  exceptional now.  I'd like to have my attorney
17  present to continue this conversation.  So --
18  Q.  Okay.  When did you stand trial in
19  Montgomery County?
20  A.  I don't remember the date, but it
21  was -- I was in county for maybe like seven
22  months.
23  Q.  Okay.  Was it after May 19 of 2012?
24  If you don't remember, that's fine.  You can --
25  A.  Yeah.  It was -- it was -- I don't

Page 16

1   know.  I'm not sure.
2   Q.  Okay.  That's fine.  If you don't
3   know something, I want you to say that.
4   A.  Yes, sir.
5   Q.  Yeah.  And the trial was in front of
6   a jury?
7   A.  Yes, sir.
8   Q.  Okay.  And who was your attorney that
9   represented you at trial?
10  A.  Bradley Baldwin.
11  Q.  Okay.  And you've taken an appeal, I
12  think, to the Second District Court of Appeals?
13  A.  I did the direct appeal and my -- and
14  I did a postconviction.
15  Q.  Okay.
16  A.  My appeal to Supreme is for federal,
17  right?
18  Q.  Right.
19  A.  My appeal to Supreme was late because
20  of just misunderstanding about timeline, so then I
21  tried to file for a delay appeal and I was not
22  granted my delay appeal, so I believe I'm in the
23  process of going to federal right now.
24  Q.  Oh, okay.  So I just guess I
25  misunderstood.  So your Second District Court of

Page 17

5 (Pages 14 to 17)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1  Appeals, you were trying to get that into the Ohio
2  Supreme Court, and you said that was untimely so
3  now you're trying the postconviction relief in
4  Federal Court?
5          A.   I already did postconviction.
6      Q.   You've done that?
7          A.   And I done direct appeal.
8      Q.   And that was to the Second District.
9          A.   Okay.
10     Q.   Okay.  Do you have an attorney
11  helping you out with all that stuff?
12         A.   Right now I'm dealing with James
13  Carr.
14     Q.   Okay.
15         A.   I was also communicating with a Kort
16  Gatterdam out of Columbus.
17     Q.   Okay.  And, Mr. Wayne, let me just
18  ask you up front, do you think that the Montgomery
19  County Sheriff's Office had something to do with,
20  you know, framing you?
21         What's your theory as far as why
22  you're here?
23         A.   Because of a lie, because of the
24  individual, Angelica Jones.
25     Q.   Okay.

Page 18

1          A.   I don't believe that the county jail,
2  I mean, the police department or anybody had
3  anything to do with that.  I believe that they was
4  just doing their job pertaining to what she said
5  to them.
6      Q.   Okay.  Okay.  So I understand that.
7  I understand what your position is on that.
8          A.   But what I do believe is that the
9  prosecutor -- I'm not -- Heck?  Was that Heck that
10  did mine?
11     Q.   Mat Heck is the county prosecutor.
12         A.   I don't know if that was him at my
13  trial or not, I'm not sure.
14     Q.   It may not have been.  He probably
15  has assistants who do a lot of that.
16         A.   Right, but I believe that -- but
17  still, he was still doing a job, but I believe
18  that he don't -- he knew that I didn't do it.
19         He knew -- I believe that he knew
20  that, but at the same time, as far as representing
21  his client, which was the plaintiff, he was doing
22  his job pertaining to the plaintiff.
23     Q.   Okay.  Why do you think that Mr. Heck
24  knows that you're innocent?
25         A.   Too much stuff didn't add up.  Too

Page 19

1  much stuff didn't add up.  Then pertaining to my
2  request for witnesses, my attorney didn't do his
3  job, and then even pertaining to one of the
4  witnesses, I believe it would have been -- well,
5  it was her brother.
6          I believe that the State also wanted
7  or had him as a witness in the beginning, but then
8  after him speaking with me, all of a sudden they
9  couldn't find him, and I requested him as a
10  witness.
11         It's just that type of stuff.  One
12  minute she said this, then the next minute she
13  said that, and it just was stuff that just wasn't
14  adding up to where -- and then I know, also, how
15  it goes, which is coaching a witness, you know, to
16  put on the best show, and I know that they did
17  that.
18         Well, you sure it didn't happen like
19  this and you sure it didn't happen like that;
20  well, did he do this, and give them a look to
21  coach them into saying what they need for the lie
22  to stand up better, in my opinion.  I'm dealing
23  with my opinion here.
24     Q.   Okay.  I appreciate that.  Okay.
25  Well, Mr. Wayne, let's talk about the incident in

Page 20

1  May of 2012.
2          Did you know Robert Richardson?
3          A.   No, sir.
4      Q.   Okay.  Know anything about him?
5          A.   No, sir.  Never laid my eyes on him
6  until -- and I still only seen him from afar.
7      Q.   Okay.  Have you spoken with any of
8  the attorneys who represent Mr. Richardson's
9  estate, like Mr. Hill here (indicating)?
10         A.   No, sir.  I only spoke to one, and
11  that was Mr. Hill.
12     Q.   You did speak with Mr. Hill?
13         MR. HILL:  Uh-hum.
14         THE WITNESS:  Yes, sir.
15  BY MR. PREGON:
16     Q.   When did that happen?
17         A.   Maybe two, three weeks ago.
18         MR. HILL:  It was longer than that.
19         THE WITNESS:  A month, was it?
20         MR. HILL:  At least.  I'm not trying
21  to testify, just trying to give you a better idea.
22         MR. PREGON:  You want to get sworn
23  in?
24  BY MR. PREGON:
25     Q.   Did Mr. Hill come here to meet with

Page 21

6 (Pages 18 to 21)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

| | |
|---|---|
| 1    you? | 1       So I sat and I thought and remembered |

1    you?
2         A.  Yes, sir.
3         Q.  Okay.  So it was here at the
4    facility?
5         A.  Yes, sir.
6         Q.  Did he show you the videotape?
7         A.  No, sir.
8         Q.  Okay.  Okay.  Did he show you any
9    documents?
10        A.  No, sir.  The only thing I seen was
11   what you have there (indicating), which is my
12   statement.
13        Q.  Okay.  I'm not going to hide the
14   ball.  I'll give it to you.
15            MR. PREGON:  Let's mark that as
16   Defendants' Exhibit A.
17            (Thereupon, Defendants' Wayne
18   Deposition Exhibit A, Mr. Wayne's 5/19/12
19   handwritten statement, was marked for purposes of
20   identification.)
21            MR. HILL:  Feel free to take a look
22   at it.
23   BY MR. PREGON:
24        Q.  Yeah (providing).  Is that your
25   written statement, Mr. Wayne?

Page  22

1         A.  Yes, sir, yes.
2         Q.  Is that your signature on there?
3         A.  Yes.
4         Q.  Is that your handwriting that you
5    actually wrote this stuff down?
6         A.  Yes, sir.
7         Q.  Okay.  Now, did Mr. Hill show it to
8    you?
9         A.  Yes, sir.
10        Q.  Okay.  And that's the only document
11   that he showed to you?
12        A.  Yes, sir.
13        Q.  Tell me everything you remember about
14   that meeting with Mr. Hill.
15        A.  I think it was in the morningtime.
16   It was in the morning.  I had came in, I seen him.
17   We had went to a interview room in the visiting
18   area, greeted each other, and he explained to me
19   who he was pertaining to representing the Estate
20   of Mr. Richardson.
21            And he asked me did I recall what
22   happened, and I said, I do, for the most part.
23   There might be some little minute details that I
24   would have to recollect, and he said, would you
25   like to take the time to do that, and I said, yes.

Page  23

1         So I sat and I thought and remembered
2    stuff and then he asked me would I like to be able
3    to see my statement.  I said, yes, but after I
4    think for a while.
5         And after I got finished thinking, I
6    told him I would like to be able to tell him what
7    I remember and I rehashed the story to him as all
8    I can remember, and he said, it's almost like word
9    verbatim to your statement, and then he said,
10   would you like to look at your statement now, then
11   I said yes.
12        So I looked at it, and I was lying, I
13   forgot about how many officers it was at that time
14   period, and it was -- I was remembering how many
15   officers it was, and it was three or four, but
16   they was -- it was like they was coming in -- in
17   the immediate area, coming in shifts, you know,
18   like one minute he wasn't that close but then he
19   got close and stuff like that.
20        So then I -- like I said, I read the
21   statement and he asked me little stuff like, well,
22   do you recall the placement of this officer's hand
23   or do you recall anything about the nurses.
24        I'm like, yeah, I remember the nurses
25   because of my cousin.  My cousin works in

Page  24

1    Montgomery County, and his wife's sister is a
2    nurse, so I recalled that, and then I said, and
3    also, it's -- I remember pertaining to the shots,
4    the shots that they was trying to give him and
5    just other little stuff.  So yeah, I remember
6    talking to him.
7         Q.  Okay.  How long did that meeting take
8    place?
9         A.  I think about half an hour,
10   forty-five minutes.
11        Q.  Okay.
12        A.  Because we had -- after talking about
13   the -- well, in between of talking about the case,
14   I had asked him about his shoes, spoke about his
15   shoes.
16            MR. HILL:  I remember that.
17   BY MR. PREGON:
18        Q.  What about his shoes?
19        A.  I asked -- because I'm into fashion.
20        Q.  Okay.
21        A.  So I was thinking his shoes was
22   either Gucci or Abbotts.
23        Q.  What were they?
24        A.  Abbotts.
25        Q.  Okay.  You said your cousin works in

Page  25

7 (Pages  22 to 25)

Page 26

1   Montgomery County.  What's your cousin's name?
2       A.  Richard Curington.  He's over
3   maintenance, the head maintenance guy.
4       Q.  Okay.  Now, Mr. Wayne, if I
5   understand what you testified to, first you told
6   Mr. Hill your recollection, then he showed you the
7   written statement?
8       A.  He had showed me the statement before
9   I spoke about my recollection, but I didn't look
10  at it like I didn't look at it since it's been at
11  this table except looking at my signature and
12  et cetera.
13      Q.  Okay.  And what you recalled was the
14  same -- you said basically the same as what was in
15  your written statement?
16      A.  Yes, sir.
17      Q.  And you mentioned the number of
18  officers may have been off in your recollection,
19  but what else was not quite right from what you
20  recalled?
21      A.  One of the things that I didn't
22  remember pertaining to what I wrote down, it's
23  like few neutral things that come back, because
24  I -- like even now I'm remembering that they
25  brought a lot of people out of their cells and

Page 27

1   they had us sit at the tables, and the tables that
2   they had us sit at was the tables that was close
3   to my cell, and for everybody that said that they
4   did see something to write a statement, and
5   pertaining to it was a guy the cell maybe next
6   door or two cells down from Mr. Richardson, he was
7   going off.  He was kind of like yelling like that
8   ain't right, what y'all doing, type of stuff.
9       I didn't -- I don't know if I wrote
10  that in here.  I don't remember if I wrote that in
11  here or not.  I don't think I did.
12      Q.  Yeah.  I don't think you did.
13      A.  And then I don't think I wrote in
14  here also that -- how I had ended up getting in
15  contact with his parents, Mr. Richardson, his
16  mother, who stayed in Atlanta, and it was because
17  I was going through court at the time period, so I
18  don't think -- I hadn't been to trial yet.
19      So this would have been -- this would
20  have been before trial.  This occurred before my
21  trial because I was still going to court, and I
22  had went -- I had went down to the holding area,
23  the transfer area I guess you would call it, and I
24  was talking about, man, I seen -- man, some BS
25  just happened up on my pod.  What's that, man?

Page 28

1   This guy got killed up there.
2       And guys was like, oh, what happened
3   to that?  I was like, Dude, da-da-da-da-da.  Well,
4   this guy -- you know, X, Y, and Z happened, and
5   some guy spoke up like, yeah, man.  I heard about
6   that, man.  That was my cousin.  I'm like, yeah?
7   He like, yeah.
8       I'm like, do you got a way to get in
9   contact with his family, with your family or
10  anything, Bro, where I could call somebody, you
11  know, to let them know that I did witness that?
12  And he was like, yeah, this is my aunt's number,
13  which was his -- Mr. Richardson's mother.
14      So he gave me the information and I
15  had spoke to my wife about it like, you know, this
16  is what happened and what do you think about the
17  situation, and she said, well, just think in terms
18  of this:  If it was your son, your brother, your
19  nephew, your uncle, or a relative of yours, what
20  would you want somebody else to do if they -- if
21  the roles was reversed and somebody else was in
22  your position?  I said, I would want them to get
23  in contact with us.  She said, well, that's what
24  you need to do, Babe.
25      So I said, I got the number right

Page 29

1   here, can you call for me on a three-way.  So she
2   called and I told him mother -- told her what I
3   seen, and she was crying, and she said thank you,
4   you know, thank you for telling me about this, you
5   know, and I appreciate it.  I said, yes, ma'am,
6   you welcome.
7       She said, well, if you ever need to
8   talk to anybody or anything, you know, you can
9   call me.  I said, thank you very much, I said,
10  because, yeah, I'm fighting a situation that is
11  unjust to me.  She said, well, I appreciate you,
12  you know, you calling me.  I said, yes, ma'am, and I
13  hung up.
14      I haven't spoken to her since because
15  I had her number on a piece of paper, a yellow
16  tablet, and that thing is so raggedy and faded, I
17  don't know -- and then I don't know if her number
18  is still the same anyway, but --
19      Q.  Okay.  And have you talked to anybody
20  else in Mr. Richardson's family other than his
21  mother that one time?
22      A.  No.
23      Q.  Okay.  Now, when this was happening,
24  you were in, it says, cell 434; is that correct,
25  or can you not remember?

8 (Pages 26 to 29)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

| | |
|---|---|
| 1       A.  I don't remember the cell number. | 1       Mr. Richardson's cell was? |
| 2       MR. HILL:  Feel free to take a look | 2       A.  His was up to the left.  His would |
| 3  at your statement as you go. | 3  have been up to the left. |
| 4  BY MR. PREGON: | 4       Q.  Okay.  So from your cell looking |
| 5       Q.  Yeah.  It's at the top right here | 5  straight out, standing from the inside looking |
| 6  (indicating). | 6  out, Mr. Richardson's cell was above you and to |
| 7       A.  D pod.  Okay.  Cell 434.  Okay. | 7  the left? |
| 8       Q.  Now, you remember how that pod was | 8       A.  Across.  His is -- |
| 9  organized? | 9       Q.  Across? |
| 10       A.  Yes, sir. | 10       A.  -- directly across and to the left. |
| 11       Q.  And there's two floors to it? | 11  The visiting room would have been up to the right, |
| 12       A.  Yes, sir. | 12  but it's all like across from me. |
| 13       Q.  And you would have been on the first | 13       Q.  Okay.  And so between where your cell |
| 14  floor, the bottom floor? | 14  was and where Mr. Richardson's cell was, which is |
| 15       A.  Yes, sir. | 15  a little above, were all the tables and things in |
| 16       Q.  And do you remember where the | 16  the middle of the pod? |
| 17  staircase was to get up to that second level? | 17       A.  Yes, sir. |
| 18       A.  Yes, sir. | 18       Q.  Okay.  And were there also columns |
| 19       Q.  Where was it? | 19  (indicating) like holding -- that kind of ran |
| 20       A.  You have -- | 20  through there? |
| 21       Q.  Where was it in relation to your | 21       A.  Yes.  Yes, sir. |
| 22  cell? | 22       Q.  Was your cell behind one of the |
| 23       A.  You got two ways up, two stairways | 23  columns or was it next to one of the columns? |
| 24  up. | 24       A.  A column would have been to my -- out |
| 25       Q.  Okay. | 25  and to my left and it has to be one to my right, |
| Page 30 | Page 32 |

| | |
|---|---|
| 1       A.  If I'm in my cell looking out my | 1  too, because they all right -- you know, they go |
| 2  window, it's a stairway over here (indicating), | 2  around. |
| 3  which would be like -- it would be leading -- it's | 3       The sink area and stuff is |
| 4  almost right by -- it's by a cell.  It's a | 4  immediately like in front of me but to my right. |
| 5  stairway by a cell, because when they took him out | 5  The officers' desk is maybe like directly in front |
| 6  his cell, they didn't have to go too far to bring | 6  of me but a little bit to my right, because |
| 7  him down the stairs. | 7  that's the way you go in and out. |
| 8       My -- okay.  My cell window looked | 8       His cell would be above the officers' |
| 9  out toward Fourth Street and toward the sheriff's | 9  desk -- above the officers' desk and from my |
| 10  office across the street, and -- and his -- the | 10  angle, to my left.  It would be up and to the |
| 11  visiting room in the pod would have been right | 11  left. |
| 12  here (indicating). | 12       Q.  To the left.  Okay. |
| 13       Q.  And when you say right here, you've | 13       A.  Right, above the officers' desk. |
| 14  got to describe it because she's trying to type it | 14       Q.  Okay. |
| 15  down. | 15       A.  Column to my left, column to my |
| 16       A.  Well, I'm kind of like above my | 16  right, but not like directly to my right, but in |
| 17  cell -- | 17  front of me to my left and right. |
| 18       Q.  So above and is it to the -- | 18       Q.  So roughly would it have been like |
| 19       A.  -- and down some. | 19  the opposite side of the pod where his cell was? |
| 20       Q.  -- right or to the left? | 20       A.  From me? |
| 21       A.  To the right. | 21       Q.  From you. |
| 22       Q.  So above and to the right from your | 22       A.  Yes, sir. |
| 23  cell is where the visiting area was? | 23       Q.  And do you have any idea how big a |
| 24       A.  Yeah. | 24  room that is, how far away you would have been? |
| 25       Q.  And then was that where | 25       A.  I can guesstimate it, a good |
| Page 31 | Page 33 |

9 (Pages 30 to 33)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff      Keith O. Wayne

| | |
|---|---|
| 1   guesstimation. Maybe -- maybe about ten yards, | 1     A. It was way better. It just -- it |
| 2   maybe about ten yards, and if I put it in feet -- | 2   just started bothering me, I would say, maybe |
| 3   how many feet would you say this room is the long | 3   within six months, and it was really mainly |
| 4   way? | 4   because I needed reading glasses. |
| 5     **Q. I don't know.** | 5     **Q. You mean the last six months here?** |
| 6     MR. HILL: Are we taking guesses? | 6     A. Yes, sir. |
| 7     THE WITNESS: Yeah. | 7     **Q. Okay. I got you.** |
| 8     MR. HILL: Like twelve, thirteen? | 8     A. I've never worn glasses in my life. |
| 9     THE WITNESS: Okay. So we'll say | 9     **Q. So you wear them now, but you didn't** |
| 10   his -- | 10   **wear them back then?** |
| 11     MR. HILL: That's my guess. I don't | 11     A. No, I didn't. |
| 12   know if it means anything to you guys. | 12     **Q. Okay. When was the last time you** |
| 13     MR. PREGON: Yeah. It's hard to say | 13   **would have gotten your eyes checked before May 19** |
| 14   because they don't have any -- well, but these | 14   **of 2012, do you remember?** |
| 15   tiles up here are hard to estimate from | 15     A. Maybe '09. |
| 16   (indicating). | 16     **Q. Okay.** |
| 17     THE WITNESS: They supposed to be | 17     A. '09. |
| 18   twelve inches. Tiles supposed to be twelve | 18     **Q. Where did you usually go to do that?** |
| 19   inches. | 19     A. What it was then was I was in Warren |
| 20   BY MR. PREGON: | 20   Correctional Institution, and they have health |
| 21     **Q. So it's bigger than twelve by** | 21   fairs. So they have them here, too. Whenever |
| 22   **thirteen.** | 22   they have health fairs, I go to them. |
| 23     A. Man, I don't think that's actually | 23     They check your eyes, your blood, |
| 24   twelve. I think them are ten. I would just | 24   your -- your blood pressure, your sugar levels, |
| 25   say -- we'll say maybe twenty to thirty feet. | 25   your dental, hearing. They check all -- it's like |
| Page 34 | Page 36 |

| | |
|---|---|
| 1     **Q. Okay. And just so we're clear,** | 1   a thorough checkup when they have health fairs. |
| 2   **that's a guess, and if somebody actually would** | 2     **Q. Okay. So back in 2009 at Warren** |
| 3   **have the dimensions for that, you're not going to** | 3   **Correctional when you did that, do you remember** |
| 4   **argue with them?** | 4   **what your eyes tested at back then?** |
| 5     A. No. | 5     A. Twenty/twenty. |
| 6     **Q. I mean, they can't make the room** | 6     **Q. Okay. So you had no problems?** |
| 7   **shorter or longer?** | 7     A. Even right now if I were to take |
| 8     A. No, no, no, I wouldn't argue. And it | 8   these glasses off, you can set up anything that |
| 9   might be more than that. | 9   you -- you don't -- |
| 10     **Q. Okay.** | 10     THE WITNESS: What's your name again, |
| 11     A. I'm quite sure it probably is. I'm | 11   ma'am? |
| 12   quite sure it is. So I would -- if I'm dealing | 12     MS. STARTS: Carrie, Miss Starts. |
| 13   with my yardage and I'm looking at a football | 13     THE WITNESS: Okay. Anything that |
| 14   field, I will say maybe thirty. I'll put it at | 14   Carrie can see, I can see. Do you have |
| 15   thirty yards. Easy, easy thirty yards. | 15   twenty/twenty? |
| 16     **Q. Okay.** | 16     MS. STARTS: No. I wear contacts. |
| 17     A. So that's where I'm at. | 17     MR. PREGON: Do you wear contacts? |
| 18     **Q. And you're wearing glasses today.** | 18     MS. STARTS: I wear contacts. |
| 19     A. Yes, sir. | 19   BY MR. PREGON: |
| 20     **Q. Is that prescription?** | 20     **Q. I was going to say. She got you on** |
| 21     A. Yes, sir. | 21   **that.** |
| 22     **Q. And did you have the same** | 22     A. Yeah. But if your contacts is |
| 23   **prescription back in 2012?** | 23   working good for you, perfectly, at a distance, |
| 24     A. No, sir. | 24   what you can see at a distance, I can see. What |
| 25     **Q. Was it better or worse back then?** | 25   you can see even up close, I can see. |
| Page 35 | Page 37 |

10 (Pages 34 to 37)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

---

```
1              It's just that in the cells, the
2    lighting is poor, so when I'm using my lamp and
3    I'm trying to read something and it has small --
4    when I say small, I mean smaller than this print
5    right here (indicating), smaller than that print,
6    it makes me have to squint where I'm messing with
7    the paper as far as moving it close and back up,
8    and then since I've got these glasses, pertaining
9    to that, I've noticed that it seems like stuff
10   come in HD, super clear.
11        Q.  It sharpened things up for you?
12        A.  Yeah, I mean, really sharpened where
13   I don't notice it until with the glasses.
14        Q.  Okay.
15        A.  And also because the glasses are
16   Versace and they're stylish, so I'm not going to
17   lie to you, I'm vain.  How women wear shoes that
18   hurt their feet, I'm a little vain, so, you know.
19        Q.  Okay.  So it sounds like you've
20   developed kind of a nearsightedness since you've
21   been in prison?
22        A.  And that could be beg to differ.  It
23   can be different, because even, like I say, if I
24   take my glasses off, right now with Miss --
25              THE WITNESS:  What's your name again?
```

                                          Page 38

```
1              MS. STARTS:  Carrie.
2              THE WITNESS:  -- Miss Carrie's
3    contacts, what she can see, I can see, it's just
4    that with the lighting in the cell -- so I extend
5    it even more because of my -- the vainness of me.
6    BY MR. PREGON:
7         Q.  Okay.  All right.  So let's go back
8    to the incident.  Your statement says you woke up
9    from your sleep by the sound of pounding feet on
10   the stairs.
11             So you were asleep when this all
12   started?
13        A.  Yes, sir.
14        Q.  And did you have a cellmate at the
15   time?
16        A.  Yes, sir.
17        Q.  Do you remember who that was?
18        A.  I think his name was Country.  That's
19   all I knew him by was -- I mean Cornbread, not
20   Country.
21        Q.  Cornbread?
22        A.  Cornbread, a big white guy.
23        Q.  Okay.  Okay.  Now, when you woke up,
24   walk me through what happened.
25        A.  With my negative, bad history of
```

