1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - -

Harry G. Beyoglides, Jr.,
Special Administrator of the
Estate of Robert Andrew
Richardson, Sr., Deceased,
    Plaintiff,
    vs.               Case No. 3:14-CV-00158

Phil Plummer/Montgomery County
Sheriff, et al.,
    Defendants

- - -

DEPOSITION OF STEVEN STOCKHAUSER
the Defendant herein, called by the Plaintiff under the
applicable Rules of Civil Procedure, taken before me,
Whitney Layne, a Notary Public for the State of Ohio, at
the law firm of Dinkler & Pregon, 5335 Far Hills Avenue,
Suite 117, Dayton, Ohio 45429 on December 7, 2015 at
11:05 a.m.

LAYNE & ASSOCIATES
6723 COOPERSTONE DRIVE
DUBLIN, OHIO  43017
614-309-1669

2

1    APPEARANCES

2

     NICHOLAS DICELLO, ESQUIRE
3    SPANGENBERG, SHIBLEY & LIBER
     1001 Lakeside Avenue
4    Suite 1700
     Cleveland, Ohio  44114
5        on behalf of the Plaintiff

6

     JAMEY PREGON, ESQUIRE
7    DINKLER & PREGON
     5335 Far Hills Avenue
8    Suite 123
     Dayton, Ohio  45429
9        on behalf of the Sheriff
         Defendants
10

11   CARRIE STARTS, ESQUIRE
     ROBERT HOJNOSKI, ESQUIRE
12   REMINGER CO., LPA
     525 Vine Street
13   Suite 1700
     Cincinnati, Ohio  45202
14       on behalf of the Defendants
         NaphCare, Inc., Nurse Felicia Foster,
15       Nurse Jon Boehringer, Nurse Krisandra
         Miles, Medic Steven Stockhauser,
16       and Brenda Garrett Ellis, M.D.

17

18

19

20

21

22

23

24

3

1                         December 7, 2015

                         Monday Session

2                         11:05 a.m.

3                           - - -

                    STIPULATIONS

4

     It is stipulated by and among counsel for the

5 respective parties that the deposition of STEVEN

  STOCKHAUSER, the Defendant herein, called by the Plaintiff

6 under the applicable Rules of Civil Procedure, may be

  taken at this time by the notary Whitney Layne; that said

7 deposition may be reduced to writing in stenotypy by the

  notary, whose notes thereafter may be transcribed out of

8 the presence of the witness; and that the proof of the

  official character and qualification of the notary is

9 waived.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4

1                     EXAMINATION INDEX

2

   STEVEN STOCKHAUSER

3

4    BY MR. DICELLO.............................Page 5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

416d20c8-65c7-4804-9359-4c0d894cab42

5

1                    STEVEN STOCKHAUSER

2          Being first duly sworn, as hereinafter

3     certified, deposes and says as follows:

4                    CROSS-EXAMINTION

5          MS. STARTS:  I'm Carrie Starts and I represent

6     Mr. Stockhauser.  And he's appearing today voluntarily,

7     but he is not waiving the service defense which we've

8     raised from the outset of this case, and the judge has

9     ordered that he is not waiving that defense by voluntarily

10    appearing today.  I just wanted to state that on the

11    record.

12    BY MR. DICELLO:

13         Q    Good morning.

14         A    Good morning.

15         Q    Can you please state your name for the record

16    and spell your last name for Whitney?

17         A    Steven Eric Stockhauser, S-T-O-C-K-H-A-U-S-E-R.

18         Q    Mr. Stockhauser, my name is Nick DiCello.  We

19    just had a chance to meet off the record.  Do you

20    understand you're here to have your deposition taken?

21         A    Yes.

22         Q    Have you ever been deposed before, sir?

23         A    Yes.

24         Q    How many times?

6

1      A    Twice.

2      Q    Can you tell me when was the last time you sat

3  for a deposition?

4      A    It was in the mid nineties for an arson case,

5  which I was the person on the scene.

6      Q    Was that in connection with some employment you

7  had?

8      A    No.

9      Q    And you said you were deposed one other time

10  before that?

11      A    Yes.

12      Q    Can you tell me a little bit about that one?

13      A    It was a civil litigation against a company

14  that I used to work for.

15      Q    What company was that?

16      A    It was Soft Touch Car Wash, Incorporated.  It

17  was back when I was in my twenties.

18      Q    Okay.

19      A    Thirty plus years ago.

20      Q    All right.  Well, just by way of introduction,

21  you understand that I'm an attorney, I represent the

22  family of Robert Richardson who passed away in the

23  Montgomery County Jail back in May of 2012.  Do you

24  understand that?

7

1      A     Yes.

2      Q     And do you understand that you're here in

3   connection with a deposition that's being taken in a case

4   that was filed by Mr. Richardson's family against a number

5   of folks, including yourself.  Do you understand that?

6      A     Yes.

7      Q     I want to go over just a few rules before we

8   really get into the substance of the questions, so we have

9   a good understanding.  Okay?

10      A     Yes, sir.

11      Q     All of your answers need to be audible so that

12   Whitney can type down what you're saying; yes, no, or

13   words instead of shrugs or uh-huhs and huh-uhs, okay?

14      A     Correct.

15      Q     And you've done a nice job until now, but we're

16   going to have to only speak one at a time.  Even though

17   you know what I'm going to ask you, you know the answer,

18   wait for me to finish asking the question, I'll wait for

19   you to finish the answer.  We'll get a clean record that

20   way, okay?

21      A     Yes.

22      Q     You understand you're under oath today?

23      A     Yes.

24      Q     You understand that the oath you're under today

8

1   will be the same kind of oath that you will take when you

2   testify in front of a jury or judge at the trial of this

3   case?  Do you understand that?

4       A    Yes.

5       Q    Is there any reason that you won't be able to

6   answer truthfully today?

7       A    No.

8       Q    I only want you to answer questions that you

9   understand.  So if I ask a question, for whatever reason,

10  that is unclear to you or you don't understand it, I want

11  you to tell me that, okay?

12      A    Yes, sir.

13      Q    And given that arrangement we have, if you

14  answer a question that I've asked, I'm going to assume

15  that you understood it.  Fair?

16      A    Yes, sir.

17      Q    And do you understand that I'll be relying on

18  your answers, the accuracy and truthfulness of your

19  answers in connection with this lawsuit?

20      A    Yes, sir.

21      Q    I can never predict how long these things take.

22  Sometimes they can last longer than they should.  And

23  sometimes they're very quick.  But if you want to take a

24  break for any reason at all, just let me know, we can do

9

1    that.  I would ask that if a question is spending,

2    Mr. Stockhauser, that you answer the question first and

3    then say, "Nick, let's take a break," okay?

4         A    Yes, sir.

5         Q    Also, this is -- we're going to be asking you

6    questions about things that happened years ago.  And it's

7    not uncommon in these things, as is human nature, that

8    your memory might get jogged about something later on

9    during the deposition.  If that happens and you want to

10   revisit any answer you've given, change it, amend it, or

11   add to it, I want you to take the opportunity today to do

12   that, okay?

13        A    Yes, sir.

14        Q    Because this is my one and only chance to ask

15   you questions before trial.

16        A    Correct.

17        Q    Understood?

18        A    Yes, sir.

19        Q    Mr. Stockhauser, let me start off by handing

20   you a copy of the complaint in this case, okay?

21        A    Yes, sir.

22        Q    So you'll acknowledge right now that you are

23   now in receipt of the complaint?

24        A    Yes, sir.

10

1      Q    But this isn't the first time you've seen that

2  complaint, is it?

3      A    No, sir.

4      Q    You've seen it before today; correct?

5      A    Yes, sir.

6      Q    And you've had counsel representing you in

7  connection with the case that was filed against you for

8  many, many months now; true?

9      A    Yes, sir.

10     Q    And you understood and knew that you were named

11  in this lawsuit shortly after it was filed back in 2014;

12  correct?

13     A    Correct.

14     Q    And you have, through your employer, hired and

15  paid an attorney to defend you in connection with this

16  case; true?

17         MS. STARTS:  Objection.

18  BY MR. DICELLO:

19     Q    I should say sometimes Carrie will object.  And

20  unless she tells you, "Steve, don't answer the question,"

21  you can just go ahead and answer.

22         So the question was:  You understand that

23  through your employer you hired and have been paying an

24  attorney to represent you in connection with this lawsuit;

11

1    true?

2              MS. STARTS:  Same objection.

3              You can answer.

4              THE WITNESS:  Okay.

5        A    Yes, my employer has hired my attorney.

6    BY MR. DICELLO:

7        Q    Are you still currently employed by NaphCare?

8        A    No, I am not.

9        Q    When did you end your employment with NaphCare?

10       A    October 31st in -- I know that date, but I

11   can't remember -- I can't recall the exact year.

12       Q    Let me see if we can --

13       A    I'm trying to backpedal myself here.

14       Q    Yeah.

15       A    It was either 2013 -- 2012 or 2013.

16       Q    How did you become aware that a lawsuit was

17   filed against you?

18       A    I personally Googled my name and that came up

19   on the internet with the lawsuit, what you presented to

20   me, and my name is listed on there is how I found out.

21       Q    When did you have occasion to Google your name?

22       A    I actually Google my name quite a bit.

23       Q    Okay.

24       A    Just to see if other records and -- people

416d20c8-65c7-4804-9359-4c0d894cab42

12

1    might be using my name or something.  Because I've had

2    identity theft before.  So I Google my name at least once

3    or twice every six months --

4         Q    Okay.

5         A    -- just to see if anything -- anything is added

6    in --

7         Q    So --

8         A    -- that I'm not aware of.

9         Q    Fair to say within six months, at the most, of

10   this lawsuit being filed, you became aware of it; true?

11        A    Correct.

12        Q    And you were able to actually access the

13   complaint itself online?

14        A    Yes.  It's listed online.

15        Q    And did you read the complaint when you saw it

16   online within that six months from it being filed?

17        A    Partial.  And then I had family business that I

18   had to take care of and shut it down and --

19        Q    As a result of reading that, did you contact

20   NaphCare about it?

21        A    No, I did not.

22        Q    Did anyone at NaphCare ever notify you that

23   this complaint had been filed against you at any time

24   before you discovered it when you Googled it?

13

1      A     No.

2      Q     Are you aware that someone at NaphCare signed

3  for service of this complaint on you?

4      A     No.

5      Q     Is that something that you would expect your

6  employer to do given your former employment with them?

7      A     It has happened once before.

8      Q     My specific -- Well, given that it's happened

9  before, is it your expectation that one of the things an

10  employer like NaphCare would or could do was accept

11  service of a lawsuit on your behalf because you were a

12  former employee?

13         MS. STARTS:  Objection.

14      A     As of a form --

15         MS. STARTS:  Go ahead and answer.

16      A     As a former employee, I know that I am supposed

17  to be served at home via certified mail and -- and a word

18  process server.  And in the past, we've had subpoenas

19  signed by the secretaries for people that work there and

20  we never got -- we never -- the person that was

21  subpoenaing us for was never given the subpoenas and we've

22  actually missed court.

23  BY MR. DICELLO:

24      Q     I appreciate that.  My specific question is:

14

1   Based on your experience at NaphCare, you understand that

2   as your employer or former employer, something that

3   NaphCare has done and would and could do was accept

4   service of these kind of complaints on you?

5           MS. STARTS:  Objection.

6    BY MR. DICELLO:

7       Q    You understood that?

8       A    I am aware that they've done that in past

9   practice.

10      Q    Between the time that the lawsuit was filed --

11  and the original lawsuit was actually filed back in May of

12  2014 -- and the time that you Googled it and found the

13  complaint and read it, did you experience any kind of

14  inconvenience or prejudice as a result of that delay, from

15  the time it was filed until the time you discovered it on

16  Google?

17      A    No.

18      Q    And do you feel that you've been well

19  represented by your counsel in this case?

20      A    Yes.

21      Q    And do you feel that your lawyers have

22  represented your interests from the moment this case has

23  been filed up until today?

24      A    Yes.

15

1    Q    Mr. Stockhauser, I do want to ask a little bit

2    of background about you.  It's not to pry into your

3    personal life, but it's to kind of get an idea of who you

4    are, what your professional credentials are, your work

5    experience, those kinds of things.  So let me start into

6    those topics.  Are you from the Southern Ohio area?

7    A    Originally born in upstate New York and grown

8    -- I grew up and lived in Huber Heights.

9    Q    Huber Heights?

10   A    Yeah.  In the Dayton, Ohio area.  Yes.

11   Q    What is your date of birth, sir?

12   A    August 13, 1963.

13   Q    And this case involves an interaction where

14   folks restrained Mr. Richardson; fair?

15   A    That's correct.

16   Q    And because there was a group of people

17   restraining another person, I've been asking everybody

18   what their height and weight was at the time.  And that's

19   the reason I'm going to ask you the same thing.

20   A    Okay.

21   Q    What was your height and weight back in May of

22   2012?

23   A    Five foot six, approximately 200.

24   Q    Let me ask a little bit about your educational

16

1    background, if you don't mind.  Did you attend college

2    after graduating high school?

3         A    Yes.

4         Q    Can you tell me about that?

5         A    The college, the classes I took in college was

6    fire science, because I was a firefighter at the time.

7         Q    Fire science?

8         A    Yes.

9         Q    Got it.

10        A    Yes, fire science.

11        Q    Okay.

12        A    Didn't have anything to do with medical.  My

13   medical was from a career technical center.

14        Q    Let me ask about the undergraduate where you

15   studied fire science.  Where?

16        A    Sinclair.

17        Q    Sinclair?

18        A    Sinclair, Ohio State -- the State of Ohio Fire

19   Academy.

20        Q    Did you graduate from a college?

21        A    They were certificate classes.

22        Q    So what did you do upon completing your studies

23   in fire science?  Did you become a fireman?

24        A    I was already a firefighter.

17

1    Q    So how long did you work as a firefighter?

2    A    Since 1978.

3    Q    Still are a firefighter volunteer?

4    A    I retired in 2005.

5    Q    And what did you do in 2005 when you retired

6  from firefighting?

7    A    After a year of being disabled, I was able to

8  get back into some gainful employment and -- including

9  getting in at NaphCare.

10    Q    Are you currently on disability?

11    A    I am collecting permanent partial disability.

12    Q    Again, I know some of these questions are

13  personal. But what is the nature of your condition such

14  that you have been deemed to be permanently partially

15  disabled?

16    A    I've got spinal issues where my back is out of

17  align. As you can see, my shakes that I've got, like

18  tremors, that is a neurological issue that I had prior to

19  me becoming a full-time employee in the fire service,

20  which was in 1984.

21    Q    Can I interrupt you?

22    A    Yes.

23    Q    The neurological condition that you're

24  explaining, what is the name of that condition?

18

1    A    Its technical name is Van Leeuwenhoek's

2    Syndrome.

3    Q    Yep, okay.

4    A    Or an easier term would be myoclonus of the

5    diaphragm.

6    Q    And you've had that condition since the

7    mid-eighties?

8    A    Since the mid-eighties.

9    Q    Okay.  I'm sorry.  I interrupted you.  I was

10   asking the nature of the conditions for which you're

11   receiving permanent partial disability.  You've told me

12   spinal issues with your back out of align.  When was the

13   onset of that?

14   A    1991 on a medical call.

15   Q    And then you said this neurological condition

16   that you described, and the onset was in the early to

17   mid-eighties.  Any other conditions that form the basis of

18   this permanent partial disability?

19   A    I've got irritable bowel syndrome.

20   Q    Okay.

21   A    And that was due from stress, anxiety, and

22   other issues while in the fire service.

23   Q    So these conditions that you've just described

24   for me, are these work-acquired conditions?

19

1      A     The myoclonus is a work -- or was deemed from

2   when I was in an auto accident when I was under the age of

3   ten.

4      Q     The other two were work related?

5      A     But the -- the main onset of the myoclonus

6   wasn't until the mid-eighties, and the accident happened

7   in the early seventies.  And the neurologist that I was

8   going to could not -- all the testing that he did on me

9   came up negative.  So --

10     Q     Okay.

11     A     Basically, the -- all of the -- the myoclonus,

12   the back injury, and the IBS was all stress anxiety

13   related due -- and they claim that as -- or put that under

14   the work, because all of it started after 1984 when I

15   started in the fire service.

16     Q     Okay.

17     A     Because there was a lot of stress and other

18   issues with being in that position.

19     Q     What about the position was stressful such that

20   it caused these conditions?  Can you just give me a brief

21   description?

22     A     Just overall -- It would be a management and

23   everyday work-type stress.

24     Q     Are we talking about running into burning

20

1    buildings or is this more administrative stress?

2         A    More administrative stress.

3         Q    So is this permanent partial disability through

4    Ohio Workers' Compensation or is it through some public

5    employee --

6         A    Ohio Police and Fire Retirement System.

7         Q    Do you have an attorney who represents you in

8    connection with obtaining those benefits?

9         A    No.

10        Q    You did it all yourself?

11        A    I have --

12        Q    Or union rep?

13        A    I had a union rep.

14        Q    Okay, good.  So when you say you retired from

15   the firefighter business in 2005, what was your position

16   at that point in time?

17        A    I was a firefighter paramedic.

18        Q    And who did you work for?

19        A    Miami Township Montgomery County.

20        Q    And was the reason for your retirement due to

21   these medical conditions?

22        A    Yes.

23        Q    So did you in addition to receiving permanent

24   partial disability, did you retire with some kind of

1    medical pension?

2        A    Yes.

3        Q    So in addition to the permanent partial

4    disability benefits, you are also receiving a state-funded

5    retirement pension according to your disability; true?

6        A    Not state funded, retirement system funded.

7        Q    Okay.  All right.  So how long did you stay

8    retired?

9        A    I still am retired.

10       Q    But you're working?

11       A    Yes.

12       Q    Right?  I'm not -- I'm not asking for the

13   technical legal definitions, you know.  I understand that

14   you're technically retired for purposes of the system.

15   But when did you go back to, like you said, some type of

16   gainful employment?

17       A    Within a year and a half to two years after

18   retiring.  I did not receive full benefits.

19       Q    And were you careful to make sure that the work

20   you did get did not infringe on your ability to collect

21   these benefits?

22       A    Correct.

23       Q    So did that limit the kinds of jobs you could

24   look for?

22

1    A    Yes.

2    Q    So tell me how it is -- what kind of jobs did

3  you have within a year and a half to two years after

4  retiring in 2005?

5    A    Well, within a year and a half to two years, I

6  basically did just odd jobs around that would not hamper

7  anything.

8    Q    Okay.

9    A    Basically, just -- the biggest thing I can say

10  is just odd jobs.

11    Q    Okay.

12    A    It wasn't -- It wasn't anything earth

13  shattering or --

14    Q    No career?

15    A    No career-minded stuff.  It was just little

16  things here and there.

17    Q    So when did you get back into a more

18  instutional job?

19    A    2012.

20    Q    Tell me about that.

21    A    Well, wait a minute.  It was 2007.

22    Q    Okay.

23    A    I worked as -- I did a couple months working

24  for a private ambulance.

23

1      Q    Private ambulance?

2      A    Private ambulance.

3      Q    A couple of months?

4      A    A couple of months.

5      Q    And why was it only a couple months long?

6      A    The manager pretty much didn't like me because

7 I wasn't a country boy, because their location was out in

8 the middle of nowhere.

9      Q    That's a good reason to keep it to a few

10 months.

11     A    Yeah.

12     Q    So what did you do after a few months where you

13 and the manager didn't see eye to eye?

14     A    Then I became employed at -- with Sterling

15 Medical, which is a contractor, doing medical service, and

16 I was an EKG telemetry technician at Wright Patterson Air

17 Force Base.

18     Q    How long did you have the job as the telemetry

19 tech for Sterling Medical who was contracted out at the

20 Air Force base?

21     A    About 13 months.

22     Q    And what happened after that 13-month stint?

23     A    Contract ran out.

24     Q    Another good reason.  Okay.  So this brings us

24

1    up to early 2009?

2         A    Well, during the -- in 2007, while I was

3    working with Sterling Medical, I also became part-time

4    working at -- for NaphCare.

5         Q    So do you remember the month that you started

6    in 2007?

7         A    July.

8         Q    And what position -- tell me how you came about

9    obtaining a job at NaphCare.

10        A    I was -- How did I do that?

11        Q    Take your time.

12        A    I can't recall the exact circumstances how I

13   found out about the job.  But I notified and sent my

14   resume to the secretary, and she forwarded everything to

15   James See, which was the healthcare administrator at the

16   time, and within a couple days he called me.

17        Q    Which job were you applying for?

18        A    EMT.

19        Q    Part-time?

20        A    Part-time.

21        Q    How long had you been an EMT?

22        A    Since 1984.

23        Q    And you have maintained a continuous license as

24   an EMT since that time?

25

1      A    Yes.

2      Q    What board is it that licenses EMTs in the

3  state; do you know?

4      A    State Board of Education and State Department

5  of Commerce.

6      Q    Okay.

7      A    It's kind of gone between the two.

8      Q    I'm sure that makes it easy.

9           So did you get the job?

10     A    Yes.

11     Q    And you were hired in July of 2007?

12     A    Yes.

13     Q    Tell me, did you understand that you were

14  applying for a position at the jail?

15     A    Yes.

16     Q    Prior to July of 2007, had you ever worked in a

17  jail setting?

18     A    No.

19     Q    And what would have been your age back in July

20  of 2007?

21     A    42, 43.

22     Q    Did you decide to pursue the NaphCare position

23  because you were interested in employment in the

24  correctional field, or did you pursue it because it was a

26

1   job that met your parameters?

2       A    I took the job because I enjoy helping people

3   that are in need.  And it wasn't anything in reference to

4   correctional stuff, it was a job that I can assist people

5   that need helping.

6       Q    So you said you were part-time in 2007.  What

7   was your work schedule like?

8       A    Two days a month to start off with, and then it

9   grew from there, more days when people were calling off,

10  and I was able to -- and I wasn't working at the Wright

11  Patterson.

12      Q    So did it ever evolve into a full-time job?

13      A    Yes, it did.

14      Q    At what point in time did you become full-time?

15      A    I was full-time --

16      Q    If I had your personnel file, I could go

17  through this faster.

18      A    Yeah.

19      Q    Carrie won't give it to me.

20      A    It was approximately 2009.

21      Q    And the position remained EMT?

22      A    Correct.

23      Q    Tell me what your understanding was of your

24  role as an EMT at the Montgomery County Jail working for

416d20c8-65c7-4804-9359-4c0d894cab42

27

1    NaphCare.

2        A    My role at the time -- at the time when I got

3    -- when I first began, was to screen the inmates for

4    medical issues and psychological issues, enter the data

5    entry into the system, respond to emergency calls, and to

6    assist the nursing staff when needed.

7        Q    Who did you report to?

8        A    It depended on -- It depended on the shift.

9        Q    Tell me about that.

10       A    Are you asking who did I report to as in

11   medical or as to the correctional?

12       Q    You tell me.  Who did you report to in medical?

13   And then you can tell me on the corrections side.

14       A    Okay.  The medical, my immediate supervisors

15   were RNs, which they were -- which they left before I did.

16   And then it was James See, the health services

17   administrator, Katrina Carlisle, she took over after he

18   left, and then Anthony Johnson -- or Anthony Jones.  Sorry

19   about that.  But Dr. Ellis was the main over all medical.

20       Q    And then on the corrections side?

21       A    Correction sides?  Whoever the sergeant was on

22   duty, which would be considered the booking sergeant, in

23   which they rotated all the time.  There were multiple.

24       Q    Okay.

28

1      A    And then above them was Captain Crosby.  And

2  then above that was Major Wilson.  And then Sheriff

3  Plummer.

4      Q    Did you work a particular shift throughout the

5  time you had full-time employment at NaphCare, or did that

6  vary?

7      A    It varied in the original, and then I -- when I

8  became full-time, I worked the three to eleven shift.

9      Q    Three p.m. to eleven p.m.?

10     A    Correct.

11     Q    How many days a week were you working?

12     A    Five days a week.

13     Q    Monday through Friday, or would you sometimes

14  work on the weekends?

15     A    I'd work on the weekends, also.

16     Q    I think this incident we've figured out it was

17  a Saturday, May 19th, 2012.  Does that jive with your

18  recollection?

19     A    Pretty close, yes.

20     Q    All right.  When did you -- Let me ask you

21  this.  You've told me that you had to retire from your

22  administrative position for the township because of the

23  stress of the job; correct?

24     A    Yes.

29

1     Q    Was working in a jail setting providing

2   emergency medical care to inmates a less stressful job

3   than the administrative position you had at the firehouse?

4     A    Well, it wasn't an administrative job at the

5   firehouse.  I was actually a firefighter paramedic.  I was

6   actually in the field.  Administrative at the fire

7   department is sitting in the office doing -- doing, you

8   know, office work.

9     Q    Paperwork and stuff.  I thought you told me it

10  was the administrative portion of the job that caused the

11  stress that led to your --

12    A    Well, it was the administration coming down on

13  me.  I mean, they pick and choose who they would go after.