                                          Page 39

```
1    incarceration, time periods of being incarcerated,
2    I have a natural instinct in movement.
3              When I'm incarcerated, I can't sleep
4    when my door's open because somebody can come in
5    your cell, they can steal your stuff while you
6    sleep, they can bust you in the head, because
7    there's people that take medication that's not
8    mentally stable and they do weird stuff, so
9    whenever my door's open, I'm up.
10             Along with that, fights and stuff
11   occur in people's cells.  They get in arguments
12   and disputes with cells.  Also, when you
13   incarcerated, you go through boring times, so you
14   look for something to break up the monotony, and I
15   heard the outside-of-the-norm sound.
16             I would say for the most part it's
17   peaceful, and when it ain't peaceful, it's people
18   yelling, so it's almost like the constant yelling
19   becomes a -- it's like ambiance, ambient noises,
20   you know, to where it's a loud fan when it's loud
21   in the block that kills out the ambient noises.
22   When the people -- a bunch of people are talking,
23   it becomes what kills out the silence.
24             So at that time period, I think it
25   was count time or something because we was locked
```

                                          Page 40

```
1    down.  Everybody was in their cells at this time
2    period.  So it's quiet, then now I'm hearing
3    another sound that ain't of the quietness and it
4    ain't a regular sound.
5              So I hear the feet pounding, you
6    know, the heavy foot movement (indicating), and
7    I'm like, what is that, and I'm hearing the
8    walkie-talkies, so I hop out of my bunk and I go
9    to my cell and I look out.
10             I immediately see some type of
11   commotion going on on the second range, the range
12   above my range, and I look up and I see somebody
13   on the range.
14             I see an officer -- I see two
15   officers, but I see an officer at the head of
16   somebody and I see another officer toward the
17   lower torso of somebody, legs or lower back or
18   buttocks area, lower torso, and one officer has
19   his knee on the person on the ground's like upper
20   shoulder/neck area.
21             Another officer is on -- maybe
22   sitting on the person on the ground, the inmate,
23   on his legs and buttocks, the lower torso area,
24   and I see the officer toward the head of
25   person, it's like he's balancing hisself by
```

                                          Page 41

                              11 (Pages 38 to 41)

1  holding on to the range on the inmate, and it's
2  like he trying to do -- for lack of a better term
3  at this time, keeping his balance (indicating),
4  and there's --
5      Q.  Let me stop you for just a second.
6  What you're describing, is this the first thing
7  you saw when you looked out there?
8      A.  Yes, sir.
9      Q.  Okay.  Go ahead.
10     A.  There's another officer standing up
11  like against the wall.  Now, I'm not a hundred
12  percent sure, but I want to say I remember at one
13  time period his -- his -- which would have been
14  that inmate's bunkie, which would have been
15  Richardson's bunkie, standing against the wall and
16  then he's -- I'm -- I'm not all the way accurate
17  with my timeline of events, but he's in his cell
18  then, Richardson's bunkie's in his cell, and now
19  I'm paying more attention.
20          Then I'm noticing the officer at the
21  head of him is not just balancing hisself.
22  He's -- he's trying -- you can say he's trying to
23  keep the inmate down, but I don't see the inmate
24  struggling to get up.
25          I'm hearing, I can't breathe, then

                                              Page 42

1  other information from his bunkie and some of the
2  other guys, you know, guys now talking about it.
3          So I want to make sure I'm not mixing
4  up my personal recollection of what I seen from
5  what, you know, the conversation was.
6      Q.  And how are you doing that?  How are
7  you sure that you're not mixing up things that you
8  heard versus what you saw?
9      A.  Because I'm trying to recollect upon
10  my mind's eye, period, my mind's eye and what I
11  seen, like what I -- remembering what I actually
12  seen and then like time periods when we was out in
13  the pod and like actual conversation.
14          Yeah, man, I told them
15  da-da-da-da-da-da-da-da.  You know, they ain't
16  have to do that.  He just had a seizure.  Because
17  I'm remembering now like conversation compared to
18  I'm -- what I'm visualizing in silence is what I'm
19  doing is what I'm visualizing in silence, you
20  know, compared to like an actual conversation.
21      Q.  When you say visualizing in silence,
22  I guess, what do you mean by that?
23      A.  It would be easy for me to show it,
24  but I can't show it because that's about how our
25  windows is in the pod (indicating), this door

                                              Page 44

1  now it's other people in they doors and stuff,
2  other inmates, they yelling stuff, and the officer
3  at the lower torso, he -- he -- he's pushing down
4  on Richardson's lower back and he's sitting on his
5  legs.
6          At one time period, he's off of the
7  lower back, from sitting on his legs to holding
8  his legs, and the officer at the head, at the
9  upper torso area, I'm seeing now that he's using
10  the -- the range, the bars, the banisters, as like
11  leverage to put pressure down on Richardson's neck
12  area.
13          And other officers -- a white shirt
14  came into -- what would be a lieutenant or a
15  sergeant or a captain came into the pod, some
16  other officers came into the pod and a nurse came
17  in, and I heard his bunkie yell out the door,
18  he -- he just had a seizure, he just had a
19  seizure, why y'all doing that, he just had a
20  seizure, he just had a seizure.
21          And I'm trying to make sure I don't
22  mix up anything that I'm saying with stuff that I
23  heard from his bunkie later, stuff that I heard
24  from the guy that was next door or two cells down
25  from me from what I actually seen, because I got

                                              Page 43

1  that's in front of us to enter into this room.
2      Q.  Okay.
3      A.  I'm just like you can say like
4  daydreaming, or how would you say this?  Lack of a
5  better term, total recall, and in the sense of
6  remembering a childhood memory.
7          I remember when I was, say, six years
8  old and I got a drum set and my brother stabbed it
9  with a fork, and I don't know if you remember, the
10  little kit drum sets back then, the drum is paper
11  basically, and I remember my brother stabbed it
12  with a fork, messed up my drum set, and about me
13  remembering that compared to what she -- what the
14  stenographer lady said to me earlier, the
15  questions that she asked me, the difference of the
16  recall, my personal recall compared to what she
17  said to me.
18      Q.  Okay.  And you agree with me, I mean,
19  we're talking about something that happened four
20  years ago?
21      A.  Four-plus.
22      Q.  Four-plus, and it sounds like you
23  recognize that it's certainly possible that your
24  memories could blend with stuff you've heard, so
25  you're trying hard to avoid that?

                                              Page 45

                                12 (Pages 42 to 45)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                Keith O. Wayne

1    A.  Yes, sir.
2        Q.  Okay.  But you realize that it's
3    possible that that might happen?
4    A.  Yes, it's possible.
5        Q.  Okay.  And are you saying that you
6    heard his cellmate saying or yelling that he just
7    had a seizure?  You remember that happening?
8    A.  Yes, sir, because I didn't know about
9    the -- I didn't know about the seizure.  I didn't
10   witness the seizure or anything.
11       Q.  Okay.
12   A.  And -- but -- but something -- I --
13   what I want to say, it didn't start -- it didn't
14   start right there with him just being on the range
15   because I want to say I recall his door being open
16   and him sitting on the floor --
17       Q.  Okay.
18   A.  -- him sitting on the floor and them
19   dragging him out of the cell to the range, you
20   know, that --
21       Q.  Okay.
22   A.  But once again, that part right
23   there, that key part of him sitting on the floor
24   in his cell and the removal of him from his cell
25   to the range, now, that part is a part that can be

Page 46

1    upon question as far as my personal recollection
2    and what was told to me.
3        Q.  Okay.  You may have heard that from
4    someone?
5    A.  Right, as far as the removal, that
6    part of him sitting on the floor in his cell and
7    his bunkie sitting on a bed and the officers being
8    at the door, what's going on, you know.
9        Now, this -- this -- all of this part
10   could be upon questioning as far as my personal
11   recollection and what his bunkie could have told
12   me.
13       Q.  Okay.  Let me try to break some of
14   this down, and first let me back up a little bit.
15   How tall are you?
16   A.  Five foot nine.
17       Q.  Okay.  And your door to your cell was
18   shut?
19   A.  Yes, sir.
20       Q.  And the window, it's a small window
21   like you pointed out here?
22   A.  We'll say narrow but long.
23       Q.  Right.  Glass that's in there.  You
24   can -- can you hear or could you hear things on
25   the outside from the inside when that door was

Page 47

1    shut?
2    A.  Yes, sir.
3        Q.  Because the cell itself is made of
4    concrete, right?
5    A.  Yes, sir.  The door, heavy steel.
6        Q.  Okay.  Did you have to put your ear
7    to the door or to the window to hear outside?
8    A.  Well, you can hear more by doing
9    that, but I was all the way up on the glass
10   because I was all the way up on the door because I
11   was trying to see what was going on, and the
12   crack, the seal, the frame of the door is right
13   there by the glass, so my ear is basically already
14   at the frame of the door, at the crack of the
15   door.
16       Q.  How big a guy was Cornbread?
17   A.  Probably anywhere from --
18   because he was taller than me -- anywhere from
19   five ten to six two and maybe approximately two
20   hundred and fifty pounds, anywhere from --
21       Q.  Bigger guy?
22   A.  Very, yeah, bigger.
23       Q.  Were you at the window that whole
24   time or did you and Cornbread switch off?
25   A.  No.  I was at the window.  He was --

Page 48

1    he was hovering over my shoulder, you know.
2        Q.  Was he -- do you know if he was
3    looking out the window?
4    A.  Yeah.  He can see out the window.
5        Q.  Were you and Cornbread talking about
6    what you were seeing?
7    A.  Yeah.
8        Q.  Okay.  Do you remember your
9    conversation with Cornbread during that time?
10   A.  No.  I know I would have made --
11   because I know I would have made comments as far
12   as, you know, what is they doing, why is they
13   doing that, you know, look, man, they press --
14   they pushing down on his neck, look, look.  You
15   know, I might have -- I know I would have made
16   those type of comments.
17       Q.  Okay.  And you have called it the
18   range.  I think I kind of call it the catwalk,
19   kind of up there on that second level.
20   A.  Yes, sir.
21       Q.  Had you been up there and walking
22   around at any time when you were out of your cell?
23   A.  Yes, sir, because phones are up
24   there, showers are up there.
25       Q.  Yeah.

Page 49

13  (Pages 46 to 49)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

| | |
|---|---|
| 1  A.  The visiting -- that's the visiting<br>2  platform area is up there, you know, and I'm quite<br>3  sure I would have.<br>4  **Q.  Do you remember how wide the range or**<br>5  **the catwalk was?**<br>6  A.  Yes, sir, I could tell you that.  I<br>7  would say it's --<br>8  **Q.  Could you wake side-by-side with**<br>9  **Cornbread walking up there?**<br>10  A.  Yeah.<br>11  **Q.  Okay.  So it's wide enough for two**<br>12  **people?**<br>13  A.  More than two people.<br>14  **Q.  Okay.  And Mr. Richardson, he was a**<br>15  **bigger guy, wasn't he, or did you ever see him**<br>16  **before that?**<br>17  A.  I -- I -- no, I never seen him before<br>18  that.  I seen him at that time period and I paid<br>19  attention to the bag when they dragged him down<br>20  the stairs.<br>21  I was able, you know, to be able to<br>22  see certain things, and my -- I would guesstimate<br>23  that Mr. Richardson was at least six foot, I would<br>24  say, and I would say that he weighed two<br>25  hundred-plus. | 1  the officers was a tall officer, and either him --<br>2  he either has a father or a -- or a son -- he got<br>3  a relative that works there also.<br>4  That's what I recall, because it was<br>5  expressions about him, you know, that he -- this<br>6  is not -- he done -- he done put his hands on<br>7  people before, inmates.<br>8  **Q.  The tall officer?**<br>9  A.  The taller, the big one.<br>10  **Q.  Did you know his name or did you know**<br>11  **him to be CO Mayes?  Does that sound familiar?**<br>12  A.  Yeah.  Mayes sounds familiar, yeah.<br>13  **Q.  And you said he was known to put his**<br>14  **hands on people?**<br>15  A.  But I don't know if that's him, if<br>16  he's Mayes.<br>17  **Q.  Okay.  I understand that.  You said**<br>18  **that you had heard that Mayes had put his hands on**<br>19  **inmates?**<br>20  A.  Before, priorly?<br>21  **Q.  Yeah.**<br>22  A.  Yeah, that he's known for beating up<br>23  inmates.<br>24  **Q.  Who did you hear that from?  Do you**<br>25  **remember anybody specifically?** |
| Page 50 | Page 52 |
| 1  **Q.  And he's been described as six foot,**<br>2  **three hundred, roughly, somewhere around there.**<br>3  A.  And he was dark -- okay.<br>4  **Q.  You're not going to argue with that?**<br>5  A.  Three hundred?<br>6  **Q.  That's what he's been described as.**<br>7  **You don't think he was that big?**<br>8  A.  No.<br>9  **Q.  Okay.  And I didn't mean to interrupt**<br>10  **you.  You started to say -- you said he was dark?**<br>11  A.  Dark-complected.  I do recall that.<br>12  **Q.  Okay.**<br>13  A.  He was a darker-complected<br>14  African-American.<br>15  **Q.  Okay.**<br>16  A.  I can't remember too much about his<br>17  hair or anything like that because it's been so<br>18  long ago, and I only seen him at that time period.<br>19  It's not like he was an image that just stuck in<br>20  my mind.<br>21  The situation -- the image that<br>22  sticks in my mind in he -- his personal appearance<br>23  doesn't stick in my mind.  The image that sticks<br>24  in my mind is the -- the knee on the neck and the<br>25  bracing on the range, and I remember that one of | 1  A.  No, but let me think for a second.  I<br>2  need to recollect who was all in that pod with me<br>3  at that time period, which inmates, because I know<br>4  a lot of people.<br>5  I know a lot of people in Dayton,<br>6  with this -- with my history, and then outside of<br>7  that, on the streets I'm fairly well-known, and I<br>8  know a lot of people because of skating,<br>9  roller-skating, the skating ring that I used to go<br>10  to as a child.<br>11  It was like, if you can't fight,<br>12  don't go to that skating rink.  If you can't<br>13  skate, don't get on that skating floor, and like<br>14  the popular people of the African-American<br>15  community went to this skating rink, and popular<br>16  in positive things as well as negative things,<br>17  so -- and in the county jail, you're not having a<br>18  bunch of popular, positive people in the county<br>19  jail, so, you know -- and with my history, you<br>20  know, I'm not, you know -- but anyway, so I would<br>21  need to recollect which inmates was -- who was all<br>22  on my pod.<br>23  I can't remember nobody that was on<br>24  my pod except my bunkie, and I didn't know<br>25  Mr. Richardson, so my bunkie is really the only |
| Page 51 | Page 53 |

14 (Pages 50 to 53)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff          Keith O. Wayne

| | |
|---|---|
| 1   person I can remember, and the only reason I can | 1   lack of a better term, as if I was lying about |
| 2   remember him is because his girlfriend at the time | 2   this statement. I don't want to be remembering a |
| 3   period was a friend of mine's ex-girlfriend, and | 3   lie. |
| 4   at one time period when I was in the county, they | 4         So that's why I haven't -- I don't |
| 5   had kept my dog, a dog of mine that I had, and she | 5   know if you've been watching me during this |
| 6   had took pictures with my dog, several pictures, | 6   interview. I haven't been looking at this and I |
| 7   and I have a picture of her and my dog in my | 7   don't want to look at this. |
| 8   property back in my pod right now, and I think her | 8         Really, I really don't want to look |
| 9   name was Stephanie. | 9   at this, but it might -- I don't know if it will |
| 10       Q. Stephanie Strickland? Does that | 10   be better to look at it so we -- even though this |
| 11   sound right? | 11   is a fact (indicating) and we want to deal with |
| 12       A. I don't remember her last name. | 12   the facts -- |
| 13       Q. Okay. | 13         MR. HILL: And you're referring to |
| 14       A. That's -- what was -- what do you | 14   your statement? |
| 15   know about her? | 15         THE WITNESS: Yes, sir. |
| 16       Q. Oh, we talked to Stephanie yesterday. | 16         MR. HILL: Exhibit A? |
| 17       A. Why? Was she -- was that my bunkie's | 17         THE WITNESS: Yes. My statement is a |
| 18   girlfriend? | 18   fact, and we want to deal with facts, but at the |
| 19       Q. Oh, no, no. Your bunkie. No, no, | 19   same time, I don't want to be appearing to where |
| 20   no. Never mind. I thought you were talking about | 20   it's as if my statement was a lie and I'm having |
| 21   Mr. Richardson. | 21   to remember a lie by keep looking at it. That's |
| 22       A. No, no, no. My bunkie, Cornbread. | 22   why I haven't -- I don't know if you noticed, but |
| 23       Q. No. So I don't know who Cornbread's | 23   I haven't been looking at my statement. |
| 24   Stephanie is. | 24   BY MR. PREGON: |
| 25       A. I was about to say, wow, what does | 25       Q. Let me ask you this, Mr. Wayne: Were |
|                         Page 54 |                         Page 56 |
| 1   this have to do -- | 1   you being honest when you wrote this statement |
| 2       Q. No, no, no, no. | 2   out? |
| 3       A. And I was kind of surprised, kind of | 3       A. Yes, sir. |
| 4   happily surprised, but yeah. She's a Caucasion | 4       Q. Okay. |
| 5   female and she used to mess with a friend of mine, | 5       A. And mind you, there are some little |
| 6   ex -- well, not my ex. He's still my friend. | 6   side details to this or in-depth details to this |
| 7   She's his ex, and she was messing with Cornbread | 7   that I might have forgot from then and some things |
| 8   at the time period. | 8   that I might have remembered that I didn't put on |
| 9       Q. Okay. Did you know CO Stumpff? | 9   here because I was writing at a fast pace or just |
| 10       A. I can remember his face. Did he have | 10   trying to get to certain points or something like |
| 11   dark hair? | 11   that, but there are side facts to this nature that |
| 12       Q. Yeah. | 12   I may have remembered and some facts that I may |
| 13       A. Yeah. If you were to ask me to say | 13   have remembered that I didn't put on there. |
| 14   his name, I wouldn't have remembered it, but I | 14       Q. So what you're telling me is the |
| 15   remember now. | 15   whole story that you remember may not be in your |
| 16       Q. Okay. | 16   written statement? |
| 17         MR. HILL: And again, feel free to | 17       A. All the intricate details may not be |
| 18   look at your statement. | 18   in there. |
| 19   BY MR. PREGON: | 19       Q. Okay. And you wrote down in your |
| 20       Q. Yeah. You've written that down in | 20   written statement you thought there were seven |
| 21   your statement. You identified Stumpff and Mayes. | 21   officers and two supervisor officers there. |
| 22   That's why I asked you about those two. | 22       A. Uh-huh. |
| 23       A. I really -- I'm not going to lie to | 23       Q. So a total of nine officers? |
| 24   you. Like I told him, I really don't want to look | 24       A. Yes, sir. |
| 25   at this because I don't want to appear to be, for | 25       Q. Okay. |
|                         Page 55 |                         Page 57 |

Mike Mobley Reporting
800-894-4327

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                    Keith O. Wayne

1    A. And this is the thing, I don't know
2  if it was all at one time -- at this time my
3  recollection, I don't know if it was all at one
4  time or officers coming and going, you know.
5    Q. Okay. And were you familiar with --
6  had you been there long enough to figure out when
7  the shift changes were?
8    A. I know that, but I don't recollect it
9  specifically now.
10   Q. Okay.
11   A. But it might have been -- shift
12 change might have been, we'll say, anywhere from
13 2:00 to maybe 3:30.
14   Q. And there's been testimony in this
15 case that it was about 3:00, it was shift change,
16 so there were people coming in and out from that.
17   A. Yes, sir.
18   Q. That's certainly possible with what
19 you're saying?
20   A. It fits perfectly to this timeline
21 that I just presented.
22   Q. You said that they had him on the
23 ground, but earlier you said you kind of
24 remembered him already being on the ground when
25 the officers got there, but you don't know for

Page 58

1  out the window.
2    MR. PREGON: That's what I was going
3  to say.
4  BY MR. PREGON:
5    Q. From your vantage point, everything
6  that you're seeing, that's what you're saying?
7    A. Yes, from my vantage point of my cell
8  of 434, the lower range, I would be looking up and
9  across in front of me (indicating), and like I
10 say, the bigger officer was to my right, which
11 would be to his head, Richardson's head, and
12 Richardson would be up under that officer, and he
13 would also be up under another officer at his
14 feet, but it was another officer as well -- it was
15 another officer because I recall from -- from what
16 I seen, not from somebody telling me, also I
17 recall a time period when Stumpff was standing up
18 and his back was against the wall between
19 Richardson's cell and the other cell to the right
20 and there was another officer holding Richardson's
21 legs down as well --
22   Q. Okay.
23   A. -- where they, you know -- for lack
24 of a better term, took shifts or took turns, you
25 know. Maybe somebody's back was bothering them

Page 60

1  sure if that's what you remember or that's what
2  you were told by other inmates, right?
3    A. What I -- the questionable memory is
4  pertaining to him being in his cell sitting on the
5  floor, his back against the wall. The bunk would
6  be like this, the toilet would be like this, the
7  sink would be all to the right (indicating). The
8  sink and toilet would be to the right.
9      The bunk would be straight ahead
10 going from left to right, and his back would have
11 been against the wall on the left back toward the
12 bunk area. His bunkie would have been sitting on
13 the bunk toward the middle right area, but what I
14 specifically remember is him being out of the cell
15 on the ground close toward the lip of the range
16 toward the -- toward the banister area, the rail,
17 and his head was facing the steps to the right.
18 His head would be facing the right.
19      The officers' desk would be below him
20 to the right. Coming in and going out of the pod
21 would be to the right. That entryway, the doorway
22 down there, would be to the right. His feet would
23 be to the left.
24   MR. HILL: Maybe just to stop you, it
25 looks like you're indicating when you're looking

Page 59

1  down on they knees for so long, I got to get up
2  from down here. Hold him down, you know.
3    Q. Do you remember how long this whole
4  event lasted?
5    A. Too long.
6    Q. Okay. But do you remember, I mean,
7  specifically?
8    A. We'll say anywhere from -- anywhere
9  from ten minutes to a half an hour.
10   Q. So somewhere between ten and thirty
11 minutes?
12   A. Yes, sir.
13   Q. And at some point in time, did you
14 see a corrections officer bringing the restraint
15 chair in?
16      Do you know what a restraint chair
17 it?
18   A. Yes, I do.
19   Q. At some point, did you see that
20 coming into the pod?
21   A. I'm trying to recollect it upon
22 myself and not be coached, you know.
23   Q. It's not in your statement.
24   A. It's a possibility that it could have
25 been brought in, and if it was brought in, it

Page 61

16 (Pages 58 to 61)

Mike Mobley Reporting
800-894-4327

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1  wouldn't have been brought no further than the
2  officers' -- right there behind the officers' desk
3  or maybe to the bottom of the stairs if it was
4  brought in, but they didn't use it on him.
5      Q.  Did you ever see the restraint chair
6  actually going up the stairs, somebody carrying it
7  up the stairs?
8      A.  No, sir.
9      Q.  Okay.  And that would have been --
10 those stairs would have been right in front of
11 you?
12     A.  Across from me.
13     Q.  Well, across from you?
14     A.  Yeah, straight in my view.
15     Q.  Okay.
16     A.  Right.
17     Q.  Okay.  Did you see Officer Stumpff
18 bending Mr. Richardson's hands, cuffed wrists,
19 back?
20     A.  Yes, sir.
21     Q.  That's what you wrote down.
22     A.  Yes, sir.
23     Q.  What did you mean by that?
24     A.  So if Richardson's hands was behind
25 his back and they were cuffed, his palms would be