14  And there was just -- I mean, they -- they rotate through

15  people.

16    Q    A lot of turnover there?

17    A    Not a whole lot on the full-time staff.  But on

18  the part -- on the volunteer and the part-time staff,

19  there was.

20    Q    Were you part-time at Miami?

21    A    I started out as part-time.

22    Q    I have that right, Miami?

23    A    Miami Township, yes.

24    Q    So when you say they went after people, do you

30

1    think the administration went after you?

2        A    They attempted to several times, and it didn't

3    work.

4        Q    What were they going after you for?

5        A    They just -- It would just be a -- I think it

6    would -- somebody not liking something you said or done,

7    and then you -- like we used to say, put a target on your

8    back, and then they kind of go after you.

9        Q    Okay.

10       A    And try to -- try to force you to do something

11   to go against the rules.

12       Q    Any disciplinary problems while you were there

13   at Miami?

14            MS. STARTS:  Objection.

15            You can answer.

16       A    I had one that went through a grievance

17   procedure.  And that was taken care of through the

18   grievance procedure.

19   BY MR. DICELLO:

20       Q    Was your grievance upheld or was your grievance

21   denied?

22       A    My grievance was denied, but the attorney that

23   I had at the time, he appealed it and -- he appealed the

24   grievance.  But due to the way that our contract stated,

31

1    it was un--

2         Q    You couldn't appeal it?

3         A    It couldn't be appealed.

4         Q    What did that involve?

5              MS. STARTS:  Objection.

6         A    It was -- It was a medical run that we had at

7    three o'clock in the morning, and officers asked us to

8    stay on the scene like a half an hour, 45 minutes.  And I

9    had to go to the bathroom.  So I went behind a barn, went

10   to the bathroom, came back.  No further medical treatment

11   or anything.  And I ended up getting suspended for it.

12   BY MR. DICELLO:

13        Q    When did you leave the employment of NaphCare?

14        A    That was already stated.  October 31st of 2012

15   or -- 2012?  2013.

16        Q    Do you remember, was it the same year that

17   Mr. Richardson died, or was it the year after?  Does that

18   help?

19        A    It was pretty much the same year.

20        Q    So that would have been in October of 2012?

21        A    Correct.

22        Q    Why did you leave NaphCare?

23             MS. STARTS:  Objection.

24        A    I had a personality conflict with some of the

32

1   corrections.

2   BY MR. DICELLO:

3       Q    Tell me about that.

4            MS. STARTS:  I'm going to continue to object.

5            MR. PREGON:  I'll object, too.

6            MR. DICELLO:  Basis?

7            MR. PREGON:  Relevance.

8            MS. STARTS:  Yeah.

9            MR. DICELLO:  Those objections are preserved.

10  You don't have to assert them.

11  BY MR. DICELLO:

12      Q    Go ahead.

13           MS. STARTS:  You can answer.

14      A    They -- The corrections side did not like my --

15  the length of time that I was booking or that I was

16  screening female inmates.  Female inmates always took

17  longer than the males.  I could do a male inmate screening

18  in less than five minutes.  And females, sometimes it took

19  up to 30.

20  BY MR. DICELLO:

21      Q    Why is that?

22      A    Because the ones that were coming in doing

23  heroin and other drugs, we had to do a urine test on them

24  to see if they were pregnant.  And if they were pregnant,

416d20c8-65c7-4804-9359-4c0d894cab42

33

1    we would have to -- and we would be standing by the female

2    door waiting for them to finish urinating.  Sometimes they

3    would take a very, very, very long time.  And then we

4    would take them back, back to our office, escort them back

5    to the office, do the test in front of them.  And they

6    said that I was taking way too long -- too long a time to

7    screen the females compared to the males.

8        Q    Who told you that?

9        A    Corrections.

10       Q    Who in corrections?

11       A    It went from different officers to sergeants to

12   Captain Crosby to my -- went all the way to Katrina

13   Carlisle, the HSA, and --

14       Q    Okay.

15       A    That kept going on even though I shaved a lot

16   of questioning and stuff like that down.

17       Q    When did this issue really become a problem?

18       A    When Katrina Carlisle became HSA.

19       Q    Okay.

20       A    It wasn't -- It wasn't a problem when James See

21   was involved, was there.

22       Q    So in response to this, I think you described

23   it as a personality conflict, you said you started shaving

24   some of the questions down on the female intake screens?

34

1      A    Correct, so I could --

2      Q    Let me just ask.  Did you feel that was in the

3  best interest of the patients, or not?

4      A    The questions I was shaving down, instead of

5  being in depth, I went a little bit on the more broader

6  scheme.  But it was still covering the questions that I

7  was supposed to ask.

8      Q    Any other personality conflict issues other

9  than corrections telling you that you're taking too long

10 to do intake screening on women detainees?

11     A    No.

12     Q    So this issue ultimately resulted in you

13 leaving the employment of NaphCare?

14     A    Yeah.  That and budget cuts.

15     Q    Were you terminated?

16     A    Yes.

17     Q    By who?

18     A    Anthony -- Anthony Jones, which was HSA at the

19 time.

20     Q    And what did Mr. Jones tell you was the reason

21 for your termination?

22     A    It was a -- in reference to the screenings, and

23 also I had an inmate that was -- that became injured in

24 his cell, a female inmate, and she was unclothed due to

416d20c8-65c7-4804-9359-4c0d894cab42

35

1   being in a suicide gown, and she fell, struck her head.

2   Two female corrections officers went into the cell, and I

3   went in, checked the inmate out for head injuries, because

4   she fell onto her head on a cement ledge.

5        Q    She's a patient; right?

6        A    Patient slash inmate.

7        Q    You're supposed to refer to them as patients;

8   true?

9        A    Correct.

10       Q    Is that what you refer --

11       A    That's how I've learned.  I always called -- if

12  it's a medical issue, to me they're a patient.

13       Q    So go ahead.  I interrupted you.  You were

14  telling me about this patient of yours.

15       A    She was in a suicide gown, standing up on the

16  wall, which is barrier between the toilet and the open

17  cell, and she fell down, striking the back of her head on

18  the -- on the cement ledge.  And two female correction

19  officers went in.  I went in afterwards because I was

20  called on emergency over there, and I checked her out,

21  couldn't find anything wrong with her.  There wasn't

22  anything -- any big issues going on with her, no bleeding

23  or anything.  Two female nurses showed up.  As soon as

24  they showed up, I exited.  And they said that I was in

36

1    there too long.

2        Q    With an unclothed female patient?

3        A    But there was other inmate -- there was other

4    corrections -- there were two female corrections officers

5    present in the room.  And the only thing that I did was

6    checked her head for any bleeding or anything.  And then

7    the nurses showed up and I exited.

8        Q    And what did Mr. Jones tell you was problematic

9    about that encounter with that female patient?

10       A    They said that was -- that I spent too much

11   time in there and that the corrections officers told me to

12   leave.

13       Q    Did they?

14       A    No.

15       Q    Did the corrections officers ever tell you to

16   leave?

17       A    The ones that were in there did not.  The ones

18   that were standing outside the door did not.  I cannot

19   leave a patient -- By law, I cannot leave a patient to a

20   lower medical certified person, which I'm the lowest

21   medical certified person that was there.  I can only turn

22   them over to a higher medical certified person, because

23   that would construe abandonment.  Even if I was just

24   standing in the doorway, I would be outside the cell, but

37

1   if I'm in direct -- within contact, I'm still, per se,

2   treating the patient.

3      Q    So that rule that you just explained for me

4   about abandonment would also have applied on May 19th,

5   2012 for Mr. Richardson; correct?

6      A    There was no abandonment.  That would have

7   applied.

8      Q    I'm just saying the rule.

9      A    Right.

10     Q    That's the same rule for Mr. Richardson?

11     A    Right.

12     Q    So when you met with Mr. Jones, he still said

13  your screenings of female inmates are taking too long, he

14  said you should have left that cell with that naked

15  injured female inmate sooner and you didn't.  Any other

16  reasons he told you you were being terminated?

17         MS. STARTS:  Objection.

18     A    Other than -- That's -- That's it.

19  BY MR. DICELLO:

20     Q    Because earlier you told me something about

21  budget cuts.

22     A    They had some budget cuts and then they had a

23  -- they had another medic that just had twins, his wife

24  just had twins, and he needed medical insurance.  And

38

1    since I was one of the senior people making more money

2    than everybody else -- and they were also going through

3    budget cuts, they were cutting back on nursing -- they

4    decided to cut me and put him in my place.

5        Q    So as of October or the time leading up to

6    October 2012, your understanding is that NaphCare was in

7    the process of downsizing the medical people in the jail?

8        A    Yes.  They were -- They were lowering the

9    amount of people that were in there and they were going

10   after -- they -- they were -- they were lowering the

11   amount of people that were in there, the senior people,

12   due to the amount of financial issues that I understood.

13   I tried to stay out of the -- stay out of the business

14   part of the --

15       Q    Sure.

16       A    Because it was -- it was -- for the most part,

17   it was none of my business.

18       Q    Did you agree with the downsizing?  Did you

19   think that was what was safest for the patients?

20       A    I did not -- My position was not affected.

21   Like I said, I tried to stay out of the administrative

22   section of it because whatever happened in administrative

23   didn't -- down the road it would affect me, but the

24   mainstay with my position, I was -- I was the low man on

39

1    the totem pole in reference to the ranking of the medical

2    personnel that were there.

3        Q    Well, let me ask you this:  Were you replaced?

4        A    Yes, by the gentleman that had -- had the base

5    wage, the gentleman that had the twins.

6        Q    Was he already employed there?

7        A    Yeah, he was already employed.  He was

8    part-time.

9        Q    So they went from having you full-time and one

10   part-time medic to just having one full-time medic in

11   terms of your position?

12       A    To mine, we -- he was part-time, he would be a

13   fill-in on my days off.

14       Q    Okay.

15       A    And he would pick up other people's days off

16   shifts to try to get -- try to get more money so he could

17   pay for his child and his wife.  And when it came time for

18   -- or when everything started happening, they backfilled

19   my position with him.

20       Q    Do you know if you have a personnel file over

21   at NaphCare?

22       A    Every employer has personnel files.

23       Q    Have you ever seen your personnel file?

24       A    I have seen it real briefly, but nothing --

416d20c8-65c7-4804-9359-4c0d894cab42

40

1    Q    Is there education logs in your personnel file?

2    A    Just copies of my certifications.

3    Q    Do you know if there's such a thing as an

4    education log in your personnel file?

5    A    They do have a -- We do a personal -- We did an

6    online education thing that was required for everybody

7    from EMTs all the way up to the doctor to do online

8    through NaphCare.  And the logs would be -- I know that

9    there was a paper that was sent or an e-mail sent to

10   whoever the HSA was to say, hey, this person hasn't done

11   his monthly training.

12   Q    Have you ever heard of a form called an

13   Emergency Response Critique Form?  Have you ever seen one

14   of those?

15   A    The critique form as in for corrections?

16   Q    No, this is something that's in NaphCare's

17   policies and procedures that talks about an Emergency

18   Response Critique Form that's filled out after every

19   emergency.  Are you familiar with that?

20   A    After every emergency, yes.

21   Q    Have you ever seen the Emergency Response

22   Critique Form for Robert Richardson's death?

23   A    Yes.

24   Q    What does it say?

41

1     A   It said about the 75 percent occlusion of the

2    left anterior descending artery of his heart, and

3    including with his high blood pressure.

4     Q   How does that critique the emergency response,

5    noting that information?

6     A   That --

7     Q   The reason I'm asking you is I've never seen

8    this form.  I'm just asking you.  You told me one exists.

9    I'm interested in what information on that form actually

10   critiques the response.

11     A   When it comes to -- Honestly, when it comes to

12   the critiquing, it really doesn't -- any critiques that

13   comes out that I know of usually comes through -- not from

14   the NaphCare section, but it comes through the Sheriff's

15   Department section.

16     Q   Okay.  Did you undergo annual performance

17   reviews?

18     A   I had -- In the six years that I was there, I

19   had two reviews.

20     Q   Do you remember when they were?

21     A   To be honest with you, no.

22     Q   Was there some paperwork associated with those

23   performance reviews that you had to sign?

24     A   Yes.

42

1      Q     Do you think those are in your personnel file?

2      A     Yes.

3      Q     And would you be evaluated based on your

4  performance in delivering medical care to people housed in

5  the jail?

6      A     Yes.

7      Q     And you understand that's what this case is

8  about?

9      A     Yes.

10     Q     Do you think that those performance reviews

11  should be provided to me so I can review them and ask you

12  questions about them?

13           MR. HOJNOSKI:  Objection.

14           MS. STARTS:  Objection.

15           MR. DICELLO:  Let's just have one attorney

16  object.  Who is going to defend the deposition?

17           MS. STARTS:  I'm defending it, Nick.  Let's go.

18           MR. HOJNOSKI:  I'm an attorney of record.  I'm

19  going to voice objections if I want to.

20           MR. DICELLO:  I really -- I'm not trying to be

21  difficult.  I really don't think that any judge is going

22  to allow two attorneys for the same party to defend the

23  deposition.

24           MS. STARTS:  But he can be an attorney for

43

1    NaphCare and I'm here for him.

2         MR. DICELLO:  So let's state it here, then.

3    Who is here for who?  Let me know.

4         MR. HOJNOSKI:  We're not trying to duplicate

5    objections.  But if I happen to raise an objection and

6    she's not going to, I'm going to raise it.  But it's not

7    an issue so far, and I don't anticipate it being an issue.

8         MR. DICELLO:  I'm going to deal with you and

9    your objections, I guess --

10        MS. STARTS:  That's fine.

11        MR. DICELLO:  -- as the lawyer that is

12   representing the Defendant here.

13        MS. STARTS:  That's fine.

14   BY MR. DICELLO:

15   Q    Do you think I should have access to that

16   paperwork to ask you questions about it?

17   A    That would be up to my attorney and NaphCare.

18   Q    Did you get the chance to review that paperwork

19   before your deposition?

20   A    My personnel file?

21   Q    Yeah.

22   A    No.

23   Q    Did you review any of your performance reviews

24   before your deposition?

44

1    A    No.

2    Q    What did you review to prepare for today's

3  deposition?

4    A    I read the complaint via online, I read

5  statements, and medical screens.

6    Q    Did you watch the video?

7    A    Yes, I did.

8    Q    Did you review any policies or procedures?

9    A    No, I did not.

10    Q    Have you ever reviewed any of NaphCare's

11  policies or procedures?

12    A    Yes.

13    Q    When did you review those?

14    A    The NaphCare policies and procedures are part

15  of the initial training.  And then whenever anything

16  during the time of my employment would come up where items

17  had been changed, we would have to read them and -- and

18  write on a separate piece of paper that was on our

19  bulletin board that we did read and understood the new

20  policies.

21    Q    So each time a policy would come out, you had

22  to read it and sign something saying you read it?

23    A    Correct.

24    Q    And do you know whether or not those documents

45

1    ended up in your personnel file?

2        A    That would be -- That would be in to corporate.

3    That went in to -- because they had everybody's signatures

4    on there, all the staff --

5        Q    Okay.

6        A    -- on the piece of paper that would be sent.

7    That would all be administrative stuff that I have no --

8    no --

9        Q    So, Mr. Stockhauser, once you were terminated

10   from NaphCare, what did you do for work?

11       A    I went to school, became an electrocardiogram

12   tech, EKG tech, worked at -- over at Community Westview

13   Hospital in Indianapolis for eight months, and then I came

14   back here, worked for First Care Ambulance as an EMT.

15       Q    Why did you leave the hospital in Indy?

16       A    Running two houses, income-to-debt ratio

17   completely changed, and -- I mean, it -- my income-to-debt

18   ratio completely went --

19       Q    Enough said.

20       A    Big time change.

21       Q    So you came back and --

22       A    I couldn't afford to live in two places at one

23   time.

24       Q    All right.

46

1      A    So I moved back, began employment with First

2   Care Ambulance out of Woodlawn.

3      Q    As an EMT?

4      A    As an EMT.

5      Q    Riding in the ambulance?

6      A    Riding, driving, patient care.

7      Q    Okay.

8      A    Everything.

9      Q    How long did you have that position?

10     A    Did that for 11 months.

11     Q    Why did you leave there?

12     A    And left there due to, well, an issue -- I left

13   there on my own basis due to the amount of pay.  I was

14   getting paid one to three dollars an hour less than people

15   they were just hiring with less experience.  They wouldn't

16   even talk to me about it.  So I dropped down to an

17   as-needed basis to help them with events and occasional

18   road shifts.  Got another job working for, which I'm

19   currently employed, with is Med Trans, Incorporated.

20     Q    What's that?

21     A    It's another private ambulance service --

22     Q    Okay.

23     A    -- based out of Springfield and Dayton.  I make

24   more on the hour, plus I'm also cross-trained to drive the

47

1    large NICU units and do hospice transport.

2         Q    Your performance reviews, the two that you said

3    you had during your time at NaphCare, were those positive

4    or negative performance reviews?

5         A    They were mixed.  The first one was with James

6    See, and they were all positives.

7         Q    Okay.

8         A    The second one was by Karina Carlisle, and that

9    had some negativity into it in which I -- on her side, on

10   that one that she put on there, or that was on the

11   negative side.  I put rebuttals on the review.

12        Q    Did this address this issue with the screening

13   of the female inmates --

14        A    Yes, it did.

15        Q    -- or were there additional negative reviews?

16        A    No.

17        Q    That last review you had by the second health

18   services administrator Carlisle, was that performed before

19   or after Robert Richardson died?

20        A    Prior.

21        Q    Prior to becoming employed at NaphCare, had you

22   ever received any training or education on the condition

23   of positional asphyxia?

24        A    Yes.

48

1      Q   Can you tell me what kind of training you had

2  and what your understanding was of that medical condition?

3      A   In-service training when I was with -- when I

4  was in -- as a paramedic in the fire department was people

5  that were facedown for an extended period of time with no

6  oxygen would possibly be asphyxiated due to not being able

7  to have adequate air and oxygen, being able to go -- there

8  used to be a thing a long time ago of using a Reeves

9  stretcher, which is a flexible backboard-type deal, where

10  you can contain somebody, people would be facedown, and

11  they used to have -- have -- be placed in a police car,

12  back of ambulances, the whole nine yards, facedown.

13  That's when the positional asphyxia came into play.

14      Q   When did this get on your radar screen in your

15  career?

16      A   That came on my screen in the early nineties.

17  And the state came out with no more -- The state EMS

18  boards came out with no more facedown on a Reeves

19  stretcher due to that circumstance.

20      Q   When did the state EMS boards announce that ban

21  against prone restraint?

22      A   Like I said, it was in the early nineties.

23      Q   When you got to NaphCare, did you receive any

24  in-service training regarding the risks of positional

1   asphyxia?

2      A   No.

3      Q   To your knowledge, does NaphCare have any

4   policies or procedures that you were trained on or aware

5   of that dealt with the risks of positional asphyxia?

6      A   Yes, basically that they're not supposed to be

7   facedown and where they can't breathe.  They always --

8   They always have to be on the faceup side or be in a

9   position where they can breathe.

10      Q   I'm going to ask you some rules from your

11   standpoint as a medic, as an EMT, who is treating a

12   patient.  Do you agree that restraints, handcuffs, must

13   never be applied in ways that can restrict a patient's

14   breathing?

15      A   Yes.

16      Q   In your answer, when I asked you about

17   positional asphyxia, you said somebody who is facedown for

18   an extended period of time.  I should have followed up.

19   What do you mean, Steve, when you say "extended period of

20   time"?  How do you quantify that?

21      A   Extended period of time would be, for in the

22   medical use, if somebody became combative in the back of

23   our ambulance, we could turn them over, get them

24   restrained in a fashion not to -- get -- you know, just to

1    get -- just enough to gain control of that patient.  And

2    in the correctional settings -- I'm sorry, I lost my train

3    of thought.

4        Q    That's fine.  It happens.  My question was

5    following up, you said positional asphyxia can occur when

6    somebody is in a prone position for an extended period of

7    time.

8        A    Okay.

9        Q    And I'm trying to follow up on what your

10   concept is of "extended period of time."  What does that

11   mean?

12            MS. STARTS:  Objection.

13            You can answer.

14       A    Okay.  To me, it would be longer than it takes

15   to control that patient.

16   BY MR. DICELLO:

17       Q    So as a general rule, once somebody is

18   restrained and brought under control in a prone position,

19   as a general rule you have to get them off their belly;

20   right?

21       A    Correct.

22       Q    Because if you don't, the risk of positional

23   asphyxia and death goes up; true?

24       A    Correct.

51

1    Q    Placing members of the community who are in

2    handcuffs in a prone position is never an acceptable

3    practice, is it?

4    A    If they are still violent and could be a harm

5    to themselves or others, being in a prone position,

6    depending on how they would be transported or otherwise

7    cared for, it's kind of a judgment call.  Correctional

8    employees, they a lot of times will transport people on

9    their bellies because they're kicking -- trying to kick

10   out the windows and stuff or, just as an example, or --

11   but in the medical, if we -- if we do any restraints, it's

12   -- they would always be on their backs, and we put like an

13   oxygen mask or a paper mask over top so they can breathe.

14   Q    Have you ever seen any of the jail policies and

15   procedures on restraint?

16   A    Yes, we all -- we -- every time a policy and

17   procedure came out --

18   Q    I'm talking about corrections, the GO.

19   A    Yeah.  When the jail would come out with

20   policies and procedures, we would all have to, even the

21   medical staff, would have to read the jail policies and

22   procedures and sign off on them.

23   Q    Are you aware that the restraint policy at the

24   Montgomery County Jail indicates that prone restraint is

52

1     never an acceptable practice and is prohibited?  Do you

2     remember reading that?

3         A     Yes.

4         Q     But based on your observations of the customs

5     and practices in the jail, members of the community are

6     placed in prone restraint routinely; true?

7               MR. PREGON:  Objection.

8               MS. STARTS:  You can answer.

9         A     I have seen, prior to them becoming patients,

10    be in prone positions so they can be put into handcuffs

11    multiple times due to them fighting with the corrections

12    and -- and/or fighting with other inmates so they can get

13    control of them.  And once they get control of them and

14    separate them out, then they're up walking, and then

15    that's when I would get called.  If they were injured or

16    cut for any reason, say like if a handcuff would cause a

17    small abrasion or something, they would ask me to come and

18    check out the inmate if the inmate would let me come in

19    and check them.

20    BY MR. DICELLO:

21        Q     So your understanding of the rule at the jail

22    is you can cuff somebody up in a prone position, but then

23    as soon as possible you need to get that person up off

24    their belly?

1      A    Correct.

2      Q    And the purpose of that rule is to avoid the

3   risk of somebody dying from positional asphyxia; correct?

4           MS. STARTS:  Objection.

5           MR. PREGON:  Objection.

6      A    That is not the reason for the rule.

7   BY MR. DICELLO:

8      Q    Then what is?

9      A    The reason for them to put them on their face

10  to go facedown, chest down, would be for them to secure

11  them to make it safe.

12     Q    My question is:  What's the reason for the rule

13  that once you get them restrained and you cuff them up you

14  get them off their belly?  The purpose for that rule is to

15  avoid the risk of positional asphyxia; correct?

16          MR. PREGON:  Objection; foundation.

17          MS. STARTS:  Objection.

18  BY MR. DICELLO:

19     Q    Go ahead.

20     A    As I was saying, the -- have them on their

21  belly, cuffing them, then they would get them up, that

22  prevents them from -- that controls -- it gives us the

23  scene safe -- it gets everybody involved the scene safety

24  and also prevents further injury or harm to the inmate,

54

1   patient, anybody that might be around, and until they are

2   in a secure area where they are uncuffed.

3       Q    Is that an important rule, to get them off

4   their belly?

5           MR. PREGON:  Objection.

6       A    To me, it would be an important rule to get

7   them off their stomach.

8   BY MR. DICELLO:

9       Q    And why is it important to get them off their

10  stomach?

11      A    So, A, they can be -- so they can breathe, and

12  B, so the medical staff can further assess the problem if

13  they're having a medical issue.

14      Q    Do you agree from a medical standpoint that

15  people in our community should never be restrained in ways

16  that pose an unnecessary risk of death?

17      A    In the community?  Of course.

18      Q    And people that are in the jail are members of

19  our community; true?

20      A    Well, they're members of the community.  Not to

21  sound biased or anything, but they're in there because

22  something went wrong with whatever happened, and some

23  people's actions, not all, but some people's, where they

24  go, they are very violent or become violent when it comes

55

1   to any corrections.  They don't want to be in jail.  And

2   they start fighting.  And then things have to escalate for

3   them to be placed -- for the correctional side or the --

4   the law enforcement side to put them on their face or put

5   them on their abdomen to be able to secure them to make it

6   safe.  Because the big thing that is going on is scene

7   safety.  And the corrections and the law enforcement,

8   they're the guys who do the scene safety.

9        Q    The only reason I followed up on that is when I

10  asked you that people in the community shouldn't be

11  restrained in ways that pose an unnecessary risk of death,

12  you said, well, yeah, sure, for people in the community.