Page 62

1      and --
2      Q.  Well, and so when you say that his
3  hands were -- the natural position, they should
4  have just been just completely flat and pointing,
5  you said, south, like toward the ground, to his
6  toes?
7      A.  Yes, sir.  Yes, sir.
8      Q.  So at some point, you saw his fingers
9  pointing toward the -- I guess, toward the
10 ceiling?
11     A.  Yes, sir.
12     Q.  Okay.
13     A.  But it would be going not back this
14 way (indicating) but back this way (indicating)
15 and then being bent up.
16     Q.  Right, because it's behind.
17     A.  Right.
18     Q.  Right.  So --
19     A.  And instead of his arms being
20 straight, they would be -- would be pushed in a
21 bowed position, bowing position.
22     Q.  Could you see from your vantage point
23 if Mr. Richardson was flat on his belly or if he
24 was pushed or rolled over onto his side?
25     A.  He was on his belly at first.  At

Page 64

1  pointing faced up.  His fingers would be pointing
2  toward his toes.
3          In a natural position of a person's
4  hands being cuffed and restrained, his fingers
5  would be pointing south of his head.  Stumpff bent
6  his hands, his fingers and hands, from south to
7  north, and at one -- at a time period, if
8  Richardson is laying on his stomach and they bent
9  his hands up, at one time period, his hands would
10 be -- fingertips and stuff would be pointing up
11 toward the ceiling, and then besides that, they
12 were bent even further than that toward
13 Richardson's upper torso.
14          It's like if you're handcuffed and an
15 officer's trying to guide you and he might be a
16 little fearful, he might bend your hands up a
17 little bit.
18          If you're mouthing off and you're
19 giving him a hard time, there's a way to apply
20 pressure that will cause you pain to maybe coax
21 you into shutting your mouth or stop any resisting
22 that you would be doing.
23          So I would say that when I say
24 bending, his hands would have been forced
25 into an uncomfortable and an unnatural position

Page 63

1  some time period, they did try to put him on his
2  side.  This was after the time period when they --
3  the medical department came and was trying to
4  figure out stuff and all of that.
5      Q.  So you did see him on his side during
6  that time?
7      A.  No, not during the initiative time.
8      Q.  Not during the initial time, but
9  after -- initially you said he was on his belly.
10 Then you saw a period of time where they were
11 pushing him onto his side?
12     A.  Yeah, trying to -- I think it was
13 during the resuscitation time and when they was
14 trying to maybe -- less restrictive to be able to
15 breathe, you know, to -- you would say like if a
16 person's breathing pathway is being restricted,
17 they would be compacted, okay, upon -- and then
18 upon being put on his side, being able to be put
19 him in a less restrictive breathing position.
20          This was when the -- this was
21 after -- they tried to give him a shot or
22 something.  They tried to give him a shot, and I
23 don't know if it didn't penetrate or something,
24 and I'm going to say also, what I can recollect,
25 that it was a -- like a chaotic -- chaotic type of

Page 65

17 (Pages 62 to 65)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

---

1  situation where it was too much going on, where,
2  say, the -- the medical department and the
3  security department, you can say they was like in
4  each other's way to whereas when the medical
5  people was trying to perform medical duties, the
6  officers were still there in the way restraining
7  when restraint wasn't needed, because all the time
8  period that he was out on the range, he wasn't
9  tussling, he wasn't wrestling, he wasn't doing too
10  much of nothing.
11         The closest thing you can say that he
12  did do was when he was being restrained, maybe
13  tried to turn his head to get into a position
14  where he can breathe, moving his neck to be able
15  to breathe.
16     Q.  Did you see him thrashing at all or
17  bucking, maybe his torso moving or anything like
18  that?
19         And I understand you were a distance
20  away from him and there was people standing around
21  up there.
22     A.  No.
23     Q.  Would you say you had a better view
24  of the corrections officers and the medical staff
25  or of Mr. Richardson?

Page 66

1  body laying flat and his head is up at this end
2  (indicating) and he's on -- this is his stomach on
3  the table (indicating), I could maybe not see
4  about this much of his body (indicating).
5     Q.  So the lower part of his body, which
6  was facing --
7     A.  The ground.
8     Q.  -- which was on the ground was what
9  you couldn't see?
10     A.  Right.
11     Q.  Okay.
12     A.  So it's like with my hand being here
13  or this part of my hand, this lower part right
14  here (indicating), say that wasn't visible because
15  of the lip of the range and being that he's up,
16  but I can see more than three-quarters of his
17  body.
18     Q.  And did any of the medical stuff or
19  corrections officers who were up there around him,
20  did any of them obscure your vision of him?
21     A.  The big guy, you can say he obscured
22  maybe some of his head or face area at times,
23  because I don't recall his face.  I don't recall
24  Mr. Richardson's face, but I -- but at one point I
25  do because I want to say they wiped his face off

Page 68

1     A.  All the above, because Mr. Richardson
2  is big enough to whereas say this table is the
3  range, the outer range (indicating), and the thing
4  of it is, is that he's all the way -- he's all the
5  way to the end of the range, and he's a big
6  fellow, so say I might not be able to see -- with
7  him laying on his stomach, I might not be able to
8  see, say, five to ten percent out of a hundred
9  percent of his body vertically on his body from
10  his, say -- the lower part that's on the range,
11  his pubic area is -- his pubic area and his chest
12  area is on the range -- on the -- the ground, and
13  we talking about from his chest to his back we
14  going to consider vertical, and upon that, I might
15  be out of view of seeing, say, five percent.  Out
16  of a hundred percent of his body, I might not be
17  able to see five to ten percent of it.
18     Q.  Of his upper body or total body?
19     A.  I'm talking about with me using my
20  badge and with my badge, we have this is his head
21  up at this -- at the top end (indicating) and this
22  is his legs at the bottom end (indicating), and we
23  talking about vertical here from the bottom of my
24  badge to the top of my badge, not the long way,
25  and we talking about say if this is his -- his

Page 67

1  or something.  They wiped his face off or
2  something, you know.
3         But some of both of the officers at
4  time periods would be obscuring certain parts of
5  his body, and it would have to be, say, like the
6  parts of their body that was on his body.
7     Q.  So there were times based on the
8  movement that you couldn't see all of his body.
9  Is that fair for me to say?
10     A.  Yes, sir, but I could see -- I could
11  see -- I could always see the middle of his back,
12  his upper back, some time periods not his feet,
13  some time periods his feet, because like I say,
14  they switched from one officer to another officer,
15  and that was primarily on the lower part of his
16  body, but at a time period, I want to say somebody
17  did switch with the officer at the top, the big
18  officer, but that might have been when they was
19  trying to give him a shot or when they was putting
20  him on the thing that they took him down the
21  stairs in, and I don't remember if that was a
22  sheet or a mattress or a blanket or what it was
23  that they took him down the stairs in, but I
24  recall a part of his body was like banging off the
25  stairs.

Page 69

18  (Pages 66 to 69)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

```
 1          I don't know if it was his head.
 2    Right now I can't recall if it was his head, but I
 3    remember seeing something.  It could have been his
 4    arm, could have been his head, could have been his
 5    foot, you know.  Something was banging off the
 6    stairs as they was taking him down the stairs.
 7          Q.  Well, let me ask you this:  From your
 8    vantage point -- you were a distance away.  We
 9    talked about that.
10          A.  Yes, sir.
11          Q.  And you were also below.
12          A.  Yes.
13          Q.  From your vantage point, do you think
14    you could tell -- honestly, could you tell the
15    difference between them hovering over him versus
16    them sitting on him?
17          A.  I could.
18          Q.  Why do you say that?
19          A.  Because when they switched position,
20    I recall there was another officer besides the big
21    guy and the dude -- the guy with the dark hair.  I
22    want to say it might have been a bald-headed
23    officer, but I'm not a hundred percent sure, and
24    he was shorter and looked in better condition,
25    that switched at the lower part.
```

Page 70

```
 1    And I could see the big officer --
 2    it's like you can tell when a person is straining
 3    doing something and when they're more relaxed, and
 4    it's like, say if you -- I used to lift weights a
 5    lot.  I used to power lift.  I can tell the
 6    difference from when I have the weight bar on my
 7    chest, the long bar, forty-five pound bar, where
 8    if I took it out of the rack and took it down and
 9    when I'm kind of resting it on my chest with no
10    strain to when I'm pushing it with strain
11    (indicating), and you can tell by -- I don't know
12    if that -- I don't think that's called cartilage,
13    but you can tell muscle flexing.  You can tell
14    when you see the indentation or the outline or
15    definition.  When a person's muscle is flexing,
16    you can see that.
17          You can see it in a person's face,
18    the strain or tension in a body compared to when
19    it's relaxed, and when the one officer was at his
20    head, you know, and he did like some bounce -- it
21    was a little bounce to it where it's like he -- he
22    was -- he was on his neck and head area, and I'm
23    able to tell by the angle of the body and the
24    grasp that it would take for you to have to keep
25    your balance to applying pressure as far as the
```

Page 71

```
 1    angles that you'll use on that bar (indicating),
 2    that range, from if I was just trying to hold him
 3    down, and I can tell now that he's not being
 4    defiant or rebellious or struggling or resisting
 5    where I can just apply a certain amount of
 6    pressure just to keep -- that I know I got him in
 7    place and if he starts doing something that I
 8    don't want him to do, I'm able to reapply that
 9    pressure compared to I'm just here, you know, like
10    okay, I got you.  This is me, I have you
11    restrained (indicating).
12          MR. HILL:  You might want to just
13    kind of explain what you're demonstrating to the
14    court reporter.
15          THE WITNESS:  Okay.  Right.  If I
16    have my hands on the table and I got my hands
17    there just to say, well, if this table getting
18    ready to fall or say the leg getting ready to fall
19    off and I'm preparing to catch it in case it does
20    to a constant pressure on the table (indicating)
21    to where it's -- I got my hands here just in case
22    and then if the table gets ready to fall, I can
23    apply pressure whereas my fingers will hump a
24    little bit with me applying pressure that I'm
25    seeing, and it's not just flat, it's a little hump
```

Page 72

```
 1    to it, and you can see the strain in my hand, the
 2    difference, the two differences.  I could tell
 3    when the officer was just applying pressure.
 4    BY MR. PREGON:
 5          Q.  You could see them flexing and you
 6    could see their hands from where you were at?
 7          A.  Not the hands, but in the arms, I can
 8    see the muscle, the con -- what's that word -- the
 9    contorting of the muscles in his arms.  You could
10    see the -- like when I'm flexing my arm right here
11    (indicating), you can see my -- this muscle
12    flexion compared to when it's relaxed
13    (indicating), you know.
14          And then also, in the big guy's face,
15    I could see it in his face because he was red in
16    the face and he was sweating and he had like a
17    grimace on his face like he was straining to do
18    something.
19          Q.  Okay.  Mr. Wayne, something else you
20    did when you were talking about putting pressure,
21    you were describing your hands, but I also saw you
22    kind of lean forward, too, right?
23          A.  Yes, sir.
24          Q.  So if you want to put pressure on
25    something, you're going to lean into it a little
```

Page 73

19 (Pages 70 to 73)

| | |
|---|---|
| 1 bit, aren't you? | 1 did that, that was the nursing staff? Or could |
| 2     A. You can, yes, sir. | 2 you tell the difference? |
| 3     Q. Okay. | 3     A. I know I would be able to tell the |
| 4       (Thereupon, an off-the-record | 4 difference, but it's just about the recollecting |
| 5 discussion was had.) | 5 of it. I don't -- I don't recall no officers |
| 6 BY MR. PREGON: | 6 trying to do that, but I don't -- I'm not a |
| 7     Q. At some point, you saw the medical | 7 hundred percent sure. |
| 8 staff come in? | 8     MR. HILL: And again, just to speed |
| 9     A. Yes, sir. | 9 things up a little bit, you might want to look at |
| 10     Q. And I guess, let's distinguish | 10 what you wrote down in your statement that day. |
| 11 between -- because there was paramedic staff that | 11     THE WITNESS: Okay. All right. You |
| 12 came in later -- | 12 know where that area might be at? |
| 13     A. From the street paramedics? | 13 BY MR. PREGON: |
| 14     Q. Right. | 14     Q. Well -- |
| 15     A. I don't recall them. | 15     MR. HILL: I'm not trying to -- just |
| 16     Q. You don't recall them, but you saw | 16 read the statement. I would read it. Okay? And |
| 17 like the emergency -- | 17 then we can -- I think we'll move a little bit |
| 18     A. Was it a male? | 18 quicker. I'm not -- if I'm interfering, let me |
| 19     Q. I think it would be from the fire | 19 know. |
| 20 department. They would have come in, gone up the | 20     MR. PREGON: I'll let you know, but I |
| 21 stairs. | 21 mean, I do kind of want to move things forward |
| 22     A. Well, do you recall their | 22 here, but I also want to give him a chance, I |
| 23 nationality? Was they both Caucasian or was one | 23 mean, if he wants to remember. |
| 24 Caucasian and one black? | 24     MR. HILL: Okay. |
| 25     Q. I don't know. Off the top of my | 25     (Pause in proceedings.) |
| Page 74 | Page 76 |
| 1 head, I can't remember. | 1     THE WITNESS: Yeah. |
| 2     THE WITNESS: Do you recall, Miss? I | 2 BY MR. PREGON: |
| 3 ain't going to remember your name. | 3     Q. Just let me know after you read |
| 4     MR. HILL: He just wants to know what | 4 through that. |
| 5 you remember. | 5     (Pause in proceedings.) |
| 6     MR. PREGON: Yes. | 6     THE WITNESS: Okay. |
| 7     MR. HILL: We've got a video of all | 7 BY MR. PREGON: |
| 8 this. | 8     Q. Okay. Now, from your written |
| 9 BY MR. PREGON: | 9 statement, I mean, you've identified CO Mayes as |
| 10     Q. Yeah. I just want to make sure you | 10 the one you kind of write on here a couple times |
| 11 can distinguish that there was nursing staff that | 11 that he put his knees on the inmate's head, neck, |
| 12 came in first and then the paramedics came in | 12 and shoulders. |
| 13 later. | 13     Do you remember anybody else |
| 14     A. Uh-hum. | 14 besides -- and I understand there was some |
| 15     Q. But you said you don't remember the | 15 confusion as to whether or not you remember which |
| 16 paramedics coming in? | 16 one Mayes was. You know Mayes was the big one. |
| 17     A. I recall either two or three nurses. | 17     A. Okay. |
| 18 I think it was three. I think it was one nurse | 18     Q. Did you see anybody else besides that |
| 19 there already and then two more came in and | 19 one CO you said put his knees on the inmate's |
| 20 then -- but it was like a -- maybe in that area, | 20 head, neck, and shoulders? |
| 21 it was a constant -- like a two -- two of them. | 21     A. Uh-hum. |
| 22     Q. They're the ones that tried to | 22     Q. Is that the only one you saw do that? |
| 23 administer the shots, right? | 23     A. No, because like I said, they |
| 24     A. Yes, sir. | 24 switched up, and it would have to have been |
| 25     Q. Okay. That wasn't the officers that | 25 Stumpff -- Stumpff that one time period. |
| Page 75 | Page 77 |

20 (Pages 74 to 77)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff          Keith O. Wayne

1     MR. HILL:  I think that is written on
2  there, too, Jamey.  Second-to-last line.  Or at
3  least that's the way I read it.
4  BY MR. PREGON:
5     Q.  As I read this last line, it says,
6  then Officer Mayes moved the nurse and put his
7  knees on -- on the inmate's head, neck, and
8  shoulders.  Officer Stumpff.  Then Mayes got back
9  on him.  Both used the rail like leverage to apply
10  pressure.
11     Do you see where I read that?
12     A.  Yes, sir.  Yes, sir.
13     Q.  So like Mr. Hill said, is it CO
14  Stumpff, then Mayes that you saw --
15     A.  Yes, sir.
16     Q.  -- or is that supposed to be just
17  Mayes?
18     A.  No.  Stumpff, too.
19     Q.  Had you had any encounters with
20  either CO Stumpff and CO Mayes before this
21  happened?
22     A.  No, sir.  And I want to say that the
23  big one I liked.  I want to say I liked him
24  because I want to -- see, with the amount of time
25  that I've done incarcerated, I don't look at

Page 78

really soft, and then they use the badge and the
2  gun and the whole group of them and they -- they
3  portray themselves as tough and they will talk
4  to -- say like -- say if I were to say my opinion,
5  because I know my capabilities, I boxed Golden
6  Gloves, I wrestled All-State, I've coached
7  wrestling -- and that's another thing with my
8  case.  I can't do that kind of stuff.  I can't be
9  around kids.  People be talking about you're a
10  rapist.
11     But anyway, I've coached wrestling
12  and et cetera, and when I was a young guy,
13  thirteen years old, I've been in a gang, you know,
14  and I've been in multiple fights, and I lost very,
15  very, very few.  I've took martial arts, all that.
16     So the average officer, police
17  officer, deputy sheriff, correction officer, they
18  ain't got a chance with me, but they would talk
19  crazy to me because lack of better term, they're a
20  gang as well and it's just that their gang is
21  bigger and it's sanctioned by people that created
22  the rules.
23     So anyway, there are officers that I
24  look at and I know that, one, he conducts himself
25  with me as a man.  He don't see me as

Page 80

everybody as a whole.  I don't look at people in a
2  bad light to where -- whereas officers on the
3  street, there's plenty of good officers on the
4  street, police officers, but you can quote me,
5  it's some -- I wish I can use the lack of better
6  terms, but it's some negative officers as well out
7  there as well as some deputy sheriffs in the
8  county jail as well as correctional officers in
9  the institutions.
10     I try to find the good, and upon me
11  finding the good, I like to communicate.  I'm a
12  sociable person, and the big -- and that note
13  pertaining to in jail is that back in the day, you
14  had officers that -- that dealt with stuff in a
15  man-type mannerism, and that's -- and I say that
16  to say that they don't need the whole group to be
17  tough.
18     They -- you know, if they have a
19  problem with you, they going to speak to you like
20  a man and they going to conduct the situation like
21  a man.
22     Then you got officers that in all
23  sincerity, in high school, junior high school and
24  everything, they lunch money was constantly
25  tooken.  They was constantly bullied and they

Page 79

inmate/officer.  He deals with me first as a man,
2  and that first gets my respect.
3     Then I know in all sincerity, without
4  all his friends around, he will -- he will handle
5  hisself like a man with me.  Then there's officers
6  that's not like that.
7     The big one, the way he conducted
8  hisself the time periods that I done been in his
9  presence and what I've seen of him, I had a liking
10  of him because I seen a man, not a coward, not a
11  guy -- and cowards come in packs, lots of gangs,
12  Crips, Bloods, and all that stuff, but in the
13  correction office situation, police officer,
14  deputy sheriff, it's a lot of cowards there, a lot
15  of them, you know, and --
16     Q.  What kind of guy was Stumpff?  Did
17  you have an opinion of him?
18     A.  The little one with the dark hair?
19  He was --
20     Q.  If that's --
21     A.  -- he was a coward, he was a coward.
22  I know a man when I'm dealing with a man, and I
23  respect them because they give me respect, and I
24  don't do no ass -- I mean, excuse me -- I don't do
25  no -- no rectum kissing.  I don't do that.

Page 81

21  (Pages 78 to 81)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

```
 1        MR. HILL:  That sounded a lot worse
 2   than what you were actually going to say.
 3        THE WITNESS:  Yeah, right, but the
 4   big guy, he was a stand-up guy, so I don't have --
 5   I don't have -- even with what I've heard, but
 6   upon what I heard, I didn't hear -- I didn't hear
 7   he was racist or anything.
 8        It might just be a case of you
 9   conduct yourself unmanly like and he's going to
10   treat you like such.  So that's what I've kind of
11   heard as far as I say, when I heard he done put
12   his hands on guys before, and I wasn't saying that
13   in a mannerism that it was just inmates or -- I
14   don't think it was just inmates.
15        I think like you catch him in a bar,
16   you get on his bad side and he going to handle
17   you, period.  He just a man about his business.
18   You feel me?  Oh, I'm about to go -- anyway --
19   BY MR. PREGON:
20        Q.  All right.  Let's -- all right.  At
21   some point in time, Mr. Richardson passed away up
22   on the range?
23        A.  Yes, sir.
24        Q.  When that happened, kind of walk me
25   through what you saw.
```

Page 82

```
 1   needle and then I don't know if they even tried to
 2   administer the second needle, but through that,
 3   then it's like he's there, he's just laying there,
 4   and they put a sheet over him, and I don't know if
 5   they put it over -- over his head, but they put a
 6   sheet on him, and it might have been just here
 7   (indicating) or it might have been all the way
 8   over him (indicating).
 9        And it's like they was standing
10   around communicating and then they went to
11   transfer his body, and I don't know if they put
12   him on a sheet or one of them -- I don't think
13   it could have been a -- it couldn't have been a
14   boat, so it either had to have been a sheet or a
15   body bag or something like that, because whatever
16   it was that they was transferring him on, it had
17   to have enough give to it to where something was
18   banging on the steps, either his head, his arm, a
19   foot, you know, something either hanging or -- you
20   know (indicating) or his feet, something.  They
21   just was dragging him down the stairs.
22        Q.  That's as they were taking him out?
23        A.  Yes.
24        Q.  After he'd passed?
25        A.  Right.
```

Page 84

```
 1        A.  Well, I seen them come with one shot,
 2   and it wasn't successful in my opinion of what I
 3   seen.
 4        Q.  Could you see what happened with the
 5   shot, with the first shot?
 6        A.  I can't remember where they was
 7   trying to stick him at, but I seen them come and
 8   it was like they was trying to give him a shot,
 9   and I don't know if the needle bent or broke or if
10   it couldn't penetrate his clothes or if there was
11   no response, but they came with the shot, and it
12   was like the nurses was communicating with each
13   other like, well, it ain't working or something,
14   it ain't -- it ain't go through or it ain't
15   penetrate or it ain't -- or the needle broke or
16   this ain't the right medicine or whatever it was.
17        And they squirted one of the
18   needles -- they squirted one of the needles to see
19   like the stuff coming out.  I don't know if that
20   was the first needle or the second needle and I
21   don't recall specifically what happened with the
22   needles, but something wasn't right, something
23   wasn't right.
24        Q.  Okay.
25        A.  Because they had to come with another
```

Page 83

```
 1        Q.  Do you know if they carried him out
 2   headfirst or feetfirst, or could you tell because
 3   he was covered up?
 4        A.  I want to say it would have been
 5   feetfirst.
 6        Q.  Are you guessing?
 7        A.  Yes.
 8        Q.  Okay.
 9        A.  I'm partially guessing, but I'm
10   guessing upon what I'm believing that I'm seeing
11   in my memory, upon what I've seen.
12        Q.  Okay.  Did it look to you that the
13   officers were trying to hold him for the nursing
14   staff to deal with?
15        Is that what you thought was going
16   on?
17        A.  Huh-um, because even before the
18   nursing staff came, I didn't see no -- he was not
19   struggling.  It almost appeared like they killed
20   him fast, like the on-the-neck -- the
21   knee-on-the-neck stuff, like this had already took
22   him out, like he had already passed early on and
23   all the other stuff that came up behind that, like
24   he was already passed where it wasn't nothing to
25   restrain.  There wasn't nothing to restrain.
```