13  Let me focus my question.  For people in our community who

14  are detained at the Montgomery County Jail, they should

15  never be put in restraint in a way that poses an

16  unnecessary risk of death; true?

17       A    True.

18       Q    Okay.

19       A    To further my answer on that, I'll say

20  law-abiding citizens.

21       Q    Well, all the corrections officers that I've

22  deposed so far have told me that Robert Richardson broke

23  no law on May 19th, 2012.  You're not in a position to

24  challenge that; true?

56

```
 1       A    I personally, the only thing that I've heard

 2  was he was in there for child support issues.  Other than

 3  that, when it came to prisoners, inmates, visitors --

 4       Q    Well, he's not a prisoner; right?  I mean, he's

 5  not in prison?

 6       A    He was an inmate.  But we would get prisoners

 7  that would come in there.

 8       Q    Yep.

 9       A    I personally didn't care what their charges

10  were.

11       Q    Okay.

12       A    Because that's not my position to judge or

13  anything to these people.  I'm there for their medical

14  health.

15       Q    I want to make sure I'm understanding you here,

16  okay?  First you told me that people in the community

17  should never be restrained in a way that poses an

18  unnecessary risk of death.  Then I said, well, people from

19  our community who wind up detained at the jail shouldn't

20  be restrained in a way that poses an unnecessary risk of

21  death, and then you said true, but then you added to your

22  answer law-abiding citizens should never be put in a

23  position that creates an unnecessary risk of death.

24       A    Right.
```

57

1    Q    Is it your testimony that some people can be

2    put in positions that put them at risk of an unnecessary

3    risk of death?

4    A    I have -- I have actually been on training

5    throughout my career, been in trainings where people have

6    been -- well, you know, during the training exercises,

7    they would start fighting and they would go into how to be

8    restrained, and then they would get them on their backs

9    and restrain them further, you know, with soft restraints

10   or straps or tape or whatever was there.  That was

11   trainings during the fire department and through my fire

12   department days.

13   Q    Well, that's not prone restraint, rolling them

14   on their back; right?

15   A    Well, they start off on their stomachs, and

16   they put their hands behind their backs, and then they

17   roll them over.

18   Q    Right.  Let's just try it directly.  People who

19   are detained at the Montgomery County Jail should never be

20   restrained in ways that put them at an unnecessary risk of

21   death; correct?

22   A    Correct.

23        MS. STARTS:  Objection.

24   BY MR. DICELLO:

58

1     Q   One of the jobs of a medic is to protect the

2  safety of the patient; correct?

3     A   Correct.

4     Q   One of the jobs of a medic or medical personnel

5  at the jail is to make sure that detainees are not

6  restrained in ways that put them at an unnecessary risk of

7  death; correct?

8     A   Correct.

9     Q   One of the jobs of the medical staff at the

10  jail that work for NaphCare is to make sure that when

11  faced with two or more ways to restrain a detainee, the

12  patient is restrained in the safer way; correct?

13     A   Correct.

14     Q   And that was all true and that was part of you

15  and the other medical people's jobs on May 19th, 2012, to

16  protect Mr. Richardson's safety; true?

17     A   True.  But in the scene safety part, which is

18  number one for medical staff, our safety comes first.

19  Because if we can't help the patient, the patient -- or if

20  we can't help the patient, it does no good, it doesn't do

21  us any good, doesn't do them any good.  Plus -- I'm sorry,

22  I lost my train of thought again.

23     Q   It's Okay.  I'll ask you another question.

24         Was rolling Mr. Richardson on his back unsafe

59

1   for you?

2       A    On his back?  Well, during the time that he was

3   being double cuffed, we as the medical people told

4   corrections to cuff them in the front so we could better

5   assess them.  And they denied.  So it was one of the

6   sergeants denied.

7       Q    Why were you telling -- First of all, I need to

8   break that down, Steve.  Do you mind if I call you Steve?

9       A    That's fine.

10      Q    Feel free to call me Nick.

11           When you say "we told corrections," who told

12  corrections to cuff Mr. Richardson in the front?

13      A    I did, and one of the other nurses did.  I was

14  too busy trying to place oxygen on him.

15      Q    Who did you tell?  What corrections officers

16  did you tell to cuff Mr. Richardson in the front as

17  opposed to rear cuffing?

18      A    It was Sergeant Lewis was the -- was the main

19  one that overrode us.

20      Q    Among the reasons you wanted Mr. Richardson

21  cuffed in the front was, one, it allowed you to better

22  medically assess him; correct?

23      A    Correct.

24      Q    Two, you would have been able to take him out

1   of the prone position; correct?

2        A    Correct.

3        Q    And three, was for the patient's safety; true?

4        A    Correct.

5        Q    So in terms of the available restraint

6   positions on May 19th, 2012, from a medical standpoint,

7   what was safest for the patient was for the patient to be

8   cuffed in the front and on the patient's back; correct?

9        A    Correct.

10       Q    And you requested that corrections put

11  Mr. Richardson in that position; true?

12       A    Correct.

13       Q    And corrections overrode your medical

14  recommendation; true?

15       A    Correct.

16       Q    What did Sergeant Lewis tell you when you made

17  this medical recommendation on behalf of the patient?

18       A    I can't recall verbatim due to everything that

19  was -- that went on at the time.  But it was something in

20  reference to we have to put -- we have to cuff them in the

21  back.

22       Q    What was your -- Let me back up.  I presume you

23  made that request because you had made that request in the

24  past; true?

61

1     A    No, that was the first time that I ever made

2  that request.

3     Q    Was part of your reasoning for making that

4  request to avoid the risks of positional asphyxia?

5     A    No.  It was -- The position that I was asking

6  them or requesting them to do is so that I could further

7  assess the patient to make sure that his airway was clear,

8  find out where the blood and the sputum was coming from.

9     Q    Okay.

10     A    Provide oxygen, check vitals, and any other

11  medical issues that we might have found on him.  And being

12  in a prone position with his hands behind his back, it

13  made it impossible to do a thorough exam, even with him

14  fighting.  If he was in the front, sitting, you know,

15  faceup, we would have been able to do a lot more than what

16  we did.

17     Q    What about if he was in a restraint chair?

18  Would you have been able to do a better assessment?

19     A    We would have been able to do a better

20  assessment on him.

21     Q    Did you ever request Mr. Richardson be placed

22  in a restraint chair?

23     A    I personally did not.

24     Q    Did any corrections officer ever communicate to

62

1    you that the plan was to put Mr. Richardson in a restraint

2    chair?

3        A    It was mentioned, but I can't recall who.

4        Q    Was it ever done?

5        A    It was brought up on the second level, and it

6    was down maybe three -- maybe two cells away from where

7    everything was going on.

8        Q    Let me follow up on that.  You're telling me

9    that the -- They call it the emergency restraint chair.

10   Is that what you call it there?

11       A    I just call it the restraint chair.  But they

12   call it the emergency restraint chair.

13       Q    Your recollection is that the restraint chair

14   was actually brought up to the second level of D Pod;

15   correct?

16       A    Correct.

17       Q    And that it was sitting, while we can't see it

18   on the video, it was sitting empty a few cells down from

19   cell 544; correct?

20       A    Correct.

21       Q    Do you recall how long into the incident after

22   you arrived the restraint chair was there and available?

23       A    No, I don't.  I don't recall.

24       Q    Was it near the beginning or was it near the

63

1   end?

2       A    I know that when I got up, after Dayton Fire

3   Department got there, that's when I seen it, when I was

4   starting to head downstairs.

5       Q    Did you stay up on the catwalk until the time

6   Mr. Richardson was determined to have stopped breathing?

7       A    I went from -- There was enough medical --

8   There was a bunch of other -- There was a bunch of nurses.

9   I don't know if Dr. Ellis was up there or not.  Yeah, I

10  think Dr. Ellis was up there.  But there was medical

11  personnel up there, and me and Nurse Miles went down to

12  the first floor or down to the lower level to check the

13  other inmate that, you know, his bunk -- his roommate, to

14  see how he was doing, find out -- get some more

15  information on what happened.

16          And while we were down there, that's when we

17  heard them say that he stopped breathing.  Then me and

18  Nurse Miles, we went back upstairs.

19      Q    That's helpful.  So the restraint chair was

20  there before he stopped breathing?

21      A    I can't recall if it was -- it was after -- the

22  time when I seen it, because I was kind of tunneled.

23      Q    Sure.

24      A    Had tunnel vision.  The first time that I seen

64

1    it it was at the top -- it was at the top of the stairs a

2    couple cells down from where the patient was.  And it was

3    just sitting there.

4        Q    And I'm trying to figure out when you noticed

5    the chair was there.

6        A    As I was leaving after Dayton Fire Department.

7        Q    Okay.

8        A    And the pronouncement of death was there.

9        Q    Are you aware of any research or literature

10   that has shown that the prone restraint is a hazardous and

11   potentially lethal restraint position?

12       A    The only thing I've heard was the -- about --

13   from the --

14       Q    EMS board?

15       A    EMS board.

16       Q    Okay.

17       A    That no -- nobody is to be on their back due to

18   the positional asphyxiation.

19       Q    You mean on their belly?

20       A    Or on the belly, I mean.

21       Q    Yeah, okay.

22            Do you know whether the use of prone restraint

23   is prohibited in the state of Ohio?

24       A    No.

65

1     Q    Have you ever seen an executive order from the

2  governor of Ohio dating back as far as 2009 that bans the

3  use of prone restraint across all state agencies?

4     A    No.

5     Q    According to NaphCare's policies and

6  procedures, a patient is not to be restrained in a manner

7  that can jeopardize his or her health; true?

8     A    Correct.

9     Q    According to the written policies and

10  procedures for NaphCare, a patient is not to be restrained

11  in an unnatural position; correct?

12     A    Correct.

13     Q    And prone restraint is considered an unnatural

14  position; correct?

15     A    Prone with his hands behind his back, yes, that

16  is an unnatural position.

17     Q    And that's what -- the NaphCare policies don't

18  even say with the hands cuffed behind their back?

19     A    Correct.

20     Q    It just says prone position, prone restraint is

21  an unnatural position; correct?

22         MS. STARTS:  Objection.

23     A    Correct.  In the same fashion corrections has

24  when it comes to cuffing, like I said, and taking charge.

66

1     BY MR. DICELLO:

2          Q     The same policy that says it's prohibited and

3     unacceptable?

4          A     It's prohibited for us to put them in there,

5     but it's also not supposed to be -- it shouldn't be done.

6     But --

7          Q     Steve, you mentioned to me that you told the

8     corrections officers, you and another nurse said to cuff

9     him in the front and lay him on his back, and the

10    corrections officers denied that request; correct?

11         A     Correct.

12         Q     Did you ever instruct the corrections officers

13    to sit Mr. Richardson up?

14         A     I can't recall.

15         Q     Do you ever recall any other nurses or any

16    other medical personnel during this -- the video shows

17    it's about 22 minutes.  Is that consistent with your

18    recollection?  It's about 22 minutes from the time

19    Mr. Richardson is restrained until the time he dies?

20         A     According to the video and the time-lapse that

21    I've seen on the records and stuff, yes.

22         Q     At any point in time during that 22-minute

23    encounter, did you hear or become aware of any other

24    medical person instructing the corrections officers to sit

67

1    Mr. Richardson up?

2        A    I can't recall.

3        Q    As you sit here today, you can't recall hearing

4    anyone say that; correct?

5        A    I can't recall who exactly it was, because

6    there was a lot -- there was a lot of people up there.

7        Q    So are you telling me --

8        A    And with him being face -- with him being --

9        Q    Prone?

10       A    -- prone, we -- when we told him to -- when we

11   advised Sergeant Lewis to cuff him in the front and handle

12   him that way, it -- they overrode us.  So anything that

13   pretty much we would say would fall -- basically fell on

14   deaf ears.

15       Q    Did that frustrate you?

16       A    I was -- I was too busy with the other actions

17   going on, trying to, you know, trying to treat him, as he

18   was -- as he was when he was laying facedown.  But his

19   right side -- on his right side, left side up, he was --

20   he was able to breathe --

21       Q    My question --

22       A    -- while I was there.  And I was trying to

23   clean -- clean, make sure his airway was out, put some

24   oxygen on him, and he was fighting me.  So I was kind of

68

1   busy to -- to hear all of the other conversations that

2   were going on at the time.

3        Q    I appreciate that.  My question was:  Were you

4   frustrated that Sergeant Lewis denied and overrode you and

5   the other nurse's request to cuff Mr. Richardson in the

6   front and put him on his back?

7             MS. STARTS:  Objection.

8        A    Personally, I was a little bit perturbed.  But

9   my main thing was to just try to do the best patient care

10  I could.

11  BY MR. DICELLO:

12       Q    With what you had?

13       A    Yes.

14       Q    So at any time after that -- I know you said it

15  would have fallen on deaf ears, but I have to ask.  At any

16  time after that request, do you recall yourself or any

17  other medical person instructing the corrections officers

18  or recommending to the corrections officers that they sit

19  Mr. Richardson up?

20       A    No.

21       Q    At any point after your request was denied to

22  handcuff Mr. Richardson in the front and lay him on his

23  back, did you or do you recall any other medical person

24  instructing the corrections officers or recommending to

69

1    the correction officers to roll Mr. Richardson onto his

2    back?

3        A    When I requested, approximately the same time

4    one of the nurses agreed with me.  I can't remember who it

5    was.

6        Q    This is still the first time?

7        A    The first time.

8        Q    I'm asking was there any other time?

9        A    Not that I recall.

10       Q    And I presume this first request was made early

11   on in the confrontation, when they were cuffing him up;

12   correct?

13       A    Correct.

14       Q    And so then for the next approximately 20

15   minutes, no other requests were made by medical personnel

16   to change Mr. Richardson's position; is that true?

17       A    Not that I recall.

18       Q    It sounded to me like your expectation was that

19   if you made another request, it would have been denied;

20   correct?

21            MR. PREGON:  Objection.

22       A    Could have been a possibility.  Could have also

23   been a probability.

24   BY MR. DICELLO:

70

1      Q     But we don't know, because you guys didn't do

2    it?

3      A     I would have to say I don't know if it would

4    have gone on or if it couldn't have, even if it was said

5    or if it wasn't said.

6      Q     Would it surprise you to learn that certain

7    people from the corrections side of things have testified

8    in the chair you're sitting in under oath in this case

9    that they were waiting for you to instruct them as to how

10   to position the patient?  Does that surprise you?

11     A     That -- A lot of times they -- they listen to

12   me.  But with this -- in this case, with the patient being

13   violent like he was at times, the sergeants overruled

14   anything that we tried to do or recommended, like me

15   having him cuffed in front and  --

16     Q     Is it your testimony that Mr. Richardson was

17   violent for 22 minutes up until the time he died?

18     A     I cannot say exactly when he died time-wise,

19   when his heart stopped beating.  But he was fighting for

20   quite a long time.

21     Q     It was a long struggle he had?

22     A     Correct.

23     Q     While in the prone position?

24     A     Yeah.

416d20c8-65c7-4804-9359-4c0d894cab42

71

1  Q You told me that -- and the video shows clearly

2 at times Mr. Richardson is rolled up onto his right side;

3 correct?

4  A Correct.

5  Q Was that done at your instruction?

6  A Yes.

7  Q All right.  And you said at that time, while

8 you were there on your knees, you could see that he was

9 breathing; correct?

10  A Yes.

11  Q And then at some point, and the video shows

12 this, Steve, you then get up and are kind of replaced by

13 Corrections Officer Mayes.  Do you remember that?

14  A Correct.

15  Q Is that right?

16  A Correct.

17  Q And why is it that Mayes replaced you at the

18 head?

19  A I can't recall exactly.  But he said that "I'll

20 go ahead and take over here and hold" -- something to the

21 effect that "I will take over and hold the head so you can

22 do -- get whatever other treatments you can do."

23 Something to that effect.  I'm not --

24  Q Okay.

72

1      A    I'm not a hundred percent for sure.

2      Q    Once you moved away from the head -- And there

3  are times on the video, I think you'd agree, where you're

4  actually out of the frame?

5      A    Correct.

6      Q    But once you moved off the head and the times

7  you were outside the frame, who was responsible for

8  monitoring Mr. Richardson's breathing?  Would it be the

9  corrections officers?

10      A    Well, Officer Mayes is a former, or was a

11  former EMT.  So he does have some medical training.  The

12  nurses that were up on the -- up there at the time that I

13  exited the frame, they could have watched him breathing.

14      Q    I'm not asking who could have done what.

15      A    Right.

16      Q    I want to know whose responsibility was it from

17  the medical side of things to make sure this man was

18  breathing?

19      A    On the medical side of things, it would have

20  been any of us.

21      Q    There were some times, and you just told us,

22  that you were doing that; correct?

23      A    Correct.

24      Q    And then there were other times that you

73

1  weren't doing that; true?

2      A    True.

3      Q    At the times you weren't doing it, do you know

4  who was responsible from the medical team to make sure

5  Mr. Richardson could breathe?

6      A    It was whoever the nurses were that were

7  upstairs with him.

8      Q    All right.  In terms of what Mr. Richardson was

9  saying, I've had a chance to depose a lot of people, I've

10  read all the same stuff, some of this is repetitive, but

11  I've got to ask almost everybody, but Mr. Richardson was

12  demanding to be let up; correct?

13      A    Correct.

14      Q    Mr. Richardson was saying he couldn't breathe;

15  correct?

16      A    He said, "Let me up.  Let me out of here.  Get

17  off me."  I honestly cannot recall him saying that he

18  could not breathe.

19      Q    You don't have a recollection of that?

20      A    I don't have a recollection of that part.

21      Q    You were trying to administer him oxygen;

22  correct?

23      A    Correct.

24      Q    Why were you doing that?

74

1    A    Well, the -- the signs and symptoms that I was

2    looking at is a person that possibly had a seizure and he

3    could have possibly been postictal.  That's P-O-S-T-E dash

4    I-C-T-A-L (sic).  And he presented to me as somebody that

5    was in that state, even with the diaphoresis, the

6    fight-or-flight syndrome of him fighting with everybody.

7    Q    The diaphoresis, you mean he was sweating?

8    A    Yes.

9    Q    Visibly sweating?

10   A    Oh, yeah.

11        The drooling, the blood-tinged sputum, that

12   could have been from him biting his tongue, could have

13   been a cut lip, could have been somewhere down to his

14   lungs, whatever.  I was looking at that factor when --

15   because he had the fight-or-flight.  So somebody that is

16   in that -- in the postictal state right after a seizure,

17   having all of a sudden a whole bunch of people on him,

18   could have caused him to go -- get violent.  And I was the

19   first thing, besides cleaning the airway, which that's

20   what I was doing, wiping the stuff out around his mouth

21   when he was trying to bite me, is put on oxygen.  I mean,

22   that's the minimum that we can do.

23   Q    So let me follow up.  Based on the

24   constellation of symptoms and signs that you observed, and

75

1    based on your experience of medical conditions that are

2    consistent with that in the jail, you thought that there

3    may be an issue with his oxygenation; correct?

4         A    I was clearing his airway from the sputum and

5    the blood, trying to clear that off, so he -- I could put

6    the oxygen on him to help him out of his postictal state.

7    Because oxygen is the first sign -- thing to use on

8    somebody that just had a seizure.

9         Q    That's because the body is craving oxygen;

10   correct?

11        A    It could be because of craving, it could be

12   different things.

13        Q    At a minimum, you thought what was best for

14   this patient was to get him oxygen; correct?

15        A    Right.

16        Q    And to assist with his ability to breathe in

17   oxygen; correct?

18        A    Correct.

19        Q    According to the -- Well, did you review

20   Mr. Richardson's medical records for any contraindications

21   to restraint?

22        A    No.

23        Q    At any time during this 22-minute encounter,

24   did anybody from NaphCare review Mr. Richardson's medical

76

1    records?

2        A    Yes.

3        Q    And were they reviewed for contraindications to

4    restraint?

5        A    Nurse Foster went down, got his medical records

6    or his medical profile so the injection of Ativan could be

7    given.

8        Q    Is that the only reason the medical records

9    were reviewed?

10       A    And I cannot say that was the only reason,

11   because it was the nurses that did -- that went down and

12   got the file and got all the orders, got Dr. Ellis and --

13   so I cannot --

14       Q    Did the nurses communicate with you as to what

15   the information in the medical records was?

16       A    No.

17       Q    So at the time you were trying to provide

18   Mr. Richardson medical care, you were also trying to

19   provide recommendations to the corrections staff; correct?

20       A    Correct.

21       Q    And at that time, you were unaware that

22   Mr. Richardson's medical records contained a history of

23   high blood pressure?

24       A    Correct.

77

1      Q     You were unaware that he had been diagnosed

2   with hypertension?

3      A     I was unaware of that.

4      Q     You were unaware that his blood pressure about

5   three or four hours earlier was 159 over 91?

6      A     I did not know that.

7      Q     Am I the first person telling you that today?

8      A     Yes.

9      Q     So up until today, you didn't know what

10   Mr. Richardson's last blood pressure reading was taken by

11   NaphCare before he died?

12      A     Correct.

13      Q     What does blood pressure of 151 over 91

14   indicate to you?

15      A     Hypertension.

16            (Discussion held off the record.)

17   BY MR. DICELLO:

18      Q     I'm showing you what's identified, it's -- it

19   says MC 1801 at the bottom there.  That means we got it

20   from the Montgomery County defendants in this case.  Do

21   you recognize this as a NaphCare document?

22      A     Yes.

23      Q     And what is it?

24      A     This here would be a blood pressure check that

78

1    the nurses do to -- with the high blood pressure inmates.

2    They'll -- They go around and check blood pressures.

3        Q    So "QAM" means he's supposed to have his blood

4    pressure taken every morning; correct?

5        A    Every morning.

6        Q    And if we look at the next page, MC 1802, his

7    blood pressure wasn't taken that morning, it wasn't taken

8    until about 20 'til one in the afternoon; correct?

9        A    That's correct.

10       Q    The order wasn't followed; right?

11            MS. STARTS:  Objection.

12       A    According to the shift, and by where it was

13   entered in here, that is by one of the medics, by another

14   EMT.

15   BY MR. DICELLO:

16       Q    So Mr. Rowland is a medic?

17       A    EMT, yes.

18       Q    And he took Mr. Richardson's blood pressure at

19   12:38 p.m. on May 19th, 2012?

20       A    Yes.  He was probably asked by one of the

21   nurses, "Hey, I missed this person, can you go up and get

22   it."

23       Q    And Mr. Richardson's blood pressure was

24   recorded by Mr. Rowland as being what?

79

1    A    159 over 91.

2    Q    Should that have been reported to the medical

3    care provider, meaning the doctor?

4    A    When we get the high blood pressures, we send

5    -- send the -- we give the information to the nurses, and

6    they have standing orders on what the -- what blood

7    pressures to give the Clonidine, and that's what their

8    first line for blood pressures is, to give Clonidine,

9    unless a person is allergic to it.

10    Q    My specific question is:  Is it your

11    understanding based on the reporting information of the

12    chain, from a medical standpoint, that this reading of 159

13    over 91 should have been communicated to a doctor;

14    correct?

15    A    That would be something to ask a nurse about.

16    Q    All right.

17    A    Because -- And in addition to that, if we have

18    a blood pressure that's high, as medics we would inform

19    the nurse, LPN or RN, whichever one requested us to take

20    the blood pressure, and then the nurse -- then the nurses

21    take it from there.

22    Q    This is getting very close, 159 over 91 is

23    getting very close to stage two hypertension; true?

24    A    Correct.

80

1      Q    It's borderline?

2      A    It's up there.

3      Q    So we've talked about the things that you

4   didn't know.  You didn't know Mr. Richardson had a history

5   of high blood pressure, was diagnosed with hypertension,

6   and his most recent blood pressure reading was 159 over

7   91.  That's information you didn't have when you were

8   responding to this situation; correct?

9      A    Correct.

10     Q    Based on what you just told me, you would have

11  expected Nurse Foster to have this information, because

12  she retrieved his medical record?

13     A    She would have had -- She would have had -- I'm

14  not -- I don't recall exactly what comes out when -- what

15  is printed out when they print out the medical records to

16  show the doctors.  I know that was a blood pressure

17  checklist.

18     Q    At the time you were responding to

19  Mr. Richardson's incident, did you understand that he had

20  a BMI of 38?

21     A    No.  I had no prior engagement with

22  Mr. Richardson.

23     Q    Showing you what's been -- it's identified as

24  NaphCare, a bunch of zeros, and then a 37.  Do you

1    recognize this as a screening form for Mr. Richardson?

2         A    That is a screening form, yes.

3         Q    And what is his BMI?

4         A    Body mass index is 38.  That's all -- That's

5    all computer-generated.

6         Q    Right.  So what I'm getting at, this is

7    Mr. Richardson's medical record that NaphCare has;

8    correct?

9         A    Correct.

10        Q    What does a BMI of 38 mean for a patient?

11        A    That they're obese.

12        Q    Mr. Richardson, according to NaphCare, NaphCare

13   understood Mr. Richardson had a history of high blood

14   pressure; correct?