Page 85

22  (Pages 82 to 85)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1    Q.  You think that happened fast?
2    A.  I think that -- yeah.
3    Q.  Okay.
4    A.  Because all the time period I seen,
5    he wasn't struggling.  He wasn't being disobedient
6    or rebellious or anything at the time.  He wasn't
7    struggling.  He wasn't disobeying a direct order.
8    It wasn't like he was not complying.
9    Q.  Okay.  And you're not sure if you
10   witnessed the whole thing or, you know, part of
11   it; is that fair for me to say?
12   A.  Yes, sir, it's fair, because -- I'll
13   say it's fair because I'm not a hundred percent
14   sure about that sitting in the cell --
15   Q.  The part at the beginning?
16   A.  -- but it's some -- it's sitting
17   there, it's sitting in my brain, it's sitting in
18   my head, and it's making me like -- I'm forcing
19   myself to question myself about that because I
20   don't want to say nothing that I'm not a hundred
21   percent sure about, and that -- and -- and -- and
22   I'm forcing myself to say, are you sure you seen
23   that or was that a recollection upon what somebody
24   said to me.
25   But what I keep recollecting is

Page 86

1    something that I seen, and I don't -- it don't
2    make sense, you know, because it's like I can see
3    his dark -- because he's a dark-complected guy.
4    I'm seeing this dark-skinned male sitting on the
5    floor of the cell like he's trying to get hisself
6    together, like what happened or, you know, it's
7    like he's shaking his head like, you know, he's
8    kind of out of a stupor, out of a slump, out of a
9    fog.
10   This is what I keep seeing.  I'm
11   seeing him sitting on the floor with his back
12   against the wall with his bunkie sitting there and
13   maybe the officers at the door and maybe telling
14   him to come out, and maybe he's not able to comply
15   because he's not all the way cognigent (sic), he's
16   not all the way there, and so I don't know.
17   Q.  Okay.  Could you hear any of the
18   interaction between the officers and the medical
19   staff, the nursing staff there?
20   A.  No, because I want to say they was
21   speaking in hushed tones and hushed-type volume,
22   like what happened?  I don't know.  Did you -- you
23   know, that type of a hushed tone (indicating).
24   Q.  What about interaction among the
25   officers?  Could you hear anything they were

Page 87

1    talking about or saying?
2    A.  No, sir, but I seen -- you know, I
3    could tell that there was a bunch of communication
4    going on.  I can tell that they was talking, I can
5    tell that they was talking, and I can tell like
6    the -- the white -- the lieutenant, sergeant,
7    captain, I'm not sure what the ranking of the
8    white shirts was, but it seemed like they was
9    trying to communicate to get an understanding of
10   what all done happened, and it's where he would be
11   able to -- when he have to supply his report,
12   that, you know, well, this officer said this to
13   me, this officer said that to me, and at the time
14   period when I got there, I observed X, Y, and Z,
15   you know, to where he was trying to, you know,
16   circle the wagons and get an understanding of what
17   all just happened.
18   Q.  Did you see any of the officers or
19   nurses joking around or, you know, making jokes or
20   laughing or anything like that?
21   A.  I -- I -- I seen some -- I seen
22   some -- I seen some -- you know, some snickering,
23   some giggles and stuff, I did see that.  I didn't
24   see -- I seen some outside-of-somber mentality and
25   et cetera.  I seen some, I recall, I recall, yeah,

Page 88

1    yeah.
2    Q.  But you couldn't hear what they were
3    saying or anything like that?
4    A.  No, no.  I recall everybody was not
5    in a somber mood.
6    Q.  When you say everybody, you don't
7    mean all of them?
8    A.  No, not all of them.
9    Q.  Okay.
10   A.  I just recall -- I don't recall who
11   it was, but I recall some people -- I remember
12   hearing some giggling.  I don't know what it was
13   about, you know, if it was pertaining -- I doubt
14   if it was about the situation, or it could have
15   been -- you know, it could have been about
16   something they seen on TV the night before or
17   whatever, but somebody might have passed gas,
18   like, well, you was trying to hold him down and
19   you passed gas, ha-ha-ha.  I don't know what it
20   was about, you know.
21   Q.  Right.  Was it after they had taken
22   Mr. Richardson out after he had passed that you
23   guys were let out of your cells and went down and
24   talked to the detectives?
25   A.  Yes.  Yes, sir, it was later.

Page 89

23  (Pages 86 to 89)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                Keith O. Wayne

---

1    Q.  Okay.  And on your written statement,
2  it says, Officer -- it was Sergeant Stephens.  Do
3  you remember who Sergeant Stephens was?
4    A.  Huh-um.  Who was that?
5    Q.  Well, I assume that's the one --
6    A.  Oh, the one who interviewed me?
7    Q.  -- yeah, who took your statement.
8    A.  Yeah.  I don't know who -- I don't
9  know who that was.
10    Q.  Was it more of a group discussion or
11  was it a one-on-one with somebody?
12    A.  One-on-one.
13    Q.  Okay.  And at the time you wrote this
14  statement out, had you already had the chance to
15  speak with some of the other inmates who were
16  milling around?
17    A.  No, sir.
18    Q.  And you said you remember one was
19  kind of going off?
20    A.  Yes, sir.  I can just see the motions
21  and the energy through the slot in his door, you
22  know, like (indicating) --
23    Q.  He was still in his cell when he was
24  going off?
25    A.  Yeah.

Page 90

---

1    Q.  How did you know he was a nurse?
2    A.  Because I forgot, but I was taking --
3  I was getting meds for something, Band-Aid, A&D
4  ointment or something, cut, and -- or ibuprofen or
5  something my back, or I don't remember exactly
6  what it was, but I had -- and then also, you have
7  to remember, I had been in the county for at
8  least -- I did about seven months in the county,
9  so I'm seeing them come in for different people
10  for the medications and stuff, and I remember --
11  did I say he was large?  Did I say he was large?
12    Q.  Uh-hum.
13    MR. PREGON:  Yeah.
14    THE WITNESS:  Yeah.  He's a bigger
15  guy, and I can probably describe because he's not
16  that tall.  He might be maybe five ten.  He's
17  about my height, maybe shorter, I can't recall,
18  heavyset guy, and I want to say he had some
19  Reeboks.
20    You remember the Reeboks with the --
21  the wiggly soles, all the soles are zigzag and
22  stuff like that, they call it?
23  BY MS. STARTS:
24    Q.  Uh-hum.
25    A.  But I remember he had some of them

Page 92

---

1    MR. PREGON:  Okay.  Mr. Wayne, at
2  this point, I'm going to go ahead and let the
3  other attorneys ask you questions and then I may
4  have some follow-ups after that.  Okay?
5    THE WITNESS:  Yes, sir.
6    MR. PREGON:  All right.
7    CROSS-EXAMINATION
8  BY MS. STARTS:
9    Q.  My name's Carrie, and I represent the
10  nursing staff.  Okay?
11    A.  Yes, ma'am.
12    Q.  And so I have just some particular
13  questions about what you witnessed related to the
14  nursing staff.
15    A.  Yes, ma'am.
16    Q.  It wasn't clear to me when you were
17  testifying if you heard any statements made by the
18  nursing staff.
19    A.  No, ma'am.
20    Q.  Okay.  On your written statement, you
21  indicate that there was a large male nurse by his
22  head.
23    A.  Yes, ma'am.
24    Q.  Had you ever seen this nurse before?
25    A.  Yes, ma'am.

Page 91

---

1  kind of shoes.  Caucasian.
2    Q.  Okay.  You state that the large male
3  nurse at the inmate's head -- you have the large
4  male nurse at the inmate's head kept wiping his
5  face and trying to restrain his head.
6    A.  Yes.
7    Q.  What did you mean by restrain his
8  head?
9    A.  In pertaining to recollection and
10  trying to -- what makes sense to me, he might have
11  been -- Richardson might have been moving his
12  head, you know, during a time period -- one time
13  period saying, I can't breathe or whatever, and I
14  think he was sweaty, Richardson had to have been
15  sweaty, and the nurse kept wiping his face, and
16  he -- I want to say he put something up under his
17  head.
18    Q.  Right.  Your statement indicates he
19  put a towel under his head.
20    A.  Okay.  Yes.  He put something up
21  under his head.
22    Q.  And you say, to try to cushion his
23  head from the floor is what your statement says.
24    A.  I don't know.  I guess that's what he
25  would -- the only thing that would make sense to

Page 93

---

24  (Pages 90 to 93)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

| | |
|---|---|
| 1   me is that -- to put something up under his head | 1   was trying to hold his head still but he wasn't |

1   me is that -- to put something up under his head
2   would be to cushion his head from the floor.
3       **Q.  When you said he was -- he restrained**
4   **his head, did you mean that he put pressure on it**
5   **or --**
6       A.  He might have held it.  Hold on.
7   Give me a second.  He might have -- no.  I'm not
8   saying pressure.  I would just say he -- he was
9   like maybe keeping his head from moving or
10  anything.
11      **Q.  Okay.  Did you see an oxygen mask?**
12      A.  No, ma'am.
13      **Q.  Did you see any attempt to place an**
14  **oxygen mask on Mr. Richardson's face?**
15      A.  No, ma'am, but I would say this:
16  It's possible, you know, the -- no, they didn't
17  have one of them because I was thinking they might
18  have had that one oxygen mask that -- with the
19  bubble to it that you do that (indicating).
20      **Q.  Uh-hum.**
21      A.  But no, I don't recall no oxygen
22  mask.
23      **Q.  Okay.  After the nurses arrived on**
24  **the scene, did you witness that a nurse was in the**
25  **pod during the entire interaction once they were**

Page 94

1   was trying to hold his head still but he wasn't
2   thrashing or anything, but when they was trying to
3   give him a shot -- when they was trying to give
4   him a shot, they -- they was in there hands-on,
5   and maybe even before the shot, maybe a nurse was
6   kneeling by.
7       A nurse may have been kneeling --
8   kneeling by with her hands, but not -- not the
9   upper torso.  Maybe the middle/lower torso area.
10  It may have been a nurse kneeling -- it was a
11  nurse kneeling by.  It was a nurse kneeling by to
12  where his -- and it was the same nurse that was
13  standing up against the wall at one time period,
14  because it's like I want to say they would go to
15  do something and then back away, you know, maybe
16  go to try to help and then back away.
17      It was -- it was -- it was -- it was
18  nurses there.  It was the big male nurse that was
19  wiping the head.  He was -- he was -- he was
20  moving around.  The big male nurse, he didn't just
21  stay at the head area.  He didn't just stay at the
22  head area, because I want to say it was him and
23  maybe two other female nurses that was there
24  because I remember the one female nurse was there
25  and when they had tried to apply the shot and

Page 96

1   on the scene?
2       A.  Yes, ma'am.  It was multiple nurses
3   in there.
4       **Q.  Was there --**
5       A.  Early on it was a nurse had came in
6   there, and she was standing -- it would be closer
7   to the cells to the right, higher -- higher past
8   his head.
9       So like if I -- if -- if this was him
10  (indicating), this table was him, she would have
11  been -- and this is his foot (indicating), she
12  would have been further back, at least back
13  against the window, this window here (indicating),
14  and up toward his head, but she wasn't on hand at
15  the time.
16      **Q.  Would you agree, based upon what you**
17  **witnessed, that the nursing staff was not involved**
18  **with the restraint process?**
19      A.  The restraint?
20      **Q.  The restraint process.**
21      A.  The one big nurse.
22      **Q.  Okay.  And how would you say he was**
23  **involved?**
24      A.  He was wiping his head and put
25  something under his head -- under his head, and

Page 95

1   something didn't happen right, the other nurse
2   that was there went to go get the other shot,
3   maybe another female nurse.  So it could have been
4   up to three female nurses that came along at that
5   time throughout the whole thing.
6       **Q.  Would you agree that during this**
7   **process, Mr. Richardson was never facedown --**
8       MR. HILL:  Objection.  You can
9   answer.
10  BY MS. STARTS:
11      **Q.  -- from what you saw?**
12      A.  No.  He was facedown.
13      **Q.  You think he was facedown, not head**
14  **to the side?**
15      A.  It was -- his head was -- his head
16  was to the side.
17      **Q.  With one ear to the floor is what I'm**
18  **describing.**
19      A.  I would say his head was to the side.
20      **Q.  Okay.**
21      A.  It was to the side.
22      **Q.  You mentioned that your cousin's**
23  **wife's sister is a nurse.**
24      A.  Yes.
25      **Q.  Did you mean at the jail?**

Page 97

25  (Pages 94 to 97)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff   Keith O. Wayne

| | |
|---|---|
| 1   A. Yes, ma'am.<br>2   Q. And what is her name?<br>3   A. I don't know if I want to provide<br>4 that information because I wouldn't want no type<br>5 of pressure or anything --<br>6   Q. Was she involved in this incident?<br>7   A. No, ma'am. I don't -- I don't recall<br>8 seeing her there.<br>9   Q. Do you know if she has any<br>10 information about this incident?<br>11   A. Probably from communicating with his<br>12 coworkers.<br>13   Q. And you won't provide her name?<br>14   A. I don't want -- I don't -- I'm not<br>15 trying to get nobody in no kind of trouble. I<br>16 shouldn't have said his name.<br>17   Q. Had you ever talked to Mr. Richardson<br>18 prior to this incident?<br>19   A. No, ma'am, I hadn't never laid eyes<br>20 on him, that I recall. I don't know what he<br>21 looked like even to this day to whereas I may --<br>22 may have seen him before, may know him, but I<br>23 don't know.<br>24   I would have to see a picture of him,<br>25 because I seen him from afar (indicating), but I<br><br>          Page 98 | 1   Q. Just a few to follow up, make sure<br>2 I'm following it. You got your statement here?<br>3   A. Yes, sir.<br>4   Q. Okay. I brought --<br>5   A. Is this one with the stamp on it for<br>6 me to keep?<br>7   MR. PREGON: No, no, no, no.<br>8 BY MR. HILL:<br>9   Q. No. That'll go to her, but hold on<br>10 to it because I just want to show you -- and I<br>11 think I understand the process. This one has a<br>12 different -- it's the same document, it looks like<br>13 (indicating). Okay?<br>14   A. Uh-hum.<br>15   Q. But it doesn't have the signature<br>16 information from the sergeant up top, I think that<br>17 is.<br>18   MR. HILL: Do you mind if I shut this<br>19 door?<br>20   MR. PREGON: Yeah. Go ahead. Let me<br>21 look at this.<br>22   MR. HILL: Yeah. That was in our<br>23 file. It's got a different Bates number on it, so<br>24 I think there were two copies in the file when you<br>25 shipped them over.<br><br>          Page 100 |
| 1 don't think I know him, but I mean, it's a<br>2 possibility because I know a lot of people in<br>3 Dayton. I know a lot of people, but I don't -- I<br>4 don't -- I don't know him.<br>5   Q. You mentioned that at some point in<br>6 time, that there were attempts made to put<br>7 Mr. Richardson on his side.<br>8   Was that after the medical staff came<br>9 on site?<br>10   A. Yes, ma'am. It was after medical<br>11 staff came on site and a little time period after<br>12 that, even after they was there, and it was like<br>13 they was trying to hold him on his side because he<br>14 was already gone, but it was like putting him on<br>15 his side and trying to hold him on his side.<br>16   Q. And who was trying to hold him on his<br>17 side?<br>18   A. I want to say it was the officer or<br>19 maybe the big guy, the medical guy.<br>20   MS. STARTS: Okay. I don't have any<br>21 other questions.<br>22   MR. PREGON: Do you have any<br>23 questions?<br>24     CROSS-EXAMINATION<br>25 BY MR. HILL:<br><br>          Page 99 | 1   MR. PREGON: Okay. There you go.<br>2 BY MR. HILL:<br>3   Q. But if you take a look at this,<br>4 Mr. Wayne, it looks like the same document, right?<br>5   A. Uh-hum, looks like it.<br>6   Q. It's your writing? I think the one<br>7 that's Exhibit A is a little bit lighter because<br>8 of the photocopying, but everything else is the<br>9 same, right?<br>10   A. Yes, sir. Yes, sir.<br>11   Q. So let me ask you, and Mr. Pregon<br>12 asked you about this earlier, but the process for<br>13 completing this form, were you given a blank<br>14 document and then you filled it out on your own?<br>15   A. Yes, sir.<br>16   Q. Okay. And did you give that, then,<br>17 to the sergeant, who then signed off on it and<br>18 dated it in the top right corner?<br>19   A. Yes, sir.<br>20   Q. So that would have been the date you<br>21 completed it was May 19th --<br>22   A. Yes, sir.<br>23   Q. -- 2012?<br>24   So right within the same day, right<br>25 after this incident occurred?<br><br>          Page 101 |

26 (Pages 98 to 101)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

1      A.  Yes, sir.
2      Q.  So this was fresh in your mind when
3  you saw this?
4      A.  Yes, sir.
5      Q.  And I want to ask you a few
6  questions, then, about what you wrote here and
7  some of the things that you've already described,
8  but understand that I want to talk about the
9  things that you said you remember with a hundred
10  percent certainty, things that you can form in
11  your own mind.
12      You talked about being able to look
13  from your vantage point in your cell and looking
14  up, and you could tell the difference between
15  somebody who's hovering over someone or these
16  officers putting force or pressure on
17  Mr. Richardson, correct?
18      A.  Yes, sir.
19      Q.  And you said you could tell that
20  there was pressure being applied, and you say this
21  in your statement as well, but there was pressure
22  being applied to Mr. Richardson's head, neck, and
23  shoulders by CO Mayes; is that correct?
24      A.  Yes, sir.
25      Q.  That's what you saw?

Page 102

1      A.  Yes, sir.
2      Q.  And you said you could see that
3  because there were muscles straining or you could
4  see flexing from Mr. Mayes?
5      A.  Yes, sir.
6      Q.  And when you were seeing Mr. Mayes
7  apply that pressure to Robert Richardson's head,
8  neck, and shoulders, was Mr. Richardson belly
9  down, facedown (indicating)?
10      A.  Yes, yes.
11      Q.  And then you say that Mr. Stumpff, CO
12  Stumpff, you had a -- you were able to witness him
13  engaging in the same behavior as Mr. Mayes?
14      A.  Yes, sir.
15      Q.  And you were able to confirm from
16  watching him, his movements, his facial
17  expressions or his arms flexing, that he was
18  applying pressure?
19      A.  Yes, sir.
20      Q.  And that pressure was being applied
21  to Mr. Richardson's head or neck or shoulder area?
22      MR. PREGON:  Objection.
23  BY MR. HILL:
24      Q.  And when you saw Mr. Stumpff apply
25

Page 103

1  pressure, was Mr. Richardson, once again, belly
2  down?
3      A.  Yes, sir.
4      Q.  And then in your statement, you
5  describe and you talked about earlier in response
6  to the questioning of Mr. Pregon that Mr. Mayes
7  then resumed or continued applying pressure to
8  Mr. Richardson?
9      A.  Yes, sir.
10      Q.  And you described that Mr. Mayes you
11  saw put his knee on the back of Mr. Robert
12  Richardson's neck; is that correct?
13      A.  Yes, sir.
14      Q.  And when you saw that, what you were
15  describing, was Mr. Richardson once again -- was
16  he belly down on the ground?
17      A.  Yes, sir.
18      Q.  And you described earlier that --
19  well, let me ask you, there was a period where you
20  described that after pressure was applied for some
21  time, Mr. Richardson essentially stopped moving.
22      A.  He had never been moving.
23      Q.  I'm sorry, but I mean, it looked like
24  it was over as far as Mr. Richardson's life,
25  correct?

Page 104

1      A.  Yes, sir.  It looked the same from
2  the beginning to the end.
3      Q.  And you described that you saw
4  before -- was it before Mr. Richardson was rolled
5  over that you were talking about that you saw
6  Mr. Mayes have his knee in the back of
7  Mr. Richardson's neck?
8      A.  Yes.
9      Q.  Okay.  And then sometime after that
10  was this -- you talked about him being secured or
11  tried to be rolled over onto his side by some of
12  these people?
13      A.  Yes.
14      Q.  Early on you did hear some expression
15  coming from the direction of Mr. Robert Richardson
16  saying, I can't breathe.
17      Do you remember describing that?
18      A.  (Nodding head up and down.)
19      Q.  Yes?
20      A.  (Nodding head up and down.)  Yes.
21  Oh, yes.
22      Q.  You're shaking your head, but the
23  court reporter's got to type it down.
24      A.  Yeah.
25      Q.  When you heard that expression, I

Page 105

27  (Pages 102 to 105)

Mike Mobley Reporting
800-894-4327

1   can't breathe, that was early on when you first --
2   your attention was drawn up to that area --
3       A. Yes.
4       Q. -- where there was this commotion
5   outside of Mr. Richardson's cell?
6       A. Yes.
7       Q. And then after that, you observed the
8   force and the pressure that we just talked about
9   from Mr. Mayes and Mr. Stumpff?
10       A. Yes. And to allow me to verify and
11   clarify, to quote something, is that pertaining to
12   not being able to breathe, I want to be sure about
13   that, and so I will say this: It was either he
14   screamed that he can't breathe or grunted it out
15   or somebody in the cell said, he can't breathe.
16       Q. Either way, you heard --
17       A. I heard that.
18       Q. -- you heard it coming from that
19   direction as this commotion --
20       A. Yeah. It would have been either him
21   or his neighbor.
22       Q. And it would have been while these
23   officers had Mr. Richardson on the ground?
24       A. Yes.
25       Q. Okay. You talked about having a

1   cellmate, and I think you referred to him as
2   Cornbread?
3       A. Yes.
4       Q. There is another statement we have in
5   the file of an individual named Michael Lee
6   Layman, and there's a cell number 434, D pod, and
7   I think that's your cell number as well, right?
8       A. Right, right.
9       Q. Do you know if this individual, this
10   Michael Layman, Layman, if that's Cornbread? Are
11   you able to identify that at all other than the
12   fact that this person had the same cell number?
13       A. Is it okay for me to look at that?
14       Q. Sure.
15       MR. PREGON: Yeah.
16       THE WITNESS: Okay.
17       MR. PREGON: I will object if you're
18   going to ask him any questions about what's in
19   that document as hearsay, but if you're just
20   asking him about the name --
21       MR. HILL: Sure. I'm going to ask
22   him about the name and a few things he observed,
23   but I understand your objection.
24       (Pause in proceedings.)
25       THE WITNESS: Yeah. I don't --

1   Michael Layman, I don't know.
2   BY MR. HILL:
3       Q. You're not sure if that's the
4   individual?
5       A. Yeah.
6       Q. Let me ask you a few things just in
7   case sometime down the road we get to meet your
8   cellmate or pod member.
9       When you were looking out the
10   window -- I just wanted to make sure I understood
11   it -- Cornbread, your cellmate at the time, was a
12   couple inches taller than you?
13       A. Yeah.
14       Q. So he had the ability to like kind
15   of -- you were both able to look simultaneously?
16       A. Right.
17       MR. PREGON: Objection, but go ahead.
18   I may have to object from time to time, but
19   there's no judge in here --
20       THE WITNESS: I understand.
21       MR. PREGON: -- so nobody's going to
22   tell me up or down on it.
23   BY MR. HILL:
24       Q. And as we're looking at the door
25   here, as we described, it's a wood kind of office

1   door but it's got this long rectangular window,
2   right?
3       A. Yes, sir.
4       Q. Just describe, then, to me where you
5   would have been positioned and where your cellmate
6   would have been positioned and just describe it
7   with respect to the door.
8       A. I would have been standing in front
9   to the left of the door and my cellie would have
10   been standing in front to the right behind me of
11   the door, and he would have been able to see up
12   over my head and then I would have shifted to the
13   right in front of the door, he would have shifted
14   to the left behind me in front of the door.
15       Q. So it sounds like -- you tell me --
16   during the entirety of this event, were you able
17   to see out the window?
18       A. All the time.
19       Q. Okay. If you could, what I showed
20   you earlier, which appears to be your statement
21   without the signature of the officer and a Social
22   Security number and a date of birth, can you just
23   identify that for the record, that that's a copy
24   of your statement that you created?
25       A. That is a copy of my statement.