15             MS. STARTS:  Objection.

16        A    Uh-huh (positive response).

17    BY MR. DICELLO:

18        Q    And the folks at NaphCare understood that

19   Mr. Richardson had been diagnosed with hypertension in the

20   past; correct?

21             MS. STARTS:  Objection.

22        A    It's all stated right on there.

23    BY MR. DICELLO:

24        Q    The answer is yes?

82

1      A    Yes.

2      Q    Let's talk about what you did know when you

3    responded.  You knew that Mr. Richardson had a large

4    abdomen?

5      A    Correct.

6      Q    Whether or not you knew what his specific BMI

7    was, you knew he was obese?

8      A    Correct.

9      Q    Based on what I've just shown you for the first

10   time, Mr. Richardson's medical records at NaphCare, his

11   BMI or his diagnosis of hypertension, his history of high

12   blood pressure, the fact that he was borderline stage two

13   hypertensive on the date he died, would you agree

14   Mr. Richardson had preexisting heart disease?

15           MS. STARTS:  Objection.

16     A    He would have preexisting medical, underlying

17   medical conditions.

18   BY MR. DICELLO:

19     Q    If you had access to these medical records and

20   had reviewed them on the morning of May 19th, 2012, you

21   would understand as a medic, as a medic, I'm not asking

22   you as a nurse or as a doctor, but as a medic, that this

23   individual has some form of preexisting heart disease;

24   correct?

83

1      A     Again, it could be some kind of other -- it

2   could be a wide range of things.  It could be heart

3   disease.  It could be other -- other vascular issues.

4      Q     So you wouldn't be able to rule heart disease

5   out?

6      A     Right, because I'm not -- I don't have

7   diagnostic equipment to -- to tell exactly what --

8      Q     What's causing the high blood pressure?

9      A     Exactly.

10     Q     Got it.

11     A     And I'm not a physician to --

12     Q     Understood.

13           But on the differential in terms of an EMT,

14   when you see these kind of clinical levels, you have to in

15   your own mind think this may be a guy with heart disease;

16   right?

17     A     Well, it falls into that respect.

18     Q     Right.  So what you did know was this man was

19   obese; correct?

20           MS. STARTS:  Objection.

21     A     By visual only.

22   BY MR. DICELLO:

23     Q     Yeah.  And you knew that he was struggling with

24   corrections officers; correct?

84

1      A    Yes.

2      Q    You knew that he was placed in a prone position

3  on his belly; correct?

4      A    Yes.  But he was -- Like I said, he was -- the

5  upper torso was on the right side.

6      Q    At times; correct?

7      A    While I was with him, he was on his right side.

8      Q    Have you reviewed the video and seen where at

9  other times Mr. Richardson is facedown?

10         MS. STARTS:  Objection.

11     A    I reviewed the video, and yes, he was -- he

12  wasn't face facedown, but his head was down and to the

13  side.

14  BY MR. DICELLO:

15     Q    All right.  Both his shoulders were on the

16  ground; correct?

17     A    Not while I was treating him.

18     Q    So after you stopped treating him, did you see

19  on the video where both of his shoulders are pressed

20  against the ground?

21     A    Yes.

22     Q    That's a prone position; correct?

23     A    Yes.

24     Q    Did you intercede at that point in time to

85

1    instruct the officers to get him out of the prone

2    position?

3         A    At that time I was probably downstairs with the

4    other -- other inmate.

5         Q    If you were up there, would you have instructed

6    them to get him out of that position?

7         A    Yes.

8         Q    For the patient's safety; correct?

9         A    Yes, I would have.

10        Q    So your expectation would be any nurse who is

11   up on the catwalk while you were downstairs would have

12   instructed the corrections officers to get Mr. Richardson

13   out of the prone position; correct?

14        A    I cannot speak for them.

15        Q    Okay.

16             MR. PREGON:  Are we at a restroom break, Nick?

17             MR. DICELLO:  Couple more questions.

18   BY MR. DICELLO:

19        Q    At the time you were there, you understood

20   Mr. Richardson's hands were cuffed behind his back;

21   correct?

22        A    Yes.

23        Q    And there was a corrections officer straddling

24   his lower body?

86

1      A    He was on his legs.

2      Q    There was a corrections officer controlling

3   each shoulder?

4      A    I don't recall on each shoulder.

5      Q    Did you instruct anyone while you were there

6   "Don't put any pressure on his back"?

7      A    I cannot recall.

8      Q    As you sit here today, you don't recall saying

9   that?

10     A    Probably no.

11     Q    Did you instruct anybody "Don't put any

12  pressure on his head"?

13     A    The -- When Officer Mayes took over, I'm like,

14  "Just do it, do as much as I'm doing."  Other than that,

15  what he did was under his own --

16     Q    Did you ever instruct Mr. Mayes, Officer Mayes,

17  "Don't put pressure on his head"?

18     A    No.

19     Q    Did you ever instruct anybody not to put

20  pressure on his, you know, his butt and lower back area

21  where the corrections officers already testified he was

22  straddling?

23     A    No.

24     Q    And did you tell the officers who were on the

87

1    shoulders "Do not put pressure on this man's back"?

2        A    No.

3        Q    Okay.

4            MR. DICELLO:  We can take a break.

5            (Discussion held off the record.)

6    BY MR. DICELLO:

7        Q    We're back on the record after a break,

8    Mr. Stockhauser.  We've been talking about positional

9    asphyxia and you explained that condition.  Is that a

10   medical condition?

11       A    It's a physical condition that somebody would

12   be put into.

13       Q    You were telling us about some of the things

14   you said to the corrections officers and some of the

15   things that Sergeant Lewis said to you all, and I asked

16   you questions, well, after that initial recommendation and

17   request about cuffing Mr. Richardson in the front, did you

18   or any other nurse give any recommendations, and I think

19   your testimony was no, I don't recall having done that;

20   correct?

21       A    We didn't recommend, we told them -- we told

22   corrections to cuff them in the front and they said no.

23       Q    At any point in time after he was cuffed up,

24   Mr. Richardson was cuffed up behind the back, up until the

88

1    time that he was discovered to have stopped breathing, did

2    any corrections officer ask you how to position

3    Mr. Richardson?

4        A    No.

5        Q    Were you present when any corrections officer

6    asked any other medical person, from the time

7    Mr. Richardson was cuffed in the back and on the ground to

8    the time he was noticed to have stopped breathing --

9        A    No.

10       Q    -- where a corrections officer ever asked any

11   other medical person how to position Mr. Richardson?

12       A    No.

13       Q    You used the term "risk factor" earlier when we

14   were talking about heart disease, and I think what you

15   told me is that somebody with high blood pressure, a

16   history of hypertension, and a 159 over 91 blood pressure

17   reading, those are all risk factors for heart disease;

18   correct?

19       A    Correct.

20       Q    I want to ask you:  Are you familiar with what

21   some of the risk factors are for positional asphyxiation,

22   okay?

23       A    (Nods head.)

24       Q    Obesity.  Is that a risk factor for positional

89

1    asphyxia?

2        A    Depends on how they're positioned.

3        Q    Let's focus on prone positioning with hands

4    cuffed behind the back.

5        A    Yes.

6        Q    Obesity under those circumstances is a risk

7    factor that puts someone at a higher risk of dying from

8    positional asphyxia; true?

9        A    Yes.

10       Q    So Mr. Richardson was at an increased risk of

11   death from positional asphyxia based on his obesity; true?

12       A    I cannot answer that in a professional medical

13   way, but --

14       Q    Why not?

15       A    Due to my training and stuff, the only one that

16   would be able to do that would be a physician.

17       Q    So are you telling us that a physician needed

18   to be there on site to assist in how Mr. Richardson was

19   positioned?

20       A    Well, I am saying that -- Well, I can't say if

21   he was -- if it was a risk factor of him being down like

22   that or not because, A, I did -- when I was with him, he

23   was -- his upper torso was to the side.  To the bottom, I

24   mean, that's -- that's -- that's where -- or when he's

416d20c8-65c7-4804-9359-4c0d894cab42

90

1    completely flat, flat down, if he was able to breathe, I

2    mean, that would -- would eliminate asph -- asph -- I

3    can't talk.

4         Q    Asphyxia?

5         A    I can't talk today.  But not able to breathe.

6    If he is breathing and talking.  I mean, he can't be --

7    can't be suffocated if he's breathing.

8         Q    Well, suffocation is just one form of

9    asphyxiation; true?

10        A    It's hand in hand --

11        Q    If you know.

12        A    It's hand in hand.  I mean, like if you put a

13   pillow over somebody's face, they could asphyxiate, which

14   is suffocate.

15        Q    Right.

16        A    Same thing.

17        Q    Mechanical asphyxiation isn't suffocation, or

18   is it?  Or do you know?

19        A    Any time that somebody's airway is compromised

20   and they can't breathe, that is asphyxiation.

21        Q    Do you consider that suffocation?

22        A    Yes.

23        Q    Okay.  So I'm not sure I understood your

24   answer.  I'm trying to get your insight, just as a medic,

91

1   okay, who was on scene at the time and witness to what was

2   happening, as to what the risk factors are that put any

3   one detainee at higher risk than another for positional

4   asphyxia if they're put in a prone restraint position.  I

5   think you've told me that obesity is a risk factor that

6   increases the likelihood of positional asphyxiation death;

7   correct?

8       A    Correct.

9       Q    And you were aware of that on May 19th, 2012;

10  true?

11      A    Yes.

12      Q    And in particular, when it comes to -- people

13  can be obese in different ways; right?

14      A    Right.

15      Q    Their weight can be distributed in different

16  areas; true?

17      A    Yes.

18      Q    But somebody who is obese and has a protuberant

19  or larger abdomen is at a particularly increased risk of

20  dying from positional asphyxia when placed in a prone

21  position; true?

22           MS. STARTS:  Objection.

23  BY MR. DICELLO:

24      Q    If you know.

92

1      A    It depends on -- depends on a lot of factors on

2  how they are actually put on the ground and stuff.  I know

3  --

4      Q    I'm talking prone restraint, flat on their

5  belly.

6      A    That is a possibility.

7      Q    And do you understand why it is that a

8  protuberant or a large abdomen puts somebody at an even

9  higher risk of dying from positional asphyxia when they're

10  in a prone position on their belly?

11     A    Yes.

12     Q    How is that?

13     A    Compression of the diaphragm.

14     Q    So the contents of the stomach, the belly, get

15  pressed up underneath the rib cage; correct?

16     A    Yes.

17     Q    And that can put pressure on the diaphragm and

18  interfere with someone's ability to breathe; correct?

19     A    Correct.

20     Q    And you knew that on May 19th, 2012; true?

21     A    True.

22     Q    Preexisting heart disease is a risk factor that

23  puts someone at an increased risk of death from positional

24  asphyxia; true?

93

1     A     Can you restate that again for me, please?

2     Q     Yeah.  Preexisting heart disease is a risk

3  factor that puts someone at an increased risk of death

4  from positional asphyxiation when placed in prone

5  restraint; true?

6          MS. STARTS:  Objection.

7     A     Yes.

8  BY MR. DICELLO:

9     Q     You knew that on May 19th, 2012; correct?

10    A     Yes.

11    Q     Cardiac hypertrophy is associated with high

12  blood pressure, can be; true?

13    A     Yes.

14    Q     And do you know whether or not cardiac

15  hypertrophy is a risk factor that increases someone's risk

16  of death from positional asphyxia when placed in a prone

17  position?

18    A     No, I don't.

19    Q     Pressure on the abdomen I think we talked

20  about, but pressure on the abdomen, either by way of body

21  weight or actual external pressure, increases the risk of

22  death from positional asphyxia; correct?

23    A     Correct.

24    Q     Pressure on the back, upper or lower, or the

94

1    neck, increases the risk of positional asphyxia death;

2    true?

3              MS. STARTS:  Objection.

4         A    Back lower, I cannot say.

5    BY MR. DICELLO:

6         Q    Okay.

7         A    Frontal, yes.

8         Q    And pressure on the head and neck also

9    increases the risk of positional asphyxia?

10             MS. STARTS:  Objection.

11        A    It depends on -- Well, if somebody is being

12   held down, they got the adrenalin flowing from fighting,

13   yes.

14   BY MR. DICELLO:

15        Q    That's another thing I should have said.  A

16   struggle, having engaged in a struggle increases the risk

17   of death from positional asphyxia; true?

18        A    Yes.

19        Q    And that's because the tissue in the body

20   requires and demands more oxygen; correct?

21        A    Correct.

22        Q    And if the body and tissue is deprived of that

23   oxygen by a mechanical force, that can result in muscle

24   fatigue and death; correct?

95

1     A     Correct.

2     Q     And what I just described, that's something you

3   were aware of on May 19th, 2012?

4     A     Correct.

5     Q     Sometimes respiratory muscle fatigue that I

6   just described is just described as exhaustion; true?

7     A     Occasionally, yes.

8     Q     And respiratory muscle fatigue, when somebody

9   is deprived of oxygen, can cause death by positional

10  asphyxiation; true?

11    A     Yes.

12    Q     Use of rear handcuffing while someone is in a

13  prone position increases the risk of positional

14  asphyxiation death; true?

15    A     Yes.

16    Q     People who have enlarged hearts, cardiomegaly,

17  are at an increased risk of dying from positional

18  asphyxia; true?

19    A     Yes.

20    Q     Verbal complaints that someone can't breathe is

21  a risk factor associated with positional asphyxiation

22  death; true?

23    A     That is not a risk factor.  That is a statement

24  that a person may say.

96

1      Q     Any signs that someone is having trouble

2  breathing can increase the risk of positional asphyxiation

3  death while in a prone position; correct?

4      A     Signs of breathing -- difficulty breathing, is

5  not a factor of the positional asphyxiation.

6      Q     Foam or mucus coming from the nose or mouth is

7  a sign that's associated with a higher risk of death by

8  positional asphyxiation; true?

9      A     That can be caused from almost anything.  And

10  the foam and sputum out of his mouth, I cannot tell where

11  it was from and -- but he was still talking when he was --

12  when I was treating him on that.

13      Q     I understand.  What I'm trying to do is say --

14  I mean, I think witnesses in this case are going to

15  testify that there's a lot of medical literature out there

16  on positional asphyxia.  Are you aware that there's

17  generally a body of medical literature on this topic?

18      A     Yes.

19      Q     And when we're identifying risk factors, we're

20  trying to identify a constellation of symptoms, while

21  individually may not be indicative of positional asphyxia,

22  but when you start adding one on top of the other, you're

23  painting a picture of somebody who is at high risk of

24  positional asphyxia.

1    A    Right.

2    Q    Do you understand that's how risk factors work?

3    A    Right.

4    Q    And foam or mucus coming from the nose or mouth

5    is one of those signs, that in conjunction with other

6    signs and symptoms points towards painting a picture of

7    positional asphyxia; correct?

8    A    Yes.  And it depends on the position of the

9    patient at the time.  If he's prone, yes.  But if he was

10   not prone, it could be several different other issues.

11   Q    Gurgling sounds are associated with positional

12   asphyxia; correct?

13   A    Yes.

14   Q    The death rattle, you've heard that term?

15   A    Yes.

16   Q    The gurgling sound, they call it death rattle;

17   right?

18   A    Sometimes.

19   Q    That death rattle is associated with positional

20   asphyxiation; true?

21   A    As far as I know, yes.

22   Q    You mentioned earlier this fight-or-flight

23   response.  As a medic in the medical field, are you

24   familiar with the concept that the human body

1    autonomically will fight and struggle for air if it's

2    being deprived of oxygen?

3        A    Yes.

4        Q    And that's subconscious; true?

5        A    Yes.

6        Q    So the analogy I used with somebody else, it's

7    impossible for you or I to hold ourselves under water

8    until we die; right?

9        A    I don't remember you saying that.

10       Q    I did it with another witness.  But the analogy

11   is, if you or I jump in a pool and say, "Well, I'm just

12   going to go under water until I die," our bodies won't let

13   us do it?

14       A    Yes, unless you really -- unless you really

15   want to do it.

16       Q    What I'm getting at is one thing that people

17   who are restraining somebody who is being perceived as

18   being combative has to understand is that the

19   combativeness may be the body's autonomic fight-or-flight

20   response when they're fighting for air; correct?

21       A    That's correct.

22       Q    And so something that correction officers and

23   EMTs in the correctional setting have to be aware of is

24   this individual may not be fighting us, this individual's

99

1    combativeness may be him trying to get up to breathe to

2    live; correct?

3         A    Correct.

4         Q    Did you consider that on May 19th, 2012?

5         A    Yes.  That's why I was trying to apply oxygen

6    and --

7         Q    And get him onto his side.  You were trying to

8    get him onto his side; right?

9         A    As much on the side as I could.

10        Q    And that's another reason you asked for him to

11   be cuffed in the front and laid on his back; true?

12        A    Correct.

13        Q    Knowing what you know now, what I told you

14   about your patient's prior medical history, his blood

15   pressure readings, his BMI, now that you know this stuff,

16   would you have done anything differently on May 19th, 2012

17   with that information?

18        A    To be honest with you, I am there to treat as

19   an emergent.  I don't know all the patient's histories and

20   meds and all -- and different things, what previous care

21   he's been under.  I am there to treat what I see.  And

22   then when higher medical authority shows up, the higher

23   medical authority takes over.

24        Q    So who took over for you?

1          A    Me and Nurse Miles showed up at pretty much the

2    exact same time.

3          Q    So who was in charge medically?

4          A    Medically, Dr. Ellis.

5          Q    Who was on scene who was in charge of the

6    actual scene?

7          A    Originally, it was Nurse Miles.

8          Q    She's an LPN?

9          A    She's an LPN.

10         Q    So --

11         A    And then -- And in that setting, she's higher

12   certification-wise than me.

13         Q    Did she provide you any instruction?

14         A    No.

15         Q    Did you hear her say anything to any of the

16   corrections officers other than what you told us about the

17   original please cuff him in the front and put him on his

18   back?

19         A    That was pretty much it.

20         Q    And then when Nurse Foster responded, would she

21   have been the highest authority in charge on the scene?

22         A    I am not -- I can't remember if she was an RN

23   at that time or an LPN.

24         Q    Assuming she was an RN, would she be higher

1   than --

2       A    Yes.

3       Q    -- Miles?

4       A    Correct.

5       Q    What was your understanding of what the plan

6   was for Mr. Richardson?

7       A    My understanding was to get him -- to have him

8   brought down to medical, either in the restraint chair or

9   whatever.  When we first got there, it was to get him

10  calmed down so we can find out what's going on with him,

11  get him down to medical, do a further assessment on him,

12  and then have him trans -- then if needed, have him

13  transported out.

14      Q    That didn't happen; correct?

15      A    No.

16      Q    And what is your understanding of why that

17  never happened?

18      A    Because he ceased to breathe, no heartbeat, and

19  -- and when that happened, EMS was called, we worked on

20  him, the corrections officers were doing a fantastic CPR,

21  and Dayton Fire showed up, treated him, and they conveyed

22  or Dr. Ellis had that there -- he wasn't -- he wasn't in a

23  liveable state.

24      Q    But before he died, why wasn't he taken down to

1    medical according to the plan?

2        A    We had to -- They had to get him secured due to

3    his violent state, due to him fighting -- fighting any and

4    all care, medical and correctional.  And by -- that's --

5        Q    So can I just ask --

6        A    He wasn't able to be brought downstairs to be

7    further assessed.

8        Q    Why not?

9        A    Because he was violent.  Because he was being

10   violent at the time and it wasn't safe to -- we weren't

11   able to move him.

12       Q    So is it your testimony that when a detainee is

13   not cooperative with commands that the only alternative is

14   to hold him down on the ground until they stop moving or

15   breathing?

16       A    No.  The --

17       Q    There has to be a plan in place outside of

18   that; right?

19       A    The medical plan is to -- to have the patient

20   in a position -- in a mental condition able to be

21   transported to the medical area to be further assisted.

22   And in this case, he wasn't able to be calmed down enough

23   to be medically assisted.

24       Q    So that's kind of my question.  What's the

103

1    backup plan, just hold someone down until they either calm

2    down or stop breathing?  If you know.

3         A    No.

4         Q    You don't know?

5         A    I don't know.

6         Q    All right.  The NaphCare policies and

7    procedures on restraints and seclusions, and I'll just

8    point you to NaphCare 93, those policies and procedures

9    acknowledge that there are state regulations regarding the

10   use of restraints; correct?

11        A    Correct.

12        Q    Do you know what Ohio's state regulations are?

13        A    No.

14        Q    Did anybody at NaphCare tell you what the Ohio

15   state regulations regarding restraints are as referenced

16   in the policy?

17        A    Just about the positional -- just about the --

18   just the positional itself.

19        Q    What do you mean by that, "just the positional

20   itself"?

21        A    About not -- not being able -- not -- no

22   facedown.

23        Q    So I think what you're referring to is just the

24   part of the restraint policy that says don't restrain in a

416d20c8-65c7-4804-9359-4c0d894cab42

1    manner which can jeopardize the health and don't put in an

2    unnatural position?

3        A    Right.

4        Q    For example, "hot-tied," that probably means

5    hog-tied; right?

6        A    Right.

7        Q    "Hot-tied," I think that's a typo, hog-tied,

8    "facedown, spread eagle"; right?

9        A    Right.

10       Q    Other than that's written in the actual policy,

11   did NaphCare provide you anything about Ohio state

12   regulations concerning restraints that are referenced in

13   the policy?

14       A    No.

15       Q    Mr. Richardson had information in his medical

16   records that made prone restraint contraindicated; agreed?

17       A    From what I've read, yes.

18       Q    And that includes, but isn't necessarily

19   limited to, his obesity and his preexisting heart disease;

20   correct?

21       A    Correct.

22       Q    Restraining Mr. Richardson on his belly with

23   his shoulders on the ground and his head turned to the

24   side would be improper use of restraint; correct?

105

1          MR. PREGON:  Objection.

2      A    It would -- I -- Yes, it would be.

3   BY MR. DICELLO:

4      Q    And improper use of restraints, the medical

5   staff is supposed to notify the institutional authority of

6   any improper use of restraints; correct?

7      A    Yes.

8      Q    Do you know if anybody from NaphCare ever

9   notified anybody at the institution that there was

10  improper use of restraint on Mr. Richardson?

11     A    When we told him -- told them that we needed

12  them to cuff him in the front so we could have him on his

13  back so we can assess him, that was their notification.

14     Q    Referring back to the restraint and seclusion

15  policy at NaphCare, and I'm on NaphCare 91, it says, "With

16  regard to custody order restraints" -- that's what

17  Mr. Richardson's situation involved; correct?

18     A    Correct.

19     Q    -- "the security staff will notify the nursing

20  staff in order to review the health record for any

21  contraindications to restraints or necessary

22  accommodations."  Were you ever instructed to do that?

23     A    No.  I was too busy working on him at that

24  time.

1     Q    And then it says, the policies that is,

2    NaphCare's policies say, "Should the healthcare staff note

3    improper use of restraints," which we just talked about,

4    "which may jeopardize the health of a patient, all

5    concerns will be immediately relayed to the appropriate

6    institutional authority."

7         Is what you're telling us that when you and

8    Nurse Miles told the sergeants to cuff him in the front

9    and put him on his back, that was you communicating your

10   concerns in connection with this policy?

11    A    Yes.

12    Q    Did anyone ever interview you about what

13   happened?

14    A    As in a formal interview, no.

15    Q    How about an informal interview?

16    A    Informal interview, yes.  The medical staff,

17   after -- after the incident, we talked about -- talked

18   amongst ourselves as a group, individually and as a group,

19   as to what happened.  And also with the doctor.  And other

20   than that, that's -- when it comes to interviews,

21   questioning and stuff like that, no.

22    Q    Can you tell me when this discussion amongst

23   the healthcare personnel took place?

24    A    Immediately after the pronouncement of death,

107

1    we all went down to medical and we talked.

2         Q    Okay.

3         A    Talked, a diffusing thing that medical --

4         Q    Debrief?

5         A    Yeah, debrief.

6         Q    Debriefing?

7         A    Yeah.

8         Q    Who was present at that meeting after the

9    pronouncement?

10        A    All of the medical people that were involved.

11        Q    Was Dr. Ellis there?

12        A    Dr. Ellis was there.

13        Q    Was the health service administrator there?

14        A    No.

15        Q    You were there?

16        A    Yep.

17        Q    Nurse Foster?

18        A    Yes.

19        Q    Nurse Miles?

20        A    Yes.

21        Q    Boehringer?

22        A    Yes.

23        Q    Anybody else that I'm missing?

24        A    Krisandra Kruse.

108

1       Q       Okay.  That was --

2       A       Kristy Kruse.

3       Q       When you responded, you described for me based

4    on your assessment you thought the patient was showing

5    signs and symptoms consistent with a potential seizure;

6    correct?

7       A       Correct.

8       Q       I want to ask you:  When you were responding

9    and observing the patient, was he showing signs and

10   symptoms consistent with having a heart attack?