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

---

1      MR. HILL:  Let's just mark it.  Do
2   you want to do it as Defendants' Exhibit B or a
3   Plaintiffs' exhibit just so we have it for the
4   record?
5      MR. PREGON:  Is there a reason?
6   Because --
7      MR. HILL:  Only because we just
8   talked about it.  I don't want to look back on the
9   deposition six months from now and say what were
10  we talking about.
11     MR. PREGON:  Yeah.  Go ahead.
12     MR. HILL:  And we'll just mark
13  that -- do you want to do Plaintiffs' Exhibit,
14  though, or Defendants' Exhibit B just to keep
15  it --
16     MR. PREGON:  Let's just do
17  Defendants' Exhibit B.  That's easier.
18     (Thereupon, Defendants' Wayne
19  Deposition Exhibit B, Mr. Wayne's 5/19/12
20  handwritten statement without DOB, SSN, Officer,
21  and location, was marked for purposes of
22  identification.)
23     MR. HILL:  I'm done.
24     FURTHER CROSS-EXAMINATION
25  BY MR. PREGON:

Page 110

---

1      Q.  I've got a couple of follow-ups,
2   though.  Mr. Wayne, is it fair for me to say that
3   you can't identify by name which officers were
4   positioned where when it came to Mr. Richardson up
5   on the range?
6      You couldn't look at a picture and
7   say, yeah, that was Stumpff here, that's --
8      A.  Yeah, I could do that.
9      Q.  You could do that?
10     A.  Yeah.
11     Q.  But do you know the names of anybody
12  else who was up there?
13     A.  No, sir.
14     Q.  So I guess that's what I'm saying.
15     I know two names now because of
16  y'all, that's Stumpff and Mayes, but it was
17  somebody else, it was another officer.
18     Q.  It was another officer that what?
19     A.  That was trading places with them at
20  the foot, at his foot.
21     Q.  Okay.  Okay.
22     A.  Only two people was at the head, that
23  was Stumpff and Mayes, but it was another officer
24  also.  When -- when -- when Stumpff wasn't holding
25  his legs, it was another officer down there.

Page 111

---

1      Q.  Now, there's video evidence and
2   there's testimony from the guys who were up on the
3   range that there was somebody on each of his
4   shoulders, somebody at the head, and then somebody
5   at the feet.
6      Would you argue with that if you saw
7   a video and you could actually see who was where?
8      A.  No, I wouldn't be able to argue, not
9   against a video.
10     Q.  Right.  Okay.  I guess that's what
11  I'm asking.  The video shows what it shows.
12     A.  Yes, sir.
13     Q.  The whole time that you were
14  watching, was that big guy who you say is Mayes,
15  was he there that whole time you were watching?
16     A.  Yes, sir.
17     Q.  Okay.  And you had mentioned -- you
18  said that there was a period of time where they
19  were trying to hold Mr. Richardson on his side.
20     Could you tell what was making that
21  so hard for them to do, why it was so hard for
22  them to hold him to the side?
23     A.  Yeah.
24     Q.  What was going on?
25     A.  He was expired or he was unconscious,

Page 112

---

1   so they had to control his movement, you know.
2   You let him go, he's just going to flop back over
3   because he's not conscious.  He was not -- he has
4   no ability to keep hisself up.
5      Q.  Okay.  At any point in time, did you
6   see Mr. Richardson trying to bite at the big nurse
7   that was by his head?
8      A.  No.
9      Q.  Okay.  And I think after Mr. Hill
10  talked to you a little bit more about the
11  statement that I can't breathe, what I heard you
12  say is you're not sure whether or not that
13  actually came from Mr. Richardson or if that came
14  from somebody else who was up there.
15     A.  Yes, sir.  It would have either been
16  him or it would have been that guy that was in
17  that window that was going off, in that cell
18  window.
19     Q.  Okay.  Did the County offer you any
20  type of counseling after this event?
21     A.  Grief counseling?  They might have.
22  I don't know.
23     Q.  Do you remember, did you participate
24  in that if it was --
25     A.  No.  No, I wouldn't have.

Page 113

---

29 (Pages 110 to 113)

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                    Keith O. Wayne

| | |
|---|---|
| 1      Q. You wouldn't have? | 1   does because like a lot of guys get arrested for |
| 2      A. No. | 2   selling drugs and they keep it in there, in they |
| 3      Q. Let me ask you this, Mr. Wayne, | 3   buns, between -- you know. |
| 4   because I kind of forgot to do it before: There's | 4      Q. Because they can't do a body cavity |
| 5   evidence that Mr. Richardson had marijuana in his | 5   search when they bring them in, right? |
| 6   system when he expired. | 6      A. Right. They can -- they search you, |
| 7      A. Uh-hum. | 7   but if it's in you, you know -- |
| 8      Q. Do you know while you were at the | 8      MR. PREGON: Right. Okay. I think |
| 9   jail there, did you see inmates with marijuana in | 9   that's all I've got for you, Mr. Wayne. Anybody |
| 10   the jail? | 10   else? |
| 11      A. No, sir. | 11      MS. STARTS: Huh-um. |
| 12      Q. You never saw anything like that? | 12      MR. PREGON: Okay. |
| 13      A. No, sir. | 13      THE WITNESS: How long had he been in |
| 14      Q. Did you ever hear stories or witness, | 14   the county? |
| 15   you know, anybody trying to smuggle drugs into the | 15   BY MR. PREGON: |
| 16   jail? | 16      Q. Mr. Richardson? |
| 17      A. It's -- it's -- it's there. I know | 17      A. Yes, sir. How long had |
| 18   it's there -- | 18   Mr. Richardson been in the county? |
| 19      Q. Right. | 19      MR. HILL: It's less than two days. |
| 20      A. -- I mean, undisputably, but in my | 20   BY MR. PREGON: |
| 21   circle of people, I didn't see anybody with any, I | 21      Q. Yeah. He was pretty quick in there. |
| 22   didn't hear nobody talking about it, but -- but | 22      A. Okay. That would have been in his |
| 23   I'm trying to think, you know. | 23   system from the streets, marijuana. Marijuana |
| 24      I don't know if it was this time I | 24   stays in your system for at least thirty days, and |
| 25   was in the county jail or another time when I was | 25   the kind of marijuana they smoke today is |
| Page 114 | Page 116 |

| | |
|---|---|
| 1   in the county jail, but I recall at one time | 1   stronger, more potent, so ain't no telling how |
| 2   period somebody smoking some marijuana on the | 2   long that could be in his system. |
| 3   basketball court, but like I say, I don't know how | 3      Q. Okay. Well, in any event, you don't |
| 4   long Mr. Richardson was in my pod. I had never | 4   have any idea whether he had done it in the jail |
| 5   seen him. I had never seen him. | 5   or done it before? You don't know anything about |
| 6      Q. Okay. | 6   that? |
| 7      A. So -- and I be out. I don't stay in | 7      A. No, but -- |
| 8   my cell. I get on the phone, I watch television, | 8      Q. But you know it's possible that he |
| 9   I write songs, R&B, slow music, and I be on the | 9   could have came in? |
| 10   handball court, and I might be singing, you know, | 10      A. Yes, very possible. I mean, that's |
| 11   and it wasn't on that pod, because I was on | 11   more likely, because like I said, I hadn't seen |
| 12   another pod when I was there, and I was working | 12   him, so -- and if I had have seen him -- and like |
| 13   with somebody on some music, about some music, in | 13   I said, I be on that basketball court. That's |
| 14   another pod. | 14   where they would have smoked at, because you can't |
| 15      That's D pod? I was in D pod? So I | 15   smoke in your cell. There's no proper ventilation |
| 16   might have been in C pod before D pod, and I think | 16   in your cell. It would reek. |
| 17   they moved me across there, because one of my | 17      Q. Okay. |
| 18   cousins ended up being my cellie. | 18      A. So he would have had to smoke it on |
| 19      Q. You ever hear the term keistering? | 19   that basketball court if he had some in the |
| 20      A. Yeah. | 20   institution -- or in the county. I'm talking |
| 21      Q. And you know what that is? | 21   about institution. |
| 22      A. Yeah. | 22      MR. PREGON: Okay. And I think |
| 23      Q. Did you ever know of that type of | 23   that's all we've got for you. Thank you for your |
| 24   activity going on at the Montgomery County Jail? | 24   time today. |
| 25      A. No, but I know for certain that it | 25      THE WITNESS: Yes, sir. |
| Page 115 | Page 117 |

30 (Pages 114 to 117)

```
 1          MR. HILL:  So you have two options
 2   here.  If we order the transcript, if you waive
 3   your signature, it means she just types it up and
 4   that's it.
 5          You also have the option to want to
 6   read and sign the transcript of today's
 7   deposition.  What that means is you get a chance
 8   look at it, make any corrections.
 9          If you didn't understand our
10   question, if something was transcribed improperly,
11   you get a chance to make any corrections, and if
12   you don't do anything, after thirty days, it just
13   becomes certified as if you had no changes.
14          Do you want to have a chance to read
15   it?
16          THE WITNESS:  I'm good.
17          MR. PREGON:  All right.
18          THE NOTARY:  All right.  Does anybody
19   wish to order at this time?
20          MR. HILL:  Are you going to order?
21          MR. PREGON:  Not yet, but I'll get
22   back to you.
23          MR. HILL:  I'll order this one,
24   e-tran.
25          THE NOTARY:  Regular delivery?
```