11      A       No.

12      Q       Have you reviewed any of the death summaries

13   prepared by NaphCare in this case?

14      A       If you don't mind me backtracking.

15      Q       Go right ahead.

16      A       On the last question of signs and symptoms of a

17   heart attack, for the majority, I'll say about 90 percent

18   of what I was observing, was seizure -- was postictal-type

19   seizure signs and symptoms.

20      Q       Yep.

21      A       Never once did he complain of chest pain.

22   Never once did he grab his chest, grab his arm, shoulder.

23   I'd say around the back, but that's when they cuffed him.

24   But he would not answer us in reference to what was going

109

1    on with him.  We were trying to get ahold of -- find out

2    what was going on with him, and he didn't do any -- didn't

3    say anything other than "I want to go.  Get me out of

4    here."  And again, that's fight-or-flight.

5        Q    Now, back to this meeting where the medical

6    personnel were.  Who conducted that meeting, if anyone?

7        A    It was kind of a joint amongst everybody.

8    Nobody was really in charge.  Everybody just talked about

9    it.

10       Q    Steve, I want you to tell me what you remember

11   other people saying and what you remember saying during

12   this meeting.

13       A    I can't recall, to be honest with you.

14       Q    Did anybody take notes or write anything down

15   during the meeting?

16       A    No.

17       Q    Was it recorded in any way?

18       A    No.

19       Q    Did you discuss Mr. Richardson's positioning if

20   you remember?

21       A    I cannot recall.

22       Q    How long did the meeting last?

23       A    Probably about ten minutes or so.

24       Q    Was anybody asked to do anything to follow up

110

1   at that point in time after the meeting?

2        A    The only follow-up that I know of was -- was

3   Dr. Ellis and one of the nurses did the -- did the summary

4   -- the inmate's death summary page, and we reviewed that

5   and signed off on it that we agreed with it.

6        Q    And I think what you're referring to is an

7   incident report; correct?

8        A    That's the one that has all the -- Yeah, that

9   page right there.

10       Q    Let me just show you.

11       A    Right there.

12       Q    So I'm showing you -- Well, that's the Medical

13  Emergency Code Report.

14           MS. STARTS:  So you're acknowledging now that

15  you did receive that report which you said before you

16  didn't receive?

17           MR. DICELLO:  No, I was asking earlier about

18  the Emergency Response Critique Form.

19  BY MR. DICELLO:

20       Q    Have you ever seen that form?

21       A    No.

22       Q    That's a form that's actually listed by those

23  exact words in the policies and procedures and it's

24  supposed to be filled out after every emergency; right?

111

1     A    We've had so many emergencies, the last -- most

2  of the times what happens is if there's an emergency we

3  just put something in the county sheriff's Tiburon system

4  to be added onto their inmate file.

5     Q    Okay.  In your Tiburon report, you indicate,

6  "Inmate Richardson" -- Shouldn't you be referring to him

7  as a patient?

8     A    In -- I used to put patient on there, and I was

9  notified by several sergeants to put inmate.

10     Q    Have you ever been told that you and the other

11  medical staff are considered guests while you're working

12  in the jail?

13     A    Yes.

14     Q    And it's the corrections staff that makes sure

15  you understand that you are only guests in their jail;

16  correct?

17     A    Well, it is in the NaphCare book that we are

18  their guests and that our security clearance and other

19  things can be revoked at any time and we can be escorted

20  out as in like -- as in like a visitor or whatever.

21     Q    Got it.

22          You do indicate in your Tiburon report that

23  "Inmate Richardson was very sweaty and nonresponsive to

24  verbal or painful stimuli".

112

1  A  Correct.

2  Q  What did you mean by "nonresponsive to painful

3 stimuli"?

4  A  When he was being held -- held down or

5 restrained, whenever somebody would say -- like if when

6 they were cuffing him or whatever, that would cause some

7 pain.  A big guy getting his arms behind his back, that's

8 kind of painful.

9  Q  Yeah.

10  A  He did not respond in an appropriate manner

11 like "ouch."  And when we were telling him to calm down,

12 he did not respond.

13  Q  And I want to ask you.  You were there.  A lot

14 of people have described Mr. Richardson as being

15 disoriented.  Is that consistent with your recollection?

16  A  In the state that he was, that he was in, like

17 I said, a possible postictal state, that would throw him

18 into a disoriented state.

19  Q  What I'm saying is:  Is that consistent with

20 your observations, that there was some level of

21 disorientation?

22  A  Yes.

23  Q  So his what was perceived as combativeness or

24 inability to comply with verbal orders, did you have any

113

1    idea whether that was intentional or unintentional?

2        A    That, I wouldn't be able to say, because I

3    wasn't him.

4        Q    Did you have to at least consider that it may

5    be unintentional?

6        A    Yeah, I was considering that because of the

7    possible postictal state.

8        Q    And the possible fight-or-flight response you

9    were talking about?

10       A    Correct.

11       Q    Did you do anything to follow up to learn how

12   Mr. Richardson died there at the jail?

13       A    The only thing that I ever heard was a

14   preliminary report from the coroner's office.

15       Q    Who told you about that?

16       A    One of the corrections officers.

17       Q    Did anybody from medical ever report back to

18   you and say, "Here's what happened to Mr. Richardson, this

19   is why he died"?

20       A    There's a possibility they might have, but I

21   can't recall who it was or how long -- who the --

22   corrections was -- one of the correctional officers was

23   the first one to tell me about it.

24       Q    Do you remember who it was?

114

```
 1        A     No, I don't.

 2        Q     Do you remember what the corrections officer

 3   told you?

 4        A     He just said he died of a heart attack.

 5        Q     Do you know what kind of heart attack he died

 6   from?

 7        A     According to -- The correctional officer didn't

 8   tell me, but according to what I've read, was left

 9   descending -- or descending --

10        Q     Left anterior descending artery?

11        A     Yeah.  The widowmaker is what it's also called.

12   He had a blockage.  And that with a high blood pressure

13   and stuff was the cause.

14        Q     In your experience as an EMT all these years,

15   how many 28-year-old men die from widowmaker heart attacks

16   in the LAD?

17        A     That I've had or in general?

18        Q     Well, however you want to quantify it.  Let me

19   offer an answer.  It's exceedingly rare in that age group,

20   isn't it?

21        A     Well, with obesity being on the rise, and that

22   can be a -- a changing factor.  Depends on when the study

23   came out.

24        Q     Were you ever retrained to report out-of-range
```

115

1    blood pressures to the provider as a result of this?

2        A    I was always trained to, and told if a blood

3    pressure was out of the norm, notify the nurse.  And then

4    if -- and then upon recheck, if it's still outside the

5    norm, same thing.  And then the nurse would contact the

6    provider.

7        Q    I appreciate that, that you follow those rules.

8    But my question is specific.  Did you receive any

9    retraining as a member of the NaphCare staff as a result

10   of this incident to report out-of-range blood pressures to

11   the provider?

12       A    No.

13       Q    Did you receive any training that indicated

14   that a nurse is to remain with a patient for a minimum of

15   15 minutes after injections and monitor the patient,

16   including vitals, as a specific result of this death

17   involving Mr. Richardson?

18       A    Not specific involving, but the policy was

19   after an injection the nurses are supposed to stay with

20   them for at least 15 minutes.

21       Q    According to the death summary completed by

22   NaphCare, prior to the injection, patient was being held

23   down on the floor in prone position by a few correctional

24   officers.  That's what happened; correct?

116

1     A     Correct.

2           MR. PREGON:  Objection.

3   BY MR. DICELLO:

4     Q     And according to NaphCare's incident report,

5   it's very similar language but just a little different, it

6   says, "Prior to injection, patient was being held down in

7   a prone position by several correctional officers."

8   That's what the incident report says; correct?

9     A     Yes, it does.

10    Q     Because that's what happened; right?

11          MR. PREGON:  Objection.

12    A     (Nods head.)

13  BY MR. DICELLO:

14    Q     Yes?

15    A     Yes, it does.

16    Q     I'm going to take two minutes to look over my

17  notes.  I think I'm done.  I don't think --

18          MR. DICELLO:  Do you have any questions, Jamey?

19          MR. PREGON:  I don't think so, Nick.

20  BY MR. DICELLO:

21    Q     Just bear with me one minute, Mr. Stockhauser.

22                (Pause in proceedings.)

23  BY MR. DICELLO:

24    Q     Thanks for your patience.  Thanks for your

117

1    time.   Those are all the questions I have.

2         A    Okay.

3         MS. STARTS:  We'll read.

4                          - - -

5                   (Signature not waived.)

6                          - - -

7         And, thereupon, the deposition was concluded at

8    1:57 p.m.

9                          - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

118

                                        December 16, 2015

1

2    Dear Mr. Stockhauser,

3        You have chosen to read and sign your transcript.
     Please do not mark on the transcript.  Any

4    corrections/changes you may desire to make in your
     testimony should be typewritten or printed on the errata

5    sheet at the end of testimony, giving the page number,
     line number and desired correction/change.  After you have

6    read the transcript, sign your name on the correction
     sheet and where indicated at the close of testimony before

7    a notary public.

8        The Rules of Civil Procedure allow thirty days for
     you to read and sign.  Please return the signature page

9    and errata sheet to Whitney Layne, 6723 Cooperstone Drive,
     Dublin, Ohio 43017 within that time.  Failure to do so in

10   the allotted time will result in your transcript being
     used as though read and signed by you.

11

12                              Sincerely,


                                _____

13                              Whitney Layne
                                Professional Reporter

14
     Cc:
15   Nick DiCello
     Carrie Starts
16   Jamey Pregon

17

18

19

20

21

22

23

24

119

1    State of _____

2    County of _____

3         I, STEVEN STOCKHAUSER, do hereby certify that I

4    have read the foregoing transcript of my deposition given

5    on December 7, 2015; that together with the correction

6    page attached hereto noting changes in form or substance,

7    if any, it is true and correct.

8                                    _____

9                                    STEVEN STOCKHAUSER

10        I do hereby certify that the foregoing transcript

11   of the deposition of STEVEN STOCKHAUSER was submitted to

12   the witness for reading and signing; that after he had

13   stated to the undersigned Notary Public that he had read

14   and examined his deposition, he signed the same in my

15   presence on the ____ day of _____, 2015.

16                                    _____

17                                    Notary Public

18   My Commission Expires on _____

19                              - - -

20

21

22

23

24

120

1   TO THE REPORTER:

2   I have read the entire transcript of my deposition taken

3   on the _____ day of _____, 20__, or the same has been

4   read to me.  I request that the following changes be

5   entered upon the record for the reasons indicated.

6

7   Page    Line    Correction and reason therefore

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  Date_____Signature_____

24

Page 121

1                              CERTIFICATE

2    State of Ohio      :

3    County of Franklin:

4

5            I, Whitney Layne, Notary Public in and for the

6    State of Ohio, duly commissioned and qualified, certify

7    that the within named STEVEN STOCKHAUSER was by me duly

8    sworn to testify to the whole truth in the cause

9    aforesaid; that the testimony was taken down by me in

10   stenotype in the presence of said witness; afterwards

11   transcribed upon a computer; that the foregoing is a true

12   and correct transcript of the testimony given by said

13   witness taken at the time and place in the foregoing

14   caption specified.

15

16           IN WITNESS WHEREOF, I have set my hand and

17   affixed my seal of office at Dublin, Ohio, on this 16th

18   day of Decemer, 2015.

19                          _____

20                          Whitney Layne, Notary Public

21                          In and for the State of Ohio

22   My Commission expires May 4, 2020

23

24

**A**

abandonment 36:23 37:4,6

abdomen 55:5 82:4 91:19 92:8 93:19,20

ability 21:20 75:16 92:18

able 8:5 12:12 17:7 26:10 48:6,7 55:5 59:24 61:15,18 61:19 67:20 83:4 89:16 90:1,5 102:6 102:11,20,22 103:21 113:2

abrasion 52:17

academy 16:19

accept 13:10 14:3

acceptable 51:2 52:1

access 12:12 43:15 82:19

accident 19:2,6

accommodatio... 105:22

accuracy 8:18

acknowledge 9:22 103:9

acknowledging 110:14

actions 54:23 67:16

actual 93:21 100:6 104:10

add 9:11

added 12:5 56:21 111:4

adding 96:22

addition 20:23 21:3 79:17

additional 47:15

address 47:12

adequate 48:7

administer 73:21

administration

29:12 30:1

administrative 20:1,2 28:22 29:3,4,6,10 38:21,22 45:7

administrator 1:4 24:15 27:17 47:18 107:13

adrenalin 94:12

advised 67:11

affect 38:23

affixed 121:11

afford 45:22

aforesaid 121:9

afternoon 78:8

age 19:2 25:19 114:19

agencies 65:3

ago 6:19 9:6 48:8

agree 38:18 49:12 54:14 72:3 82:13

agreed 69:4 104:16 110:5

ahead 10:21 13:15 32:12 35:13 53:19 71:20 108:15

ahold 109:1

air 23:16,20 48:7 98:1,20

airway 61:7 67:23 74:19 75:4 90:19

al 1:9

align 17:17 18:12

allergic 79:9

allotted 118:10

allow 42:22 118:8

allowed 59:21

alternative 102:13

ambulance 22:24 23:1,2 45:14 46:2,5

46:21 49:23

ambulances 48:12

amend 9:10

amount 38:9,11 38:12 46:13

analogy 98:6,10

andrew 1:5

announce 48:20

annual 41:16

answer 7:17,19 8:6,8,14 9:2,10 10:20,21 11:3 13:15 30:15 32:13 49:16 50:13 52:8 55:19 56:22 81:24 89:12 90:24 108:24 114:19

answers 7:11 8:18,19

anterior 41:2 114:10

anthony 27:18 27:18 34:18,18

anticipate 43:7

anxiety 18:21 19:12

anybody 54:1 75:24 86:11,19 103:14 105:8,9 107:23 109:14 109:24 113:17

appeal 31:2

appealed 30:23 30:23 31:3

appearances 2:1

appearing 5:6 5:10

applicable 1:15 3:6

applied 37:4,7 49:13

apply 99:5

applying 24:17 25:14

appreciate 13:24 68:3 115:7

appropriate 106:5 112:10

approximately 15:23 26:20 69:3,14

area 15:6,10 54:2 86:20 102:21

areas 91:16

arm 108:22

arms 112:7

arrangement 8:13

arrived 62:22

arson 6:4

artery 41:2 114:10

asked 8:14 31:7 49:16 55:10 78:20 87:15 88:6,10 99:10 109:24

asking 7:18 9:5 15:17 18:10 21:12 27:10 41:7,8 61:5 69:8 72:14 82:21 110:17

asneeded 46:17

asph 90:2,2

asphyxia 47:23 48:13 49:1,5 49:17 50:5,23 53:3,15 61:4 87:9 89:1,8,11 90:4 91:4,20 92:9,24 93:16 93:22 94:1,9 94:17 95:18 96:16,21,24 97:7,12

asphyxiate 90:13

asphyxiated 48:6

asphyxiation 64:18 88:21 90:9,17,20 91:6 93:4

95:10,14,21 96:2,5,8 97:20

assert 32:10

assess 54:12 59:5,22 61:7 105:13

assessed 102:7

assessment 61:18,20 101:11 108:4

assist 26:4 27:6 75:16 89:18

assisted 102:21 102:23

associated 41:22 93:11 95:21 96:7 97:11,19

associates 1:21

assume 8:14

assuming 100:24

ativan 76:6

attached 119:6

attack 108:10,17 114:4,5

attacks 114:15

attempted 30:2

attend 16:1

attorney 6:21 10:15,24 11:5 20:7 30:22 42:15,18,24 43:17

attorneys 42:22

audible 7:11

august 15:12

authority 99:22 99:23 100:21 105:5 106:6

auto 19:2

autonomic 98:19

autonomically 98:1

available 60:5 62:22

avenue 1:16 2:3 2:7

avoid 53:2,15 61:4

aware 11:16

12:8,10 13:2
14:8 49:4
51:23 64:9
66:23 91:9
95:3 96:16
98:23

**B**

b 54:12
back 6:17,23
10:11 14:11
15:21 17:8,16
18:12 19:12
21:15 22:17
25:19 30:8
31:10 33:4,4,4
35:17 38:3
45:14,21 46:1
48:12 49:22
57:14 58:24
59:2 60:8,21
60:22 61:12
63:18 64:17
65:2,15,18
66:9 68:6,23
69:2 85:20
86:6,20 87:1,7
87:24 88:7
89:4 93:24
94:4 99:11
100:18 105:13
105:14 106:9
108:23 109:5
112:7 113:17
backboardtype
48:9
backfilled 39:18
background
15:2 16:1
backpedal 11:13
backs 51:12 57:8
57:16
backtracking
108:14
backup 103:1
ban 48:20
bans 65:2
barn 31:9
barrier 35:16
base 23:17,20

39:4
based 14:1 42:3
46:23 52:4
74:23 75:1
79:11 80:10
82:9 89:11
108:3
basically 19:11
22:6,9 49:6
67:13
basis 18:17 32:6
46:13,17
bathroom 31:9
31:10
bear 116:21
beating 70:19
becoming 17:19
47:21 52:9
began 27:3 46:1
beginning 62:24
behalf 2:5,9,14
13:11 60:17
bellies 51:9
belly 50:19
52:24 53:14,21
54:4 64:19,20
84:3 92:5,10
92:14 104:22
benefits 20:8
21:4,18,21
best 34:3 68:9
75:13
better 59:4,21
61:18,19
beyoglides 1:4
biased 54:21
big 35:22 45:20
55:6 112:7
biggest 22:9
birth 15:11
bit 6:12 11:22
15:1,24 34:5
68:8
bite 74:21
biting 74:12
bleeding 35:22
36:6
blockage 114:12
blood 41:3 61:8

75:5 76:23
77:4,10,13,24
78:1,2,3,7,18
78:23 79:4,6,8
79:18,20 80:5
80:6,16 81:13
82:12 83:8
88:15,16 93:12
99:14 114:12
115:1,2,10
bloodtinged
74:11
bmi 80:20 81:3
81:10 82:6,11
99:15
board 25:2,4
44:19 64:14,15
boards 48:18,20
bodies 98:12
body 75:9 81:4
85:24 93:20
94:19,22 96:17
97:24
bodys 98:19
boehringer 2:15
107:21
book 111:17
booking 27:22
32:15
borderline 80:1
82:12
born 15:7
bottom 77:19
89:23
bowel 18:19
boy 23:7
break 8:24 9:3
59:8 85:16
87:4,7
breathe 49:7,9
51:13 54:11
67:20 73:5,14
73:18 75:16
90:1,5,20
92:18 95:20
99:1 101:18
breathing 49:14
63:6,17,20
71:9 72:8,13

72:18 88:1,8
90:6,7 96:2,4,4
102:15 103:2
brenda 2:16
brief 19:20
briefly 39:24
brings 23:24
broader 34:5
broke 55:22
brought 50:18
62:5,14 101:8
102:6
budget 34:14
37:21,22 38:3
buildings 20:1
bulletin 44:19
bunch 63:8,8
74:17 80:24
bunk 63:13
burning 19:24
business 12:17
20:15 38:13,17
busy 59:14
67:16 68:1
105:23
butt 86:20

**C**

cage 92:15
call 18:14 51:7
59:8,10 62:9
62:10,11,12
97:16
called 1:14 3:5
24:16 35:11,20
40:12 52:15
101:19 114:11
calling 26:9
calls 27:5
calm 103:1
112:11
calmed 101:10
102:22
cant 11:11,11
24:12 49:7
58:19,20 60:18
62:3,17 63:21
66:14 67:2,3,5
69:4 71:19
89:20 90:3,5,6

90:7,20 95:20
100:22 109:13
113:21
captain 28:1
33:12
caption 121:14
car 6:16 48:11
cardiac 93:11,14
cardiomegaly
95:16
care 12:18 29:2
30:17 42:4
45:14 46:2,6
56:9 68:9
76:18 79:3
99:20 102:4
cared 51:7
career 16:13
22:14 48:15
57:5
careerminded
22:15
careful 21:19
carlisle 27:17
33:13,18 47:8
47:18
carrie 2:11 5:5
10:19 26:19
118:15
case 1:7 5:8 6:4
7:3 8:3 9:20
10:7,16 14:19
14:22 15:13
42:7 70:8,12
77:20 96:14
102:22 108:13
catwalk 63:5
85:11
cause 52:16 95:9
112:6 114:13
121:8
caused 19:20
29:10 74:18
96:9
causing 83:8
cc 118:14
ceased 101:18
cell 34:24 35:2
35:17 36:24

37:14 62:19
**cells** 62:6,18
  64:2
**cement** 35:4,18
**center** 16:13
**certain** 70:6
**certificate** 16:21
  121:1
**certifications**
  40:2
**certificationwi...**
  100:12
**certified** 5:3
  13:17 36:20,21
  36:22
**certify** 119:3,10
  121:6
**chain** 79:12
**chair** 61:17,22
  62:2,9,11,12
  62:13,22 63:19
  64:5 70:8
  101:8
**challenge** 55:24
**chance** 5:19 9:14
  43:18 73:9
**change** 9:10
  45:20 69:16
  118:5
**changed** 44:17
  45:17
**changes** 118:4
  119:6 120:4
**changing** 114:22
**character** 3:8
**charge** 65:24
  100:3,5,21
  109:8
**charges** 56:9
**check** 52:18,19
  61:10 63:12
  77:24 78:2
**checked** 35:3,20
  36:6
**checklist** 80:17
**chest** 53:10
  108:21,22
**child** 39:17 56:2
**choose** 29:13

**chosen** 118:3
**cincinnati** 2:13
**circumstance**
  48:19
**circumstances**
  24:12 89:6
**citizens** 55:20
  56:22
**civil** 1:15 3:6
  6:13 118:8
**claim** 19:13
**classes** 16:5,21
**clean** 7:19 67:23
  67:23
**cleaning** 74:19
**clear** 61:7 75:5
**clearance**
  111:18
**clearing** 75:4
**clearly** 71:1
**cleveland** 2:4
**clinical** 83:14
**clonidine** 79:7,8
**close** 28:19
  79:22,23 118:6
**code** 110:13
**collect** 21:20
**collecting** 17:11
**college** 16:1,5,5
  16:20
**combative** 49:22
  98:18
**combativeness**
  98:19 99:1
  112:23
**come** 44:16,21
  51:19 52:17,18
  56:7
**comes** 41:11,11
  41:13,13,14
  54:24 58:18
  65:24 80:14
  91:12 106:20
**coming** 29:12
  32:22 61:8
  96:6 97:4
**commands**
  102:13
**commerce** 25:5

**commission**
  119:18 121:22
**commissioned**
  121:6
**communicate**
  61:24 76:14
**communicated**
  79:13
**communicating**
  106:9
**community**
  45:12 51:1
  52:5 54:15,17
  54:19,20 55:10
  55:12,13 56:16
  56:19
**company** 6:13
  6:15
**compared** 33:7
**compensation**
  20:4
**complain** 108:21
**complaint** 9:20
  9:23 10:2
  12:13,15,23
  13:3 14:13
  44:4
**complaints** 14:4
  95:20
**completed**
  115:21
**completely**
  45:17,18 90:1
**completing**
  16:22
**comply** 112:24
**compression**
  92:13
**compromised**
  90:19
**computer**
  121:11
**computergene...**
  81:5
**concept** 50:10
  97:24
**concerning**
  104:12
**concerns** 106:5

106:10
**concluded** 117:7
**condition** 17:13
  17:23,24 18:6
  18:15 47:22
  48:2 87:9,10
  87:11 102:20
**conditions** 18:10
  18:17,23,24
  19:20 20:21
  75:1 82:17
**conducted** 109:6
**conflict** 31:24
  33:23 34:8
**confrontation**
  69:11
**conjunction**
  97:5
**connection** 6:6
  7:3 8:19 10:7
  10:15,24 20:8
  106:10
**consider** 90:21
  99:4 113:4
**considered**
  27:22 65:13
  111:11
**considering**
  113:6
**consistent** 66:17
  75:2 108:5,10
  112:15,19
**constellation**
  74:24 96:20
**construe** 36:23
**contact** 12:19
  37:1 115:5
**contain** 48:10
**contained** 76:22
**contents** 92:14
**continue** 32:4
**continuous**
  24:23
**contract** 23:23
  30:24
**contracted**
  23:19
**contractor** 23:15
**contraindicated**

**contraindicati...**
  75:20 76:3
  105:21
**control** 50:1,15
  50:18 52:13,13
**controlling** 86:2
**controls** 53:22
**conversations**
  68:1
**conveyed** 101:21
**cooperative**
  102:13
**cooperstone**
  1:21 118:9
**copies** 40:2
**copy** 9:20
**coroners** 113:14
**corporate** 45:2
**correct** 7:14
  9:16 10:4,12
  10:13 12:11
  15:15 21:22
  26:22 28:10,23
  31:21 34:1
  35:9 37:5
  44:23 50:21,24
  53:1,3,15
  57:21,22 58:2
  58:3,7,8,12,13
  59:22,23 60:1
  60:2,4,8,9,12
  60:15 62:15,16
  62:19,20 65:8
  65:11,12,14,19
  65:21,23 66:10
  66:11 67:4
  69:12,13,20
  70:22 71:3,4,9
  71:14,16 72:5
  72:22,23 73:12
  73:13,15,22,23
  75:3,10,14,17
  75:18 76:19,20
  76:24 77:12
  78:4,8,9 79:14
  79:24 80:8,9
  81:8,9,14,20
  82:5,8,24