Page 118

```
 1          MR. HILL:  Yeah, that's fine.
 2          MS. STARTS:  I'll take a copy as
 3   well.
 4          MR. PREGON:  So it was ordered?  Then
 5   I'll order a copy of it.
 6          (Thereupon, the deposition was
 7   concluded at 3:38 o'clock p.m.)
 8                  * * *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 119

31 (Pages 118 to 119)

1  STATE OF OHIO           )

2  COUNTY OF MONTGOMERY )  SS: CERTIFICATE

3              I, Caryl L. Blevins, a Notary

4  Public within and for the State of Ohio, duly

5  commissioned and qualified,

6              DO HEREBY CERTIFY that the

7  above-named KEITH O. WAYNE, was by me first duly

8  sworn to testify the truth, the whole truth and

9  nothing but the truth.

10             Said testimony was reduced to

11 writing by me stenographically in the presence

12 of the witness and thereafter reduced to

13 typewriting.

14             I FURTHER CERTIFY that I am not a

15 relative or Attorney of either party, in any

16 manner interested in the event of this action,

17 nor am I, or the court reporting firm with which

18 I am affiliated, under a contract as defined in

19 Civil Rule 28(D).

20

21

22

23

24

25

Page 120

1          IN WITNESS WHEREOF, I have hereunto set

2     my hand and seal of office at Dayton, Ohio, on

3     this 11th day of June, 2016.

4

5

6

7     _____

8     CARYL L. BLEVINS
      NOTARY PUBLIC, STATE OF OHIO
      My commission expires 7-16-2018

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                   Page 121

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

Page 1

**A**

**A&D** 92:3
**Abbotts** 25:22,24
**ability** 108:14 113:4
**able** 13:17 24:2,6
  50:21,21 65:14,18
  66:14 67:6,7,17
  71:23 72:8 76:3
  87:14 88:11
  102:12 103:12,15
  106:12 107:11
  108:15 109:11,16
  112:8
**above-named** 120:7
**accurate** 42:16
**accusatory** 16:3
**accused** 10:13
**action** 120:16
**activity** 115:24
**actual** 44:13,20
**add** 19:25 20:1
**adding** 20:14
**administer** 75:23
  84:2
**Administrator** 1:5
**afar** 21:6 98:25
**affiliated** 120:18
**African-American**
  51:14 53:14
**age** 4:2
**agencies** 10:17
**agency** 10:5
**aggravated** 7:5,21
**ago** 21:17 45:20
  51:18
**agree** 45:18 95:16
  97:6
**ahead** 42:9 59:9
  91:2 100:20
  108:17 110:11
**ain't** 11:15 13:3
  15:11 27:8 40:17
  41:3,4 44:15 75:3
  80:18 83:13,14,14
  83:14,15,16 117:1
**al** 1:10
**All-State** 80:6
**alleged** 11:5
**allow** 106:10
**ambiance** 40:19
**ambient** 40:19,21
**amount** 7:18 12:13
  72:5 78:24
**Andrew** 1:6 3:9
**Angelica** 11:5 18:24
**angle** 33:10 71:23
**angles** 72:1

**answer** 4:21 5:3
  97:9
**anybody** 19:2 29:8
  29:19 52:25 77:13
  77:18 111:11
  114:15,21 116:9
  118:18
**anyway** 29:18 53:20
  80:11,23 82:18
**apartment** 11:3
**appeal** 17:11,13,16
  17:19,21,22 18:7
**Appeals** 17:12 18:1
**appear** 55:25
**appearance** 51:22
**APPEARANCES**
  3:1
**appeared** 85:19
**appearing** 56:19
**appears** 109:20
**applied** 102:20,22
  103:20 104:20
**apply** 63:19 72:5,23
  78:9 96:25 103:7
  103:25
**applying** 71:25
  72:24 73:3 103:18
  104:7
**appreciate** 20:24
  29:5,11
**approximately**
  48:19
**area** 13:21 23:18
  24:17 27:22,23
  31:23 33:3 41:18
  41:20,23 43:9,12
  50:2 59:12,13,16
  67:11,11,12 68:22
  71:22 75:20 76:12
  96:9,21,22 103:21
  106:2
**argue** 35:4,8 51:4
  112:6,8
**arguments** 40:11
**arm** 70:4 73:10
  84:18
**arms** 8:12 64:19
  73:7,9 103:17
**arrested** 10:6,10
  15:13 116:1
**arrived** 94:23
**arts** 80:15
**asked** 13:15 14:25
  15:21 23:21 24:2
  24:21 25:14,19
  45:15 55:22
  101:12

**asking** 4:16 5:5
  107:20 112:11
**asleep** 39:11
**ass** 81:24
**assistants** 19:15
**Associate's** 7:25
**assume** 5:4 90:5
**Atlanta** 27:16
**attack** 11:25
**attempt** 94:13
**attempts** 99:6
**attention** 10:24 13:4
  16:10 42:19 50:19
  106:2
**attorney** 3:4,13,21
  13:14,22 16:16
  17:8 18:10 20:2
  120:15
**attorneys** 3:19 21:8
  91:3
**audible** 4:22
**audio** 8:22
**aunt's** 28:12
**Avenue** 3:5,14
**average** 80:16
**avoid** 45:25

**B**

**B** 2:14 110:2,14,17
  110:19
**Babe** 28:24
**Baby** 15:8,10
**back** 4:18 15:20
  26:23 35:23,25
  36:10 37:2,4 38:7
  39:7 41:17 43:4,7
  45:10 47:14 54:8
  59:5,10,11 60:18
  60:25 62:19,25
  64:13,14 67:13
  69:11,12 78:8
  79:13 87:11 92:5
  95:12,12 96:15,16
  104:11 105:6
  110:8 113:2
  118:22
**background** 6:13
  7:24 9:19
**bad** 39:25 79:2
  82:16
**badge** 67:20,20,24
  67:24 80:1
**bag** 50:19 84:15
**balance** 42:3 71:25
**balancing** 41:25
  42:21
**bald-headed** 70:22

**Baldwin** 17:10
**ball** 22:14
**Band-Aid** 92:3
**banging** 69:24 70:5
  84:18
**banister** 59:16
**banisters** 43:10
**bar** 71:6,7,7 72:1
  82:15
**bars** 43:10
**based** 69:7 95:16
**basically** 7:17,18
  26:14 45:11 48:13
**basketball** 115:3
  117:13,19
**Bates** 100:23
**Beach** 3:10
**beating** 52:22
**bed** 14:19 47:7
**bedroom** 14:21
**beg** 38:22
**beginning** 20:7
  86:15 105:2
**behalf** 3:2,8,17
**behavior** 103:13
**believe** 17:22 19:1,3
  19:8,16,17,19
  20:4,6
**believing** 85:10
**belly** 64:23,25 65:9
  103:8 104:1,16
**bend** 63:16
**bending** 62:18
  63:24
**Benjamin** 3:10
**bent** 63:5,8,12
  64:15 83:9
**best** 20:16
**better** 13:3 20:22
  21:21 35:25 36:1
  42:2 45:5 56:1,10
  60:24 66:23 70:24
  79:5 80:19
**BEYOGLIDES** 1:5
**big** 33:23 39:22
  48:16 51:7 52:9
  67:2,5 68:21
  69:17 70:20 71:1
  73:14 77:16 78:23
  79:12 81:7 82:4
  95:21 96:18,20
  99:19 112:14
  113:6
**bigger** 34:21 48:21
  48:22 50:15 60:10
  80:21 92:14
**bill** 8:7

**birth** 109:22
**bit** 33:6 47:14 63:17
  72:24 74:1 76:9
  76:17 101:7
  113:10
**bite** 113:6
**black** 74:24
**blank** 101:13
**blanket** 69:22
**blend** 45:24
**Blevins** 1:16 120:3
  121:7
**block** 40:21
**blood** 36:23,24
**Bloods** 81:12
**Board** 7:12,17
**boat** 84:14
**body** 67:9,9,16,18
  67:18 68:1,4,5,17
  69:5,6,6,8,16,24
  71:18,23 84:11,15
  116:4
**Boehringer** 3:17
**bond** 11:12,12,13
  11:22 12:3
**boring** 40:13
**bothering** 36:2
  60:25
**bottom** 30:14 62:3
  67:22,23
**bounce** 71:20,21
**bowed** 64:21
**bowing** 64:21
**boxed** 80:5
**bracing** 51:25
**Bradley** 3:10 17:10
**brain** 86:17
**brakes** 8:11
**break** 40:14 47:13
**breathe** 42:25 65:15
  66:14,15 93:13
  105:16 106:1,12
  106:14,15 113:11
**breathing** 65:16,19
**Brenda** 3:17
**Brian** 3:9
**bring** 31:6 116:5
**bringing** 61:14
**Bro** 11:7,19 28:10
**broke** 83:9,15
**brother** 20:5 28:18
  45:8,11
**brought** 10:1,1,24
  26:25 61:25,25
  62:1,4 100:4
**BS** 27:24
**bubble** 94:19

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

bucking 66:17
building 11:3 12:11 15:18
bullied 79:25
bunch 40:22 53:18 88:3
bunk 41:8 59:5,9,12 59:13
bunkie 42:14,15 43:17,23 44:1 47:7,11 53:24,25 54:19,22 59:12 87:12
bunkie's 42:18 54:17
buns 116:3
business 7:25 82:17
bust 40:6
Butler 10:7,9,13 15:14
buttocks 41:18,23
buy 13:25

                C
C 115:16
call 27:23 28:10 29:1,9 49:18 92:22
called 1:14 11:21,22 12:5,12 13:15 14:5 29:2 49:17 71:12
calling 29:12
capabilities 80:5
captain 43:15 88:7
Carr 18:13
Carrie 3:20 37:12 37:14 39:1 91:9
Carrie's 39:2
carried 85:1
carrying 6:25 62:6
cars 8:23
cartilage 71:12
Caryl 1:16 120:3 121:7
case 1:8 9:7,13 10:3 10:18 25:13 58:15 72:19,21 80:8 82:8 108:7
catch 72:19 82:15
catwalk 49:18 50:5
Caucasian 74:23,24 93:1
Caucasion 55:4
cause 63:20
cautioned 4:3
cavity 116:4

CCW 6:18,18,20 6:22,24 7:13
CCWs 7:9
ceiling 63:11 64:10
cell 27:3,5 29:24 30:1,7,22 31:1,4,5 31:6,8,17,23 32:1 32:4,6,13,14,22 33:8,19 39:4 40:5 41:9 42:17,18 46:19,24,24 47:6 47:17 48:3 49:22 59:4,14 60:17,19 60:19 86:14 87:5 90:23 102:13 106:5,15 107:6,7 107:12 113:17 115:8 117:15,16
cellie 109:9 115:18
cellies 40:12
cellmate 39:14 46:6 107:1 108:8,11 109:5
cells 26:25 27:6 38:1 40:11 41:1 43:24 89:23 95:7
center 8:15
certain 50:22 57:10 69:4 72:5 115:25
certainly 45:23 58:18
certainty 102:10
CERTIFICATE 120:2
certified 4:4 118:13
CERTIFY 120:6,14
cetera 8:12 11:25 15:9 26:12 80:12 88:25
chair 61:15,16 62:5
chance 76:22 80:18 90:14 118:7,11,14
change 11:10 58:12 58:15
changes 58:7 118:13
chaotic 65:25,25
charge 9:11
check 16:11 36:23 36:25
checked 36:13
checkup 37:1
chest 67:11,13 71:7 71:9
child 53:10
childhood 45:6
Chillicothe 1:19

Cincinnati 3:22
circle 88:16 114:21
circumstances 16:6
City 15:17
Civil 1:15 120:19
clarify 106:11
class 11:24
clear 35:1 38:10 91:16
Cleveland 3:6
client 19:21
close 24:18,19 27:2 37:25 38:7 59:15
closed 12:9
closer 95:6
closest 66:11
clothes 83:10
coach 20:21
coached 61:22 80:6 80:11
coaching 20:15
coax 63:20
cognigent 87:15
collecting 8:7
college 8:1,2
Columbus 18:16
column 32:24 33:15 33:15
columns 32:18,23 32:23
come 11:7 12:6,7 14:13 15:2 21:25 26:23 38:10 40:4 74:8,20 81:11 83:1,7,25 87:14 92:9
coming 9:22 13:18 24:16,17 58:4,16 59:20 61:20 75:16 83:19 105:15 106:18
comments 49:11,16
commission 121:8
commissioned 120:5
commotion 41:11 106:4,19
communicate 79:11 88:9
communicating 18:15 83:12 84:10 98:11
communication 88:3
community 53:15
compacted 65:17
company 8:10

compared 44:17,20 45:13,16 71:18 72:9 73:12
complete 9:14
completed 101:21
completely 64:4
completing 101:13
comply 87:14
complying 86:8
con 73:8
concealed 6:25
concentrating 10:2
concluded 119:7
concrete 48:4
condition 70:24
conduct 79:20 82:9
conducted 2:1 81:7
conducts 80:24
confirm 103:15
confusion 77:15
conscious 113:3
consider 16:7 67:14
constant 40:18 72:20 75:21
constantly 79:24,25
contact 12:2,4 27:15 28:9,23
contacts 37:16,17 37:18,22 39:3
continue 16:17
continued 104:7
contorting 73:9
contract 120:18
control 113:1
conversation 16:17 44:5,13,17,20 49:9
convicted 5:16,19 6:15,17
copies 100:24
copy 109:23,25 119:2,5
Cornbread 39:19 39:21,22 48:16,24 49:5,9 50:9 54:22 55:7 107:2,10 108:11
Cornbread's 54:23
corner 10:12
correct 29:24 102:17,23 104:12 104:25
correction 80:17 81:13
correctional 1:18 5:13 36:20 37:3 79:8

corrections 3:9 61:14 66:24 68:19 118:8,11
cost 12:13
counseling 113:20 113:21
count 40:25
Country 39:18,20
county 1:10 3:8 4:15 5:24 6:4 10:7 10:8,9,13,15,17 10:20 15:14,14,16 16:19,21 18:19 19:1,11 25:1 26:1 53:17,18 54:4 79:8 92:7,8 113:19 114:25 115:1,2 116:14 116:18 117:20 120:2
couple 15:15 77:10 108:12 111:1
court 1:1 17:12,25 18:2,4 27:17,21 72:14 105:23 115:3,10 117:13 117:19 120:17
cousin 10:24 11:12 11:23 12:24 24:25 24:25 25:25 28:6
cousin's 26:1 97:22
cousins 115:18
covered 85:3
coward 81:10,21,21
cowards 81:11,14
coworkers 98:12
crack 48:12,14
crazy 80:19
created 80:21 109:24
crimes 6:15
Crips 81:12
cross-examination 1:15 4:5 91:7 99:24 110:24
cry 15:8
crying 15:7,10 29:3
cstarts@reminge... 3:23
cuffed 62:18,25 63:4
Curington 26:2
cushion 93:22 94:2
cut 92:4

                D
D 30:7 107:6 115:15

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                    Keith O. Wayne

Page 3

115:15,16
**da-da-da-da-da**
28:3
**da-da-da-da-da-d...**
11:1 44:15
**Dad** 14:21
**dark** 51:3,10 55:11
70:21 81:18 87:3
**dark-complected**
51:11 87:3
**dark-skinned** 87:4
**darker-complected**
51:13
**data** 8:8
**date** 16:20 101:20
109:22
**dated** 101:18
**day** 1:20 15:24
76:10 79:13 98:21
101:24 121:3
**daydreaming** 45:4
**days** 116:19,24
118:12
**Dayton** 3:15 15:15
53:5 99:3 121:2
**deal** 56:11,18 85:14
**dealing** 7:12 8:18
18:12 20:22 35:12
81:22
**deals** 81:1
**dealt** 8:11,11 79:14
**Deceased** 1:6
**Defendants** 1:11,14
3:8,17
**Defendants'** 2:8,13
22:16,17 110:2,14
110:17,18
**defiant** 72:4
**defined** 120:18
**definition** 71:15
**degree** 7:25
**delay** 17:21,22
**delivery** 118:25
**demonstrating**
72:13
**dental** 36:25
**department** 10:20
19:2 65:3 66:2,3
74:20
**deposition** 1:13 2:9
2:14 4:11 22:18
110:9,19 118:7
119:6
**deputy** 3:8 79:7
80:17 81:14
**describe** 31:14
92:15 104:5 109:4

109:6
**described** 51:1,6
102:7 104:10,18
104:20 105:3
108:25
**describing** 42:6
73:21 97:18
104:15 105:17
**desk** 33:5,9,9,13
59:19 62:2
**details** 23:23 57:6,6
57:17
**detective** 10:22
13:15 14:5 16:11
**detectives** 89:24
**developed** 38:20
**differ** 38:22
**difference** 45:15
70:15 71:6 73:2
76:2,4 102:14
**differences** 73:2
**different** 9:23 38:23
92:9 100:12,23
**dimensions** 35:3
**Dinkler** 3:12
**direct** 17:13 18:7
86:7
**direction** 105:15
106:19
**directly** 32:10 33:5
33:16
**discussion** 74:5
90:10
**disobedient** 86:5
**disobeying** 86:7
**disputes** 40:12
**distance** 37:23,24
66:19 70:8
**distinguish** 74:10
75:11
**distribution** 8:15
**district** 1:1,2 13:21
17:12,25 18:8
**DIVISION** 1:3
**DOB** 2:16 110:20
**document** 23:10
100:12 101:4,14
107:19
**documents** 22:9
**dog** 54:5,5,6,7
**dogs** 11:23,25
**doing** 10:4 19:4,17
19:21 27:8 43:19
44:6,19 48:8
49:12,13 63:22
66:9 71:3 72:7
**dollars** 12:16

**door** 27:6 43:17,24
44:25 46:15 47:8
47:17,25 48:5,7
48:10,12,14,15
87:13 90:21
100:19 108:24
109:1,7,9,11,13
109:14
**door's** 40:4,9
**doors** 43:1
**doorway** 59:21
**doubt** 89:13
**drag** 9:1
**dragged** 50:19
**dragging** 46:19
84:21
**drawn** 106:2
**drive-thru** 11:24
**drugs** 114:15 116:2
**drum** 45:8,10,10,12
**dude** 11:16 28:3
70:21
**duly** 4:3 120:4,7
**Dustin** 3:10
**duties** 66:5

_____

**E**

**e-tran** 118:24
**ear** 15:4 48:6,13
97:17
**earlier** 45:14 58:23
101:12 104:5,18
109:20
**early** 85:22 95:5
105:14 106:1
**easier** 110:17
**East** 3:5
**easy** 16:13 35:15,15
44:23
**eats** 9:11
**educational** 7:24
**either** 25:22 52:1,2
75:17 78:20 84:14
84:18,19 106:13
106:16,20 113:15
120:15
**electricity** 8:18
**Ellis** 3:17
**emergency** 74:17
**employment** 8:5
**encounters** 78:19
**ended** 27:14 115:18
**energy** 90:21
**enforcement** 10:5
10:16
**engaging** 103:13
**enter** 45:1

**entire** 94:25
**entirety** 109:16
**entryway** 59:21
**especially** 9:17
**essentially** 104:21
**estate** 1:6 21:9
23:19
**estimate** 34:15
**et** 1:10 8:12 11:25
15:9 26:12 80:12
88:25
**event** 6:7,10 61:4
109:16 113:20
117:3 120:16
**events** 4:17 42:17
**everybody** 27:3
41:1 79:1 89:4,6
**evidence** 112:1
114:5
**ex** 55:6,6,7
**ex-girlfriend** 54:3
**exactly** 16:8 92:5
**EXAMINATIONS**
2:1
**examined** 4:4
**exceptional** 16:16
**excuse** 81:24
**exhibit** 2:9,14 22:16
22:18 56:16 101:7
110:2,3,13,14,17
110:19
**EXHIBITS** 2:7
**expired** 112:25
114:6
**expires** 121:8
**explain** 72:13
**explained** 12:15
23:18
**explaining** 14:9
**expression** 105:14
105:25
**expressions** 52:5
103:17
**extend** 39:4
**eye** 44:10,10
**eyes** 21:5 36:13,23
37:4 98:19

_____

**F**

**face** 55:10 68:22,23
68:24,25 69:1
71:17 73:14,15,16
73:17 93:5,15
94:14
**faced** 63:1
**facedown** 97:7,12
97:13 103:9

**facial** 103:16
**facility** 22:4
**facing** 15:19,19
59:17,18 68:6
**fact** 56:11,18
107:12
**factory** 8:9
**facts** 56:12,18 57:11
57:12
**faded** 29:16
**fair** 69:9 86:11,12
86:13 111:2
**fairly** 53:7
**fairs** 36:21,22 37:1
**fall** 72:18,18,22
**familiar** 52:11,12
58:5
**family** 28:9,9 29:20
**fan** 40:20
**far** 3:14 18:21 19:20
31:6 33:24 38:7
47:1,5,10 49:11
71:25 82:11
104:24
**farming** 8:22
**fashion** 25:19
**fast** 57:9 85:20 86:1
**father** 55:2
**fearful** 63:16
**federal** 17:16,23
18:4
**fee** 12:15
**feel** 22:21 30:2
55:17 82:18
**feet** 34:2,3,25 38:18
39:9 41:5 59:22
60:14 69:12,13
84:20 112:5
**feetfirst** 85:2,5
**Felicia** 3:18
**fellow** 67:6
**felonies** 5:17
**female** 55:5 96:23
96:24 97:3,4
**fencing** 8:19
**field** 35:14
**fifty** 48:20
**fight** 9:7,13 53:11
**fighting** 9:25 29:10
**fights** 40:10 80:14
**figure** 9:21 58:6
65:4
**file** 17:21 100:23,24
107:5
**filled** 101:14
**find** 16:7 20:9 79:10
**finding** 9:22 79:11

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

Page 4

| | | | |
|---|---|---|---|
| **fine** 9:2,2 16:24 17:2 119:1 | **Four-plus** 45:21,22 | 12:2,8,21 13:11 | **H** |
| **fingers** 63:1,4,6 64:8 72:23 | **Fourth** 31:9 | 17:23 22:13 27:7 | **ha-ha-ha** 89:19 |
| **fingertips** 63:10 | **frame** 48:12,14 | 27:17,21 35:3 | **hair** 51:17 55:11 |
| **finished** 8:4 24:5 | **framing** 18:10 | 37:20 38:16 41:11 | 70:21 81:18 |
| **fire** 74:19 | **free** 22:21 30:2 | 47:8 48:11 51:4 | **half** 25:9 61:9 |
| **firm** 120:17 | 55:17 | 55:23 58:4 59:10 | **hand** 24:22 68:12 |
| **first** 4:2 7:13 10:23 | **fresh** 102:2 | 59:20 60:2 62:6 | 68:13 73:1 95:14 |
| 14:12 26:5 30:13 | **friend** 54:3 55:5,6 | 64:13 65:24 66:1 | 121:2 |
| 42:6 47:14 64:25 | **friends** 81:4 | 67:14 73:25 75:3 | **handball** 115:10 |
| 75:12 81:1,2 83:5 | **front** 15:18 17:5 | 79:19,20 82:2,9 | **handcuffed** 63:14 |
| 83:20 106:1 120:7 | 18:18 33:4,5,17 | 82:16 85:15 88:4 | **handle** 81:4 82:16 |
| **fits** 58:20 | 45:1 60:9 62:10 | 90:19,24 91:2 | **hands** 15:2 52:6,14 |
| **five** 11:17,20 12:16 | 109:8,10,13,14 | 107:18,21 108:21 | 52:18 62:18,24 |
| 47:16 48:19 67:8 | **further** 62:1 63:12 | 112:24 113:2,17 | 63:4,6,6,9,9,16,24 |
| 67:15,17 92:16 | 95:12 110:24 | 115:24 118:20 | 64:3 72:16,16,21 |
| **flat** 64:4,23 68:1 | 120:14 | **Golden** 80:5 | 73:6,7,21 82:12 |
| 72:25 | | **good** 33:25 37:23 | 96:8 |
| **flexing** 71:13,15 | **G** | 79:3,10,11 118:16 | **hands-on** 96:4 |
| 73:5,10 103:4,17 | **G** 1:5 | **gotten** 36:13 | **handwriting** 23:4 |
| **flexion** 73:12 | **gang** 80:13,20,20 | **granted** 17:22 | **handwritten** 2:10 |
| **floor** 30:14,14 46:16 | **gangs** 81:11 | **grasp** 71:24 | 2:15 22:19 110:20 |
| 46:18,23 47:6 | **Garrett** 3:17 | **greeted** 23:18 | **hanging** 84:19 |
| 53:13 59:5 87:5 | **gas** 14:11 89:17,19 | **Grief** 113:21 | **happen** 20:18,19 |
| 87:11 93:23 94:2 | **Gatterdam** 18:16 | **grimace** 73:17 | 21:16 46:3 97:1 |
| 97:17 | **GED** 7:25 | **gross** 5:20 | **happened** 4:18 6:8 |
| **floors** 30:11 | **getting** 27:14 72:17 | **ground** 41:22 58:23 | 10:13,14 14:10 |
| **flop** 113:2 | 72:18 92:3 | 58:24 59:15 64:5 | 16:9 23:22 27:25 |
| **fog** 87:9 | **giggles** 88:23 | 67:12 68:7,8 | 28:2,4,16 39:24 |
| **follow** 100:1 | **giggling** 89:12 | 104:16 106:23 | 45:19 78:21 82:24 |
| **follow-ups** 91:4 | **girlfriend** 54:2,18 | **ground's** 41:19 | 83:4,21 86:1 87:6 |
| 111:1 | **give** 20:20 21:21 | **group** 79:16 80:2 | 87:22 88:10,17 |
| **following** 100:2 | 22:14 25:4 65:21 | 90:10 | **happening** 29:23 |
| **follows** 4:4 | 65:22 69:19 76:22 | **grunted** 106:14 | 46:7 |
| **food** 14:1 | 81:23 83:8 84:17 | **Gucci** 25:22 | **happily** 55:4 |
| **foot** 41:6 47:16 | 94:7 96:3,3 | **guess** 17:24 27:23 | **hard** 4:25 34:13,15 |
| 50:23 51:1 70:5 | 101:16 | 34:11 35:2 44:22 | 45:25 63:19 |
| 84:19 95:11 | **given** 4:10 101:13 | 64:9 74:10 93:24 | 112:21,21 |
| 111:20,20 | **giving** 63:19 | 111:14 112:10 | **HARRY** 1:5 |
| **football** 35:13 | **glass** 47:23 48:9,13 | **guesses** 34:6 | **HD** 38:10 |
| **force** 102:16 106:8 | **glasses** 35:18 36:4,8 | **guessing** 85:6,9,10 | **head** 4:22,23 12:21 |
| **forced** 63:24 | 37:8 38:8,13,15 | **guesstimate** 33:25 | 26:3 40:6 41:15 |
| **forcing** 86:18,22 | 38:24 | 50:22 | 41:24 42:21 43:8 |
| **forgot** 24:13 57:7 | **Gloves** 80:6 | **guesstimation** 34:1 | 59:17,18 60:11,11 |
| 92:2 114:4 | **GM** 8:9 | **guide** 63:15 | 63:5 66:13 67:20 |
| **fork** 45:9,12 | **go** 8:2 11:13 12:8 | **gun** 11:3 80:2 | 68:1,22 70:1,2,4 |
| **form** 101:13 102:10 | 14:18 15:10,11 | **guy** 26:3 27:5 28:1,4 | 71:20,22 75:1 |