83:19,24 84:3
84:6,16,22
85:8,13,21
87:20 88:18,19
91:7,8 92:15
92:18,19 93:9
93:22,23 94:20
94:21,24 95:1
95:4 96:3 97:7
97:12 98:20,21
99:2,3,12
101:4,14
103:10,11
104:20,21,24
105:6,17,18
108:6,7 110:7
111:16 112:1
113:10 115:24
116:1,8 119:7
121:12
**correction** 27:21
35:18 69:1
98:22 118:5,6
119:5 120:7
**correctional**
25:24 26:4
27:11 50:2
51:7 55:3
98:23 102:4
113:22 114:7
115:23 116:7
**corrections**
27:13,20 32:1
32:14 33:9,10
34:9 35:2 36:4
36:4,11,15
40:15 51:18
52:11 55:1,7
55:21 59:4,11
59:12,15 60:10
60:13 61:24
65:23 66:8,10
66:12,24 68:17
68:18,24 70:7
71:13 72:9
76:19 83:24
85:12,23 86:2
86:21 87:14,22
88:2,5,10

100:16 101:20
111:14 113:16
113:22 114:2
118:4
**couldnt** 31:2,3
35:21 45:22
70:4 73:14
**counsel** 3:4 10:6
14:19
**country** 23:7
**county** 1:8 6:23
20:19 26:24
51:24 55:14
57:19 77:20
111:3 119:2
121:3
**couple** 22:23
23:3,4,5 24:16
64:2 85:17
**course** 54:17
**court** 1:1 13:22
**covering** 34:6
**cpr** 101:20
**craving** 75:9,11
**creates** 56:23
**credentials** 15:4
**critique** 40:13
40:15,18,22
41:4 110:18
**critiques** 41:10
41:12
**critiquing** 41:12
**crosby** 28:1
33:12
**crossexamintion**
5:4
**crosstrained**
46:24
**cuff** 52:22 53:13
59:4,12,16
60:20 66:8
67:11 68:5
87:22 100:17
105:12 106:8
**cuffed** 59:3,21
60:8 65:18
70:15 85:20
87:23,24 88:7
89:4 99:11

108:23
**cuffing** 53:21
59:17 65:24
69:11 87:17
112:6
**currently** 11:7
17:10 46:19
**custody** 105:16
**customs** 52:4
**cut** 38:4 52:16
74:13
**cuts** 34:14 37:21
37:22 38:3
**cutting** 38:3

———————
**D**
**d** 2:16 62:14
**dash** 74:3
**data** 27:4
**date** 11:10 15:11
82:13 120:23
**dating** 65:2
**day** 119:15
120:3 121:18
**days** 24:16 26:8
26:9 28:11,12
39:13,15 57:12
118:8
**dayton** 1:16 2:8
15:10 46:23
63:2 64:6
101:21
**deaf** 67:14 68:15
**deal** 43:8 48:9
**dealt** 49:5
**dear** 118:2
**death** 40:22
50:23 54:16
55:11,16 56:18
56:21,23 57:3
57:21 58:7
64:8 89:11
91:6 92:23
93:3,16,22
94:1,17,24
95:9,14,22
96:3,7 97:14
97:16,19
106:24 108:12
110:4 115:16

115:21
**debrief** 107:4,5
**debriefing** 107:6
**deceased** 1:5
**december** 1:16
3:1 118:1
119:5
**decemer** 121:18
**decide** 25:22
**decided** 38:4
**deemed** 17:14
19:1
**defend** 10:15
42:16,22
**defendant** 1:14
3:5 43:12
**defendants** 1:9
2:9,14 77:20
**defending** 42:17
**defense** 5:7,9
**definitions**
21:13
**delay** 14:14
**delivering** 42:4
**demanding**
73:12
**demands** 94:20
**denied** 30:21,22
59:5,6 66:10
68:4,21 69:19
**department** 25:4
29:7 41:15
48:4 57:11,12
63:3 64:6
**depended** 27:8,8
**depending** 51:6
**depends** 89:2
92:1,1 94:11
97:8 114:22
**depose** 73:9
**deposed** 5:22 6:9
55:22
**deposes** 5:3
**deposition** 1:14
3:5,7 5:20 6:3
7:3 9:9 42:16
42:23 43:19,24
44:3 117:7
119:4,11,14

120:2
**deprived** 94:22
95:9 98:2
**depth** 34:5
**descending** 41:2
114:9,9,10
**described** 18:16
18:23 33:22
95:2,6,8 108:3
112:14
**description**
19:21
**desire** 118:4
**desired** 118:5
**detained** 55:14
56:19 57:19
**detainee** 58:11
91:3 102:12
**detainees** 34:10
58:5
**determined** 63:6
**diagnosed** 77:1
80:5 81:19
**diagnosis** 82:11
**diagnostic** 83:7
**diaphoresis** 74:5
74:7
**diaphragm** 18:5
92:13,17
**dicello** 2:2 4:4
5:12,18 10:18
11:6 13:23
14:6 30:19
31:12 32:2,6,9
32:11,20 37:19
42:15,20 43:2
43:8,11,14
50:16 52:20
53:7,18 54:8
57:24 66:1
68:11 69:24
77:17 78:15
81:17,23 82:18
83:22 84:14
85:17,18 87:4
87:6 91:23
93:8 94:5,14
105:3 110:17
110:19 116:3

116:13,18,20
116:23 118:15
didnt 16:12 23:6
23:13 30:2
37:15 38:23
56:9 70:1 77:9
80:4,4,7 87:21
101:14 109:2,2
110:16 114:7
die 98:8,12
114:15
died 31:17 47:19
70:17,18 77:11
82:13 101:24
113:12,19
114:4,5
dies 66:19
different 33:11
75:12 91:13,15
97:10 99:20
116:5
differential
83:13
differently
99:16
difficult 42:21
difficulty 96:4
diffusing 107:3
dinkler 1:16 2:7
direct 37:1
directly 57:18
disability 17:10
17:11 18:11,18
20:3,24 21:4,5
disabled 17:7,15
disciplinary
30:12
discovered
12:24 14:15
88:1
discuss 109:19
discussion 77:16
87:5 106:22
disease 82:14,23
83:3,4,15
88:14,17 92:22
93:2 104:19
disorientation
112:21

disoriented
112:15,18
distributed
91:15
district 1:1,1
division 1:2
doctor 40:7 79:3
79:13 82:22
106:19
doctors 80:16
document 77:21
documents
44:24
doesnt 41:12
58:20,21
doing 23:15 29:7
29:7 32:22
63:14 72:22
73:1,3,24
74:20 86:14
101:20
dollars 46:14
dont 8:10 10:20
16:1 32:10
42:21 43:7
50:22 55:1
62:23,23 63:9
65:17 70:1,3
73:19,20 80:14
83:6 86:4,6,8
86:11,17 87:19
93:18 98:9
99:19 103:4,5
103:24 104:1
108:14 114:1
116:17,19
door 33:2 36:18
doorway 36:24
double 59:3
downsizing 38:7
38:18
downstairs 63:4
85:3,11 102:6
dr 27:19 63:9,10
76:12 100:4
101:22 107:11
107:12 110:3
drive 1:21 46:24
118:9

driving 46:6
drooling 74:11
dropped 46:16
drugs 32:23
dublin 1:22
118:9 121:17
due 18:21 19:13
20:20 30:24
34:24 38:12
46:12,13 48:6
48:19 52:11
60:18 64:17
89:15 102:2,3
duly 5:2 121:6,7
duplicate 43:4
duty 27:22
dying 53:3 89:7
91:20 92:9
95:17

<hr>

**E**

eagle 104:8
earlier 37:20
77:5 88:13
97:22 110:17
early 18:16 19:7
24:1 48:16,22
69:10
ears 67:14 68:15
earth 22:12
easier 18:4
easy 25:8
education 25:4
40:1,4,6 47:22
educational
15:24
effect 71:21,23
eight 45:13
either 11:15
93:20 101:8
103:1
ekg 23:16 45:12
electrocardiog...
45:11
eleven 28:8,9
eliminate 90:2
ellis 2:16 27:19
63:9,10 76:12
100:4 101:22
107:11,12

110:3
email 40:9
emergencies
111:1
emergency 27:5
29:2 35:20
40:13,17,19,20
40:21 41:4
62:9,12 110:13
110:18,24
111:2
emergent 99:19
employed 11:7
23:14 39:6,7
46:19 47:21
employee 13:12
13:16 17:19
20:5
employees 51:8
employer 10:14
10:23 11:5
13:6,10 14:2,2
39:22
employment 6:6
11:9 13:6 17:8
21:16 25:23
28:5 31:13
34:13 44:16
46:1
empty 62:18
ems 48:17,20
64:14,15
101:19
emt 24:18,21,24
26:21,24 45:14
46:3,4 49:11
72:11 78:14,17
83:13 114:14
emts 25:2 40:7
98:23
encounter 36:9
66:23 75:23
ended 31:11
45:1
enforcement
55:4,7
engaged 94:16
engagement
80:21

enjoy 26:2
enlarged 95:16
enter 27:4
entered 78:13
120:5
entire 120:2
entry 27:5
equipment 83:7
eric 5:17
errata 118:4,9
escalate 55:2
escort 33:4
escorted 111:19
esquire 2:2,6,11
2:11
estate 1:5
et 1:9
evaluated 42:3
events 46:17
everybody 15:17
38:2 40:6
53:23 73:11
74:6 109:7,8
everybodys 45:3
everyday 19:23
evolve 26:12
exact 11:11
24:12 100:2
110:23
exactly 67:5
70:18 71:19
80:14 83:7,9
exam 61:13
examination 4:1
examined
119:14
example 51:10
104:4
exceedingly
114:19
executive 65:1
exercises 57:6
exhaustion 95:6
exists 41:8
exited 35:24
36:7 72:13
expect 13:5
expectation 13:9
69:18 85:10

expected 80:11
experience 14:1
  14:13 15:5
  46:15 75:1
  114:14
expires 119:18
  121:22
explained 37:3
  87:9
explaining 17:24
extended 48:5
  49:18,19,21
  50:6,10
external 93:21
eye 23:13,13

**F**

face 53:9 55:4
  67:8 84:12
  90:13
faced 58:11
facedown 48:5
  48:10,12,18
  49:7,17 53:10
  67:18 84:9,12
  103:22 104:8
faceup 49:8
  61:15
fact 82:12
factor 74:14
  88:13,24 89:7
  89:21 91:5
  92:22 93:3,15
  95:21,23 96:5
  114:22
factors 88:17,21
  91:2 92:1
  96:19 97:2
failure 118:9
fair 8:15 12:9
  15:14
fall 67:13
fallen 68:15
falls 83:17
familiar 40:19
  88:20 97:24
family 6:22 7:4
  12:17
fantastic 101:20
far 1:16 2:7 43:7

55:22 65:2
  97:21
fashion 49:24
  65:23
faster 26:17
fatigue 94:24
  95:5,8
feel 14:18,21
  34:2 59:10
felicia 2:14
fell 35:1,4,17
  67:13
female 32:16,16
  33:1,24 34:24
  35:2,18,23
  36:2,4,9 37:13
  37:15 47:13
females 32:18
  33:7
field 25:24 29:6
  97:23
fight 98:1
fighting 52:11
  52:12 55:2
  57:7 61:14
  67:24 70:19
  74:6 94:12
  98:20,24 102:3
  102:3
fightorflight
  74:6,15 97:22
  98:19 109:4
  113:8
figure 64:4
figured 28:16
file 26:16 39:20
  39:23 40:1,4
  42:1 43:20
  45:1 76:12
  111:4
filed 7:4 10:7,11
  11:17 12:10,16
  12:23 14:10,11
  14:15,23
files 39:22
filled 40:18
  110:24
fillin 39:13
financial 38:12

find 35:21 61:8
  63:14 101:10
  109:1
fine 43:10,13
  50:4 59:9
finish 7:18,19
  33:2
fire 16:6,7,10,15
  16:18,23 17:19
  18:22 19:15
  20:6 29:6 48:4
  57:11,11 63:2
  64:6 101:21
firefighter 16:6
  16:24 17:1,3
  20:15,17 29:5
firefighting 17:6
firehouse 29:3,5
fireman 16:23
firm 1:16
first 5:2 9:2 10:1
  27:3 45:14
  46:1 47:5
  56:16 58:18
  59:7 61:1
  63:12,24 69:6
  69:7,10 74:19
  75:7 77:7 79:8
  82:9 101:9
  113:23
five 15:23 28:12
  32:18
flat 90:1,1 92:4
flexible 48:9
floor 63:12
  115:23
flowing 94:12
foam 96:6,10
  97:4
focus 55:13 89:3
folks 7:5 15:14
  81:18
follow 50:9 62:8
  74:23 109:24
  113:11 115:7
followed 49:18
  55:9 78:10
following 50:5
  120:4

follows 5:3
followup 110:2
foot 15:23
force 23:17,20
  30:10 94:23
foregoing 119:4
  119:10 121:11
  121:13
form 13:14
  18:17 40:12,13
  40:15,18,22
  41:8,9 81:1,2
  82:23 90:8
  110:18,20,22
  119:6
formal 106:14
former 13:6,12
  13:16 14:2
  72:10,11
forwarded
  24:14
foster 2:14 76:5
  80:11 100:20
  107:17
found 11:20
  14:12 24:13
  61:11
foundation
  53:16
four 77:5
frame 72:4,7,13
franklin 121:3
free 59:10
friday 28:13
front 8:2 33:5
  59:4,12,16,21
  60:8 61:14
  66:9 67:11
  68:6,22 70:15
  87:17,22 99:11
  100:17 105:12
  106:8
frontal 94:7
frustrate 67:15
frustrated 68:4
full 21:18
fulltime 17:19
  26:12,14,15
  28:5,8 29:17

39:9,10
funded 21:6,6
further 31:10
  53:24 54:12
  55:19 57:9
  61:6 101:11
  102:7,21

**G**

g 1:4
gain 50:1
gainful 17:8
  21:16
garrett 2:16
general 50:17,19
  114:17
generally 96:17
gentleman 39:4
  39:5
getting 17:9
  31:11 46:14
  79:22,23 81:6
  98:16 112:7
give 19:20 26:19
  79:5,7,8 87:18
given 8:13 9:10
  13:6,8,21 76:7
  119:4 121:12
gives 53:22
giving 118:5
go 7:7 10:21
  13:15 21:15
  26:16 29:13
  30:8,11 31:9
  42:17 48:7
  51:18 53:10,19
  54:24 57:7
  71:20 74:18
  78:2,21 98:12
  108:15 109:3
goes 50:23
going 7:16,17
  8:14 9:5 15:19
  19:8 30:4 32:4
  33:15 35:22
  38:2,9 42:16
  42:19,21 43:6
  43:6,8 49:10
  55:6 62:7

67:17 68:2
96:14 98:12
101:10 108:24
109:2 116:16
**good** 5:13,14 7:9
20:14 23:9,24
58:20,21,21
**google** 11:21,22
12:2 14:16
**googled** 11:18
12:24 14:12
**governor** 65:2
**gown** 35:1,15
**grab** 108:22,22
**graduate** 16:20
**graduating** 16:2
**grew** 15:8 26:9
**grievance** 30:16
30:18,20,20,22
30:24
**ground** 84:16,20
88:7 92:2
102:14 104:23
**group** 15:16
106:18,18
114:19
**grown** 15:7
**guess** 43:9
**guests** 111:11,15
111:18
**gurgling** 97:11
97:16
**guy** 83:15 112:7
**guys** 55:8 70:1

**H**

**half** 21:17 22:3,5
31:8
**hamper** 22:6
**hand** 90:10,10
90:12,12
121:16
**handcuff** 52:16
68:22
**handcuffing**
95:12
**handcuffs** 49:12
51:2 52:10
**handing** 9:19
**handle** 67:11

**hands** 57:16
61:12 65:15,18
85:20 89:3
**happen** 43:5
101:14
**happened** 9:6
13:7,8 19:6
23:22 38:22
54:22 63:15
101:17,19
106:13,19
113:18 115:24
116:10
**happening**
39:18 91:2
**happens** 9:9
50:4 111:2
**harm** 51:4 53:24
**harry** 1:4
**hasnt** 40:10
**hazardous** 64:10
**head** 35:1,3,4,17
36:6 63:4
71:18,21 72:2
72:6 84:12
86:12,17 88:23
94:8 104:23
116:12
**health** 27:16
47:17 56:14
65:7 104:1
105:20 106:4
107:13
**healthcare** 24:15
106:2,23
**hear** 66:23 68:1
100:15
**heard** 40:12
56:1 63:17
64:12 97:14
113:13
**hearing** 67:3
**heart** 41:2 70:19
82:14,23 83:2
83:4,15 88:14
88:17 92:22
93:2 104:19
108:10,17
114:4,5,15

**heartbeat**
101:18
**hearts** 95:16
**height** 15:18,21
**heights** 15:8,9
**held** 77:16 87:5
94:12 112:4,4
115:22 116:6
**help** 31:18 46:17
58:19,20 75:6
**helpful** 63:19
**helping** 26:2,5
**hereinafter** 5:2
**heres** 113:18
**hereto** 119:6
**heroin** 32:23
**hes** 5:6 56:4,4
78:3 89:24
90:7 97:9
99:21
**hey** 40:10 78:21
**high** 16:2 41:3
76:23 78:1
79:4,18 80:5
81:13 82:11
83:8 88:15
93:11 96:23
114:12
**higher** 36:22
89:7 91:3 92:9
96:7 99:22,22
100:11,24
**highest** 100:2
**hills** 1:16 2:7
**hired** 10:14,23
11:5 25:11
**hiring** 46:15
**histories** 99:19
**history** 76:22
80:4 81:13
82:11 88:16
99:14
**hogtied** 104:5,7
**hojnoski** 2:11
42:13,18 43:4
**hold** 71:20,21
98:7 102:14
103:1
**home** 13:17

**honest** 41:21
99:18 109:13
**honestly** 41:11
73:17
**hospice** 47:1
**hospital** 45:13
45:15
**hottied** 104:4,7
**hour** 31:8 46:14
46:24
**hours** 77:5
**housed** 42:4
**houses** 45:16
**hsa** 33:13,13
34:18 40:10
**huber** 15:8,9
**huhuhs** 7:13
**human** 9:7
97:24
**hundred** 72:1
**hypertension**
77:2,15 79:23
80:5 81:19
82:11 88:16
**hypertensive**
82:13
**hypertrophy**
93:11,15

**I**

**ibs** 19:12
**ictal** 74:4
**id** 28:15 108:23
**idea** 15:3 113:1
**identified** 77:18
80:23
**identify** 96:20
**identifying**
96:19
**identity** 12:2
**ill** 7:18 8:17 32:5
55:19 58:23
71:19 103:7
108:17
**im** 5:5 6:21 7:17
8:14 11:13
12:8 15:19
18:9 21:12,12
25:8 32:4
36:20 37:1,1,8

41:7,8,9 42:17
42:18,18,20
43:1,6,8 46:18
46:24 49:10
50:2,9 51:18
56:13,15 58:21
64:4 69:8
71:23 72:1,14
77:18 80:13
81:6 82:21
83:6,11 86:13
86:14 90:23,24
92:4 96:13
98:11,16
105:15 107:23
110:12 112:19
116:16,17
**immediate** 27:14
**immediately**
106:5,24
**important** 54:3
54:6,9
**impossible** 61:13
98:7
**improper**
104:24 105:4,6
105:10 106:3
**inability** 112:24
**incident** 28:16
62:21 80:19
106:17 110:7
115:10 116:4,8
**includes** 104:18
**including** 7:5
17:8 41:3
115:16
**incometodebt**
45:16,17
**inconvenience**
14:14
**incorporated**
6:16 46:16
**increase** 96:2
**increased** 89:10
91:3 92:23
93:3 95:17
**increases** 91:6
93:15,21 94:1
94:9,16 95:13

index 4:1 81:4
indianapolis
  45:13
indicate 77:14
  111:5,22
indicated 115:13
  118:6 120:5
indicates 51:24
indicative 96:21
individual 82:23
  98:24
individually
  96:21 106:18
individuals
  98:24
indy 45:15
inform 79:18
informal 106:15
  106:16
information
  41:5,9 63:15
  76:15 79:5,11
  80:7,11 99:17
  104:15
infringe 21:20
initial 44:15
  87:16
injection 76:6
  115:19,22
  116:6
injections
  115:15
injured 34:23
  37:15 52:15
injuries 35:3
injury 19:12
  53:24
inmate 32:17
  34:23,24 35:3
  35:6 36:3
  37:15 52:18,18
  53:24 56:6
  63:13 85:4
  111:4,6,9,23
inmates 27:3
  29:2 32:16,16
  37:13 47:13
  52:12 56:3
  78:1 110:4

inservice 48:3
  48:24
insight 90:24
institution 105:9
institutional
  105:5 106:6
instruct 66:12
  70:9 85:1 86:5
  86:11,16,19
instructed 85:5
  85:12 105:22
instructing
  66:24 68:17,24
instruction 71:5
  100:13
instutional
  22:18
insurance 37:24
intake 33:24
  34:10
intentional
  113:1
interaction
  15:13
intercede 84:24
interest 34:3
interested 25:23
  41:9
interests 14:22
interfere 92:18
internet 11:19
interrupt 17:21
interrupted 18:9
  35:13
interview 106:12
  106:14,15,16
interviews
  106:20
introduction
  6:20
involve 31:4
involved 33:21
  53:23 105:17
  107:10
involves 15:13
involving 115:17
  115:18
irritable 18:19
isnt 10:1 90:17

104:18 114:20
issue 17:18
  33:17 34:12
  35:12 43:7,7
  46:12 47:12
  54:13 75:3
issues 17:16
  18:12,22 19:18
  27:4,4 34:8
  35:22 38:12
  56:2 61:11
  83:3 97:10
items 44:16
ive 8:14 12:1
  15:17 17:16,17
  18:19 35:11
  41:7 55:21
  56:1 64:12
  66:21 73:9,9
  73:11 82:9
  104:17 114:8
  114:17

_____

J

jail 6:23 25:14
  25:17 26:24
  29:1 38:7 42:5
  51:14,19,21,24
  52:5,21 54:18
  55:1,14 56:19
  57:19 58:5,10
  75:2 111:12,15
  113:12
james 24:15
  27:16 33:20
  47:5
jamey 2:6
  116:18 118:16
jeopardize 65:7
  104:1 106:4
jive 28:17
job 7:15 22:18
  23:18 24:9,13
  24:17 25:9
  26:1,2,4,12
  28:23 29:2,4
  29:10 46:18
jobs 21:23 22:2
  22:6,10 58:1,4
  58:9,15

jogged 9:8
johnson 27:18
joint 109:7
jon 2:15
jones 27:18
  34:18,20 36:8
  37:12
jr 1:4
judge 5:8 8:2
  42:21 56:12
judgment 51:7
july 24:7 25:11
  25:16,19
jump 98:11
jury 8:2

_____

K

karina 47:8
katrina 27:17
  33:12,18
keep 23:9
kept 33:15
kick 51:9
kicking 51:9
kind 8:1 14:4,13
  15:3 20:24
  22:2 25:7 30:8
  48:1 51:7
  63:22 67:24
  71:12 83:1,14
  102:24 109:7
  112:8 114:5
kinds 15:5 21:23
knees 71:8
knew 10:10 82:3
  82:6,7 83:23
  84:2 92:20
  93:9
know 7:17,17
  8:24 11:10
  13:16 17:12
  21:13 25:3
  29:8 39:20
  40:3,8 41:13
  43:3 44:24
  49:24 57:6,9
  61:14 63:2,9
  63:13 64:22
  67:17 68:14
  70:1,3 72:16

73:1 77:6,9
  80:4,4,16 82:2
  83:18 86:20
  90:11,18 91:24
  92:2 93:14
  97:21 99:13,15
  99:19 103:2,4
  103:5,12 105:8
  110:2 114:5
knowing 99:13
knowledge 49:3
krisandra 2:15
  107:24
kristy 108:2
kruse 107:24
  108:2