| **forte** 9:20 | 16:14 30:3 31:6 | 28:5 39:22 43:24 | 77:11,20 78:7 |
| **forty-five** 25:10 | 33:1,7 36:18,22 | 48:16,21 50:15 | 84:5,18 86:18 |
| 71:7 | 39:7 40:13 41:8 | 68:21 70:21,21 | 87:7 91:22 93:3,4 |
| **Forty-seven** 5:11 | 42:9 53:9,12 | 80:12 81:11,16 | 93:5,8,12,17,19 |
| **forward** 73:22 | 82:18 83:14 91:2 | 82:4,4 87:3 92:15 | 93:21,23 94:1,2,4 |
| 76:21 | 96:14,16 97:2 | 92:18 99:19,19 | 94:9 95:8,14,24 |
| **Foster** 3:18 | 100:9,20 101:1 | 112:14 113:16 | 95:25,25 96:1,19 |
| **four** 5:15 7:16,16 | 108:17 110:11 | **guy's** 73:14 | 96:21,22 97:13,15 |
| 24:15 45:19 | 113:2 | **guys** 28:2 34:12 | 97:15,19 102:22 |
| | **goes** 20:15 | 44:2,2 82:12 | 103:7,21 105:18 |
| | **going** 6:8 9:6 11:16 | 89:23 112:2 116:1 | 105:20,22 109:12 |

| | | | |
|---|---|---|---|
| | | | 111:22 112:4 |
| | | | 113:7 |
| | | | **headfirst** 85:2 |
| | | | **health** 36:20,22 |
| | | | 37:1 |
| | | | **hear** 41:5 47:24,24 |
| | | | 48:7,8 52:24 82:6 |
| | | | 82:6 87:17,25 |
| | | | 89:2 105:14 |
| | | | 114:14,22 115:19 |
| | | | **heard** 28:5 40:15 |
| | | | 43:17,23,23 44:8 |
| | | | 45:24 46:6 47:3 |
| | | | 52:18 82:5,6,11 |
| | | | 82:11 91:17 |
| | | | 105:25 106:16,17 |
| | | | 106:18 113:11 |
| | | | **hearing** 36:25 41:2 |
| | | | 41:7 42:25 89:12 |
| | | | **hearsay** 107:19 |
| | | | **heavy** 41:6 48:5 |
| | | | **heavyset** 92:18 |
| | | | **Heck** 19:9,9,11,23 |
| | | | **height** 92:17 |
| | | | **held** 6:4,5 94:6 |
| | | | **hello** 14:24 |
| | | | **help** 13:11 96:16 |
| | | | **helping** 18:11 |
| | | | **Henning** 3:10 |
| | | | **hereinafter** 4:3 |
| | | | **hereunto** 121:1 |
| | | | **hide** 11:15 12:22,25 |
| | | | 22:13 |
| | | | **high** 79:23,23 |
| | | | **higher** 95:7,7 |
| | | | **Hill** 2:4 3:4 21:9,11 |
| | | | 21:12,13,18,20,25 |
| | | | 22:21 23:7,14 |
| | | | 25:16 26:6 30:2 |
| | | | 34:6,8,11 55:17 |
| | | | 56:13,16 59:24 |
| | | | 72:12 75:4,7 76:8 |
| | | | 76:15,24 78:1,13 |
| | | | 82:1 97:8 99:25 |
| | | | 100:8,18,22 101:2 |
| | | | 103:24 107:21 |
| | | | 108:2,23 110:1,7 |
| | | | 110:12,23 113:9 |
| | | | 116:19 118:1,20 |
| | | | 118:23 119:1 |
| | | | **Hills** 3:14 |
| | | | **hisself** 41:25 42:21 |
| | | | 81:5,8 87:5 113:4 |
| | | | **history** 13:2 39:25 |
| | | | 53:6,19 |
| | | | **hold** 8:6 15:9 61:2 |
| | | | 72:2 85:13 89:18 |

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                              Keith O. Wayne

Page 5

94:6 96:1 99:13
99:15,16 100:9
112:19,22
**holding** 27:22 32:19
42:1 43:7 60:20
111:24
**home** 8:17 13:23
15:1
**honest** 57:1
**honestly** 70:14
**hop** 41:8
**horrible** 9:16
**hostile** 16:15
**hour** 25:9 61:9
**hours** 13:20 15:15
**house** 14:17 15:6
**houses** 8:20
**hovering** 49:1 70:15
102:15
**hugged** 14:18
**Huh-um** 85:17 90:4
116:11
**hump** 72:23,25
**hundred** 42:11
48:20 51:2,5 67:8
67:16 70:23 76:7
86:13,20 102:9
**hundred-plus** 50:25
**hung** 11:20 14:15
29:13
**hurt** 38:18
**hushed** 87:21,23
**hushed-type** 87:21

**I**

**ibuprofen** 92:4
**idea** 21:21 33:23
117:4
**identification** 2:12
2:18 22:20 110:22
**identified** 55:21
77:9
**identify** 107:11
109:23 111:3
**image** 51:19,21,23
**immediate** 24:17
**immediately** 13:19
33:4 41:10
**imposition** 5:20
**improperly** 118:10
**in-depth** 57:6
**incarcerated** 6:14
7:4 40:1,3,13
78:25
**incarceration** 40:1
**inches** 34:18,19
108:12

**incident** 20:25 39:8
98:6,10,18 101:25
**indentation** 71:14
**indicate** 91:21
**indicates** 93:18
**indicating** 21:9
22:11 30:6 31:2
31:12 32:19 34:16
38:5 41:6 42:3
44:25 56:11 59:7
59:25 60:9 64:14
64:14 67:3,21,22
68:2,3,4,14 71:11
72:1,11,20 73:11
73:13 84:7,8,20
87:23 90:22 94:19
95:10,11,13 98:25
100:13 103:9
**individual** 18:24
107:5,9 108:4
**information** 9:23
28:14 44:1 98:4
98:10 100:16
**initial** 65:8
**initially** 65:9
**initiative** 65:7
**inmate** 41:22 42:1
42:23,23
**inmate's** 42:14
77:11,19 78:7
93:3,4
**inmate/officer** 81:1
**inmates** 43:2 52:7
52:19,23 53:3,21
59:2 82:13,14
90:15 114:9
**innocent** 9:10 19:24
**inside** 32:5 47:25
**installing** 8:22,23
**instinct** 40:2
**institution** 1:18
5:13 36:20 117:20
117:21
**institutions** 79:9
**interaction** 87:18
87:24 94:25
**interested** 120:16
**interfering** 76:18
**interrogation** 15:22
**interrupt** 51:9
**interview** 23:17
56:6
**interviewed** 90:6
**intricate** 57:17
**investigating** 10:18
10:21
**involved** 10:17

95:17,23 98:6

**J**

**Jackson** 3:9
**jail** 4:18 6:4 15:15
19:1 53:17,19
79:8,13 97:25
114:9,10,16,25
115:1,24 117:4
**James** 18:12
**Jamey** 3:13 4:14
78:2
**job** 19:4,17,22 20:3
**Johnson** 3:10
**jokes** 88:19
**joking** 88:19
**Jon** 3:17
**Jones** 11:5 18:24
**jpregon@dinkler...**
3:16
**JR** 1:5
**judge** 108:19
**June** 1:20 121:3
**junior** 79:23
**jury** 17:6
**justice** 9:12,12,25

**K**

**keep** 42:23 56:21
71:24 72:6 86:25
87:10 100:6
110:14 113:4
116:2
**keeping** 42:3 94:9
**keistering** 115:19
**Keith** 1:13 3:10 4:1
4:9 14:25 120:7
**kept** 54:5 93:4,15
**key** 46:23
**kids** 80:9
**killed** 28:1 85:19
**kills** 40:21,23
**kind** 7:18 8:5 13:2
16:15 27:7 31:16
32:19 38:20 49:18
49:19 55:3,3
58:23 71:9 72:13
73:22 76:21 77:10
80:8 81:16 82:10
82:24 87:8 90:19
93:1 98:15 108:14
108:25 114:4
116:25
**kissing** 81:25
**kit** 45:10
**knee** 41:19 51:24
104:11 105:6

**knee-on-the-neck**
85:21
**kneeling** 96:6,7,8,10
96:11,11
**knees** 61:1 77:11,19
78:7
**knew** 19:18,19,19
39:19
**know** 8:25 9:23
10:25 13:1,3,10
14:20 15:7,8
16:12 17:1,3
18:20 19:12 20:14
20:15,16 21:2,4
24:17 27:9 28:4
28:11,11,15 29:4
29:5,8,12,17,17
33:1 34:5,12
38:18 40:20 41:6
44:2,5,15,20 45:9
46:8,9,20 47:8
49:1,2,10,11,12
49:13,15,15 50:2
50:21 52:5,10,10
52:15 53:3,5,8,19
53:20,20,24 54:15
54:23 55:9 56:5,9
56:22 58:1,3,4,8
58:25 60:23,25
61:2,16,22 65:15
65:23 69:2 70:1,5
71:11,20 72:6,9
73:13 74:25 75:4
76:3,12,19,20
77:3,16 79:18
80:5,13,24 81:3
81:15,22 83:9,19
84:1,4,11,19,20
85:1 86:10 87:2,6
87:7,16,22,23
88:2,12,15,15,19
88:22 89:12,13,15
89:19,20 90:8,9
90:22 92:1 93:12
93:24 94:16 96:15
98:3,9,20,22,23
99:1,2,3,4 107:9
108:1 111:11,15
113:1,22 114:8,15
114:17,23,24
115:3,10,21,23,25
116:3,7 117:5,8
**known** 52:13,22
**knows** 19:24
**Kohl's** 8:14
**Kort** 18:15
**Krisandra** 3:18

**Kristy** 3:18
**Kruse** 3:18

**L**

**L** 1:16 120:3 121:7
**lack** 42:2 45:4 56:1
60:23 79:5 80:19
**lady** 13:20 45:14
**laid** 21:5 98:19
**Lakeside** 3:5
**lamp** 38:2
**large** 91:21 92:11
92:11 93:2,3
**lasted** 61:4
**late** 17:19
**laughing** 88:20
**law** 3:4,13,19,21
10:5,16
**lawful** 4:2
**lawyer** 11:11 12:8
12:17,20 13:18
14:14
**lawyer's** 11:21 12:9
14:12
**lawyers** 12:10
**laying** 8:19 63:8
67:7 68:1 84:3
**Layman** 107:6,10
107:10 108:1
**leading** 31:3
**lean** 73:22,25
**Lee** 107:5
**left** 13:20 31:20
32:2,3,7,10,25
33:10,11,12,15,17
59:10,11,23 109:9
109:14
**leg** 72:18
**legs** 41:17,23 43:5,7
43:8 60:21 67:22
111:25
**let's** 20:25 22:15
39:7 74:10 82:20
110:1,16
**level** 30:17 49:19
**levels** 36:24
**leverage** 43:11 78:9
**Lewis** 3:9
**Liber** 3:3
**lie** 16:5,8 18:23
20:21 38:17 55:23
56:3,20,21
**lieutenant** 43:14
88:6
**life** 36:8 104:24
**life's** 9:24
**lift** 71:4,5

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

Page 6

light 79:2
lighter 101:7
lighting 38:2 39:4
liked 78:23,23
liking 81:9
Linda 3:8
line 78:2,5
lip 59:15 68:15
little 6:13 9:22
  23:23 24:21 25:5
  32:15 33:6 38:18
  45:10 47:14 57:5
  63:16,17 71:21
  72:24,25 73:25
  76:9,17 81:18
  99:11 101:7
  113:10
location 2:17
  110:21
locked 40:25
long 5:13 13:13
  25:7 34:3 47:22
  51:18 58:6 61:1,3
  61:5 67:24 71:7
  109:1 115:4
  116:13,17 117:2
longer 21:18 35:7
look 9:19 20:20
  22:21 24:10 26:9
  26:10 30:2 40:14
  41:9,12 49:13,14
  49:14 55:18,24
  56:7,8,10 76:9
  78:25 79:1 80:24
  85:12 100:21
  101:3 102:12
  107:13 108:15
  110:8 111:6 118:8
looked 24:12 31:8
  42:7 70:24 98:21
  104:23 105:1
looking 11:1,4
  26:11 31:1 32:4,5
  35:13 49:3 56:6
  56:21,23 59:25
  60:8 102:13 108:9
  108:24
looks 59:25 100:12
  101:4,5
lost 80:14
lot 8:23 13:6 14:4
  19:15 26:25 53:4
  53:5,8 71:5 81:14
  81:14 82:1 99:2,3
  116:1
lots 81:11
loud 40:20,20

lower 41:17,17,18
  41:23 43:3,4,7
  60:8 67:10 68:5
  68:13 69:15 70:25
lunch 14:1 79:24
lying 16:3,4,8 24:12
  56:1

**M**

ma'am 29:5,12
  37:11 91:11,15,19
  91:23,25 94:12,15
  95:2 98:1,7,19
  99:10
Macio 12:3
main 8:9
maintenance 26:3,3
making 86:18 88:19
  112:20
male 74:18 87:4
  91:21 93:2,4
  96:18,20
man 27:24,24,25
  28:5,6 34:23
  44:14 49:13 79:20
  79:21 80:25 81:1
  81:5,10,22,22
  82:17
man-type 79:15
manner 120:16
mannerism 79:15
  82:13
marijuana 114:5,9
  115:2 116:23,23
  116:25
mark 22:15 110:1
  110:12
marked 2:7,11,17
  22:19 110:21
Marshall 3:10
martial 80:15
mask 94:11,14,18
  94:22
masonry 8:19
Masters 3:20
Mat 19:11
Matthew 3:10
mattress 69:22
Mayes 3:10 52:11
  52:12,16,18 55:21
  77:9,16,16 78:6,8
  78:14,17,20
  102:23 103:4,6,13
  104:6,10 105:6
  106:9 111:16,23
  112:14
mean 6:25 9:9,14

13:1 19:2 35:6
  36:5 38:4,12
  39:19 44:22 45:18
  51:9 61:6 62:23
  76:21,23 77:9
  81:24 89:7 93:7
  94:4 97:25 99:1
  104:23 114:20
  117:10
means 34:12 118:3
  118:7
Medic 3:18
medical 65:3 66:2,4
  66:5,24 68:18
  74:7 87:18 99:8
  99:10,19
medication 40:7
medications 92:10
medicine 83:16
meds 92:3
meet 21:25 108:7
meeting 23:14 25:7
member 108:8
memories 45:24
memory 45:6 59:3
  85:11
mentality 88:24
mentally 40:8
mentioned 26:17
  97:22 99:5 112:17
mess 55:5
messed 45:12
messing 38:6 55:7
met 4:13
mhill@spanglaw....
  3:7
Michael 3:4,10
  107:5,10 108:1
Michall 3:11
middle 32:16 59:13
  69:11
middle/lower 96:9
Middletown 15:14
Miles 3:18
milling 90:16
mind 10:3 51:20,22
  51:23,24 54:20
  57:5 100:18 102:2
  102:11
mind's 44:10,10
mine 13:14 19:10
  54:5 55:5
mine's 54:3
minute 14:7 20:12
  20:12 23:23 24:18
minutes 11:17,20
  25:10 61:9,11

Miranda 13:4
misunderstanding
  17:20
misunderstood
  17:25
mix 43:22
mixing 44:3,7
money 12:13 79:24
monotony 40:14
Montgomery 3:8
  4:15 5:24 6:4 10:8
  10:15,17,20 15:16
  16:19 18:18 25:1
  26:1 115:24 120:2
month 21:19
months 7:14 16:22
  36:3,5 92:8 110:9
mood 89:5
morning 14:12
  23:16
morningtime 23:15
mother 27:16 28:13
  29:2,21
motions 90:20
mouth 63:21
mouthing 63:18
move 11:18 76:17
  76:21
moved 78:6 115:17
movement 40:2
  41:6 69:8 113:1
movements 103:16
moving 38:7 66:14
  66:17 93:11 94:9
  96:20 104:21,22
multiple 80:14 95:2
muscle 71:13,15
  73:8,11
muscles 73:9 103:3
music 8:22 115:9,13
  115:13

**N**

name 4:7,14 26:1
  37:10 38:25 39:18
  52:10 54:9,12
  55:14 75:3 98:2
  98:13,16 107:20
  107:22 111:3
name's 91:9
named 107:5
names 111:11,15
NaphCare 3:17
narrow 47:22
nationality 74:23
natural 40:2 63:3
  64:3

nature 57:11
nearsightedness
  38:20
neck 43:11 49:14
  51:24 66:14 71:22
  77:11,20 78:7
  102:22 103:8,21
  104:12 105:7
need 11:8 12:25
  15:2 20:21 28:24
  29:7 53:2,21
  79:16
needed 36:4 66:7
needle 83:9,15,20
  83:20 84:1,2
needles 83:18,18,22
negative 39:25
  53:16 79:6
neighbor 106:21
nephew 28:19
neutral 26:23
never 13:4 21:5
  36:8 50:17 54:20
  97:7 98:19 104:22
  114:12 115:4,5
new 8:19
night 89:16
nine 47:16 57:23
nobody's 108:21
Nodding 105:18,20
nods 4:23
noises 40:19,21
north 63:7
Notary 1:17 118:18
  118:25 120:3
  121:8
note 79:12
notice 38:13
noticed 38:9 56:22
noticing 42:20
number 26:17
  28:12,25 29:15,17
  30:1 100:23 107:6
  107:7,12 109:22
nurse 25:2 43:16
  75:18 78:6 91:21
  91:24 92:1 93:3,4
  93:15 94:24 95:5
  95:21 96:5,7,10
  96:11,11,12,18,20
  96:24 97:1,3,23
  113:6
nurses 3:17 24:23
  24:24 75:17 83:12
  88:19 94:23 95:2
  96:18,23 97:4
nursing 75:11 76:1

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

85:13,18 87:19
91:10,14,18 95:17

**O**

**O** 1:13 4:1 120:7
**o'clock** 1:20 119:7
**object** 107:17
108:18
**objection** 97:8
103:23 107:23
108:17
**obscure** 68:20
**obscured** 68:21
**obscuring** 69:4
**observed** 88:14
106:7 107:22
**occur** 40:11
**occurred** 27:20
101:25
**off-the-record** 74:4
**offense** 10:12
**offer** 113:19
**office** 4:15 10:10,11
11:21 12:9 14:13
18:19 31:10 81:13
108:25 121:2
**officer** 2:16 41:14
41:15,16,18,21,24
42:10,20 43:2,8
52:1,8 60:10,12
60:13,14,15,20
61:14 62:17 69:14
69:14,17,18 70:20
70:23 71:1,19
73:3 78:6,8 80:16
80:17,17 81:13
88:12,13 90:2
99:18 109:21
110:20 111:17,18
111:23,25
**officer's** 24:22
63:15
**officers** 3:9 10:20
24:13,15 26:18
41:15 43:13,16
47:7 52:1 57:21
57:21,23 58:4,25
66:6,24 68:19
69:3 75:25 76:5
79:2,3,4,6,8,14,22
80:23 81:5 85:13
87:13,18,25 88:18
102:16 106:23
111:3
**officers'** 33:5,8,9,13
59:19 62:2,2
**oh** 17:24 28:2 54:16

54:19 82:18 90:6
105:21
**Ohio** 1:2,17,19 3:6
3:15,22 18:1
120:1,4 121:2,8
**ointment** 92:4
**okay** 4:7,10,13 5:1,5
5:10,12,16,21 6:3
6:7,10,19,21,23
7:3,6,8,15,20,23
8:5,13,16,24 9:9
10:9,12,16 16:18
16:23 17:2,8,11
17:15,24 18:9,10
18:14,17,25 19:6
19:6,23 20:24,24
21:4,7 22:3,8,8,13
23:7,10 25:7,11
25:20,25 26:4,13
29:19,23 30:7,7
30:25 31:8 32:4
32:13,18 33:12,14
34:9 35:1,10,16
36:7,12,16 37:2,6
37:13 38:14,19
39:7,23,23 42:9
45:2,18 46:2,5,11
46:17,21 47:3,13
47:17 48:6 49:8
49:17 50:11,14
51:3,9,12,15
52:17 54:13 55:9
55:16 57:4,19,25
58:5,10 60:22
61:6 62:9,15,17
64:12 65:17 68:11
72:10,15 73:19
74:3 75:25 76:11
76:16,24 77:6,8
77:17 83:24 85:8
85:12 86:3,9
87:17 89:9 90:1
90:13 91:1,4,10
91:20 93:2,20
94:11,23 95:22
97:20 99:20 100:4
100:13 101:1,16
105:9 106:25
107:13,16 109:19
111:21,21 112:10
112:17 113:5,9,19
115:6 116:8,12,22
117:3,17,22
**old** 5:10 45:8 80:13
**on-the-neck** 85:20
**once** 14:9 46:22
94:25 104:1,15

**one-on-one** 90:11
90:12
**ones** 75:22
**open** 40:4,9 46:15
**opens** 14:13
**opinion** 20:22,23
80:4 81:17 83:2
**opposite** 33:19
**option** 118:5
**options** 118:1
**order** 86:7 118:2,19
118:20,23 119:5
**ordered** 119:4
**organized** 30:9
**Orlandis** 4:9
**other's** 66:4
**outer** 67:3
**outline** 71:14
**outside** 15:10,11,13
47:25 48:7 53:6
106:5
**outside-of-somber**
88:24
**outside-of-the-no...**
40:15
**owned** 11:24
**oxygen** 94:11,14,18
94:21

**P**

**p.m** 1:20 119:7
**pace** 57:9
**packs** 81:11
**PAGE** 2:1
**paid** 12:18 13:4
50:18
**pain** 63:20
**painting** 8:20
**Pallet** 8:17
**palms** 62:25
**panicking** 15:7
**paper** 29:15 38:7
45:10
**paramedic** 74:11
**paramedics** 74:13
75:12,16
**parents** 27:15
**parking** 14:4
**parole** 7:12,17,21
**part** 23:22 40:16
46:22,23,25,25
47:6,9 67:10 68:5
68:13,13 69:15,24
70:25 86:10,15
**partially** 85:9
**participate** 113:23
**particular** 91:12

**parts** 8:10 69:4,6
**party** 120:15
**passed** 82:21 84:24
85:22,24 89:17,19
89:22
**pathway** 65:16
**Pause** 76:25 77:5
107:24
**pay** 16:10
**paying** 42:19
**peaceful** 40:17,17
**penetrate** 65:23
83:10,15
**people** 13:6,7 26:25
40:7,17,22,22
43:1 50:12,13
52:7,14 53:4,5,8
53:14,18 58:16
66:5,20 79:1 80:9
80:21 89:11 92:9
99:2,3 105:12
111:22 114:21
**people's** 40:11
**percent** 42:12 67:8
67:9,15,16,17
70:23 76:7 86:13
86:21 102:10
**perfectly** 37:23
58:20
**perform** 66:5
**period** 7:13 12:20
12:20 24:14 27:17
40:24 41:2 42:13
43:6 44:10 50:18
51:18 53:3 54:3,4
55:8 60:17 63:7,9
65:1,2,10 66:8
69:16 77:25 82:17
86:4 88:14 93:12
93:13 96:13 99:11
104:19 112:18
115:2
**periods** 40:1 44:12
69:4,12,13 81:8
**person** 12:2 41:19
41:22,25 54:1
71:2 79:12 107:12
**person's** 63:3 65:16
71:15,17
**personal** 44:4 45:16
47:1,10 51:22
**pertaining** 11:4,5
19:4,22 20:1,3
23:19 25:3 26:22
27:5 38:8 59:4
79:13 89:13 93:9
106:11

**Phil** 1:9 3:8
**phone** 14:8,17,21,24
15:4,5 16:11
115:8
**phones** 49:23
**photocopying** 101:8
**picked** 13:24
**picking** 9:15
**picture** 54:7 98:24
111:6
**pictures** 54:6,6
**piece** 29:15
**place** 25:8 72:7
94:13
**placement** 24:22
**places** 8:21 111:19
**plainly** 16:2
**plaintiff** 1:7 3:2
19:21,22
**Plaintiffs'** 110:3,13
**plan** 10:4
**platform** 50:2
**please** 4:22 5:8
**plenty** 79:3
**Plummer** 3:8
**PLUMMER/MO...**
1:9
**pod** 27:25 30:7,8
31:11 32:16 33:19
43:15,16 44:13,25
53:2,22,24 54:8
59:20 61:20 94:25
107:6 108:8 115:4
115:11,12,14,15
115:15,16,16
**point** 60:5,7 61:13
61:19 64:8,22
68:24 70:8,13
74:7 82:21 91:2
99:5 102:13 113:5
**pointed** 47:21
**pointing** 63:1,1,5,10
64:4,9
**points** 57:10
**police** 10:11,12,25
11:8,14 12:20
14:23 15:5,15
19:2 79:4 80:16
81:13
**poor** 38:2
**popular** 53:14,15
53:18
**porches** 8:20
**portray** 80:3
**position** 19:7 28:22
63:3,25 64:3,21
64:21 65:19 66:13

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                    Keith O. Wayne

Page 8

70:19
**positioned** 109:5,6
  111:4
**positive** 53:16,18
**possibility** 61:24
  99:2
**possible** 45:23 46:3
  46:4 58:18 94:16
  117:8,10
**postconviction**
  17:14 18:3,5
**potent** 117:1
**pound** 71:7
**pounding** 39:9 41:5
**pounds** 48:20
**power** 71:5
**Pregon** 2:2,5 3:12
  3:13 4:6,14 21:15
  21:22,24 22:15,23
  25:17 30:4 34:13
  34:20 37:17,19
  39:6 55:19 56:24
  60:2,4 73:4 74:6
  75:6,9 76:13,20
  77:2,7 78:4 82:19
  91:1,6 92:13
  99:22 100:7,20
  101:1,11 103:23
  104:6 107:15,17
  108:17,21 110:5
  110:11,16,25
  116:8,12,15,20
  117:22 118:17,21
  119:4
**preparing** 72:19
**prescription** 35:20
  35:23
**presence** 81:9
  120:11
**present** 16:17
**presented** 58:21
**press** 49:13
**pressure** 36:24
  43:11 63:20 71:25
  72:6,9,20,23,24
  73:3,20,24 78:10
  94:4,8 98:5
  102:16,20,21
  103:7,18,20 104:1
  104:7,20 106:8
**pretty** 116:21
**primarily** 69:15
**primary** 10:19,19
**print** 38:4,5
**prior** 7:4 98:18
**priorly** 52:20
**prison** 38:21

**probably** 19:14
  35:11 48:17 92:15
  98:11
**problem** 79:19
**problems** 37:6
**Procedure** 1:16
**proceedings** 76:25
  77:5 107:24
**process** 17:23 95:18
  95:20 97:7 100:11
  101:12
**processing** 8:8
**proper** 117:15
**property** 54:8
**prosecutor** 19:9,11
**provide** 98:3,13
**providing** 22:24
**pubic** 67:11,11
**Public** 1:17 120:4
  121:8
**purposes** 2:11,17
  22:19 110:21
**pursuant** 1:15
**pushed** 64:20,24
**pushing** 43:3 49:14
  65:11 71:10
**put** 20:16 34:2
  35:14 43:11 48:6
  52:6,13,18 57:8
  57:13 65:1,18,18
  73:24 77:11,19
  78:6 82:11 84:4,5
  84:5,11 93:16,19
  93:20 94:1,4
  95:24 99:6 104:11
**putting** 69:19 73:20
  99:14 102:16

_____
**Q**

**qualified** 120:5
**question** 5:4 47:1
  86:19 118:10
**questionable** 59:3
**questioned** 15:25
**questioning** 16:1,2
  47:10 104:6
**questions** 4:16,21
  13:16 15:21 45:15
  91:3,13 99:21,23
  102:6 107:18
**quick** 116:21
**quicker** 76:18
**quiet** 41:2
**quietness** 41:3
**quit** 15:19
**quite** 26:19 35:11
  35:12 50:2

**quote** 79:4 106:11

_____
**R**

**R&B** 115:9
**racist** 82:7
**rack** 71:8
**raggedy** 29:16
**rail** 59:16 78:9
**ran** 32:19
**range** 41:11,11,12
  41:13 42:1 43:10
  46:14,19,25 49:18
  50:4 51:25 59:15
  60:8 66:8 67:3,3,5
  67:10,12 68:15
  72:2 82:22 111:5
  112:3
**ranking** 88:7
**rape** 5:20 11:5
**rapist** 80:10
**reach** 11:22
**read** 13:5 24:20
  38:3 76:16,16
  77:3 78:3,5,11
  118:6,14
**reading** 36:4
**ready** 14:19 72:18
  72:18,22
**realize** 46:2
**really** 9:1 12:23,25
  13:3,3,7 36:3
  38:12 53:25 55:23
  55:24 56:8,8 80:1
**reapply** 72:8
**reason** 16:5,7 54:1
  110:5
**rebellious** 72:4 86:6
**recall** 23:21 24:22
  24:23 45:5,16,16
  46:15 51:11 52:4
  60:15,17 68:23,23
  69:24 70:2,20
  74:15,16,22 75:2
  75:17 76:5 83:21
  88:25,25 89:4,10
  89:10,11 92:17