_____

L

lad 114:16
laid 99:11
lakeside 2:3
language 116:5
large 47:1 82:3
  92:8
larger 91:19
law 1:16 36:19
  55:4,7,23
lawabiding
  55:20 56:22
lawsuit 8:19
  10:11,24 11:16
  11:19 12:10
  13:11 14:10,11
lawyer 43:11
lawyers 14:21
lay 66:9 68:22
laying 67:18
layne 1:15,21
  3:6 118:9,13
  121:5,20
leading 38:5
learn 70:6
  113:11
learned 35:11
leave 31:13,22
  36:12,16,19,22
  45:15 46:11
leaving 34:13
  64:6
led 29:11

ledge 35:4,18
leeuwenhoeks 18:1
left 27:15,18
  37:14 41:2
  46:12,12 67:19
  114:8,10
legal 21:13
legs 86:1
length 32:15
lethal 64:11
level 62:5,14
  63:12 112:20
levels 83:14
lewis 59:18
  60:16 67:11
  68:4 87:15
liber 2:3
license 24:23
licenses 25:2
life 15:3
likelihood 91:6
liking 30:6
limit 21:23
limited 104:19
line 79:8 118:5
  120:7
lip 74:13
listed 11:20
  12:14 110:22
listen 70:11
literature 64:9
  96:15,17
litigation 6:13
little 6:12 15:1
  15:24 22:15
  34:5 68:8
  116:5
live 45:22 99:2
liveable 101:23
lived 15:8
location 23:7
log 40:4
logs 40:1,8
long 8:21 17:1
  21:7 23:5,18
  24:21 33:3,6,6
  34:9 36:1
  37:13 46:9

48:8 62:21
  70:20,21
  109:22 113:21
longer 8:22
  32:17 50:14
look 21:24 78:6
  116:16
looking 74:2,14
lost 50:2 58:22
lot 19:17 29:16
  29:17 33:15
  51:8 61:15
  67:6,6 70:11
  73:9 92:1
  96:15 112:13
low 38:24
lower 36:20
  63:12 85:24
  86:20 93:24
  94:4
lowering 38:8,10
lowest 36:20
lpa 2:12
lpn 79:19 100:8
  100:9,23
lungs 74:14

—————————
           M
—————————
m 1:17 2:16 3:2
  28:9,9 78:19
  117:8
mail 13:17
main 19:5 27:19
  59:18 68:9
mainstay 38:24
maintained
  24:23
major 28:2
majority 108:17
making 38:1
  61:3
male 32:17
males 32:17 33:7
man 38:24 72:17
  83:18
management
  19:22
manager 23:6
  23:13
manner 65:6

104:1 112:10
mans 87:1
mark 118:3
mask 51:13,13
mass 81:4
mayes 71:13,17
  72:10 86:13,16
  86:16
mc 77:19 78:6
mean 29:13,14
  45:17 49:19
  50:11 56:4
  64:19,20 74:7
  74:21 81:10
  89:24 90:2,6
  90:12 96:14
  103:19 112:2
meaning 79:3
means 77:19
  78:3 104:4
mechanical
  90:17 94:23
med 46:19
medic 2:15
  37:23 39:10,10
  49:11 58:1,4
  78:16 82:21,21
  82:22 90:24
  97:23
medical 16:12
  16:13 18:14
  20:21 21:1
  23:15,15,19
  24:3 27:4,11
  27:12,14,19
  29:2 31:6,10
  35:12 36:20,21
  36:22 37:24
  38:7 39:1 42:4
  44:5 48:2
  49:22 51:11,21
  54:12,13,14
  56:13 58:4,9
  58:15,18 59:3
  60:6,13,17
  61:11 63:7,10
  66:16,24 68:17
  68:23 69:15
  72:11,17,19

73:4 75:1,20
  75:24 76:5,6,8
  76:15,18,22
  79:2,12 80:12
  80:15 81:7
  82:10,16,17,19
  87:10 88:6,11
  89:12 96:15,17
  97:23 99:14,22
  99:23 101:8,11
  102:1,4,19,21
  104:15 105:4
  106:16 107:1,3
  107:10 109:5
  110:12 111:11
  113:17
medically 59:22
  100:3,4 102:23
medics 78:13
  79:18
meds 99:20
meet 5:19
meeting 107:8
  109:5,6,12,15
  109:22 110:1
member 115:9
members 51:1
  52:5 54:18,20
memory 9:8
men 114:15
mental 102:20
mentioned 62:3
  66:7 97:22
met 26:1 37:12
miami 20:19
  29:20,22,23
  30:13
mid 6:4
middle 23:8
mideighties 18:7
  18:8,17 19:6
miles 2:15 63:11
  63:18 100:1,7
  101:3 106:8
  107:19
mind 16:1 59:8
  83:15 108:14
mine 39:12
minimum 74:22

75:13 115:14
minute 22:21
  116:21
minutes 31:8
  32:18 66:17,18
  69:15 70:17
  109:23 115:15
  115:20 116:16
missed 13:22
  78:21
missing 107:23
mixed 47:5
moment 14:22
monday 3:1
  28:13
money 38:1
  39:16
monitor 115:15
monitoring 72:8
montgomery 1:8
  6:23 20:19
  26:24 51:24
  55:14 57:19
  77:20
month 24:5 26:8
monthly 40:11
months 10:8
  12:3,9,16
  22:23 23:3,4,5
  23:10,12,21
  45:13 46:10
morning 5:13,14
  31:7 78:4,5,7
  82:20
mouth 74:20
  96:6,10 97:4
move 102:11
moved 46:1 72:2
  72:6
moving 102:14
mucus 96:6 97:4
multiple 27:23
  52:11
muscle 94:23
  95:5,8
myoclonus 18:4
  19:1,5,11

—————————
           N
—————————
naked 37:14

**name** 5:15,16,18
  11:18,20,21,22
  12:1,2 17:24
  18:1 118:6
**named** 10:10
  121:7
**naphcare** 2:14
  11:7,9 12:20
  12:22 13:2,10
  14:1,3 17:9
  24:4,9 25:22
  27:1 28:5
  31:13,22 34:13
  38:6 39:21
  40:8 41:14
  43:1,17 44:14
  45:10 47:3,21
  48:23 49:3
  58:10 65:10,17
  75:24 77:11,21
  80:24 81:7,12
  81:12,18 82:10
  103:6,8,14
  104:11 105:8
  105:15,15
  108:13 111:17
  115:9,22
**naphcares** 40:16
  44:10 65:5
  106:2 116:4
**nature** 9:7 17:13
  18:10
**near** 62:24,24
**necessarily**
  104:18
**necessary**
  105:21
**neck** 94:1,8
**need** 7:11 26:3,5
  52:23 59:7
**needed** 27:6
  37:24 89:17
  101:12 105:11
**negative** 19:9
  47:4,11,15
**negativity** 47:9
**neurological**
  17:18,23 18:15
**neurologist** 19:7

**never** 8:21 13:20
  13:20,21 41:7
  49:13 51:2
  52:1 54:15
  55:15 56:17,22
  57:19 101:17
  108:21,22
**new** 15:7 44:19
**nice** 7:15
**nicholas** 2:2
**nick** 5:18 9:3
  42:17 59:10
  85:16 116:19
  118:15
**nicu** 47:1
**nine** 48:12
**nineties** 6:4
  48:16,22
**nods** 88:23
  116:12
**nonresponsive**
  111:23 112:2
**norm** 115:3,5
**nose** 96:6 97:4
**notary** 1:15 3:6
  3:7,8 118:7
  119:13,17
  121:5,20
**note** 106:2
**notes** 3:7 109:14
  116:17
**noticed** 64:4
  88:8
**notification**
  105:13
**notified** 24:13
  105:9 111:9
**notify** 12:22
  105:5,19 115:3
**noting** 41:5
  119:6
**number** 7:4
  58:18 118:5,5
**nurse** 2:14,15,15
  63:11,18 66:8
  76:5 79:15,19
  79:20 80:11
  82:22 85:10
  87:18 100:1,7

100:20 106:8
  107:17,19
  115:3,5,14
**nurses** 35:23
  36:7 59:13
  63:8 66:15
  68:5 69:4
  72:12 73:6
  76:11,14 78:1
  78:21 79:5,20
  110:3 115:19
**nursing** 27:6
  38:3 105:19

————————
**O**
**oath** 7:22,24 8:1
  70:8
**obese** 81:11 82:7
  83:19 91:13,18
**obesity** 88:24
  89:6,11 91:5
  104:19 114:21
**object** 10:19
  32:4,5 42:16
**objection** 10:17
  11:2 13:13
  14:5 30:14
  31:5,23 37:17
  42:13,14 43:5
  50:12 52:7
  53:4,5,16,17
  54:5 57:23
  65:22 68:7
  69:21 78:11
  81:15,21 82:15
  83:20 84:10
  91:22 93:6
  94:3,10 105:1
  116:2,11
**objections** 32:9
  42:19 43:5,9
**observations**
  52:4 112:20
**observed** 74:24
**observing** 108:9
  108:18
**obtaining** 20:8
  24:9
**occasion** 11:21
**occasional** 46:17

**occasionally**
  95:7
**occlusion** 41:1
**occur** 50:5
**oclock** 31:7
**october** 11:10
  31:14,20 38:5
  38:6
**odd** 22:6,10
**offer** 114:19
**office** 29:7,8
  33:4,5 113:14
  121:17
**officer** 61:24
  71:13 72:10
  85:23 86:2,13
  86:16 88:2,5
  88:10 114:2,7
**officers** 31:7
  33:11 35:2,19
  36:4,11,15
  55:21 59:15
  66:8,10,12,24
  68:17,18,24
  69:1 72:9
  83:24 85:1,12
  86:21,24 87:14
  98:22 100:16
  101:20 113:16
  113:22 115:24
  116:7
**official** 3:8
**oh** 74:10
**ohio** 1:1,15,16
  1:22 2:4,8,13
  15:6,10 16:18
  16:18 20:4,6
  64:23 65:2
  103:14 104:11
  118:9 121:2,6
  121:17,21
**ohios** 103:12
**okay** 6:18 7:9,13
  7:20 8:11 9:3
  9:12,20 11:4
  11:23 12:4
  15:20 16:11
  18:3,9,20
  19:10,16 20:14

21:7 22:8,11
  22:22 23:24
  25:6 27:14,24
  30:9 33:14,19
  39:14 41:16
  45:5 46:7,22
  47:7 50:8,14
  55:18 56:11,16
  58:23 61:9
  64:7,16,21
  71:24 85:15
  87:3 88:22
  90:23 91:1
  94:6 107:2
  108:1 111:5
  117:2
**once** 12:2 13:7
  45:9 50:17
  52:13 53:13
  72:2,6 108:21
  108:22
**ones** 32:22 36:17
  36:17
**online** 12:13,14
  12:16 40:6,7
  44:4
**onset** 18:13,16
  19:5
**open** 35:16
**opportunity**
  9:11
**opposed** 59:17
**order** 65:1 78:10
  105:16,20
**ordered** 5:9
**orders** 76:12
  79:6 112:24
**original** 14:11
  28:7 100:17
**originally** 15:7
  100:7
**ouch** 112:11
**outofrange**
  114:24 115:10
**outset** 5:8
**outside** 36:18,24
  72:7 102:17
  115:4
**overall** 19:22

**overrode** 59:19 60:13 67:12 68:4
**overruled** 70:13
**oxygen** 48:6,7 51:13 59:14 61:10 67:24 73:21 74:21 75:6,7,9,14,17 94:20,23 95:9 98:2 99:5
**oxygenation** 75:3

**P**

**p** 28:9,9 78:19 117:8
**page** 4:4 78:6 110:4,9 118:5 118:8 119:6 120:7
**paid** 10:15 46:14
**pain** 108:21 112:7
**painful** 111:24 112:2,8
**painting** 96:23 97:6
**paper** 40:9 44:18 45:6 51:13
**paperwork** 29:9 41:22 43:16,18
**paramedic** 20:17 29:5 48:4
**parameters** 26:1
**part** 29:18 38:14 38:16 44:14 58:14,17 61:3 73:20 103:24
**partial** 12:17 17:11 18:11,18 20:3,24 21:3
**partially** 17:14
**particular** 28:4 91:12
**particularly** 91:19
**parties** 3:5

**parttime** 24:3,19 24:20 26:6 29:18,20,21 39:8,10,12
**party** 42:22
**passed** 6:22
**patience** 116:24
**patient** 35:5,6,12 35:14 36:2,9 36:19,19 37:2 46:6 49:12 50:1,15 54:1 58:2,12,19,19 58:20 60:7,7 60:17 61:7 64:2 65:6,10 68:9 70:10,12 75:14 81:10 97:9 102:19 106:4 108:4,9 111:7,8 115:14 115:15,22 116:6
**patients** 34:3 35:7 38:19 49:13 52:9 60:3,8 85:8 99:14,19
**patterson** 23:16 26:11
**pause** 116:22
**pay** 39:17 46:13
**paying** 10:23
**pension** 21:1,5
**people** 11:24 13:19 15:16 26:2,4,9 29:15 29:24 38:1,7,9 38:11,11 42:4 46:14 48:4,10 51:8 54:15,18 55:10,12,13 56:13,16,18 57:1,5,18 59:3 67:6 70:7 73:9 74:17 91:12 95:16 98:16 107:10 109:11 112:14

**peoples** 39:15 54:23,23 58:15
**perceived** 98:17 112:23
**percent** 41:1 72:1 108:17
**performance** 41:16,23 42:4 42:10 43:23 47:2,4
**performed** 47:18
**period** 48:5 49:18,19,21 50:6,10
**permanent** 17:11 18:11,18 20:3,23 21:3
**permanently** 17:14
**person** 6:5 13:20 15:17 36:20,21 36:22 40:10 52:23 66:24 68:17,23 74:2 77:7 78:21 79:9 88:6,11 95:24
**personal** 15:3 17:13 40:5
**personality** 31:24 33:23 34:8
**personally** 11:18 56:1,9 61:23 68:8
**personnel** 26:16 39:2,20,22,23 40:1,4 42:1 43:20 45:1 58:4 63:11 66:16 69:15 106:23 109:6
**perturbed** 68:8
**phil** 1:8
**physical** 87:11
**physician** 83:11 89:16,17
**pick** 29:13 39:15

**picture** 96:23 97:6
**piece** 44:18 45:6
**pillow** 90:13
**place** 38:4 59:14 102:17 106:23 121:13
**placed** 48:11 52:6 55:3 61:21 84:2 91:20 93:4,16
**places** 45:22
**placing** 51:1
**plaintiff** 1:6,14 2:5 3:5
**plan** 62:1 101:5 102:1,17,19 103:1
**play** 48:13
**please** 5:15 93:1 100:17 118:3,8
**plummer** 1:8 28:3
**plus** 6:19 46:24 58:21
**pod** 62:14
**point** 20:16 26:14 66:22 68:21 71:11 84:24 87:23 103:8 110:1
**points** 97:6
**pole** 39:1
**police** 20:6 48:11
**policies** 40:17 44:8,11,14,20 49:4 51:14,20 51:21 65:5,9 65:17 103:6,8 106:1,2 110:23
**policy** 44:21 51:16,23 66:2 103:16,24 104:10,13 105:15 106:10 115:18
**pool** 98:11
**portion** 29:10

**pose** 54:16 55:11
**poses** 55:15 56:17,20
**position** 19:18 19:19 20:15 24:8 25:14,22 26:21 28:22 29:3 38:20,24 39:11,19 46:9 49:9 50:6,18 51:2,5 52:22 55:23 56:12,23 60:1,11 61:5 61:12 64:11 65:11,14,16,20 65:21 69:16 70:10,23 84:2 84:22 85:2,6 85:13 88:2,11 91:4,21 92:10 93:17 95:13 96:3 97:8 102:20 104:2 115:23 116:7
**positional** 47:23 48:13,24 49:5 49:17 50:5,22 53:3,15 61:4 64:18 87:8 88:21,24 89:8 89:11 91:3,6 91:20 92:9,23 93:4,16,22 94:1,9,17 95:9 95:13,17,21 96:2,5,8,16,21 96:24 97:7,11 97:19 103:17 103:18,19
**positioned** 89:2 89:19
**positioning** 89:3 109:19
**positions** 52:10 57:2 60:6
**positive** 47:3 81:16
**positives** 47:6
**possibility** 69:22

92:6 113:20
possible 52:23
   112:17 113:7,8
possibly 48:6
   74:2,3
poste 74:3
postictal 74:3,16
   75:6 112:17
   113:7
postictaltype
   108:18
potential 108:5
potentially
   64:11
practice 14:9
   51:3 52:1
practices 52:5
predict 8:21
preexisting
   82:14,16,23
   92:22 93:2
   104:19
pregnant 32:24
   32:24
pregon 1:16 2:6
   2:7 32:5,7 52:7
   53:5,16 54:5
   69:21 85:16
   105:1 116:2,11
   116:19 118:16
prejudice 14:14
preliminary
   113:14
prepare 44:2
prepared 108:13
presence 3:8
   119:15 121:10
present 36:5
   88:5 107:8
presented 11:19
   74:4
preserved 32:9
pressed 84:19
   92:15
pressure 41:3
   76:23 77:4,10
   77:13,24 78:1
   78:4,7,18,23
   79:18,20 80:5

80:6,16 81:14
82:12 83:8
86:6,12,17,20
87:1 88:15,16
92:17 93:12,19
93:20,21,24
94:8 99:15
114:12 115:3
pressures 78:2
   79:4,7,8 115:1
   115:10
presume 60:22
   69:10
pretty 23:6
   28:19 31:19
   67:13 100:1,19
prevents 53:22
   53:24
previous 99:20
print 80:15
printed 80:15
   118:4
prior 17:18
   25:16 47:20,21
   52:9 80:21
   99:14 115:22
   116:6
prison 56:5
prisoner 56:4
prisoners 56:3,6
private 22:24
   23:1,2 46:21
probability
   69:23
probably 78:20
   85:3 86:10
   104:4 109:23
problem 33:17
   33:20 54:12
problematic
   36:8
problems 30:12
procedure 1:15
   3:6 30:17,18
   51:17 118:8
procedures
   40:17 44:8,11
   44:14 49:4
   51:15,20,22

65:6,10 103:7
103:8 110:23
proceedings
   116:22
process 13:18
   38:7
professional
   15:4 89:12
   118:13
profile 76:6
prohibited 52:1
   64:23 66:2,4
prone 48:21
   50:6,18 51:2,5
   51:24 52:6,10
   52:22 57:13
   60:1 61:12
   64:10,22 65:3
   65:13,15,20,20
   67:9,10 70:23
   84:2,22 85:1
   85:13 89:3
   91:4,20 92:4
   92:10 93:4,16
   95:13 96:3
   97:9,10 104:16
   115:23 116:7
pronouncement
   64:8 106:24
   107:9
proof 3:8
protect 58:1,16
protuberant
   91:18 92:8
provide 61:10
   76:17,19
   100:13 104:11
provided 42:11
provider 79:3
   115:1,6,11
providing 29:1
pry 15:2
psychological
   27:4
public 1:15 20:4
   118:7 119:13
   119:17 121:5
   121:20
purpose 53:2,14

purposes 21:14
pursue 25:22,24
put 19:13 30:7
   38:4 47:10,11
   51:12 52:10
   53:9 55:4,4,15
   56:22 57:2,2
   57:16,20 58:6
   60:10,20 62:1
   66:4 67:23
   68:6 74:21
   75:5 86:6,11
   86:17,19 87:1
   87:12 90:12
   91:2,4 92:2,17
   100:17 104:1
   106:9 111:3,8
   111:9
puts 89:7 92:8
   92:23 93:3

——————
**Q**
qam 78:3
qualification 3:8
qualified 121:6
quantify 49:20
   114:18
question 7:18
   8:9,14 9:1,2
   10:20,22 13:24
   50:4 53:12
   55:13 58:23
   67:21 68:3
   79:10 102:24
   108:16 115:8
questioning
   33:16 106:21
questions 7:8
   8:8 9:6,15
   17:12 33:24
   34:4,6 42:12
   43:16 85:17
   87:16 116:18
   117:1
quick 8:23
quite 11:22
   70:20

——————
**R**
radar 48:14

raise 43:5,6
raised 5:8
ran 23:23
range 83:2
ranking 39:1
rare 114:19
ratio 45:16,18
rattle 97:14,16
   97:19
read 12:15 14:13
   44:4,4,17,19
   44:22,22 51:21
   73:10 104:17
   114:8 117:3
   118:3,6,8,10
   119:4,13 120:2
   120:4
reading 12:19
   52:2 77:10
   79:12 80:6
   88:17 119:12
readings 99:15
real 39:24
really 7:8 33:17
   41:12 42:20,21
   98:14,14 109:8
rear 59:17 95:12
reason 8:5,9,24
   15:19 20:20
   23:9,24 34:20
   41:7 52:16
   53:6,9,12 55:9
   76:8,10 99:10
   120:7
reasoning 61:3
reasons 37:16
   59:20 120:5
rebuttals 47:11
recall 11:11
   24:12 60:18
   62:3,21,23
   63:21 66:14,15
   67:2,3,5 68:16
   68:23 69:9,17
   71:19 73:17
   80:14 86:4,7,8
   87:19 109:13
   109:21 113:21
receipt 9:23

receive 21:18
  48:23 110:15
  110:16 115:8
  115:13
received 47:22
receiving 18:11
  20:23 21:4
recheck 115:4
recognize 77:21
  81:1
recollection
  28:18 62:13
  66:18 73:19,20
  112:15
recommend
  87:21
recommendati...
  60:14,17 87:16
recommendati...
  76:19 87:18
recommended
  70:14
recommending
  68:18,24
record 5:11,15
  5:19 7:19
  42:18 77:16
  80:12 81:7
  87:5,7 105:20
  120:5
recorded 78:24
  109:17
records 11:24
  66:21 75:20
  76:1,5,8,15,22
  80:15 82:10,19
  104:16
reduced 3:7
reeves 48:8,18
refer 35:7,10
reference 26:3
  34:22 39:1
  60:20 108:24
referenced
  103:15 104:12
referring 103:23
  105:14 110:6
  111:6
regard 105:16

regarding 48:24
  103:9,15
regulations
  103:9,12,15
  104:12
related 19:4,13
relayed 106:5
relevance 32:7
relying 8:17
remain 115:14
remained 26:21
remember 11:11
  24:5 31:16
  41:20 52:2
  69:4 71:13
  98:9 100:22
  109:10,11,20
  113:24 114:2
reminger 2:12
rep 20:12,13
repetitive 73:10
replaced 39:3
  71:12,17
report 27:7,10
  27:12 110:7,13
  110:15 111:5
  111:22 113:14
  113:17 114:24
  115:10 116:4,8
reported 79:2
reporter 118:13
  120:1
reporting 79:11
represent 5:5
  6:21 10:24
represented
  14:19,22
representing
  10:6 43:12
represents 20:7
request 60:23,23
  61:2,4,21
  66:10 68:5,16
  68:21 69:10,19
  87:17 120:4
requested 60:10
  69:3 79:19
requesting 61:6
requests 69:15

required 40:6
requires 94:20
research 64:9
respect 83:17
respective 3:5
respiratory 95:5
  95:8
respond 27:5
  112:10,12
responded 82:3
  100:20 108:3
responding 80:8
  80:18 108:8
response 33:22
  40:13,18,21
  41:4,10 81:16
  97:23 98:20
  110:18 113:8
responsibility
  72:16
responsible 72:7
  73:4
restate 93:1
restrain 57:9
  58:11 103:24
restrained 15:14
  49:24 50:18
  53:13 54:15
  55:11 56:17,20
  57:8,20 58:6
  58:12 65:6,10
  66:19 112:5
restraining
  15:17 98:17
  104:22
restraint 48:21
  51:15,23,24
  52:6 55:15
  57:13 60:5
  61:17,22 62:1
  62:9,11,12,13
  62:22 63:19
  64:10,11,22
  65:3,13,20
  75:21 76:4
  91:4 92:4 93:5
  101:8 103:24
  104:16,24
  105:10,14

restraints 49:12
  51:11 57:9
  103:7,10,15
  104:12 105:4,6
  105:16,21
  106:3
restrict 49:13
restroom 85:16
result 12:19
  14:14 94:23
  115:1,9,16
  118:10
resulted 34:12
resume 24:14
retire 20:24
  28:21
retired 17:4,5
  20:14 21:8,9
  21:14
retirement 20:6
  20:20 21:5,6
retiring 21:18
  22:4
retrained 114:24
retraining 115:9
retrieved 80:12
return 118:8
review 42:11
  43:18,23 44:2
  44:8,13 47:11
  47:17 75:19,24
  105:20
reviewed 44:10
  76:3,9 82:20
  84:8,11 108:12
  110:4
reviews 41:17,19
  41:23 42:10
  43:23 47:2,4
  47:15
revisit 9:10
revoked 111:19
rib 92:15
richardson 1:5
  6:22 15:14
  31:17 37:5,10
  47:19 55:22
  58:24 59:12,16
  59:20 60:11