  94:21 98:7,20
  115:1
**recalled** 25:2 26:13
  26:20
**recognize** 45:23
**recollect** 23:24 44:9
  53:2,21 58:8
  61:21 65:24
**recollecting** 76:4
  86:25
**recollection** 26:6,9

26:18 44:4 47:1
  47:11 58:3 86:23
  93:9
**record** 4:8 109:23
  110:4
**rectangular** 109:1
**rectum** 81:25
**recycling** 8:17
**red** 73:15
**reduced** 120:10,12
**Reeboks** 92:19,20
**reek** 117:16
**referred** 107:1
**referring** 56:13
**regular** 44:4 118:25
**rehashed** 24:7
**related** 91:13
**relation** 30:21
**relative** 28:19 52:3
  120:15
**relaxed** 71:3,19
  73:12
**relief** 18:3
**remain** 13:8
**remember** 6:10
  16:13,20,24 23:13
  24:7,8,24 25:3,5
  25:16 26:22 27:10
  29:25 30:1,8,16
  36:14 37:3 39:17
  42:12 45:7,9,11
  46:7 49:8 50:4
  51:16,25 52:25
  53:23 54:1,2,12
  55:10,15 56:21
  57:15 59:1,14
  61:3,6 69:21 70:3
  75:1,3,5,15 76:23
  77:13,15 83:6
  89:11 90:3,18
  92:5,7,10,20,25
  96:24 102:9
  105:17 113:23
**remembered** 24:1
  55:14 57:8,12,13
  58:24
**remembering** 24:14
  26:24 44:11,17
  45:6,13 56:2
**Reminger** 3:19
**remodeling** 8:18
**removal** 46:24 47:5
**report** 88:11
**reporter** 72:14
**reporter's** 105:23
**reporting** 120:17
**represent** 4:15 21:8

91:9
**represented** 17:9
**representing** 19:20
  23:19
**request** 20:2
**requested** 20:9
**resisting** 63:21 72:4
**respect** 81:2,23,23
  109:7
**response** 83:11
  104:5
**restaurant** 11:24
**resting** 71:9
**restrain** 85:25,25
  93:5,7
**restrained** 63:4
  66:12 72:11 94:3
**restraining** 66:6
**restraint** 61:14,16
  62:5 66:7 95:18
  95:19,20
**restricted** 65:16
**restrictive** 65:14,19
**resumed** 104:7
**resuscitation** 65:13
**retainer** 12:17
**retaining** 12:15
**reversed** 28:21
**reverting** 12:23
**Richard** 26:2
**Richardson** 1:6
  21:2 23:20 27:6
  27:15 50:14,23
  53:25 54:21 60:12
  63:8 64:23 66:25
  67:1 82:21 89:22
  93:11,14 97:7
  98:17 99:7 102:17
  103:8 104:1,8,15
  104:21 105:4,15
  106:23 111:4
  112:19 113:6,13
  114:5 115:4
  116:16,18
**Richardson's** 21:8
  28:13 29:20 32:1
  32:6,14 42:15,18
  43:4,11 60:11,19
  60:20 62:18,24
  63:13 68:24 94:14
  102:22 103:7,21
  104:12,24 105:7
  106:5
**ride** 12:7
**right** 11:19 13:8
  17:17,18,23 18:12
  19:16 26:19 27:8

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

28:25 30:5 31:4
31:11,13,20,21,22
32:11,25 33:1,4,6
33:13,16,16,17
37:7 38:5,24 39:7
46:14,22 47:5,23
48:4,12 54:8,11
59:2,7,8,10,13,17
59:18,20,21,22
60:10,19 62:2,10
62:16 64:16,17,18
68:10,13 70:2
72:15 73:10,22
74:14 75:23 76:11
82:3,20,20 83:16
83:22,23 84:25
89:21 91:6 93:18
95:7 97:1 101:4,9
101:18,24,24
107:7,8,8 108:16
109:2,10,13
112:10 114:19
116:5,6,8 118:17
118:18
**rights** 13:4
**ring** 53:9
**rink** 53:12,15
**road** 108:7
**robbery** 7:5,21
**Robert** 1:6 21:2
103:7 104:11
105:15
**rocker** 8:12
**roles** 28:21
**rolled** 64:24 105:4
105:11
**roller-skating** 8:21
53:9
**roofing** 8:18
**room** 15:22 23:17
31:11 32:11 33:24
34:3 35:6 45:1
**Ross** 1:18 5:12
**roughly** 33:18 51:2
**Route** 1:19
**Rule** 120:19
**rules** 1:15 80:22
**running** 12:2

        **S**

**safecracking** 7:5
**sanctioned** 80:21
**sat** 11:20 24:1
**saw** 42:7 44:8 64:8
65:10 73:21 74:7
74:16 77:22 78:14
82:25 97:11 102:3

102:25 103:25
104:11,14 105:3,5
112:6 114:12
**saying** 16:3 20:21
43:22 46:5,6
58:19 60:6 82:12
88:1 89:3 93:13
94:8 105:16
111:14
**says** 29:24 39:8 78:5
90:2 93:23
**scene** 94:24 95:1
**school** 79:23,23
**screamed** 106:14
**seal** 48:12 121:2
**search** 116:5,6
**second** 7:16 16:1
17:12,25 18:8
30:17 41:11 42:5
49:19 53:1 83:20
84:2 94:7
**Second-to-last** 78:2
**secured** 105:10
**security** 66:3
109:22
**see** 12:8 13:18,22
14:11 24:3 27:4
37:14,14,24,24,25
37:25 39:3,3
41:10,12,14,14,15
41:16,24 42:23
48:11 49:4 50:15
50:22 61:14,19
62:5,17 64:22
65:5 66:16 67:6,8
67:17 68:3,9,16
69:8,10,11,11
71:1,14,16,17
73:1,5,6,8,10,11
73:15 77:18 78:11
78:24 80:25 83:4
83:18 85:18 87:2
88:18,23,24 90:20
94:11,13 98:24
103:2,4 109:11,17
112:7 113:6 114:9
114:21
**seeing** 43:9 49:6
60:6 67:15 70:3
72:25 85:10 87:4
87:10,11 92:9
98:8 103:6
**seen** 21:6 22:10
23:16 27:24 29:3
43:25 44:4,11,12
50:17,18 51:18
60:16 81:9,10

83:1,3,7 85:11
86:4,22 87:1 88:2
88:21,21,22,24,25
89:16 91:24 98:22
98:25 115:5,5
117:11,12
**seizure** 43:18,19,20
43:20 44:16 46:7
46:9,10
**selling** 116:2
**sense** 11:21 12:16
45:5 87:2 93:10
93:25
**sentenced** 7:18
**sergeant** 43:15 88:6
90:2,3 100:16
101:17
**Sergeants** 3:9
**serve** 7:8
**served** 7:13
**service** 11:12,13,13
11:23 12:1,3
**set** 37:8 45:8,12
121:1
**sets** 45:10
**seven** 7:14 16:21
57:20 92:8
**sexual** 5:20
**shakes** 4:22
**shaking** 87:7 105:22
**sharpened** 38:11,12
**sheet** 69:22 84:4,6
84:12,14
**sheriff** 1:10 3:8
80:17 81:14
**sheriff's** 4:15 10:10
18:19 31:9
**sheriffs** 3:8 79:7
**Shibley** 3:3
**shift** 58:7,11,15
**shifted** 109:12,13
**shifts** 24:17 60:24
**shipped** 100:25
**shirt** 43:13
**shirts** 88:8
**shoes** 25:14,15,18
25:21 38:17 93:1
**short** 13:13
**shorter** 35:7 70:24
92:17
**shot** 65:21,22 69:19
83:1,5,5,8,11 96:3
96:4,5,25 97:2
**shots** 25:3,4 75:23
**shoulder** 49:1
103:21
**shoulder/neck**

41:20
**shoulders** 77:12,20
78:8 102:23 103:8
112:4
**show** 20:16 22:6,8
23:7 44:23,24
100:10
**showed** 23:11 26:6
26:8 109:19
**showers** 49:24
**shows** 112:11,11
**shut** 47:18 48:1
100:18
**shutting** 63:21
**Shutts** 3:9
**sic** 87:15
**side** 33:19 57:6,11
64:24 65:2,5,11
65:18 82:16 97:14
97:16,19,21 99:7
99:13,15,15,17
105:11 112:19,22
**side-by-side** 50:8
**sidewalks** 8:20
**siding** 8:20
**sign** 118:6
**signature** 23:2
26:11 100:15
109:21 118:3
**signed** 101:17
**silence** 40:23 44:18
44:19,21
**silent** 13:8
**simultaneously**
108:15
**sincerity** 79:23 81:3
**Sinclair** 15:19
**singing** 115:10
**sink** 33:3 59:7,8
**sir** 4:12,20,24 5:2,6
5:18,23,25 6:2,6,9
6:11,13,16 7:2,10
7:22 9:4 10:14
17:4,7 21:3,5,10
21:14 22:2,5,7,10
23:1,6,9,12 26:16
30:10,12,15,18
32:17,21 33:22
35:19,21,24 36:6
39:13,16 42:8
46:1,8 47:19 48:2
48:5 49:20,23
50:6 56:15 57:3
57:24 58:17 61:12
62:8,20,22 64:7,7
64:11 69:10 70:10
73:23 74:2,9

75:24 78:12,12,15
78:22 82:23 86:12
88:2 89:25 90:17
90:20 91:5 100:3
101:10,10,15,19
101:22 102:1,4,18
102:24 103:1,5,14
103:19,22 104:3,9
104:13,17 105:1
109:3 111:13
112:12,16 113:15
114:11,13 116:17
117:25
**sister** 25:1 97:23
**sit** 27:1,2
**site** 99:9,11
**sitting** 41:22 43:4,7
46:16,18,23 47:6
47:7 59:4,12
70:16 86:14,16,17
86:17 87:4,11,12
**situation** 13:12
28:17 29:10 51:21
66:1 79:20 81:13
89:14
**six** 7:14 36:3,5 45:7
48:19 50:23 51:1
110:9
**skate** 53:13
**skating** 53:8,9,12,13
53:15
**sleep** 39:9 40:3,6
**slot** 90:21
**slow** 115:9
**slump** 87:8
**small** 38:3,4 47:20
**smaller** 38:4,5
**smoke** 116:25
117:15,18
**smoked** 117:14
**smoking** 115:2
**smuggle** 114:15
**snickering** 88:22
**sociable** 79:12
**Social** 109:21
**soft** 80:1
**soles** 92:21,21
**somber** 89:5
**somebody** 11:2
12:12 14:22 28:10
28:20,21 35:2
40:4 41:12,16,17
60:16 62:6 69:16
86:23 89:17 90:11
102:15 106:15
111:17 112:3,4,4
113:14 115:2,13

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                    Keith O. Wayne

Page 10

**somebody's** 60:25
**son** 14:1,18,20
  28:18 52:2
**songs** 115:9
**soon** 13:17
**sorry** 104:23
**sound** 39:9 40:15
  41:3,4 52:11
  54:11
**sounded** 82:1
**sounds** 38:19 45:22
  52:12 109:15
**south** 63:5,6 64:5
**SOUTHERN** 1:2
**Spangenberg** 3:3
**speak** 11:11,11,13
  12:11,19 14:22
  21:12 79:19 90:15
**speaking** 13:13 20:8
  87:21
**Special** 1:5
**specifically** 52:25
  58:9 59:14 61:7
  83:21
**speed** 76:8
**spoke** 10:22,23
  12:24 13:14 14:6
  15:23 16:10 21:10
  25:14 26:9 28:5
  28:15
**spoken** 21:7 29:14
**squint** 38:6
**squirted** 83:17,18
**Sr** 1:6
**SS** 120:2
**SSN** 2:16 110:20
**stabbed** 45:8,11
**stable** 40:8
**staff** 66:24 74:8,11
  75:11 76:1 85:14
  85:18 87:19,19
  91:10,14,18 95:17
  99:8,11
**staircase** 30:17
**stairs** 31:7 39:10
  50:20 62:3,6,7,10
  69:21,23,25 70:6
  70:6 74:21 84:21
**stairway** 31:2,5
**stairways** 30:23
**stamp** 100:5
**stand** 5:21 16:18
  20:22
**stand-up** 82:4
**standing** 32:5 42:10
  42:15 60:17 66:20
  84:9 95:6 96:13

109:8,10
**start** 46:13,14
**started** 4:14 8:3
  15:7 16:2,14 36:2
  39:12 51:10
**starts** 2:3 3:20
  37:12,12,16,18
  39:1 72:7 91:8
  92:23 97:10 99:20
  116:11 119:2
**state** 1:17,18 4:7
  20:6 93:2 120:1,4
  121:8
**statement** 2:10,15
  22:12,19,25 24:3
  24:9,10,21 26:7,8
  26:15 27:4 30:3
  39:8 55:18,21
  56:2,14,17,20,23
  57:1,16,20 61:23
  76:10,16 77:9
  90:1,7,14 91:20
  93:18,23 100:2
  102:21 104:4
  107:4 109:20,24
  109:25 110:20
  113:11
**statements** 91:17
**STATES** 1:1
**stay** 4:22 96:21,21
  115:7
**stayed** 27:16
**stays** 116:24
**steady** 12:21
**steal** 40:5
**steel** 48:5
**stenographer** 45:14
**stenographically**
  120:11
**Stephanie** 54:9,10
  54:16,24
**Stephens** 90:2,3
**steps** 59:17 84:18
**Steven** 3:18
**stick** 51:23 83:7
**sticks** 51:22,23
**stigma** 9:16
**Stockhauser** 3:18
**stomach** 63:8 67:7
  68:2
**stop** 42:5 59:24
  63:21
**stopped** 104:21
**stories** 114:14
**story** 13:13 16:12
  24:7 57:15
**straight** 32:5 59:9

62:14 64:20
**strain** 71:10,10,18
  73:1
**straining** 71:2 73:17
  103:3
**street** 3:21 15:19
  31:9,10 74:13
  79:3,4
**streets** 53:7 116:23
**Strickland** 54:10
**stronger** 117:1
**struggling** 42:24
  72:4 85:19 86:5,7
**stuck** 51:19
**stuff** 5:1 14:1,2
  18:11 19:25 20:1
  20:11,13 23:5
  24:2,19,21 25:5
  27:8 33:3 38:9
  40:5,8,10 43:1,2
  43:22,23 45:24
  63:10 65:4 68:18
  79:14 80:8 81:12
  83:19 85:21,23
  88:23 92:10,22
**Stumpff** 3:11 55:9
  55:21 60:17 62:17
  63:5 77:25,25
  78:8,14,18,20
  81:16 103:11,12
  103:25 106:9
  111:7,16,23,24
**stupor** 87:8
**stylish** 38:16
**successful** 83:2
**sudden** 20:8
**sugar** 36:24
**Suite** 3:5,14,22
**super** 38:10
**supervisor** 57:21
**supply** 88:11
**supposed** 34:17,18
  78:16
**Supreme** 17:16,19
  18:2
**sure** 17:1 19:13
  20:18,19 35:11,12
  42:12 43:21 44:3
  44:7 50:3 59:1
  70:23 75:10 76:7
  86:9,14,21,22
  88:7 100:1 106:12
  107:14,21 108:3
  108:10 113:12
**surprised** 55:3,4
**surrounded** 15:1,6
**sweating** 73:16

**sweaty** 93:14,15
**switch** 48:24 69:17
**switched** 69:14
  70:19,25 77:24
**sworn** 4:3 21:22
  120:8
**system** 114:6
  116:23,24 117:2

---

**T**

**T** 3:13
**table** 26:11 67:2
  68:3 72:16,17,20
  72:22 95:10
**tables** 27:1,1,2
  32:15
**tablet** 29:16
**take** 4:25 11:17
  22:21 23:25 25:7
  30:2 37:7 38:24
  40:7 71:24 101:3
  119:2
**taken** 1:16 17:11
  89:21
**talk** 6:8 11:9 12:14
  13:1 20:25 29:8
  80:3,18 102:8
**talked** 12:14 29:19
  54:16 70:9 89:24
  98:17 102:12
  104:5 105:10
  106:8,25 110:8
  113:10
**talking** 12:18 14:8
  25:6,12,13 27:24
  40:22 44:2 45:19
  49:5 54:20 67:13
  67:19,23,25 73:20
  80:9 88:1,4,5
  105:5 110:10
  114:22 117:20
**tall** 47:15 52:1,8
  92:16
**taller** 48:18 52:9
  108:12
**Ted** 3:9
**television** 115:8
**tell** 5:8 7:23 11:18
  23:13 24:6 50:6
  70:14,14 71:2,5
  71:11,13,13,23
  72:3 73:2 76:2,3
  85:2 88:3,4,5,5
  102:14,19 108:22
  109:15 112:20
**telling** 11:9 29:4
  57:14 60:16 87:13

117:1
**ten** 34:1,2,24 48:19
  61:9,10 67:8,17
  92:16
**tension** 71:18
**term** 42:2 45:5 56:1
  60:24 80:19
  115:19
**terms** 28:17 79:6
**tested** 37:4
**testified** 26:5
**testify** 21:21 120:8
**testifying** 91:17
**testimony** 58:14
  112:2 120:10
**thank** 29:3,4,9
  117:23
**theory** 18:21
**thing** 14:12,20
  22:10 29:16 42:6
  58:1 66:11 67:3
  69:20 80:7 86:10
  93:25 97:5
**things** 9:22 26:21
  26:23 32:15 38:11
  44:7 47:24 50:22
  53:16,16 57:7
  76:9,21 102:7,9
  102:10 107:22
  108:6
**think** 11:10,10,18
  13:6 14:23 15:17
  17:12 18:18 19:23
  23:15 24:4 25:9
  27:11,12,13,18
  28:16,17 34:23,24
  39:18 40:24 49:18
  51:7 53:1 54:8
  65:12 70:13 71:12
  74:19 75:18,18
  76:17 78:1 82:14
  82:15 84:12 86:1
  86:2 93:14 97:13
  99:1 100:11,16,24
  101:6 107:1,7
  113:9 114:23
  115:16 116:8
  117:22
**thinking** 11:2 24:5
  25:21 94:17
**Third** 15:19
**thirteen** 34:8,22
  80:13
**thirty** 34:25 35:14
  35:15,15 61:10
  116:24 118:12
**thorough** 37:1

Beyoglides, Jr., Harry G. v. Montgomery County Sheriff                                    Keith O. Wayne

Page 11

**thought** 9:5 24:1
54:20 57:20 85:15
**thousand** 12:16
**thrashing** 66:16
96:2
**three** 21:17 24:15
51:2,5 75:17,18
97:4
**three-quarters**
68:16
**three-way** 29:1
**tiles** 34:15,18
**time** 7:8,11,13,19
10:23 16:1 19:20
23:25 24:13 27:17
29:21 36:12 39:15
40:1,24,25 41:1
42:3,13 43:6
44:12 48:24 49:9
49:22 50:18 51:18
53:3 54:2,4 55:8
56:19 58:2,2,4
60:17 61:13 63:7
63:9,19 65:1,2,6,7
65:8,10,13 66:7
69:4,12,13,16
77:25 78:24 81:8
82:21 86:4,6
88:13 90:13 93:12
93:12 95:15 96:13
97:5 99:6,11
104:21 108:11,18
108:18 109:18
112:13,15,18
113:5 114:24,25
115:1 117:24
118:19
**timeline** 17:20
42:17 58:20
**times** 40:13 68:22
69:7 77:10
**today** 35:18 116:25
117:24
**today's** 118:6
**toes** 63:2 64:6
**toilet** 59:6,8
**told** 10:24 12:1,19
13:20 14:6,10,16
15:5,23 24:6 26:5
29:2,2 44:14 47:2
47:11 55:24 59:2
**tomorrow** 14:1
**tone** 87:23
**tones** 87:21
**Tonya** 3:10
**tooken** 79:25
**top** 30:5 67:21,24

69:17 74:25
100:16 101:18
**torso** 41:17,18,23
43:3,9 63:13
66:17 96:9,9
**total** 45:5 57:23
67:18
**tough** 79:17 80:3
**towel** 93:19
**trading** 111:19
**training** 11:23 12:1
**transcribed** 118:10
**transcript** 118:2,6
**transfer** 27:23
84:11
**transferred** 10:8
**transferring** 84:16
**treat** 82:10
**Tri-Dayton** 8:11
**trial** 5:21 6:5 16:18
17:5,9 19:13
27:18,20,21
**tried** 17:21 65:21,22
66:13 75:22 84:1
96:25 105:11
**trouble** 98:15
**true** 9:11
**truth** 10:1 16:13,13
120:8,8,9
**try** 13:11 47:13 65:1
79:10 93:22 96:16
**trying** 9:1,7,12,20
16:14 18:1,3
21:20,21 25:4
31:14 38:3 42:2
42:22,22 43:21
44:9 45:25 48:11
57:10 61:21 63:15
65:3,12,14 66:5
69:19 72:2 76:6
76:15 83:7,8
85:13 87:5 88:9
88:15 89:18 93:5
93:10 96:1,2,3
98:15 99:13,15,16
112:19 113:6
114:15,23
**Tuesday** 1:19
**turn** 66:13
**turns** 60:24
**tussling** 66:9
**TV** 89:16
**twelve** 34:8,18,18
34:21,24
**twenty** 34:25
**twenty-four** 13:19
**twenty/twenty** 37:5

37:15
**twice** 10:22
**two** 7:15 21:17 27:6
30:11,23,23 41:14
43:24 48:19,19
50:11,13,24 55:22
57:21 73:2 75:17
75:19,21,21 96:23
100:24 111:15,22
116:19 118:1
**type** 20:11 27:8
31:14 41:10 49:16
65:25 87:23 98:4
105:23 113:20
115:23
**types** 118:3
**typewriting** 120:13

___

**U**

**Uh-hum** 21:13
57:22 75:14 77:21
92:12,24 94:20
100:14 101:5
114:7
**uh-hums** 4:23
**unable** 9:14
**uncle** 28:19
**uncomfortable**
63:25
**unconscious** 112:25
**understand** 4:17
5:7 7:23 13:7 19:6
19:7 26:5 52:17
66:19 77:14
100:11 102:8
107:23 108:20
118:9
**understanding** 88:9
88:16
**understood** 5:4
108:10
**undisputably**
114:20
**UNITED** 1:1
**unjust** 29:11
**unjustice** 9:12
**unmanly** 82:9
**unnatural** 63:25
**untimely** 18:2
**upper** 41:19 43:9
63:13 67:18 69:12
96:9
**Urbana** 8:3
**use** 62:4 72:1 79:5
80:1
**usually** 36:18

**V**

**vain** 38:17,18
**vainness** 39:5
**vantage** 60:5,7
64:22 70:8,13
102:13
**ventilation** 117:15
**verbatim** 24:9
**verify** 106:10
**Versace** 38:16
**versus** 44:8 70:15
**vertical** 67:14,23
**vertically** 67:9
**video** 75:7 112:1,7,9
112:11
**videotape** 22:6
**view** 62:14 66:23
67:15
**Vine** 3:21
**violation** 7:20
**visible** 68:14
**vision** 68:20
**visiting** 23:17 31:11
31:23 32:11 50:1
50:1
**visualizing** 44:18,19
44:21
**volume** 87:21
**vs** 1:8

**W**

**wagons** 88:16
**waive** 118:2
**wake** 50:8
**walk** 39:24 82:24
**walkie-talkies** 41:8
**walking** 49:21 50:9
**wall** 42:11,15 59:5
59:11 60:18 87:12
96:13
**Walmart** 13:25
14:3
**want** 12:11 14:22
17:3 21:22 28:20
28:22 42:12 44:3
46:13,15 55:24,25
56:2,7,8,11,18,19
68:25 69:16 70:22
72:8,12 73:24
75:10 76:9,21,22
78:22,23,24 85:4
86:20 87:20 92:18
93:16 96:14,22
98:3,4,14 99:18
100:10 102:5,8
106:12 110:2,8,13
118:5,14

**wanted** 20:6 108:10
**wants** 75:4 76:23
**warehouse** 8:14
**warehouses** 8:8
**Warren** 36:19 37:2
**wasn't** 13:14 20:13
24:18 50:15 66:7
66:8,9,9 68:14
75:25 82:12 83:2
83:22,23 85:24,25
86:5,5,6,7,8 91:16
95:14 96:1 111:24
115:11
**waste** 14:11
**watch** 115:8
**watching** 56:5
103:16 112:14,15
**wavering** 16:12
**way** 11:6 12:6 14:5
28:8 33:7 34:4
36:1 42:16 48:9
48:10 63:19 64:14
64:14 66:4,6 67:4
67:5,24 78:3 81:7
84:7 87:15,16
106:16
**Wayne** 1:13 2:8,13
4:1,9,10 5:3,10
14:25 18:17 20:25
22:17,25 26:4
56:25 73:19 91:1
101:4 110:18
111:2 114:3 116:9
120:7
**Wayne's** 2:9,14
22:18 110:19
**ways** 30:23
**we'll** 4:16 5:4 34:9
34:25 47:22 58:12
61:8 76:17 110:12
**we're** 4:18 5:12 6:7
35:1 45:19 108:24
**we've** 75:7 117:23
**weapon** 7:1
**wear** 36:9,10 37:16
37:17,18 38:17
**wearing** 35:18
**weeks** 21:17
**weighed** 50:24
**weight** 71:6
**weights** 71:4
**weird** 40:8
**welcome** 29:6
**well-known** 53:7
**went** 12:8,14 13:23
13:25 14:17,17,18
15:13,20 23:17

27:22,22 53:15
84:10 89:23 97:2
**WESTERN** 1:3
**Where'd** 8:2
**WHEREOF** 121:1
white 39:22 43:13
88:6,8
wide 50:4,11
wife 13:23 14:15
15:5 28:15
wife's 25:1 97:23
wiggly 92:21
Wilmington 8:4
window 31:2,8
47:20,20 48:7,23
48:25 49:3,4 60:1
95:13,13 108:10
109:1,17 113:17
113:18
windows 44:25
wiped 68:25 69:1
wiping 93:4,15
95:24 96:19
wish 79:5 118:19
witness 1:13 4:2
20:7,10,15 21:14
21:19 28:11 34:7
34:9,17 37:10,13
38:25 39:2 46:10
56:15,17 72:15
75:2 76:11 77:1,6
82:3 91:5 92:14
94:24 103:12
107:16,25 108:20
114:14 116:13
117:25 118:16
120:12 121:1
witnessed 4:17
86:10 91:13 95:17
witnesses 20:2,4
Wittman 3:9
woke 39:8,23
women 38:17
wood 108:25
word 24:8 73:8
work 9:25 10:2
worked 8:8,9,14,21
8:22
working 37:23
83:13 115:12
works 24:25 25:25
52:3
worn 36:8
worry 15:11
worse 35:25 82:1
wouldn't 35:8 55:14
62:1 98:4 112:8

113:25 114:1
wow 54:25
wrestled 80:6
wrestling 66:9 80:7
80:11
wrists 62:18
write 27:4 77:10
115:9
writing 57:9 101:6
120:11
written 22:25 26:7
26:15 55:20 57:16
57:20 77:8 78:1
90:1 91:20
wrote 23:5 26:22
27:9,10,13 57:1
57:19 62:21 76:10
90:13 102:6

**X**

X 12:13 28:4 88:14

**Y**

Y 28:4 88:14
y'all 13:18 27:8
43:19 111:16
yardage 35:13
yards 34:1,2 35:15
35:15
yeah 12:12 14:25
15:6 16:25 17:5
22:24 24:24 25:5
27:12 28:5,6,7,12
29:10 30:5 31:24
34:7,13 37:22
38:12 44:14 48:22
49:4,7,25 50:10
52:12,12,21,22
55:4,12,13,20
62:14 65:12 75:10
77:1 82:3 86:2
88:25 89:1 90:7,8
90:25 92:13,14
100:20,22 105:24
106:20 107:15,25
108:5,13 110:11
111:7,8,10 112:23
115:20,22 116:21
119:1
years 5:15 7:14,16
7:17 45:7,20
80:13
yell 43:17
yelling 27:7 40:18
40:18 43:2 46:6
yellow 29:15
yesterday 54:16

**young** 80:12

**Z**

Z 28:4 88:14
zigzag 92:21

**0**

09 36:15,17

**1**

1:16 1:20
1001 3:5
104 1:19
110 2:5,18
11th 121:3
123 3:14
16149 1:18
1700 3:5,22
19 16:23 36:13
1993 6:20
1999 6:22
19th 6:8 101:21

**2**

2:00 58:13
2005 6:24
2009 37:2
2012 4:18 6:1,3,8
16:23 21:1 35:23
36:14 101:23
2016 1:20 121:3
2020 9:3
22 2:12
28(D) 120:19

**3**

3:00 58:15
3:14-cv-00158 1:8
3:30 58:13
3:38 119:7

**4**

4 2:2
426-4200 3:15
434 29:24 30:7 60:8
107:6
44114 3:6
45202 3:22
45429 3:15
455-4013 3:23

**5**

5/19/12 2:10,15
22:18 110:19
513 3:23
525 3:21
5335 3:14

**6**

696-3303 3:6

**7**

7-16-2018 121:8
7th 1:19

**8**

877 3:6
88 7:7

**9**

91 2:3
937 3:15
99 2:4