61:21 62:1
63:6 66:13,19
67:1 68:5,19
68:22 69:1
70:16 71:2
73:5,8,11,14
76:18 80:4,22
81:1,12,13,19
82:3,14 84:9
85:12 87:17,24
88:3,7,11
89:10,18 101:6
104:15,22
105:10 111:6
111:23 112:14
113:12,18
115:17
richardsons 7:4
  40:22 58:16
  69:16 72:8
  75:20,24 76:22
  77:10 78:18,23
  80:19 81:7
  82:10 85:20
  105:17 109:19
riding 46:5,6
right 6:20 9:22
  21:7,12 28:20
  29:22 35:5
  37:9,11 45:24
  50:20 56:4,24
  57:14,18 67:19
  67:19 71:2,7
  71:15 72:15
  73:8 74:16
  75:15 78:10
  79:16 81:6,22
  83:6,16,18
  84:5,7,15
  90:15 91:13,14
  97:1,3,17 98:8
  99:8 102:18
  103:6 104:3,5
  104:6,8,9
  108:15 110:9
  110:11,24
  116:10
rise 114:21
risk 50:22 53:3

53:15 54:16
55:11,16 56:18
56:20,23 57:2
57:3,20 58:6
88:13,17,21,24
89:6,7,10,21
91:2,3,5,19
92:9,22,23
93:2,3,15,15
93:21 94:1,9
94:16 95:13,17
95:21,23 96:2
96:7,19,23
97:2
**risks** 48:24 49:5
61:4
**rn** 79:19 100:22
100:24
**rns** 27:15
**road** 38:23
46:18
**robert** 1:5 2:11
6:22 40:22
47:19 55:22
**role** 26:24 27:2
**roll** 57:17 69:1
**rolled** 71:2
**rolling** 57:13
58:24
**room** 36:5
**roommate** 63:13
**rotate** 29:14
**rotated** 27:23
**routinely** 52:6
**rowland** 78:16
78:24
**rule** 37:3,8,10
50:17,19 52:21
53:2,6,12,14
54:3,6 83:4
**rules** 1:15 3:6
7:7 30:11
49:10 115:7
118:8
**run** 31:6
**running** 19:24
45:16
——————
**S**
——————
**safe** 53:11,23

55:6 102:10
**safer** 58:12
**safest** 38:19 60:7
**safety** 53:23
55:7,8 58:2,16
58:17,18 60:3
85:8
**sat** 6:2
**saturday** 28:17
**saw** 12:15
**saying** 7:12 37:8
44:22 53:20
73:9,14,17
86:8 89:20
98:9 109:11,11
112:19
**says** 5:3 65:20
66:2 77:19
103:24 105:15
106:1 116:6,8
**scene** 6:5 31:8
53:23,23 55:6
55:8 58:17
91:1 100:5,6
100:21
**schedule** 26:7
**scheme** 34:6
**school** 16:2
45:11
**science** 16:6,7,10
16:15,23
**screen** 27:3 33:7
48:14,16
**screening** 32:16
32:17 34:10
47:12 81:1,2
**screenings** 34:22
37:13
**screens** 33:24
44:5
**se** 37:1
**seal** 121:17
**seclusion** 105:14
**seclusions** 103:7
**second** 47:8,17
62:5,14
**secretaries**
13:19
**secretary** 24:14

**section** 38:22
41:14,15
**secure** 53:10
54:2 55:5
**secured** 102:2
**security** 105:19
111:18
**see** 11:12,24
12:5 17:17
23:13 24:15
27:16 32:24
33:20 47:6
62:17 63:14
71:8 83:14
84:18 99:21
**seen** 10:1,4
39:23,24 40:13
40:21 41:7
51:14 52:9
63:3,22,24
65:1 66:21
84:8 110:20
**seizure** 74:2,16
75:8 108:5,18
108:19
**send** 79:4,5
**senior** 38:1,11
**sent** 24:13 40:9,9
45:6
**separate** 44:18
52:14
**sergeant** 27:21
27:22 59:18
60:16 67:11
68:4 87:15
**sergeants** 33:11
59:6 70:13
106:8 111:9
**served** 13:17
**server** 13:18
**service** 5:7 13:3
13:11 14:4
17:19 18:22
19:15 23:15
46:21 107:13
**services** 27:16
47:18
**session** 3:1
**set** 121:16

**setting** 25:17
29:1 98:23
100:11
**settings** 50:2
**seventies** 19:7
**shakes** 17:17
**shattering** 22:13
**shaved** 33:15
**shaving** 33:23
34:4
**sheet** 118:5,6,9
**sheriff** 1:9 2:9
28:2
**sheriffs** 41:14
111:3
**shes** 35:5 43:6
100:8,9,11
**shibley** 2:3
**shift** 27:8 28:4,8
78:12
**shifts** 39:16
46:18
**shortly** 10:11
**shoulder** 86:3,4
108:22
**shoulders** 84:15
84:19 87:1
104:23
**shouldnt** 55:10
56:19 66:5
111:6
**show** 80:16
110:10
**showed** 35:23,24
36:7 100:1
101:21
**showing** 77:18
80:23 108:4,9
110:12
**shown** 64:10
82:9
**shows** 66:16
71:1,11 99:22
**shrugs** 7:13
**shut** 12:18
**sic** 74:4
**side** 27:13,20
32:14 47:9,11
49:8 55:3,4

67:19,19,19
70:7 71:2
72:17,19 84:5
84:7,13 89:23
99:7,8,9
104:24
**sides** 27:21
**sign** 41:23 44:22
51:22 75:7
96:7 118:3,6,8
**signature** 117:5
118:8 120:23
**signatures** 45:3
**signed** 13:2,19
110:5 118:10
119:14
**signing** 119:12
**signs** 74:1,24
96:1,4 97:5,6
108:5,9,16,19
**similar** 116:5
**sincerely** 118:12
**sinclair** 16:16,17
16:18
**sir** 5:22 7:10
8:12,16,20 9:4
9:13,18,21,24
10:3,5,9 15:11
**sit** 66:13,24 67:3
68:18 86:8
**site** 89:18
**sitting** 29:7
61:14 62:17,18
64:3 70:8
**situation** 80:8
105:17
**six** 12:3,9,16
15:23 41:18
**slash** 35:6
**small** 52:17
**soft** 6:16 57:9
**somebody** 30:6
48:10 49:17,22
50:6,17 52:22
53:3 74:4,15
75:8 87:11
88:15 91:18
92:8 94:11
95:8 96:23

98:6,17 112:5
**somebodys**
90:13,19
**someones** 92:18
93:15
**soon** 35:23 52:23
**sooner** 37:15
**sorry** 18:9 27:18
50:2 58:21
**sound** 54:21
97:16
**sounded** 69:18
**sounds** 97:11
**southern** 1:1
15:6
**spangenberg** 2:3
**speak** 7:16 85:14
**special** 1:4
**specific** 13:8,24
79:10 82:6
115:8,16,18
**specified** 121:14
**spell** 5:16
**spending** 9:1
**spent** 36:10
**spinal** 17:16
18:12
**spread** 104:8
**springfield**
46:23
**sputum** 61:8
74:11 75:4
96:10
**sr** 1:5
**staff** 27:6 29:17
29:18 45:4
51:21 54:12
58:9,18 76:19
105:5,19,20
106:2,16
111:11,14
115:9
**stage** 79:23
82:12
**stairs** 64:1
**standing** 33:1
35:15 36:18,24
79:6
**standpoint**

**49:11 54:14**
60:6 79:12
**start** 9:19 15:5
26:8 55:2 57:7
57:15 96:22
**started** 19:14,15
24:5 29:21
33:23 39:18
**starting** 63:4
**starts** 2:11 5:5,5
10:17 11:2
13:13,15 14:5
30:14 31:5,23
32:4,8,13
37:17 42:14,17
42:24 43:10,13
50:12 52:8
53:4,17 57:23
65:22 68:7
78:11 81:15,21
82:15 83:20
84:10 91:22
93:6 94:3,10
110:14 117:3
118:15
**state** 1:15 5:10
5:15 16:18,18
21:6 25:3,4,4
43:2 48:17,17
48:20 64:23
65:3 74:5,16
75:6 101:23
102:3 103:9,12
103:15 104:11
112:16,17,18
113:7 119:1
121:2,6,21
**stated** 30:24
31:14 81:22
119:13
**statefunded**
21:4
**statement** 95:23
**statements** 44:5
**states** 1:1
**stay** 21:7 31:8
38:13,13,21
63:5 115:19
**stenotype**

**121:10**
**stenotypy** 3:7
**sterling** 23:14,19
24:3
**steve** 10:20
49:19 59:8,8
66:7 71:12
109:10
**steven** 1:14 2:15
3:5 4:2 5:1,17
119:3,9,11
121:7
**stimuli** 111:24
112:3
**stint** 23:22
**stipulated** 3:4
**stipulations** 3:3
**stockhauser**
1:14 2:15 3:5
4:2 5:1,6,17,17
5:18 9:2,19
15:1 45:9 87:8
116:21 118:2
119:3,9,11
121:7
**stomach** 54:7,10
92:14
**stomachs** 57:15
**stop** 102:14
103:2
**stopped** 63:6,17
63:20 70:19
84:18 88:1,8
**straddling** 85:23
86:22
**straps** 57:10
**street** 2:12
**stress** 18:21
19:12,17,23
20:1,2 28:23
29:11
**stressful** 19:19
29:2
**stretcher** 48:9
48:19
**striking** 35:17
**struck** 35:1
**struggle** 70:21
94:16,16 98:1

**struggling** 83:23
**studied** 16:15
**studies** 16:22
**study** 114:22
**stuff** 22:15 26:4
29:9 33:16
45:7 51:10
66:21 73:10
74:20 89:15
92:2 99:15
106:21 114:13
**subconscious**
98:4
**submitted**
119:11
**subpoenaing**
13:21
**subpoenas** 13:18
13:21
**substance** 7:8
119:6
**sudden** 74:17
**suffocate** 90:14
**suffocated** 90:7
**suffocation** 90:8
90:17,21
**suicide** 35:1,15
**suite** 1:16 2:4,8
2:13
**summaries**
108:12
**summary** 110:3
110:4 115:21
**supervisors**
27:14
**support** 56:2
**supposed** 13:16
34:7 35:7 49:6
66:5 78:3
105:5 110:24
115:19
**sure** 21:19 25:8
38:15 55:12
56:15 58:5,10
61:7 63:23
67:23 72:1,17
73:4 90:23
111:14
**surprise** 70:6,10

**suspended** 31:11
**sweating** 74:7,9
**sweaty** 111:23
**sworn** 5:2 121:8
**symptoms** 74:1
74:24 96:20
97:6 108:5,10
108:16,19
**syndrome** 18:2
18:19 74:6
**system** 20:6 21:6
21:14 27:5
111:3

_____
**T**
**take** 8:1,21,23
9:3,11 12:18
24:11 33:3,4
59:24 71:20,21
79:19,21 87:4
109:14 116:16
**taken** 1:15 3:6
5:20 7:3 30:17
77:10 78:4,7,7
101:24 120:2
121:9,13
**takes** 50:14
99:23
**talk** 46:16 82:2
90:3,5
**talked** 80:3
93:19 106:3,17
106:17 107:1,3
109:8
**talking** 19:24
51:18 87:8
88:14 90:6
92:4 96:11
113:9
**talks** 40:17
**tape** 57:10
**target** 30:7
**team** 73:4
**tech** 23:19 45:12
45:12
**technical** 16:13
18:1 21:13
**technically**
21:14
**technician** 23:16

**telemetry** 23:16
23:18
**tell** 6:2,12 8:11
16:4 22:2,20
24:8 25:13
26:23 27:9,12
27:13 32:3
34:20 36:8,15
48:1 59:15,16
60:16 83:7
86:24 96:10
103:14 106:22
109:10 113:23
114:8
**telling** 34:9
35:14 59:7
62:8 67:7 77:7
87:13 89:17
106:7 112:11
**tells** 10:20
**ten** 19:3 109:23
**term** 18:4 88:13
97:14
**terminated**
34:15 37:16
45:9
**termination**
34:21
**terms** 39:11 60:5
73:8 83:13
**test** 32:23 33:5
**testified** 70:7
86:21
**testify** 8:2 96:15
121:8
**testimony** 57:1
70:16 87:19
102:12 118:4,5
118:6 121:9,12
**testing** 19:8
**thanks** 116:24
116:24
**thats** 7:3 15:15
15:18 23:9
35:11 37:10,18
37:18 40:16,18
42:7 43:10,13
48:13 50:4
52:15 56:12

57:13 59:9
63:3,16,19
65:17 74:3,19
74:22 75:9
78:9 79:7,18
80:7 81:4,4
84:22 89:24,24
89:24 94:15,19
95:2 96:7 97:2
98:4,21 99:5
99:10 102:4,24
104:7,10
105:16 106:20
108:23 109:4
110:8,12,22,22
112:7 115:24
116:8,10
**theft** 12:2
**theres** 40:3
96:15,16 111:2
113:20
**theyll** 78:2
**theyre** 8:23
35:12 49:6
51:9 52:14
54:13,20,21
55:8 81:11
89:2 91:4 92:9
98:20
**theyve** 14:8
**thing** 15:19 22:9
36:5 40:3,6
48:8 55:6 56:1
64:12 68:9
74:19 75:7
90:16 94:15
98:16 107:3
113:13 115:5
**things** 8:21 9:6,7
13:9 15:5
22:16 55:2
70:7 72:17,19
75:12 80:3
83:2 87:13,15
99:20 111:19
**think** 28:16 30:1
30:5 33:22
38:19 42:1,10
42:21 43:15

63:10 72:3
83:15 87:18
88:14 91:5
93:19 96:14
103:23 104:7
110:6 116:17
116:17,19
**thirty** 6:19 118:8
**thorough** 61:13
**thought** 29:9
50:3 58:22
75:2,13 108:4
**three** 28:8,9 31:7
46:14 60:3
62:6 77:5
**throw** 112:17
**tiburon** 111:3,5
111:22
**time** 3:6 6:2,9
7:16 10:1
12:23 14:10,12
14:15,15 15:18
16:6 20:16
24:11,16,24
26:14 27:2,2
27:23 28:5
30:23 32:15
33:3,6 34:19
36:11 38:5
39:17 44:16,21
45:20,23 47:3
48:5,8 49:18
49:20,21 50:7
50:10 51:16
59:2 60:19
61:1 63:5,22
63:24 66:18,19
66:22 68:2,14
68:16 69:3,6,7
69:8 70:17,20
71:7 72:12
75:23 76:17,21
80:18 82:10
84:24 85:3,19
87:23 88:1,6,8
90:19 91:1
97:9 100:2,23
102:10 105:24
110:1 111:19

117:1 118:9,10
121:13
**timelapse** 66:20
**times** 5:24 30:2
51:8 52:11
70:11,13 71:2
72:3,6,21,24
73:3 84:6,9
111:2
**timewise** 70:18
**tissue** 94:19,22
**today** 5:6,10
7:22,24 8:6
9:11 10:4
14:23 67:3
77:7,9 86:8
90:5
**todays** 44:2
**toilet** 35:16
**told** 18:11 28:21
29:9 33:8
36:11 37:16,20
41:8 55:22
56:16 59:3,11
59:11 66:7
67:10 71:1
72:21 80:10
87:21,21 88:15
91:5 99:13
100:16 105:11
105:11 106:8
111:10 113:15
114:3 115:2
**tongue** 74:12
**top** 51:13 64:1,1
96:22
**topic** 96:17
**topics** 15:6
**torso** 84:5 89:23
**totem** 39:1
**touch** 6:16
**township** 20:19
28:22 29:23
**train** 50:2 58:22
**trained** 49:4
115:2
**training** 40:11
44:15 47:22
48:1,3,24 57:4

57:6 72:11
89:15 115:13
**trainings** 57:5
57:11
**trans** 46:19
101:12
**transcribed** 3:7
121:11
**transcript** 118:3
118:3,6,10
119:4,10 120:2
121:12
**transport** 47:1
51:8
**transported**
51:6 101:13
102:21
**treat** 67:17
99:18,21
**treated** 101:21
**treating** 37:2
49:11 84:17,18
96:12
**treatment** 31:10
**treatments**
71:22
**tremors** 17:18
**trial** 8:2 9:15
**tried** 38:13,21
70:14
**trouble** 96:1
**true** 10:8,16
11:1 12:10
21:5 35:8
50:23 52:6
54:19 55:16,17
55:24 56:21
58:14,16,17
60:3,11,14,24
65:7 69:16
73:1,2 79:23
89:8,11 90:9
91:10,16,21
92:20,21,24
93:5,12 94:2
94:17 95:6,10
95:14,18,22
96:8 97:20
98:4 99:11

119:7 121:11
**truth** 121:8
**truthfully** 8:6
**truthfulness**
  8:18
**try** 30:10,10
  39:16,16 57:18
  68:9
**trying** 11:13
  42:20 43:4
  50:9 51:9
  59:14 64:4
  67:17,17,22
  73:21 74:21
  75:5 76:17,18
  90:24 96:13,20
  99:1,5,7 109:1
**tunnel** 63:24
**tunneled** 63:22
**turn** 36:21 49:23
**turned** 104:23
**turnover** 29:16
**twenties** 6:17
**twice** 6:1 12:3
**twins** 37:23,24
  39:5
**two** 19:4 21:17
  22:3,5 25:7
  26:8 35:2,18
  35:23 36:4
  41:19 42:22
  45:16,22 47:2
  58:11 59:24
  62:6 79:23
  82:12 116:16
**type** 7:12 21:15
**typewritten**
  118:4
**typo** 104:7

——————
**U**
**uhhuh** 81:16
**uhhuhs** 7:13
**ultimately** 34:12
**un** 31:1
**unacceptable**
  66:3
**unaware** 76:21
  77:1,3,4
**unclear** 8:10

**unclothed** 34:24
  36:2
**uncommon** 9:7
**uncuffed** 54:2
**undergo** 41:16
**undergraduate**
  16:14
**underlying**
  82:16
**underneath**
  92:15
**undersigned**
  119:13
**understand** 5:20
  6:21,24 7:2,5
  7:22,24 8:3,9
  8:10,17 10:22
  14:1 21:13
  25:13 42:7
  80:19 82:21
  92:7 96:13
  97:2 98:18
  111:15
**understanding**
  7:9 26:23 38:6
  48:2 52:21
  56:15 79:11
  101:5,7,16
**understood** 8:15
  9:17 10:10
  14:7 38:12
  44:19 81:13,18
  83:12 85:19
  90:23
**unintentional**
  113:1,5
**union** 20:12,13
**united** 1:1
**units** 47:1
**unnatural** 65:11
  65:13,16,21
  104:2
**unnecessary**
  54:16 55:11,16
  56:18,20,23
  57:2,20 58:6
**unsafe** 58:24
**upheld** 30:20
**upper** 84:5

89:23 93:24
**upstairs** 63:18
  73:7
**upstate** 15:7
**urinating** 33:2
**urine** 32:23
**use** 49:22 64:22
  65:3 75:7
  95:12 103:10
  104:24 105:4,6
  105:10 106:3
**usually** 41:13

——————
**V**
**van** 18:1
**varied** 28:7
**vary** 28:6
**vascular** 83:3
**verbal** 95:20
  111:24 112:24
**verbatim** 60:18
**video** 44:6 62:18
  66:16,20 71:1
  71:11 72:3
  84:8,11,19
**vine** 2:12
**violent** 51:4
  54:24,24 70:13
  70:17 74:18
  102:3,9,10
**visibly** 74:9
**vision** 63:24
**visitor** 111:20
**visitors** 56:3
**visual** 83:21
**vitals** 61:10
  115:16
**voice** 42:19
**voluntarily** 5:6,9
**volunteer** 17:3
  29:18
**vs** 1:7

——————
**W**
**wage** 39:5
**wait** 7:18,18
  22:21
**waiting** 33:2
  70:9
**waived** 3:9

117:5
**waiving** 5:7,9
**walking** 52:14
**wall** 35:16
**want** 7:7 8:8,10
  8:23 9:9,11
  15:1 42:19
  55:1 56:15
  72:16 88:20
  98:15 108:8
  109:3,10
  112:13 114:18
**wanted** 5:10
  59:20
**wash** 6:16
**wasnt** 19:6
  22:12,12 23:7
  26:3,10 29:4
  33:20,20 35:21
  70:5 78:7,7,10
  84:12 101:22
  101:22,24
  102:6,10,22
  113:3
**watch** 44:6
**watched** 72:13
**water** 98:7,12
**way** 6:20 7:20
  30:24 33:6,12
  40:7 55:15
  56:17,20 58:12
  67:12 89:13
  93:20 109:17
**ways** 49:13
  54:15 55:11
  57:20 58:6,11
  91:13
**week** 28:11,12
**weekends** 28:14
  28:15
**weight** 15:18,21
  91:15 93:21
**went** 29:24 30:1
  30:16 31:9,9
  33:11,12 34:5
  35:2,3,19,19
  39:9 45:3,11
  45:18 54:22
  60:19 63:7,11

63:18 76:5,11
  107:1
**western** 1:2
**westview** 45:12
**weve** 5:7 13:18
  13:21 28:16
  80:3 87:8
  111:1
**whats** 46:20
  53:12 77:18
  80:23 83:8
  101:10 102:24
**whereof** 121:16
**whichever** 79:19
**whitney** 1:15 3:6
  5:16 7:12
  118:9,13 121:5
  121:20
**wide** 83:2
**widowmaker**
  114:11,15
**wife** 37:23 39:17
**wilson** 28:2
**wind** 56:19
**windows** 51:10
**wiping** 74:20
**witness** 3:8 11:4
  91:1 98:10
  119:12 121:10
  121:13,16
**witnesses** 96:14
**women** 34:10
**wont** 8:5 26:19
  98:12
**woodlawn** 46:2
**word** 13:17
**words** 7:13
  110:23
**work** 6:14 13:19
  15:4 17:1 19:1
  19:4,14 20:18
  21:19 26:7
  28:4,14,15
  29:8 30:3
  45:10 58:10
  97:2
**workacquired**
  18:24
**worked** 22:23

25:16 28:8
45:12,14
101:19
**workers** 20:4
**working** 21:10
22:23 24:3,4
26:10,24 28:11
29:1 46:18
105:23 111:11
**worktype** 19:23
**wouldnt** 46:15
83:4 113:2
**wright** 23:16
26:10
**write** 44:18
109:14
**writing** 3:7
**written** 65:9
104:10
**wrong** 35:21
54:22

**X**

**Y**

**yards** 48:12
**yeah** 11:14
15:10 23:11
26:18 32:8
34:14 39:7
43:21 51:19
55:12 63:9
64:21 70:24
74:10 83:23
93:2 107:5,7
110:8 112:9
113:6 114:11
**year** 11:11 17:7
21:17 22:3,5
31:16,17,19
**years** 6:19 9:6
21:17 22:3,5
41:18 114:14
**yep** 18:3 56:8
107:16 108:20
**york** 15:7
**youd** 72:3
**youll** 9:22
**youre** 5:20 7:2
7:12,22,24

17:23 18:10
21:10,14 34:9
35:7 55:23
62:8 70:8 72:3
96:22 103:23
106:7 110:6,14
111:11
**youve** 7:15 9:10
10:1,4,6 14:18
18:6,11,23
28:21 91:5
97:14

**Z**

**zeros** 80:24

**0**

**05** 1:17 3:2

**1**

**1** 117:8
**1001** 2:3
**11** 1:17 3:2
46:10
**117** 1:16
**12** 78:19
**123** 2:8
**13** 15:12 23:21
**13month** 23:22
**14cv00158** 1:7
**15** 115:15,20
**151** 77:13
**159** 77:5 79:1,12
79:22 80:6
88:16
**16** 118:1
**16th** 121:17
**1700** 2:4,13
**1801** 77:19
**1802** 78:6
**1963** 15:12
**1978** 17:2
**1984** 17:20
19:14 24:22
**1991** 18:14
**19th** 28:17 37:4
55:23 58:15
60:6 78:19
82:20 91:9
92:20 93:9

95:3 99:4,16

**2**

**20** 69:14 78:8
120:3
**200** 15:23
**2005** 17:4,5
20:15 22:4
**2007** 22:21 24:2
24:6 25:11,16
25:20 26:6
**2009** 24:1 26:20
65:2
**2012** 6:23 11:15
15:22 22:19
28:17 31:14,15
31:20 37:5
38:6 55:23
58:15 60:6
78:19 82:20
91:9 92:20
93:9 95:3 99:4
99:16
**2013** 11:15,15
31:15
**2014** 10:11
14:12
**2015** 1:16 3:1
118:1 119:5,15
121:18
**2020** 121:22
**22** 66:17,18
70:17
**22minute** 66:22
75:23
**28yearold**
114:15

**3**

**3** 1:7
**30** 32:19
**31st** 11:10 31:14
**37** 80:24
**38** 78:19 80:20
81:4,10

**4**

**4** 121:22
**42** 25:21
**43** 25:21

**43017** 1:22
118:9
**44114** 2:4
**45** 31:8
**45202** 2:13
**45429** 1:16 2:8

**5**

**5** 4:4
**525** 2:12
**5335** 1:16 2:7
**544** 62:19
**57** 117:8

**6**

**6143091669** 1:22
**6723** 1:21 118:9

**7**

**7** 1:16 3:1 119:5
**75** 41:1

**8**

**9**

**90** 108:17
**91** 77:5,13 79:1
79:13,22 80:7
88:16 105:15
**93** 103:8